IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DOUGLAS HOLLOWAY                              :
and RITA HOLLOWAY                             :        Civil Action No.
                Plaintiffs          :
                                              :
    v.                                       :
                                              :
MONACO COACH CORPORATION                      :
a corporation of the State of Delaware        :
                Defendant           :

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §1446 Defendant Monaco Coach Corp. ("Monaco Coach") by and through its undersigned attorneys, give Notice of Removal of the Complaint from the Superior Court in and for New Castle County. Defendant sets forth the grounds for Removal as follows:

1.    On or about September 2, 2005 Plaintiffs Douglas and Rita Holloway ("Plaintiffs") commenced a civil action against Monaco Coach Corp. by filing a Complaint with the Prothonotary of the New Castle County of the Superior Court of Delaware. (See Complaint at Exhibit "A.")

2.    This Notice of Removal is timely because it is being filed within thirty (30) days of the receipt of service of process by the defendant. (See Exhibit "B.")

3.    Plaintiffs seek recovery for, *inter alia*, breach of warranty under the provisions of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301, *et seq.* (See Exhibit "A.")

4.    Although Defendant denies liability for any amount, the amount in controversy exceeds $50,000 exclusive of interest and costs. Pursuant to Plaintiffs'

Certification of Value, the claim value exceeds $100,000, exclusive of costs and interest. (See Exhibit "C.")

5.      Under the Magnuson-Moss Warranty Act, this Court has original jurisdiction where the amount in controversy exceeds $50,000, exclusive of interest and costs. 15 U.S.C. § 2310(d)(1); 15 U.S.C. § 2310(d)(3)(B).

6.      The undersigned counsel confirm that they have executed this Notice of Removal pursuant to Rule 11 of the Federal Rules of Civil Procedure on behalf of their clients.

7.      Defendant expressly reserves the right to raise all defenses and objections in this action after it is removed to this Court, including, but not limited to the defense of lack of *in personam* jurisdiction and lack of service of process.

8.      Defendant Monaco Coach Corp. will timely file a copy of the instant Notice of Removal with all attachments thereto with the Prothonotary of the New Castle County for the Superior Court of the State of Delaware in accordance with 28 U.S.C. §1446(d). Notice of the filing of the Notice of Removal will be promptly given to all adverse parties.

9.      Counsel for Plaintiffs takes no position on the Notice of Removal.

10.      This cause of action is one over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331. Under the provisions of 28 U.S.C. § 1441(a), the entire matter may thus be removed to this Court.

**WHEREFORE**, Defendant Monaco Coach Corp. respectfully requests that this case be permitted to proceed in this Court as an action properly removed thereto.

Danielle K. Yearick, Esquire (ID #3668)
TYBOUT, REDFEARN & PELL
300 Delaware Avenue, 11th Floor
P.O. Box 2092
Wilmington, DE    19899-2092
(302) 658-6901
*Local Counsel for the Defendant*

*Of Counsel:*

Theodore C. Flowers, Esquire
SEGAL, MCCAMBRIDGE, SINGER & MAHONEY
United Plaza
30 South 17th Street, Suite 1700
Philadelphia, PA   19103
(215) 972-8015