Exhibit "B"




**SLM / ALL**
Transmittal Number: 4175557
Date Processed: 09/23/2005

## Notice of Service of Process

| | |
|---|---|
| Primary Contact: | John Nepute<br>Monaco Coach Corporation<br>91320 Coburg Industrial Way<br>Coburg, OR 97408-9492 |
| Entity: | Monaco Coach Corporation<br>Entity ID Number 0415437 |
| Entity Served: | Monaco Coach Corporation |
| Title of Action: | Douglas Holloway vs. Monaco Coach Corporation |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Contract |
| Court: | New Castle County Superior Court, Delaware |
| Case Number: | 05C-09-036 RSG |
| Jurisdiction Served: | Delaware |
| Date Served on CSC: | 09/23/2005 |
| Answer or Appearance Due: | 20 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Plaintiff's Attorney: | Christopher J. Curtin<br>302-478-5577 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882  |  sop@cscinfo.com