Exhibit "C"

EFiled: Sep 2 2005 1:45P
Transaction ID 6624133

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| DOUGLAS HOLLOWAY, <br> and RITA HOLLOWAY <br><br> Plaintiffs, <br><br> v. <br><br> MONACO COACH CORPORATION <br> a corporation of the State of Delaware, <br><br> Defendant. | ) <br> ) <br> ) C.A. No.:  05C-09-036 RSG <br> ) <br> ) <br> ) **NON-ARBITRATION CASE** <br> ) <br> ) **TRIAL BY JURY DEMANDED** <br> ) <br> ) <br> ) <br> ) |

### FORM 32 CERTIFICATION OF VALUE

I, Christopher J Curtin, Esquire, attorney for Plaintiffs, hereby certify in good faith at this time in my opinion that the sum of damages of the Plaintiff is in excess of $100,000.00, exclusive of costs and interest.

ERISMAN & CURTIN

/S/ Christopher J. Curtin

Christopher J. Curtin
I.D. No. 226
629 Mount Lebanon rd.,
P.O. Box 250
Wilmington, DE 19899
(302) 478-5577
Attorney for Plaintiffs

DATED: September 2, 2005