IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOUGLAS HOLLOWAY and<br>RITA HOLLOWAY,<br><br>    Plaintiffs,<br><br>v.<br><br>MONACO COACH CORPORATION,<br>a corporation of the State of Delaware,<br><br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: C. A. No. 05-740 (JJF)<br>:<br>:<br>:<br>:<br>: |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of :

THEODORE C. FLOWERS, ESQUIRE
Segal, McCambridge, Singer & Mahoney
United Plaza
30 South 17th Street, Suite 1700
Philadelphia, PA 19103
(215) 972-8015

to represent Defendant, Monaco Coach Corporation in this matter.

Signed: _____
DANIELLE K. YEARICK (ID # 3668)
TYBOUT, REDFEARN & PELL
300 Delaware Avenue, 11th Floor
P.O. Box 2092
Wilmington, DE 19899-2092
(302) 658-6901
*Local Counsel for the Defendant*

DATED: 11/11/05

## O R D E R GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

DATE: _____          _____
                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of <u>Commonwealth of Pennsylvania and State of New Jersey</u> and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Signed: _____
THEODORE C. FLOWERS
Segal, McCambridge, Singer & Mahoney
United Plaza
30 South 17th Street, Suite 1700
Philadelphia, PA 19103
(215) 972-8015

## CERTIFICATE OF SERVICE

I, DANIELLE K. YEARICK, ESQUIRE, certify that I have had deposited in the mailbox at 300 Delaware Avenue, Wilmington, Delaware, on this <u>15th</u> day of <u>November</u>, 2005, true and correct copies of the attached document, addressed to:

Christopher J. Curtin, Esquire
ERISMAN & CURTIN
P.O. Box 250
Wilmington, DE 19899-0250

/s/ *Danielle K. Yearick*
Danielle K. Yearick, Esquire (ID #3668)
TYBOUT, REDFEARN & PELL
300 Delaware Avenue, 11th Floor
P.O. Box 2092
Wilmington, DE 19899-2092