LAW OFFICES

# TYBOUT, REDFEARN & PELL

B. WILSON REDFEARN
RICHARD W. PELL
DAVID G. CULLEY
SHERRY RUGGIERO FALLON
FRANCIS X.D. NARDO
JOHN J. KLUSMAN
DANIELLE K. YEARICK
DENNIS J. MENTON

300 DELAWARE AVENUE
11TH FLOOR
P.O. BOX 2092
WILMINGTON, DELAWARE  19899-2092
(302) 658-6901

TELECOPIER
658-4018

SUSAN A. LIST
ROBERT M. GREENBERG
TIMOTHY S. MARTIN

Of Counsel:
F. ALTON TYBOUT

writer's direct dial
(302) 657-5540

November 23, 2005

Re:  Holloway v. Monaco Coach Corp.
     C. A. No. 05-740 (JJF)

The Honorable Joseph J. Farnan, Jr.
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
Lockbox 27
Wilmington, DE 19801

Dear Judge Farnan:

   Pursuant to Your Honor's letter of November 14, 2005, enclosed please find the parties' joint proposed Rule 16 Scheduling Order.

   If the Court has any questions or concerns, counsel remain available at the Court's convenience.

Respectfully submitted,

DANIELLE K. YEARICK

/lwc

Enclosure

cc: Christopher J. Curtin, Esquire, with enclosure
    Theodore C. Flowers, Esquire, with enclosure (File No. 13016.614)
    Dr. Peter T. Dalleo, Clerk, with enclosure