IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOUGLAS HOLLOWAY, and<br>RITA HOLLOWAY, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) C.A. No.: 05-740 JJF<br>) |
| MONACO COACH CORPORATION,<br>a corporation of the State of Delaware, | )<br>)<br>) |
| Defendant. | ) |

**PLAINTIFFS' FIRST INTERROGATORIES**

Definitions: For the purposes of all interrogatories, the terms "Automobile" and "Condition" have the same meaning as defined in the Complaint initiating this litigation; "Lemon Law" means the "Delaware Automobile Warranties" Act, 6 *Del. C*., Chapter 55; Elder Victims Enhanced Penalties Act means the "Enhanced Penalties when Elder or Disabled Person Targeted" Act, 6 Del. C. §§2580-2583.

1. As to each paragraph of the Complaint filed by the Plaintiffs to which you do not answer an unqualified "Admitted:"

    a. State your contention why you did not or cannot answer "admitted;"

    b. State the complete factual basis for your contention;

    c. State the complete legal basis for your contention;

    d. Identify all documents that refer to, or relate to the factual basis for your contention;

    e. Identify the persons most knowledgeable about the factual matters relied upon for your contention;

    f. Identify the witnesses who will testify in support of your contention;

    g. State any matter requested that you do admit.

    2. As to each Request For Admission filed by the Plaintiffs to which you do not answer an unqualified "Admitted:"

    a. State your contention why you cannot answer "admitted;"

    b. State the complete factual basis for your contention;

    c. State the complete legal basis for your contention;

    d. Identify all documents that refer to, or relate to the factual basis for your contention;

    e. Identify the persons most knowledgeable about the factual matters relied upon for your contention;

    f. Identify the witnesses who will testify in support of your contention;

    g. State any matter requested that you do admit.

                                               **ERISMAN & CURTIN**

                                               **/s/Christopher J. Curtin**
                                               Christopher J. Curtin
                                               I.D. No. 226
                                               629 Mount Lebanon Rd.
                                               P.O. Box 250
                                               Wilmington, DE 19899
                                               (302) 478-5577
                                               Attorney for Plaintiff

Date: February 14, 2006