# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DOUGLAS HOLLOWAY, and** | ) |
| **RITA HOLLOWAY,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) C.A. No.: 05-740 JJF |
| | ) |
| **MONACO COACH CORPORATION,** | ) |
| **a corporation of the State of Delaware,** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on February 14, 2006, **Plaintiff's First Request for Admissions** and **Plaintiff's First Interrogatories** were served using CM/ECF, which will send notification of such filing to the following:

Danielle K. Yearick, Esquire
Tybout, Redfearn & Pell
300 Delaware Avenue
11th Floor
Wilmington, DE  19899-2092

Matthew T. Pisano, Esquire
Segal McCambridge
United Plaza
30 S. 17thStreet
Suite1700
Philadelphia, PA  19103

**ERISMAN & CURTIN**

/s/ ***Christopher J. Curtin***
Christopher J. Curtin
Bar Identification No.  0226
629 Mount Lebanon Road
P.O. Box 250
Wilmington, DE 19899
(302) 478-5577
ccurtin659@aol.com
Attorney for Plaintiffs

DATED:  February 14, 2006

## <u>CERTIFICATE OF SERVICE</u>

I, Christopher J. Curtin, Esquire, hereby certify that on February 14, 2006, I

electronically filed the foregoing **Notice of Service: Plaintiff's First Request for Admissions**

and **Plaintiff's First Interrogatories** with the Clerk of the District Court using CM/ECF, which

will send notification of such filing to the following:

Danielle K. Yearick, Esquire
Tybout, Redfearn & Pell
300 Delaware Avenue
11th Floor
Wilmington, DE  19899-2092

Matthew T. Pisano, Esquire
Segal McCambridge
United Plaza
30 S. 17thStreet
Suite1700
Philadelphia, PA  19103

ERISMAN & CURTIN

      /s/*Christopher J. Curtin*
      Christopher J. Curtin
      Bar Identification No.  0226
      629 Mount Lebanon Road
      P.O. Box 250
      Wilmington, DE 19899
      (302) 478-5577
      ccurtin659@aol.com
      Attorney for Plaintiffs

DATED: February 14, 2006