IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DOUGLAS HOLLOWAY and      :
RITA HOLLOWAY,            :
                           :
      Plaintiffs,          :
                           :
      v.                 : C. A. No.  05-740 (JJF)
                           :
MONACO COACH CORPORATION,   :
a corporation of the State of Delaware, :
                           :
      Defendant.        :

## NOTICE OF DEPOSITIONS

TO:   Christopher J. Curtin, Esquire
       ERISMAN & CURTIN
       P.O. Box 250
       Wilmington, DE 19899-0250

PLEASE TAKE NOTICE that the counsel for the defendant will take the

depositions of Douglas Holloway and Rita Holloway on Tuesday, March 14, 2006 beginning

at 9:00 a.m. in the offices of Tybout, Redfearn & Pell, 750 South Madison Street, Suite

400, Wilmington, Delaware 19809.

                               Danielle K. Yearick, Esquire
                               TYBOUT, REDFEARN & PELL
                               750 South Madison Street, Suite 400
                               P.O. Box 2092
                               Wilmington, DE  19899-2092
                               (302) 658-6901
                               *Attorney for the Defendants*

DATED: 3/7/06

cc: Corbett & Wilcox
    Ms. Michelle Peterson

## CERTIFICATE OF SERVICE

I, Danielle K. Yearick, do hereby certify that, on this 7th day of March, 2006, copies

of Notice of Deposition were served, via electronic mail, on the following individual:

Christopher J. Curtin, Esquire
ERISMAN & CURTIN
P.O. Box 250
Wilmington, DE 19899-0250

Danielle K. Yearick, Esquire (ID #3668)
TYBOUT, REDFEARN & PELL
750 South Madison Street, Suite 400
P.O. Box 2092
Wilmington, DE  19899-2092
*Attorney for the Defendants*

DATED: 3/7/06