IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOUGLAS HOLLOWAY<br>and RITA HOLLOWAY<br>　　　　Plaintiffs | :<br>:<br>:<br>: | Civil Action<br>No.: 05-740 (JJF) |
| v. | :<br>: | |
| MONACO COACH CORPORATION<br>a corporation of the State of Delaware<br>　　　　Defendant | :<br>:<br>: | |

## NOTICE OF SERVICE

I, DANIELLE K. YEARICK, ESQUIRE, certify that I have served via US Mail, on this 29th day of March 2006, true and correct copies of the defendant Monaco Coach Corporation Answers to Plaintiffs' First Interrogatories to:

Christopher J. Curtin, Esquire
ERISMAN & CURTIN
P.O. Box 250
Wilmington, DE 19899-0250

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Danielle K. Yearick, Esquire (ID #3668)
　　　　　　　　　　　　　　　　TYBOUT, REDFEARN & PELL
　　　　　　　　　　　　　　　　750 South Madison Street, Suite 400
　　　　　　　　　　　　　　　　P.O. Box 2092
　　　　　　　　　　　　　　　　Wilmington, DE 19899-2092
　　　　　　　　　　　　　　　　(302) 658-6901
　　　　　　　　　　　　　　　*Local Counsel for the Defendant*

*Of Counsel:*

Theodore C. Flowers, Esquire
SEGAL, MCCAMBRIDGE, SINGER & MAHONEY
United Plaza
30 South 17th Street, Suite 1700
Philadelphia, PA 19103
(215) 972-8015

Dated: March 29, 2006