IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOUGLAS HOLLOWAY<br>and RITA HOLLOWAY<br>        Plaintiffs<br><br>v.<br><br>MONACO COACH CORPORATION<br>a corporation of the State of Delaware<br>        Defendant | :<br>:<br>:    C.A. No.: 05-740 (JJF)<br>:<br>:<br>:<br>:<br>:<br>: |

### NOTICE OF SERVICE

I, DANIELLE K. YEARICK, ESQUIRE, certify that I have served via US Mail, on this 22nd day of May, 2006, a true and correct copy of *Defendant's Offer of Judgment* to:

Christopher J. Curtin, Esquire
ERISMAN & CURTIN
P.O. Box 250
Wilmington, DE 19899-0250

                                                _____
                                         Danielle K. Yearick, Esquire (ID #3668)
                                         TYBOUT, REDFEARN & PELL
                                         750 South Madison Street, Suite 400
                                         P.O. Box 2092
                                         Wilmington, DE  19899-2092
                                         (302) 658-6901
                                         *Local Counsel for the Defendant*