## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DOUGLAS HOLLOWAY, and** | ) |
| **RITA HOLLOWAY,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) C.A. No.: 05-740 JJF |
| | ) |
| **MONACO COACH CORPORATION,** | ) |
| **a corporation of the State of Delaware,** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on June 1, 2006, **Plaintiff's Second Interrogatories** were served by eMail U.S. Mail and  using CM/ECF, which will send notification of such filing to the following:


Danielle K. Yearick, Esquire
Tybout, Redfearn & Pell
300 Delaware Avenue
11th Floor
Wilmington, DE  19899-2092

Matthew T. Pisano, Esquire
Segal McCambridge
United Plaza
30 S. 17thStreet
Suite1700
Philadelphia, PA  19103


**ERISMAN & CURTIN**

/s/***Christopher J. Curtin***
Christopher J. Curtin
Bar Identification No.  0226
629 Mount Lebanon Road
P.O. Box 250
Wilmington, DE 19899
(302) 478-5577
ccurtin659@aol.com
Attorney for Plaintiffs

DATED:  June 1, 2006

## CERTIFICATE OF SERVICE

I, Christopher J. Curtin, Esquire, hereby certify that on February 14, 2006, I

electronically filed the foregoing **Notice of Service: Plaintiff's Second Interrogatories** with

the Clerk of the District Court using CM/ECF, which will send notification of such filing to the

following:

Danielle K. Yearick, Esquire
Tybout, Redfearn & Pell
300 Delaware Avenue
11th Floor
Wilmington, DE  19899-2092

Matthew T. Pisano, Esquire
Segal McCambridge
United Plaza
30 S. 17thStreet
Suite1700
Philadelphia, PA  19103


                                        **ERISMAN & CURTIN**

                                         /s/***Christopher J. Curtin***
                                        Christopher J. Curtin
                                        Bar Identification No.  0226
                                        629 Mount Lebanon Road
                                        P.O. Box 250
                                        Wilmington, DE 19899
                                        (302) 478-5577
                                        ccurtin659@aol.com
                                        Attorney for Plaintiffs

DATED: June 1, 2006