IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DOUGLAS HOLLOWAY, and** <br> **RITA HOLLOWAY,** <br>     **Plaintiffs,** <br>   v. <br> **MONACO COACH CORPORATION,** <br> a corporation of the State of Delaware, <br>     **Defendant.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No.: 05-740 JJF <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on June 1, 2006, **Plaintiff's Second Interrogatories** were served by eMail U.S. Mail and using CM/ECF, which will send notification of such filing to the following:

Danielle K. Yearick, Esquire
Tybout, Redfearn & Pell
300 Delaware Avenue
11th Floor
Wilmington, DE  19899-2092

Matthew T. Pisano, Esquire
Segal McCambridge
United Plaza
30 S. 17thStreet
Suite1700
Philadelphia, PA  19103

**ERISMAN & CURTIN**

/s/*Christopher J. Curtin*
Christopher J. Curtin
Bar Identification No.  0226
629 Mount Lebanon Road
P.O. Box 250
Wilmington, DE 19899
(302) 478-5577
ccurtin659@aol.com
Attorney for Plaintiffs

DATED:  June 1, 2006

## CERTIFICATE OF SERVICE

I, Christopher J. Curtin, Esquire, hereby certify that on February 14, 2006, I electronically filed the foregoing **Notice of Service: Plaintiff's Second Interrogatories** with the Clerk of the District Court using CM/ECF, which will send notification of such filing to the following:

Danielle K. Yearick, Esquire
Tybout, Redfearn & Pell
300 Delaware Avenue
11th Floor
Wilmington, DE  19899-2092

Matthew T. Pisano, Esquire
Segal McCambridge
United Plaza
30 S. 17thStreet
Suite1700
Philadelphia, PA  19103

                 **ERISMAN & CURTIN**

                  /s/*Christopher J. Curtin*
                 Christopher J. Curtin
                 Bar Identification No.  0226
                 629 Mount Lebanon Road
                 P.O. Box 250
                 Wilmington, DE 19899
                 (302) 478-5577
                 ccurtin659@aol.com
                 Attorney for Plaintiffs

DATED: June 1, 2006