## **CERTIFICATE OF SERVICE**

     I, Christopher J. Curtin, Esquire, hereby certify that on June 1, 2006, I electronically filed the foregoing **Notice of Service: Plaintiff's Second Interrogatories** with the Clerk of the District Court using CM/ECF, which will send notification of such filing to the following:

Danielle K. Yearick, Esquire
Tybout, Redfearn & Pell
300 Delaware Avenue
11th Floor
Wilmington, DE  19899-2092

Matthew T. Pisano, Esquire
Segal McCambridge
United Plaza
30 S. 17thStreet
Suite1700
Philadelphia, PA  19103

                                                  **ERISMAN & CURTIN**

                                          /s/***Christopher J. Curtin***
                                          Christopher J. Curtin
                                          Bar Identification No.  0226
                                          629 Mount Lebanon Road
                                          P.O. Box 250
                                          Wilmington, DE 19899
                                          (302) 478-5577
                                          ccurtin659@aol.com
                                          Attorney for Plaintiffs

DATED: June 1, 2006