IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOUGLAS HOLLOWAY<br>and RITA HOLLOWAY<br>               Plaintiffs<br><br>v.<br><br>MONACO COACH CORPORATION<br>a corporation of the State of Delaware<br>               Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:     Civil Action<br>    No.: 05-740 (JJF) |

### STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, to modify the Scheduling Order dated November 28, 2005 ("Scheduling Order") as follows:

**Discovery**

(a) Fact discovery shall be extended to July 31, 2006 to allow:

    a. Plaintiffs to conduct deposition of a Monaco Corporate Designee;

    b. Plaintiffs to conduct depositions of fact witnesses;

    c. Both parties to designate expert witnesses; and,

    d. Defendant to conduct a vehicle inspection.

(b) All other provisions of the Scheduling Order to remain in effect.

Dated: June 16, 2006                                  Dated: June 20, 2006

_____         _____
Christopher Curtin, Esquire                      Danielle Yearick, Esquire
Erisman & Curtin                                    Tybout, Redfearn & Pell
P.O. Box 250                                           750 South Madison Street, Suite 400
Wilmington, DE 19899                       P.O. Box 2092
(302) 478-5577                                      Wilmington, DE 19899-2092
(302) 478-5494 (fax)                          (302) 658-6901
Attorney for Plaintiffs,                       (302) 658-4018 (fax)

557150-1                                               1

Douglas and Rita Holloway

Local Counsel for Defendant,
Monaco Coach Corporation

Theodore Flowers, Esquire
Segal McCambridge Singer & Mahoney
30 South 17th Street, Suite 1700
Philadelphia, PA 19103-1815
(215) 972-8015
(215) 972-8016 (fax)
Counsel for Defendant,
Monaco Coach Corporation

SO ORDERED this ___ day of _____, 2006

_____
United States District Judge

557150-1                                  2