IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DOUGLAS HOLLOWAY, and** <br> **RITA HOLLOWAY,** <br><br> Plaintiffs, <br><br> v. <br><br> **MONACO COACH CORPORATION,** <br> a corporation of the State of Delaware, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No.: 05-740 JJF <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF DEPOSITIONS

**TO:**  Danielle K. Yearick, Esquire
Tybout Redfearn & Pell
750 South Madison Street, Suite 400
Wilmington, DE 19899-2092

**PLEASE TAKE NOTICE** that Plaintiffs' counsel will take the depositions upon oral examination of the following witnesses, beginning at the times noted:

    **Art Gregory**    10:00 a.m. on August 1, 2006 by telephone

    **Robert Harlan**    10:00 a.m. on August 3, 2006

at the offices of Tybout Redfearn & Pell, 750 South Madison Street, Suite 400, Wilmington, DE 19899-2092.

                                        **ERISMAN & CURTIN**
                                          */s/ Christopher J. Curtin*
                                          Christopher J. Curtin
                                          DE Bar I.D. No.:  226
                                          629 Mount Lebanon Road
                                          Wilmington, Delaware 19803
                                          Phone: (302) 478-5577
                                          Facsimile: (302) 478-5494
                                          Email: ccurtin659@aol.com
                                           Attorney for Plaintiffs

Dated: July 26, 2006

cc: Matthew T. Pisano, Esquire
    Corbett & Wilcox