IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOUGLAS HOLLOWAY and RITA HOLLOWAY<br>    Plaintiffs | : :  :  : | Civil Action<br>No.: 05-740 (JJF) |
| v. | : : | |
| MONACO COACH CORPORATION a corporation of the State of Delaware<br>    Defendant | : : : | |

### NOTICE OF SERVICE

I, DANIELLE K. YEARICK, ESQUIRE, certify that on this 16th day of August, 2006, true and correct copies of Defendant Monaco Coach Corporation's Supplemental Responses to Plaintiffs' Requests for Production were served by overnight courier (Federal Express), to:

Christopher J. Curtin, Esquire
ERISMAN & CURTIN
P.O. Box 250
Wilmington, DE 19899-0250

_____
Danielle K. Yearick, Esquire (ID #3668)
TYBOUT, REDFEARN & PELL
750 South Madison Street, Suite 400
P.O. Box 2092
Wilmington, DE 19899-2092
(302) 658-6901
*Local Counsel for the Defendant*

*Of Counsel:*

Theodore C. Flowers, Esquire
SEGAL, MCCAMBRIDGE, SINGER & MAHONEY
United Plaza
30 South 17th Street, Suite 1700
Philadelphia, PA 19103
(215) 972-8015