IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DOUGLAS HOLLOWAY, and** | ) |
| **RITA HOLLOWAY,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No.: 05-740 JJF |
| | ) |
| **MONACO COACH CORPORATION,** | ) |
| a corporation of the State of Delaware, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
CONCERNING RECOVERABLE PURCHASE PRICE
AND ELDER VICTIMS' ENHANCED PENALTY ACT**

**COME NOW,** Plaintiffs in the above captioned case, by and through their undersigned attorney, and move this Honorable Court pursuant to F.R.C.P 56 for partial summary judgment, as a matter of law, as follows:

1. That the "full purchase" of the motor coach in this case that is subject to reimbursement under 6 *Del. C.* §5003 of the Delaware Lemon Law, is the $267,730.00 stated in the Buyer's Order and other documents of purchase; and

2. That the Plaintiffs' actual and compensatory damages suffered as a result of Defendant's violation of the Delaware Lemon Law, shall be trebled pursuant to the Delaware Elder Victims Enhanced Penalties Act, 6 *Del. C.* §§2580, 2583.

These motions are more fully explained in **Plaintiffs Opening Brief on Plaintiffs' Motion for Partial Summary Judgment Concerning Recoverable Purchase Price and Elder Victims' Enhanced Penalty Act,** and Appendix thereto,

1

which are filed herewith.

                                          **ERISMAN & CURTIN**
/s/ *Christopher J. Curtin*
Christopher J. Curtin
Bar Identification No. 0226
629 Mount Lebanon Road
P.O. Box 250
Wilmington, DE 19899
(302) 478-5577
ccurtin659@aol.com
Attorney for Plaintiffs

DATED: August 18, 2006

**CERTIFICATE OF SERVICE**

  I, Christopher J. Curtin, Esquire, hereby certify that on August 18, 2006, I electronically filed the foregoing **Plaintiffs' Motion for Partial Summary Judgment Concerning Recoverable Purchase Price and Elder Victims' Enhanced Penalty Act, Opening Brief and Appendix** in support thereof with the Clerk of the District Court using CM/ECF, which will send notification of such filing to the following:

Danielle K. Yearick, Esquire
Tybout, Redfearn & Pell
300 Delaware Avenue
11th Floor
Wilmington, DE  19899-2092

Matthew T. Pisano, Esquire
Segal McCambridge
United Plaza
30 S. 17thStreet
Suite1700
Philadelphia, PA  19103

                **ERISMAN & CURTIN**

                */s/ Christopher J. Curtin*
                Christopher J. Curtin
                DE Bar I.D. No.:  226
                629 Mount Lebanon Road
                Wilmington, Delaware 19803
                Phone: (302) 478-5577
                Facsimile: (302) 478-5494
                eMail: ccurtin659@aol.com
                 Attorney for Plaintiffs

DATED:  August 18, 2006