# EXHIBIT "A"

| | | |
|---|---|---|
| 95957    Model Year 2004 | MN 40 Laguna FD QSL | Base Price: $237,538.00 |
| Serial Number: 041620824086401  800870 | V.I.N. 1RFC2564541029131 | |
| Product Brand: | Product Type: MPV / MHA (MH / AC) | Chassis: Magnum |
| Interior Color: MN2N04 - BRANDY | Exterior Color: MN2N04 - BRANDY | Wood: NC - Natural Cherry |

## STANDARD EQUIPMENT

| | |
|---|---|
| Roadmaster M-Series Chassis | AM/FM Stereo & CD Player |
| Cummins ISC 350HP Turbo Diesel Engine | Double Door Refrigerator w/ Ice Maker |
| Allison 3000-MH 6 Speed World Transmission | Convection Microwave Oven |
| Pac Exhaust Brake | Recessed 3 Burner Cooktop |
| Cushion Air Glide Suspension | Washer/Dryer Prep |
| (8) Air Bags & (8) Bilstein Shocks | Digital Satellite System Prep |
| Automatic Traction Control | Stereo VCR |
| Anti-Lock Braking System | 24" Flatscreen TV in Livingroom |
| Hydraulic Leveling System | 20" Color Stereo TV in Bedroom |
| 10,000 lb. Hitch w/ Six-Way Hitch Plug | Rift White Oak Cabinetry |
| Tires 295/80R/22.5 | Solid Wood Raised Panel Cabinet Doors |
| Accubrite Aluminum Wheels | Solid Surface Kitchen & Bath Countertop |
| 140 Amp Alternator | Fixed Solid Surface Dinette Table |
| Aluminum Framed Superstructure | (2) Dinette Chairs and (2) Folding Chairs |
| One-Piece Molded Fiberglass Roof | Mini Blinds in Living Room/Kitchen/Bathroom |
| Fiberglass Front and Rear Caps | Day/Night Shades w/ Black Out in Bedroom |
| High Gloss Fiberglass Sidewalls | Padded Fabric Ceiling and Wall Treatment |
| Flush Mounted Tinted Dual Pane Windows | Ceramic Tile in Kitchen and Bathroom |
| Chrome Power Heated Ext Mirrors | Decorative Lighting in Bedroom & Living Area |
| Roof Mounted Air Horns | Manablock Water Control System |
| Full Length "Beaver" Mud Flap | 10 Gallon Gas/Electric Water Heater |
| Rear Ladder | Water Purifier |
| Deluxe Full Body Paint | One-Piece Fiberglass Shower |
| Aluminum Baggage Doors | China Toilet |
| Storage Bays Extend w/Slideout -Drivers Side | Outside Faucet |
| Insulated Systems Compartment | (2) Low Profile 13.5M BTU A/C's w/ Heat Pumps |
| Rear Vision Color Monitor & Camera | 42M BTU Furnace |
| Lighted VIP Smart Wheel | In-Floor Ducted Heating System |
| UltraLeather Power Pilot and Co-Pilot Seats | 12V Attic Fan in Kitchen |
| Manual Sunvisors | 12V Attic Fan in Bath |
| Adjustable Accelerator & Brake Pedals | Slide-Out Topper Awnings |
| Air Activated Step Well Cover | Color Coordinated Patio Awnings & Hardware |
| 50 Amp Power Distribution Center | Audible Turn Signals |
| 7.5 kw Diesel Generator on Power Slice | Carpet Pilot and Co-Pilot Floor Mats |
| 2000 Watt Inverter | Fabric Swivel Chair on Drivers Side |
| (4) 6V Deep Cycle House Batteries | Fabric Sleeper Sofa on Passenger Side |
| Aladdin Video Coach System | |
| Solar Panel w/ Regulator | |

## OPTIONAL EQUIPMENT

| | | | |
|---|---|---|---|
| AIR ONLY LEVELING SYS (AIR) MT | 980.00 | UL 6-WAY PWR CO-PILOT W/FOOTRE | 805.00 |
| 3M FRONT MASK | 1,330.00 | FABRIC MAGIC BED SOFA | 700.00 |
| POWER CORD REEL | 1,680.00 | DAY & NIGHT SHADES IN LIVING R | 350.00 |
| POWER SUNVISORS MT-04 | 525.00 | BUILT IN CENTRAL VACUUM SYSTEM | 399.00 |
| 12CF REFER W/ICE 4-DR W/STAINL | 2,345.00 | TILE ENTRY MT-04 | 350.00 |
| MICROWAVE STAINLESS STEEL MT-0 | 245.00 | HYDRO-HOT HEAT & WATER SYS | 7,280.00 |
| HOME THEATRE W/DVD MT-04 | 1,260.00 | PATIO AWNING MIRAGE AUTOMATIC | 3,570.00 |
| 30" LCD TV - LIVING RM MT-04 | 5,562.00 | FRONT DOOR AUTOMATIC AWNING | 875.00 |

A00024

| | | | |
|---|---|---|---|
| UL HIDE-A-BED SOFA W/AIR MATTR | 1,470.00 | | 0.00 |
| | | Options Total: | $29,726.00 |
| | | Subtotal: | $267,264.00 |

OPTIONAL ITEMS MAY REPLACE CERTAIN STANDARD ITEMS - SEE DEALER FOR DETAILS

| | Delivery Charge: | 1,867.00 |
|---|---|---|
| Ship To: I-4 LAND HOLDING CO., LTD | Manufacturer Suggested Retail Price Total: | $269,131.00 |

A00025

EXHIBIT "B"

1.    CB Radio;
2.    Washer;
3.    Slide Out Tray;
4.    Satellite Radio;
5.    In Motion Satellite;
6.    Cell Phone Antenna.

Christopher J. Curtin
629 Mt. Lebanon Road
Wilmington, DE 19803

# ERISMAN & CURTIN
Attorneys at Law
P. O. Box 250
Wilmington, Delaware 19899

David H. Erisman
Of Counsel
...

Telephone (302) 478-5577
Telefax (302) 478-5494
E Mail: CCurtin659@aol.com

January 26, 2004

By Facsimile Only: 1-215-972-8016
Matthew T. Pisano, Esq.
Segal, Mc Cambridge, Singer & Mahoney
United Plaza
30 South 17th Street
Philadelphia, PA 19103

RE: Holloway v. Monaco Coach Corporation, et. al., D. Del. C.A. No.: 03-095,
      f. Corp

Dear Matt:

I am writing in response to your letter dated January 22, 2004, which was faxed to me on January 23, 2004. It gives me some hope that we will settle this matter if we can resolve two details that seem minor.

First, as I noted in my telephone message, the Holloways will not pay for taxes tags, licensing, registration and the like, as they have already paid them for the coach they are returning. As I noted in my message, the Lemon Law places the obligation for such charges, expressly on the manufacturer. Section 5003(b) states: "In instances in which an automobile is replaced by a manufacturer under this section, said manufacturer shall accept return of the automobile and reimburse the consumer for any incidental costs, including dealer preparation fees, fees for transfer of registration, sales taxes or other charges or fees incurred by the consumer as a result of such replacement."

Second, while the offer to "reimburse the Law Firm of Erisman & Curtin counsel fees in the amount of $33,153.40 and costs in the amount of $260.56" was and is acceptable, Monaco must also reimburse Tallman, Hudders & Sorrentino, P.C., its fees and costs in the amount of $3,390.00.

Let's bring this to a conclusion, before it slips away. Please do not hesitate to contact me if you would like to discuss any aspect of the matter.

Very truly yours,

Christopher J. Curtin

cc: Mr. & Mrs. Holloway

# 2001 COACH

## 3.  Summary of Damages, 2001 Coach

A00028

**Holloway v. Monaco Coach, Corp., and Stoltzfus Trailer Sales, Inc.**
**Summary of Damages**
as of December 23, 2003

## I. Economic Damages

| | | |
|---|---:|---:|
| Purchase Price[1] | | $170,390.52 |
| Interest Portion of Loan Payments[2] | | 46,415.42 |
| | Subtotal | 216,805.94 |

Out of Pocket Expenses:[3]

| | |
|---|---:|
| 10-17-00 Stolzfus RV | 168.54 |
| 11-13-00 Body Armor | 1,658.64 |
| 11-16-00 Install Satellite System | 1,582.21 |
| 11-13-00 Body Armor installed | 358.41 |
| 5-29-01 Brake Controller | 239.35 |
| 8-24-01 R.O. # 59291 Misc. Repairs (8.6) | 481.07 |
| 12-29-00 Replace stolen Direct TV System | 302.98 |
| 1-6-01 Replace stolen tapes | 528.83 |
| 1-7-01 Replace stolen appliances | 219.96 |
| 2-7-01 Replace stolen CD's (8.8) | 117.59 |
| 1-7-02 LOF Delaware Diesel | 200.95 |
| 11-29-02 Betts Garage (Towing | 558.50 |
| 12-13-02 Barr Freightliner brake repair | 1,281.54 |
| 12-23-02 Replace Batteries (Alternator bad) | 778.47 |
| 1-14-03 McKinney's Towing (brake failure) | 263.25 |
| 3-28-03 Delaware Diesel, Inc. (brake repair) | 921.90 |
| 4-3-03 Parkview RV Repair HydroHot | $4,383.76 |
| 5-5-03 A&A Mobile RV Repair Airbags | 305.23 |

---

[1] Full purchase price, 6 *Del. C.* §2-711(1); 6 *Del. C.* §5003(a)(2)

[2] Finance charges are recoverable as part of the purchase price: *Ford v. Burroughs Corp,* 361 F. Supp. 325 (ED Pa.1973)*; Thompson Chrysler Plymouth, Inc. v. Myers,* 264 So. 2d 893 (Ala. App., 1973) (Total finance charges from date of sale are recoverable as part of the purchase price). *Cayle Chevrolet Co. v. Caurice,* 397 NE.2d 1283 (Ind. Ct. App., 1979) (consequential damages or purchase price). *McGinnis v. Wentworth Chevrolet*, 645 P. 2d 543 (Or. App., 1982) (Finance charges and insurance); *Devore v. Bostrom,* 632 P.2d 832 (Utah Supr., 1981) (Interest on purchase price.) The interest figure is from the Loan Table for May, 2003 at B166.

