### Sales

We deliver almost 10,000 RVs annually.

On average, we carry over 1,200 RVs in inventory valued at approximately $100,000,000.

We stock over 150 unique RV models from 18 manufacturers.

Our RV displays are the largest in North America and are located in a beautiful park-like setting.

A 30-day limited warranty is included with the purchase of our pre-owned RVs (does not apply to As-Is purchases).

We have on-site factory sales representatives for American Coach, Beaver, Coachmen, Tiffin, Country Coach, Fleetwood, Holiday Rambler, Monaco, National RV & Safari.

We have 85 delivery sites with 50-amp electric hook ups.

Our Value Added Benefits package is the best in the industry. It is presented by experienced Business Managers and includes membership privileges in Thousand Trails, FMCA, Camping World President's Club, Flying J Real Value Club, Cummins Power Masters Road Club and Freightliner Chassis Owner's Club.

We offer complimentary tag and title document preparation for your RV purchase (customer is responsible for government fees and taxes).

Our professionally-trained Service Advisors insure satisfactory deliveries.

Prior to delivery, your RV will receive a Pre-Delivery Inspection (PDI), which is a check list review of over 130 RV components for motor homes and 100 for towable RV's (does not apply to as-is purchases).

We placed over $400 million in loans last year at the most competitive rates in the RV industry due to our volume and banking relationships.

Our 150 experienced sales professionals undergo daily product training.

We offer an exclusive membership in CrownClub with 16 special benefits for Lazydays' luxury motor coach customers.

The Friends & Family Recognition Program rewards all Lazydays customers who refer their friends and family members to become new customers of Lazydays. After four referral deliveries, your name is engraved on a brass plate and displayed on our Wall of Honor.










### Service

We service over 38,000 RVs annually.

We have 273 sixty-foot service bays and over 300 service and parts personnel.

We have the largest RV collision center in the nation with 24 service bays and three 60-ft. downdraft paint booths large enough to paint three 45 ft. motor homes simultaneously.

85 out of the 250 Certified and Master Certified RVIA/RVDA Technicians in Florida work at Lazydays. This is more than any other dealer in North America.

Technical certification and customer seminars are conducted in the main dealership building.





We also have on-site Factory Service Representatives for Country Coach, Fleetwood, Holiday Rambler, Monaco, National RV, Cummins/Onan, Spartan and Workhorse.

Our special service facilities include a Cabinet Shop, Body Shop, Chassis Shop, Windshield Repair Shop and Upholstery Shop.



We have over $1.5 million dollars in parts inventory (including most major brand names).

We offer a special order parts service for hard-to-find parts.



**Amenities**
On-site, we have a 300-site RV park with a 12,000 square foot RallyCenter, banquet kitchen, screened in swimming pool, tennis courts and full 50-amp hook-up.

Over 50 RV Rallies with catered meals and premier entertainment are scheduled each year at RallyPark.



Shuttle service is provided between RallyPark and the main dealership building.

We have a 40,000 sq. ft. Camping World store with Presidents' Club memberships and discounts on-site. Camping World has over 35 locations nationwide.



We offer a complimentary Driver Confidence Course for our customers (motorized and towable).

We are a convenient, one-stop RV destination with Sales, Service and Collision Repair in addition to a Cracker Barrel, Flying J, Camping World and RallyPark RV park.

We offer complimentary Starbucks® coffee Monday through Saturday.



On-site custom murals are provided by Letterfly.

We are a pet and child friendly RV destination.

We have comfort stations throughout our RV displays with air conditioning, rest areas, restrooms and water fountains.

Security is provided 24/7/365.

Our 86,000 sq. ft. main building has many comfortable waiting rooms and seating areas.



Return to top




**888.500.5299**

Real Time RV Search | Home | RV Lifestyle | Owning an RV | Membership | Promotions | Service | About Us | Contact Us

**KEYWORD SEARCH**
[ Search ]
Enter search words or stock#

**RV BRAND SEARCH**


**ADVANCED RV SEARCH**
**1,323 RVS AVAILABLE!**
- New    ○ Pre-Owned
- ○ Both

[Select RV Type ▼]
[Select RV Make ▼]
[Select RV Model ▼]
[Select Length ▼]
[Select Slides ▼]
[Select MSRP Range ▼]
[Select Arrival Date ▼]

[ Search ] [ Clear ] [?]

**SUBSCRIBE TO THE NEW RVLiving Magazine!**
Get Insider Information, Expert Tips, True Tales, and Much More!



## Manufacturer Representatives

**We have 14 on-site manufacturer representatives:**


  
 
  
 
 
 

GLENDALE RV       HOLIDAY RAMBLER

1 of 2                                    8/11/2005 10:04 AM

A00051








Return to top

A00052

# 8. Beaver Monterey Brochure Extract

A00053

# THE BEAVER FAMILY

SANTIAM | MONTEREY | PATRIOT | MARQUIS

## CRAFTING SUPERIOR EXPERIENCES, ONE-BY-ONE.

When you enter a Beaver Monterey, you enter a world that's devoted to beauty and quality. Where you'll find the same attention to detail we'd put into our own homes, and nothing less. And then, when you take to the road, you'll discover a level of luxury and performance that exceeds your every expectation. All creating the kind of experience other coaches can only dream about. Want to see it for yourself? A Beaver dealer near you will be happy to show you around.



