# SPECIFICATIONS MONTEREY 04

## BODY CONSTRUCTION

**Standard Features**
- Aluminum Framed Superstructure
- Seamless One-Piece Molded Crowned Fiberglass Roof
- Laminated Gel Coat Fiberglass Sidewalls
- One-Piece Front and Rear Molded Fiberglass Caps
- Chrome Power Controlled Heated Exterior Mirrors with Turn Indicator Lights
- Aluminum Framed Laminated Floor on Steel Trusses
- Foam Insulated Underbelly
- Driving Lights
- Insulated Aluminum Pantographic Baggage Doors
- Carpet Lined Storage Compartments
- Slide Out with Room (N/A on Passenger Side Front Slide-Outs)
- Full Length Beaver Mud Flap
- Deluxe Full Body Paint
- Rear Ladder

**Options**
- 3M® Film Front Mask
- Storage Bay Slide-Out Tray (Full Pass-Through) (N/A: 36' Ventura)
- Storage Bay Slide-Out Tray (One Side)

## COCKPIT

**Standard Features**
- Fiberglass Automotive Dash with Bird's-Eye Burl Instrumentation Panel
- Spun Aluminum Gauges with Black Bezels
- Aladdin Video Coach System
- Multi-Position Sunvisors
- In-Dash Rear Vision System and Color Monitor with AM/FM Stereo/CD
- Adjustable Accelerator and Brake Pedals
- 110V, 12V and Phone Outlet
- Cup Holders
- Lighted VIP Smartwheel® with Controls for Windshield Wipers, ICC and Cruise Control
- Power Steering
- Roof Mounted Air Horns
- Ultraleather™ 6-Way Power Pilot and Co-Pilot Seats
- Air Activated Power Step Well Cover
- Manual Privacy Cab Drapes
- Carpet Pilot and Co-Pilot Floormats

**Options**
- Co-Pilot Seat with Power Footrest
- Extra-Wide Co-Pilot Seat with Power Footrest
- Power Privacy Cab Drapes
- Power Sunvisors
- 6-Disc CD Changer
- CB Radio
- Cellular Phone Wiring and Antenna
- Sirius Satellite Radio System (Requires Subscription)
- OnStar® Mobile Assistance (Requires Subscription)

## APPLIANCES AND ACCESSORIES

**Standard Features**
- Two-Door Refrigerator with Ice Maker and Raised Panel Doors
- High-Output Three-Burner Recessed Cooktop
- Convection Microwave with Touch Control
- 24-Inch Flat-Screen TV with Remote in Living Area
- 20-Inch Color Stereo TV with Remote in Bedroom
- Stereo VCR
- Video Control Box with Dual Exterior Hook-Ups for DSS Dish and Cable
- Living Area Stereo TV and VCR Wired through Ceiling Speakers
- TV Antenna and Booster
- Prep for Satellite Receiver
- Cable TV Hook-Up and Telephone Jacks
- Washer/Dryer Prep

**Options**
- 30-Inch LCD TV in Living Area with Built-In Tuner
- Four-Door Refrigerator with Ice Maker and Raised Panel Doors
- Four-Door Stainless Steel Refrigerator with Ice Maker
- Stainless Steel Microwave
- Recessed Cooktop with Oven (N/A: 36' Ventura)
- Combination Washer/Dryer
- Fully Automatic Digital Satellite System
- Home Theater System with DVD Player
- Central Vacuum System

## INTERIOR

**Standard Features**
- Rift White Oak Cabinetry
- Arched Raised Panel Cabinet Doors with Hidden Hinges
- Carpet Lined Cabinet Shelves
- Low Friction Roller Drawer Guides
- Satin Nickel Finished Cabinet Hardware
- Solid Surface Kitchen Countertop
- Mirrors in Kitchen Area
- Ceramic Tile Floor in Kitchen & Bath
- Padded Ceiling Treatment
- Oversized Rear Wardrobe Closet with Mirrored Doors
- Solid Surface Bathroom Countertop with Integrated Sink
- Decorative Glass Shower Door with Satin Nickel Frame
- Medicine Cabinet with Shelves
- Bathroom Mirror
- Towel Bar in Bathroom
- Queen Bedspread with Pillows
- Day/Night Pleated Shades in Bedroom with Blackout Shades
- Mini Blinds in Living Area, Kitchen, and Bathroom

