**WARRANTY -
LIMITED:
2004
ROADMASTER
CHASSIS**

If you use the Roadmaster Chassis that your motorhome is mounted upon for only recreational travel and family camping purposes, the Limited Warranty provided by Roadmaster ("Warrantor") covers your Roadmaster Chassis for thirty-six (36) months from the original retail purchase date or the first 36,000 miles of use, whichever occurs first.

If you use the Roadmaster Chassis that your motorhome is mounted upon for any rental, commercial or business purposes whatsoever, the Limited Warranty provided by Warrantor covers your new Roadmaster Chassis for Ninety (90) days from the original retail purchase date of the motorhome or the first 24,000 miles of use, whichever occurs first. A conclusive presumption that the Roadmaster Chassis has been used for commercial and/or business purposes arises if you have filed a federal or state tax form claiming any business tax benefit related to your ownership of the motorhome.

*Limitations of
Implied Warranties*

**ANY IMPLIED WARRANTIES ARISING BY WAY OF STATE LAW, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY AND ANY IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE, ARE LIMITED IN DURATION TO THE TERM OF THIS LIMITED WARRANTY AND ARE LIMITED IN SCOPE OF COVERAGE TO THOSE PORTIONS OF THE ROADMASTER CHASSIS COVERED BY THIS LIMITED WARRANTY.** Warrantor disclaims all implied and express warranties, including the implied warranty of merchantability and the implied warranty of fitness for a particular purpose, on components and appliances excluded from coverage as set forth below. There is no warranty of any nature made by Warrantor beyond that contained in this Limited Warranty. No person has authority to enlarge, amend or modify this Limited Warranty. Any dealer selling a motorhome assembled upon a Roadmaster Chassis is not the Warrantor's agent but is an independent entity. Warrantor is not responsible for any undertaking, representation or warranty made by any dealer or other person beyond those expressly set forth in this Limited Warranty. Some states do not allow limitations on how long an implied warranty lasts, so the above limitation may not apply to you.

A 00074

Warrantor's Limited Warranty covers defects in the manufacture of the Roadmaster Chassis (as defined herein) and defects in materials used to manufacture the Roadmaster Chassis. The term "Roadmaster Chassis" as used herein means only the frame; frame cross-members; steering axle, including the axle king pins and bushings; hubs and bearings; brake callipers; rotors; brake backing plates and related parts of the axle; tie rods; drag links; drive shafts, including the U-joints; carrier bearings; and, the axle housing and its internal parts. Also see the section "What the Warranty Does Not Cover" set out below.

**What the Warranty Covers**

**Warrantor will repair and/or replace, at its option, any covered defect if: (1)** you notify Warrantor or one of its authorized servicing dealers of the defect within the warranty coverage period and within five (5) days of discovering any such defect; and **(2)** you deliver the Roadmaster Chassis to Warrantor or Warrantor's authorized servicing dealer at your cost and expense. It is reasonable to expect some service items to occur during the warranty period. The performance of warranty repairs shall not extend the original warranty coverage period. Further, any performance of repairs after the warranty coverage period has expired or any performance of repairs to component parts and appliances excluded from coverage shall be considered "good will" repairs, which shall not alter the express terms of this limited warranty.

**What We Will Do to Correct Problems**

Warrantor may use new and/or remanufactured parts and/or components of substantially equal quality to complete any repairs.

Defect and/or damage to the Roadmaster Chassis may occur during manufacture at the factory, during delivery of the motorhome to the selling dealer or on the selling dealer's lot. Normally, any factory defect or damage is detected and corrected at the factory or by the selling dealer during the inspection process performed by the Warrantor and the selling dealer. If, however, you discover any such defect or damage when you take delivery of the Roadmaster Chassis, you must notify your dealer or Warrantor within five days of the date of purchase to have repairs performed to any such defect at no cost to you as provided by this Limited Warranty.

If either three or more unsuccessful repair attempts have been made to correct any covered defect that you believe substantially impairs the value, use or safety of your motorhome or repairs to any covered defect(s), which you believe substantially impairs the value, use or safety of your motorhome,, have taken 30 or more days to complete, you must, to the extent permitted by law, notify Warrantor directly in writing of the failure to successfully repair the defect(s) so that Warrantor can become directly involved in exercising a final repair attempt for the purpose of performing a successful repair to the identified defect(s).

**How to Get Service**    For warranty service simply contact one of Warrantor's authorized service centers for an appointment, then deliver your Roadmaster Chassis (at your expense) to the service center. If you need assistance in locating an authorized warranty service facility, contact Warrantor's **Warranty Department** **(1-877-466-6226)**. The mailing address is:

**Warranty Department**
**91320 Coburg Industrial Way,**
**Coburg, Oregon 97408**

In the event the Roadmaster Chassis is inoperative due to malfunction of a warranted part, Warrantor shall pay the cost of having the Roadmaster Chassis that the motorhome is mounted upon towed to the nearest authorized repair facility provided you notify Warrantor prior to incurring the towing charges to receive directions to the nearest repair facility.

Because Warrantor does not control the scheduling of service work by its authorized servicing dealers, you may encounter some delay in scheduling and/or in the completion of the repairs.

