

# Monterey 2004
## ELECTRICAL SYSTEMS - HOUSE

HOUSE ELECTRICAL - INTRODUCTION ....................309
    Shore Power.................................................310
    Generator ....................................................310
    Inverter/Converter.......................................311
BATTERY DISCONNECT ........................................311
COACH POWER .....................................................312
SHORE POWER HOOK-UP .....................................313
    Power Cord Reel..........................................317
AC VOLT & AMP METER ........................................318
TRANSFER SWITCH ..............................................318
GENERATOR - 240 VOLT AC ..................................319
    Prestart Checks...........................................319
    Starting the Generator.................................320
    Stopping the Generator ...............................320
    Powering the Equipment .............................321
    Generator Fuel ............................................321
    Resetting the Circuit Breaker......................322
    Generator Exercise.....................................322
INVERTER .............................................................323
    RC7 GS Remote .........................................324
    Stand-by Operation.....................................325
    Battery Charging with the Inverter...............325
    Battery Temperature Sensor .......................326
    Pass-Through AC Power .............................326
    Main Menu Display ......................................326
    Meters Menu ...............................................327
    Programming the Inverter ............................328
    Re-booting the Inverter ...............................333

DISTRIBUTION PANEL - HOUSE 120 VOLT AC ..........333
    Circuit Breaker ...........................................335
GFCI BREAKERS & OUTLETS .................................335
DISTRIBUTION PANEL - HOUSE 12 VOLT DC ...........336
FUSES...................................................................337
    Switches .....................................................338
    Tools of the Trade .......................................338
    Knowing When to Say When...............................338
BATTERIES............................................................339
    How They Work............................................339
    Starting Battery...........................................340
    Deep Cycle Battery .....................................340
    Battery Tray ................................................340
    Battery Maintenance ...................................341
    Testing the Battery ......................................342
    Reasons Why Batteries Fail.........................344
    Battery Voltage & Current............................345
    Battery Charge Time & Consumption Rate ..........346
    Battery Specifications Charts ......................348
SOLAR PANEL........................................................349
    Solar Panel Care .........................................349
LIGHTS - INTERIOR HALOGEN .................................350

8

# Section 8

This section contains knowledge and instructions on various components of the House Electrical System. Following the guidelines and procedures will assist in understanding and operating the motorhome. Individual component instructions for electrical items and their respective operators manual are included in the Owner's Information File box.

**HOUSE ELECTRICAL - INTRODUCTION**

**General Overview:**

The motorhome can utilize various sources of electrical power: shore power connection, generator, inverter, solar panels, chassis batteries and domestic batteries. All of these electrical power sources, while independent of each other, can be combined in a variety of ways to provide a highly efficient electrical operating system for the motorhome. **Two types of electrical systems are used:** 120/240 Volt AC system and 12 Volt DC.

The 120/240 Volt AC system can be operated from three different power sources: shore power, the on-board generator or the inverter/charger. Shore power is the most efficient and should be used whenever possible. The on-board generator can be used when shore power is unavailable. The inverter/charger supplies silent AC power using the house batteries of the motorhome. This source has limited AC power output and duration and should be used sparingly.

**Two different sources supply the main AC circuit breaker panel with power:** The 50 Amp shore power cord or the on-board generator. An automatic electrical switching device known as a transfer switch selects the power source automatically. The inverter supplies AC power to the sub-panel.



**WARNING: The electrical system is engineered and tested for complete safety. Circuit breakers and fuses protect the electrical circuits from overloading. If you plan modifications or additions to the electrical system, we strongly recommend consulting your dealer for assistance to ensure continued integrity and safety of the electrical system. Please note that any modifications may void the warranty.**

**8**

There are two 12 Volt DC systems. One is the chassis system; the other is the house system. These two systems, for the most part, are separate from one another. The house system does not operate engine functions; as the engine system does not operate house functions. However, within the two systems there are some inner connections. **For example:** While the motorhome is driven the alternator on the engine will charge the house batteries. Likewise, while the motorhome is plugged into shore power, or the generator is running, the chassis batteries are being charged. Each system will supply 12 Volt DC power to the 12 Volt distribution panels. The 12 Volt panel that services a majority of the chassis system functions is located outside by the roadside front wheel. The other panel, located in the bedroom, services the house interior functions such as the interior lighting and appliances. You should become familiar with these panels and the items they operate.

