| | | | | |
|---|---|---|---|---|
| 10-7-04<br>to<br>1-19-05<br><br>(105<br>days-<br>75 days<br>out of<br>use per<br>client)<br><br>(Cont.) | | I. Coach has extremely hard ride. Hits bumps too hard and is uncomofrtable.<br><br>**O. Small compartment on Pass side behind rear wheel fills to 3" of water when it rains.** | H. (Cont.) Went to check blow-by tube and upon gaining access to tube noticed that Gen service door could not open due to bolt l welded to frame. Modified bolt so that service door will now open. This will allow customer access to having gen service performed. Gen has 952 hours and appears never to have had a oil and filter change due to thin oil. Excessive blow of oil thru tube. It is hitting gen exhaust. Upon having gen serviced, it should cure customer's complaint. Found blow-by tube wet with oil. Determined leak.<br>I. Ride hight slightly off Monaco techs 6259 chck all shocks Air Bags found ride height off in front by .5" at 9.5 set to 10" Test drove cach rides good, had slight tire vibration.<br><br>O. Out of adjustment. Monaco techs 6259 adjust door to fit tight against water seal. Water test and smoke test, no leaks found. | R.O. #<br>47232<br>(Cont.)<br><br>Ex. 18 |
| 10-7-04<br>to<br>12-15-04 | 22,223 | C. Lube Oil and Filter | 317.50 | R.O. #<br>47234<br><br>Ex. 19 |
| 1-10-05 | 22,223 | One year since date of purchase | **304 days out of service**<br>Roof leaks water: 4 Repair attempts<br>Body leaks water: 4 Repair attempts<br>Diesel fuel leaking: 3 Repair attempts<br>Diesel fuel leaks on exhaust: 3 Repair attempts<br>Suspension: | |

| 2-8-05<br><br>( 6 weeks per client) | 25,923 | 1. Rear Aqua-Hot system only blows hot air in the bathroom; the bedroom only blows cold air<br>2. The front Aqua-hot has very little air flow, only blow warm at the dash, then shuts off. | 1. Replaced zone 1 pump;<br><br>2. Replaced fan at dash vent;<br><br>Monaco authorized 6 hours time, then refused 16 additional hours requested by The Custom Coach Company. "This is a very complex system which has not been properly engineered and installed. It will require rearranging the supply lines to make the system function properly...We cannot repair the system correctly without an adequate time allowance...." | R.O. # 40136<br><br>Ex. 20 |
| --- | --- | --- | --- | --- |
| 7-5-05 | | Penn Diesel Service Co.:<br><br>Provide routine service on customer's heater in vehicle | "Initial inspection of heater showed **burner housing broken.** Disassembled unit as needed in vehicle to replace burner housing. **Found internal components of burner melted/damaged from unit not being properly seated w/exchanger.** Provided reconditioned burner assembly. Reassembled heater, achieved startup, combustion and cool down cycle. Heater shut down, when restarted generator would shut down. **Speculate problem w/ Aqua-Hot wiring.** Customer taking repaired heater in coach to vehicle systems to have wiring checked. **Cause of internal burner housing damage due to exposure to open flame.**"<br><br><div align="right">$1,220.41</div> | R.O. # P75622<br><br>Ex. 21 |
| 9-27-05 | | Coach was vandalized while on the premises of McNatts/Betts Auto Body: 2 T.V.s and DVD player and CDs and DVDs stolen, woodwork damaged. | Automobile insurance to cover. Monaco's Cindi Edgett agrees to have factory installation of missing goods and charge auto insurance. | Police Report Ex. 25 |

| 1-30-06 to 2-24-06 | 39,713 | 17. **Replace Shocks worn pre-maturely by mis-adjusted suspension air bags** <br>3-4. Hydrohot installed after recall: fan in front inop, and poor heat, and noisy; <br>6. Alladin system re-calibrate: <br><br>10. Bad batteries/not serviced when requested and paid for service; <br>9. Low battery auto-gen inop; <br>18. Genie Switch dash light inop; <br>20. Air leak from driver's side cockpit window; <br><br>Correct numerous living quarter issues: <br>7. P/S slide-out creeps in; <br>8. Mirror loose due to poor ride from Air bag suspension and shocks; <br>11. P/S bedroom slide-out vibrates while traveling; <br>12. Bedroom TV installed at factory inop on Satellite, poor reception on antenna; <br>16. Entry Steps erratic operation; <br><br>21. Bay doors out of adjustment | Bad Ground on fan; bad fan motor-required; <br><br>Tank interface module bad; replaced and re-calibrated; <br>Batteries Bad; replaced batteries, charger set for wrong (gel) batteries <br><br>RC-7 panel setting incorrect <br>Replaced dash gen switch <br>Resealed driverside cockpit window (not fixed) <br><br><br>Topped off hydraulic oil; not fixed <br>Removed and installed mirror. <br><br><br>Facial Loose; Remove and reinstall wood fascia with stronger screws. <br>Receiver bad, not enough co-ax cable, replaced receiver, ran new cables <br><br>Corroded connectors on step mag switch-replaced with shrink type connectors. <br>Adjusted bar door to be flush with others on P/S <br>$2,799.95 | R.O. 83873 <br><br>Ex. 22 |
| 3-7-06 | 39,713 | 3. P/S slide-out repaired last RO still creeps out | Bad hydraulic manifold block, removed and replaced with new (4.5 hours waiting after traveling to WA repair facility when told repairs were done) | R.O. 85998 <br><br>Ex. 23 |

