```
        147250                      28093        LAZY DAYS R.V. SUPERCENTER
DOUGLAS HOLLOWAY                    INVOICE         SEFFNER, FLORIDA 33584
DOUGLAS HOLLOWAY                                     6130 LAZY DAYS BLVD.
2121 PLEASANT VALLEY ROAD         DUPLICATE 1           (813) 246-4555
NEWARK, DE 19702                     PAGE 9
HOME: 302-738-0864 BUS: 302-521-5019              Motor Vehicle Repair Registration # MV-10691
                                  SERVICE ADVISOR: 1803 CHARLES KURTZ
```

| STK NO | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 3436/3436 | 32711 |

| DEL DATE | PROD.DATE | WARR. EXP. | PROMISED | PO NO | RATE | PAYMENT | INV DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | 18:00 09APR04 | | 0.00 | CASH | 15JUL2004 |

| R.O. OPENED | READY | OPTIONS: STK:B32711 ENG:CUMMINS TRN:350D |
|---|---|---|
| 09:31 29MAR04 | 11:42 29APR04 | AXL:04162082408840180087O |

```
LINE OPCODE  TECH  TYPE  HOURS                          LIST        NET      TOTAL
     B10 SEE STORY
         2704  WB2   2.00                                                    (N/C)


PARTS:    0.00   LABOR:    0.00   OTHER:    0.00   TOTAL LINE Z:    0.00

3436 UNKNOWN 2.0 HRS P/S UNDER BELT MOLDING SANDED PREPED AND PAINTE D
         ******************************************************
AA**REPAIR ROUGH EDGES OF STRIPES ON #1-2 AND 3 PASSENGER SIDE STORAGE
     DOORS (AS MARKED)
     B10 SEE STORY
         2704  WB2   2.00                                                    (N/C)


PARTS:    0.00   LABOR:    0.00   OTHER:    0.00   TOTAL LINE AA:   0.00

3436 UNKOWN 2.0HRS WET SANDED AND BUFFED 1,2,3 P/S DRS
         ******************************************************
AB**REPAIR SCRATCH IN PASSENGER SIDE SLIDE OUT BELT MLDG. AT REAR (AS
     MARKED)
     B10 SEE STORY
         2704  WB2   3.00                                                    (N/C)


PARTS:    0.00   LABOR:    0.00   OTHER:    0.00   TOTAL LINE AB:   0.00

3436 UNKNOWN 3.0 P/S 3RD COMP DR BELT MLDG SANDED PREPPED AND PAINTED
TO MATCH
         ******************************************************
AC**REPAIR SCRATCH ON LOWER EDGE OF PASS. SIDE #3 STORAGE DOOR (AS
     MARKED)
     B10 SEE STORY
         2704  IHB9  2.00                                                    (N/C)
PARTS:    0.00   LABOR:    0.00   OTHER:    0.00   TOTAL LINE AC:   0.00
```

REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

LIMITED WARRANTY: The only warranties applying to the part(s) installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS.

Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed.

CUSTOMER SIGNATURE
REPAIR COMPLETION DATE        NOTIFIED OF COMPLETION        DATE RELEASED

**CUSTOMER COPY**

A00139

| 147250 | 28093 | **LAZY DAYS R.V. SUPERCENTER** |
|---|---|---|
| DOUGLAS HOLLOWAY | INVOICE | SEFFNER, FLORIDA 33584 |
| DOUGLAS HOLLOWAY | | 6130 LAZY DAYS BLVD. |
| 2121 PLEASANT VALLEY ROAD | DUPLICATE 1 | (813) 246-4555 |
| NEWARK, DE 19702 | PAGE 10 | |
| HOME: 302-738-0864 BUS: 302-521-5019 | | *Motor Vehicle Repair Registration # MV-10691* |
| | SERVICE ADVISOR: | 1803 CHARLES KURTZ |

| STK NO. | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 3436/3436 | 32711 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | P.O. NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | 18:00 09APR04 | | 0.00 | CASH | 15JUL2004 |

| R.O. OPENED | READY | OPTIONS: STK:B32711 ENG:CUMMINS TRN:350D |
|---|---|---|
| | | AXL:04162082408840180087D |
| 09:31 29MAR04 | 11:42 29APR04 | |

