| 147250 | 32303 | **LAZY DAYS R.V. SUPERCENTER** |
|---|---|---|
| DOUGLAS HOLLOWAY | INVOICE | SEFFNER, FLORIDA 33584 |
| DOUGLAS HOLLOWAY | | 6130 LAZY DAYS BLVD. |
| 2121 PLEASANT VALLEY ROAD | DUPLICATE 1 | (813) 246-4555 |
| NEWARK, DE 19702 | PAGE 3 | |
| HOME: 302-738-0864 BUS: 302-521-5019 | | *Motor Vehicle Repair Registration # MV-10691* |
| | SERVICE ADVISOR: | 1803 CHARLES KURTZ |

| STK NO. | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 8553/8553 | T5995 |

| DEL DATE | PROD DATE | WARR EXP | PROMISED | PO NO. | RATE | PAYMENT | INV DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | WAIT 20MAY04 | | 0.00 | CASH | 15JUL2004 |

| R.O. OPENED | READY | OPTIONS: STK:B32711 ENG:CUMMINS TRN:350D |
|---|---|---|
| 13:53 04MAY04 | 16:11 08JUN04 | AXL:04162082408840180087D |

```
LINE OPCODE  TECH TYPE HOURS                                    LIST      NET      TOTAL
AND THE RIVETS WERE NOT SEALED. SEALED THE FRAMES AND THE RIVETS. ALSO
THE TOPS OF THE DOORS HAD HOLES IN THEM. SEALED THE HOLES IN THE DOOR
FRAMES.
              *****************************************************
G CUST. STATES: PASSENGER'S SIDE #4 STORAGE DOOR STICKS OUT AT BOTTOM
        WHEN SHUT. IS TOO HARD TO CLOSE
    S181  HILINE BOX1
         1804  WHS  1.00                                                           (N/C)
    1 28754 HEX DRIVER 5/16"                                                       (N/C)

PARTS:    0.00   LABOR:    0.00  OTHER:   0.00   TOTAL LINE G:            0.00

8553 STRIKER POSITIONED WRONG .8 CHECKED AND FOUND THE STRIKER WAS TO
FAR BACK FROM THE LATCH AND WOULD NOT LATCH. REMOVED THE STRIKER AND
RELOCATED THE STRIKER TO HOLD THE DOOR CLOSED.
              *****************************************************
H CUST. STATES: GIRARD PATIO AWNING IS PULLING LOOSE FROM SLIDE OUT AND
        IS CHIPPING PAINT ON RAIL, VISIBLE FROM UNDERSIDE AS MARKED
    S181  HILINE BOX1
         2295  WHS  1.10                                                           (N/C)

PARTS:    0.00   LABOR:    0.00  OTHER:   0.00   TOTAL LINE H:            0.00

8553 1.0 THE AWNING WAS NOT PULLING AWAY THERE WAS STICKY TAPE OOZING
OUT OF THE MOUNTING BRACKET CLEANED OFF AND CHECKED TO SEE IF THE
AWNING WAS TIGHT AND IT IS
              *****************************************************
I CUST. STATES: PAING PEELING FROM RAIL ON PATIO AWNING (AS MARKED)
CAUSE:
    MISC SEE STORY
         1261  WB3  3.00                                                           (N/C)
```

| REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY | DESCRIPTION | TOTALS |
|---|---|---|
| LIMITED WARRANTY: The only warranties applying to the parts installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed will correct any problem specified in the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS. | LABOR AMOUNT | |
| | PARTS AMOUNT | |
| | GAS, OIL, LUBE | |
| | SUBLET AMOUNT | |
| Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed. | MISC. CHARGES | |
| | TOTAL CHARGES | |
| | LESS INSURANCE | |
| | SALES TAX | |
| CUSTOMER SIGNATURE | PLEASE PAY THIS AMOUNT | |
| REPAIR COMPLETION DATE   NOTIFIED OF COMPLETION   DATE RELEASED | | |

**CUSTOMER COPY**

A00149

```
                147250                    32303      LAZY DAYS R.V. SUPERCENTER
DOUGLAS HOLLOWAY                          INVOICE         SEFFNER, FLORIDA 33584
DOUGLAS HOLLOWAY                                            6130 LAZY DAYS BLVD.
2121 PLEASANT VALLEY ROAD                 DUPLICATE 1         (813) 246-4555
NEWARK, DE 19702                          PAGE 4
HOME: 302-738-0864  BUS: 302-521-5019                  Motor Vehicle Repair Registration # MV-10691
                                      SERVICE ADVISOR:  1803 CHARLES KURTZ
```

| STK. NO. | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 8553/8553 | T5995 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | P.O. NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | WAIT 20MAY04 | | 0.00 | CASH | 15JUL2004 |

