```
            147250                  3 8 6 2 3     LAZY DAYS R.V. SUPERCENTER
DOUGLAS HOLLOWAY                    INVOICE           SEFFNER, FLORIDA 33584
DOUGLAS HOLLOWAY                                      6130 LAZY DAYS BLVD.
2121 PLEASANT VALLEY ROAD          DUPLICATE 2            (813) 246-4555
NEWARK, DE 19702                     PAGE 2
HOME: 302-738-0864 BUS: 302-521-5019                Motor Vehicle Repair Registration # MV-10691
                                  SERVICE ADVISOR: 1803 CHARLES KURTZ
```

| STK NO. | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 14493/14493 | T7572 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | 18:00 12AUG04 | | 0.00 | CASH | 01OCT2004 |

| R.O. OPENED | READY | OPTIONS: STK:B32711 ENG:CUMMINS TRN:350D |
|---|---|---|
| 08:05 07JUL04 | 18:47 30SEP04 | AXL:04162082408840180870 |

```
LINE OPCODE  TECH TYPE HOURS                              LIST       NET       TOTAL
PARTS:     0.00   LABOR:      0.00   OTHER:     0.00   TOTAL LINE B:              0.00
```

14493 PER RO 0.25 2564 SHORTENED FILL TUBES, UNIT FILLS TO TOP, MAY
NEED TO USE SMALLER FUEL NOSSELS AT PUMP OR SLOW PUMP DOWN TO FILL TANK
TO TOP, DUE TO THE WAY TANK IS SET UP.
    ************************************************************
C CUST.STATES: PASSENGER SIDE LIVING ROOM SLIDE OUT HAS POOR FIT AND
        SEAL TO BODY AT BOTTOM REAR CORNER WHEN CLOSED
    MISC SEE STORY
        3250  WHS  0.80                                                           (N/C)

```
PARTS:     0.00   LABOR:      0.00   OTHER:     0.00   TOTAL LINE C:              0.00
```

14493 LOWER REAR CORNER STICKING IN AT REAR 0.8 REMOVED BRACKETS AT
SLIDE ACCESS FOR P/S SLIDE ALLIGENED ACCESS WITH COMPARTMENT DOORS
REINSTALLED BRACKETS.
    ************************************************************
D CUST.STATES: #5 PASSENGER SIDE NARROW STORAGE COMPARTMENT STILL FILLS
        WITH WATER
    MISC SEE STORY
        1804  WHS  0.80                                                           (N/C)

```
PARTS:     0.00   LABOR:      0.00   OTHER:     0.00   TOTAL LINE D:              0.00
```

14493 WEATHER STRIP AND LATCHES 1.0 CHECKED AND FOUND THE WEATHERSTRIP
WAS NOT SEALING FROM THE LIP ON THE COMPARTMENT. INSTALLED WITH SEALANT
AND PUT SHIMS BEHIND THE SEAL. ALSO FOUND THE LATCHES WERE NOT ALLOWING
THE DOOR TO GO ALL THE WAY CLOSED. ALIGNED THE STRIKERS AND LATCHES.
    ************************************************************
E CUST.STATES: CARPET IN #5 STORAGE COMPT' ON PASS. SIDE IS RUINED FROM
        MILDEW
    MISC SEE STORY

| REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY | DESCRIPTION | TOTALS |
|---|---|---|
| LIMITED WARRANTY: The only warranties applying to the part(s) installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS. | LABOR AMOUNT | |
| | PARTS AMOUNT | |
| | GAS, OIL, LUBE | |
| | SUBLET AMOUNT | |
| Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed. | MISC. CHARGES | |
| | TOTAL CHARGES | |
| | LESS INSURANCE | |
| | SALES TAX | |
| CUSTOMER SIGNATURE | PLEASE PAY THIS AMOUNT | |
| REPAIR COMPLETION DATE      NOTIFIED OF COMPLETION      DATE RELEASED | | |

