# 17. Repair Invoice Dated:
## 7-4-04 to 8-24-04

A0174

```
           147250                      3 8 6 2 6       LAZY DAYS R.V. SUPERCENTER
DOUGLAS HOLLOWAY                      *INVOICE*            SEFFNER, FLORIDA 33584
DOUGLAS HOLLOWAY                                            6130 LAZY DAYS BLVD.
2121 PLEASANT VALLEY ROAD             DUPLICATE 2              (813) 246-4555
NEWARK, DE 19702                      PAGE 1
HOME: 302-738-0864 BUS: 302-521-5019                   Motor Vehicle Repair Registration # MV-10691
                                      SERVICE ADVISOR:  1803 CHARLES KURTZ
```

| STK. NO. | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 14493/14493 | T7572 |

| DEL DATE | PROD DATE | WARR. EXP. | PROMISED | P.O. NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | 18:00 11AUG04 | | 0.00 | CASH | 24AUG2004 |

| R.O. OPENED | READY | OPTIONS: STK:B32711 ENG:CUMMINS TRN:350D |
|---|---|---|
| 08:09 07JUL04 | 15:56 24AUG04 | AXL:04162082408840180087O |

```
LINE OPCODE TECH  TYPE HOURS                               LIST      NET      TOTAL
A ESTIMATE DAMAGE TO PASSENGER SIDE, FRONT FRONT BUMPER, ALONG ENTRY
        DOOR, TO TAILPIPE.(DONE WHEN FUEL LEAK CAUSED OWNER TO LEAVE
        ROAD IN EMERGENCY)
      MISC SEE STORY
            1261 CPB2 34.50                                         3415.50   3415.50
        1 PO/83732 DOOR PANELS,FABRICATE              433.50         433.50    433.50
MISC PAINT SUPPLIES
            CPB                                                      223.75    223.75
MISC BODY SHOP MATERIALS
            CPB                                                      303.59    303.59
SUBL NEW AGE AUTO ART PO#83786 INV#236962
            CPB                                                      187.50    187.50
PARTS:   433.50  LABOR:  3415.50  OTHER:    714.84  TOTAL LINE A:            4563.84

14493 ACC. 34.5 R&R LAST 2 COMP. DOORS AND RESKINED,REPAIRED P/S REAR
FENDER AND 2 COMPS. IN FRONT AND PAINT ED AS MARKED AND REPAIRED TO
P/SIDE
             ********************************************************
B ESTIMATE DAMAGE TO DRIVER'S SIDE #5 STORAGE DOOR AREA (DONE WHEN
        VEHICLE LEFT ROAD IN EMERGENCY)
      MISC SEE STORY
            1261 CPB2  7.50                                          742.50    742.50
        1 SP/17710 BAY DOOR HINGES                     61.56          61.56     61.56
        1 FRT FREIGHT                                  46.71          46.71     46.71
        1 SP/S33878 HINGE                              63.99          63.99     63.99
        1 FRT FREIGHT                                  51.88          51.88     51.88
MISC PAINT SUPPLIES
            CPB                                                       31.86     31.86
PARTS:   224.14  LABOR:   742.50  OTHER:     31.86  TOTAL LINE B:             998.50

14493 ACC. 8.5 GRIND,FILL,PRI.PAINT BLEND BOTTOMS OF D/S COMP DOORS IN
BROWN AREA AS NEEDED
             ********************************************************
C ESTIMATE DAMAGE TO DRIVER'S SIDE REAR CAP, IN TAILLIGHT AREA (AS
```

REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

LIMITED WARRANTY: The only warranties applying to the parts(s) installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS.

Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed.

CUSTOMER SIGNATURE
REPAIR COMPLETION DATE    NOTIFIED OF COMPLETION    DATE RELEASED

CUSTOMER COPY

A00175

```
          147250                    38626        LAZY DAYS R.V. SUPERCENTER
DOUGLAS HOLLOWAY                   *INVOICE*      SEFFNER, FLORIDA 33584
DOUGLAS HOLLOWAY                                    6130 LAZY DAYS BLVD.
2121 PLEASANT VALLEY ROAD           DUPLICATE 2        (813) 246-4555
NEWARK, DE 19702                    PAGE 2
HOME: 302-738-0864 BUS: 302-521-5019               Motor Vehicle Repair Registration # MV-10691
                                    SERVICE ADVISOR:  1803 CHARLES KURTZ
```

| STK. NO. | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 14493/14493 | T7572 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | P.O. NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | 18:00 11AUG04 | | 0.00 | CASH | 24AUG2004 |

```
R.O. OPENED        READY       OPTIONS:  STK:B32711 ENG:CUMMINS TRN:350D
                               AXL:041620824088401800870
08:09 07JUL04  15:56 24AUG04
LINE OPCODE TECH TYPE HOURS                        LIST       NET       TOTAL
        MARKED), DONE WHEN VEHICLE LEFT ROAD IN EMERGENCY
     MISC SEE STORY
          1261 CPB2  3.50                                   346.50     346.50
MISC PAINT & MATERIALS
               CPB                                           64.00      64.00
PARTS:    0.00  LABOR:   346.50  OTHER:    64.00  TOTAL LINE C:         410.50

14493 ACC, 3.5 SAND,FILL,PRI.PAINT BELOW D/S TAIL LIGHT AS NEEDED
         *********************************************************
D C.C. SITE #24, 302-521-5019 CELL, SCOTTY HAS KEYS
     MISC NOTE FOR FILE
          9996 IHD7  0.00                                             (N/C)
PARTS:    0.00  LABOR:     0.00  OTHER:     0.00  TOTAL LINE D:         0.00

         *********************************************************
E** REPLACE TALIPIPE EXTENSION AND MUDFLAP, PIPE PUSHED INTO FLAP AND
    BURNED FLAP
     MISC PARTS ONLY
          1804 CPH   0.00                                     0.00       0.00
      1 17416 EXHAUST CLAMP,5"                       5.08     5.08       5.08
      1 SP/01806859 EXHAUST TIP                    140.13   140.13     140.13
      1 FRT FREIGHT                                 21.78    21.78      21.78
PARTS:  166.99  LABOR:     0.00  OTHER:     0.00  TOTAL LINE E:        166.99

14493
         *********************************************************
F** BUFF OFF COMPOUND OFF COACH
     MISC SUBLET TO SUNDIAL
          9998 IHD7  0.00                                             (N/C)
SUBL SUNDIAL PO#85831 INV#421388
               IHD7                                                   (N/C)
PARTS:    0.00  LABOR:     0.00  OTHER:     0.00  TOTAL LINE F:         0.00

         *********************************************************
```

| REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY | DESCRIPTION | TOTALS |
|---|---|---|
| LIMITED WARRANTY: The only warranties applying to the parts installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified in the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS. | LABOR AMOUNT | |
| | PARTS AMOUNT | |
| | GAS, OIL, LUBE | |
| | SUBLET AMOUNT | |
| Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed. | MISC. CHARGES | |
| | TOTAL CHARGES | |
| | LESS INSURANCE | |
| | SALES TAX | |
| CUSTOMER SIGNATURE | PLEASE PAY THIS AMOUNT | |
| REPAIR COMPLETION DATE    NOTIFIED OF COMPLETION    DATE RELEASED | | |

CUSTOMER COPY

A00176

```
         147250              3 8 6 2 6         LAZY DAYS R.V. SUPERCENTER
DOUGLAS HOLLOWAY                *INVOICE*         SEFFNER, FLORIDA 33584
DOUGLAS HOLLOWAY                                   6130 LAZY DAYS BLVD.
2121 PLEASANT VALLEY ROAD       DUPLICATE 2            (813) 246-4555
NEWARK, DE 19702                PAGE 3
HOME: 302-738-0864 BUS: 302-521-5019                Motor Vehicle Repair Registration # MV-10691
                                SERVICE ADVISOR:  1803 CHARLES KURTZ
```

| STK NO | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 14493/14493 | T7572 |

| DEL DATE | PROD. DATE | WARR. EXP | PROMISED | PO NO | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | 18:00 11AUG04 | | 0.00 | CASH | 24AUG2004 |

```
   R.O. OPENED       READY       OPTIONS:  STK:B32711  ENG:CUMMINS  TRN:350D
                                 AXL:04162082408840 1800870
08:09 07JUL04   15:56 24AUG04
LINE OP(CODE TECH TYPE HOURS                         LIST       NET      TOTAL
G** RECHECK ADJUSTMENT OF STORAGE DOOR ON PASSENGER'S SIDE, STICKING
    OUT TOO FAR
    MISC NOTE FOR FILE
        9992  IB5    0.00                                                (N/C)
PARTS:    0.00  LABOR:      0.00  OTHER:      0.00  TOTAL LINE G:         0.00

    *********************************************************
H** REMOVE COMPOUND FROM STORAGE DOOR HANDLES AND ENTRY DOOR HANDLE AND
    BUFF OUT DULL AREAS
    MISC SUBLET TO SUNDIAL
        9992  IHD7   0.00                                                (N/C)
SUBL SUNDIAL PO#86033 INV#421427
              IHD7                                                       (N/C)
PARTS:    0.00  LABOR:      0.00  OTHER:      0.00  TOTAL LINE H:         0.00

    *********************************************************
```

| REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY | DESCRIPTION | TOTALS |
|---|---|---|
| LIMITED WARRANTY: The only warranties applying to the part(s) installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS. | LABOR AMOUNT | 4504.50 |
| | PARTS AMOUNT | 824.63 |
| | GAS, OIL, LUBE | 0.00 |
| | SUBLET AMOUNT | 187.50 |
| Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed. | MISC. CHARGES | 623.20 |
| | TOTAL CHARGES | 6139.83 |
| | LESS INSURANCE | 0.00 |
| | SALES TAX | 429.80 |
| CUSTOMER SIGNATURE | PLEASE PAY THIS AMOUNT | 6569.63 |
| REPAIR COMPLETION DATE       NOTIFIED OF COMPLETION       DATE RELEASED | | |

CUSTOMER COPY

A00177

# 18. Repair Invoice Dated:
## 10-7-04 to 1-19-05

A00178

```
              147250                    47232        LAZY DAYS R.V. SUPERCENTER
DOUGLAS HOLLOWAY                        INVOICE         SEFFNER, FLORIDA 33584
DOUGLAS HOLLOWAY                                         6130 LAZY DAYS BLVD.
2121 PLEASANT VALLEY ROAD                                    (813) 246-4555
NEWARK, DE 19702                        PAGE 1
HOME: 302-738-0864 BUS: 302-521-5019                  Motor Vehicle Repair Registration # MV-10691
                                     SERVICE ADVISOR: 1803 CHARLES KURTZ
```

| STK.NO. | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 4585/4585 | T1328 |

| DEL.DATE | PROD. DATE | WARR. EXP | PROMISED | PO NO. | RATE | PAYMENT | INV DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | 18:00 09DEC04 | | 0.00 | CASH | 19JAN2005 |