[3] Incidental damages: 6 *Del. C.* §2-715(a), including repair or maintenance costs: *Williams v. College Dodge, Inc.*, 11 U.C.C. Reps. 958 (Mich. Dist. Ct., 1972) (Cost of repairs, with interest made before revocation of acceptance are recoverable incidental damages.) *Durfee v. Ron Baxter Imports, Inc.*, 262 N.W. 2d 349 (Minn. Supr., 1977) (Cost of car repair and maintenance which were incidental expenses reasonably incurred by buyer who revoked acceptance.)

|  |  |  |  |  |
|---|---|---|---|---|
| 9-30-03 | Risco Repairs RO 2030 | 5,002.26 | | |
| 9-30-03 | Risco Repairs RO 2097 | 1,984.27 | | |
| 10-21-03 | Risco Repairs RO 2134 | 2,080.29 | | |
| | | | | 23,418.00 |
| | | | Subtotal | 240,223.94 |

Prejudgement Interest[4]
(To December 23, 2003)
$240,223.94 x 11.59% per year = $27,841.95 x 3.2 years =          89,094.25

                                    **Economic damages**          $329,318.19

**II. Non-Economic Damages:**

    Aggravation and inconvenience[5]                              $5,000.00

**III. Attorneys' Fees[6] and Costs** (To Date)
    Erisman & Curtin                                             $27,767.30
    Tallman, Hudders & Sorrentino, P.A.                            3,390.00
                                          Current Fees:          $31,157.30

---

[4]Prejudgement interest at 5% above the Federal discount rate is authorized by 6 *Del. C.* §2301. Interest is calculated, and will continue to run from October 16, 2000. A warranty is considered to have been breached on the date of sale. 6 *Del. C.* §6-725(2). The Federal Discount rate that day was 6.59% making the legal rate 11.59%.

[5]Delaware courts allow a recovery for "aggravation and inconvenience" in Lemon Law and breach of warranty cases, as either incidental or consequential damages. Sheldon & Carter, Consumer Warranty Law §10.6.3.3 (2d ed 2001). In *Calbert v. Volkswagen of America, Inc.*, Del. Super., C.A. 87C-JN-106 (October 1, 1991, Balick, J.) affirmed, Del. Supr., Moore, J. (Nov. 10, 1993) (Order) the Court approved the jury award including $5,000.00 for aggravation and inconvenience to the purchaser of an automobile where the manufacturer would not accept return of a defective Automobile.

[6]Attorneys fees are recoverable under the Magnuson Moss Warranty Improvements Act, 15 *U.S.C.* §2310(d) (2), as well as the Lemon Law, 6 *Del. C.* §5005.

# 2004 COACH

## 4. Sales Invoice

A00031



**Lazydays**
NUMBER ONE IN RV'S

6130 Lazy Days Blvd. • Seffner, Florida 33584-2968
Local (813) 246-4333 • Sales (800) 626-7800 • Service (800) 282-7800

☐ Spot Delivery
☐ Cash
☐XFinance

# BUYERS ORDER

Deposit: ☐ Refundable ☐ Non-Refundable

Contact type:
☐ Lot
☐ Phone
☐ E-mail

E-mail address _____

**DEAL NO:** 147250
**CUST NO:** 147250

| BUYER | | CUSTOMER # | |
|---|---|---|---|
| DOUGLAS HOLLOWAY or RITA HOLLOWAY | | | 147250 |

| ADDRESS | CITY | STATE | ZIP | COUNTY |
|---|---|---|---|---|
| 2131 PLEASANT VALLEY ROAD | NEWARK  DE | | 19702 | |

| SALESMAN | RES. PHONE: | BUS. PHONE: | DATE: |
|---|---|---|---|
| HANSON, KEN | (302)738-8864 | (302)521-5019 | 01/10/2004 |

Subject to the terms and conditions on both sides of this agreement, I agree to purchase the following described unit.

| YEAR | MAKE | MODEL | APPROXIMATE LENGTH | STOCK NUMBER |
|---|---|---|---|---|
| NEW 2004 | BEAVER | MONTEREY | 40 | B32711 |

| COLOR | VIN | PROPOSED DELIVERY DATE | ODOMETER READING |
|---|---|---|---|
| BRANDY | 1RFC2564541029131 | 01/10/2004 | 3423 |

| | |
|---|---|
| PRICE OF UNIT | 267730.00 |
| OPTIONAL EQUIPMENT + | N.A. |
| SUB-TOTAL = | 267730.00 |
| | |
| TRADE ALLOWANCE - | 267730.00 |
| DIFFERENCE = | N.A. |
| STATE TIRE FEE ____ x $1.00 + | N.A. |
| STATE BATTERY FEE ____ X $1.50 + | N.A. |
| AMOUNT TAXABLE = | N.A. |
| SALES TAX @ ____ N.A. + | N.A. |
| SUB-TOTAL = | N.A. |
| | |
| PAYOFF ON TRADE + | 145096.77 |
| DEPOSIT - | 500.00 |
| DISCRETIONARY TAX + | N.A. |
| ESTIMATED TAG / TITLE FEES + | N.A. |
| 15 MONTHS TAG ADD $30.00 + | N.A. |
| NEW TAG IMPACT FEE + | N.A. |
| CASH ON DELIVERY - | 25000.00 |
| UNPAID BALANCE = | 119596.77 |
| | |
| MECHANICAL PROTECTION PLAN + | N.A. |
| TIRE GUARD XXXXXXXXXXXXXXXXXXXXXXX | N.A. |
| GAP WAIVER XXXXXXXXXXXXXXXXXXXX + | N.A. |
| TOTAL | 119596.77 |

OPTIONAL EQUIPMENT, LABOR AND ACCESSORIES

You and I certify that the additional items and conditions printed on the other side of this contract are agreed to as part of this agreement, the same as if printed above the signatures; I am of statutory age or have been legally emancipated. You and I agree that if any paragraph or provision of this contract is for any reason unenforceable, the rest of the contract will be valid.

IT IS MUTUALLY UNDERSTOOD THAT THIS AGREEMENT IS SUBJECT TO NECESSARY CORRECTIONS, AND ADJUSTMENTS CONCERNING CHANGES IN NET PAYOFF ON TRADE-IN.

DESCRIPTION OF TRADE-IN:

| YEAR | MAKE & MODEL | SIZE |
|---|---|---|
| BEAVER | MONTEREY  01 | |
| VIN # | | MILEAGE |

DESCRIPTION OF TRADE-IN:

| YEAR | MAKE & MODEL | SIZE |
|---|---|---|
| | | |
| VIN # | | MILEAGE |

This agreement contains the entire agreement and understanding between you and me. All discussions, negotiations, representations, statements and inducements which are a part of the basis of the bargain between you and me and which are important to me are written in this contract and all parts of this contract are agreed by me to be a part of the basis of the bargain between you and me. I agree that any statements, representations, warranties or inducements, verbal or written, which are not specifically written in this agreement shall not be binding on any party.

**Lazy Days R.V. Center, Inc.**    DEALER
Not Valid Unless Signed by a Sales Manager

I ACKNOWLEDGE RECEIPT OF A COPY OF THIS ORDER, AND I HAVE READ, UNDERSTAND, AND AGREE WITH THE BACK OF THIS AGREEMENT.

SIGNED X _____ BUYER

_____ BUYER

By _____
Approved. Subject to acceptance by bank or finance company.

LAZYDAYS    A00032    REV. 12/03

In this contract the words I, me and my refer to the Buyer and Co-Buyer signing this contract. The words you and your refer to the Dealer. I, further agree (continued from the other side of Contract):

1.    IF NOT A CASH TRANSACTION. If I do not pay cash, I agree that before or at the time of delivery, I will enter into such agreements as may be required to finance my purchase. I agree that until you are paid in full you have a purchase money security interest in the Unit.

2.    TITLE. I understand that you retain title to the Unit until 1) the full purchase price is paid, or I have signed a Retail Installment Contract and it has been accepted by a bank or finance company, and 2) I have taken possession of the motor home, at which time title passes to me.