*Beaver®*

*One Coach at a Time.*

PO Box 5639
20545 Murray Road
Bend, OR 97701
**1-800-634-0855**
www.beavermotorcoaches.com

© 2003 Monaco Coach Corporation (NYSE: MNC) Printed in USA   09/03 BROBMONT

DEALERSHIP IMPRINT HERE

A00054



BEAVER MONTEREY04

A 00055



This is a story of craftsmanship, pure and simple. It's the story of expert cabinet builders crafting fine hardwoods to a beautiful finish. Because when you're ready to make the move to a luxury motorcoach, you're looking for the best there is.

At Beaver, we know that quality isn't something that can be faked or forged. It's right there, for you to see — in details like arched raised panel cabinet doors with hidden hinges.

Sure, in the pages ahead, you'll also see our commitment to advanced technologies and luxurious amenities. But first, we wanted to show you something you'll never find in any other motorcoach. Our craftsmanship.



Beaver®
*One Coach at a Time.*

A00056





**MONTEREY04** 40' Laguna shown in Wineberry.

With such a wide range of floorplans to choose from, there's sure to be a Monterey that's right for you.

Ventura | Huntington | Seacliff | Carmel | Coronado | Newport | Laguna

A00057



**SIMPLY PUT, THIS COACH IS SOMETHING SPECIAL.**

When you're as popular as the Monterey, you can be sure there are some very good reasons why. Like, for instance, its remarkably smooth and powerful Roadmaster M-Series chassis and Cummins® 350 HP engine. You'll also be impressed by its wide range of floorplans — from the 36' Ventura with triple slide-outs to the 40' Laguna with its astounding quad slide-out design. And this year, the coach offers more luxury and more state-of-the-art features than ever before. This is a coach you'll love coming home to, year after year.

7



## TAKE THE HELM OF YOUR NEXT ADVENTURE.

Slip into the pilot seat, and you'll marvel at the high-tech controls that are before you. The beautiful bird's-eye burl instrument panel features spun aluminum gauges with black bezels, and the lighted VIP Smartwheel® puts essential switches right at your fingertips. You'll appreciate the in-dash rear vision system with color monitor, AM/FM stereo and CD changer, as well as the remarkable Aladdin video coach system, allowing you to monitor fluid levels and tank capacities and track important trip information. This year, some exciting options include the Sirius satellite radio system and the advanced OnStar® mobile assistance — both requiring subscription.



### CENTRAL UTILITY BAY
Our insulated systems compartment gives you easy access to all your hook-up functions and includes a faucet with hot and cold water.



### PASS-THROUGH STORAGE
Our roomy carpet-lined storage compartments move out with the slide-out room, making it easier than ever to reach your stowed items (not available on passenger side front slide-outs). In addition, you may choose our optional storage bay slide-out trays, for the ultimate in convenience.



### COORDINATED AWNINGS
The Monterey comes equipped with a patio awning with color coordinated hardware, as well as a slide-out topper awning. A Carefree® automatic front door awning is optional, as are automatic patio awnings and a bedroom window awning.





*19*



40' NEWPORT



40' CORONADO



FLOORPLANS 40'

A D00064





# BEAVER ADVANCED CONSTRUCTION

**ROOF CONSTRUCTION**
- Fiberglass Crown
- Tapered Block Foam
- Luaun
- Aluminum Framing
- Block Foam Insulation
- Vac-U-Bonded Barrier
- Luaun
- Padded Fabric Ceiling

**WALL CONSTRUCTION**
- Wall Board
- Aluminum Framing
- Block Foam Insulation
- Luaun
- Fiberglass Exterior

**FLOOR CONSTRUCTION**
- Carpet/Tile
- Carpet Padding
- Structure Board
- Block Foam Insulation
- Aluminum Framing
- Luaun
- Fiberglass Outer Layer
- Harmonic Reducing Pads

**ADVANCED WIRING SYSTEM**

Our wiring style is inspired by the wiring used in Boeing aircraft and is unique to the RV industry. In a Beaver coach, each wire is white with pre-printed labels every three inches indicating its function. This in conjunction with our "plug and play" harness makes it simple to trace circuits as well as to add or change components.

8. Laminated fiberglass underbelly
9. Aluminum framed laminated floor on steel trusses
10. Laminated luaun floor with foam insulation
11. Storage bays remain stationary under passenger side slide
12. Carpeted basement storage bays
13. Full-body paint
14. Optional air leveling

A00063

21