**Options**
- Decors: Wineberry, Brandy, Topaz, Coconut Grove
- Rustic Cherry Cabinetry
- Tight Knot Walnut Cabinetry
- White Maple Cabinetry
- Wilsonart® Plank Flooring in Kitchen and Bathroom
- Day/Night Pleated Shades in Living Area

## FURNITURE

**Standard Features**
- Side-Slide, Fixed Dinette Table with Two Freestanding Chairs and Two Folding Dinette Chairs
- Queen Bed with Shirt Closet and Nightstands
- Fabric Swivel Rocker
- Computer Table
- Fabric Sleeper Sofa with Drawer

**Options**
- Ultraleather™ Euro-Recliner with Ottoman

A00061

22

# MONTEREY 04 SPECIFICATIONS

- Cummins® ISC 350 HP Engine with Allison® 3000 MH World Transmission and Electronic Shifter
- Torque: (950) lbs/ft. Max. Net at 1,400 RPM
- Rear Axle Ratio: 4.30:1
- Cubic Inch Displacement: 504.5"/8.3L
- 140 Amp Alternator
- Dual Fuel Fill
- Accubrite Aluminum Wheels
- Tires: 295/80R/22.5
- Cushion Air Glide Suspension with Eight Air Bags and Eight Shock Absorbers
- Anti-Lock Braking System with Full Air Brakes (Drum)
- Pac Exhaust Brake
- Automatic Traction Control
- Auto Slack Adjusters
- Fuel/Water Separator
- Air Cleaner Restriction Indicator
- Engine Block Heater with Switch on Dash
- Hydraulic Leveling System
- 10,000 Lb. Hitch Receiver* with Six-Point Connector
- Undercoating

**Options**
- Air Leveling
- Dual Leveling

*Your towed vehicle should be equipped with auxiliary brakes if the weight of the towed load exceeds 1,000 lbs.

## WINDOWS, DOORS, AND AWNINGS

**Standard Features**
- Radius Dual Pane Safety Glass Dark Tinted Slider Windows
- Front Entry Door with Removable Screen
- Color Coordinated Patio Awning with Color Coordinated Hardware
- Slide-Out Topper Awnings
- Interior and Exterior Grab Handles
- Tinted Skylight in Bathroom

**Options**
- Girard® Automatic Patio Awning
- One Touch Automatic Patio Awning
- Mirage® Automatic Patio Awning with Color Coordinated Hardware (N/A: 36' Ventura)
- Carefree® Automatic Front Door Awning
- Bedroom Window Awning (N/A: 40' Laguna)

## SAFETY

**Standard Features**
- Fire Extinguisher
- Deadbolt Lock on Entrance Door
- 120V GFI Protected Circuit (Kitchen, Bathroom, Exterior)
- LP Gas Detector
- Smoke Detector
- Carbon Monoxide Detector
- Integrated Pilot and Co-Pilot Three-Point Seat Belts (Lap and Shoulder)
- Third Brake Safety Light
- Egress Window

## CHASSIS, ENGINE, AND SUSPENSION

**Standard Features**
- Roadmaster M-Series Chassis

- Halogen Lights Mounted in Living Room Ceiling
- Decorative Lighting in Living Room and Bedroom

**Options**
- Power Cord Reel
- Surge Protector

## PLUMBING AND LP SYSTEMS

**Standard Features**
- Manifold Water Control System
- Water Pump Switch in Galley Area
- Water Purifier in Ice Maker
- China Opus Toilet
- Fiberglass Shower
- No-Fuss Flush Black Holding Tank Rinsing System
- Insulated Systems Compartment with Easy Access to Hook-Up
- Outside Faucet with Hot and Cold Water

**Options**
- Bath Tub

## HEATING, VENTS, AND AIR CONDITIONING

**Standard Features**
- Two Low Profile Ducted 13.5M BTU Roof Air Conditioners with Electronic Ignition and Heat Pumps
- Electronic AC/Heat Climate Control System
- In-Floor Ducted Heating System
- 12V Attic Fan in Bath
- 12V Attic Fan in Kitchen