**What the Warranty Does Not Cover**    This Limited Warranty does not cover: modifications and alterations to the Roadmaster Chassis by others; the motorhome that is mounted upon the Roadmaster Chassis, including by way of example the motorhome manufacturer's design, manufacture, assembly and/or installation of the side walls, roof, windows, flooring, electrical system, plumbing system, LP gas system, appliances and slide outs; items that are working as designed but which you are unhappy with because of the design; normal wear and usage; routine maintenance including by way of example wheel alignments; component parts covered by their own manufacturer's warranty, including by way of example the engine, transmission, tires, tubes, batteries, exhaust system and the emission control systems; and, flaking, peeling rusting and chips or other defects or damage in or to the frame and frame cross members caused by rocks or other road hazards and the environment including airborne pollutants and salt.

**Events Discharging Warrantor from Obligation Under Warranty**    Misuse or neglect, accidents, unauthorized alteration, failure to provide reasonable and necessary maintenance (See Owner's Manual), damage caused by off road use, collision, fire, theft, vandalism, explosions, overloading in excess of rated capacities, and odometer tampering shall discharge Warrantor from any express or implied warranty obligation to repair any resulting defect.

A00076

THE ORIGINAL RETAIL PURCHASER OF THE ROADMASTER CHASSIS AND ANY PERSON TO WHOM THE ROADMASTER CHASSIS IS TRANSFERRED, AND ANY PERSON WHO IS AN INTENDED OR UNINTENDED USER OR BENEFICIARY OF THE ROADMASTER CHASSIS, SHALL NOT BE ENTITLED TO RECOVER FROM WARRANTOR ANY CONSEQUENTIAL OR INCIDENTAL DAMAGES RESULTING FROM ANY DEFECT IN THE MOTORHOME. THE EXCLUSION OF CONSEQUENTIAL AND INCIDENTAL DAMAGES SHALL BE DEEMED INDEPENDENT OF, AND SHALL SURVIVE, ANY FAILURE OF THE ESSENTIAL PURPOSE OF ANY LIMITED REMEDY. Some states do not allow the exclusion or limitation of consequential or incidental damages, so the above exclusions may not apply to you.

*Disclaimer of Consequential & Incidental Damages*

THESE WARRANTIES ARE NOT INTENDED TO "EXTEND TO FUTURE PERFORMANCE" AND ANY ACTION TO ENFORCE THESE EXPRESS OR ANY IMPLIED WARRANTY SHALL NOT BE COMMENCED MORE THAN NINETY (90) DAYS AFTER THE EXPIRATION OF THE RESPECTIVE WARRANTY COVERAGE PERIOD DESIGNATED ABOVE. THE PERFORMANCE OF REPAIRS SHALL NOT SUSPEND THIS NINETY (90) DAY LIMITATIONS PERIOD FROM EXPIRING. THESE TERMS AND ALL EXPRESS AND IMPLIED WARRANTY DISPUTES BETWEEN WARRANTOR AND PURCHASER SHALL BE GOVERNED BY THE SUBSTANTIVE LAWS OF THE STATE OF INDIANA, WITHOUT REGARD TO CONFLICTS OF LAW RULES. Some states do not allow the reduction in the statute of limitations or a choice of law provision, so the above reduction in the statute of limitations and/or choice of law provision may not apply to you.

*Legal Remedies*

THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS. YOU MAY ALSO HAVE OTHER RIGHTS, WHICH VARY FROM STATE TO STATE.

ROADMASTER CHASSIS DIVISION
MONACO COACH CORPORATION
91320 COBURG INDUSTRIAL WAY
COBURG, OREGON 97408

51903

A00077

**WARRANTY INFORMATION FILE**

In addition to this Owner's Manual you will find a Warranty Information File in your unit. This file contains valuable documents about your motorhome's systems and equipment. Many of the component manufacturer's warranty registration cards can be found in the box. They will need to be filled out and mailed. Be sure you read and understand all the information in this file to help you safely operate, maintain and troubleshoot those items.

### WOOD FINISH

Because no two trees look alike, authentic woods vary in color and character markings such as streaks, knots and grain patterns. Since the stains may attach differently to these grain patterns, some natural light and dark areas may result. The beauty lies in these natural variations of color and grain that give each cabinet its own individual charm.

The beauty of these products is protected with a furniture-quality exterior finish. After a period of time, there may be minimal changes in the finish color as it ages in its surrounding conditions. This is an inherent characteristic of this particular finish, and the natural aging process adds to the unique appearance of the cabinetry. Due to the minor differences in tone, it may not be possible to match the finish color of existing cabinets exactly when replacing doors or adding additional cabinets at a later date.

The foregoing is not a warning. See the Limited Warranty or call
(877) 466-6226 for warranty information and limitations.

\* \* \*
**PAGES OMITTED**
**after this page**

A00073

**CUSTOMER RELATIONS**

Only by ensuring your confidence and satisfaction with our products and services can we have continued success as a manufacturer of motorhomes. We believe a good relationship with our customers is just as important as improving the technical excellence of our products. Your authorized dealer is pleased to help you with instructions about your motorhome and to offer service when you need it. If problems remain after you have consulted your dealer you are invited to contact our Consumer Service Department. Please have all pertinent information (serial numbers, model number, etc.) when calling. We will work with the dealer and see that every attempt to resolve the matter is made.