A 00100

The generator is located in the front compartment of the motorhome and can be started from the following locations:

## GENERATOR - 240 VOLT AC

- The generator remote switch on the dash.
- The generator control panel located on the generator.
- The bedroom control panel.
- The inverter panel.



Generator control panel.

---

Prior to the first start of the day perform a general inspection including oil and coolant levels. Keep a maintenance log on the number of hours in operation since the last service. Perform any service or maintenance that may be due.

**Pre-start Checks**

**Before starting the generator:**
- People and animals must be clear of hazards of electrical shock and moving parts.
- All appliances and other AC electrical loads must be off.



**8**

## Starting the Generator



Press Top to
START



Press Bottom to
STOP

Push and hold the control switch in **START** position until the generator starts. Release switch. On diesel models the control switch may flash up to 15 seconds, indicating engine preheat.

 **NOTE: Diesel models may require priming. To prime hold control switch in the OFF position for one minute. Repeat if necessary. The diesel generator fuel pick-up tube is cut to approximately 1/4 tank so as not to run the main engine out of fuel.**

 **WARNING: Excessive cranking can overheat and damage the starter motor. Do not crank the engine more than 30 seconds at any one time. Wait at least two minutes before resuming. If the generator fails to start refer to the manufacturer's manual.**

 **WARNING: When the motorhome is parked, position the dash air conditioner vent control in the OFF position to prevent exhaust gases from entering the motorhome. The engine exhaust contains carbon monoxide, which is an odorless and colorless gas. Carbon monoxide is poisonous and can cause unconsciousness and/or death. Inspect the exhaust system thoroughly before starting the generator. Do not block the exhaust pipe or situate the motorhome where the exhaust may accumulate either outside, underneath, or inside the motorhome or any nearby vehicles. Operate the generator only when safe dispersion of exhaust can be assured. Monitor the outside conditions to be sure that the exhaust continues to disperse safely.**

 **WARNING: When parking near high grass, be sure that the hot exhaust does not come into contact with the grass, it could be a fire hazard. Hot exhaust pipe or hot exhaust gases can ignite the grass.**

 **CAUTION: An exhaust extension adds weight and stresses the generator exhaust system. Damage to the exhaust piping or exhaust manifold can result allowing Carbon Monoxide gases to accumulate under or leak into the motorhome.**

## Stopping the Generator

Turn off the appliances and disconnect other AC loads being used. Allow the generator to run unloaded for at least one minute before shutdown. This will allow the engine to cool. Push and hold the control switch in the **STOP** position until the generator stops. Release the switch.

 **NOTE: Diesel models require only a momentary stop signal.**

A 00102

The AC output of the generator powers the motorhome air conditioners, the AC inverter/converter charger, all appliances and items plugged into the electrical outlets of the motorhome. The number of electrical appliances that can be operated at any given time depends upon how much power is available from the generator. If the generator is overloaded or a short circuit causes "over current," either the generator will shut down or the circuit breaker will trip. If total power consumption exceeds the generator power output, compensation for temperature and elevation may be necessary. Operate some appliances in sequence rather than all at the same time.

*Powering the Equipment*

 **NOTE: The generator may shut down when it is loaded nearly to full power and an air conditioner (or other large motor load) cycles on. For a brief moment during start up an electric motor can draw up to three times the rated power. For this reason it may be necessary to operate some appliances in sequence when air conditioners or other large motor loads are on.**

It is important to remember that air density decreases as altitude increases, causing the generator engine power to decrease. Power decreases at approximately 3% of the rated power each 1,000 feet (305meters) of increase in elevation above sea level. It may be necessary to operate fewer appliances at the same time when the camping location is at a higher elevation. For example: 7500 watt generator at 5,000 ft. = 6375 watts net. Ambient temperature also affects maximum output power.

**For example:** at 120° F,a 7500 watt generator produces 6000 watts net.

 **REFERENCE: The diesel generator may shut down for other reasons beside overloads. A blink code may appear on the control switch. Refer to the manufacturer's manual to obtain an explanation of the codes.**

**8**

When refueling there is always a possibility the fuel may be contaminated. Contamination of fuel affects the performance of the generator. Diesel fuel may contain water or a microbe growth (black slime). Propane, due to the refining process, may contain lightweight oil. Any contamination of fuel greatly reduces the total output of the generator and may cause erratic AC output.