A00126

## 12.  Repair Invoice Dated:
## 2-4-04 to 6-2-04

A00127

147250                                     2 1 3 8 0        **LAZY DAYS R.V. SUPERCENTER**

DUGLAS HOLLOWAY                               INVOICE              SEFFNER, FLORIDA 33584
DOUGLAS HOLLOWAY                                                    6130 LAZY DAYS BLVD.
2121 PLEASANT VALLEY ROAD                                            (813) 246-4555
NEWARK, DE 19702                              PAGE 1
HOME: 302-738-0864 BUS: 302-521-5019                          Motor Vehicle Repair Registration # MV-10691
                                       SERVICE ADVISOR:   1803 CHARLES KURTZ

| STK NO. | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 3435/3435 | 32711 |

| DEL DATE | PROD DATE | WARR. EXP. | PROMISED | P.O. NO. | RATE | PAYMENT | INV DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | 18:00 08APR04 | SEE BELOW | 0.00 | AMEX | 15JUL2004 |
| P.O. OPENED | | READY | OPTIONS: STK:B32711 ENG:CUMMINS TRN:350D | | | | |

AXL:041620824088401800870

13:30 04FEB04   11:41 02JUN04

LINE OPCODE TECH TYPE HOURS                                    LIST       NET      TOTAL
A MAXI AIR VENT COVER
      MISC SEE STORY
              146 CPHD  0.50                                              49.50    49.50
          2 85603 FAN VENT COVER                            133.72       78.66   157.32
PARTS:   157.32  LABOR:     49.50  OTHER:        0.00   TOTAL LINE A:            206.82

3435 RETAIL .5 HRS #146 INSTALL MAXI AIR VENT
        **************************************************
B** INSTALL BRAKE CONTROLLER FOR TANDEM AXLE FLATBED TRAILER
       MISC MOVED TO TICKET #28093 LINE G
              3278 CPHD  0.00                                              0.00     0.00
PARTS:    0.00  LABOR:      0.00  OTHER:        0.00   TOTAL LINE B:              0.00

        **************************************************
C** INSTALL 1/2 SLIDE TRAY ON PASSENGER SIDE, SEE BUDDY FOR LOCATION
       MISC SEE STORY
              3278 CPHD  3.00                                            297.00   297.00
          1 L/KW905968 30" KWIKEE SLIDE HD                  344.27      344.27   344.27
PARTS:   344.27  LABOR:    297.00  OTHER:        0.00   TOTAL LINE C:            641.27

3435 CUSTOMER REQUEST 7.2 MAKE AND ASSEMBLE SLIDE TRAY WOOD AND TRAY
PIECES, FABRICATE PEDASTAL FOR TRAY BRACKETS TO RAISE TRAY OFF OF FLOOR
TO CLEAR COMPARTMENT LIP AND INSTALL AND TEST OPERATION-OK
        **************************************************
D** WIDEN DRIVER'S SIDE PASS THRU TRAY TO AS WIDE AS ALLOWABLE, AND
       SHORTEN TRAVEL TO APPROX. 3/4 OF BAY WIDTH, SEE BUDDY
       MISC SEE STORY
              2295 CPHD  5.00                                            495.00   495.00
PARTS:    0.00  LABOR:    495.00  OTHER:        0.00   TOTAL LINE D:            495.00

3435 5.0 TOOK THE OLD TRAY OUT AND INSTALLED THE NEW TRAY AND HAD TO
SHIM IT UP THEN MOUNTED IT WORK GOOD
        **************************************************
E** REPLACE WIRE RACK INSIDE PANTRY WITH WOODEN RACK, AND MODIFY AS PER

REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY

LIMITED WARRANTY: The only warranties applying to the parts/ installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS.

Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

CUSTOMER SIGNATURE

REPAIR COMPLETION DATE          NOTIFIED OF COMPLETION          DATE RELEASED

                              **CUSTOMER COPY**

A00128

147250                21380        **LAZY DAYS R.V. SUPERCENTER**
                                                SEFFNER, FLORIDA 33584
DUGLAS HOLLOWAY                      INVOICE          6130 LAZY DAYS BLVD.
DOUGLAS HOLLOWAY                                      (813) 246-4555
2121 PLEASANT VALLEY ROAD
NEWARK, DE 19702                     PAGE 2      *Motor Vehicle Repair Registration # MV-10691*
HOME: 302-738-0864 BUS: 302-521-5019
                                  SERVICE ADVISOR:  1803 CHARLES KURTZ

| STK NO. | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN/OUT | | TAG |
|---|---|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | | 1RFC2564541029131 | 147250 | 3435/3435 | | 32711 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | 18:00 08APR04 | SEE  BELOW | 0.00 | AMEX | 15JUL2004 |

R.O. OPENED                     READY:          OPTIONS:  STK:B32711 ENG:CUMMINS TRN:350D
                                                AXL:041620824088401800870
13:30 04FEB04   11:41 02JUN04

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|
| CONVERSATION WITH OWNER, $700.00, APPROX. | | | |
| MISC INSTALLED | | | |
| 437 CPHD  6.00 | | 594.00 | 594.00 |
| 2 B40026 26" DRAWER SLIDE | 16.01 | 16.01 | 32.02 |
| MISC 1/2 SHEET 1/2" FINISHED PLYWOOD | | | |
| CPH | | 25.00 | 25.00 |
| PARTS:    32.02  LABOR:    594.00  OTHER:    25.00 | TOTAL LINE E: | | 651.02 |

3435 3.0 - 437 3.0 - 1247 BUILT AND INSTALLED WOODEN SLIDEOUT PANTRY
          **************************************************
CUSTOMER PAY SHOP SUPPLIES FOR REPAIR ORDER                      10.00
** PO NO.: DLH    DAF    CCDEL **

| REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY | DESCRIPTION | TOTALS |
|---|---|---|
| | LABOR AMOUNT | 1435.50 |
| LIMITED WARRANTY: The only warranties applying to the part(s) installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS. | PARTS AMOUNT | 533.61 |
| | GAS, OIL, LUBE | 0.00 |
| | SUBLET AMOUNT | 0.00 |
| Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed. | MISC. CHARGES | 35.00 |
| | TOTAL CHARGES | 2004.11 |
| | LESS INSURANCE | 0.00 |
| | SALES TAX | 140.30 |
| CUSTOMER SIGNATURE | PLEASE PAY THIS AMOUNT | 2144.41 |
| REPAIR COMPLETION DATE          NOTIFIED OF COMPLETION          DATE RELEASED | | |

**CUSTOMER COPY**

A00129

## 13. Repair Invoice Dated:
## 3-29-04 to 4-29-04

A00130

147250       **2 8 0 9 3**      **LAZY DAYS R.V. SUPERCENTER**

SEFFNER, FLORIDA 33584
6130 LAZY DAYS BLVD.
(813) 246-4555

DOUGLAS HOLLOWAY
DOUGLAS HOLLOWAY
2121 PLEASANT VALLEY ROAD
NEWARK, DE 19702
HOME: 302-738-0864 BUS: 302-521-5019

**INVOICE**

DUPLICATE 1
PAGE 1

SERVICE ADVISOR: 1803 CHARLES KURTZ

*Motor Vehicle Repair Registration # MV-10591*

| STK.NO. | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 3436/3436 | 32711 |

| DEL DATE | PROD DATE | WARR EXP | PROMISED | PO NO. | RATE | PAYMENT | INV DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | 18:00 09APR04 | | 0.00 | CASH | 15JUL2004 |

| REQ OPENED | READY | OPTIONS: STK:B32711 ENG:CUMMINS TRN:350D |
|---|---|---|
| 09:31 29MAR04 | 11:42 29APR04 | AXL:041620824088401800870 |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|

A INSTALL SATELLITE RECEIVERS FROM SALESMAN AND TEST SYSTEM
   MISC SS

| | | | | | |
|---|---|---|---|---|---|
| | 2013 IHD8 7.00 | | | | (N/C) |
| 1 70422 ELECTRIC ADAPTER WHITE | | | | | (N/C) |
| 15 17517 COAX CABLE T.V., PER FOOT | | | | | (N/C) |
| 4 10935 VELCRO 1" HARD HOOK, PER FT | | | | | (N/C) |
| 4 10936 VELCRO 1" SOFT LOOP, PER FT | | | | | (N/C) |
| 1 7549 SPLITTER | | | | | (N/C) |
| 1 7549 SPLITTER | | | | | (N/C) |
| 1 MC/16617302 SWITCH, SLIDE-OUT | | | | | (N/C) |
| 1 FRT FREIGHT | | | | | (N/C) |

PARTS:    0.00 LABOR:     0.00 OTHER:    0.00   TOTAL LINE A:    0.00

436 SALES REQUEST 7.0 HRS #2013 FINISHED SAT INSTALL, INSTALLED FRONT
AND REAR SAT RECEIVERS. CHECKED OP.
    ****************************************************