LINE OPCODE TECH TYPE HOURS                                                      LIST         NET         TOTAL

3436 UNKNOWN 2.0 HRS P/S 3 COMP. DR SANDED PREPED AND PAINTED TO MATCH
P/S 3 RD COMP. DR SANDED PREPED ANXD PAINTED
    ***************************************************
AD**REPAIR ROUGH STRIPE EDGES ON THIN PANEL BETWEEN #3 &4 PASSENGER
        SIDE STORAGE DOORS (AS MARKED)
CAUSE:
    B10 SEE STORY
        2704  WB2  0.50                                                                                  (N/C)

PARTS:    0.00   LABOR:    0.00   OTHER:    0.00   TOTAL LINE AD:           0.00

3436 UNKNOWN .5 FILLER PANEL P/S WET SAND AND BUFFED
    ***************************************************
AE**REPAIR SCRATCH IN BELT MOLDING BEHIND PASS SIDE SLIDE FRONT (AS
        MARKED)
    B10 SEE STORY
        2704  IHB9  3.00                                                                                 (N/C)
PARTS:    0.00   LABOR:    0.00   OTHER:    0.00   TOTAL LINE AE:           0.00

3436 UNKNOWN 3.0 HRS P/S SD BELT MOLDING SCRATHED SANDED PREPED AND
PAINTDED TO MATCH
    ***************************************************
AF**REPAIR PAINT IMPERFECTION ON PASSENGER SIDE BELT MLDG. BEHIND FRONT
        SLIDE (AS MARKED)
    B10 SEE STORY
        2704  WB2  1.00                                                                                  (N/C)

PARTS:    0.00   LABOR:    0.00   OTHER:    0.00   TOTAL LINE AF:           0.00

3436 UNKNOWN 1.0 HR P/S BELT MOLDING NEAR MIDDEL SANDED PREPED AND
PAINTED TO MATCH
    ***************************************************

| REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY | DESCRIPTION | TOTALS |
|---|---|---|
| LIMITED WARRANTY: The only warranties applying to the parts installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS. | LABOR AMOUNT | |
| | PARTS AMOUNT | |
| | GAS, OIL, LUBE | |
| | SUBLET AMOUNT | |
| Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed. | MISC. CHARGES | |
| | TOTAL CHARGES | |
| | LESS INSURANCE | |
| | SALES TAX | |
| CUSTOMER SIGNATURE | PLEASE PAY THIS AMOUNT | |
| REPAIR COMPLETION DATE      NOTIFIED OF COMPLETION      DATE RELEASED | | |

**CUSTOMER COPY**

A00140

| 147250 | 28093 | **LAZY DAYS R.V. SUPERCENTER** |
|---|---|---|
| DOUGLAS HOLLOWAY | INVOICE | SEFFNER, FLORIDA 33584 |
| DOUGLAS HOLLOWAY | | 6130 LAZY DAYS BLVD. |
| 2121 PLEASANT VALLEY ROAD | DUPLICATE 1 | (813) 246-4555 |
| NEWARK, DE 19702 | PAGE 11 | |
| HOME: 302-738-0864 BUS: 302-521-5019 | | *Motor Vehicle Repair Registration # MV-10691* |
| | SERVICE ADVISOR: | 1803 CHARLES KURTZ |

| STK. NO. | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 3436/3436 | 32711 |

| DEL DATE | PROD. DATE | WARR. EXP | PROMISED | P.O. NO | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | 18:00 09APR04 | | 0.00 | CASH | 15JUL2004 |