| R.O. OPENED | READY |
|---|---|
| 13:53 04MAY04 | 16:11 08JUN04 |

```
                           OPTIONS:    STK:B32711  ENG:CUMMINS  TRN:350D
                           AXL:0416208240884018000870
```

```
LINE OPCODE TECH TYPE HOURS                            LIST        NET         TOTAL

PARTS:     0.00   LABOR:      0.00   OTHER:    0.00    TOTAL LINE I:            0.00

8553 UNK, 3.0 SAND, PAINT RAIL AS NEEDED
          **************************************************
J CUST. STATES: PAINT ON DRIVER'S SIDE SLIDE OUT BOTTOM RAIL IS CHIPPED
          FROM STORAGE DOORS HITTING (AS MARKED)
CAUSE:
    MISC SEE STORY
         1261  WB3   3.00                                                      (N/C)
    MISC SEE STORY
         1261  IHB9  2.00                                                      (N/C)
    MISC PAINT & MATERIALS
              IHB9                                                             (N/C)
PARTS:     0.00   LABOR:      0.00   OTHER:    0.00    TOTAL LINE J:            0.00

8553 UNK. 3.5 SAND, PAINT AS NEEDED 2.0 IHB9-SAND, PREP, PAINT ABOVE LP
DOOR
          **************************************************
K CUST. STATES: PAINT BUBBLING ON LEADING EDGE OF PASSENGER'S SIDE #2
          STORAGE DOOR, (AS MARKED)
    MISC SEE STORY
         1261  WB3   0.50                                                      (N/C)


    MISC PAINT & MATERIALS (I,J,K,AH)
              WB                                                               (N/C)
PARTS:     0.00   LABOR:      0.00   OTHER:    0.00    TOTAL LINE K:            0.00

8553 UNK, .5 TOUCH-UP SPOT ON EDGE OF DOOR
          **************************************************
L CUST. STATES: SEVERAL HALOGEN LIGHTS IN LIVING ROOM INOP
```

| REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY | DESCRIPTION | TOTALS |
|---|---|---|
| LIMITED WARRANTY: The only warranties applying to the part(s) installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS. | LABOR AMOUNT | |
| | PARTS AMOUNT | |
| | GAS, OIL, LUBE | |
| | SUBLET AMOUNT | |
| Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed. | MISC. CHARGES | |
| | TOTAL CHARGES | |
| | LESS INSURANCE | |
| | SALES TAX | |
| CUSTOMER SIGNATURE | PLEASE PAY THIS AMOUNT | |
| REPAIR COMPLETION DATE    NOTIFIED OF COMPLETION    DATE RELEASED | | |

CUSTOMER COPY

A00150

```
      147250                    32303        LAZY DAYS R.V. SUPERCENTER
DOUGLAS HOLLOWAY                INVOICE         SEFFNER, FLORIDA 33584
DOUGLAS HOLLOWAY                                 6130 LAZY DAYS BLVD.
2121 PLEASANT VALLEY ROAD      DUPLICATE 1          (813) 246-4555
NEWARK, DE 19702                 PAGE 5
HOME: 302-738-0864 BUS: 302-521-5019            Motor Vehicle Repair Registration # MV-10691
                           SERVICE ADVISOR:   1803 CHARLES KURTZ
```

| STK. NO. | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 8553/8553 | T5995 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | WAIT 20MAY04 | | 0.00 | CASH | 15JUL2004 |

| R.O. OPENED | READY | OPTIONS: STK:B32711 ENG:CUMMINS TRN:350D |
|---|---|---|
| 13:53 04MAY04 | 16:11 08JUN04 | AXL:04162082408840180087O |

```
LINE OPCODE TECH TYPE HOURS                         LIST        NET        TOTAL
     MISC SS
          2295  WHS  0.60                                                   (N/C)
       10 74364 G4 LIGHT BULB                                               (N/C)


PARTS:      0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE L:             0.00

8553 .5 GOT NEWW BULBS AND INSTALLED AS NEEDED
        ***************************************************
M CUST. STATES: WATER LEAKING ON BOTH PASS. AND DRIVER'S SIDES OF
        LIVING ROOM, WETTING CEILING CARPET
     S181 HILINE BOX1
          2295  WHS  0.20                                                   (N/C)


PARTS:      0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE M:             0.00

8553 .5 CHECKED THE ROOF AND COULD NOT FIND A SPOT THAT COULD HAVE
LEAKED CHECKED THE ROOF A/C AND THE BOLTS WHERE LOOSE TIGHENED THEM UP
        ***************************************************
N CUST. STATES: NEEDS STAINS FROM WATER REMOVED FROM LIVING ROOM
        CEILING (AS MARKED)
     MISC NO REPAIR
          9995  WHS  0.00                                                   (N/C)


PARTS:      0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE N:             0.00

        ***************************************************
O CUST STATES: WOODEN CEILING TRIM STRIPS WARPING FROM WATER LEAK ONTO
        CEILING CARPET
     C10 NO REPAIR MADE
          9995  WC   0.00                                                   (N/C)
```

| REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY | DESCRIPTION | TOTALS |
|---|---|---|
| LIMITED WARRANTY: The only warranties applying to the part(s) installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 60 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS. | LABOR AMOUNT | |
| | PARTS AMOUNT | |
| | GAS, OIL, LUBE | |
| | SUBLET AMOUNT | |
| Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours. If any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed. | MISC. CHARGES | |
| | TOTAL CHARGES | |
| | LESS INSURANCE | |
| | SALES TAX | |
| CUSTOMER SIGNATURE | PLEASE PAY THIS AMOUNT | |
| REPAIR COMPLETION DATE     NOTIFIED OF COMPLETION     DATE RELEASED | | |