                              CUSTOMER COPY

                                                              A00164

```
         147250                    38623        LAZY DAYS R.V. SUPERCENTER
DOUGLAS HOLLOWAY                   INVOICE      SEFFNER, FLORIDA 33584
DOUGLAS HOLLOWAY                                   6130 LAZY DAYS BLVD.
2121 PLEASANT VALLEY ROAD          DUPLICATE 2       (813) 246-4555
NEWARK, DE 19702                   PAGE 3
HOME: 302-738-0864 BUS: 302-521-5019                Motor Vehicle Repair Registration # MV-10691
                                   SERVICE ADVISOR:  1803 CHARLES KURTZ
```

| STK NO | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 14493/14493 | T7572 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | P.O. NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | 18:00 12AUG04 | | 0.00 | CASH | 01OCT2004 |

```
      R.O. OPENED        READY        OPTIONS:  STK:B32711 ENG:CUMMINS TRN:350D
                                      AXL:04162082408840180087G
08:05 07JUL04    18:47 30SEP04
LINE OPCODE TECH TYPE HOURS                           LIST        NET      TOTAL
            1804 WHS  1.50                                                 (N/C)


MISC 2' COMP LINER
                 WHS                                                       (N/C)
PARTS:      0.00  LABOR:       0.00  OTHER:       0.00  TOTAL LINE E:      0.00

14493 DOOR NOT SEALED 1.5 REMOVED OLD CARPET AND CLEANED OFF ADHESIVE.
INSTALLED NEW CARPET.
       ***********************************************************
F CUST.STATES: ON LAST SERVICE, BATT'S AND ALL FLUIDS WERE NOT TOPPED.
       PLEASE CHECK AND CORRECT AS REQUIRED
    MISC OK'D PER D. MOORE
         1804 IHD7  1.20                                                   (N/C)
       1 25716 ENGINE OIL 15W40, QT                                        (N/C)
PARTS:      0.00  LABOR:       0.00  OTHER:       0.00  TOTAL LINE F:      0.00

14493 UNKNOWN 1.2 CHECKED ALL FLUIDS AND FILLED
       ***********************************************************
G CUST.STATES: EXHAUST BRAKE WILL NOT WORK OVER 60MPH UNLESS FOOT BRAKE
       IS APPLIED
    MISC OK'D PER D. MOORE
         2564 IT7  0.50                                                    (N/C)
PARTS:      0.00  LABOR:       0.00  OTHER:       0.00  TOTAL LINE G:      0.00

14493 PER RO 0.5 2564 TEST DROVE, WORKING AS DESIGNED AT THIS TIME.
       ***********************************************************
H CUST.STATES: DASH A.C. WILL STOP COOLING AND THEN START AGAIN WHILE
       DRIVINT. PLEAS CHECK FOR FREEZING.
    MISC SEE STORY
         1804 WHS  4.40                                                    (N/C)
       1 SP/MV4100663 HEATER VALVE CONTROL                                 (N/C)
       1 FRT FREIGHT                                                       (N/C)
```

| REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY | DESCRIPTION | TOTALS |
|---|---|---|
| LIMITED WARRANTY: The only warranties applying to the parts installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS. | LABOR AMOUNT | |
| | PARTS AMOUNT | |
| | GAS, OIL, LUBE | |
| | SUBLET AMOUNT | |
| Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed. | MISC. CHARGES | |
| | TOTAL CHARGES | |
| | LESS INSURANCE | |
| | SALES TAX | |
| CUSTOMER SIGNATURE | PLEASE PAY THIS AMOUNT | |
| REPAIR COMPLETION DATE    NOTIFIED OF COMPLETION    DATE RELEASED | | |

CUSTOMER COPY

A00165

| | | | |
|---|---|---|---|
| 147250 | 38623 | | **LAZY DAYS R.V. SUPERCENTER** |
| DOUGLAS HOLLOWAY | INVOICE | | SEFFNER, FLORIDA 33584 |
| DOUGLAS HOLLOWAY | | | 6130 LAZY DAYS BLVD. |
| 2121 PLEASANT VALLEY ROAD | DUPLICATE 2 | | (813) 246-4555 |
| NEWARK, DE 19702 | PAGE 4 | | |
| HOME: 302-738-0864 BUS: 302-521-5019 | | | *Motor Vehicle Repair Registration # MV-10691* |
| | SERVICE ADVISOR: | | 1803 CHARLES KURTZ |

| STK. NO. | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 14493/14493 | T7572 |

| OP. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | 18:00 12AUG04 | | 0.00 | CASH | 01OCT2004 |

| R.O. OPENED | READY | OPTIONS: STK:B32711 ENG:CUMMINS TRN:350D |
|---|---|---|
| 08:05 07JUL04 | 18:47 30SEP04 | AXL:04162082408840180087 0 |