| R.O. OPENED | READY | OPTIONS: STK:B32711 ENG:CUMMINS TRN:350D |
|---|---|---|
| 13:13 07OCT04 | 10:46 19JAN05 | AXL:04162082408840180870 |

```
LINE OPCODE TECH TYPE HOURS                                   LIST       NET      TOTAL
A CUST.STATES: ROOF LEAKING WATER FRONT TO REAR, HAS WATER STAINS AND
              DAMAGE THROUGHOUT
  CAUSE: ?
       MISC SEE STORY
            9010    WHS   6.00                                                    (N/C)
        8 7410 WHITE SELF LEVELING                                                (N/C)
        2 7534 PAINT BRUSH 2"                                                     (N/C)
        8 7410 WHITE SELF LEVELING                                                (N/C)
        5 CC/20454 CLEARANCE LIGHT                                                (N/C)
        5 16986 #59 RED CLEARANCE LIGHT                                           (N/C)
       50 CC/08347 INSERT TRIM,ACCESS DOOR                                        (N/C)
        3 7286 SILICONE,CLEAR,3OZ                                                 (N/C)
        4 7286 SILICONE,CLEAR,3OZ                                                 (N/C)

PARTS:    0.00   LABOR:    0.00   OTHER:    0.00   TOTAL LINE A:        0.00

2223 SEALANT 6.0 REMOVE REFER VENT COVER AND FANTASTIC VENT COVE AND
CLEAN OFF ALL ROOF SEALANT FROM FRONT TO BACK PREP AND RESEAL ROOF
COMPLETE CLEAN AND RESEAL PARTS RETURNED:11/11 10MARKER LIGHTS,AWNING
MOTORS,3AWNING COVERS
          *********************************************
B CUST.STATES: REPLACE ALL STAINED CEILING FABRIC, FROM LIVING ROOM
              INTO BEDROOM
    C10 MONACO TECHS
            6259    WC   0.00                                                    (N/C)
        5 FP/08088 GENERAL TRIM ADHESIVE                                          (N/C)
        1 915-276 324A FOIL TAPE                                                  (N/C)
        5 FP/08088 GENERAL TRIM ADHESIVE                                          (N/C)
        2 44445 SPRAY SOLVENT                                                     (N/C)
        2 FP/08088 GENERAL TRIM ADHESIVE                                          (N/C)
        4 FP/08088 GENERAL TRIM ADHESIVE                                          (N/C)
```

| REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY | DESCRIPTION | TOTALS |
|---|---|---|
| LIMITED WARRANTY: The only warranties applying to the parts installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS. | LABOR AMOUNT | |
| | PARTS AMOUNT | |
| | GAS, OIL, LUBE | |
| | SUBLET AMOUNT | |
| Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed. | MISC. CHARGES | |
| | TOTAL CHARGES | |
| | LESS INSURANCE | |
| | SALES TAX | |
| CUSTOMER SIGNATURE | PLEASE PAY THIS AMOUNT | |
| REPAIR COMPLETION DATE    NOTIFIED OF COMPLETION    DATE RELEASED | | |

CUSTOMER COPY

A00179

```
            147250                      47232        LAZY DAYS R.V. SUPERCENTER
DOUGLAS HOLLOWAY                        INVOICE         SEFFNER, FLORIDA 33584
DOUGLAS HOLLOWAY                                         6130 LAZY DAYS BLVD.
2121 PLEASANT VALLEY ROAD                                    (813) 246-4555
NEWARK, DE 19702                        PAGE 2
HOME: 302-738-0864  BUS: 302-521-5019                Motor Vehicle Repair Registration # MV-10691
                                      SERVICE ADVISOR: 1803 CHARLES KURTZ
```

| STK. NO. | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 4585/4585 | T1328 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | 18:00 09DEC04 | | 0.00 | CASH | 19JAN2005 |

| R.O. OPENED | READY | OPTIONS: STK:B32711 ENG:CUMMINS TRN:350D |
|---|---|---|
| 13:13 07OCT04 | 10:46 19JAN05 | AXL:04162082408840180087O |

```
LINE OPCODE TECH TYPE HOURS                             LIST       NET       TOTAL
MISC 1 2X4 & COMP LINER
            WC                                                               (N/C)
MISC 9 ROWS MICROPINS
            WC                                                               (N/C)
MISC 1 CAN CLEAR COAT
            WC                                                               (N/C)
PARTS:     0.00   LABOR:    0.00   OTHER:   0.00   TOTAL LINE B:              0.00

2223 ROOF LEAK MONACO TECHS 6259 REMOVE ALL CEILING FABRIC CLEAN OFF
OLD FOAM INSTALL NEW FABRIC AND CUT AND INSTALL TRIM AROUND ENTIRE
CEILING AREA
         ******************************************************
 CUST.STATES: DRIVER'S SIDE BEDROOM SLIDE OUT BRINGS WATER INTO COACH
             WHEN CLOSED, AND SOAKS CARPET AT FRONT SIDE OF BED
     MISC MONACO TECHS, SEE STORY
        6259   WHS   0.00                                                    (N/C)
        3 33942 HACKSAW BLADES                                               (N/C)
        2 FP/08088 GENERAL TRIM ADHESIVE                                     (N/C)


PARTS:     0.00   LABOR:    0.00   OTHER:   0.00   TOTAL LINE C:              0.00

2223 SEALS NOT GLUED AND NO DRIP CUPS MONACO TECHS 6255, 6259 REMOVE
AWNING, CHECKED SEALS ALL THE WAY AROUND SLIDE-OUT BOX. FOUND SEALS NOT
GLUED ON BOTH CORNERS REINSTALLED AWNING, WATER TEST, STILL LEAKS.
REMOVE WIPE SEALS INSTALL DRIP CUPS REINSTALL SEALS, MODIFY TRIM TO
CLEAR DRIP PANS REWATER TEST MINIMAL WATER COMING IN WHEN SLIDEOUTS
BROUGHT IN WHICH IS NORMAL WHEN SLIDEOUTS ARE WET AND BROUGHT IN. WATER
THAT IS LEFT ON SLIDEOUT WALLS WILL DRIP
         ******************************************************
 CUST.STATES: DRIVER'S SIDE L/R SLIDE OUT CUTTING CARPET
     MISC MONACO TECHS, SEE STORY
        6259   WHS   0.00                                                    (N/C)
```

| REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY | DESCRIPTION | TOTALS |
|---|---|---|
| LIMITED WARRANTY: The only warranties applying to the parts installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS. | LABOR AMOUNT | |
| | PARTS AMOUNT | |
| | GAS, OIL, LUBE | |
| | SUBLET AMOUNT | |
| Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed. | MISC. CHARGES | |
| | TOTAL CHARGES | |
| | LESS INSURANCE | |
| | SALES TAX | |
| CUSTOMER SIGNATURE | PLEASE PAY THIS AMOUNT | |
| REPAIR COMPLETION DATE      NOTIFIED OF COMPLETION      DATE RELEASED | | |