3.    TRADE-IN. If I am trading in a used car, trailer, other vehicle, or any other property I will give you the title to the trade-in. I promise that any trade-in which I give is owned by me and is free of any liens or other claim unless noted on the other side of this contract. I promise there are no undisclosed material defects or material conditions in my trade-in which are not written on the other side of this contract and I have accurately described its condition to you. I promise that all taxes of every kind levied against the trade-in have been fully paid. If anyone makes a levy or claims a tax lien or demand against the trade-in, you may, at your option, either pay it and I will reimburse you on demand, or you may add that amount to this contract as if it had been originally included.

4.    REGISTRATION OR LICENSE OF TRADE-IN. If I have a trade-in and you determine that it needs a licensing or registration change then I will pay any and all expenses, taxes and registration or licensing fees or costs.

5.    REAPPRAISAL OF TRADE. If there has been a mistake as to the model year of my trade-in or if I am making a trade-in and it later appears to you that there are material differences in the furnishings, accessories, or condition of the trade-in compared to how it was represented, you may make a reappraisal. This reappraisal value will then determine the allowance to be made for the trade-in. Any balance due created by such reappraisal shall be immediately payable upon demand. If I fail to pay the balance due I hereby agree that a lien for the amount due may be recorded against the coach I am purchasing.

6.    FAILURE TO COMPLETE PURCHASE. In consideration of my deposit, you will hold the unit from either 48 hours, or beyond 48 hours at your option. IF I DO NOT COMPLETE THIS PURCHASE WITHIN 30 DAYS OF THIS CONTRACT, YOU MAY KEEP ANY MONIES I PAID YOU, INCLUDING ANY DEPOSIT, TO REIMBURSE YOU FOR EXPENSES OR LOSSES YOU HAVE INCURRED BECAUSE I FAILED TO COMPLETE THIS PURCHASE. I AGREE THAT THESE MONIES WILL BE RETAINED AS LIQUIDATED DAMAGES BECAUSE CALCULATION OF YOUR LOSSES WOULD BE DIFFICULT. If I have given you a trade-in, you may also sell the trade-in, at public or private sale, and deduct from the money received an amount equal to the expenses and losses you have sustained because I failed to complete this purchase. If I breach any of my obligations under this agreement, you have the right to repossess the vehicle.

7.    CHANGES BY MANUFACTURER. I understand that the manufacturer may make changes in the model, or the designs, or any accessories and parts from time to time. If the manufacturer does make changes, I will accept those changes. Neither you nor the manufacturer are obligated to make the same changes in the unit I am purchasing, either before or after it is delivered to me.

8.    DELAYS. I will not hold you liable for delays caused by the manufacturer, accidents, strikes, fires, or any other cause beyond your control.

9.    EXCLUSIONS OF WARRANTIES. I UNDERSTAND THAT THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE AND ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, ARE EXCLUDED BY YOU FROM THIS TRANSACTION AND SHALL NOT APPLY TO THE GOODS SOLD. I UNDERSTAND THAT THERE ARE NO WARRANTIES WHICH EXTEND BEYOND THE DESCRIPTION ON THE FACE HEREOF REGARDING THE UNIT OR ANY APPLIANCE OR COMPONENT WHICH IS A PART OF THE UNIT OR THIS SALE.

10.    INSPECTION AND ACCEPTANCE. I understand that at the time I receive the Unit, I am accepting the Unit and all its components and appliances in the condition they are in. I have examined the Unit and its components and appliances as fully as I desire and in making this purchase I have relied upon my own judgment and upon my own inspection in determining that the Unit is of acceptable quality and function.

11.    MANUFACTURERS WARRANTIES. MECHANICAL PROBLEMS MAY ARISE WITH ANY VEHICLE. I UNDERSTAND THAT THERE MAY BE WRITTEN WARRANTIES COVERING THE UNIT PURCHASED, OR ANY APPLIANCE(S) OR COMPONENT(S), SUCH AS THOSE WHICH HAVE BEEN PROVIDED BY THE MANUFACTURERS OF THE UNIT, THE APPLIANCE(S) OR THE COMPONENT(S). I UNDERSTAND THAT THE WARRANTY OR WARRANTIES I RECEIVED AT THE TIME OF SALE ARE MY EXCLUSIVE AND SOLE REMEDY FOR ANY PROBLEMS THAT I MIGHT HAVE WITH THE UNIT OR ANY APPLIANCE(S) OR COMPONENT(S). I AGREE THAT NO OTHER REMEDIES ARE AVAILABLE TO ME, INCLUDING BUT NOT LIMITED TO, REVOCATION OF ACCEPTANCE AND RESCISSION. I AGREE THAT PARAGRAPHS 9 AND 11 APPLY EVEN IF MY REMEDIES FAIL OF THEIR ESSENTIAL PURPOSE.

12.    INSURANCE. I understand that I am not covered by insurance on the Unit purchased until accepted by an insurance company, and I agree to hold you harmless from any and all claims due to loss or damage prior to acceptance of insurance coverage by an insurance company. I understand that it is my obligation to insure my unit at all times.

13.    TAXES. All sales and use taxes arising out of the sale of the vehicle, and all personal property taxes assessed on the vehicle after the title has passed to purchaser, shall be borne and paid by purchaser.

14.    NO SPECIAL DAMAGES. I understand that you will not be liable for incidental, consequential or special damages, including loss of use, resulting from or arising in any way out of this transaction or the purchase, use, servicing, operation or ownership of the goods conveyed by this agreement.

15.    APPLICABLE LAW, VENUE AND FEES. This sale and this contract and all negotiations and discussions between you and me are governed by Florida law. Any and all actions of any kind brought by me or you relating to this sale or the product purchased must be filed exclusively in Hillsborough County, Florida. If I fail to pay any amount due to you, and collection efforts are required, I agree to pay your attorney's fees and costs.

16.    WAIVER OF JURY TRIAL. I AGREE THAT ANY AND ALL ACTIONS OF ANY KIND RELATING TO THE ITEM(S) SOLD WILL BE DECIDED BY A CIRCUIT COURT JUDGE, RATHER THAN A JURY.

17.    NOTICE. You have not tampered with or altered the odometer or the odometer reading and you have no knowledge of the odometer reading being inaccurate unless it is reflected on the disclosure. You do make all disclosures and warranties which are required under the Motor Vehicle Dealers Act and the regulations of that Act. You do not warranty or guarantee the odometer or the odometer reading of any unit. You do not warranty the year in which the unit or any of its parts or components were manufactured.

18.    VEHICLE WEIGHT RATING. I must verify that the vehicle weight rating meets my needs and my uses. I understand that I should verify the weight rating with the manufacturer because ratings may change over time. Exceeding the manufacturer's weight rating is unsafe and may void my warranty.

19.    SEVERABILITY. If any word, phrase, or paragraph or section of this Agreement shall be found to be void, voidable, unenforceable, or otherwise unlawful, this Agreement shall be construed as though only that word, phrase, sentence, or paragraph were omitted when originally executed and all other tions of this order shall remain undisturbed.

20.    VEHICLE LENGTH. I understand that the length specifications used in the RV Industry are approximations. If the exact length is important to me, I will measure the vehicle prior to signing this agreement.

A 00033

# 5. Retail Installment Contract

A 00034


**Bank of America.**

## RETAIL INSTALLMENT CONTRACT, SECURITY AGREEMENT, AND DISCLOSURE STATEMENT
### (Simple Interest)

| | |
|---|---|
| DATE __01/10/2004__ | BUYER MONTH OF BIRTH __SEP__ |
| SELLER'S NAME __LAZYDAYS RV. CENTER__ | BUYER'S NAME __DOUGLAS HOLLOWAY__ |
| ADDRESS __6130 LAZY DAYS BLVD.__ | BUYER'S NAME __RITA HOLLOWAY__ |
| CITY __SEFFNER__ STATE __FLA__ ZIP __33584__ | ADDRESS __213/__ __219+ PLEASANT VALLEY ROAD__ |
| SALESPERSON __1847__ | CITY __NEWARK__ STATE __DE__ ZIP __19702__ |

**NOTICE TO BUYERS OF USED VEHICLES (AS DEFINED IN THE FTC USED MOTOR VEHICLE TRADE REGULATION RULE): The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.**

| | New or Used | Year | Class | Make and Model | Vehicle Identification No. | Odometer Miles |
|---|---|---|---|---|---|---|
| **VEHICLE DESCRIPTION** | NEW | 2004 | | BEAVER MONTEREY | 1RFC2564541029131 | 3423 |
| | Other - Description (Length, Width; AC, etc.) | | | | | |
| | ☐ Purchase order attached as exhibit and incorporated herein | | | | | |

The words "I," "me," and "my" refer to each person who signs as Buyer. The words "you" and "your" refer to the Seller or holder of this contract. If more than one person signs below as Buyer, each person is jointly and severally liable for the promises made in this contract.

| ANNUAL PERCENTAGE RATE The cost of my credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost me. | Amount Financed The amount of credit provided to me or on my behalf. | Total of Payments The amount I will have paid after I have made all payments as scheduled. | Total Sale Price † The total cost of my purchase on credit, including my downpayment of $ 148133.23 |
|---|---|---|---|---|
| 5.50 % | $ 78575.68 | $ 120017.12 | $ 198592.80 | $ 346726.03 |

**My payment schedule will be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 240 | $ 827.47 | 02/24/2004 |
| | $ | Monthly Starting |

**Security:** I am giving a security interest in the property being purchased.

**Late Charge:** At 10 days or more past due, I will be charged 5% of the full amount of the scheduled payment.

**Prepayment:** If I pay off early, I may have to pay a penalty.

See the contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, prepayment refunds and penalties, and security interests.