**Options**
- Hydro-Hot Heating System (Required on Triple and Quad Slide-Outs)

- Fabric Recliner
- Ultraleather™ Recliner
- Ultraleather™ Loveseat with Drawer (38' Seacliff, 40' Carmel)
- Ultraleather™ Sofa with Drawer (N/A: 38' Seacliff, 40' Carmel)
- Fabric Magic Bed Sofa
- Ultraleather™ Magic Bed Sofa
- Fabric Hide-a-Bed Sofa with Air Mattress
- Ultraleather™ Hide-a-Bed Sofa with Air Mattress
- Booth Dinette
- Kitchen Island (40' Carmel)
- Wrap Around Computer Table (Requires Recliner)

## ELECTRICAL SYSTEMS AND LIGHTS

**Standard Features**
- 50 Amp 120V Distribution Panel
- Onan® 7.5 kW QD Diesel Generator with Hour Meter on Power Slide-Out
- 2000 Watt Inverter
- Solar Panel
- Two 12V Chassis Batteries
- Four 6V Deep Cycle Coach Batteries
- Battery Disconnect Switches
- Power Entry Step with Light
- Lights in Outside Storage Compartment
- 120V Receptacles Inside Storage Compartment
- Computer Hook-Up with Phone Jack in Dinette Area
- Fluorescent Lighting Throughout
- Cosmetic Vanity Lights in Bathroom
- Halogen Lights under Overhead Cabinets

A 00065

# WHEREVER YOU TRAVEL, YOU'RE ALWAYS PART OF THE FAMILY.



**350** and growing | Service Facilities Nationwide

**12 MONTH/24,000 MILE** basic limited warranty

**5 YEAR/50,000 MILE** limited warranty on aluminum or steel frame structure of sidewall, roof, front and rear cap

**3 YEAR/36,000 MILE** limited warranty on Roadmaster chassis

See owner's manual for complete details.

When you purchase a coach from Beaver, you become part of an industry-leading family of companies called Monaco Coach Corporation. What does that mean for you? It means you have access to a wider array of benefits. To begin with, your coach is built by a level of expertise that could only be achieved through the teamwork and combined experience of all our companies. Like, for example, such exclusive innovations as the Roadmaster chassis, designed specifically for each individual model of our diesel coaches. You also get the benefit of our White Glove factory inspection program, for a higher level of quality assurance and added peace of mind. And your dealer will be happy to tell you about our other innovative programs, including our Extended Care service agreements.

Of course, once you're on the road, you'll have access to our nationwide network of more than 350 service facilities, meaning wherever you travel, you're never far from a friend. Ready to roll? In a 2004 Beaver, the strength of our entire family is behind you every mile of the way.

**Roadmaster** chassis

MONACO COACH CORPORATION

A00066

# 9. 2004 Owners Manual and Warranty

A00067

# *Monterey*



## 2004 Owners Manual



A 00068

WARRANTY - LIMITED: 2004 MONTEREY • 1
WARRANTY - LIMITED: 2004 ROADMASTER CHASSIS • 6
WARRANTY INFORMATION FILE • 10

**What the Period of Coverage Is:**

If you use your Beaver® motorhome only for recreational travel and family camping purposes, the Limited Warranty provided by Beaver ("Warrantor") covers your new motorhome when sold by an authorized dealer for twelve (12) months from the original retail purchase date or the first 24,000 miles of use, whichever occurs first. However, the Limited Warranty provided by Warrantor covers the steel or aluminum frame structure of the sidewalls (excluding slide outs), roof, and rear and front walls for sixty (60) months from the original retail purchase date or the first 50,000 miles of use, whichever occurs first.

If you use your motorhome for any rental, commercial or business purposes whatsoever, the Limited Warranty provided by Warrantor covers your new motorhome when sold by an authorized dealer for ninety (90) days from the original retail purchase date or the first 24,000 miles of use, whichever occurs first. In addition, the Limited Warranty provided by Warrantor covers the steel or aluminum frame structure of the sidewalls (excluding slide outs), roof, and rear and front walls for twelve (12) months from the original retail purchase date or the first 24,000 miles of use, whichever occurs first. A conclusive presumption that your motorhome has been used for commercial and/or business purposes arises if you have filed a federal or state tax form claiming any business tax benefit related to your ownership of the motorhome.