**Customer Service Department**
**91320 Coburg Industrial Way**
**Coburg, Oregon 97408**
**877-466-6226**

**REPORTING SAFETY DEFECTS**

If you believe that your motorhome has a defect which could cause a crash or could cause injury or death, you should immediately inform the National Highway Traffic Safety Administration (NHTSA) in addition to notifying Monaco. If NHTSA receives similar complaints, it may open an investigation, and if it finds that a safety defect exists in a group of motorhomes, it may order a recall or remedy campaign. However, NHTSA cannot become involved in individual problems between you, your dealer or Monaco. To contact NHTSA you may either call the Auto Safety Hot line toll-free at 1-800-424-9393 (or 1-202-366-0123 in the Washington D.C. area) or write to:

**NHTSA**
**U.S. Department of Transportation**
**400 Seventh Street**
**Washington, DC 20590**
**www.nhtsa.dot.gov**

**TAKING DELIVERY**
*Beaver*
*Responsibilities*

Your motorhome has been manufactured to the highest quality and standards by factory-trained personnel. Quality inspections are performed throughout the manufacturing process of your motorhome. The motorhome has been carefully and almost completely hand -assembled in our factory. Prior to the motorhome arriving at the dealership, all systems were carefully tested and inspected to ensure optimum performance. The necessary forms and required manuals were placed in the motorhome at the time of shipment to the dealership.

Monterey 2004
A00079

The dealer must perform additional pre-delivery inspections and system checks, assist in the customer's understanding of the Limited Warranty and assist in completing any necessary forms. The dealer must do a customer orientation to the motorhome, its systems, components and their operation.

The dealer should also ensure the customer receives a complete Owner's Packet with warranty cards and registrations for the motorhome and for separately warranted products, including detailed operating and maintenance instructions. The dealer is responsible for performing a review of the Limited Warranty provisions with the customer, while stressing the importance of mailing warranty cards and registrations to the manufacturers within the prescribed time limit to avoid loss of warranty coverage. They must assist the customer in completing these forms and locating serial numbers. They should request that the customer read all warranty information when possible and explain any provisions not clearly understood.

The dealer should instruct the customer on how to obtain local and out-of-town service on the motorhome and its various individual warranted components. whether the service is warrantable or not.

**Dealer Responsibilities**

**1**

As a new motorhome owner you are responsible for regular and proper maintenance. This will help you prevent conditions arising from neglect that are not covered by your Limited Warranty. Maintenance services should be performed in accordance with this Owner's Manual, and any other applicable manuals. As the owner, it is your responsibility and obligation to return the motorhome to an authorized dealer for repairs and service (See the Limited Warranty). Since the authorized dealer where you purchased your new motorhome is responsible for its proper servicing before delivery, and has an interest in your continued satisfaction, we recommend that Inspection, Warranty and Maintenance Services be performed by the dealership. We suggest that you take your new motorhome on a weekend shakedown before leaving on an extended trip.

**Customer Responsibilities**

Know when to take your motorhome in for service. Give some thought to the appointment time. There are several things to consider when selecting a time for service. Location of the service center and the time of year can be a major issue. Monday and Friday are busy days for most dealers. Therefore, it makes sense to make a mid-week appointment whenever possible. Ask your dealer if additional time is needed for check-in and completion of paperwork.

**SERVICE SUGGESTIONS**

\* \* \*
**PAGES OMITTED after this page**

A 00080

## VIEWS
### - Front



Air Horns

Power Heated Mirrors

Headlights

Generator Compartment

Fog Lights

License Plate

### Rear



Clearance Markers

Back-Up Camera

Third Brake Light

Taillights

Taillights

License Plate

Tow Plug

B E A V E R

Hitch Receiver

A00081

*Roadside*

**2**



Air Horn   Television   Front Air   Refrigerator   Refrigerator   Rear Air   Egress
           Antenna     Conditioner   Vent          Access        Conditioner   Window

Front
Electrical   Fuel   LP-Gas   Service   Sewage   Sewer
Compartment  Fill   Access   Center    Hook-Up  Hose
             Port   Door                         Storage

010745



Air     Rear Air     Skylight   Exhaust   Tank    Refrigerator          Front Air          Porch
Intake  Conditioner             Fan       Vents   Vent                  Conditioner        Light

Engine     Battery      Washer      Storage Bays              Fuel Fill
Service    Compartment  Dryer Vent                            Port
Center                  (Opt)

010743

☆ ☆ ☆
PAGES OMITTED
after this page

A00082

**To maintain the original appearance of the aluminum wheels the following procedures are recommended:**

1. After installing new wheels (prior to driving the motorhome) use a sponge, cloth or soft fiber brush to wash the exposed wheel surfaces with a mild detergent/warm water solution.
2. Rinse thoroughly with clean water.
3. Wipe dry to avoid water spots.
4. Use a high quality, non-abrasive polish to remove stubborn road tars, insects or hard to remove deposits.
5. To protect the appearance surface, wax the cleaned surface with a high quality car wax.
6. Clean the aluminum wheels as frequently as required to maintain their appearance.

**Bright Metal**

All chrome, stainless steel and aluminum should be washed and cleaned each time the motorhome is washed. Use only automotive approved non-abrasive cleaners and polishes on exterior bright work. Aluminum wheels should be cleaned regularly with a non-abrasive cleaner recommended for aluminum wheel care. Do not use rubbing compounds. Do not use abrasive cleaners or compounds to clean the mirrors.



**NOTE: When using chemicals to remove road tars, use only automotive type products that are recommended for use on painted surfaces and fiberglass. Observe the warning recommendations and directions printed on the container of any agent being used.**

**EXTERIOR MAINTENANCE**

The motorhome is subject to a variety of outside conditions. While the coach is in use, it is exposed to extreme temperatures, humidity, ultraviolet rays, acid rain and other organic environmental conditions. While in operation on the road, the coach is subject to twisting and flexing caused by (for example) going in and out of driveways, bouncing through potholes and driving through winding mountain roads.