*Generator Fuel*

 **NOTE: The motorhome manufacturer does not cover damage to the generator caused by fuel contamination, or to appliances due damage to erratic AC Voltage.**

| Average Fuel Consumption | Diesel 7,500 Watts (gal./hr.) |
|---|---|
| No Load | .13 |
| Half Load | .49 |
| Full Load | .96 |


PAGES OMITTED
after this page



# Monterey 2004

## *CHASSIS INFORMATION*

CHASSIS - INTRODUCTION ...................................399
AIR SUPPLY SYSTEM ........................................401
    Air Governor............................................402
    Air Storage Tanks ....................................402
    Air System Charging (External) .................403
AIR FITTINGS................................................404
AIR DRYER...................................................406
    Desiccant Cartridge ................................407
    Desiccant-Type Air Dryer .........................408
    Air Dryer Cycle ......................................408
AIR SPRINGS ...............................................408
    Air Spring Inspections Checklist................409
HEIGHT CONTROL VALVES............................410
RIDE HEIGHT................................................412
BRAKE SYSTEM ...........................................413
    Air Brakes .............................................413
PARK BRAKE & EMERGENCY SYSTEMS.........414
    Brake Systems - Back-up .........................416
ABS SYSTEM/ATC SYSTEM (ANTI-LOCK BRAKES) .......417
    Brake System Maintenance.......................421
EXHAUST BRAKE ..........................................421
    Maintenance..........................................422
AXLES .......................................................423
    Front Steer............................................423
    Alignment.............................................424
    Lubrication Maintenance .........................426
STEERING SYSTEM........................................426
    Steering Components ..............................427
    Steering Column ....................................428
    Drag Link..............................................429
    Center Link............................................429
    Steering Spindles...................................430
    Control Arm Bushings..............................430
STEERING GEAR............................................431
DRIVE AXLE & DRIVE SHAFT............................432
    U-Joint Angles, Phasing & DriveLine Balance..........435
SHOCK ABSORBER.........................................436
LEVELING SYSTEM ........................................436
MANUAL OPERATION .....................................439
    Retracting leveling Jacks.........................440
    Manual Retract Valves ............................441
    Maintenance..........................................441
AIR LEVELING (OPT).....................................443
    Panel Indicator Lamps ............................445
    Automatic Leveling Procedure...................446
ENGINE......................................................449
    General Information ................................449

STARTING PROCEDURE ..................................451
    Normal .................................................451
    Cold Weather Starting.............................452
BLOCK HEAT................................................453
OIL RECOMMENDATIONS.................................454
    Cummins Engine ....................................454
    Routine Maintenance Recommendation.................456
    Cold Weather Engine Operation.................458
ENGINE SHUTDOWN ......................................458
    Extended Shutdown ...............................459
COOLANT SYSTEM.........................................459
    Engine Coolant Reservoir ........................461
    Engine Coolant Level ..............................461
    Coolant Additive (SCA) ...........................462
    Maintenance Procedures..........................464
CHARGE AIR COOLER.....................................467
TRANSMISSION.............................................469
    Shift Selector.........................................469
    Transmission Check Light.........................470
    Periodic Inspections...............................472
TRANSMISSION LUBRICATING FLUID ................474
    Fluid Levels - Cold Check .........................474
    Fluid Levels - Hot Check...........................475
FUEL SYSTEM...............................................476
FUEL/WATER SEPARATOR ...............................478
HYDRAULIC SYSTEM......................................480
    Hydraulic Pump......................................480
    Hydraulic Cooler.....................................481
    Hydraulic Fan System..............................481
    Thermovalve..........................................481
    Switching Valve ......................................482
    Hydraulic Reservoir ................................482
AIR INTAKE & CHARGE AIR SYSTEM..................484
    Air Filter...............................................485
    Air Filter Minder ....................................485
LUBRICATION CHARTS...................................486
    Front - Monterey ....................................486
    Rear - Monterey.....................................487
LUBRICATION - GENERAL MAINTENANCE...............488
    Lubricants .............................................488
    Lubricant Classification...........................489
    Proper Fluid Disposal..............................490
    Greasing...............................................490
FILTERS & BELTS..........................................492
SPECIFICATIONS CHART.................................493
TANK CAPACITIES .........................................494
METRIC/U.S.CONVERSION CHART.....................495
MAINTENANCE RECORDS ................................496

**10**

# Section 10

This section contains instructions and information on various components of the motorhome chassis. Following the guidelines and procedures will help you to understand and operate your motorhome. Complete instructions for engine and transmission are located in their respective operators manual included in the Owner's Information File box.