B SEND TO DETAIL AND PUT ON SITE FOR DEL TOMORROW (3/30)
   MISC "SERVICE ADVISOR---YOU MUST TYPE IN REPAIR
      DESCRIPTION"

| | | | |
|---|---|---|---|
| 9990 IHD7 0.00 | | | (N/C) |

PARTS:    0.00 LABOR:     0.00 OTHER:    0.00   TOTAL LINE B:    0.00

    ****************************************************

C** BUFF AND WAX FOR DELIVERY
   MISC SUNDIAL

| | | |
|---|---|---|
| 9999 IHD8 0.00 | | (N/C) |

SUBL SUNDIAL PO#74237 INV#415341

| | |
|---|---|
| IHD8 | (N/C) |

PARTS:    0.00 LABOR:     0.00 OTHER:    0.00   TOTAL LINE C:    0.00

    ****************************************************

D** WALK THRU
   MISC WALK THRU

| | |
|---|---|
| 1533 IHD1 2.00 | (N/C) |

**REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY**

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| **PLEASE PAY THIS AMOUNT** | |

LIMITED WARRANTY: The only warranties applying to the part(s) installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS.

Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if the service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed.

CUSTOMER SIGNATURE

REPAIR COMPLETION DATE        NOTIFIED OF COMPLETION        DATE RELEASED

**CUSTOMER COPY**

A00131

147250                              28093        **LAZY DAYS R.V. SUPERCENTER**

DOUGLAS HOLLOWAY                           INVOICE              SEFFNER, FLORIDA 33584
DOUGLAS HOLLOWAY                                                6130 LAZY DAYS BLVD.
2121 PLEASANT VALLEY ROAD                  DUPLICATE 1          (813) 246-4555
NEWARK, DE 19702                           PAGE 2
HOME: 302-738-0864 BUS: 302-521-5019                           Motor Vehicle Repair Registration # MV-10691
                                           SERVICE ADVISOR:    1803 CHARLES KURTZ

| STK NO. | YEAR | MAKE/MODEL | | | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | | | 1RFC2564541029131 | 147250 | 3436/3436 | 32711 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | | P.O. NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | 18:00 09APR04 | | | 0.00 | CASH | 15JUL2004 |

R.O. OPENED               READY:        OPTIONS:   STK:B32711 ENG:CUMMINS TRN:350D
                                        AXL:041620824088401800870

09:31 29MAR04   11:42 29APR04

| LINE OPCODE TECH TYPE HOURS | | | | | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|
| PARTS: | 0.00 | LABOR: | 0.00 | OTHER: | 0.00 | TOTAL LINE D: | | 0.00 |

3436 WALK THRU 1.0 DONE
    ***************************************************
E** PASS.SIDE REAR VIEW MIRROR LOOSE
    MISC SS
         3278  WHD  1.00                                              (N/C)

PARTS:     0.00  LABOR:     0.00  OTHER:     0.00   TOTAL LINE E:       0.00

3436 LOOSE MOUNTING BOLTS .6 TIGHTEN MOUNTING BOLTS AND AIM MIRROR
    ***************************************************
F** BEDROOM ENGINE COMP.LATCH NOT LATCHING
    MISC SS
         3278  WHD  2.40                                              (N/C)
    1 SP/08410632 LATCH LEVER W/LOCK ENGINE                           (N/C)
    1 FRT FREIGHT                                                     (N/C)


MISC RETURN FREIGHT
              WHD                                                     (N/C)
PARTS:     0.00  LABOR:     0.00  OTHER:     0.00   TOTAL LINE F:       0.00

3436 BROKEN LATCH 2.4 REMOVE AND RELPACE BROKEN LATCHAND TEST,TRIM
EXTRA CARPET TO RELIEVE PRESSURE ON HANDLE AND REINSTALL AND TEST,
ADJUST OTHER 3 LATCHES FOR PROPER OPERATION
    ***************************************************
G** WIFE TO TOW-W/BRAKE CONTROLER
    S181 SEE STORY
         3278  IHD1  3.20                                             (N/C)
    1 22819 9035 BRAKE CONTROLLER                                     (N/C)
    8 KM/26144 WIRE 14 GA RED, FT                                     (N/C)
    8 OEC/22559 WIRE 14 GA,BLACK                                      (N/C)

REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY

LIMITED WARRANTY: The only warranties applying to the part(s) installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS.

Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed.

| | DESCRIPTION | TOTALS |
|---|---|---|
| | LABOR AMOUNT | |
| | PARTS AMOUNT | |
| | GAS, OIL, LUBE | |
| | SUBLET AMOUNT | |
| | MISC. CHARGES | |
| | TOTAL CHARGES | |
| | LESS INSURANCE | |
| | SALES TAX | |

CUSTOMER SIGNATURE                                    PLEASE PAY
REPAIR COMPLETION DATE     NOTIFIED OF COMPLETION     DATE RELEASED     THIS AMOUNT

**CUSTOMER COPY**

A00132

147250                          2 8 0 9 3        **LAZY DAYS R.V. SUPERCENTER**

DUGLAS HOLLOWAY                   INVOICE          SEFFNER, FLORIDA 33584
DOUGLAS HOLLOWAY                                  6130 LAZY DAYS BLVD.
2121 PLEASANT VALLEY ROAD         DUPLICATE 1      (813) 246-4555
NEWARK, DE 19702                  PAGE 3
HOME: 302-738-0864 BUS: 302-521-5019             *Motor Vehicle Repair Registration # MV-10591*

                                 SERVICE ADVISOR:  1803 CHARLES KURTZ

| STK NO | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | | 1RFC2564541029131 | 147250 | 3436/3436 | 32711 |

| DEL DATE | PROD DATE | WARR EXP | PROMISED | PO NO | RATE | PAYMENT | INV DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | 18:00 09APR04 | | 0.00 | CASH | 15JUL2004 |

R.O. OPENED          READY       OPTIONS:  STK:B32711 ENG:CUMMINS TRN:350D
                                AXL:041620824088401800870
09:31 29MAR04  11:42 29APR04

LINE OPCODE TECH TYPE HOURS                                LIST      NET      TOTAL
        8 KM/26141 WIRE 14 GA WHITE, FT                                        (N/C)
        60 OEC/22550 WIRE 12 GA BLUE, FT                                       (N/C)
        60 8508 SPLIT WIRE CONDUIT 3/8",FT                                     (N/C)
        1 34518 CIRCUIT BREAKER 20 AMP 12V                                     (N/C)
        1 PO74682 ANGLE ALUMINUM                                               (N/C)
        1 8909001 WURTHFIX/RIGID                                               (N/C)
        2 8910005 MIXER,50ML                                                   (N/C)
        1 893301900 WURTHFIX,50ML                                             (N/C)
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE G:                  0.00

3436 SALES DEAL 3.2 WIRE BRAKE CONTROLLER TO EXISTING TOW PLUG
     *************************************************
H** INSTALL SLIDE TRAYS=NEED SALES APPROVAL
    MISC SS
        3278 IHD8 13.50                                                        (N/C)
        10 7280 SLOTTED CARPET BLADE EA                                        (N/C)
        20 LHC/63387 CARRIAGE BOLT 5/16 X5                                     (N/C)
        1 7404 SILICONE SEALANT, BLACK                                         (N/C)
        1 31818 DRILL BIT 3/8"                                                 (N/C)
MISC 1 1/2 SHEETS 3/4 LUAN , COMP LINER, GLUE
        IHD8                                                                   (N/C)
MISC 1/4 SHEET 3/4 LUAN COMP LINER GLUE
        IHD8                                                                   (N/C)
MISC 3/4 PLY 1/2 SHEET, COMP LINER
        IHD8                                                                   (N/C)
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE H:                  0.00

3436 SALES DEAL 3278 6.4/2295 7.1 BUILD AND ASSEMBLE SLIDE TRAYS-ONE
FOR PASS SIDE AND ONE FOR DRIVERS SIDE BUILD PLATFORM TO RAISE BOTH
TRAYS TO CLEAR LIP OF COMPARTMENT AND TEST OPERATION OF BOTH INSTALL
SLIDE TRAY ON PASS SIDEEPER CUSTOMER
     *************************************************
I** NEED DETAIL TO SPOT CLEAN CARPET-SEE CUST.
    MISC SEE JOB I

**REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY**

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

LIMITED WARRANTY: The only warranties applying to the part(s) installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS.

Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any certain work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has possibly inadequately performed.

CUSTOMER SIGNATURE
REPAIR COMPLETION DATE          NOTIFIED OF COMPLETION          DATE RELEASED

                         **CUSTOMER COPY**

A00133

147250

28093

**LAZY DAYS R.V. SUPERCENTER**

DUGLAS HOLLOWAY
DOUGLAS HOLLOWAY
2121 PLEASANT VALLEY ROAD
NEWARK, DE 19702
HOME: 302-738-0864 BUS: 302-521-5019

INVOICE

DUPLICATE 1
PAGE 4

SEFFNER, FLORIDA 33584
6130 LAZY DAYS BLVD.
(813) 246-4555

Motor Vehicle Repair Registration # MV-10691

SERVICE ADVISOR: 1803 CHARLES KURTZ

| STK NO | YEAR | MAKE/MODEL | | | VIN | LICENSE | MILEAGE IN/OUT | | TAG |
|--------|------|------------|---|---|-----|---------|----------------|---|-----|
| BRANDY | 04 | BEAVER MONTEREY | | | 1RFC2564541029131 | 147250 | 3436/3436 | | 32711 |

| DEL DATE | PROD DATE | WARR EXP | PROMISED | | PO NO | RATE | PAYMENT | | INV DATE |
|----------|-----------|----------|----------|---|-------|------|---------|---|----------|
| 10FEB2004 | | | 18:00 09APR04 | | | 0.00 | CASH | | 15JUL2004 |