| R.O. OPENED | READY | OPTIONS: STK:B32711 ENG:CUMMINS TRN:350D |
|---|---|---|
| 09:31 29MAR04 | 11:42 29APR04 | AXL:04162082408840180O870 |

```
LINE OPCODE TECH TYPE HOURS                                          LIST       NET       TOTAL
AG**REPAIR ROUTH STRIPE EDGES ON PASS. SIDE BLACK STRIPE ABOVE REAR
     WHEEL (AS MARKED)
   B10 SEE STORY
         2704   WB2  0.50                                                                  (N/C)


PARTS:      0.00  LABOR:     0.00  OTHER:      0.00   TOTAL LINE AG:          0.00

3436 UNKNOWN .5 HR P/S REAR WHEEL WELL WET SANDED AND BUFFED
     ********************************************************
AH**REPAIR ROUGH STRIPE EDGES ON PASS SIDE BEDROOM SLIDE AT FRONT (AS
     MARKED)
   B10 SEE STORY
         2704   WB2  0.50                                                                  (N/C)


PARTS:      0.00  LABOR:     0.00  OTHER:      0.00   TOTAL LINE AH:          0.00

3436 UNKOWN .5 HR P/S REAR SLIDE WET SANDED AND BUFFED
     ********************************************************
AI**REPAIR IMPERFECTION IN PAINT AT #6 STOR. DOOR AT TOP UNDER BELT (AS
     MARKED)
   B10 SEE STORY
         2704   WB2  1.50                                                                  (N/C)


PARTS:      0.00  LABOR:     0.00  OTHER:      0.00   TOTAL LINE AI:          0.00

3436 UNKNOWN 1.5 HRS P/S 6TH COMP. DR AND ABOVE WET SANDED AND BUFFED
TO MATCH
     ********************************************************
AJ**REPAIR PEELING PAINT AT DRIVER'S SIDE BELT MLDG. ABOVE ELEC. STOR
     DOOR (AS MARKED)
   B10 SEE STORY
```

| REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY | DESCRIPTION | TOTALS |
|---|---|---|
| LIMITED WARRANTY! The only warranties applying to the part(s) installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS. | LABOR AMOUNT | |
| | PARTS AMOUNT | |
| | GAS, OIL, LUBE | |
| | SUBLET AMOUNT | |
| Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed. | MISC. CHARGES | |
| | TOTAL CHARGES | |
| | LESS INSURANCE | |
| | SALES TAX | |
| CUSTOMER SIGNATURE | PLEASE PAY THIS AMOUNT | |
| REPAIR COMPLETION DATE    NOTIFIED OF COMPLETION    DATE RELEASED | | |

**CUSTOMER COPY**

A00141

```
           147250                28093         LAZY DAYS R.V. SUPERCENTER
DOUGLAS HOLLOWAY                                SEFFNER, FLORIDA 33584
DOUGLAS HOLLOWAY                  INVOICE        6130 LAZY DAYS BLVD.
2121 PLEASANT VALLEY ROAD                          (813) 246-4555
NEWARK, DE 19702                DUPLICATE 1
HOME: 302-738-0864  BUS: 302-521-5019   PAGE 12
                                              Motor Vehicle Repair Registration # MV-10691
                                SERVICE ADVISOR:  1803 CHARLES KURTZ
```

| STK NO. | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC25564541029131 | 147250 | 3436/3436 | 32711 |

| DEL DATE | PROD DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | 18:00 09APR04 | | 0.00 | CASH | 15JUL2004 |

| R.O. OPENED | READY | OPTIONS: STK:B32711 ENG:CUMMINS TRN:350D |
|---|---|---|
| 09:31 29MAR04 | 11:42 29APR04 | AXL:04162082408840180O870 |

```
LINE OPCODE TECH TYPE HOURS                   LIST        NET       TOTAL
             2704  WB2  3.00                                        (N/C)


PARTS:     0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE AJ:     0.00

3436 UNKNOWN 3.0 HRS D/S LAST COMP DR BELT MOLDING SANDED PREPED AND
PAINTED TO MATCH
         ***************************************************
AK**REPAIR 2 SCRATCHES AT CORD STORAGE DOOR (AS MARKED)
    B10 SEE STORY
             2704  IHB9  3.50                                        (N/C)
PARTS:     0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE AK:     0.00

3436 UNKNOWN 3.5 HRS LAST COMP. DR SCRATCHED SANDED PREPED AND PAINTED
TO MATCH
         ***************************************************
AL**REPAIR OUT DING, PAINT NOT BROKEN, ON #5 STOARGE DOOR REAR (AS
    MARKED)
    B10 SEE STORY
             2704  WB2  4.50                                        (N/C)


PARTS:     0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE AL:     0.00

3436 UNKNOWN 4.5 GHRS D/S 5 TH COMP. DR DENETED SANDED PREPED AND
PAINTED TO MATCH
         ***************************************************
AM**REPAIR PEELING CLEAR AT BELT MOLDING ABOVE #5 STORAGE DOOR ON
     DRIVER'S SIDE (AS MARKED)
    B10 SEE STORY
             2704  WB2  2.50                                        (N/C)


PARTS:     0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE AM:     0.00
```

REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

LIMITED WARRANTY: The only warranties applying to the parts installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS.

Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed.

CUSTOMER SIGNATURE
REPAIR COMPLETION DATE     NOTIFIED OF COMPLETION     DATE RELEASED

CUSTOMER COPY

A00142

```
         147250              28093      LAZY DAYS R.V. SUPERCENTER
DOUGLAS HOLLOWAY            INVOICE         SEFFNER, FLORIDA 33584
DOUGLAS HOLLOWAY                            6130 LAZY DAYS BLVD.
2121 PLEASANT VALLEY ROAD   DUPLICATE 1         (813) 246-4555
NEWARK, DE 19702            PAGE 13
HOME: 302-738-0864 BUS: 302-521-5019        Motor Vehicle Repair Registration # MV-10691
                            SERVICE ADVISOR:  1803 CHARLES KURTZ
```

| STK. NO. | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 3436/3436 | 32711 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | 18:00 09APR04 | | 0.00 | CASH | 15JUL2004 |

| R.O. OPENED | READY | OPTIONS: STK:B32711 ENG:CUMMINS TRN:350D |
|---|---|---|
| 09:31 29MAR04 | 11:42 29APR04 | AXL:04162082408840180087O |

```
LINE OPCODE TECH TYPE HOURS                              LIST         NET        TOTAL
3436 UNKNOWN 2.5 HRS D/S ABOVE 5 TH COMP. DR PAINT PEELING SANDED
PREOPED AND PAINTED TO MATCH
             ****************************************************
AN**REPAIR VERY ROUGH STRIPE EDGES ON #3 DRIVER SIDE STORAGE DOOR AT
       BOTTOM
     B10 SEE STORY
         2704  WB2  1.00                                                         (N/C)


PARTS:     0.00   LABOR:      0.00  OTHER:     0.00   TOTAL LINE AN:              0.00

3436 UNKNOWN 1.0 HR D/S SD 3 RD COMP. DR WET SANDED AND BUFFED
             ****************************************************
AO**REPAIR PEELING PAINT AT HINGE ABOVE DRIVER SIDE #3 STOARAGE DOOR
       (AS MARKED)
     B10 SEE STORY
         2704  WB2  2.00                                                         (N/C)


PARTS:     0.00   LABOR:      0.00  OTHER:     0.00   TOTAL LINE AO:              0.00

3436 UNKNOWN 2.0 HRS D/S 3 RD COMP. DR ABOVE DR HINGE SANDED PREPED AND
PAINTED
             ****************************************************
AP**REPAIR SCRATCH AT #2 DRIVER'S SIDE STORAGE DOOR (AS MARKED)
     B10 SEE STORY
         2704  WB2  0.50                                                         (N/C)


PARTS:     0.00   LABOR:      0.00  OTHER:     0.00   TOTAL LINE AP:              0.00

3436 UNKNOWN .5 HR D/S 2 ND COMP. DR WET SANDEED AND BUFFED
             ****************************************************
AQ**REPAIR BULGE IN FIBERGLASS OF THE SIDEWALL OVER #2 STORAGE DOOR, IS
```

REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

LIMITED WARRANTY: The only warranties applying to the parts installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS.

Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed.

CUSTOMER SIGNATURE

REPAIR COMPLETION DATE      NOTIFIED OF COMPLETION      DATE RELEASED

CUSTOMER COPY

A00143

| 147250 | 28093 | **LAZY DAYS R.V. SUPERCENTER** |
|---|---|---|
| DOUGLAS HOLLOWAY | INVOICE | SEFFNER, FLORIDA 33584 |
| DOUGLAS HOLLOWAY | | 6130 LAZY DAYS BLVD. |
| 2121 PLEASANT VALLEY ROAD | DUPLICATE 1 | (813) 246-4555 |
| NEWARK, DE 19702 | PAGE 14 | |
| HOME: 302-738-0864 BUS: 302-521-5019 | | *Motor Vehicle Repair Registration # MV-10691* |
| | SERVICE ADVISOR: | 1803 CHARLES KURTZ |