CUSTOMER COPY

A00151

```
     147250                    32303      LAZY DAYS R.V. SUPERCENTER
                                               SEFFNER, FLORIDA 33584
DOUGLAS HOLLOWAY                 INVOICE       6130 LAZY DAYS BLVD.
DOUGLAS HOLLOWAY                                   (813) 246-4555
2121 PLEASANT VALLEY ROAD      DUPLICATE 1
NEWARK, DE 19702                 PAGE 6      Motor Vehicle Repair Registration # MV-10691
HOME: 302-738-0864 BUS: 302-521-5019
                              SERVICE ADVISOR:  1803 CHARLES KURTZ
```

| STK. NO. | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 8553/8553 | T5995 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | WAIT 20MAY04 | | 0.00 | CASH | 15JUL2004 |

| R.O. OPENED | READY | OPTIONS: STK:B32711 ENG:CUMMINS TRN:350D |
|---|---|---|
| 13:53 04MAY04 | 16:11 08JUN04 | AXL:04162082408840 1800870 |

```
LINE OPCODE  TECH  TYPE  HOURS                      LIST      NET      TOTAL

PARTS:     0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE O:         0.00

           **********************************************************
P CUST. STATES: DIESEL FUMES IN COACH AFTER FILLING TANK, ALSO HARD TO
        GET TANK TO FILL, POPS BACK THRU FILL TUBE
    S181  SEE JOB A
        1804   WHS  0.00                                              (N/C)


PARTS:     0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE P:         0.00

8553 SAME AS JOB A N/C ALREADY ADDRESSED ON JOB A
           **********************************************************
Q  CUST. STATES: COACH HITS EXTREMELY HARD ON BUMPS, AND AFTER HITTING
        BUMP, CHASSIS SEEMS TO "ROLL" BACK AND FORTH
    MISC SS
        2579   WT   4.00                                              (N/C)


PARTS:     0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE Q:         0.00

8553 PER RO 4.0 2579 CHECKED RIDE HEIGHTS FOUND VALVES IMPROPERLY SET
UP CORRECTED RIDE HEIGHTS TEST DROVE COACH COACH DRIVING NORMAL AT THIS
TIME
           **********************************************************
R CUST. STATES: WATER LEAKING FROM DINETTE WINDOW TO INSIDE OF COACH IN
        HARD RAIN. WATER STANDS IN BOTTOM OF WINDOW FRAME
    MISC NO REPAIR PER F.G ILLEENY
        2295   WHS  0.00                                              (N/C)


PARTS:     0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE R:         0.00
```

**REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY**

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

LIMITED WARRANTY: The only warranties applying to the parts installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS.

Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed.

CUSTOMER SIGNATURE
REPAIR COMPLETION DATE        NOTIFIED OF COMPLETION        DATE RELEASED

**CUSTOMER COPY**

A00152

```
            147250                    32303        LAZY DAYS R.V. SUPERCENTER
                                                     SEFFNER, FLORIDA 33584
DOUGLAS HOLLOWAY                      INVOICE          6130 LAZY DAYS BLVD.
DOUGLAS HOLLOWAY                                          (813) 246-4555
2121 PLEASANT VALLEY ROAD           DUPLICATE 1
NEWARK, DE 19702                      PAGE 7      Motor Vehicle Repair Registration # MV-10691
HOME: 302-738-0864  BUS: 302-521-5019
                                    SERVICE ADVISOR: 1803 CHARLES KURTZ
```

| STK. NO. | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 8553/8553 | T5995 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | P.O. NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | WAIT 20MAY04 | | 0.00 | CASH | 15JUL2004 |

| R.O. OPENED | READY | OPTIONS: STK:B32711 ENG:CUMMINS TRN:350D |
|---|---|---|
| 13:53 04MAY04 | 16:11 08JUN04 | AXL:04162082408840180087Q |

```
LINE OPCODE TECH TYPE HOURS                              LIST       NET      TOTAL
8553 .25 RAN WATER IN THE WINDOW TROFT AND DRAINS GOOD
        **********************************************************
S CUST.STATES: WATER LEAKING INTO COACH FROM DRIVER'S SIDE COUCH
        WINDOW. WATER STANDS IN BOTTOM OF FRAME
    MISC NO JOB PER F. GILLEENY
        2295 WHS 0.00                                                           (N/C)


PARTS:      0.00   LABOR:      0.00   OTHER:     0.00   TOTAL LINE S:      0.00

8553 .25 RAN WATER IN THE WINDOW TROFT AND DRAINED GOOD
        **********************************************************
T CUST. STATES: DRIVER'S SIDE FRONT SLIDE OUT CREEPS OUTWARD AFTER
        BEING PULLED IN FULLY. HAPPENS IN ABOUT 20 MINS.
    MISC SS
        2295 WHS 0.83                                                           (N/C)
        1804 WHS 2.77                                                           (N/C)
             3.60                                                               (N/C)
    1 HF15656 MANIFOLD                                                          (N/C)


MISC RETURN FREIGHT
             WHS                                                                (N/C)
PARTS:      0.00   LABOR:      0.00   OTHER:     0.00   TOTAL LINE T:      0.00

8553 UNKNOWN 3.5 CHECKED AND VERIFIED COMPLAINT. REPLACED THE VALVE
BLOCK FOR THE FRONT SLIDE OUT AND STILL WOULD NOT STAY IN. REPLACED THE
VALVE BLOCK WITH ANOTHER AND STILL WOULD NOT STAY IN. CALLED OUT TO
BEAVER AND WAS TOLD TO REVERSE THE A AND B LINES AND TO TURN THE WALL
SWITCH 180 DEGREES AND AFTER THIS WAS DONE, NO MORE PROBLEM.
        **********************************************************
U CUST. STATES: CONSTANT AIR PURGE SOUND WHILE DRIVING
    MISC SEE JOB Q
        2579 WT 0.00                                                            (N/C)
```

| REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY | DESCRIPTION | TOTALS |
|---|---|---|
| LIMITED WARRANTY: The only warranties applying to the part(s) installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS. | LABOR AMOUNT | |
| | PARTS AMOUNT | |
| | GAS, OIL, LUBE | |
| | SUBLET AMOUNT | |
| Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed. | MISC. CHARGES | |
| | TOTAL CHARGES | |
| | LESS INSURANCE | |
| | SALES TAX | |
| CUSTOMER SIGNATURE | PLEASE PAY THIS AMOUNT | |
| REPAIR COMPLETION DATE   NOTIFIED OF COMPLETION   DATE RELEASED | | |