| LINE OPCODE TECH TYPE HOURS | | LIST | NET | TOTAL |
|---|---|---|---|---|

PARTS:     0.00    LABOR:     0.00   OTHER:     0.00   TOTAL LINE H:          0.00

14493 BAD HEATER CONTROL VALVE 4.0 CHECKED OUT THE AC AND FOUND THAT IT
WAS FUNCTIONING AS DESIGNED, BUT THE HEATER CONTROL VALVE WAS NOT
SHUTTING OFF THE FLOW OF HOT WATER WHEN THE ENGINE IS RUNNING. REMOVED
THE FRONT COVER FOR THE GENERATOR SLIDE OUT TO ACCESS THE HEATER
CONTROL VALVE AND REPLACED THE HEATER CONTROL VALVE.
   ***********************************************************
I CUST.STATES: WHEN COACH CAME FROM B/S REPAIRS, DETAIL LEFT MANY DULL
          SPOTS AND COMPOUND ALL AROUND COACH
     MISC NOTE FOR FILE
         9992  IHD7  0.00                                              (N/C)
PARTS:     0.00   LABOR:     0.00   OTHER:     0.00   TOTAL LINE I:          0.00

   ***********************************************************
J CUST.STATES: MUDFLAP HANGS UP ON HITCH RECEIVER ON SLIGHT INCLINES.
          PLS. CHECK THAT FLAP IS HUNG PROPERLY
     MISC OK'D PER D. MOORE
         3250  IH7   0.20                                              (N/C)
PARTS:     0.00   LABOR:     0.00   OTHER:     0.00   TOTAL LINE J:          0.00

14493 ?? 0.2 CHECKED MOUNTING OF MUD FLAP. DO NOT SEE A PROBLEM. THIS
IS THE WAY THEY ARE INSTALLED FROM THE FACTORY.
   ***********************************************************
K CUST.STATES: DRIVER'S SIDE FRONT FENDER EXTENSION JUST IN FRONT OF
          TIRE, STILL MOVES TOWARD REAR, AND BINDS SLIDE OUT WHEN CLOSING.
          SEE CHUCK FOR DETAILS
     MISC SEE STORY
         9010  WHS   1.00                                              (N/C)
       1 FP/08115   PANEL BONDING                                      (N/C)

PARTS:     0.00   LABOR:     0.00   OTHER:     0.00   TOTAL LINE K:          0.00

REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| **PLEASE PAY THIS AMOUNT** | |

LIMITED WARRANTY: The only warranties applying to the parts installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS.

Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed.

CUSTOMER SIGNATURE
REPAIR COMPLETION DATE        NOTIFIED OF COMPLETION        DATE RELEASED

**CUSTOMER COPY**

A00166

| | 147250 | | 3 8 6 2 3 | **LAZY DAYS R.V. SUPERCENTER** |
|---|---|---|---|---|
| DOUGLAS HOLLOWAY | | | INVOICE | SEFFNER, FLORIDA 33584 |
| DOUGLAS HOLLOWAY | | | | 6130 LAZY DAYS BLVD. |
| 2121 PLEASANT VALLEY ROAD | | | DUPLICATE 2 | (813) 246-4555 |
| NEWARK, DE 19702 | | | PAGE 5 | Motor Vehicle Repair Registration # MV-10691 |
| HOME: 302-738-0864 BUS: 302-521-5019 | | | SERVICE ADVISOR: | 1803 CHARLES KURTZ |

| STK. NO. | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 14493/14493 | T7572 |