**CUSTOMER COPY**

A00180

```
         147250                    47232        LAZY DAYS R.V. SUPERCENTER
DOUGLAS HOLLOWAY                   INVOICE          SEFFNER, FLORIDA 33584
DOUGLAS HOLLOWAY                                     6130 LAZY DAYS BLVD.
2121 PLEASANT VALLEY ROAD                               (813) 246-4555
NEWARK, DE 19702                   PAGE 3
HOME: 302-738-0864 BUS: 302-521-5019                Motor Vehicle Repair Registration # MV-10691
                                   SERVICE ADVISOR:  1803 CHARLES KURTZ
```

| STK.NO. | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 4585/4585 | T1328 |

| DEL.DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | 18:00 09DEC04 | | 0.00 | CASH | 19JAN2005 |

| R.O. OPENED | READY | OPTIONS: STK:B32711 ENG:CUMMINS TRN:350D |
|---|---|---|
| 13:13 07OCT04 | 10:46 19JAN05 | AXL:04162082408840180087O |

```
LINE OPCODE TECH TYPE HOURS                            LIST        NET        TOTAL

PARTS:      0.00  LABOR:      0.00  OTHER:      0.00  TOTAL LINE D:           0.00

22223 BLACK PLASTIC NOT HIGH ENOUGH MONACO TECHS 6259 6255 JACK UP L/R
SLIDEOUT REMOVE BLACK PLASTIC INSTALL SHIMS UNDER PLASTIC TO RAISE
SLIDE ADJUST SLIDE AND TEST SEVERAL TIMES OK
      ************************************************
E CUST.STATES: WATER BEING STORED IN CEILING OF COACH IN RAINS. WHEN
          BRAKES ARE APPLIED 1ST TIME AFTER RAIN, APPROX. 2 QUARTS OF
          WATER COME DOWN INSIDE D/S W/SHIELD
     MISC MONACO TECHS, SEE STORY
          6259  WHS  0.00                                              (N/C)


PARTS:      0.00  LABOR:      0.00  OTHER:      0.00  TOTAL LINE E:           0.00

22223 ROOF LEAKS MONACO TECHS 6259, 6255 TOOK TO WATER BAY AND FOUND
WATER LEAK AT D/S WINDSHIELD PILLAR POST. INSPECTED ROOF AND SEALED
CELL ANTENNA ROOF LINE MOLDING TV ANTENNA REWATER TEST FOUND TO STILL
BE LEAKING REMOVE AWINGS AND SCREW COVER INSERT, REMOVE ALL SCREWS AND
ADD SILICONE REINSTALL SCREWS AND AWNINGS, INSTALL NEW SCREWCOVER
INSERT AND SEAL REINSPECT ALL SEALANT ON COACH REWATER TEST WITH
SLIDEOUTS IN FOR 1 HOUR AND TEST WITH SLIDEOUTS OUT FOR 1 HOUR NO LEAKS
AT THIS TIME TEST PAST
      ************************************************
F CUST.STATES: BEDROOM CARPET AT REAR FOOT OF BED ON STEP-UP TO CLOSET,
          IS COMING LOOSE
     MISC MONACO TECHS, SEE STORY
          6255  WC   0.00                                              (N/C)


PARTS:      0.00  LABOR:      0.00  OTHER:      0.00  TOTAL LINE F:           0.00

2223 GLUE TURNED LOOSE MONACO TECHS 6255 FOUND CONTACT CEMENT HAD LET
```

| REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY | DESCRIPTION | TOTALS |
|---|---|---|
| LIMITED WARRANTY: The only warranties applying to the part(s) installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS. | LABOR AMOUNT | |
| | PARTS AMOUNT | |
| | GAS, OIL, LUBE | |
| | SUBLET AMOUNT | |
| Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed. | MISC. CHARGES | |
| | TOTAL CHARGES | |
| | LESS INSURANCE | |
| | SALES TAX | |
| CUSTOMER SIGNATURE | PLEASE PAY THIS AMOUNT | |
| REPAIR COMPLETION DATE     NOTIFIED OF COMPLETION     DATE RELEASED | | |

**CUSTOMER COPY**

A00181

```
              147250              47232        LAZY DAYS R.V. SUPERCENTER
DOUGLAS HOLLOWAY                   INVOICE         SEFFNER, FLORIDA 33584
DOUGLAS HOLLOWAY                                   6130 LAZY DAYS BLVD.
2121 PLEASANT VALLEY ROAD                              (813) 246-4555
NEWARK, DE 19702                   PAGE 4
HOME: 302-738-0864 BUS: 302-521-5019                Motor Vehicle Repair Registration # MV-10691
                                   SERVICE ADVISOR: 1803 CHARLES KURTZ
```

| STK. NO. | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 4585/4585 | T1328 |

| DEL DATE | PROD DATE | WARR EXP | PROMISED | PO NO. | RATE | PAYMENT | INV DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | 18:00 09DEC04 | | 0.00 | CASH | 19JAN2005 |