**ITEMIZATION OF THE AMOUNT FINANCED**
1. Cash Price (including any accessories, services, and taxes) ......................... $ 267730.00 (1)
2. Total Downpayment = Net Trade-in $ 122633.23 + Cash Downpayment $ 25500.00

   My Trade-in is a (Year) __2001__ _____ (Make) _____ (Model) .............. $ 148133.23 (2)
3. Unpaid Balance of Cash Price (1 minus 2) ........................................ $ 119596.77 (3)
4. Other Charges Including Amounts Paid to Others on My Behalf:
   A. Cost of Physical Damage Insurance Purchased through You and Paid to the Insurance Company Named Below
      Amount of Insurance $ __N/A__ Term: __N/A__ months .............. *$ __N/A__
      Insurance proceeds payable to you as interest may appear.
   B. Cost of Personal Liability and Property Damage Liability Insurance Purchased through You and Paid to the
      Insurance Company Named Below .............................................. *$ __N/A__
   C. Cost of Service Contract Paid to Provider Named Below
      ..................................................................... *$ __N/A__    *Some part of these charges may be paid to or retained by the Seller.
   D. Cost of Optional Credit Insurance Paid to the Insurance Company or Companies Named Below
      Credit Life $ __N/A__ (covering scheduled unpaid balance through maximum term of _____ months
      from contract date but not to exceed $ __198592.80__ )
      Credit Disability $ __N/A__ (covering monthly payments through maximum term of __N. A.__ months
      from contract date but not to exceed $ __198592.80__ )
      insurance proceeds payable to you as interest may appear. ...................... *$ __N/A__
   E. Official Fees Paid to Public Officials (Itemize) ____DOC STAMPS____ .............. $ 428.35
   F. Taxes Not Included in Cash Price Paid to Public Officials ........................ $ N/A
   G. Government License, Title or Registration Fees Paid to Public Officials (Itemize) .... $ N/A
   H. Other Charges (identify who will receive payment and describe purpose) .............. N/A

A00035

C  Cost of Service Contract Paid to Provider Named Below                                                                  **$   N/A**  Some part of these charges may be paid to or retained by the Seller.

D  Cost of Optional Credit Insurance Paid to the Insurance Company or Companies Named Below

Credit Life $_____ **N/A** (covering scheduled unpaid balance through maximum term of _____ months
from contract date but not to exceed $___ **198592. 80**  )

Credit Disability $_____ **N/A** (covering monthly payments through maximum term of ____ **N. A.** months
from contract date but not to exceed $___ **198592. 80**  )

Insurance proceeds payable to you as interest may appear.                                          *$   **N/A**

**DOC STAMPS**                                                                                                 $   **420. 35**

E  Official Fees Paid to Public Officials (itemize)                                                           $   **N/A**

F  Taxes Not Included in Cash Price Paid to Public Officials                                                  $   **N/A**

G  Government License, Title or Registration Fees Paid to Public Officials (itemize)                          $   **N/A**

H  Other Charges (identify who will receive payment and describe purpose)
___ to _____ for _____                  *$   **N/A**

I  Cost of Debt Cancellation Coverage Paid to Provider Named Below
                                                                                                     *$   **N/A**

Total Other Charges and Amounts Paid to Others on My Behalf                                         $   **420. 35** (4)

5.  Amount Financed — Unpaid Balance (3 + 4)                                                        $ **120017. 12** (5)

---

**REQUIRED PHYSICAL DAMAGE INSURANCE:** Physical damage insurance is required but I may buy it from anyone I want who is acceptable to you.

☐ I want to buy the insurance checked below through you and I agree to pay the additional cost which is shown in either 4A or 4B of the Itemization above. This cost is included in the Amount Financed. I understand that I must read the insurance policy for exact coverages and exclusions.

Term: _____ months.    Insurance Company: _____                Premium

**CHECK ONE**

☐  Physical damage insurance (☐ including personal effects coverage)                                  $ _____
☐  $_____    Deductible Collision                                                               $ _____
☐  $_____    Deductible Comprehensive including Fire, Theft and Combined Additional Coverage     $ _____
☐  $_____    Deductible Personal Liability and Property Damage Liability Coverage                $ _____

**Total Required Physical Damage Insurance**                                                          $ _____

Optional, if desired -    ☐ Towing and Labor Costs    ☐ Rental Reimbursement    ☐ CB Radio Equipment  $ _____

☐ I have bought, or will buy, required coverages through: (Insurance Company or Agent) _____

**THE INSURANCE, IF ANY, REFERRED TO IN THIS CONTRACT DOES NOT INCLUDE COVERAGE FOR BODILY INJURY LIABILITY, PUBLIC LIABILITY, AND PROPERTY DAMAGE LIABILITY, UNLESS ITEMIZED IN ITEM 4B ABOVE.**

A **Service Contract is not required.** This is an option which costs the amount indicated below. The Service Contract is more fully described in the contract or certificate describing it. Please read those documents before signing this contract. If you elect this option by signing below, its cost is included in the Amount Financed under this Agreement.

Service Contract: $_____ Deductible _____ Term: _____ mos.    Cost: $_____

Coverage Provider _____ **NATIONAL WARRANTY**

Purchaser(s) want a Service Contract.

Purchaser _____

---

**OPTIONAL CREDIT INSURANCE:** Credit life insurance and credit disability insurance are not required to obtain credit, and will not be provided unless I sign and agree to pay the additional cost, which will be included in the Amount Financed.

| Type | Premium | Term (Months) | Signature | |
|------|---------|---------------|-----------|---|
| Credit Life | ☐ Single Coverage $ **N. A.** <br> ☐ Joint Coverage $ **N. A.** | | I want credit life insurance. | Signature |
| Credit Disability | $ <br> **N. A.** | | I want credit disability insurance. | Signature |

(1) I understand that I have the option of assigning any other policy or policies I own or may procure for the purpose of covering the credit sale and no policy need be purchased from you in order to obtain the extension of credit. You do not require any purchase of credit life insurance nor any assignment of any life insurance policy.
(2) Further, I understand that credit life insurance coverage may be deferred if, at the time of application, I am unable to engage in employment or am unable to perform normal activities of a person (s) of like age and sex, if the proposed credit life insurance policy contains this restriction.
(3) Finally, I understand that my benefits under the foregoing policy will not terminate when I reach a certain age and that my age is accurately represented on the application or policy.

I have read and understood the three above insurance notices.

Buyer _____ Date **01/10/200x** co-buyer _____ Date **01/10/2004**

**CREDIT LIFE AND DISABILITY INSURANCE:** If I elect credit insurance coverage and am accepted by the insurance company, the terms and conditions will be as ____ described in the NOTICE OF PROPOSED GROUP INSURANCE, or in the policies or certificates issued by the insurance company. The original amount of the  decreasing term credit life insurance will not exceed $ __ **N. A.** ___ . Credit disability insurance payments will equal the monthly payment amount but will not be _____
more than $___ **N. A.** ___.

Insurance Company: _____

**LIFE AND DISABILITY INSURANCE MAY NOT COVER THE ENTIRE AMOUNT DUE UNDER THIS CONTRACT. I MUST SEE MY POLICY OR CERTIFICATE FOR EXACT COVERAGE.**

**Debt Cancellation (GAP) Coverage is not required.** This is an option which costs the amount indicated below. The Debt Cancellation Coverage is more fully described in the contract or certificate describing it. If you elect this option by signing below, its cost is included in the Amount Financed under this Agreement.

Debt Cancellation Coverage:    Term: _____ mos.    Cost: $_____ **N. A.**

Coverage Provider **GAP WAIVER**

Purchaser(s) want Debt Cancellation Coverage.                                                        **A 00036**

Purchaser _____

---

**SECURITY INTEREST:** I grant you a purchase money security interest in the property described above in order to secure payment and performance of the terms of this contract. **RECEIPT OF PROPERTY AND PROMISE TO PAY:** I agree that I have received the property described above, and have accepted delivery of it in good condition. I promise to pay you at your address shown above the Amount Financed plus interest at the Annual Percentage Rate until paid in full in consecutive monthly installments as indicated above. Payments

CHECK ONE

☐ Physical damage insurance (☐ including personal effects coverage) $ _____
☐ $ _____ Deductible Collision $ _____
☐ $ _____ Deductible Comprehensive including Fire, Theft and Combined Additional Coverage $ _____
☐ $ _____ Deductible Personal Liability and Property Damage Liability Coverage $ _____
**Total Required Physical Damage Insurance** $ _____

Optional, if desired - ☐ Towing and Labor Costs ☐ Rental Reimbursement ☐ CB Radio Equipment $ _____

☐ I have bought, or will buy, required coverages through: (Insurance Company or Agent) _____

**THE INSURANCE, IF ANY, REFERRED TO IN THIS CONTRACT DOES NOT INCLUDE COVERAGE FOR BODILY INJURY LIABILITY, PUBLIC LIABILITY, AND PROPERTY DAMAGE LIABILITY, UNLESS ITEMIZED IN ITEM 4B ABOVE.**

A Service Contract is not required. This is an option which costs the amount indicated below. The Service Contract is more fully described in the contract or certificate describing it. Please read those documents before signing this contract. If you elect this option by signing below, its cost is included in the Amount Financed under this Agreement.