The above Limited Warranty coverage applies to all owners, including subsequent owners, of the motorhome. However, a subsequent owner must submit a warranty transfer form by filing the form through an authorized Beaver dealer. A subsequent owner's warranty coverage period is the remaining balance of the warranty coverage period the prior owner was entitled to under this Limited Warranty. Warranty transfer forms can be obtained by contacting the Customer Relations Department. There is no charge for the transfer.

**WARRANTY - LIMITED: 2004 MONTEREY**

A 00069

| | |
|---|---|
| **Limitations of Implied Warranties** | ANY IMPLIED WARRANTIES ARISING BY WAY OF STATE LAW, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY AND ANY IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE, ARE LIMITED IN DURATION TO THE TERM OF THIS LIMITED WARRANTY AND ARE LIMITED IN SCOPE OF COVERAGE TO THOSE PORTIONS OF THE MOTORHOME COVERED BY THIS LIMITED WARRANTY. Warrantor disclaims all implied and express warranties, including the implied warranty of merchantability and the implied warranty of fitness for a particular purpose, on components and appliances excluded from coverage as set forth below. There is no warranty of any nature made by Warrantor beyond that contained in this Limited Warranty. No person has authority to enlarge, amend or modify this Limited Warranty. The dealer is not the Warrantor's agent but is an independent entity. Warrantor is not responsible for any undertaking, representation or warranty made by any dealer or other person beyond those expressly set forth in this Limited Warranty. Some states do not allow limitations on how long an implied warranty lasts, so the above limitation may not apply to you. |
| **What the Warranty Covers** | Warrantor's Limited Warranty covers defects in the manufacture of your motorhome and defects in materials used to manufacture your motorhome. Also see the section "What the Warranty Does Not Cover" set out below. |
| **What We Will Do to Correct Problems** | Warrantor will repair and/or replace, at its option, any covered defect if: (1) you notify Warrantor or one of its authorized servicing dealers of the defect within the warranty coverage period and within five (5) days of discovering the defect; and (2) you deliver your Motorhome to Warrantor or Warrantor's authorized servicing dealer at your cost and expense. It is reasonable to expect some service items to occur during the warranty period. The performance of warranty repairs shall not extend the original warranty coverage period. Further, any performance of repairs after the warranty coverage period has expired or any performance of repairs to component parts and appliances excluded from coverage shall be considered "good will" repairs, which shall not alter the express terms of this limited warranty.<br>    Warrantor may use new and/or remanufactured parts and/or components of substantially equal quality to complete any repair. |

Defects and/or damage to interior and exterior surfaces, trim, upholstery and other appearance items may occur at the factory during manufacture, during delivery of the motorhome to the selling dealer or on the selling dealer's lot. Normally, any such defect or damage is detected and corrected at the factory or by the selling dealer during the inspection process performed by the Warrantor and the selling dealer. If, however, you discover any such defect or damage when you take delivery of the motorhome, you must notify your dealer or Warrantor within five days of the date of purchase to have repairs performed to the defect at no cost to you as provided by this Limited Warranty.

If either three or more unsuccessful repair attempts have been made to correct any covered defect that you believe substantially impairs the value, use or safety of your motorhome or repairs to any covered defect(s), which you believe substantially impairs the value, use or safety of your motorhome, have taken 30 or more days to complete, you must, to the extent permitted by law, notify Warrantor directly in writing of the failure to successfully repair the defect(s) so that Warrantor can become directly involved in exercising a final repair attempt for the purpose of performing a successful repair to the identified defect(s).

## How to Get Service

The Warranty Registration form must be returned to Warrantor promptly upon purchase to assure proper part replacement and repair of your motorhome. Failure to return the warranty registration form will not affect your rights under the Limited Warranty so long as you can furnish proof of purchase. For warranty service simply contact one of Warrantor's authorized service centers for an appointment, then deliver your motorhome (at your expense) to the service center. If you need assistance in locating an authorized warranty service facility, contact Warrantor's **Warranty Department (1-877-466-6226)**. The mailing address is:

**Warranty Department
91320 Coburg Industrial Way,
Coburg, Oregon 97408**

In the event the motorhome is inoperative due to malfunction of a warranted part, Warrantor will pay the cost of having the motorhome towed to the nearest authorized repair facility provided you notify Warrantor prior to incurring the towing charges to receive directions to the nearest repair facility.