**Inspect** the fiberglass exterior. Periodic inspections may reveal minute cracks in the surface commonly called "spider cracks" or "hairline cracks" which are caused by the flexing of the fiberglass exterior. These are normal. If a crack represents a threat to the integrity of the fiberglass it will open up and the weave of the cloth will be visible. If the exterior has been damaged, prevent moisture penetration, especially in freezing climates. Cover the area as quickly as possible. Use plastic sheeting and tape, if necessary, so that moisture will not get into the motorhome and damage the interior.

A 00083

Periodic resealing of the joints and seams is necessary to prevent the entrance of moisture into the motorhome. Enough emphasis cannot be placed on this issue. Extreme damage from a water leak can occur rapidly. Never leave the vehicle unattended with the slide room extended. If the vehicle is to be stored outside throughout the winter months. a full interior inspection for water leaks should be made bi-monthly.

**Roof Care & Seal Inspections**

**3**

Extensive sealing has been done at the factory; however, the normal twisting and flexing that occurs while traveling may have compromised a seal or seam.

 **INSPECT: All joints and seams should be inspected at least twice a year and recaulked as necessary.**

Special attention should be directed toward the roof air conditioning seals. ceiling and plumbing vents, skylights, roof mounted antennas. windows, door molding, clearance lights and the beltline molding.

Specific sealant products should be used in the areas for which they were designed. These items can be obtained from recreational vehicle parts suppliers. Listed below are some of the more common sealants and the areas in which they are used. Approved sealants are available at service centers and authorized dealers.

 **WARNING: Some products may contain hazardous materials which require special handling. Read labels carefully. Follow all of the product manufacturer's safety requirements.**

### Sealant Types

#### Acryl-R:

Acryl-R is used on all roof openings such as vents, skylights, any roof-mounted antennas and ladder roof mounts. This product is usually found in a caulking tube. The sealant should be applied only where the equipment bases meet the roof. Two colors are available, white and silver. The silver is used on items mounted on the forward painted area of the roof. White is used at all other points. Remove old sealant that is lifting or not well adhered. Sealant that is adhering need not be removed. Clean the old sealant and the area adjacent to old sealant before applying new sealant. Make sure the roof is dry and free of dirt. Care should be used when near an edge. as the product will spread after application. Masking tape may be applied around the area to be sealed. This keeps the sealant from extending beyond the desired area. With caulking gun, carefully apply new sealant where needed. Work the caulking gun in a manner that causes the sealant to fully adhere to area applied. Allow adequate cure time for the sealant. Sealant applied over dirt or damp areas will compromise sealant effectiveness.

\* \* \*
**PAGES OMITTED after this page**

A00084

**SHOWER**

Showers are susceptible to soap build up. Showers should be cleaned weekly to prevent burdensome clean-up. Using the same solution used to clean tile floors will be sufficient for the shower. However, to control mildew growth spray the shower with household chlorine bleach and allow it to stand for five minutes. Clean the glass shower doors with window cleaner on a weekly basis to maintain the shine. If water spots cannot be removed from the glass, rub lightly with the flat edge of a razor blade to remove deposits.

To prevent excessive moisture and a continual growth of mildew, use the shower only with adequate ventilation. The sealant in a regularly used shower should be replaced once a year. To replace sealant, remove the old sealant using a sharp non-metallic instrument. Apply a new sealant, which can be found at most recreational vehicle supply stores.

**CEILING**

The ceiling of the motorhome may be a variety of materials or fabrics, many of which require little to no care or maintenance.

**Ceiling Fabric:**

The fabric used on the ceiling is Veranda Eggshell. This material is 100% Olefin with a cleaning code of S-W. Refer to the Fabric Care article for cleaning instruction.

**Hardwood Vinyl and Decorated Paneling:**

Hardwood vinyl and decorated paneling are sensitive and demanding materials. Certain cleaning agents will affect the surface on both printed and unprinted vinyl. Use only a mild, non-abrasive detergent and warm water with a soft cloth or sponge for cleaning to protect the material.

Under no circumstance should bleach, alcohol, oil-based spray cleaners or cleaning agents with solvents, citrus oil or harsh chemicals be used. Other liquid spray cleaners may also cause damage to the material.

**WALL COVERINGS**

The wall boards are laminated with vinyl covering that is best cleaned using a mild detergent or soap and warm water. To remove dirt, clean with a soft sponge. Rinse and wipe dry. Harsh cleaning solutions should be avoided to prevent damage to the finish. The vinyl care article in this section will help in cleaning the vinyl wall covering.

\* \* \*
**PAGES OMITTED
after this page**

A 00085

The day/night shades are made of polyester blended material. Use the following guidelines to care and maintain the day/night shades:

**Day/Night Shades (Optional)**

- Leave Day-Night shades in the UP position when not in use to help the shades hold their shape.
- String tension for the shades should be equal. Tension can be adjusted if the shades will not remain up.

**3**

### Dusting:
Vacuum with a brush attachment. or use a dusting tool, on a regular basis.

### Cleaning:
A dry foam cleaner may be used for soil and dirt removal. Follow all directions on the container or use a cleaning solution of ¼ ounce clear liquid soap to 8 ounces water.

 **NOTE: Do not use colored liquid soap as a stain may appear when fabric dries.**

### What is Mold?

**MOLD & MILDEW**

Mold is a fungus belonging to the Fungi group. In short, mold is a type of fungus that occurs naturally in the environment, and is necessary for the natural decomposition of plant and other organic material. Mold spreads by means of microscopic spores borne on the wind, and is found everywhere life can be supported. Due to the fact mold spores are present in all types of environments, motorhome construction is not, and cannot be, designed to exclude mold spores. If the growing conditions are right, mold can grow in the motorhome. Most people are familiar with mold growth in the form of bread mold, and mold that may grow on bathroom tile. Mold spores, as they grow, can leave a musty odor, discolor fabric, and stain surfaces as well as cause considerable damage.