**CHASSIS - INTRODUCTION**

 **WARNING: When welding is involved for motorhome repair or modification, only qualified, experienced technicians should weld on the chassis. Improper welding procedures and materials may weaken the assembly or result in damage that is not obvious and may not cause an immediate problem or failure. Unauthorized modifications or repairs to the chassis could result in a forfeiture of warranty coverage.**

 Due to the sensitive nature of the electronics on the chassis, the following precautions are required to protect electrical components in the motorhome chassis from the effects of welding.

1. Disconnect the (+) positive and (-) negative battery connection, and any electronic control ground wires connected to the frame or chassis.
2. Cover electronic control components and wiring to protect them from hot sparks.
3. Disconnect the terminal plugs from the engine Electronic Control Unit located on the passenger side of the engine block.
4. Disconnect all the plugs from the Allison Electronic Control Module located in the Electrical Bay at the driver's side front of the vehicle.
5. Disconnect the wiring from the alternator.
6. Do not connect welding cables to electronic control components.
7. Attach the welding ground cable no more than two feet from the part to be welded.



10

A00105

The Roadmaster M-Series chassis design provides exceptional balance, handling and braking characteristics. The Roadmaster M-Series chassis is an engine and frame unit featuring a C-channel all-steel frame design, providing greater structural integrity and uniform stress distribution. Incorporated in the Roadmaster chassis is the exclusive air glide suspension system using eight outboard-mounted air bags and shock absorbers. Tag axle models incorporate two inboard mounted air bags and shock absorbers. The design and set-up is intended to provide the smoothest ride, best handling and trouble-free service while delivering top-notch drivability. The Roadmaster M-Series chassis is equipped with a Cummins diesel engine. The diesel engines utilize an electronic injector system to supply fuel to the cylinders. This electronic fuel control allows for precise fuel delivery resulting in efficient operation. Also incorporated in the chassis design is the Allison World transmissions. The MH 3000 transmission will be matched with the engine. These are electronically controlled automatic transmission. The chassis has either a three-point hydraulic leveling system or air leveling system, or both. The Roadmaster chassis design offers unsurpassed ease of maintenance and service.

The towing system rating incorporated in the construction of the frame is 10,000 lbs. towing and 1,000 lbs. tongue weight.



*Tag located on the curbside, from behind front wheel, and in generator compartment.*

The Roadmaster's exclusive cushion air glide suspension utilizes an eight-air bag design that places the air bags outside of the frame rail to optimize the ride and stability of the air ride suspension. An air compressor mounted directly to the engine block provides air pressure to the suspension, as well as to other systems on the motorhome. Each axle mounts to a wide platform frame that carries the coach body on eight outboard-mounted air bags (4 front and 4 rear). Each of the eight air bags couples with a Bilstein gas shock absorber which is used on the chassis to dampen suspension movement. Since the air springs themselves provide no lateral support for the suspension, large radius rods are used to connect the axles to the frame in order to hold the axles in place. While the suspension itself has no maintenance requirements, an annual inspection of the suspension system should be performed with special attention to tightness of fasteners and component wear.

The suspension control arms attach to the frame through bushings, that require no lubrication. The preset suspension ride height automatically maintains the proper suspension height throughout the load range.

* * *
**PAGES OMITTED
after this page**

$A$ 00106

# 10.  Hydro-Hot Warranty and Owners Manual

A 00107



## By Vehicle Systems, Inc.

*Motor Coach Heating Specialist*

# OWNER'S MANUAL

## Model Number

**HHE-200-08E - 12 VDC.**
**HHE-500-08M - 12 VDC.**

A00108

# WARRANTY INFORMATION

## - FOR HYDRO-HOT MODELS -

Vehicle Systems Inc. warrants the HYDRO-HOT Heater to be free from defects in material and workmanship under normal use and service for a period of two (2) years on both parts and labor commencing upon the original date of registration of the vehicle. Replacement parts are warranted for the remainder of the Heater's standard warranty period or for six months (180 days), whichever is greater.