HLD/OPENED: READY OPTIONS: STK:B32711 ENG:CUMMINS TRN:350D
AXL:041620824088401800870

09:31 29MAR04   11:42 29APR04

LINE OP(ODE TECH TYPE HOURS                                   LIST      NET      TOTAL

|  |  | 9990 IHD8 | 0.00 |  |  |  |  |  | | | (N/C) |
| PARTS: | 0.00 | LABOR: | | 0.00 | OTHER: | 0.00 | TOTAL LINE I: | | | | 0.00 |

*****************************************************

J** INSTALL CELL PHONE CABLE
    MISC SS
            3278 IHD8  1.10                                            (N/C)
PARTS:    0.00  LABOR:      0.00  OTHER:    0.00  TOTAL LINE J:        0.00

3436 CUST REQUEST TO LOCATE CABLE 1.1 REMOVE BOTH SHIFTER PANEL COVER
AND SEARCH FOR CABLE, FOUND AND RELOCATED TO DASH COVER OVER DRIVERS
SEAT AND LABELED
*****************************************************

** SHAMPOO CARPET
   MISC SUNDIIAL
            9990 IHD8  0.00                                            (N/C)
SUBL SUNDIAL PO#75524 INV#416176
            IHD8                                                       (N/C)
PARTS:    0.00  LABOR:      0.00  OTHER:    0.00  TOTAL LINE K:        0.00

*****************************************************

L** REAR TV RATTLES WHEN ENGINE RATTLES
    MISC NO JOB PER F. GILLEENY
            3278  WHD  0.00                                            (N/C)


PARTS:    0.00  LABOR:      0.00  OTHER:    0.00  TOTAL LINE L:        0.00

3436 NONE-AS DESIGNED 1.7 REMOVE AND CHECK TV MOUNTS AND REINSTALL AND
TEST-OK
*****************************************************

M** BEDROOM DR/SIDE SLIDE OUT HAS GAP WHEN OUT
  · MISC SS
            3297  WHD  0.80                                            (N/C)

**REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY**

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

LIMITED WARRANTY: The only warranties applying to the parts installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS.

Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed.

CUSTOMER SIGNATURE
REPAIR COMPLETION DATE              NOTIFIED OF COMPLETION              DATE RELEASED

**CUSTOMER COPY**

A00134

147250                               2 8 0 9 3        **LAZY DAYS R.V. SUPERCENTER**

DUGLAS HOLLOWAY                          INVOICE              SEFFNER, FLORIDA 33584
DOUGLAS HOLLOWAY                                             6130 LAZY DAYS BLVD.
2121 PLEASANT VALLEY ROAD               DUPLICATE 1            (813) 246-4555
NEWARK, DE 19702                          PAGE 5
HOME: 302-738-0864 BUS: 302-521-5019                    *Motor Vehicle Repair Registration # MV-10691*
                                     SERVICE ADVISOR:    1803 CHARLES KURTZ

| STK NO | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | | 1RFC2564541029131 | 147250 | 3436/3436 | 32711 |

| DEL DATE | PROD DATE | WARR EXP | PROMISED | PO NO | RATE | PAYMENT | INV DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | 18:00 09APR04 | | 0.00 | CASH | 15JUL2004 |

R.O. OPENED                    READY        OPTIONS:    STK:B32711 ENG:CUMMINS TRN:350D
                                            AXL:041620824088401800870·
09:31 29MAR04   11:42 29APR04

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | 10 | W5838 | RUBBER SEAL | | | | | (N/C) |

PARTS:    0.00  LABOR:     0.00  OTHER:     0.00  TOTAL LINE M:          0.00

3436 SEAL NOT MAKING FULL CONTACT .5 ADD 1/2 INCH D SEAL TO LOWER REAR
CORNER
                ************************************************
N** PANTRY CABINET DOOR NOT LATCHING
   MISC SS
         3297  WHD  0.40                                               (N/C)


ISC WOOD SHOP SUPPLIES
                WHD                                                    (N/C)
PARTS:    0.00  LABOR:     0.00  OTHER:     0.00  TOTAL LINE N:          0.00

3436 LATCH MOUNTED TOO FAR OUT .4 MOVE LATCH AND FILL OLD HOLES
                ************************************************
O** PATIO AWNING NOT CLOSING ALL THE WAY
   MISC SS
         3297  WHD  0.50                                               (N/C)


PARTS:    0.00  LABOR:     0.00  OTHER:     0.00  TOTAL LINE O:          0.00

3436 NOT ADJUSTED PROPERLY .5 ADJUST CARFREE AWNING
                ************************************************
P** DISABLE PATIO WIND SENSOR
   MISC NO JOB PER F. GILLEENY
         3278  WHD  0.00                                               (N/C)


PARTS:    0.00  LABOR:     0.00  OTHER:     0.00  TOTAL LINE P:          0.00

**REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY**

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

LIMITED WARRANTY: The only warranties applying to the part(s) installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Part(s) and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with the estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS.

Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed.

CUSTOMER SIGNATURE

REPAIR COMPLETION DATE          NOTIFIED OF COMPLETION          DATE RELEASED

**CUSTOMER COPY**

A 00135

147250                               2 8 0 9 3        **LAZY DAYS R.V. SUPERCENTER**

)UGLAS HOLLOWAY                          INVOICE            SEFFNER, FLORIDA 33584
DOUGLAS HOLLOWAY                                            6130 LAZY DAYS BLVD.
2121 PLEASANT VALLEY ROAD                DUPLICATE 1           (813) 246-4555
NEWARK, DE 19702                         PAGE 6
HOME: 302-738-0864 BUS: 302-521-5019                   Motor Vehicle Repair Registration # MV-10691
                                         SERVICE ADVISOR:  1803 CHARLES KURTZ

| STK NO | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | | 1RFC2564541029131 | 147250 | 3436/3436 | 32711 |

| DEL DATE | PROD DATE | WARR EXP | PROMISED | PO NO | RATE | PAYMENT | INV DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | 18:00 09APR04 | | 0.00 | CASH | 15JUL2004 |

R.O. OPENED:                      READY:        OPTIONS:   STK:B32711 ENG:CUMMINS TRN:350D
                                             AXL:041620824088401800870
09:31 29MAR04  11:42 29APR04

LINE OP(X)ODE TECH TYPE HOURS                                     LIST       NET       TOTAL
3436 NONE .1 UNABLE TO DISABLE WIND SENSOR-VOIDS WARRANTY FOR AWNING
     ***************************************************

Q** DR.SIDE BOTTOM FENDER,3M PEELING
    MISC NEW AGE
          2704   WHD   0.00                                              (N/C)


SUBL NEW AGE AUTO ART - PO 74948 INV 4159
                  WB                                                     (N/C)
PARTS:     0.00  LABOR:      0.00  OTHER:    0.00   TOTAL LINE Q:         0.00

3436 UNKNOWN SUBLET TO NEW AGE
     ***************************************************
** REPLACE CRACKED DEFROSTER VENTS
    MISC SS
          3278   WHD   0.40                                              (N/C)
      2 SP/07011019 VENT GRILL                                           (N/C)
      1 FRT FREIGHT                                                      (N/C)


MISC RETURN FREIGHT
                  WHD                                                    (N/C)
PARTS:     0.00  LABOR:      0.00  OTHER:    0.00   TOTAL LINE R:         0.00

3436 CRACKED .6 REMOVE AND REPLACE BROKEN DEFROSTER VENTS CRACKED .1
ORDERED 27" DEFROSTER VENTS
     ***************************************************
S** REPAIR RUNS IN PAINT AT GENI DOOR EDGE (AS MARKED)
CAUSE:
    B10 SEE STORY
          2704   WB2   3.00                                              (N/C)


MISC PAINT & MATERIALS (WARRANTY LINES S THRU AT)

| REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY | DESCRIPTION | TOTALS |
|---|---|---|
| | LABOR AMOUNT | |
| | PARTS AMOUNT | |
| | GAS, OIL, LUBE | |
| | SUBLET AMOUNT | |
| | MISC. CHARGES | |
| | TOTAL CHARGES | |
| | LESS INSURANCE | |
| | SALES TAX | |
| | PLEASE PAY THIS AMOUNT | |

LIMITED WARRANTY: The only warranties applying to the part(s) installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS.

Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed.

CUSTOMER SIGNATURE
REPAIR COMPLETION DATE            NOTIFIED OF COMPLETION          DATE RELEASED

**CUSTOMER COPY**

A00136

147250                          2 8 0 9 3        **LAZY DAYS R.V. SUPERCENTER**

DOUGLAS HOLLOWAY                    INVOICE             SEFFNER, FLORIDA 33584
DOUGLAS HOLLOWAY                                        6130 LAZY DAYS BLVD.
2121 PLEASANT VALLEY ROAD          DUPLICATE 1          (813) 246-4555
NEWARK, DE 19702                   PAGE 7
HOME: 302-738-0864 BUS: 302-521-5019                   Motor Vehicle Repair Registration # MV-10691
                                   SERVICE ADVISOR:   1803 CHARLES KURTZ

| STK NO. | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 3436/3436 | 32711 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | 18:00 09APR04 | | 0.00 | CASH | 15JUL2004 |

R.O. OPENED            READY        OPTIONS:  STK:B32711 ENG:CUMMINS TRN:350D
                                   AXL:041620824088401800870
09:31 29MAR04   11:42 29APR04

LINE OPCODE TECH TYPE HOURS                              LIST      NET      TOTAL
                    WB                                                      (N/C)
PARTS:      0.00  LABOR:      0.00  OTHER:      0.00  TOTAL LINE S:          0.00