| STK NO | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 3436/3436 | 32711 |

| DEL DATE | PROD DATE | WARR EXP | PROMISED | PO NO | RATE | PAYMENT | INV DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | 18:00 09APR04 | | 0.00 | CASH | 15JUL2004 |

| R.O. OPENED | READY | OPTIONS: STK:B32711 ENG:CUMMINS TRN:350D |
|---|---|---|
| 09:31 29MAR04 | 11:42 29APR04 | AXL:0416208240884018008700 |

```
LINE OPCODE  TECH  TYPE  HOURS                                    LIST        NET       TOTAL
          IN SHAPE OF A "V"
     B10 SEE STORY
          2704   WB2    1.50                                                             (N/C)


PARTS:     0.00    LABOR:    0.00   OTHER:    0.00   TOTAL LINE AQ:           0.00

3436 UNKNOWN 3 6.0 HRS D/S CENTER OF MAIN SLIDE 2 COLORS SANDED PREPED
AND PAINTED TO MATCH
              ************************************************
AR**REPAIR OUTWARD BULGE IN FRONT DRIVER'S SIDE SIDEWALL PANEL ABOVE
          THE L.P. DOOR (AS MARKED)
     B10 SEE STORY
          2704   WB2    1.00                                                             (N/C)


PARTS:     0.00    LABOR:    0.00   OTHER:    0.00   TOTAL LINE AR:           0.00

3436 UNKNOWN 1.0 HR WET SANDED AND BUFFED ABOVE LP DR
              ************************************************
AS**REPAIR SCRATCHES AT DRIVER'S SIDE FUEL DOOR
     B10 SEE STORY
          2704   WB2    2.00                                                             (N/C)


PARTS:     0.00    LABOR:    0.00   OTHER:    0.00   TOTAL LINE AS:           0.00

3436 UNKNOWN 2.0 HRS D/S FUEL DR SANDED PREPED AND PAINTED ONE COLOR
              ************************************************
AT**REPAIR ROUGH STRIP EDGES ON DRIVER'S SIDE BELT MOLDING UNDER FUEL
          DOOR (AS MARKED)
     B10 SEE STORY
          2704   WB2    0.50                                                             (N/C)
```

| REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY | DESCRIPTION | TOTALS |
|---|---|---|
| LIMITED WARRANTY: The only warranties applying to the parts installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS. | LABOR AMOUNT | |
| | PARTS AMOUNT | |
| | GAS, OIL, LUBE | |
| | SUBLET AMOUNT | |
| Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed. | MISC. CHARGES | |
| | TOTAL CHARGES | |
| | LESS INSURANCE | |
| | SALES TAX | |
| CUSTOMER SIGNATURE | PLEASE PAY THIS AMOUNT | |
| REPAIR COMPLETION DATE        NOTIFIED OF COMPLETION        DATE RELEASED | | |

CUSTOMER COPY

A00144

```
      147250                    28093        LAZY DAYS R.V. SUPERCENTER
DOUGLAS HOLLOWAY                INVOICE        SEFFNER, FLORIDA 33584
DOUGLAS HOLLOWAY                                6130 LAZY DAYS BLVD.
2121 PLEASANT VALLEY ROAD      DUPLICATE 1         (813) 246-4555
NEWARK, DE 19702               PAGE 15
HOME: 302-738-0864 BUS: 302-521-5019                  Motor Vehicle Repair Registration # MV-10691
                                SERVICE ADVISOR:  1803 CHARLES KURTZ
```

| STK. NO. | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 3436/3436 | 32711 |