CUSTOMER COPY

A00153

```
         147250              3 2 3 0 3      LAZY DAYS R.V. SUPERCENTER
DOUGLAS HOLLOWAY                INVOICE       SEFFNER, FLORIDA 33584
DOUGLAS HOLLOWAY                               6130 LAZY DAYS BLVD.
2121 PLEASANT VALLEY ROAD      DUPLICATE 1        (813) 246-4555
NEWARK, DE 19702                 PAGE 8
HOME: 302-738-0864 BUS: 302-521-5019                Motor Vehicle Repair Registration # MV-10691
                               SERVICE ADVISOR:  1803 CHARLES KURTZ
```

| STK. NO. | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 8553/8553 | T5995 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | P.O. NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | WAIT 20MAY04 | | 0.00 | CASH | 15JUL2004 |

| R.O. OPENED | READY | OPTIONS: STK:B32711 ENG:CUMMINS TRN:350D |
|---|---|---|
| 13:53 04MAY04 | 16:11 08JUN04 | AXL:04162082408840180087O |

```
LINE OPCODE TECH TYPE HOURS                    LIST       NET      TOTAL


PARTS:    0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE U:       0.00

8553 PER RIO PER LINE Q
     **********************************************************
V CUST. STATES: COACH TRAVELS DOWN ROAD UNEVEN, SIDE TO SIDE
     MISC SEE JOB Q
       2579    WT   0.00                                       (N/C)


PARTS:    0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE V:       0.00

8553 PER RO PER LINE Q
     **********************************************************
W CUST. STATES: COACH DOES NOT LEVEL PROPERLY WHEN PARKED
     MISC SS
       2295    WHS  0.50                                       (N/C)


PARTS:    0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE W:       0.00

8553 1.0 LEVELED THE COACH AND SET THE SYSTEM
     **********************************************************
X CUST. STATES: DASH OIL PRESSURE GAUGE INOP
     S114 SOP OIL SENDER
       2579    WT   0.00                                       (N/C)
       9995    WT   0.00                                       (N/C)
                    0.00                                       (N/C)


PARTS:    0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE X:       0.00

8553 PER RO SOP OIL SENDER
```

| REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY | DESCRIPTION | TOTALS |
|---|---|---|
| LIMITED WARRANTY: The only warranties applying to the part(s) installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS. | LABOR AMOUNT | |
| | PARTS AMOUNT | |
| | GAS, OIL, LUBE | |
| | SUBLET AMOUNT | |
| Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed. | MISC. CHARGES | |
| | TOTAL CHARGES | |
| | LESS INSURANCE | |
| | SALES TAX | |
| CUSTOMER SIGNATURE | PLEASE PAY THIS AMOUNT | |
| REPAIR COMPLETION DATE      NOTIFIED OF COMPLETION      DATE RELEASED | | |

**CUSTOMER COPY**

A00154

| 147250 | 32303 | **LAZY DAYS R.V. SUPERCENTER** |
|---|---|---|
| DOUGLAS HOLLOWAY<br>DOUGLAS HOLLOWAY<br>2121 PLEASANT VALLEY ROAD<br>NEWARK, DE 19702<br>HOME: 302-738-0864 BUS: 302-521-5019 | INVOICE<br>DUPLICATE 1<br>PAGE 9<br>SERVICE ADVISOR: | SEFFNER, FLORIDA 33584<br>6130 LAZY DAYS BLVD.<br>(813) 246-4555<br>Motor Vehicle Repair Registration # MV-10691<br>1803 CHARLES KURTZ |

| STK. NO | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 8553/8553 | T5995 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | P.O. NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | WAIT 20MAY04 | | 0.00 | CASH | 15JUL2004 |

| R.O. OPENED | READY | OPTIONS: STK:B32711 ENG:CUMMINS TRN:350D |
|---|---|---|
| 13:53 04MAY04 | 16:11 08JUN04 | AXL:04162082408840180087O |

```
LINE OPCODE TECH TYPE HOURS                                          LIST           NET          TOTAL
Y CUST. STATES: WATER TEMP GAUGE LIGHT INOP.
    MISC SS
        2295   WHS   0.50                                                                         (N/C)


PARTS:     0.00   LABOR:    0.00   OTHER:     0.00    TOTAL LINE Y:                                0.00

8553 .5 THE GROUND NUT WAS LOOSE TOOK THE CLAMP OFF AND TIGHENED THE
NUT AND WORKS GOOD
      **********************************************************
Z CUST. STATES: PASSENGER'S SIDE GEN. START SWITCH INOP
    MISC MAINT NOT WARR PER F. GILLEENY
        1804   WHS   0.00                                                                         (N/C)


PARTS:     0.00   LABOR:    0.00   OTHER:     0.00    TOTAL LINE Z:                                0.00

8553 PROGRAMMING .7 PROGRAMMED THE TRACE REMOTE PANEL
      **********************************************************
AA CUST. STATES: CORD REEL INOP
    MISC SS
        2295   WHS   0.50                                                                         (N/C)
     1 78245 SWITCH MON ON/OFF W/O LIGHT                                                          (N/C)


PARTS:     0.00   LABOR:    0.00   OTHER:     0.00    TOTAL LINE AA:                               0.00

8553 1.0 THE REEL SWITCH WAS BAD TOOK THE HOUSING OFF AND REPLACED THE
SWITCH AND PUT ALL BACK TOGETHER
      **********************************************************
AB CUST. STATES: NOT SUFFICIENT PRESSURE TO PROPERLY OPERATE TOILET
        SPRAYER
    MISC SS
        2295   WHS   0.50                                                                         (N/C)
```

REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

LIMITED WARRANTY: The only warranties applying to the parts installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS.

Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed.

CUSTOMER SIGNATURE

REPAIR COMPLETION DATE    NOTIFIED OF COMPLETION    DATE RELEASED

**CUSTOMER COPY**

A00155

```
         147250                    32303        LAZY DAYS R.V. SUPERCENTER
DOUGLAS HOLLOWAY                   INVOICE          SEFFNER, FLORIDA 33584
DOUGLAS HOLLOWAY                                     6130 LAZY DAYS BLVD.
2121 PLEASANT VALLEY ROAD         DUPLICATE 1          (813) 246-4555
NEWARK, DE 19702                  PAGE 10
HOME: 302-738-0864 BUS: 302-521-5019                Motor Vehicle Repair Registration # MV-10691
                                  SERVICE ADVISOR: 1803 CHARLES KURTZ
```

| STK.NO. | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 8553/8553 | T5995 |

| DEL.DATE | PROD. DATE | WARR. EXP. | PROMISED | P.O. NO. | RATE | PAYMENT | INV.DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | WAIT 20MAY04 | | 0.00 | CASH | 15JUL2004 |

| R.O. OPENED | READY | OPTIONS: STK:B32711 ENG:CUMMINS TRN:350D |
|---|---|---|
| 13:53 04MAY04 | 16:11 08JUN04 | AXL:04162082408840180087O |

```
LINE OPCODE TECH TYPE HOURS                              LIST      NET       TOTAL
   1 72339 WHITE SPRAY HEAD                                                   (N/C)

PARTS:      0.00  LABOR:      0.00  OTHER:      0.00  TOTAL LINE AB:          0.00

8553  .5 GOT A NEW SPRAYER AND WORKS ALOT ETTER
         ********************************************************
AC CUST. STATES: ELECTRIC CORD SHOWING FROM UNDER SLIDE OUT FASCIA ON
         PASSENGER'S SIDE BEDROOM SLIDE AT BOTTOM
    MISC "SERVICE ADVISOR---YOU MUST TYPE IN REPAIR
         DESCRIPTION"
         2295  WHS  1.00                                                      (N/C)

PARTS:      0.00  LABOR:      0.00  OTHER:      0.00  TOTAL LINE AC:          0.00

8553  .5 TOOK THE FACIA OFF AND TIED THE WIRES UP SO THEY WOULD NOT COME
OUT
         ********************************************************
AD CUST. STATES: MISSING CABINET PISTONS ON PASSENGER'S SIDE SLIDE OUT
         ROOFLOCKERS OVER DINETTE
    MISC "SERVICE ADVISOR---YOU MUST TYPE IN REPAIR
         DESCRIPTION"
         2295  WHS  0.70                                                      (N/C)
   2 11320 CABINET DOOR STRUT BRASS                                           (N/C)

PARTS:      0.00  LABOR:      0.00  OTHER:      0.00  TOTAL LINE AD:          0.00

         ********************************************************
AE CUST. STATES: CABINET PISTONS MISSING ON 2 DOORS OVER GALLEY (AS
         MARKED)
    MISC N/C
         2295  WHS  0.00                                                      (N/C)
```

REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

LIMITED WARRANTY: The only warranties applying to the parts installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS.

Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed.

CUSTOMER SIGNATURE
REPAIR COMPLETION DATE     NOTIFIED OF COMPLETION     DATE RELEASED

CUSTOMER COPY

A00156

```
          147250                    32303      LAZY DAYS R.V. SUPERCENTER
DOUGLAS HOLLOWAY                   INVOICE     SEFFNER, FLORIDA 33584
DOUGLAS HOLLOWAY                                  6130 LAZY DAYS BLVD.
2121 PLEASANT VALLEY ROAD         DUPLICATE 1        (813) 246-4555
NEWARK, DE 19702                    PAGE 11
HOME: 302-738-0864  BUS: 302-521-5019          Motor Vehicle Repair Registration # MV-10691
                                SERVICE ADVISOR:  1803 CHARLES KURTZ
```

| STK NO. | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 8553/8553 | T5995 |