| DEL DATE | PROD DATE | WARR EXP | PROMISED | PO NO. | RATE | PAYMENT | INV DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | 18:00 12AUG04 | | 0.00 | CASH | 01OCT2004 |

```
        R.O. OPENED              READY        OPTIONS:  STK:B32711 ENG:CUMMINS TRN:350D
                                              AXL:04162082408840180087O
08:05 07JUL04    18:47 30SEP04
LINE OPCODE TECH TYPE HOURS                                   LIST       NET      TOTAL
14493 FRENDER SHAKES IN TRANSIT 0.5 INSTALLED SCREWS AT FRENDER BACKET
TO STOP IT FRON SHAKING.
             ************************************************************
L CUST.STATES: COACH WILL NOT LEVEL PROPERLY ACCORDING TO OWNER'S LEVEL
     ON DASH. PLEASE CHECK LEVEL SENSOR
  MISC SEE STORY
       3250  WHS  1.40                                                           (N/C)


PARTS:     0.00   LABOR:      0.00  OTHER:       0.00   TOTAL LINE L:           0.00

14493 HWH LEVELER NEEDED TO BE ADJUSTED 1.4 LEVELED COACH WITH A LEVEL
ON FLOOR OF CAOCH. AJDUSTED HWH CONTROLLER UNIT ALL LIGHTS OUT. BROUGHT
COACH BACK TO TRAVEL AND LEVEL COACH USING PAD. COACH IS LEVEL. SYSTEM
WORKING NORMAL AT THIS TIME.
             ************************************************************
M CUST.STATES: MOLDING IN BEDROOM, AT FASCIA FOR PASS. SIDE SLIDE OUT
     FRONT, IS LOOSE (AS MARKED)
  MISC SEE STORY
       3250  WHS  0.20                                                           (N/C)


PARTS:     0.00   LABOR:      0.00  OTHER:       0.00   TOTAL LINE M:           0.00

14493 TRIME CAME OF AT FRONT SLIDE OF SLIODE FACIA 0.4 REINSTALED TRINM
AT SLIDE FACIA
             ************************************************************
N CUST.STATES: BOTH PASS. AND DRIVER'S SEATS ARE NOT PADDED
     SUFFICIENTLY. CAN FEEL FRAME THROUGH PADDING. SOP FOAM IS HERE
  MISC SUBLET TO WADE
       9998  WHS  0.00                                                           (N/C)
    2 NC/05200731  SEAT FOAM                                                     (N/C)
    1 FRT FREIGHT                                                                (N/C)
```

| REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY | DESCRIPTION | TOTALS |
|---|---|---|
| LIMITED WARRANTY: The only warranties applying to the parts installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified in the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS. | LABOR AMOUNT | |
| | PARTS AMOUNT | |
| | GAS, OIL, LUBE | |
| | SUBLET AMOUNT | |
| Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed. | MISC. CHARGES | |
| | TOTAL CHARGES | |
| | LESS INSURANCE | |
| | SALES TAX | |
| CUSTOMER SIGNATURE | PLEASE PAY | |
| REPAIR COMPLETION DATE     NOTIFIED OF COMPLETION     DATE RELEASED | THIS AMOUNT | |

**CUSTOMER COPY**

A00167

```
            147250                  38623        LAZY DAYS R.V. SUPERCENTER
DOUGLAS HOLLOWAY                                    SEFFNER, FLORIDA 33584
DOUGLAS HOLLOWAY                   INVOICE          6130 LAZY DAYS BLVD.
2121 PLEASANT VALLEY ROAD          DUPLICATE 2         (813) 246-4555
NEWARK, DE 19702                   PAGE 6
HOME: 302-738-0864 BUS: 302-521-5019                Motor Vehicle Repair Registration # MV-10691
                                   SERVICE ADVISOR: 1803 CHARLES KURTZ
```

| STK NO | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 14493/14493 | T7572 |

| DEL DATE | PROD DATE | WARR EXP | PROMISED | PO NO | RATE | PAYMENT | INV DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | 18:00 12AUG04 | | 0.00 | CASH | 01OCT2004 |

```
   R.O. OPENED              READY        OPTIONS:   STK:B32711  ENG:CUMMINS  TRN:350D
                                         AXL:041620824088401800870
08:05 07JUL04      18:47 30SEP04
LINE OPCODE TECH TYPE HOURS                                      LIST        NET       TOTAL

SUBL WADE ENTERPRISES PO#83301 INV#20003
               WHS                                                                     (N/C)
PARTS:    0.00    LABOR:    0.00   OTHER:    0.00    TOTAL LINE N:                      0.00

          *****************************************************
O CUST.STATES: DRIVER'S SIDE UPPER OUTSIDE MIRROR GLASS BROKE WHEN
       MOVED
       MISC SEE STORY
          3250   WHS  0.17                                                             (N/C)
          1804   WHS  1.63                                                             (N/C)
                      1.80                                                             (N/C)
       1 SP/S21602402 MIRROR EXT DRV CHRM                                              (N/C)
       1 FRT FREIGHT                                                                   (N/C)

PARTS:    0.00    LABOR:    0.00   OTHER:    0.00    TOTAL LINE O:                      0.00

14493 UNKNOWN 1.8/1804 REMOVED OLD MIRROR AND ARM FROM BASE. PULLED
WIRES FROM NEW MIRROR THROUGH THE BASE AND SPLICED THE WIRES. ORDERED
NEW MIRROR
          *****************************************************
P CUST.STATES: ALL SLIDE TOPPER PULL STRAPS ARE STILL NOT ACCESSIBLE.
       MUST CLIMB ON TOP OF COACH TO EXTEND INTO WINDOW AWNINGS
       MISC SEE STORY
          3250   WHS  0.40                                                             (N/C)

PARTS:    0.00    LABOR:    0.00   OTHER:    0.00    TOTAL LINE P:                      0.00

14493 ?? 0.5 PULLED AWNINGS DOWN AND GOT STRAPS LOOSE. AWNINGS SEEM TO
BE WORKING OK AT THIS TIME.
          *****************************************************
Q CUST.STATES: OIL PRESSURE GAUGE ON DASH STUCK ON ZERO. ALADDIN SHOWS
```

REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

LIMITED WARRANTY: The only warranties applying to the parts installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in connection with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS.

Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed.

CUSTOMER SIGNATURE

REPAIR COMPLETION DATE      NOTIFIED OF COMPLETION       DATE RELEASED

**CUSTOMER COPY**

A00168

| 147250 | 38623 | **LAZY DAYS R.V. SUPERCENTER** |
|---|---|---|
| DOUGLAS HOLLOWAY | INVOICE | SEFFNER, FLORIDA 33584 |
| DOUGLAS HOLLOWAY | | 6130 LAZY DAYS BLVD. |
| 2121 PLEASANT VALLEY ROAD | DUPLICATE 2 | (813) 246-4555 |
| NEWARK, DE 19702 | PAGE 7 | |
| HOME: 302-738-0864 BUS: 302-521-5019 | | *Motor Vehicle Repair Registration # MV-10691* |
| | SERVICE ADVISOR: | 1803 CHARLES KURTZ |

| STK. NO. | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 14493/14493 | T7572 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | 18:00 12AUG04 | | 0.00 | CASH | 01OCT2004 |

| R.O. OPENED | READY | |
|---|---|---|
| 08:05 07JUL04 | 18:47 30SEP04 | OPTIONS: STK:B32711 ENG:CUMMINS TRN:350D<br>AXL:04162082408840180087O |

```
LINE OPCODE  TECH  TYPE  HOURS                              LIST        NET        TOTAL
       55LBS
     MISC SEE STORY
         1804    WT   0.80                                                           (N/C)
      1 MC/16617200  SENDER,OIL PRESSURE                                             (N/C)


PARTS:      0.00    LABOR:       0.00  OTHER:       0.00  TOTAL LINE Q:              0.00

14493 BAD SENDER 1.0 CHECKED AND FOUND THE SENDING UNIT FOR THE OIL
PRESSURE GUAGE WAS BAD. REPLACED THE SENDER.
        ***********************************************************
R CUST.STATES: DRIVER'S SIDE LIVING ROOM CEILING, AT AREA OF SLIDE
        OUT,HAS STAINED CEILING FROM WATER LEAK (AS MARKED)
     MISC SUBLET TO SUNDIAL
         9998   WHS   0.00                                                           (N/C)


SUBL SUNDIAL PO#85787 INV#421385
                WHS                                                                  (N/C)
PARTS:      0.00    LABOR:       0.00  OTHER:       0.00  TOTAL LINE R:              0.00


        ***********************************************************
S CUST.STATES: PASS. SIDE LIVING ROOM CEILING, AT CENTER NEAR WOODEN
        MOLDING (AS MARKED) BEING STAINED FROM WATER LEAKS
     MISC SUBELT TO SUNDIAL
         9998   WHS   0.00                                                           (N/C)


PARTS:      0.00    LABOR:       0.00  OTHER:       0.00  TOTAL LINE S:              0.00


        ***********************************************************
T CUST.STATES: BEDROOM CEILING NEAR A.C. OUTLET (AS MARKED) STAINED
        FROM CONTINUING WATER LEAKS
     MISC SEE STORY
```

| REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY | DESCRIPTION | TOTALS |
|---|---|---|
| LIMITED WARRANTY: The only warranties applying to the parts installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS.<br><br>Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed. | LABOR AMOUNT | |
| | PARTS AMOUNT | |
| | GAS, OIL, LUBE | |
| | SUBLET AMOUNT | |
| | MISC. CHARGES | |
| | TOTAL CHARGES | |
| | LESS INSURANCE | |
| | SALES TAX | |
| CUSTOMER SIGNATURE | PLEASE PAY | |
| REPAIR COMPLETION DATE    NOTIFIED OF COMPLETION    DATE RELEASED | THIS AMOUNT | |