| R.O. OPENED | READY | OPTIONS: STK:B32711 ENG:CUMMINS TRN:350D |
|---|---|---|
| 13:13 07OCT04 | 10:46 19JAN05 | AXL:04162082408840180087O |

```
LINE OPCODE TECH TYPE HOURS                               LIST      NET    TOTAL
LOOSE INSTALLED STAPLES TESTED GOOD
      **************************************************
 CUST.STATES: DRIVER'S SIDE LIVING ROOM SOFA CUSHIONS SLIDE ONTO FLOOR
      WHEN BEING USED. PLEASE ATTACH TO BOTTOM OF SOFA SOMEHOW TO
      PREVENT SLIPPING
   MISC SUBLET TO WADE
       9998  WHS  0.00                                                    (N/C)

SUBL WADE ENTERPRISES PO#90072 INV#20462
             WHS                                                          (N/C)
PARTS:  0.00  LABOR:   0.00  OTHER:   0.00   TOTAL LINE G:                0.00

2223
      **************************************************
 CUST.STATES: STILL LEAKING DIESEL FUEL ONTO GENSET EXHAUST AFTER
      COACH IS FILLED. SEE SONNY MUNTER
   MISC MONACO TECHS, SEE STORY
       6259  WT   0.00                                                    (N/C)

PARTS:  0.00  LABOR:   0.00  OTHER:   0.00   TOTAL LINE H:                0.00

2223 OIL BLOW BY FROM GENERATOR MONACO TECHS 6259 CHECK SYSTEM FOUND
BOTTOM OF GENERATOR WET WITH OIL CHECK OIL LEVEL FOUND TO BE 1 QUART
LOW WENT TO CHECK BLOW BY TUBE AND UPON GAINING ACCESS TO TUBE NOTICED
THAT GEN SERVICE DOOR COULD NOT OPEN DUE TO BOLT WELDED TO FRAME
MODIFIED BOLT SO THAT SERVICE DOOR WILL NOW OPEN THIS WILL ALLOW
CUSTOMER ACCESS TO HAVING GEN SERVICE PREFORMED GEN HAS 952 HOURS AND
APPEARS TO NEVER HAD A OIL& FILTER CHANGE DUE TO THIN OIL EXCESSIVE
FLOW OF OIL THRU TUBE IT IS HITTING GEN EXHAUST UPON HAVING GEN
SERVICED IT SHOULD CURE CUSTOMERS COMPLAINT FOUND BLOWBY TUBE WET WITH
OIL. DETERMINED LEAK
      **************************************************
```

| REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY | DESCRIPTION | TOTALS |
|---|---|---|
| LIMITED WARRANTY: The only warranties applying to the part(s) installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO ME, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS. Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hrs, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that the work has not been adequately performed. | LABOR AMOUNT | |
| | PARTS AMOUNT | |
| | GAS, OIL, LUBE | |
| | SUBLET AMOUNT | |
| | MISC. CHARGES | |
| | TOTAL CHARGES | |
| | LESS INSURANCE | |
| | SALES TAX | |
| CUSTOMER SIGNATURE | PLEASE PAY THIS AMOUNT | |
| REPAIR COMPLETION DATE   NOTIFIED OF COMPLETION   DATE RELEASED | | |

CUSTOMER COPY

A00182

147250    47232    **LAZY DAYS R.V. SUPERCENTER**
                            SEFFNER, FLORIDA 33584
DOUGLAS HOLLOWAY       INVOICE      6130 LAZY DAYS BLVD.
DOUGLAS HOLLOWAY                    (813) 246-4555
2121 PLEASANT VALLEY ROAD
NEWARK, DE 19702        PAGE 5       *Motor Vehicle Repair Registration # MV-10691*
HOME: 302-738-0864  BUS: 302-521-5019
                       SERVICE ADVISOR:  1803 CHARLES KURTZ

| STK. NO. | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 4585/4585 | T1328 |

| DEL DATE | PROD. DATE | WARR EXP | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | 18:00 09DEC04 | | 0.00 | CASH | 19JAN2005 |

| R.O. OPENED | READY | OPTIONS: STK:B32711 ENG:CUMMINS TRN:350D |
|---|---|---|
| 13:13 07OCT04 | 10:46 19JAN05 | AXL:04162082408840180087O |

LINE OPCODE TECH TYPE HOURS                              LIST      NET      TOTAL
I CUST.STATES: FUEL IS FORCED OUT OF BOTH SIDES FUEL FILLS WHEN BEING
             FUELED
    MISC SEE STORY
         6259    WT    0.00                                               (N/C)


PARTS:    0.00   LABOR:    0.00   OTHER:    0.00   TOTAL LINE I:    0.00

22223 CHECK ALL LINES AND HOSES TO SEE IF LEAKING FOUND NO SIGNS OF
LEAKING HAD TECH 6254 FILL COACH WITH DEISEL NO PROBLEM FOUND
     ***********************************************
J CUST.STATES: COACH HAS EXTREMELY HARD RIDE. HITS BUMPS TOO HARD AND
             IS UNCOMFORTABLE
    MISC SEE STORY
         6259    WT    0.00                                               (N/C)


PARTS:    0.00   LABOR:    0.00   OTHER:    0.00   TOTAL LINE J:    0.00

22223 RIDE HEIGHT SLIGHTLY OFF MONACO TECHS 6259 CHECK ALL SHOCKS AIR
BAGS FOUND RIDE HEIGHT OFF IN FRONT BY .5" AT 9.5 SET TO 10" TEST DROVE
COACH RIDES GOOD HAD SLIGHT TIRE VIBRATION
     ***********************************************
K CUST.STATES: DASH OIL GAUGE IS REACTING TO TACHOMETER. SEEMS TO
             COINCIDE WITH MOVEMENT OF TACH NEEDLE
    MISC MONACO TECHS, SEE STORY
         6259    WHS   0.00                                               (N/C)


PARTS:    0.00   LABOR:    0.00   OTHER:    0.00   TOTAL LINE K:    0.00

22223 NO PROBLEM FOUND MONACO TECHS 6259 CHECK SYSTEM DISCONNECT TACH
SIGNAL WIRE VERIFY OIL PRESSURE GUAGE RAISES WHEN ENGINED REVED,
RECONNECT TACH AND DISCONNECT OIL PRESSURE GAUGE NO DIFFERENT COACH

REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

LIMITED WARRANTY: The only warranties applying to the parts installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OR MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS.

Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed.