Service Contract: $ _____ Deductible _____ Term: _____ mos. Cost: $ _____

Coverage Provider **NATIONAL WARRANTY**

Purchaser(s) want a Service Contract.

Purchaser _____

OPTIONAL CREDIT INSURANCE: Credit life insurance and credit disability insurance are not required to obtain credit, and will not be provided unless I sign and agree to pay the additional cost, which will be included in the Amount Financed.

| Type | Premium | Term (Months) | Signature |
|---|---|---|---|
| Credit Life | ☐ Single Coverage $ **N. A.** | | I want credit life insurance. _____ |
| | ☐ Joint Coverage $ **N. A.** | | Signature _____ |
| Credit Disability | $ | | I want credit disability insurance. _____ |
| | **N. A.** | | Signature _____ |

(1) I understand that I have the option of assigning any other policy or policies I own or may procure for the purpose of covering the credit sale and no policy need be purchased from you in order to obtain the extension of credit. You do not require any purchase of credit life insurance nor any assignment of any life insurance policy.
(2) Further, I understand that credit life insurance coverage may be deferred if, at the time of application, I am unable to engage in employment or am unable to perform normal activities of a person (s) of like age and sex, if the proposed credit life insurance policy contains this restriction.
(3) Finally, I understand that my benefits under the foregoing policy will not terminate when I reach a certain age and that my age is accurately represented on the application or policy.
I have read and understood the three above insurance notices.

Buyer _____ Date **01/10/2004** Co-buyer _____ Date **01/10/2004**

CREDIT LIFE AND DISABILITY INSURANCE: If I elect credit insurance coverage and am accepted by the insurance company, the terms and conditions will be as _____ described in the NOTICE OF PROPOSED GROUP INSURANCE, or in the policies or certificates issued by the insurance company. The original amount of the decreasing term credit life insurance will not exceed $ **N. A.** . Credit disability insurance payments will equal the monthly payment amount but will not be _____ more than $ **N. A.** .

Insurance Company: _____

**LIFE AND DISABILITY INSURANCE MAY NOT COVER THE ENTIRE AMOUNT DUE UNDER THIS CONTRACT. I MUST SEE MY POLICY OR CERTIFICATE FOR EXACT COVERAGE.**

Debt Cancellation (GAP) Coverage is not required. This is an option which costs the amount indicated below. The Debt Cancellation Coverage is more fully described in the contract or certificate describing it. If you elect this option by signing below, its cost is included in the Amount Financed under this Agreement.

Debt Cancellation Coverage: _____ Term: _____ mos. Cost: $ _____ **N. A.**

Coverage Provider **GAP WAIVER**

Purchaser(s) want Debt Cancellation Coverage.

Purchaser _____

SECURITY INTEREST: I grant you a purchase money security interest in the property described above in order to secure payment and performance of the terms of this contract. RECEIPT OF PROPERTY AND PROMISE TO PAY: I agree that I have received the property described above, and have accepted delivery of it in good condition. I promise to pay you at your address shown above the Amount Financed plus interest at the Annual Percentage Rate until paid in full in consecutive monthly installments as indicated above. Payments hereon shall be applied in the following order: first to monthly insurance premiums (if any), next to interest accrued through actual payment date, next to principal necessary to bring the account up to date, next to late charges (if any), next to the amount advanced for insurance (if any), next to returned check charges (if any), and then to principal. I understand that interest will accrue each day that my principal is outstanding. I further understand that the disclosures set forth above are based on the assumption that I make all payments when due and in the amount due. If I pay early, the finance charge will be less than the amount shown above. If I pay late, the finance charge will be more than the amount shown above. If I pay early, however, I will continue to make payments in the amount shown above on the scheduled due date. Any amount financed unpaid after the final due date will bear interest at the Annual Percentage Rate until paid in full.

**NOTICE TO CONSUMER: (a). Do not sign this contract before you read it or if it contains any blank spaces. (b). You are entitled to an exact copy of the contract you sign. Keep it to protect your legal rights. (c). Seller intends to sell this contract to a financial services company. Seller may share in a part of the finance charge you will pay.**

I agree that at the time I signed I read and received a filled-in copy of this RETAIL INSTALLMENT CONTRACT.

**LAZYDAYS RV. SUPERCENTER**

Accepted _____

Seller

By _____ (SEAL)

Signature and Title

Signature of Buyer _____ (SEAL)

Signature of Buyer _____ (SEAL)

Buyers and Other Owners: A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the property but does not have to pay the debt. The co-buyer or other owner knows that the Seller has a security interest in the property and consents to the security interest.

Other owner signs here _____ (SEAL) Address _____

NOTICE: THE TERMS OF THIS CONTRACT ARE CONTAINED ON BOTH SIDES OF THIS PAGE.

**A00037**

## OTHER IMPORTANT AGREEMENTS

Ownership and Risk of Loss: I agree to pay you all that I owe under this contract even if the property is damaged, destroyed or missing. I agree not to sell or transfer the property without your written permission. I also agree that I will not sell or otherwise transfer ownership of the property securing this contract without immediately paying you all amounts still owing on this contract. If I wish to sell or transfer the property securing this contract to someone who agrees to assume the balance of this contract, I must obtain the written approval of you to the assumption, or you may ignore the assumption, and I will remain primarily liable for the balance owing. I agree not to expose the property to misuse or confiscation. I agree to keep the property repaired and in good condition. I agree that the property will not be used in any manner contrary to any law. I will make sure your security interest (lien) on the property is shown on the title. If you pay any repair bills, storage bills, taxes, fines, or other charges on the property, I agree to repay the amount when you ask for it. I agree to comply with all registration, licensing, tax and title laws applicable to the property.

Security Interest: I am giving you a security interest in the property being purchased and any accessories, equipment and replacement parts installed in the property. The security interest also covers (1) any unearned premiums, unearned charges, or other rebates on insurance or service/repair plans financed under this contract (2) proceeds of any insurance policies or service/repair plans on the property and (3) proceeds of any insurance policies on my life or health if such policies are financed in this contract. This secures payment of all amounts I owe on this contract and in any transfer, renewal, extension or assignment of this contract. The security interest also secures all promises I make in this contract.

Required Physical Damage Insurance: I agree to have physical damage insurance covering loss or damage to the property for the term of this contract. At any time during the term of this contract, if I do not have physical damage insurance which covers both my interest and your interest in the property, then you may buy it for me. If you do not buy physical damage insurance which covers both interests in the property, you may, if you decide, buy insurance which covers only your interest.

You are under no obligation to buy any insurance, but may do so if you desire. If you buy either of these coverages, you will let me know what type it is and the charge I must pay. You may either request immediate reimbursement from me for the cost of such insurance or may add the insurance premium to the unpaid amount financed on this contract. If the insurance premium is added to the unpaid amount financed of this contract, interest will be charged on the insurance premium at the Annual Percentage Rate disclosed in this contract, and I agree to pay the insurance premium with interest in equal installments along with the payments shown on the payment schedule.

I understand and agree that if you or your assignee purchase any physical damage insurance, you will be acting in your own interest and will not be representing my interests. I further understand and agree that the purchased insurance will not contain any liability coverages, may cover only your interest in the property, may have deductible amounts different than those in any of my provided insurance, and may be more expensive than equivalent insurance which I could purchase through my own sources. I agree that you can purchase such insurance with coverage that will be retroactive to the date my insurance terminated. I understand and agree that you may receive compensation or reimbursement in connection with such insurance.

If the property is lost or damaged, I agree that you can use any insurance settlement either to repair the property or to apply to my debt.

Optional Insurance or Service/Repair Plan: This contract may contain charges for optional insurance or service/repair plan. If the property is repossessed, I agree that you may claim benefits under these coverages and terminate them to obtain refunds for unearned charges.

Insurance or Service/Repair Plan Charges Returned to You: If any charge for required insurance is returned to you, it may be credited to my account or used to buy similar insurance or insurance which covers only your interest in the property. Any refund on optional insurance or service/repair plan obtained by you will be credited to my account. Credits to my account will be applied to as many of my payments as they will cover, beginning with the final payment. I will be notified of what is done.

Charge for Late Payment: If any part of a payment is 10 or more days past due, I agree to pay a late charge of 5% of the full amount of the scheduled payment.

Prepayment Charge: Upon prepayment in full under the terms of this contract, I agree that you may, at your option, ...