Because Warrantor does not control the scheduling of service work by its authorized servicing dealers, you may encounter some delay in scheduling and/or in the completion of the repairs.

A00071

| | |
|---|---|
| **What the Warranty Does Not Cover** | This Limited Warranty does not cover: any motorhome sold or registered outside of the United States or Canada; items which are added or changed after the motorhome leaves Warrantor's possession; items that are working as designed but which you are unhappy with because of the design; normal wear and usage, such as fading or discoloration of fabrics, or the effects of condensation inside the motorhome; defacing, scratching, dents and chips on any surface or fabric of the motorhome, not caused by Warrantor; routine maintenance, including by way of example wheel alignments; the automotive chassis and power train, including, by way of example the engine, drivetrain, steering and handling, braking, wheel balance, muffler, tires, tubes, batteries and gauges; appliances and components covered by their own manufacturer's warranty including, by way of example the microwave, refrigerator, ice maker, stove, oven, generator, roof air conditioners, hydraulic jacks, VCR, television(s), water heater, furnace, stereo, radio, compact disc player, washer, dryer, inverter and cellular phone; or flaking, peeling and chips or other defects or damage in or to the exterior or finish caused by rocks or other road hazards, the environment including airborne pollutants, salt, tree sap and hail. |
| **Events Discharging Warrantor from Obligation Under Warranty** | Misuse or neglect, accidents, unauthorized alteration, failure to provide reasonable and necessary maintenance (See Owner's Manual), damage caused by off road use, collision, fire, theft, vandalism, explosions, overloading in excess of rated capacities, and odometer tampering shall discharge Warrantor from any express or implied warranty obligation to repair any resulting defect. |
| **Disclaimer of Consequential & Incidental Damages** | THE ORIGINAL PURCHASER OF THE MOTORHOME AND ANY PERSON TO WHOM THE MOTORHOME IS TRANSFERRED, AND ANY PERSON WHO IS AN INTENDED OR UNINTENDED USER OR BENEFICIARY OF THE MOTORHOME , SHALL NOT BE ENTITLED TO RECOVER FROM WARRANTOR ANY CONSEQUENTIAL OR INCIDENTAL DAMAGES RESULTING FROM ANY DEFECT IN THE MOTORHOME . THE EXCLUSION OF CONSEQUENTIAL AND INCIDENTAL DAMAGES SHALL BE DEEMED INDEPENDENT OF, AND SHALL SURVIVE, ANY FAILURE OF THE ESSENTIAL PURPOSE OF ANY LIMITED REMEDY. Some states do not allow the exclusion or limitation of consequential or incidental damages, so the above exclusions may not apply to you. |

*Legal Remedies*

THESE WARRANTIES ARE NOT INTENDED TO "EXTEND TO FUTURE PERFORMANCE" AND ANY ACTION TO ENFORCE THESE EXPRESS OR ANY IMPLIED WARRANTY SHALL NOT BE COMMENCED MORE THAN NINETY (90) DAYS AFTER THE EXPIRATION OF THE RESPECTIVE WARRANTY COVERAGE PERIOD DESIGNATED ABOVE. THE PERFORMANCE OF REPAIRS SHALL NOT SUSPEND THIS NINETY (90) DAY LIMITATIONS PERIOD FROM EXPIRING. THESE TERMS AND ALL EXPRESS AND IMPLIED WARRANTY DISPUTES BETWEEN WARRANTOR AND PURCHASER SHALL BE GOVERNED BY THE SUBSTANTIVE LAWS OF THE STATE OF INDIANA, WITHOUT REGARD TO CONFLICTS OF LAW RULES. Some states do not allow the reduction in the statute of limitations or a choice of law provision, so the above reduction in the statute of limitations and/or choice of law provision may not apply to you.

THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS. YOU MAY ALSO HAVE OTHER RIGHTS, WHICH VARY FROM STATE TO STATE.

*51903*