### What Does Mold Need to Grow?

Being a plant, mold will need a food source in order to grow. Mold can use a variety of organic materials such as fabric, carpet, wallpaper, or even building materials, such as wood and insulation, to name a few. Grease films contain many nutrients for mold spores to grow when moisture and temperatures are right. Soil on dirty items such as fabrics and furniture may supply enough nutrients for mold to grow. Many of the synthetic fabrics such as acetate, polyester, acrylic and nylon are mildew resistant. However, soil on these fabrics may supply the nutrients to start mold growth.

A 00086

Mold growth requires a temperate climate. The best growth occurs at temperatures between 40° F and 100° F. Finally, mold growth requires moisture. Moisture is a mold growth factor that can be controlled. By minimizing moisture inside the motorhome, mold growth can be reduced or eliminated.

Moisture in a motorhome can have many causes. Spills, leaks, overflows, condensation, and high humidity, to name a few. Good housekeeping and regular maintenance are essential in the effort to prevent or eliminate mold growth. If moisture is allowed to remain on a growth medium, mold can develop within 24 to 48 hours.

### Consequences of Mold:

All mold is not necessarily harmful, but certain strains of mold have been shown to cause, in susceptible persons, allergic reactions, including skin irritation, watery eyes, runny noise, coughing, sneezing, congestion, sore throat and headache. Individuals with suppressed immune systems may risk infections. Some experts contend that mold causes serious symptoms and disease which may even be life-threatening. However, experts disagree about the level of mold exposure that may cause health problems, and about the exact nature and extent of the health problems that may be caused by mold. Moreover, the Center for Disease Control states that a casual link between the presence of toxic mold and serious health conditions has not been proven.

Standards or threshold limit values for concentration of mold or mold spores have not been set. Currently, there are no EPA regulations or standards for airborne mold contaminants. There is simply no practical way to eliminate all mold and mold spores in the indoor environment. For example, studies have shown that ozone cleaners are not effective at killing airborne mold or surface mold contamination.

### Controlling Mold Growth:

The owner can, and should, reduce or eliminate the occurrence of mold growth in the motorhome; thereby minimizing any possible adverse effects that may be caused by mold. Taking the following steps can help reduce or eliminate mold growth in the motorhome.

1. Check for signs of mold prior to bringing items into the motorhome. Potted plants (roots and soil), furnishings, or stored clothing and bedding material, as well as many other household goods, may already contain mold growth.
2. Regular vacuuming and cleaning will help reduce mold levels. Mild bleach solutions and most tile cleaners are effective in eliminating or preventing mold growth.

A00087

3. Indoor humidity can be reduced by 30-60% when venting clothes dryers to the outdoors. Ventilating the kitchen and bathroom by opening the windows, by using exhaust fans, or a combination of both. Operating the air conditioning will remove excess moisture in the air, and help facilitate evaporation of water from wet surfaces.

4. Promptly clean up spills. condensation and other sources of moisture. Thoroughly dry any wet surfaces or material. Do not let water pool or stand in the motorhome. Promptly replace materials that cannot be thoroughly dried.

 5. **Inspect** for leaks on a regular basis. Look for discolorations or wet spots. Repair leaks promptly. Inspect condensation pans (refrigerators and air conditions) for mold growth. Take notice of musty odors and visible signs of mold.

6. Should mold develop, thoroughly clean the affected area with a mild solution of bleach. First, test to see if the affected material or surface is color safe. Should the mold growth be severe, call on the services of a qualified professional cleaner.

7. If materials with mold on them cannot be cleaned, they should be removed and properly disposed.

Whether or not a motorhome owner experiences mold growth depends largely on how the motorhome is managed and maintained. As a manufacturer, our responsibility is limited to things that we can control. As explained in the written warranty, we will repair or replace defects in the construction (defects defined as a failure to comply with reasonable standards of motorhome construction) for the Limited Warranty coverage period provided. **THE MANUFACTURER WILL NOT BE RESPONSIBLE FOR ANY DAMAGES CAUSED BY MOLD THAT MAY BE THE CONSEQUENCE OF OR ASSOCIATED WITH DEFECTS IN THE CONSTRUCTION.**

**3**

**I**

**PEST CONTROL**

Pests can come in all sizes and shapes, from insects to mammal. Regardless of the area one lives in or travels to, it is safe to state that there will be pests waiting. These pests are not only annoying; they can pose health risk and create serious damage to the motorhome. There are a number of host-transmitted diseases that can be carried by a pest.

Common pests include insects such as ants, cockroaches. termites, flies, pantry pests and wasps as well as wildlife such as rodents, raccoons, bats, birds and snakes. It is important to remember, that pests are the same as humans in the fact they need food, water and a place to live. Eliminating any one of those elements will help significantly in controlling the pest.