**This warranty is conditional upon proper use of the Heater by the end-user. This warranty does not apply to damage or failure of the HYDRO-HOT Heater, or the vehicle into which it was installed, due to improper installation, assembly, maintenance, abuse, neglect, accident, or the use of parts not supplied by Vehicle Systems Inc. Vehicle Systems is not responsible for incidental or consequential damages.**

The intent of this warranty is to protect the end-user of the heating system from such defects, which would occur in the manufacture of the product. The warranty is not intended to protect the end-user from problems, which are outside the ability of Vehicle Systems' control.

To obtain warranty repair authorization or for additional product information, please contact our **Technical Support Department at 1-800-685-4298 (8 AM to 5 PM Mountain Standard Time).**

Hydro-Hot ® Motor Coach Heating System Owner's Manual 08/03

A 00109

# SECTION 1: OVERVIEW

 **Hydro-Hot Overview**

## 1.0 Activating the Hydro-Hot Heating System

The Hydro-Hot Heating System is an on-board Hydronic Heating System (heating with hot water) that provides a continuous, on-demand supply of domestic hot water, as well as interior zone heating where and when it is needed. Both heating features are accomplished by a unique VDC-Powered Diesel-Fired Burner and a VAC-Powered Electric Heating Element (120 VAC). These two heating sources maintain the temperature of the Hydro-Hot's solution of water and antifreeze. In addition, the Hydro-Hot has been designed to preheat the vehicle's engine prior to starting **(HHE-200 Model Only)**. This preheat feature provides an easy engine start-up whenever cool weather conditions are present. Be sure to review **Figure 1A** and **1B** for complete component overview.

> **NOTE:** This Hydro-Hot product utilizes a Propylene Glycol (P.G.) based water and antifreeze solution. This P.G. based solution is a Boiler type antifreeze, which is Generally Recognized as Safe ("GRAS") by the FDA. For additional information regarding this GRAS antifreeze product, please contact us at 1-800-685-4298 or visit our website at **www.vehiclesys.com**.

A 00110

## SECTION 1:  OVERVIEW



**Hydro-Hot Overview,** continued



**Figure 1A**

Hydro-Hot ® Motor Coach Heating System Owner's Manual 08/03

Page 2

A00111

## SECTION 1:  OVERVIEW

**Hydro-Hot
Overview,**
continued

<u>REAR VIEW</u>



Low-Temp
Cutoff Thermostat

Hour Meter

Mixer Valve

Pressure-Relief
Valve

Circulation Pump #2
"Return Port"

Engine Preheat
"IN" Port

Circulation Pump #1
"Return Port"

Engine Preheat
Circulation Pump

Domestic ("COLD")
Water Inlet

Engine Preheat
"OUT" Port / Barb

Domestic ("HOT")
Water Outlet

## Figure 1B

Page 3

Hydro-Hot ® Motor Coach Heating System Owner's Manual 08/03

* * *
PAGES OMITTED
after this page

A 00112

# SECTION 2:  OPERATING INSTRUCTIONS

**Diesel-
Burner
Component
Overview**

## 2.5  Diesel-Burner Component Overview

1. Control Unit
2. Motor
3. Ignition Coil
4. Clutch
5. Combustion Air Blower

6. Fuel Solenoid
7. Electrode Holder
8. Ignition Electrodes
9. Fuel Nozzle
10. Heat Exchanger

11. Combustion Chamber
12. Exhaust Port
13. Flame Sensor
14. Fuel Pump
15. Fuel Ports (Supply / Return)
16. Combustion Air Intake Port,
    with Adjustable Shutter



**Figure 3**

Hydro-Hot ® Motor Coach Heating System Owner's Manual 08/03

A00113

# 11. Chronological Summary
# of Repair Opportunities/Repair Invoices

A00114

**Holloway v. Monaco Coach**
**2004 Beaver Monterey**
**Chronology**

| Date | Miles | Complaint | Comment | Source |
|------|-------|-----------|---------|--------|
| 1-10-04 | 3,423 | Date of Buyer's Order: $500 deposit paid to hold coach | Holloways select 2004 coach and place deposit to hold until purchase, in Florida. | Buyer's Order Tab 4 |
| 2-4-04 to 6-2-04 | 3,435 | A. Maxi Air vent Cover<br>B. Install brake Controller<br>C. Fabricate and install Slide tray (per pre-sale agreement)<br>D. Widen Driver's side passthrough tray | A. Install Fan vent cover | RO# 21380 Tab 12 |
| 2-11-04 | | Holloways pay $25,000 on 2004 coach and complete purchase of coach in Florida. | Other Purchase documents signed 2-11-04 include: Odometer Disclosure; Towing Notice; | Check Tab 6 |
| 2-15-04 | | Monaco "Customer Purchase Date"<br>Monaco "Warranty Start Date" | (February 15, 2004 is Sunday) Date is used on internal Monaco forms including: "Owner Inquiry" Form; "Call Sheet Look- Up" Form; "Warranty Authorization Look-Up." | Def. Production |
| 2-16-04 | | Settlement Agreement for old coach signed and old coach delivered to Monaco. | Delivery occurred at Stoltzfus, in West Chester, PA. | Tab 2 |