3436 UNKNOWN 3.0 HRS BRUSH TOUCH INSIDE GEN DR SAND & PAINT TOP EDGE OF
GENIO SLIDE
****************************************************
T** REPAIR RIPPLES IN FIBERGLASS AT CENTER OF THE ENTRY DOOR (AS
    MARKED)
    B10 SEE STORY
        2704  WB2  0.50                                              (N/C)

PARTS:      0.00  LABOR:      0.00  OTHER:      0.00  TOTAL LINE T:          0.00

3436 UNKNOWN .5 HR WET SAND BLACK AT ENRTY DR
****************************************************
U** REPAIR SCRATCH AND CHIP IN PAINT BELOW ENTRY DOOR WINDOW
    B10 SEE STORY
        2704  WB2  3.00                                              (N/C)

MISC PAINT & MATERIALS (INTERNAL LINES U THRU AS)
                IHB9                                                 (N/C)
PARTS:      0.00  LABOR:      0.00  OTHER:      0.00  TOTAL LINE U:          0.00

3436 UNKNOWN 3.0 HRS SANDED ENTRY DT SANDED PREPED AND APINTED TO MATCH
****************************************************
V** REPAIR PAINT CHIP TO THE LEFT OF THE ENTRY DOOR (AS MARKED)
    B10 INCLUDED IN LINE U
        2704  IHB9  0.00                                             (N/C)
PARTS:      0.00  LABOR:      0.00  OTHER:      0.00  TOTAL LINE V:          0.00

3436 UNKOWN 0 HRS PART OF LETTER V SEE V FOR STORY
****************************************************

REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

CUSTOMER SIGNATURE
REPAIR COMPLETION DATE      NOTIFIED OF COMPLETION      DATE RELEASED

**CUSTOMER COPY**

A00137

147250

28093

**LAZY DAYS R.V. SUPERCENTER**

DOUGLAS HOLLOWAY
DOUGLAS HOLLOWAY
2121 PLEASANT VALLEY ROAD
NEWARK, DE 19702
HOME: 302-738-0864 BUS: 302-521-5019

INVOICE

DUPLICATE 1
PAGE 8

SERVICE ADVISOR:

SEFFNER, FLORIDA 33584
6130 LAZY DAYS BLVD.
(813) 246-4555

*Motor Vehicle Repair Registration # MV-10691*
1803 CHARLES KURTZ

| STK NO | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | | 1RFC2564541029131 | 147250 | 3436/3436 | 32711 |

| DEL DATE | PROD DATE | WARR EXP | PROMISED | PO NO | DATE | PAYMENT | INV DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | 18:00 09APR04 | | 0.00 | CASH | 15JUL2004 |

| R.O. OPENED | READY | OPTIONS: STK:B32711 ENG:CUMMINS TRN:350D |
|---|---|---|
| 09:31 29MAR04 | 11:42 29APR04 | AXL:041620824088401800870 |

| LINE OPCODE TECH TYPE HOURS | | | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|

W** REPAIR ROUGH PAINT IN BLACK STRIPE TO THE LEFT OF THE PASSENGER
      SIDE FUEL DOOR (AS MARKED)
   B10 SEE STORY
        2704  WB2   0.50                                                    (N/C)


PARTS:    0.00  LABOR:     0.00  OTHER:    0.00   TOTAL LINE W:       0.00

3436 UNKNOWN .5 HR P/S BLACK STRIPE BLEMISH WET SAND AND BUFF
      ***************************************************
X** REPAIR PEELING PAINT AT THE BOTTOM OF THE PASS. SIDE SLIDE OPENING,
      VISIBLE WITH ROOM OUT (AS MARKED)
   B10 SEE STORY
        2704  WB2   2.00                                                    (N/C)


PARTS:    0.00  LABOR:     0.00  OTHER:    0.00   TOTAL LINE X:       0.00

3436 UNKNOWN 2.0 HRS SANDED PREPED AND PAINTED OFF MAIN SLID E GOLD
COLOR
      ***************************************************
Y** REPAIR ROUGH EDGES ON PAINT OF PASSENGER SIDE BELT MOLDING (AS
      MARKED)
   B10 SEE STORY
        2704  WB2   3.00                                                    (N/C)


PARTS:    0.00  LABOR:     0.00  OTHER:    0.00   TOTAL LINE Y:       0.00

3436 UNKNOWN 3.0 HRS P/S BELT MOLDING FLAKING PAINT SANDED PREPED AND
PAINTED TO MATCH
      ***************************************************
Z** REPAIR PEELING CLEAR AT PASSENGER SIDE SLIDE BELOW BELT (AS MARKED)
CAUSE:

**REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY**

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

LIMITED WARRANTY: The only warranties applying to the part(s) installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS.

Customer agrees that his or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed.

CUSTOMER SIGNATURE
REPAIR COMPLETION DATE            NOTIFIED OF COMPLETION            DATE RELEASED

**CUSTOMER COPY**

A00138