| DEL DATE | PROD. DATE | WARR. EXP | PROMISED | P.O. NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | 18:00 09APR04 | | 0.00 | CASH | 15JUL2004 |

```
    R.O. OPENED        READY       OPTIONS:   STK:B32711 ENG:CUMMINS TRN:350D
                                   AXL:04162082408840180087O
09:31 29MAR04    11:42 29APR04
LINE OPCODE TECH TYPE HOURS                          LIST         NET        TOTAL

PARTS:      0.00   LABOR:     0.00   OTHER:    0.00   TOTAL LINE AT:          0.00

3436 UNKNOWN .5 DR SD FUEL DR WET SANDED AND BUFFED
     ***************************************************
AU**TOILET SPRAYER INOP
    MISC SEE STORY
         3278   WHD   0.50                                                    (N/C)
      1 22401 SPRAYER ONLY,SEALAND                                            (N/C)


MISC RETURN FREIGHT
           WHD                                                                (N/C)
PARTS:    0.00   LABOR:     0.00   OTHER:    0.00   TOTAL LINE AU:            0.00

3436 WEAK PRESSURE .9 REMOVE SPRAYER HEAD AND CHECK PRESSURE-OK CLEAN
HEAD-STILL WEAK, REMOVE AND REPLACE HEAD AND TEST-OK
     ***************************************************
AV**RECHECK TOILET SPRAYER, HAS NO PRESSURE
CAUSE: ?
    MISC NO REPAIR MADE
         1533   WHD   0.00                                                    (N/C)


PARTS:    0.00   LABOR:     0.00   OTHER:    0.00   TOTAL LINE AV:            0.00

PARTS RTRND: 4/3 LATCH,VENTS,SPRAYER 3085/4/29/4/2856
CL126239/MONACO/5695.96
     ***************************************************
```

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY

LIMITED WARRANTY: The only warranties applying to the parts installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS.

Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed.

CUSTOMER SIGNATURE
REPAIR COMPLETION DATE        NOTIFIED OF COMPLETION        DATE RELEASED

A00145

# 14. Repair Invoice Dated:
## 5-4-04 to 6-8-04

A00146

```
                147250              32303        LAZY DAYS R.V. SUPERCENTER
DOUGLAS HOLLOWAY                   INVOICE        SEFFNER, FLORIDA 33584
DOUGLAS HOLLOWAY                                  6130 LAZY DAYS BLVD.
2121 PLEASANT VALLEY ROAD         DUPLICATE 1         (813) 246-4555
NEWARK, DE 19702                    PAGE 1
HOME: 302-738-0864 BUS: 302-521-5019              Motor Vehicle Repair Registration # MV-10691
                                 SERVICE ADVISOR:  1803 CHARLES KURTZ
```

| STK NO. | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 8553/8553 | T5995 |

| DEL. DATE | PROD. DATE | WARR. EXP | PROMISED | P.O. NO. | RATE | PAYMENT | INV DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | WAIT 20MAY04 | | 0.00 | CASH | 15JUL2004 |

| R.O. OPENED | READY | OPTIONS: STK:B32711 ENG:CUMMINS TRN:350D |
|---|---|---|
| 13:53 04MAY04 | 16:11 08JUN04 | AXL:041620824088401800870 |

```
LINE OPCODE TECH TYPE HOURS                            LIST       NET      TOTAL
A CUST. STATES: DIESEL FUEL LEAKING FROM TOP OF FUEL TANK
   MISC CUST MAINTENANCE
       1804   IH7   0.80                                                   (N/C)
PARTS:    0.00  LABOR:   0.00  OTHER:    0.00  TOTAL LINE A:                0.00

8553 OVERFILLING .8 CHECKED THE TANK AND FOUND THAT THE FUEL IS COMING
FROM THE VENT WHICH IS AT THE TOP OF THE TANK. THE FUEL IS BEING PUSHED
OUT OF THE VENT DUE TO BEING TO FULL AND THE FUEL EXPANDS BECAUSE OF
HEAT WHICH OCCURS WHEN THE EXCESS FUEL IS RETURNED TO THE TANK. SUGGEST
THAT THE TANK BE STOPPED BEING FILLED WHEN THE FUEL NOZZLE KICKS OFF.
   ************************************************************
B CUST. STATES: DRIVER'S SIDE FRONT FENDER (FRONT HALF OF WHEEL OPENING
       MLDG.) MOVES BACK AND FORTH AND JAMS THE SLIDE OUT FROM CLOSING
   MISC BRACKET
       2295   WHS   0.50                                                   (N/C)

PARTS:    0.00  LABOR:   0.00  OTHER:    0.00  TOTAL LINE B:                0.00

8553 1.0 THE FENDER WAS O FAR FORWARD TOOK THE BRACKET LOOSE AND
DRILLED NEW HOLES IN THE BRACKET AND MOVED THE FENDER BACK THE PUT THE
SCREWS BACK IN
   ************************************************************
C CUST. STATES: WATER LEAKING BETWEEN ENTRY DOOR AND SCREEN DOOR FROM
       TOP
   MISC SS
       2295   WHS   0.70                                                   (N/C)
       4  12512801   TAPE, SEAL  .25 BLK                                   (N/C)

PARTS:    0.00  LABOR:   0.00  OTHER:    0.00  TOTAL LINE C:                0.00

8553 1.0 THE SEAL AT THE TOP OF THE DOOR WAS CUT AND LEFT A GAP TOOK
THE SEAL OFF AND CLEANED THE OLD GLUE OFF AND INSTALLED THE NEW SEAL
```

REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

LIMITED WARRANTY: The only warranties applying to the part(s) installed in connection with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS.

Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed.

CUSTOMER SIGNATURE

REPAIR COMPLETION DATE     NOTIFIED OF COMPLETION     DATE RELEASED

**CUSTOMER COPY**

A 00147

```
           147250                  32303       LAZY DAYS R.V. SUPERCENTER
DOUGLAS HOLLOWAY                  INVOICE      SEFFNER, FLORIDA 33584
DOUGLAS HOLLOWAY                                 6130 LAZY DAYS BLVD.
2121 PLEASANT VALLEY ROAD        DUPLICATE 1       (813) 246-4555
NEWARK, DE 19702                   PAGE 2
HOME: 302-738-0864 BUS: 302-521-5019            Motor Vehicle Repair Registration # MV-10691
                                 SERVICE ADVISOR:  1803 CHARLES KURTZ
```

| STK. NO. | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 8553/8553 | T5995 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | P.O. NO. | DATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | WAIT 20MAY04 | | | 0.00 CASH | 15JUL2004 |

| R.O. OPENED | READY | OPTIONS: STK:B32711 ENG:CUMMINS TRN:350D |
|---|---|---|
| 13:53 04MAY04 | 16:11 08JUN04 | AXL:04162082408840180087O |

```
LINE OPCODE  TECH TYPE  HOURS                                    LIST       NET       TOTAL
D CUST. STATES: DRIVER'S SIDE BEDROOM SLIDE OUT LEAKS ONTO CARPET AT
        SIDE OF BED BETWEEN BED AND BATH WALL WITH SLIDE OUT, IN
    MISC SS
        2295  WHS  0.80                                                              (N/C)


PARTS:    0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE D:                         0.00

8553 1.0 CHECKED THE SLIDE AND FOUND THE SEAL HAD A BIG HOLE AT THE TOP
SEALED IT UP THIS WOULD LEAK WHEN IN AND OUT
         ***************************************************
E CUST. STATES: PASSENGER'S SIDE SLIDE OUT STORAGE DOORS HIT BOTTOM OF
        SLIDE OUT AND CHIP PAINT
    MISC SS
        1804  WHS  4.20                                                              (N/C)


PARTS:    0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE E:                         0.00

8553 SLIDE OUT MOUNTED TO LOW 4.5 CHECKED AND FOUND THE SLIDE WAS
MOUNTED TO LOW REMOVED THE RAMS FROM THE SLIDE OUT AND DRILLED NEW
HOLES TO BE ABLE TO RAISE THE ROOM. RAISED THE ROOM AND NOW THE BELT
MOLDINGS AND THE PAINT STRIPES LINE UP AND THE ROOM DOES NOT HIT ON THE
TOPS OF THE DOORS.
         ***************************************************
F CUST. STATES: BAD WATER LEAK INTO ALL PASSENGER'S SIDE STORAGE
        COMPARTMENTS. CARPET IS SOAKED
    S181 HILINE BOX1
        1804  WHS  2.00                                                              (N/C)


PARTS:    0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE F:                         0.00

8553 FRAMES NOT SEALED 2.0 CHECKED AND FOUND THE FRAMES WERE NOT SEALED
```

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY

LIMITED WARRANTY: The only warranties applying to the parts installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS.

Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed.

CUSTOMER SIGNATURE
REPAIR COMPLETION DATE     NOTIFIED OF COMPLETION     DATE RELEASED

CUSTOMER COPY

A00148