| DEL DATE | PROD DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | WAIT 20MAY04 | | 0.00 | CASH | 15JUL2004 |

```
    R.O. OPENED          READY       OPTIONS:  STK:B32711 ENG:CUMMINS TRN:350D
                                     AXL:04162082408840180087O
13:53 04MAY04    16:11 08JUN04

LINE OPCODE TECH TYPE HOURS                             LIST        NET       TOTAL

PARTS:   0.00   LABOR:   0.00   OTHER:   0.00   TOTAL LINE AE:              0.00
8553 NO TIME
             *****************************************************
AF CUST. STATES: UPHOLSTERY IS NOT WHAT WAS ORDERED ON DINETTE, SHOULD
    MATCH FOLDING CHAIRS
    MISC NO REAPIR MADE
         9995   WHS  0.00                                                 (N/C)

PARTS:   0.00   LABOR:   0.00   OTHER:   0.00   TOTAL LINE AF:              0.00
             *****************************************************
AG CUST. STATES: SHOWER FAUCET WILL NOT SHUT OFF AT ALL. STILL RUNS
    STRONG STREAM WHEN OFF. ALSO, DIVERTER VERY HARD TO ADJUST HOT
    TO COLD
    S181 NO REPAIR MADE
         9995   WHS  0.00                                                 (N/C)

PARTS:   0.00   LABOR:   0.00   OTHER:   0.00   TOTAL LINE AG:              0.00
             *****************************************************
AH CUST. STATES: TWO HOLES IN FRONT APRON, EITHER SIDE OF GEN. DOOR (AS
    MARKED) LOOKS AS THOUGH DONE WITH A JACK
    MISC SS
         1261   IHD9  3.00                                                (N/C)
PARTS:   0.00   LABOR:   0.00   OTHER:   0.00   TOTAL LINE AH:              0.00
8553 UNK, 3.0 GRIND,FILL,SAND,PAINT TO MATCH
             *****************************************************
AI SEND TO DETAIL FOR COMPLETE CLEAN UP AFTER EXTENSIVE BODY WORK DONE
```

REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

LIMITED WARRANTY: The only warranties applying to the parts installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS.

Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed.

CUSTOMER SIGNATURE

AIR COMPLETION DATE        NOTIFIED OF COMPLETION        DATE RELEASED

**CUSTOMER COPY**

A00157

```
         147250                  32303      LAZY DAYS R.V. SUPERCENTER
                                                SEFFNER, FLORIDA 33584
DOUGLAS HOLLOWAY                INVOICE          6130 LAZY DAYS BLVD.
DOUGLAS HOLLOWAY                                    (813) 246-4555
2121 PLEASANT VALLEY ROAD      DUPLICATE 1
NEWARK, DE 19702                PAGE 12     Motor Vehicle Repair Registration # MV-10691
HOME: 302-738-0864 BUS: 302-521-5019
                              SERVICE ADVISOR:  1803 CHARLES KURTZ
```

| STK NO. | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 8553/8553 | T5995 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | P.O. NO. | RATE | PAYMENT | INV DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | WAIT 20MAY04 | | 0.00 | CASH | 15JUL2004 |

| R.O. OPENED | READY | OPTIONS: STK:B32711 ENG:CUMMINS TRN:350D |
|---|---|---|
| 13:53 04MAY04 | 16:11 08JUN04 | AXL:04162082408840180087O |

```
LINE OPCODE TECH TYPE HOURS                            LIST        NET        TOTAL
        AT DELIVERY. DID NOT GET DONE
     S181 SUBLET
             9999  IHD7   0.00                                                (N/C)
SUBL SUNDIAL PO#79256 INV#417421
                   IHD7                                                       (N/C)
 PARTS:     0.00   LABOR:     0.00   OTHER:     0.00   TOTAL LINE AI:          0.00

               *******************************************************
AJ CUST. STATES: TOP PORTION OF DRIVER'S MIRROR SHATTERED
     MISC NO REPAIR MADE
             1804  WHS    0.00                                                (N/C)


 PARTS:     0.00   LABOR:     0.00   OTHER:     0.00   TOTAL LINE AJ:          0.00

8553
               *******************************************************
AK CUST. STATES: INSUFFICIENT PADDING ON BOTH THE DRIVER AND
         PASSENGER'S FRONT SEAT SIDES (AS MARKED
     MISC NO REPAIR MADE
             9995  WHS    0.00                                                (N/C)


 PARTS:     0.00   LABOR:     0.00   OTHER:     0.00   TOTAL LINE AK:          0.00

               *******************************************************
AL CUST. STATES: ALL SLIDE AWNING STRAPS ARE INACCESSIBLE, AND WHEN
         OUT, HANG DOWN TOO LOW
     MISC NO REAPAIR MADE
             9995  WHS    0.00                                                (N/C)


 PARTS:     0.00   LABOR:     0.00   OTHER:     0.00   TOTAL LINE AL:          0.00
```

| REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY | DESCRIPTION | TOTALS |
|---|---|---|
| LIMITED WARRANTY: The only warranties applying to the part(s) installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS. | LABOR AMOUNT | |
| | PARTS AMOUNT | |
| | GAS, OIL, LUBE | |
| | SUBLET AMOUNT | |
| Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed. | MISC. CHARGES | |
| | TOTAL CHARGES | |
| | LESS INSURANCE | |
| | SALES TAX | |
| CUSTOMER SIGNATURE | PLEASE PAY THIS AMOUNT | |
| REPAIR COMPLETION DATE    NOTIFIED OF COMPLETION    DATE RELEASED | | |