**CUSTOMER COPY**

A00169

```
            147250                    38623        LAZY DAYS R.V. SUPERCENTER
                                                      SEFFNER, FLORIDA 33584
DOUGLAS HOLLOWAY                      INVOICE          6130 LAZY DAYS BLVD.
DOUGLAS HOLLOWAY                                          (813) 246-4555
2121 PLEASANT VALLEY ROAD           DUPLICATE 2
NEWARK, DE 19702                      PAGE 8      Motor Vehicle Repair Registration # MV-10691
HOME: 302-738-0864 BUS: 302-521-5019
                                    SERVICE ADVISOR:  1803 CHARLES KURTZ
```

| STK NO. | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 14493/14493 | T7572 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | 18:00 12AUG04 | | 0.00 | CASH | 01OCT2004 |

| R.O. OPENED | READY |
|---|---|
| 08:05 07JUL04 | 18:47 30SEP04 |

OPTIONS:   STK:B32711 ENG:CUMMINS TRN:350D
AXL:04162082408840180087D

```
LINE OPCODE TECH TYPE HOURS                           LIST      NET       TOTAL
          1804   WHS    1.50                                              (N/C)
  1 7410 WHITE SELF LEVELING                                              (N/C)


PARTS:    0.00   LABOR:    0.00   OTHER:   0.00    TOTAL LINE T:          0.00

14493 SAT DISH AND CABLE NOT SEALED 2.0 CHECKED AND FOUND THE SAT DISH
AND THE CABLE WERE NOT SEALED. REMOVED THE SAT DISH AND CLEANED OFF OLD
ADHESIVE AND REMOVED THE COVER FOR THE CABLE AND CLEANED OFF OLD
ADHESIVE. REINSTALLED THE SAT DISH AND THE CABLE COVER.
           ****************************************************
U CUST.STATES: ALL CEILING STAINS TO BE CLEANED OR FABRIC REPLACED
      MISC SUBLET TO SUNDIAL
          9998   WHS    0.00                                              (N/C)


PARTS:    0.00   LABOR:    0.00   OTHER:   0.00    TOTAL LINE U:          0.00


           ****************************************************
V CUST.STATES: COACH HAS HARD UPSHIFT AND DOWNSHIFT AT TIMES
      MISC SEE STORY
          2564   WT     0.50                                              (N/C)


PARTS:    0.00   LABOR:    0.00   OTHER:   0.00    TOTAL LINE V:          0.00

14493 PER RO 0.5 2564 TEST DROVE, FOUND NO PROBLEMS AT THIS TIME.
           ****************************************************
W CUST.STATES: FOLD OUT SOFA AIR MATTRESS LEAKS WHEN USED
      MISC REPLACED THE BLADDER IN THE MATTRESS
          3250   WHS    0.32                                              (N/C)
          1804   WHS    0.68                                              (N/C)
                        1.00                                              (N/C)
  1 SP/24752 AIR BLADDER FOR AIR MATT                                     (N/C)
```

REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

LIMITED WARRANTY: The only warranties applying to the parts installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS.

Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that the service work has not been adequately performed.

CUSTOMER SIGNATURE
REPAIR COMPLETION DATE      NOTIFIED OF COMPLETION      DATE RELEASED

CUSTOMER COPY

A00170

```
         147250                    3 8 6 2 3      LAZY DAYS R.V. SUPERCENTER
DOUGLAS HOLLOWAY                   INVOICE          SEFFNER, FLORIDA 33584
DOUGLAS HOLLOWAY                                      6130 LAZY DAYS BLVD.
2121 PLEASANT VALLEY ROAD         DUPLICATE 2           (813) 246-4555
NEWARK, DE 19702                    PAGE 9
HOME: 302-738-0864 BUS: 302-521-5019                Motor Vehicle Repair Registration # MV-10691
                                 SERVICE ADVISOR:  1803 CHARLES KURTZ
```

| STK. NO. | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 14493/14493 | T7572 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | P.O. NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | 18:00 12AUG04 | | 0.00 | CASH | 01OCT2004 |