CUSTOMER SIGNATURE
REPAIR COMPLETION DATE        NOTIFIED OF COMPLETION        DATE RELEASED

**CUSTOMER COPY**

A00183

```
            147250                  47232        LAZY DAYS R.V. SUPERCENTER
 DOUGLAS HOLLOWAY                   INVOICE         SEFFNER, FLORIDA 33584
 DOUGLAS HOLLOWAY                                    6130 LAZY DAYS BLVD.
 2121 PLEASANT VALLEY ROAD                              (813) 246-4555
 NEWARK, DE 19702                   PAGE 6
 HOME: 302-738-0864 BUS: 302-521-5019                Motor Vehicle Repair Registration # MV-10691
                                    SERVICE ADVISOR: 1803 CHARLES KURTZ
```

| STK. NO. | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 4585/4585 | T1328 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | 18:00 09DEC04 | | 0.00 | CASH | 19JAN2005 |

| R.O. OPENED | READY | OPTIONS: STK:B32711 ENG:CUMMINS TRN:350D |
|---|---|---|
| 13:13 07OCT04 | 10:46 19JAN05 | AXL:04162082408840180O0870 |

```
LINE OPCODE TECH TYPE HOURS                              LIST      NET      TOTAL
OPERATING AS PER DESIGN OIL PRESSURE DOES RAISE WHEN ENGINE REVED DO TO
MORE VOLUME OF OIL MOVING, CHECK OTHER COACHES ALL REACT THE SAME
         *********************************************************
L CUST.STATES: ENTRY DOOR VERY HARD TO CLOSE. MUST SLAM HARD
     MISC MONACO TECHS, SEE STORY
         6259   WHS    0.00                                                 (N/C)


PARTS:      0.00  LABOR:      0.00  OTHER:      0.00  TOTAL LINE L:         0.00

22223 NO PROBLEM FOUND COULD NOT DUPLICATE MONACO TECHS 6259 TEST DOOR
SEVERAL TIMES, DOOR OPENS AND CLOSES EASILY
         *********************************************************
M CUST.STATES: ENTRY DOOR AWNING IS INOP
     MISC MONACO TECHS, SEE STORY
         6259   WHS    0.00                                                 (N/C)
       1 NC/R001039 MOTOR                                                   (N/C)


PARTS:      0.00  LABOR:      0.00  OTHER:      0.00  TOTAL LINE M:         0.00

22223 MOTOR FULL OF WATER MONACO TECHS 6259 GET AWNING OPEN TO ACCESS
SCREWS REMOVE AWNING R&R MOTOR REINSTALL ALL AND TEST OK
         *********************************************************
N CUST.STATES: DRIVER'S SIDE SLIDE OUT DOESN'T FIT TIGHT WHEN CLOSED.
     HAS GAPS ALL AROUND. OTHERS FIT TIGHT
     MISC MONACO TECHS, SEE STORY
         6255   WHS    0.00                                                 (N/C)


PARTS:      0.00  LABOR:      0.00  OTHER:      0.00  TOTAL LINE N:         0.00

22223 COULD NOT DUPLICATE MONACO TECH 6255 CRANKED UP COACH BROUGHT TO
AIR RIDE HEIGHT RAN SLIDE OUT SEVERAL TIMES, SLIDE OUT SEALED AND DOES
```

REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

LIMITED WARRANTY: The only warranties applying to the parts installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS.

Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed.

CUSTOMER SIGNATURE
REPAIR COMPLETION DATE        NOTIFIED OF COMPLETION        DATE RELEASED

CUSTOMER COPY

A00184

```
                147250                    47232        LAZY DAYS R.V. SUPERCENTER
DOUGLAS HOLLOWAY                         INVOICE           SEFFNER, FLORIDA 33584
DOUGLAS HOLLOWAY                                             6130 LAZY DAYS BLVD.
2121 PLEASANT VALLEY ROAD                                      (813) 246-4555
NEWARK, DE 19702                          PAGE 7
HOME: 302-738-0864 BUS: 302-521-5019                    Motor Vehicle Repair Registration # MV-10691
                                    SERVICE ADVISOR:   1803 CHARLES KURTZ
```

| STK NO | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 4585/4585 | T1328 |

| DEL DATE | PROD DATE | WARR EXP | PROMISED | PO NO | RATE | PAYMENT | INV DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | 18:00 09DEC04 | | 0.00 | CASH | 19JAN2005 |

| R.O. OPENED | READY | OPTIONS: STK:B32711 ENG:CUMMINS TRN:350D |
|---|---|---|
| | | AXL:04162082408840180087O |
| 13:13 07OCT04 | 10:46 19JAN05 | |

```
LINE OPCODE TECH TYPE HOURS                                LIST        NET       TOTAL
NOT LEAK. APPLIED SILICONE TO SLIDEOUT SEALS TESTED AGAIN COULD NOT
DUPLICATE CUSTOMERS COMPLAINT
          ****************************************************
O CUST.STATES: SMALL COMPARTMENT ON PASS. SIDE BEHIND REAR WHEEL FILLS
        TO 3" OF WATER IN RAINS
     MISC SEE STORY
          6259   WHS   0.00                                                       (N/C)


PARTS:     0.00    LABOR:      0.00    OTHER:       0.00    TOTAL LINE O:          0.00


2223 OUT OF ADJUSTMENT MONACO TECHS 6259 ADJUST DOOR TO FIT TIGHT
AGAINST SEAL WATER TEST AND SMOKE TEST NO LEAKS FOUND
          ****************************************************
P CUST.STATES: 2 GALLEY DRAWERS COME OPEN ON ROAD CONTINUALLY. TRAVEL
        LOCKS WILL NOT HOLD (AS MARKED)
     MISC MONACO TECHS, SEE STORY
          6255   WHS   0.00                                                       (N/C)
       4  29539  CATCH ASSY 2-PC BLACK                                            (N/C)
       2  29539  CATCH ASSY 2-PC BLACK                                            (N/C)


PARTS:     0.00    LABOR:      0.00    OTHER:       0.00    TOTAL LINE P:          0.00


2223 COACH BOUNCES AND DRAWERS UNLATCH MONACO TECHS 6255, 6259 REMOVE
DRAWERS AND INSTALL SHIMS AND INSTALL SOUTHCO LATCHES REMOVE STOVE TO
ACCESS TOP DRAWER AND INSTALL LATCH REINSTALL STOVE PERFORM LP SAFETY
CHECK 8 IN. WC FOR 3 MINUTES BUBBLE CHECK FITTING
          ****************************************************
Q CUST.STATES: STILL CANNOT RETRIEVE AWNING STRAPS FROM SLIDE AWNINGS.
        CONTINUE TO ROLL UP INSIDE, AND MUST USE LADDER TO OPEN
     S181 MONACO TECHS
          6259   WHS   0.00                                                       (N/C)
       3  R022406-008  PULL STRAP,XL W/AWN                                        (N/C)
```

| REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY | DESCRIPTION | TOTALS |
|---|---|---|
| LIMITED WARRANTY: The only warranties applying to the parts installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS. | LABOR AMOUNT | |
| | PARTS AMOUNT | |
| | GAS, OIL, LUBE | |
| | SUBLET AMOUNT | |
| Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed. | MISC. CHARGES | |
| | TOTAL CHARGES | |
| | LESS INSURANCE | |
| | SALES TAX | |
| CUSTOMER SIGNATURE | PLEASE PAY THIS AMOUNT | |
| REPAIR COMPLETION DATE   NOTIFIED OF COMPLETION   DATE RELEASED | | |

**CUSTOMER COPY**

A00185

```
         147250                      47232        LAZY DAYS R.V. SUPERCENTER
DOUGLAS HOLLOWAY                     INVOICE         SEFFNER, FLORIDA 33584
DOUGLAS HOLLOWAY                                      6130 LAZY DAYS BLVD.
2121 PLEASANT VALLEY ROAD                                (813) 246-4555
NEWARK, DE 19702                     PAGE 8
HOME: 302-738-0864  BUS: 302-521-5019                Motor Vehicle Repair Registration # MV-10691
                                     SERVICE ADVISOR: 1803 CHARLES KURTZ
```

| STK. NO. | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 4585/4585 | T1328 |

| DEL DATE | PROD. DATE | WARR. EXP | PROMISED | P.O. NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | 18:00 09DEC04 | | 0.00 | CASH | 19JAN2005 |

| R.O. OPENED | READY | OPTIONS: STK:B32711 ENG:CUMMINS TRN:350D |
|---|---|---|
| 13:13 07OCT04 | 10:46 19JAN05 | AXL:0416208240884018008T0 |

```
LINE OPCODE TECH TYPE HOURS                              LIST        NET       TOTAL
       1 NC/V1096JB24A1 CASE KIT 96IN                                           (N/C)
       1 NC/V1093JB16A1 CASE KIT 93IN                                           (N/C)
       1 NC/V1147JB30A1 CASE KIT 147IN                                          (N/C)
       MISC PER R. DREIER
          6259   IH7   0.00                                                     (N/C)
       1 FRT FREIGHT                                                            (N/C)


PARTS:      0.00  LABOR:      0.00   OTHER:      0.00   TOTAL LINE Q:      0.00

22223 CAREFREE ISSUE MONACO TECHS 6259 REPLACE AWNING COVERS WITH
UPGRADE COVERS TEST \OK
       ************************************************************
R CUST.STATES: DRIVER'S SIDE STORAGE DOORS DO NOT LINE UP, AND ALL HAVE
       GAPS WHEN CLOSED
       MISC SEE STORY
          1261   WB3   0.40                                                     (N/C)


PARTS:      0.00  LABOR:      0.00   OTHER:      0.00   TOTAL LINE R:      0.00

22223 OUT OF ADJUSTMENT AND FENDER BRACKET LOOSE 2.0 1261 ADJUST DOORS
TO HAVE EVEN GAPS, RESECURE BRACKET ON FRONT FENDER, GAPS ON FENDERS
CANNOT BE SAME AS DOORS DO TO FENDERS NOT BEING ABLE TO BE MOVED
       ************************************************************
S CUST.STATES: SMALL COMPARTMENT DOOR ON PASS.SIDE BEHIND REAR TIRE HAS
       RIPPLES IN DOOR UNDER PAINT
       MISC SEE STORY
          1261   WB3   4.00                                                     (N/C)
       1 SP/3345663 #15 COMP DOOR                                               (N/C)
       MISC PER R. DREIER
          1261   IH7   0.00                                                     (N/C)
       1 FRT FREIGHT                                                            (N/C)
```

| REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY | DESCRIPTION | TOTALS |
|---|---|---|
| LIMITED WARRANTY: The only warranties applying to the parts installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS. | LABOR AMOUNT | |
| | PARTS AMOUNT | |
| | GAS, OIL, LUBE | |
| | SUBLET AMOUNT | |
| Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed. | MISC. CHARGES | |
| | TOTAL CHARGES | |
| | LESS INSURANCE | |
| | SALES TAX | |
| CUSTOMER SIGNATURE | PLEASE PAY THIS AMOUNT | |
| AIR COMPLETION DATE    NOTIFIED OF COMPLETION    DATE RELEASED | | |

**CUSTOMER COPY**

A00186

```
        147250                    47232      LAZY DAYS R.V. SUPERCENTER
                                                SEFFNER, FLORIDA 33584
DOUGLAS HOLLOWAY                  INVOICE         6130 LAZY DAYS BLVD.
DOUGLAS HOLLOWAY                                     (813) 246-4555
2121 PLEASANT VALLEY ROAD
NEWARK, DE 19702                  PAGE 9     Motor Vehicle Repair Registration # MV-10691
HOME: 302-738-0864 BUS: 302-521-5019
                                  SERVICE ADVISOR:  1803  CHARLES KURTZ
```