If I Fail to Pay or Keep Promises as Required: If I do not pay the full amount of any payment when due, or fail to keep any other promises I make in this contract, you may, at your option, declare the entire unpaid amount financed, plus accrued but unpaid interest and other charges, due and payable at once. You may also extend the time for payment of any sum due. This will not affect my duties and my owing any other sums. I give up certain rights I have: (a) to make you demand payment of amounts due (known as "presentment"); (b) to make you give notice that amounts due have not been paid (known as "notice of dishonor"); and (c) to obtain an official certification of nonpayment (known as "protest"). Anyone else who agrees to keep the promises made in this contract, or who agrees to make payments to you if I fail to do so, also gives up these rights. These persons are known as "guarantors" and "sureties".

Changes in this Contract and Delay in Enforcing Rights: No oral changes are binding. If any part of this contract is not valid, all other parts will remain enforceable. If you do not enforce your rights against me as soon as you can, I agree that you do not give up these rights and any delay will not stop you from enforcing them at a later date.

Repossession of the Property for Failure to Pay: If I fail to pay according to the payment schedule or if I break any of the agreements in this contract (default), you shall have the right in accordance with state law to enter onto land or in a building without breach of the peace and take the property in which you have a security interest (repossession). You may exercise this right without notice to me. If there are any personal belongings in the property, such as clothing, furniture, and tools, you may store them items. However, you do not have to store them and will not be responsible for the items beyond what the law may require. Any accessories, equipment or replacement parts will remain with the property.

Getting the Property Back After Repossession: If you repossess the property, I have the right to get it back (redeem) by paying the entire amount I owe on the contract (not just past due payments) plus any late charges, the cost of taking and storing the property and other expenses that you have or your assignee has had. My right to redeem will end when the property is sold.

Sale of the Repossessed Property: You will send me a written notice of sale at least 10 days before selling the property. If I do not redeem the property by the date on the notice, you can sell the property. You will use the net proceeds of the sale to pay all or part of my debt.

The net proceeds of sale will be figured this way: Any late charges and any charges for taking and storing the property, cleaning and advertising, etc., and any attorney fees and court costs will be subtracted from the selling price.

If I owe you less than the net proceeds of sale, you will pay me the difference, unless you are required to pay it to someone else. For example, you may be required to pay a lender who has given me a loan and also taken a security interest in the property.

If I owe more than the net proceeds of sale, I will pay you the difference between the net proceeds of sale and what I owe when you ask for it. If I do not pay this amount when asked, you will charge interest on it.

Attorney Fees and Court Costs: I agree to pay your reasonable attorney fees after default and referral to an attorney who is not a salaried employee of you or your assignee. I also agree to pay any court costs.

Warranties: Warranty information for this property is subject to the FTC Used Motor Vehicle Trade Regulation Rule. See the window form for this vehicle for warranties, if any, and see the label on the new property. Buyers understand that Seller makes no express or implied warranties of merchantability or of fitness for a particular purpose covering the property unless the property is for personal, family, or household use and the Seller either makes a written warranty or at the time of sale or within 90 days thereafter enters into a service contract with the Buyers which applies to the property. This provision does not affect any warranties covering the property which may be provided by the manufacturer of the property or any warranties which may be provided by applicable state law.

An implied warranty of merchantability generally means that the property is fit for the ordinary purpose for which such property is generally used. A warranty of fitness for a particular purpose is a warranty that may arise when the Seller has reason to know the particular purpose for which the Buyers are buying the property and Buyers rely on the Seller's skill or judgment to ...

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

A00038

insurance, you will be acting in your own interest and will not be representing my interests. I further understand and agree that the purchased insurance will not contain any liability coverages, may cover only your interest in the property, may have deductible amounts different than those in any of my provided insurance, and may be more expensive than equivalent insurance which I could purchase through my own sources. I agree that you can purchase such insurance with coverage that will be retroactive to the date my insurance terminated. I understand and agree that you may receive compensation or reimbursement in connection with such insurance.

If the property is lost or damaged, I agree that you can use any insurance settlement either to repair the property or to apply to my debt.

**Optional Insurance or Service/Repair Plan:** This contract may contain charges for optional insurance or service/repair plan. If the property is repossessed, I agree that you may claim benefits under these coverages and terminate them to obtain refunds for unearned charges.

**Insurance or Service/Repair Plan Charges Returned to You:** If any charge for required insurance is returned to you, it may be credited to my account or used to buy similar insurance or insurance which covers only your interest in the property. Any refund on optional insurance or service/repair plan obtained by you will be credited to my account. Credits to my account will be applied to as many of my payments as they will cover, beginning with the final payment. I will be notified of what is done.

**Charge for Late Payment:** If any part of a payment is 10 or more days past due, I agree to pay a late charge of 5% of the full amount of the scheduled payment.

**Prepayment Charge:** Upon prepayment in full within six months from the date of this contract, I agree that you may, at your option, impose a prepayment charge of $75.00.

If I owe you less than the net proceeds of sale, you will pay me the difference, unless are required to pay it to someone else. For example, you may be required to pay a lend who has given me a loan and also taken a security interest in the property.

If I owe more than the net proceeds of sale, I will pay you the difference between the proceeds of sale and what I owe when you ask for it. If I do not pay this amount when ask you will charge interest on it.

**Attorney Fees and Court Costs:** I agree to pay your reasonable attorney fees after defa and referral to an attorney who is not a salaried employee of you or your assignee. I als agree to pay any court costs.

**Warranties Seller Disclaimer:** If the property is subject to the FTC Used Motor Vehicle Trade Regulation Rule, Buyers should see the form on the vehicle's window as to what warranties, if any, are applicable. In the case of all other property, Buyers understand that Seller makes no express or implied warranties of merchantability or of fitness for a particular purpose covering the property unless the property is for personal, family, or household use and the Seller either makes a written warranty or at the time of sale or within 90 days thereafter enters into a service contract with the Buyers which applies to the property. This provision does not affect any warranties covering the property which may be provided by the manufacturer of the property or any warranties which may be provided by applicable state law.

An implied warranty of merchantability generally means that the property is fit for the ordinary purpose for which such property is generally used. A warranty of fitness for a particular purpose is a warranty that may arise when the Seller has reason to know the particular purpose for which Buyers require the property and Buyers rely on the Seller's skill or judgment to furnish suitable property.

**Governing Law:** The terms of this contract shall be governed by the laws of the state of Florida.

**NOTICE:** ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

The preceding NOTICE applies only to goods or services.
In all other cases, I will not assert against any subsequent holder or assignee of this contract any claims or defenses that I (debtor) may have against You, or against the manufacturer of the property obtained under this contract.

The printing contained in this box is not part of Buyers' agreement

**ASSIGNMENT BY SELLER**

For value received, we hereby assign within contract and all our right, title and interest in it and in its collateral to _____

_____ (Assignee), and warrant all of the following: 1) that this contract is the result of a sale of our own property or services; 2) that we have full and perfect title to and right to convey this contract free of any encumbrance, lien, or any interest of third parties of any nature whatsoever; 3) that all services and installation work in connection with this contract will be completed according to the contract at the time this contract is sold to the Assignee; 4) that this contract accurately and correctly reflects a genuine, bona fide sale and the price and terms thereof, and is valid and in compliance with applicable installment sales law or other applicable state or federal law or administrative regulation; 5) that the goods or services covered by this contract have been unconditionally accepted by the parties to the contract; 6) that at the time this contract is sold to the Assignee, the goods and services are in the possession of the obligor and are the identical goods and services described in or related to the contract; 7) that the amount due from the obligor is not disputed or subject to any set-off, deduction, credit or counterclaim; 8) that there is no undisclosed delinquency; 9) that the downpayment is correctly stated in the contract; 10) that we have received cash or its proper equivalent for the downpayment, no part of which was loaned by us, directly or indirectly, to the Buyers; 11) that the entire and true consideration between us and the obligor is for the sale of goods or services evidenced herein; 12) that there is no undisclosed agreement, concession or litigation of any nature affecting this contract; 13) that all the parties to this contract were competent at the time it was executed; 14) that there are no valid defenses in law or equity to this contract as it exists in the hands of the Assignee after this conveyance; 15) that all signatures on this contract are genuine; and 16) that we have complied with all applicable requirements of the FTC Used Motor Vehicle Trade Regulation Rule. If any of the foregoing warranties are untrue, regardless of Assignee's knowledge or lack of knowledge or reliance thereon, Assignor hereby unconditionally agrees to repurchase the documents on demand from Assignee for the balance remaining unpaid plus any expense of collection, repossession, foreclosure, transportation, or storage, attorney fees, and court costs incurred by Assignee. FURTHER, if a "With Recourse" assignment is initialed below, we engage that the within contract will be paid according to its tenor, and that if it is not, we shall pay it to the Assignee or to any subsequent assignee, regardless of the order in which the assignments are made. If a "With Limited Recourse" assignment is initialed below, we engage that the within contract be paid according to its tenor for the period shown below, and that if it is not, we shall pay it to the Assignee or to any subsequent assignee, regardless of the order in which the assignments are made. If a "Repurchase" assignment is initialed below, we engage that if Assignee or any subsequent assignee repossesses any of the collateral on this contract, we will repurchase the collateral for the unpaid balance of the contract, or its fair market value, whichever is higher. If a "Without Recourse" assignment is initialed below, this Assignment is without recourse.