\* \* \*

**PAGES OMITTED after this page**

A00088



# Monterey 2004
*APPLIANCES*

APPLIANCES INTRODUCTION ....................................153
REFRIGERATOR..........................................................153
    Operating Specifics..............................................154
    Control Panels ....................................................155
    Storing the Refrigerator......................................163
MICROWAVE/CONVECTION OVEN............................163
    Operation.............................................................167
    Maintenace..........................................................168
COOKTOP..................................................................170
COOKTOP RANGE OVEN (OPT) ..............................172
    Operating the Cooktop ........................................172
    Operating the Oven .............................................173
    Operation Tips .....................................................173
    Burner Grate .......................................................174
    Cleaning ..............................................................174
    Porcelain Enamel ................................................175
WALL THERMOSTAT .................................................175
AIR CONDITIONER - ROOF .......................................176
    Return Air Filters.................................................177
    Operating Instructions..........................................177
    Heat Pump ...........................................................177
FURNACE ..................................................................179
    Operating Instructions..........................................179
    Troubleshooting ...................................................181

WATER HEATER .......................................................181
    Before Using the Water Heater ...........................182
    Operation.............................................................183
    Ignition Module Function .....................................184
    Thermostats ........................................................184
    Pressure-Temperature Relief Valve......................184
    Test Procedure.....................................................185
DRAINING & STORAGE .............................................186
HYDRO-HOT (OPT).....................................................186
    Operating Instructions..........................................189
    Bay Thermostat ...................................................190
    Care & Maintenance ...........................................190
WASHER-DRYER PREPARED ....................................192
WASHER-DRYER (OPT)..............................................193
    Test Procedure.....................................................193
    Washer-Dryer Maintenance.................................195
    Winterizing the Washer-Dryer..............................196

**4**

* * *
**PAGES OMITTED**
**after this page**

# Section 4

A 00089

**Draining & Storage**    If the motorhome is to be stored during the winter months, drain the water heater to prevent freeze damage.

1. Turn off electrical power to the water heater.
2. Shut off the primary LP-Gas valve.
3. Open low point drains.
4. Open all faucets.
5. Remove water heater drain plug.

 **NOTE: Be sure to refill the water heater with water before resuming operation.**

 **CAUTION: The water heater must be cool before draining.**

### Troubleshooting

- If water heater fails to light check the mixture tube for obstructions. Spiders may make nests in the burner tube.
- If the indicator light on the switch does not light, and the water heater does not light, ensure the coach power switch at the entry door is on or check for a blown fuse in the house distribution panel.
- If the water heater fails to operate after checking the fuses, the High Temperature safety limit switch may be tripped. Have a qualified technician inspect the water heater.

## HYDRO-HOT
*(Optional)*

The Hydro-Hot heat system is a state-of-the-art hydronic heating system, specially designed for use in motorhomes. The Hydro-Hot is an appliance combining a water heater with a furnace.

 **NOTE: It is important to read the OEM manufacturer's owner's manual included in the warranty information packet prior to operating the Hydro-Hot Heating System.**

The heart of the Hydro-Hot system is the 4-gallon heat storage tank located in the Curbside bay of the motorhome. This tank is filled with a solution of ethylene glycol antifreeze and water. The Hydro-Hot not only provides motorhome heating, but also is the source of domestic hot water. Choose to heat the motorhome with the diesel fired burner, the electric heating element, or both. While traveling, the engine automatically heats the Hydro-Hot system.

A00090

The Hydro-Hot will provide an almost endless supply of hot water and heat the interior of the motorhome. A 50,000 BTU diesel-fired burner and/or a 1650-watt AC element heat an antifreeze solution to approximately 190° F. The antifreeze solution is pumped to the interior heat exchangers located throughout the motorhome using three pumps. Fresh water is heated when pumped through a coil tube inside the Hydro-Hot.

 **NOTE: Chlorine bleach or other concentrated chlorine bearing chemicals can cause failure to the Hydro-Hot Domestic Water Loop (copper tubing) if not properly and thoroughly rinsed. The Hydro-Hot copper tubing is rated for use with fresh water and winterization solutions only. Periodic flushing with common household chemicals, including bleach, has little or no effect on the heating system if properly rinsed with fresh water afterwards. Failure of copper tubing, especially soft or flexible copper, can result if materials other than water or winterization solutions are allowed to reside inside the piping for extended periods as during storage or other periods of non-use. The most common cause for failure is due to an extended exposure to chlorine, solutions containing chlorine (i.e. bleach) or hydrochloric acid.**

 **NOTE: The Hydro-Hot must be turned ON before using any heat feature.**

### Diesel Burner (50,000 BTU):

The diesel burner will consume approximately ½ gallon of diesel for each hour of continuous burner operation. The diesel burner is rated at 12 Volt DC, 65 watts. Three circulating pumps are rated at 12 Volt DC, 12 watts each. The diesel-fired burner has a fast recovery rate. Turn **ON** the "Diesel" switch to activate the diesel fired burner to heat the Hydro-Hot from the diesel burner. The "Diesel" switch will illuminate when the Hydro-Hot is ON. This is the main source of heat for both the motorhome and hot water during normal operating conditions. When using the diesel burner the system takes 10 to 20 minutes to reach operating temperature (160° to 190° F). Normally, this is the preferred method of heating that should be used. Allow the Hydro-Hot to reach operating temperature before operating heat exchangers or using hot water. The diesel-fired burner may consume 2 to 4 gallons of fuel per day, depending upon weather conditions.

A00091

### Electric Heating Element (1650 Watts):

The electric heating element is wired directly to the motorhome electrical system and operational whenever 120 Volt AC power is available through shore power or generator power (50 amp service), not the inverter. Use this method of heating in low heating demand situations, such as when moderate temperature range exists or there is low demand for hot water. When the Hydro-Hot is cold, it takes 2-3 hours to reach its operating temperature (180° to 205° F). If the motorhome is plugged into less than 50 amp service, exercise care so the electric service provided will not be overloaded. Electric operation recovery rate is slower than the diesel burner. The electric heating element has about one-tenth the heating capability of the diesel-fired burner. Turn on the "Electric" switch to activate the electric heating element. When the switch is turned-on a relay will send power from the 110 Volt AC panel to the electric element in the Hydro-Hot.