A00115

| 3-29-04 to 4-29-04 (31 days) | 3,436 | A. Install Satellite receiver<br>B. Send to Detail for delivery tomorrow<br>C. Buff and wash for delivery<br>D. Walk Through...<br>M. Bedroom slide out has gap when out<br>**Q, S to AT: 29 Body and Paint Repairs** | M. Seal not making full contact: Add ½ inch seal to lower rear corner<br>S to AT:<br>Q. D/S bottom Fender 3M peeling;<br>S. Paint runs at geni door;<br>T. Ripples in fiberglass at center of entry door;<br>U. Scratch and chip in paint below entry door window;<br>V. Paint chip to the left of the entry door;<br>W. Rough paint in black stripe to the left of the P/S fuel door;<br>X. Peeling paint at the bottom of P/S slide opening;<br>Y. Repair Rough edges on paint of P/S belt molding;<br>Z. Peeling clear at P/S slide below belt;<br>AA. Rough edges of stripes (Line AA);<br>AB. Scratch in P/S slide out belt molding;<br>AC. Scratch on lower edge of P/S #3 storage door;<br>AD. Rough stripe edges on thin panel;<br>AE. Scratch in belt molding behind P/S slide front:<br>AF. Paint imperfection on P/S belt molding;<br>AG. Rough stripe edges on P/S black stripe above rear wheel;<br>AH. Rough stripe edges on P/S bedroom slide above wheel;<br>AI. Imperfection in paint at #6 storage door at top under belt;<br>AJ. Peeling paint at D/S belt molding above elect stor door;<br>AK. Scratches at cord storage door;<br>AL. Out ding, paint not broken on #5 storage door rear;<br>AM. Peeling clear at belt molding | RO# 28093<br><br>Ex. 13 |

| 3-29-04 to 4-29-04 (31 days) (Cont.) | | **Q, S-AT 29 Body and Paint Repairs** (Cont.) | AM. (Cont.) Peeling clear at belt molding above #5 storage door on D/S; AN. Very rough stripe edges on #3 D/S storage door; AO. Peeling paint at hinge above D/S #3 storage door; AP. Scratch at #2 D/S storage door; AQ. Bulge in fiberglass of the sidewall over #2 storage door is in shape of "V"; AR. Outward bulge in front D/S sidewall panel; AS. Scratches at D/S fuel door; AT. Rough strip edges on D/S belt molding. | RO# 28093 Ex. 13 (Cont.) |

| 5-4-04 to 6-8-04 (36 days) | 8,553 | **A. Cust States Diesel Fuel leaking from top of Fuel tank.** | A. Checked the tank and found fuel is coming from the vent which is at the top of the tank. The fuel is being pushed out of the vent due to being full and the fuel expands because of heat which occurs when the excess fuel is returned to the tank. Suggest that the tank be stopped being filled when the fuel nozzle kicks off. | RO# 32303 Ex. 14 |
|---|---|---|---|---|
| | | C. **Water leaking** between entry door and Screen door from top | C. Seal at the top of the door was cut and left a gap. Took the seal off and cleaned the old glue off and installed the new seal. | |
| | | D. Driver's side bedroom slide out **leaks onto carpet** at side of bed between bed and bath with slide out, in. | D. Checked the slide and found the seal had a big hole at the top. Sealed it up. This would leak when in and out. | |
| | | **F. Bad water leak into all passenger's side storage compartments. Carpet is soaked.** | F. Frames not sealed. Checked and found the frames were not sealed and the rivets not sealed. Sealed the frames and the rivets. Also the tops of the doors had holes in them. Sealed the holes in the door frames. | |
| | | G. Passenger side #4 storage door sticks out at bottom when shut. | G. Striker positioned wrong...latch would not latch...relocated. | |
| | | M. **Water leaking on both pass., and driver's sides of Living room, wetting ceiling carpet.** | M. Check the roof and could not find a spot that could have leaked. Checked the roof A/C and the bolts were loose. Tightened them up. | |
| | | N. Needs **stains from water** removed from living room ceiling. | N. No repair | |
| | | O. Wooden ceiling trim strips warping from water leak onto ceiling carpet. | O. No repair made. | |
| | | **P. Diesel fumes in coach after filling tank, also hard to get tank to fill, pops back through tube.** | P. Same as Job A. | |
| | | **Q. Coach hits extremely hard on bumps and after hitting bump, chassis seems to "roll"** | Q. Checked ride heights and found valves improperly set up. Corrected ride heights, test drove coach. Note: Call | |