                              **CUSTOMER COPY**

                                                              A00158

```
            147250                  32303       LAZY DAYS R.V. SUPERCENTER
OUGLAS HOLLOWAY                    INVOICE      SEFFNER, FLORIDA 33584
OUGLAS HOLLOWAY                                 6130 LAZY DAYS BLVD.
2121 PLEASANT VALLEY ROAD          DUPLICATE 1       (813) 246-4555
NEWARK, DE 19702                    PAGE 13
HOME: 302-738-0864 BUS: 302-521-5019                 Motor Vehicle Repair Registration # MV-10691
                                 SERVICE ADVISOR:  1803 CHARLES KURTZ
```

| STK.NO | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 8553/8553 | T5995 |

| DEL DATE | PROD DATE | WARR EXP | PROMISED | PO NR | RATE | PAYMENT | INV DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | WAIT 20MAY04 | | 0.00 | CASH | 15JUL2004 |

```
     R.O. OPENED            READY     OPTIONS:  STK:B32711 ENG:CUMMINS TRN:350D
                                     AXL:04162082408840180087O
3:53 04MAY04   16:11 08JUN04
LINE OPCODE  TECH TYPE HOURS                              LIST      NET    TOTAL

M CUST. STATES: PULL STRAP NEEDED ON SLIDE TRAY WE INSTALLED ON
      PASSENGERS SIDE FRONT, SEE CHUCK
   MISC "SERVICE ADVISOR---YOU MUST TYPE IN REPAIR
         DESCRIPTION"
         1804  IHD8  2.00                                                (N/C)
      1  18611  BATT BOX STRAP 54"                                       (N/C)
ARTS:     0.00   LABOR:     0.00   OTHER:    0.00   TOTAL LINE AM:        0.00

553 NONE PROVIDED 2.0 CHECKED AND FOUND NO STRAP. CHECKED AND FOUND
IAT NONE ARE AVAILABLE. MADE A STRAP AND ATTATCHED TO THE SLLIDDE
IAY.
     *******************************************************
) C.C. SITE #17, 302-559-1398, 302-521-5019 CELL, KEYS IN COACH
   NFF NOTE FOR FILE
        9995  IHD7  0.00                                                 (N/C)
RTS:     0.00   LABOR:     0.00   OTHER:    0.00   TOTAL LINE AO:         0.00

RTS RTNRD: 5/11 SWITCH, SPRAYER
     *******************************************************
**REPAIR PEELING PAINT AT TOP OF GENERATOR DOOR
   B10 SEE STORY
        1261  WB3   3.00                                                 (N/C)


IC PAINT & MATERIALS (AP,AQ)
              WB                                                         (N/C)
ITS:     0.00   LABOR:     0.00   OTHER:    0.00   TOTAL LINE AP:         0.00

3 UNK. 4.5 GRIND,FILL GEN., DOOR AT TOP AND REPAIRED INSIDE AS
DED ,SANDED,PAINTED AS NEEDED
     *******************************************************
*CUST. STATES: PEELING PAINT AT TOP OF PASSENGER'S SIDE #3 STORAGE
     DOR
   MISC SEE STORY
```

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY

WARRANTY: The only warranties applying to the part(s) installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS.

If agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that work has not been adequately performed.

ER SIGNATURE
COMPLETION DATE        NOTIFIED OF COMPLETION        DATE RELEASED

A00159

# 15. Repair Invoice Dated:
## 5-4-04 to 5-21-04

A00160

```
        147250                    32305      LAZY DAYS R.V. SUPERCENTER
DOUGLAS HOLLOWAY                  INVOICE       SEFFNER, FLORIDA 33584
DOUGLAS HOLLOWAY                                  6130 LAZY DAYS BLVD.
2121 PLEASANT VALLEY ROAD                            (813) 246-4555
NEWARK, DE 19702                  PAGE 1
HOME: 302-738-0864 BUS: 302-521-5019                Motor Vehicle Repair Registration # MV-10691
                                  SERVICE ADVISOR:  1803 CHARLES KURTZ
```

| STK NO | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 8553/8553 | T5995 |

| DEL DATE | PROD DATE | WARR. EXP | PROMISED | P.O. NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | WAIT 04MAY04 | | 0.00 | AMEX | 15JUL2004 |

```
  R.O. OPENED          READY       OPTIONS:  STK:B32711 ENG:CUMMINS TRN:350D
                                   AXL:04162082408840180087Q
13:54 04MAY04    17:29 21MAY04
LINE OPCODE TECH TYPE HOURS                             LIST       NET      TOTAL
A LUBE, OIL AND FILTER
     S114 SS
          1804   CPT   1.50                                       148.50    148.50
     1 LF9009 OIL FILTER, CUMMINS                      41.23       41.23     41.23
     7 72846 15W40 ROTELLA GALLONS                     13.46       13.46     94.22
MISC CROWN CLUB DISCOUNT A & B
          CPT                                                     -79.41    -79.41
PARTS:    135.45   LABOR:    148.50   OTHER:   -79.41  TOTAL LINE A:        204.54

8553 REQUEST 1.5 CHANGED ENGINE OIL AND OIL FILTER AND LUBED THE
CASSIS.
         ****************************************************
B ALLISON TRANS SERVICE
     S114 CHASSIS
          1804   CPT   2.00                                       198.00    198.00
     1 35916 TRANS FILTER                              97.92       97.92     97.92
     1 27101-CTPL ALLISSON SYN TRANS 5gal             214.20      214.20    214.20
PARTS:    312.12   LABOR:    198.00   OTHER:    0.00   TOTAL LINE B:        510.12

8553 REQEUST 2.0 CHANGED TRANS FLUID AND FILTERS
         ****************************************************
C PLS. CHECK ALL FLUIDS AND TOP OFF AS REQUIRED
     MISC SS
          1804   IHD7   1.00                                                (N/C)
     3 15997 DEXRON III/MERCON ATF                                          (N/C)
PARTS:    0.00    LABOR:    0.00    OTHER:     0.00    TOTAL LINE C:         0.00

8553 REQEUST 1.0 CHECKED ALL FLUID LEVELS AND FILLED AS NEEDED.
         ****************************************************
CUSTOMER PAY SHOP SUPPLIES FOR REPAIR ORDER                                 10.00
```