| R.O. OPENED | READY | OPTIONS: STK:B32711 ENG:CUMMINS TRN:350D |
|---|---|---|
| 08:05 07JUL04 | 18:47 30SEP04 | AXL:0416208240884018O0870 |

```
LINE OPCODE TECH TYPE HOURS                           LIST        NET       TOTAL
     1 FRT FREIGHT                                                          (N/C)

PARTS:     0.00  LABOR:     0.00  OTHER:     0.00  TOTAL LINE W:             0.00

14493 UNKNOWN 1804/1.0 REPLACED THE BLADDER IN THE MATTRESS.
      ***********************************************************
X CUST.STATES: REAR LADDER HINGE BROKEN WHEN LAST IN SHOP
    MISC SEE STORY
       1804 IHD9   0.90                                                     (N/C)
PARTS:     0.00  LABOR:     0.00  OTHER:     0.00  TOTAL LINE X:             0.00

14493 UNKNOWN .9 CHECKED AND FOUND PLASTIC BROKEN WENT TO RECYCLE ROOM
AND FOUND A HINGE ON A DIFFERENT LADDER AND REMOVED FROM LADDER AND
INSTALLED ON THIS LADDER.
      ***********************************************************
Y** CUST.STATES: FRONT ROOF A.C. WILL NOT COME ON
    MISC SEE STORY
       1804 WHS    1.00                                                     (N/C)
    1 L/DC3108706924 MOTOR KIT,PENGUIN                                      (N/C)

PARTS:     0.00  LABOR:     0.00  OTHER:     0.00  TOTAL LINE Y:             0.00

14493 FAN MOTOR WILL NOT TURN 2.7 CHECKED AND FOUND THE FAN MOTOR TO BE
BAD. REMOVED THE UPPER SHROUD AND INNER SHROUD. REMOVED THE METAL
EVAPORATOR COVER AND REMOVED THE CONDENSOR BLOWER WHEEL AND HOUSING AND
REMOVED MOTOR MOUNTS AND REMOVED THE COIL FOR THE EVAPORATOR TO ACCESS
THE EVAPORATOR FAN. REMOVED THE EVAPORATOR FAN AND REPLACED THE MOTOR
AND REINSTALLED ALL PARTS AND TESTED THE OPERATION OF THE UNIT. MODEL
630515.321 SN/34733705
      ***********************************************************
Z** CUST.STATES: LIGHTS IN SHOWER AREA OF BATH ARE INOP
    S181 SEE STORY
```

| REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY | DESCRIPTION | TOTALS |
|---|---|---|
| LIMITED WARRANTY: The only warranties applying to the part(s) installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed will correct any problem specified in the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS. | LABOR AMOUNT | |
| | PARTS AMOUNT | |
| | GAS, OIL, LUBE | |
| | SUBLET AMOUNT | |
| Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed. | MISC. CHARGES | |
| | TOTAL CHARGES | |
| | LESS INSURANCE | |
| | SALES TAX | |
| CUSTOMER SIGNATURE | PLEASE PAY THIS AMOUNT | |
| REPAIR COMPLETION DATE   NOTIFIED OF COMPLETION   DATE RELEASED | | |

CUSTOMER COPY

A00171

| 147250 | 38623 | **LAZY DAYS R.V. SUPERCENTER** |
|---|---|---|
| DOUGLAS HOLLOWAY | INVOICE | SEFFNER, FLORIDA 33584 |
| DOUGLAS HOLLOWAY | | 6130 LAZY DAYS BLVD. |
| 2121 PLEASANT VALLEY ROAD | DUPLICATE 2 | (813) 246-4555 |
| NEWARK, DE 19702 | PAGE 10 | |
| HOME: 302-738-0864 BUS: 302-521-5019 | | *Motor Vehicle Repair Registration # MV-10691* |
| | SERVICE ADVISOR: | 1803 CHARLES KURTZ |

| STK NO | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 14493/14493 | T7572 |

| DEL DATE | PROD DATE | WARR EXP | PROMISED | PO NO | RATE | PAYMENT | INV DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | 18:00 12AUG04 | | 0.00 | CASH | 01OCT2004 |

| R.O. OPENED | READY | OPTIONS: STK:B32711 ENG:CUMMINS TRN:350D |
|---|---|---|
| 08:05 07JUL04 | 18:47 30SEP04 | AXL:04162082408840180087O |