| STK NO. | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 4585/4585 | T1328 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | P.O. NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | 18:00 09DEC04 | | 0.00 | CASH | 19JAN2005 |

```
       R.O. OPENED           READY        OPTIONS:  STK:B32711 ENG:CUMMINS TRN:350D
                                          AXL:04162082408840180087Q
13:13  07OCT04          10:46  19JAN05
LINE OPCODE TECH TYPE HOURS                               LIST        NET        TOTAL

MISC PAINT & MATERIALS
              WB                                                                 (N/C)
PARTS:    0.00    LABOR:    0.00    OTHER:    0.00    TOTAL LINE S:               0.00

22223 UNK. 4.0 WAITING ON DOOR TO BE SHIPPED
       ***********************************************************
T CUST.STATES: PASSENGER'S SIDE REPLACED STORAGE DOORS DON'T LINE UP
       AND DON'T FIT EVENLY
    MISC MONACO TECHS, SEE STORY
       6259  IB5  0.00                                                           (N/C)
PARTS:    0.00    LABOR:    0.00    OTHER:    0.00    TOTAL LINE T:               0.00

22223 OUT OF ADJUSTMENT MONACO TECHS 6259 ADJUST DOORS AS NEEDED AND NO
PROBLEM FOUND WITH FIT OF DOORS
       ***********************************************************
U STRIPES ON PASS.SIDE #2 & #3 STORAGE DOORS DO NOT LINE UP (AS MARKED)
CAUSE:
    MISC SEE JOB AC PER R. DREIER
       1261  WB3  0.00                                                           (N/C)


MISC PAINT & MATERIALS
              WB                                                                 (N/C)
PARTS:    0.00    LABOR:    0.00    OTHER:    0.00    TOTAL LINE U:               0.00

22223 HINGE 6.5 1261 REPLACE HINGE AS NEEDED AND PAINTED 2,3 COMP. DOOR
STRIPE AS NEEDED ALSO REPAIRED 2 COMP DOOR PAINT PEELED AS NEEDED AND
ADJUSTED 1 COMP. DOOR FROM HITTING 2 COMP. AS NEEDED SANDED PAINT
PEELING PAINT ABOVE 3,4 COMP.
       ***********************************************************
V CUST.STATES: GENSET DOOR DOESN'T FIT FLUSH TO BODY WHEN CLOSED
    MISC SEE STORY
       1261  WB3  2.00                                                           (N/C)
```

| REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY | DESCRIPTION | TOTALS |
|---|---|---|
| LIMITED WARRANTY: The only warranties applying to the parts installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS. | LABOR AMOUNT | |
| | PARTS AMOUNT | |
| | GAS, OIL, LUBE | |
| | SUBLET AMOUNT | |
| Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed. | MISC. CHARGES | |
| | TOTAL CHARGES | |
| | LESS INSURANCE | |
| | SALES TAX | |
| CUSTOMER SIGNATURE | PLEASE PAY THIS AMOUNT | |
| REPAIR COMPLETION DATE    NOTIFIED OF COMPLETION    DATE RELEASED | | |

CUSTOMER COPY

A00187

```
       147250                    47232        LAZY DAYS R.V. SUPERCENTER
DOUGLAS HOLLOWAY                  INVOICE        SEFFNER, FLORIDA 33584
DOUGLAS HOLLOWAY                                   6130 LAZY DAYS BLVD.
2121 PLEASANT VALLEY ROAD                             (813) 246-4555
NEWARK, DE 19702                  PAGE 10
HOME: 302-738-0864 BUS: 302-521-5019                 Motor Vehicle Repair Registration # MV-10691
                                  SERVICE ADVISOR:  1803 CHARLES KURTZ
```

| STK.NO. | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 4585/4585 | T1328 |

| DEL.DATE | PROD.DATE | WARR.EXP | PROMISED | P.O.NO | RATE | PAYMENT | INV.DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | 18:00 09DEC04 | | 0.00 | CASH | 19JAN2005 |

```
                           OPTIONS:  STK:B32711 ENG:CUMMINS TRN:350D
     R.O. OPENED   READY           AXL:04162082408840180087O
13:13 07OCT04    10:46 19JAN05
LINE OPCODE TECH TYPE HOURS                        LIST       NET      TOTAL


PARTS:   0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE V:          0.00

22223 OUT OF ADJUSTMENT 2.0 1261 ADJUST GEN DOOR AS NEEDED TO FIT FLUSH
                       ***********************************************
W CUST.STATES: LARGE BUBBLE IN BLACK STRIPE OF GENSET DOOR (AS MARKED)
     MISC SEE JOB X
           1261  WHS  0.00                                           (N/C)
           9992  WHS  0.00                                           (N/C)
                      0.00                                           (N/C)


PARTS:   0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE W:          0.00


                       ***********************************************
X CUST.STATES: FRONT CAP ON BOTH SIDES OF GENSET DOOR, ABOVE H/LIGHTS,
       HAVE INDENTATIONS AND PAING DOESN'T MATCH GENSET DOOR
     MISC SEE STORY
           1261  WB3 18.00                                           (N/C)

SUBL NEW AGE AUTO ART PO 47232 INV 229828
                      WB                                             (N/C)
MISC PAINT & MATERIALS
                      WB                                             (N/C)
MISC PAINT & MATERIALS
                      WB                                             (N/C)
PARTS:   0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE X:          0.00

22223 UNK 18.0 GRIND,FILL,SAND,PAINT AS NEEDED FOR REPAIR
                       ***********************************************
  2 PAINT RUNS IN PASS. SIDE #4 & #5 STORAGE DOORS
     MISC SEE STORY
```

| REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY | DESCRIPTION | TOTALS |
|---|---|---|
| LIMITED WARRANTY: ... | LABOR AMOUNT | |
| | PARTS AMOUNT | |
| | GAS, OIL, LUBE | |
| | SUBLET AMOUNT | |
| | MISC. CHARGES | |
| | TOTAL CHARGES | |
| | LESS INSURANCE | |
| | SALES TAX | |
| CUSTOMER SIGNATURE | PLEASE PAY THIS AMOUNT | |
| FAIR COMPLETION DATE    NOTIFIED OF COMPLETION    DATE RELEASED | | |

**CUSTOMER COPY**

A00188