With Recourse _____      Seller/Assignor _____
                  Seller Initials

With Limited Recourse for first _____      By _____
    months of contract
                  Seller Initials

Repurchase Assignment _____      Date _____
                  Seller Initials

Without Recourse _____
                  Seller Initials

A 000039

FLORIDA RV FORM 008-1071  1/97

# 6.  Miscellaneous Sales Documents

A00040

# Rainbow Kennels

Douglas & Rita
Holloway

(302) 738-0864
Fax (302) 737-5256



## The First State

LICENSE NUMBER    SSN
**990675**
LAST/FIRST/MI
HOLLOWAY DOUGLAS R JR
2131 PLEASANT
VALLEY RD
NEWARK, DE 19702-0000

| BIRTHDATE | SEX | HGT | WGT | EYES |
| --- | --- | --- | --- | --- |
| 09/28/1952 | M | 6 00 | 200 | HAZ |

| ISSUED | EXPIRES | DUPLICATE |
| --- | --- | --- |
| 10/16/2003 | 09/28/2008 | |

RESTRICTIONS    ENDORSEMENTS
B

Organ Donor

DIRECTOR



## The First State

LICENSE NUMBER    SSN
**990674**
LAST/FIRST/MI
HOLLOWAY RITA
2131 PLEASANT VLY RD
NEWARK, DE 19702-0000

| BIRTHDATE | SEX | HGT | WGT | EYES |
| --- | --- | --- | --- | --- |
| 06/02/1939 | F | 5 02 | 126 | BRO |

| ISSUED | EXPIRES | DUPLICATE |
| --- | --- | --- |
| 06/23/2003 | 06/02/2008 | 1 |

RESTRICTIONS    ENDORSEMENTS

Organ Donor

DIRECTOR



**RITA HOLLOWAY**
PH. 302-738-0864
2131 PLEASANT VALLEY RD.
NEWARK, DE 19702

62-9/311                    1144

DATE 2-11-04

PAY TO THE
ORDER OF  Larry Days R.V. Center   $ 25,000.00

Twenty-five thousand — 00/100   DOLLARS

**WILMINGTON
TRUST**
Wilmington, Delaware

MEMO _____          Rita Holloway

⑈031100092⑈ 2604 3441⑈ 1144

A00041

## ODOMETER DISCLOSURE STATEMENT

Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership of a vehicle. Failure to complete an odometer disclosure statement or providing a false statement may result in fines and/or imprisonment.

I, **LAZYDAYS RV CENTER** state that the odometer

now reads **3423** (no tenths) miles (of the vehicle described below) now reads and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ (1)  I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2)  I hereby certify that the odometer reading is NOT the actual mileage.

WARNING — ODOMETER DISCREPANCY.

### VEHICLE IDENTIFICATION

| MAKE | BODY TYPE | MODEL | STOCK | | |
|------|-----------|-------|-------|---|---|
| **BEAVER** | | **MONTEREY** | **33244** | | |
| VEHICLE ID NUMBER **1RF12554110291.31** | TRIM | | | YEAR **2004** | |

### TRANSFEROR'S (SELLER) INFORMATION

| COMPANY **BRANDY** | |
|---|---|
| TRANSFEROR'S PRINTED NAME (SELLER) **LAZYDAYS RV CENTER** | |
| THE STREET **6130 LAZYDAYS BLVD** | |
| CITY **SEFFNER** | STATE **FL** |
| AUTHORIZED SIGNATURE  ✗ | TRANSFEROR'S SIGNATURE (SELLER) |
| DATE STATEMENT SIGNED **01/10/04** | PRINTED NAME OF PERSON SIGNING  ✗ |

### TRANSFEREE'S (BUYER) INFORMATION

| TRANSFEREE'S PRINTED NAME (BUYER) | |
|---|---|
| STREET **2121 PLEASANT VALLEY ROAD** | |
| CITY **NEWARK** | STATE **DE** ZIP CODE **19702** |

RECEIPT OF COPY ACKNOWLEDGED BY TRANSFEREE (BUYER)

| TRANSFEREE'S SIGNATURE (BUYER)  ✗ | DATE SIGNED **2/11/04** |
|---|---|
| PRINTED NAME OF PERSON SIGNING  ✗ | |

TRANSFEROR'S COPY

330.01
1869-022

---



## Lazydays
### NUMBER ONE IN RV'S

## IMPORTANT SAFETY NOTICE
## REGARDING THE TOWING OF MOTOR VEHICLES AND TRAILERS

Numerous states have passed new laws requiring RV owners to use supplemental brake control systems that will activate the brakes on towed vehicles or trailers. These laws vary from state to state. In order to ensure compliance with the laws of states in which you will be traveling, and to maximize your safety, a supplemental brake control system should be installed if you intend to tow a trailer, car, truck or other vehicle which weighs over 1,000 pounds.

By signing below, I acknowledge that I have received and read the information described above.

Date: _2-11-04_

Form #18-017

A00042



FLORIDA

DEPARTMENT
OF REVENUE

**Affidavit for Partial Exemption of Motor Vehicle Sold for Licensing in Another State**

DR-123
R. 08/00

iNET

## AFFIDAVIT

STATE OF _____

County of _____

Before me, the undersigned Notary Public, personally appeared __**DOUGLAS HOLLOWAY**__     __**RITA HOLLOWAY**__ ,

Who, being duly sworn, says that he/she is a resident of the State of _____**DE**_____ ˙ and that he/she is the

purchaser of the following described motor vehicle.

Name of Purchaser _____**DOUGLAS HOLLOWAY     RITA HOLLOWAY**_____

State of Residence and
Address of Purchaser _____**2121 PLEASANT VALLEY ROAD     NEWARK DE 19702**_____
                                        (Street)                              (City)                    (State)        (ZIP)

Name of Seller  Lazy Days R.V Center, Inc.

Address of Seller _6130 Lazy Days Boulevard_     _Seffner_     _FL_     _33584-2968_
                                        (Street)                              (City)                    (State)        (ZIP)
Seller's Sales Tax Registration Number  39-8012006593-8

Date of Sale  **01/10/04**

**Description of Motor Vehicle:**

Make _____**BEAVER**_____     Model _____**MONTEREY**_____  Year _____**2004**

Vehicle Identification Number _____**1RFC2564541029131**_____  Motor Number _____

Sales Price _____**267730.00**_____  Trade-In Allowance _____**267730.00**

Sales Tax Paid to the **STATE OF FLORIDA**  $ _____**-0-**

I, _____ understand that I may owe sales tax to the State of _____
(Purchasers initials)                                                        (Purchaser's state - Do Not Abbreviate)
   • If the state, in which the vehicle is being registered/licensed, does not allow a credit for sales tax paid to the State of Florida; or
   • If that state imposes a rate higher than 6 percent.
I also understand:
   • Sales tax is being paid to Florida and not to any other state; and
   • I may request a copy of the Motor Vehicle Sales Tax Rates by State from the above motor vehicle dealer or the Florida
     Department of Revenue.

This vehicle will be licensed in the State of _____**DE**_____ within forty-five (45) days after the date it was purchased in
the State of Florida.

Sworn to (or affirmed) and subscribed before me this **10TH** day of **JANUARY**, A.D., **04** .
                                                                   (Day of Month)                  (Month)            (Year)

_____                    _____
      (Signature of Nonresident Purchaser)                              (Signature of Notary)

Personally Known _____
Or Produced Identification _____
Type of Identification Produced _____

Print, Type or Stamp Name of Notary

A00043



## PAY OFF INFORMATION AND PERTINENT DATA

NAME OR NAMES OF CUSTOMER(S) _Douglas Holloway_

HOW TITLED? _____

ADDRESS? _____  PHONE # _____

YEAR AND MAKE OF TRADE? _____

SERIAL NUMBER? _____

NAME OF BANK/LENDING INSTITUTION? _E-Trade_

MAILING ADDRESS _____

_____  PHONE # _800 404.2645_

AMOUNT OF PAY OFF _144723.07_  EXPIRES _Feb 2-10-04_

AMOUNT PER DIEM _37.37_  X 10 DAYS = _373.20_

TOTAL PAY OFF _145096.77_  EXPIRES _2-20-04_

ACCOUNT NUMBER _041503197_

PERSON WHO VERIFIED PAY OFF _Anto_

LAZY DAYS R.V. CENTER (F & I CLOSER SIGNATURE) _____

CUSTOMER # _____

If the actual payoff is higher than the amount listed above the undersigned agrees to pay the difference to Lazydays RV Supercenter.
If the actual payoff is lower than the amount listed above Lazydays RV Supercenter agrees to pay the difference to the undersigned.