**NOTE: Operating from either shore power or generator power, the electric heating element may be used independently, without the diesel-fired burner, in situations where moderate temperatures exist and there is a low demand for hot water.**

### Interior Heat Exchangers:

The heat exchangers are small radiators using 12 Volt DC blower motors. Current consumption is approximately .25 watt per large heat exchanger. The small heat exchanger used in the private bath and for the holding tank bay is .10 watt.

A total of six heat exchangers are used throughout the motorhome: one each in the bedroom, bathroom, kitchen, living area, and dashboard area and in the storage compartment.

The storage compartment, in cold weather conditions, uses a heat exchanger that is thematically controlled. The thermostat for the heat exchanger is preset to apply power at 38° F and remove power at 48° F. This is for holding tank bay heat and helps prevent freezing of the water system.



**NOTE: The Hydro-Hot must be turned ON when using the holding tank bay exchanger.**

* * *
PAGES OMITTED
after this page

**Bay Thermostat**

During cold weather, a thermostat in the holding tank compartment will turn on the exchanger in the storage bay to prevent freezing. The thermal disc will supply voltage to the heat exchanger when the ambient temperature is less then 38° F (=/- 4 degree) and will shut off at temperature greater than 48° F (=/- 5 degree). The Hydro-Hot must be ON in order to provide heating to the bays.

**Care & Maintenance**



**Monthly:**

Check the Hydro-Hot solution of water and antifreeze to ensure its proper level. Do this by visually checking coolant level in the Hydro-Hot expansion tank. This should be checked only when the Hydro-Hot is at operating temperature. Adding solution to the expansion tank when the unit is cold will result in a solution overflow when the Hydro-Hot heats to normal operating temperatures.

 **NOTE: The permissible water to antifreeze ratio ranges from 50/50 to 70/30.**

**Annually:**

Be sure to have the Hydro-Hot tuned-up yearly. A tune-up will consist of a fuel nozzle and fuel filter replacement, as well as a thorough cleaning of the combustion chamber. This simple tune up will keep the Hydro-Hot running smoothly throughout the year, as well as allow service personnel to inspect for additional wear of other components. Signs that the Hydro-Hot may need servicing are: continuous white exhaust smoke or poor ignition start-up. When in operation the Hydro-Hot should have a smooth, high-pitched whine. Loud growls or other abnormal noises indicate service is required.

 **CAUTION: Before cleaning or servicing, disconnect all power supplies.**

**Filter/Water Separator:**

The filter is curbside of the motorhome, located inside the Hydro-Hot compartment. Open the door allowing the door to swing upwards. The Hydro-Hot fuel filter/water separator is mounted on the wall of the compartment.

**Draining the Collection Bowl:**

Water is heavier than fuel and will settle to the bottom of a fuel bowl, which will make it appear different in color. In high humidity environments check the collection bowl bi-annually. With the engine and the Hydro-Hot off, open the drain to evacuate any contaminants and then close the drain.

* * *
**PAGES OMITTED after this page**



# Monterey 2004
*EQUIPMENT*

EQUIPMENT - INTRODUCTION................................201
ENTRY STEP ...........................................201
   Operation ...........................................201
   Stepwell ...........................................204
ENTRY DOOR ...........................................205
SLIDE-OUT OPERATION ...........................................207
   Extending the main Slide-Out...........................208
   Retracting the Main Slide-Out ...........................209
   Emergency Procedures - Hydraulic...........................209
   Bed Slide-Out - Extending...........................210
   Manual Override - Bed Slide-Out...........................212
   Extending the Dresser Slide-Out...........................213
AWNINGS CAREFREE ...........................................214
   Slice-Out Cover ...........................................214
   Slide-Out Awning...........................................215
   Patio Awnings - Manual...........................................219
   Patio One Touch - Automatic (OPT) ...........................222
   Troubleshooting...........................................223
   Patio Mirage (OPT) ...........................................224
   Door - Awning (Manual) ...........................................224
   Door Automatic - Awning ...........................................225
   Window Awnings - Manual...........................................226
   Care & Maintenance Carefree ...........................226
   Storm Precautions...........................................227
AWNINGS GIRARD...........................................228
   Patio Automatic ...........................................228
   Extending the Awning ...........................................228
   Retracting the Awning...........................................230
   Emergency Procedure ...........................................230
   Wind Sensor Adjustment ...........................................230
   Care and Maintenance ...........................................232
   Tips...........................................232
EXHAUST FANS ...........................................233
POWER SUNVISOR (OPT)...........................................234
SLIDING DOOR ...........................................235
SOFA BED ...........................................235
DINETTE BOOTH ...........................................237
DINETTE TABLE ...........................................238

STORAGE - UNDER BED ...........................................238
RADIO - DASH ...........................................239
TV - ENTERTAINMENT SYSTEMS...........................240
   Components...........................................240
   Television Antenna...........................................240
   Front TV - Flat Screen LCD (OPT) ...........................241
   Bedroom TV...........................................241
   Video Cassette Recorder (VCR) ...........................241
   Video Selector Box (OPT) ...........................................241
   Home Theatre (OPT)...........................................242
   Satellite Systems DSS (Opt) ...........................242
   Component Operation...........................................243
   Troubleshooting the Coax Wire ...........................244
   Viewing on the Television Using the Smart Source.245
ALADDIN SYSTEM™...........................................245
   Operations...........................................246
   System Options...........................................248
   System Setup...........................................248
   Compass Calibration ...........................................249
SUPER SLIDE (OPT) ...........................................249
CITIZEN BAND RADIO - CB (OPT) ...........................249
   CB Components ...........................................250
   Operating Instructions ...........................................251
   Transmission...........................................252
   Standing Wave Ratio ...........................................253
   Weather Alerts...........................................254
CENTRAL VACUUM (OPT)...........................................254
   Operation ...........................................254
   Maintenance...........................................255
SATELLITE RADIO (OPT)...........................................256
ONSTAR® (OPT)...........................................257
   Operation ...........................................257
   Three-Button Keypad...........................................257