| | | | | |
|---|---|---|---|---|
| 5-4-04<br>to<br>6-8-04<br>(36 days)<br>(Cont.) | 8,553 | Q. Continued: | Q. Continued: p. 22: "1. Coach hits extremely hard on bumps tshoot check ride heights and all out of spec, had to set up corrected ride heights and test drove coach, ok." | 32303<br>(Cont.)<br><br>Tab 14 |
| | | R. **Water leaking** from dinette window to inside of coach in hard rain. Water stands in bottom of window frame. | R. No repair per F. Gilleeny. Ran water in the window troft and drains good. | |
| | | S. **Water leaking** into coach from driver's side couch window. Water stands in bottom of frame. | S. No job per F. Gilleeny. Ran water in the window troft and drained good. | |
| | | X. Dash oil pressure gauge inop | X. SOP oil sender | |
| 5-4-04<br>to<br>5-21-04 | 8,553 | A. Lube, oil, filter<br>B. Allison Trans Service | $775.39 | RO#<br>32305<br>Tab 15 |
| 5-15-04 | 8,553 | **90 days since Warranty Start Date** | 44 days Out of Service for or awaiting repairs:<br>32 Days (3-29-04 to 4-29-04)<br>12 Days (5-4-04 to 5-15-04)<br><br>Problems reported in this period:<br><br>•    **29 Body and Paint repairs;**<br>•    **Diesel Fuel leaking from top of Fuel tank;**<br>•    **Bad water leak from roof;**<br>•    **Damage from water leak from roof;**<br>•    **Diesel fumes in coach after filling tank;**<br>•    **Fuel pops back out through filler tube;**<br>•    **Coach hits extremely hard on bumps and after hitting bump, chassis seems to "roll" back and forth;**<br>•    **Dash oil pressure gauge inop** | Tab 13<br><br>Tab 14 |

A00119

| 7-7-04 to 9-30-04 (86 days) | 14,493 | A. **Bad fuel leak, leaks onto gen and gen exhaust, and also along length of coach.** | A. Inspected, found fill pipes leaking at tank, drained extra fuel, pulled fill hoses, and pipes, pulled and resealed fittings, topped off tank. These leaks stopped. Found vent tube leaking, dropped tank to pull rollover valve, and run long hose per Monaco. This did not help. Pulled tank again per Monaco to replace rollover valve, and attach vent hose t floor, teed fill vent hoses to tank so tank would fill proper. Refilled tank. No leak found at this time. | RO# 38623 Ex. 16 |
|---|---|---|---|---|
| | | B. **Very hard to fill tank from either fuel fill, particularly on driver's side.** | B. Shortened fill tubes. Unit fills to top. May need to use smaller fuel nozzles at pump or slow pump down to fill tank to top, due to the way tank is set up. | |
| | | C. Passenger side living room slide out has poor fit and seal to body at bottom rear corner when closed. | C. Lower rear corner sticking in at rear. Removed brackets at slide access for P/S slide aligned with compartment doors. Reinstalled brackets. | |
| | | D. Passenger side narrow storage compartment still **fills with water**. | D. Weatherstrip and latches checked and found the weatherstrip was not sealing from the lip on the compartment. Installed with sealant and put shims behind the seal. Also found the latches were not allowing the door to go all the way closed. Aligned the strikers and latches. | |
| | | E. Carpet in #5 storage compt' on pass. Side is ruined from **mildew**. | E. Door not sealed. Removed all carpet and cleaned off adhesive. Installed new carpet. | |