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 346.50 |
| PARTS AMOUNT | 447.57 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | -69.41 |
| TOTAL CHARGES | 724.66 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 50.73 |
| PLEASE PAY THIS AMOUNT | 775.39 |

REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY

LIMITED WARRANTY: The only warranties applying to the part(s) installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified in the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS.

Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed.

CUSTOMER SIGNATURE
REPAIR COMPLETION DATE          NOTIFIED OF COMPLETION          DATE RELEASED

CUSTOMER COPY

A00161

# 16. Repair Invoice Dated:
## 7-4-04 to 9-30-04

A00162

```
           147250                    3 8 6 2 3      LAZY DAYS R.V. SUPERCENTER
DOUGLAS HOLLOWAY                     INVOICE            SEFFNER, FLORIDA 33584
DOUGLAS HOLLOWAY                                         6130 LAZY DAYS BLVD.
2121 PLEASANT VALLEY ROAD           DUPLICATE 2             (813) 246-4555
NEWARK, DE 19702                       PAGE 1
HOME: 302-738-0864 BUS: 302-521-5019                Motor Vehicle Repair Registration # MV-10691
                                   SERVICE ADVISOR:  1803 CHARLES KURTZ
```

| STK NO | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 14493/14493 | T7572 |

| DEL DATE | PROD. DATE | WARR EXP | PROMISED | P O NO | RATE | PAYMENT | INV DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | 18:00 12AUG04 | | 0.00 | CASH | 01OCT2004 |

| R.O. OPENED | READY | OPTIONS: STK:B32711 ENG:CUMMINS TRN:350D |
|---|---|---|
| 08:05 07JUL04 | 18:47 30SEP04 | AXL:04162082408840180087O |

```
LINE OPCODE  TECH  TYPE  HOURS                              LIST      NET     TOTAL
A CUST.STATES: BAD FUEL LEAK, LEAKS ONTO GEN AND GEN EXHAUST, AND ALSO
              ALONG LENGTH OF COACH
  CAUSE: ?
        MISC SEE STORY
             2564  WHS   9.32                                                (N/C)
             2687  WHS   1.68                                                (N/C)
                        11.00                                                (N/C)
        1 66/765-1210 GASKET ADHESIVE,PERMATEX                               (N/C)
        3 08880 BRAKE CLEANER & DEGREASER                                    (N/C)
        1 68422 SUPER CLAMP #8                                               (N/C)
        6 2590 FUEL HOSE 1/2                                                 (N/C)
        1 3600X12 TEE,3/4"                                                   (N/C)
        2 BIMP1212 FITTING,3/4MPX3/4B                                        (N/C)
        1 SP/01803598 VALVE FUEL TANK                                        (N/C)
        1 FRT FREIGHT                                                        (N/C)
        1 MV070010312 ROLL-OVER VALVE                                        (N/C)
        1 FRT FREIGHT                                                        (N/C)

 PARTS:      0.00  LABOR:      0.00  OTHER:     0.00  TOTAL LINE A:         0.00

PER RO 10.0 2564 6.0 2687 INSPECTED, FOUND FILL PIPES LEAKING AT TANK,
DRAINED EXTRA FUEL, PULLED FILL HOSES, AND PIPES, PULLED AND RESEALED
FITTINGS, TOPPED OFF TANK, THESE LEAKS STOPPED, FOUND VENT TUBE
LEAKING, DROPPED TANK TO PULL ROLLOVER VALVE, AND RUN LONG HOSE PER
MONACO, THIS DID NOT HELP PULLED TANK AGAIN PER MONACO TO REPLACE
ROLLOVER VALVE, AND ATTATCH VENT HOSE TO FLOOR, TEED FILL VENT HOSES TO
TANK SO TANK WOULD FILL PROPER, REFILLED TANK NO LEAK FOUND AT THIS
TIME. PARTS RTRND: 8/12 VALVE, MOTOR, BLADDER, MIRROR
           ***************************************************
B CUST.STATES: VERY HARD TO FILL TANK FROM EITHER FUEL FILL.
              PARTICULARLY ON DRIVER'S SIDE
        MISC OK'D PER L. RODDY
             2564  IH7   0.25                                                (N/C)
```

| REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY | DESCRIPTION | TOTALS |
|---|---|---|
| LIMITED WARRANTY: The only warranties applying to the part(s) installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS. | LABOR AMOUNT | |
| | PARTS AMOUNT | |
| | GAS, OIL, LUBE | |
| | SUBLET AMOUNT | |
| Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed. | MISC. CHARGES | |
| | TOTAL CHARGES | |
| | LESS INSURANCE | |
| | SALES TAX | |
| CUSTOMER SIGNATURE | PLEASE PAY THIS AMOUNT | |
| REPAIR COMPLETION DATE     NOTIFIED OF COMPLETION     DATE RELEASED | | |

CUSTOMER COPY

A00163