LINE OPCODE TECH TYPE HOURS                                         LIST      NET      TOTAL
           1804 WHS  1.00                                                              (N/C)


PARTS:      0.00   LABOR:      0.00  OTHER:     0.00   TOTAL LINE Z:        0.00

14493 BROKEN WIRES AT LIGHT 1.0 CHECKED OPERATION OF THE LIGHT AND
FOUND NO POWER TO THE LIGHT. REMOVED THE LIGHT FROM THE CEILING AND
FOUND TO HAVE A BROKEN WIRE. REPAIRED THE WIRING AND NOW OK.
      ******************************************************
AA**CUST.STATES: OIL GAUGE ON DASH DOES NOT MOVE WITH ENGINE RUNNING.
     ALADDIN IS ONLY MEANS OF CHECKING
CAUSE: OIL
   MISC NOTE FOR FILE
       9992 WHS  0.00                                                              (N/C)


PARTS:      0.00   LABOR:      0.00  OTHER:     0.00   TOTAL LINE AA:       0.00

3085/9/30/4/2856 CL146137/MONACO/4580.85
      ******************************************************

| **REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY** | DESCRIPTION | TOTALS |
|---|---|---|
| LIMITED WARRANTY: The only warranties applying to the part(s) installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS. | LABOR AMOUNT | |
| | PARTS AMOUNT | |
| | GAS, OIL, LUBE | |
| | SUBLET AMOUNT | |
| Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed. | MISC. CHARGES | |
| | TOTAL CHARGES | |
| | LESS INSURANCE | |
| | SALES TAX | |
| CUSTOMER SIGNATURE | PLEASE PAY THIS AMOUNT | |
| REPAIR COMPLETION DATE   NOTIFIED OF COMPLETION   DATE RELEASED | | |

**CUSTOMER COPY**

A00172

| 147250 | 38623 | **LAZY DAYS R.V. SUPERCENTER** |
|---|---|---|
| DOUGLAS HOLLOWAY | INVOICE | SEFFNER, FLORIDA 33584 |
| DOUGLAS HOLLOWAY | | 6130 LAZY DAYS BLVD. |
| 2121 PLEASANT VALLEY ROAD | DUPLICATE 2 | (813) 246-4555 |
| NEWARK, DE 19702 | PAGE 11 | |
| HOME: 302-738-0864 BUS: 302-521-5019 | | *Motor Vehicle Repair Registration # MV-10691* |
| | SERVICE ADVISOR: | 1803 CHARLES KURTZ |

| STK NO | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 14493/14493 | T7572 |

| DEL DATE | PROD DATE | WARR EXP | PROMISED | PO NO | RATE | PAYMENT | INV DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | 18:00 12AUG04 | | 0.00 | CASH | 01OCT2004 |

| R.O. OPENED | READY | OPTIONS: STK:B32711 ENG:CUMMINS TRN:350D |
|---|---|---|
| 08:05 07JUL04 | 18:47 30SEP04 | AXL:04162082408840180087Q |

LINE OPCODE TECH TYPE HOURS                                LIST       NET       TOTAL

Date Vehicle Dropped Off: _____
_____ Date of Appointment: _____ Repair Completion Date: _____

Notified of Completion: Time: _____
_____ Date: _____
_____ Date Released: _____

****** **********************
*****************************
*************** I/we the
undersigned acknowledge the
forgoing as factual and I/we
hereby acknowledge receipt of
completed copy. *************
******************* ********
*************************

Signature of owner: _____

| REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY | DESCRIPTION | TOTALS |
|---|---|---|
| LIMITED WARRANTY: The only warranties applying to the parts installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS. | LABOR AMOUNT | 0.00 |
| | PARTS AMOUNT | 0.00 |
| | GAS, OIL, LUBE | 0.00 |
| | SUBLET AMOUNT | 0.00 |
| Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed. | MISC. CHARGES | 0.00 |
| | TOTAL CHARGES | 0.00 |
| | LESS INSURANCE | 0.00 |
| | SALES TAX | 0.00 |
| CUSTOMER SIGNATURE | **PLEASE PAY THIS AMOUNT** | **0.00** |
| REPAIR COMPLETION DATE    NOTIFIED OF COMPLETION    DATE RELEASED | | |

**CUSTOMER COPY**

A00173