### PLEASE MAIL MY TITLE AND LIEN SATISFACTION TO LAZY DAYS R.V. CENTER

CUSTOMER SIGNATURE _____

CUSTOMER SIGNATURE _____

6130 Lazy Days Boulevard • Seffner, FL 33584 • (813) 246-4333
Toll Free (Sales) 1-800-626-7800 • (Service) 1-800-282-7800

18-026
Rev. 03/03

A00044

# 7.  LazyDays Web Pages

A00045





**888.500.5299**

Register RV Search | Home | RV Lifestyle | Owning an RV | Membership | Promotions | Service | About Us | Contact Us

**KEYWORD SEARCH**

[ Search ]

Enter search words or stock#

**RV BRAND SEARCH**

| | |
|---|---|
| American Coach | Fleetwood |
| Gulf | Keystone |
| Carriage | Mandalay |
| Coachmen | Monaco |
| Country Coach | Newmar/RV |
| Foretravel | Sunset |
| Four Winds | Sportscoach |
| Gulfstream | Tiffin |
| Holiday Rambler | Winnebago |

**ADVANCED RV SEARCH**

**1,323 RVS AVAILABLE!**

( • ) New    ( ) Pre-Owned

( ) Both

Select RV Type ▼
Select RV Make ▼
Select RV Model ▼
Select Length ▼
Select Slides ▼
Select MSRP Range ▼
Select Arrival Date ▼

( Search ) ( Clear ) ( ? )



**SUBSCRIBE TO THE NEW**
**RVLiving Magazine!**
Get Insider Information,
Expert Tips, True Tales,
and Much More!

## Lazydays Advantage



Lazydays Advantage – Value Added Benefits

### VALUE ADDED BENEFITS

**Enjoy these exclusive Value Added Benefits when you purchase a new or pre-owned RV from Lazydays.**

**COMPLIMENTARY Lazydays Delivery Experience (Valued at $1,200 to $2,300)**

The Lazydays Delivery Experience is a key step in purchasing an RV from Lazydays. It is successfully accomplished with the personal involvement of many highly trained professionals, including a Service Advisor and Support Staff who are assisted by a team of experienced RV technicians. Lazydays has more RVDA/RVIA Certified and Master Certified technicians than any other RV dealer in North America. The Lazydays Delivery Experience includes one of the most comprehensive Pre-Delivery Inspections (PDI) in the RV industry.

The PDI is a check list review of over 130 components for motor homes and over 100 components for towable RVs. To complete your Lazydays Delivery Experience, we will fill your RV with fuel and/or propane, as well as thoroughly clean it at no extra charge. (Note: This benefit does not apply to As-Is units.)



**COMPLIMENTARY Tag & Title Document Preparation (Valued at $400)**

Most RV and automotive dealers have a "Document Preparation Fee" on their Buyer's Order. Typically, these fees range from $50 to $400 per purchase. Lazydays will prepare, AT NO CHARGE TO YOU, the necessary documents to title and register your RV in your home state. Your title and registration documents will be prepared by professionally trained title clerks with years of experience. If you are a Florida resident, we will pay the titling and registration fees and file the documents directly with the Florida Department of Motor Vehicles (DMV).



If you are titling and registering your RV outside of Florida, we will send you the necessary documents to present to your state's DMV. These documents usually arrive within 3 weeks of your RV delivery. All non-Florida state titling and registration fees are the responsibility of each RV owner.



**COMPLIMENTARY Thousand Trails Zone Membership (Valued at $7,995)**

Through an exclusive agreement with Thousand Trails, Lazydays has satisfied the $7,995 Eastern or Western Zone Membership fee as well as the first three months dues for all customers taking delivery of an RV. If you are not currently a member of Thousand Trails, you may choose an Eastern Zone membership with 23 private campgrounds (16 east of the Mississippi and 7 in Texas) or a Western Zone membership with 35 private campgrounds (located in Arizona, British Columbia, California, Nevada, Oregon and Washington). These Zone Memberships would otherwise have a one-time initiation fee of $7,995. After 90 days, you can continue your membership privileges with the payment of annual dues of $449 plus tax. A National membership is available for an additional initiation fee of $1,995. Use of all campground amenities are at no additional cost other than the annual dues. If you already have a Thousand Trails membership, you





Special Membership Offer





may assign the benefits of this program to a friend or relative at the time of your delivery. The dues for an Assigned Membership are $549 plus tax.



For an additional annual fee of $79 plus tax, you can add membership privileges in RPI's reciprocal network, which offers use of over 300 resorts affiliated with RPI for a special nightly rate of $8, as well as a 50% discount off your first nights stay at 300 Enjoy America! Campgrounds. You will enjoy many great amenities at these campgrounds such as horseshoes, miniature golf, shuffleboard, tennis, spa, swimming pools, boating, canoeing, fishing and more.



**COMPLIMENTARY First-Year Membership to the Family Motor Coach Association (for motor home owners and new members only) (Valued at $35)**

Member benefits include a subscription to FMCA's official monthly publication, a membership directory, educational programs, approximately 400 organized chapters, area rallies and much more.



**COMPLIMENTARY One-Year Camping World President's Club Membership (or one-year extension) (Valued at $19)**

With this membership you will receive an additional 10% discount on your camping and RV accessories purchased from Camping World. This discount also applies to installation charges.



**COMPLIMENTARY Membership in Cummins Power Masters Club (RV or tow truck with new or pre-owned Cummins diesel motor qualifies) (Valued at $30)**

This membership includes a 10% discount on Cummins parts and labor, newsletters, clinics, first year Good Sam membership (new members only), express check-in for repairs and nationwide engine roadside assistance.



**COMPLIMENTARY Membership to the Flying J RV Real Value Club**

Members receive a discount on fuel purchases as well as discounts on other Flying J products and services.



**COMPLIMENTARY One-Year Membership to the Freightliner Chassis Owners Club**

When you purchase a new motor home on a Freightliner Chassis, Freightliner pays your first year's membership in the Freightliner Chassis Owners Club. Once you are a member you can purchase a Chrysler, Dodge, or Jeep vehicle under the Chrysler Affiliate Rewards Program. The purchase price is below dealer invoice and includes any cash rebates or special financing.




Members also receive a quarterly newsletter providing valuable product information and manufacturer updates promoting safer, more intelligent driving of motor homes.

**On-Site Factory Representatives**
To show our complete commitment to the RV enthusiast, Lazydays again leads the industry by offering direct factory communication with full time, on-site representatives from American Coach, Beaver, Coachmen, Country Coach, Fleetwood, Holiday Rambler, Monaco, National RV, Safari, Tiffin, Cummins/Onan, Spartan Motors and Workhorse to answer any questions you may have.



Return to Top

8/11/2005 10:01 AM

A 00047


**888.500.5299**





| Realtime RV Search | Home | RV Lifestyle | Owning an RV | Membership | Promotions | Service | About Us | Contact Us |

**KEYWORD SEARCH**

[ Search ]

Enter search words or stock#

**RV BRAND SEARCH**

| American Coach | Itasca |
| Beaver | Keystone |
| Carriage | McKenzie |
| Coachmen | Monaco |
| Country Coach | Newmar RV |
| Fleetwood | Safari |
| Four Winds | Sportscoach |
| Glendale | Tiffin |
| Holiday Rambler | Winnebago |

**ADVANCED RV SEARCH**

**1,323 RVS AVAILABLE!**

◉ New   ○ Pre-Owned
○ Both

| Select RV Type ▼ |
| Select RV Make ▼ |
| Select RV Model ▼ |
| Select Length ▼ |
| Select Slides ▼ |
| Select MSRP Range ▼ |
| Select Arrival Date ▼ |

[ Search ]  [ Clear ]  [ ? ]



**SUBSCRIBE TO THE NEW**
**RVLiving Magazine!**
Get Insider Information,
Expert Tips, True Tales,
and Much More!

---

**Lazydays Advantage**

Lazydays Advantage - Value Added Benefits

Our 150-person sales team has but one goal: to make you a "Customer for Life." We know that you want support from experts, so we're committed to becoming the most knowledgeable, product-oriented sales-force in the industry. To attain this level of expertise, we spare no expense in training our Sales Consultants to answer your questions with cutting-edge product knowledge and comprehensive lifestyle information. You can rest assured that you will learn whatever you need to know to make your RV buying experience as pleasurable and well-informed as possible.



We also live by the adage – "you don't care how much we know until you know how much we care." So you'll never be confronted with high pressure sales tactics or pushy sales reps – only people who are as passionate about RVing as you are. We want you to be very happy with your RV purchase. So if you're looking for a refreshing buying experience, one where professional sales people take their time to help you make an educated decision, then come visit Lazydays – "We're Making Customers for Life."



**Here are Just a Few Reasons Why You Should Buy Your Next RV from Lazydays!**

*Lazydays is the world's #1 RV dealer with $800,000,000 in sales.*

With over 1,250,000 visitors annually, Lazydays RV SuperCenter^SM is not just an RV dealer, but one of the country's most popular RV destinations.



Lazydays was founded in 1976 on Florida Avenue in Tampa, Florida.

In 1996, we moved to our current 126-acre site at I-4 exit 10 in Seffner Florida, ten miles east of downtown Tampa.

We have 150 professionally-trained sales consultants in an 86,000 sq. ft. main dealership building who serve customers throughout North America, South America, Europe and Asia.



A fleet of 170 six-passenger golf carts is required to move employees and customers throughout the RV SuperCenter.

We have been serving our customers for over 29 years and we are here to stay!



*Over 700 employees work together towards one common goal - Making Customers for Life!*

All employees attend weekly customer service training classes.

We have an industry leading customer service index (CSI) rating and many Circle of Excellence Awards.



We serve over 360,000 complimentary meals to customers and prospects annually (breakfast and lunch).

We are the largest wholesaler of RVs in North America with a customer base of over 200 RV dealers nationwide.

---

A00048