**5**

* * *
PAGES OMITTED
after this page

# Section 5
A 00094

The main slide-out room(s) operate by electric switches controlling a hydraulic cylinder. Slide-out room operation uses safety features to prevent mechanical damage or physical harm. The slide-out room(s) will not operate until all safety requirements are met.

The design of the slide-out system requires very little maintenance. To ensure long life of the slide-out system, follow these simple guidelines:

- The roof of the slide-out should be checked for debris such as pine needles, dirt, leaves, sticks, etc. Any debris left on the top may cause damage to the seals when being retracted. If debris is present wash with soap and water, then rinse.
- When the room is extended, visually inspect the wipe seal. The seal should be clean and free of dirt or other foreign material. Inspect the seal for tears.
- In the event the slide-out room leaks, fully retract it. If necessary, seal the exterior opening with duct tape until repairs to the motorhome can be completed.
- Open a window or vent to relieve pressure during slide-out operation.

 **NOTE: Do not use petroleum based products on the slide-out seal. Petroleum based products can damage the paint and will cause premature aging of the rubber seal. The seal contains UV (Ultra-violet) inhibitors. Applying lubricant or a protective coating is not necessary.**

 **WARNING: Move the driver's seat forward before activating the slide-out room. Damage to the upholstery can occur. The outside area must be clear of any obstructions restricting slide-out room operation. Ensure there is five or more feet of clear space outside the slide-out room prior to extending or damage can occur. When retracting the slide-out room, ensure there is sufficient clearance inside the motorhome. Never move the motorhome with any slide-out room extended.**

 **CAUTION: Continuous operation of the slide-out room can drain the batteries and damage the motor by overheating.**

 **NOTE: Do not leave the slide-out in the extended position during severe weather. Conditions such as high winds or heavy rain may cause damage.**

## SLIDE-OUT OPERATION

SLIDE OUT

000207

5

\* \* \*
**PAGES OMITTED
after this page**

A 00095

## AWNINGS
## CAREFREE -
### Slide-Out Cover

There are a variety of awnings and covers that can be used on the motorhome. The Slide-Out Topper and a patio awning are standard features. Optional motorized awnings are available in both 12 Volt DC and 120 Volt AC.

### Slide-out cover

The slide-out cover is automatic. When the slide-out moves in or out, the cover reacts to the slide-out direction. A fixed edge of the slide-out cover is installed into an awning rail, mounted just above the slide-out. A spring-loaded roller with special brackets mounts to the slide-out. In a hard rain, the cover helps prevent water from penetrating the seal of the slide out. The slide-out cover will extend automatically attaining full coverage when the slide-out achieves maximum extension.



**Awning Cover**
**Slide-Out Awning**
**Slide-Out**

 **NOTE: Water may pool on top of the extended cover. As the slide-out is retracted, the water is removed when the cover retracts. Retract room slowly. Pause three or four times to allow accumulated water a chance to run off.**

The slide-out cover retracts automatically to the travel position when the slide-out is completely closed.

 **NOTE: When retracting the slide-out, stop the room approximately halfway. Confirm that the slide-out cover fabric is rolling properly before fully retracting the slide-out.**

A00096



### Slide-Out Awning:

The slide-out awning will automatically roll out as the slide-out room extends. After the slide-out room is extended, the awning can be completely rolled out as a window awning.



**CAUTION: Retract the slide room and slide-out awning during heavy wind, rain or snow as damage can occur to the awning or motorhome. Wind can drive rain under the slide-out awning and into the motorhome.**

**NOTE: At least five feet of clearance is needed between the side of the motorhome and any objects, such as trees or fences, to allow the slide room and slide-out awning to be fully extended.**

### To Extend the Slide-Out awning over window:

1. Follow the instructions for extending the slide room.
2. Using the awning pull rod, unlock the travel latches located on the awning side arms.
3. Use the awning pull rod to hook the loop in the pull strap located in the center of the awning.
4. With a firm grip on the rod, pull the awning strap away from the motorhome.
5. Secure the side straps on each end of the awning to the hooks provided on the motorhome. Tie center pull strap to one of the awning arms.



Anti-Billow Stud

Manual Lock Push Up to Release



**To Retract the Slide-Out awning over window:**

1. Engage the end of the pull rod into loop on center pull strap.
2. Pull on rod to relieve pressure on the side straps and remove straps from the hooks.
3. Allow the spring tension to carefully wind the awning up. Do not allow the awning to snap back into position as this may damage the awning or the motorhome. Awning material should roll up evenly.
4. Lock the travel latches with the awning pull rod.
5. The slide-out awning retracts automatically and rolls up to the travel position when the slide-out room is retracted.



**CAUTION: Rainwater can pool on the slide-out awning. The added weight will cause the awning to sag. Upon retracting the room, material can become caught in between the top of slide room and the opening in the motorhome. It will be necessary to retract the room in small increments allowing the water time to run off.**

PAGES OMITTED
after this page

00098