| | | | | |
|---|---|---|---|---|
| 7-7-04 to 9-30-04 (86 days) (Cont.) | 14,493 | G. Exhaust brake will not work over 60 mph unless foot brake is applied. | G. Test drove. Working as designed at this time. | RO# 38623 (Cont.) |
| | | M. Molding in bedroom, at fascia for pass. Side slide out front, is loose. | M. Trim came off at front side of slide fascia. | Ex. 16 |
| | | **Q. Oil pressure gauge on dash stuck at zero.** Aladdin shows 55lbs. | Q. Bad sender. Checked and found the sending unit for the oil pressure gauge was bad. Replaced the sender. | |
| | | R. Driver's side living room ceiling, at area of slide out, has **stained ceiling from water leak.** | R. Sublet to Sundial | |
| | | S. Passenger side living room ceiling, at center near wooden molding, being **stained from water leaks.** | S. Sublet to Sundial | |
| | | T. Bedroom ceiling near A.C. outlet **stained from continuing water leaks.** | T. Sat dish and cable not sealed. Checked and found the sat dish and the cable were not sealed. Removed the sat dish and cleaned off old adhesive and removed the cover for the cable and cleaned off the old adhesive. Reinstalled the sat dish and the cable cover. | |
| | | U. All **ceiling stains to be cleaned or fabric replaced.** | U. Sublet to Sundial. | |
| | | Y. Front roof AC will not come on. | Y. ...fan motor ... bad...replaced the motor... | |
| | | Z. Shower light inop. | Z. ...Found to have a broken wire. Repaired the wiring.... | |
| | | **AA. Oil gauge on dash does not move with engine running.** Aladdin is only means of checking | AA. Note for file | |

A 00121

| 7-7-04 to 8-24-04 | 14,493 | A-C.  Estimate damage to passenger side, front bumper, along entry door, to tailpipe; driver's side storage door area; driver's side rear cap(Done when **fuel leak caused owner to leave road in emergency.)** | A.  Door panels fabricate...R&R last 2 comp doors and re-skinned, repaired P/S rear fender and 2 comps in front and painted as marked and repaired to P/side.  $6,569.63 | R.O. # 38626  Ex. 17 |
| --- | --- | --- | --- | --- |

A 00122

| | | | | |
|---|---|---|---|---|
| 10-7-04 to 1-19-05 (105 days- 75 days out of use per client) | 4,585? | A. **Roof leaking water front to rear, has water stains and damage throughout.** | A. Sealant. Remove refer vent cover and fantastic vent cove and clean off all roof sealant from front to back and reseal roof complete clean and reseal parts returned...marker lights, awning motors 3 awning covers. | R.O. # 47232  Ex. 18 |
| | | B. Replace all **stained ceiling fabric,** from living room into bedroom. | B. Roof leak. Monaco techs...remove all ceiling fabric, clean off old foam install new fabric and cut and install trim around entire ceiling area. | |
| | | C. Driver's side bedroom slide out brings water into coach when closed, and soaks carpet at front side of bed. | C. Seals not glued and no drip cups. Monaco techs 6255, 6259 remove awning, checked seals all the way around slide out box. Found seals not glued on both corners. Reinstalled awning, water test. Still leaks. Remove wipe seals, install drip cups, reinstall seals, modify trim to clear drip pans, re-water test. Minimal water coming in when slide outs brought in, which is normal when slide outs are wet and brought in. Water that is left on slide out walls will drip. | |
| | | D. Driver's side L/R slide out cutting carpet. | D. Black plastic not high enough. Monaco techs 6259 6255 jack up L/R slide out, remove black plastic, install shims under plastic to raise slide, adjust and test several times ok. | |
| | | E. **Water being stored in ceiling of coach in rains. When braked are applied 1st time after rain, approx. 2 quarts of water come down inside D/S/ w/shield.** | E. Roof leaks. Monaco techs 6259 6255 took to water bay and found water leak at D/S windshield pillar post. Inspected roof and sealed cell antenna roof line molding, TV antenna, re-water test. Found still to be leaking. Remove awnings ans screw cover insert. Remove all screws and add silicone, reinstall screws and awnings, install new screw cover insert, and seal. Reinspected all sealant on coach. Re-water test with slide outs in for 1 hour and test with slide outs out for 1 hour. No leaks at this time.... | |
| | | H. **Still leaking diesel fuel onto Genset exhaust after coach is filled.** | H. Oil blow by from generator. Monaco tech 6259 check system. Found bottom of generator wet with oil. | |

A 00123