```
       147250                    47232        LAZY DAYS R.V. SUPERCENTER
                                                  SEFFNER, FLORIDA 33584
DOUGLAS HOLLOWAY                 INVOICE           6130 LAZY DAYS BLVD.
DOUGLAS HOLLOWAY                                     (813) 246-4555
2121 PLEASANT VALLEY ROAD
NEWARK, DE 19702                 PAGE 11
HOME: 302-738-0864 BUS: 302-521-5019                Motor Vehicle Repair Registration # MV-10691
                                 SERVICE ADVISOR:   1803 CHARLES KURTZ
```

| STK NO | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 4585/4585 | T1328 |
| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | P.O. NO. | RATE | PAYMENT | INV. DATE |
| 10FEB2004 | | | 18:00 09DEC04 | | 0.00 | CASH | 19JAN2005 |
| R.O. OPENED | READY | OPTIONS: STK:B32711 ENG:CUMMINS TRN:350D |
| | | AXL:04162082408840180087O |
| 13:13 07OCT04 | 10:46 19JAN05 | |

```
LINE OPCODE TECH TYPE HOURS                            LIST        NET       TOTAL
              1261  IB5  0.00                                                 (N/C)
PARTS:    0.00   LABOR:    0.00   OTHER:    0.00   TOTAL LINE Y:    0.00

22223 UNK. W/S BUFF
          ************************************************************
Z C.C. SITE #16, 302-521-5019/302-559-1398 RITA CELL,KEYS IN COACH
     MISC SEE STORY
              1261  IHD7 0.00                                                 (N/C)
PARTS:    0.00   LABOR:    0.00   OTHER:    0.00   TOTAL LINE Z:    0.00

22223
          ************************************************************
AA CUST.STATES: FRONT ROOF A.C. DOES NOT KEEP FRONT OF COACH COOL.
     CUST.REQUESTS BEAVER TO CONSIDER REPL.WITH 15K BTU HEAT PUMP
     S181 MONACO TECHS
              6259  WHS  0.00                                                 (N/C)
     1 SP/07011277 A/C 15K                                                    (N/C)
     1 FRT FREIGHT                                                            (N/C)
     1 6408 GASKET 14 X 14                                                    (N/C)

PARTS:    0.00   LABOR:    0.00   OTHER:    0.00   TOTAL LINE AA:   0.00

22223 CUST REQUEST PER ART GREGORY MONACO TECHS 6259 REMOVE OLD AC AND
INSTALL NEW AND TEST OK
          ************************************************************
AB**DR,SIDE REAR BELT MOLDING NEEDS PAINTING
     MISC SEE STORY
              6259  WM   0.00                                                 (N/C)
     10 FW/379055 MLDG-RUBBER W/CHROME TRIM ENGINE
        DR OVERLAY BLACK                                                      (N/C)

PARTS:    0.00   LABOR:    0.00   OTHER:    0.00   TOTAL LINE AB:   0.00
```

REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

LIMITED WARRANTY: The only warranties applying to the parts installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS.

Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed.

CUSTOMER SIGNATURE _____

REPAIR COMPLETION DATE _____ NOTIFIED OF COMPLETION _____ DATE RELEASED _____

CUSTOMER COPY

A00189

| | | 147250 | | 47232 | | **LAZY DAYS R.V. SUPERCENTER** |
|---|---|---|---|---|---|---|

DOUGLAS HOLLOWAY
DOUGLAS HOLLOWAY
2121 PLEASANT VALLEY ROAD
NEWARK, DE 19702
HOME: 302-738-0864 BUS: 302-521-5019

INVOICE

PAGE 12

SERVICE ADVISOR:

SEFFNER, FLORIDA 33584
6130 LAZY DAYS BLVD.
(813) 246-4555

*Motor Vehicle Repair Registration # MV-10691*

1803 CHARLES KURTZ

| STK.NO. | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 4585/4585 | T1328 |

| DEL.DATE | PROD.DATE | WARR.EXP | PROMISED | P.O.NO. | RATE | PAYMENT | INV.DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | 18:00 09DEC04 | | 0.00 | CASH | 19JAN2005 |

| R.O. OPENED | READY | OPTIONS: STK:B32711 ENG:CUMMINS TRN:350D |
|---|---|---|
| 13:13 07OCT04 | 10:46 19JAN05 | AXL:04162082408840180O870 |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|

22223 BELT MOLDING COMING LOOSE MONACO TECHS 6259 RESECURE BELT MOLDING
AND REPLACE MOLDING COVER WITH NEW COVER SUPPLIED BY MONACO SENT TO
PAINT TO BE REPAINTED
         ************************************************
AC**CUST.STATES: PASS.SIDE STOR DOOR UNDER SLIDE HAS BROKEN HINGE
CAUSE:
    MISC SEE STORY
         1261  WB3  9.00                                              (N/C)


MISC PAINT & MATERIALS
         WB                                                           (N/C)
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE AC:         0.00

22223 UNK 9.0 1261 REPLACED AS NEEDED AND LINED COMPS. AND REPAINT
COMP. DOORS FOR STRIPES TO LINE UP AS NEEEDED
         ************************************************
AD**CUST.STATES: STRIPES DONT'T LINE UP ON STOR DOOR W/BROKEN HINGE AND
         ONE BEHIND, SEE MICHAEL PRATT
    MISC SEE LINE AC
         1261  WB3  0.00                                              (N/C)


PARTS:    0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE AD:         0.00

22223 SEE LINE AC
         ************************************************
AE**CUST.STATES: BELT LINE MOLDING ON DRIVER'S SIDE, REPLACED BY MONACO
         TECHS, NEEDS TO BE PAINTED TO MATCH
    MISC SEE STORY
         1261  WB3  6.00                                              (N/C)


MISC PAINT & MATERIALS

**REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY**

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

LIMITED WARRANTY: The only warranties applying to the parts installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS.

Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed.

CUSTOMER SIGNATURE
REPAIR COMPLETION DATE        NOTIFIED OF COMPLETION        DATE RELEASED

**CUSTOMER COPY**

A00190

```
         147250                    47232      LAZY DAYS R.V. SUPERCENTER
DOUGLAS HOLLOWAY                   INVOICE       SEFFNER, FLORIDA 33584
DOUGLAS HOLLOWAY                                   6130 LAZY DAYS BLVD.
2121 PLEASANT VALLEY ROAD                              (813) 246-4555
NEWARK, DE 19702                   PAGE 13
HOME: 302-738-0864 BUS: 302-521-5019           Motor Vehicle Repair Registration # MV-10691
                                 SERVICE ADVISOR: 1803 CHARLES KURTZ
```

| STK NO. | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 4585/4585 | T1328 |

| DEL DATE | PROD DATE | WARR EXP | PROMISED | P.O. NO. | RATE | PAYMENT | INV DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | 18:00 09DEC04 | | 0.00 | CASH | 19JAN2005 |

```
                              OPTIONS:  STK:B32711 ENG:CUMMINS TRN:350D
                              AXL:04162082408840180087O
R.O. OPENED         READY
13:13 07OCT04   10:46 19JAN05
LINE OPCODE TECH TYPE HOURS                     LIST      NET      TOTAL
                     WB                                            (N/C)
PARTS:    0.00   LABOR:   0.00   OTHER:   0.00   TOTAL LINE AE:    0.00

22223 REPAIRED 6.0 SAND ,PAINT 3 COLORS AND CLEARED AS NEEDED
      ******************************************************
AF**MAKE TRIM FOR AROUND CELING
    MISC SEE STORY
         2620    WC 10.00                                          (N/C)
      1 58184 MASKING TAPE 2", EACH                                (N/C)


MISC CHERRY SOLIDS & PLYS SAND STAIN FINISH SHOP SUPPLIES
                WC                                                 (N/C)
PARTS:    0.00   LABOR:   0.00   OTHER:   0.00   TOTAL LINE AF:    0.00

22223 (2620)10.4 CUT AND STAIN AND FINISK 160 FEET OF CHERRY TRIM
      ******************************************************
AG**MUD FLAP DAMAGED
    S181 MONACO TECHS
         6000    WM  0.00                                          (N/C)
      1 SP/03212862 MUDFLAP LOGO                                   (N/C)
      1 SP/01806620 MUD FLAP RUBBER                                (N/C)
      1 FRT FREIGHT                                                (N/C)


PARTS:    0.00   LABOR:   0.00   OTHER:   0.00   TOTAL LINE AG:    0.00

22223 DAMAGED MUD FLAP MONACO TECH 6117 6142 R AND R NEW MUDFLAP.
TESTED WORKS OK
      ******************************************************
AH**CLEAN REFER AND FULL INTERIOR CLEAN
    MISC SUBLET TO SUNDIAL
         9998    IHD7  0.00                                        (N/C)
SUBL SUNDIAL PO#94906 INV#429527
```

| REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY | DESCRIPTION | TOTALS |
|---|---|---|
| LIMITED WARRANTY: The only warranties applying to the parts installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS. | LABOR AMOUNT | |
| | PARTS AMOUNT | |
| | GAS, OIL, LUBE | |
| | SUBLET AMOUNT | |
| Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours, if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed. | MISC. CHARGES | |
| | TOTAL CHARGES | |
| | LESS INSURANCE | |
| | SALES TAX | |
| CUSTOMER SIGNATURE | PLEASE PAY THIS AMOUNT | |
| REPAIR COMPLETION DATE    NOTIFIED OF COMPLETION    DATE RELEASED | | |

**CUSTOMER COPY**

A00191

```
   147250                        4 7 2 3 2    LAZY DAYS R.V. SUPERCENTER
                                                SEFFNER, FLORIDA 33584
DOUGLAS HOLLOWAY                   INVOICE       6130 LAZY DAYS BLVD.
DOUGLAS HOLLOWAY                                    (813) 246-4555
2121 PLEASANT VALLEY ROAD
NEWARK, DE 19702                   PAGE 14    Motor Vehicle Repair Registration # MV-10691
HOME: 302-738-0864 BUS: 302-521-5019
                              SERVICE ADVISOR:  1803 CHARLES KURTZ
```

| STK.NO | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 4585/4585 | T1328 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | 18:00 09DEC04 | | 0.00 | CASH | 19JAN2005 |

| R.O. OPENED | READY | OPTIONS: STK:B32711 ENG:CUMMINS TRN:350D |
|---|---|---|
| 13:13 07OCT04 | 10:46 19JAN05 | AXL:04162082408840180087O |

```
LINE OPCODE TECH TYPE HOURS                       LIST      NET     TOTAL
            IHD7                                                    (N/C)
PARTS:     0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE AH:     0.00

   *********************************************************
AI**INSTALL TAIL PIPE UPDATE
    S181 MONACO TECHS
         6000 . WM   0.00                                           (N/C)
     1 FP/42763 ELBOW,5"                                            (N/C)
     1 16245 5" CHROME TURNDOWN                                     (N/C)
     1 FP/35975 5" BAND CLAMP                                       (N/C)
     2 FP/40023-1 5X2 FLEX PIPE                                     (N/C)
     2 FP/41477 EL,5" EXHAUST                                       (N/C)
     1 020066771881 CHROME SPRAY PAINT                              (N/C)

PARTS:     0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE AI:     0.00

12223 TAIL PIPE UPDATE MONACO TECYH 6117 6255 REROUTED TAIL PIPE CUT
WELDED AND ADJUSTED TESTED FOR EXHAUST LEAKS NONE FOUND AT THIS TIM
   *********************************************************
AJ**CLEAN CARPETS
CAUSE: ?
    S181 SUBLET TO SUNDIAL
         9998 WM   0.00                                             (N/C)


SUBL SUNDIAL PO#95344 INV#429591
              WM                                                    (N/C)
PARTS:     0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE AJ:     0.00

SUBLET TO SUNDIAL 3085/1/19/5/1589 CL161299/MONACO/10824.77
   *********************************************************
```

| REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY | DESCRIPTION | TOTALS |
|---|---|---|
| LIMITED WARRANTY: ... | LABOR AMOUNT | 0.00 |
| | PARTS AMOUNT | 0.00 |
| | GAS, OIL, LUBE | 0.00 |
| | SUBLET AMOUNT | 0.00 |
| | MISC. CHARGES | 0.00 |
| | TOTAL CHARGES | 0.00 |
| | LESS INSURANCE | 0.00 |
| | SALES TAX | 0.00 |
| CUSTOMER SIGNATURE | PLEASE PAY THIS AMOUNT | 0.00 |
| REPAIR COMPLETION DATE    NOTIFIED OF COMPLETION    DATE RELEASED | | |

**CUSTOMER COPY**

A00192

# 19. Repair Invoice Dated:
## 10-7-04 to 12-15-04

A 00193

```
     147250                    47234      LAZY DAYS R.V. SUPERCENTER
DOUGLAS HOLLOWAY                                SEFFNER, FLORIDA 33584
DOUGLAS HOLLOWAY              *INVOICE*         6130 LAZY DAYS BLVD.
2121 PLEASANT VALLEY ROAD                          (813) 246-4555
NEWARK, DE 19702               PAGE 1
HOME: 302-738-0864 BUS: 302-521-5019        Motor Vehicle Repair Registration # MV-10691
                              SERVICE ADVISOR:  1803 CHARLES KURTZ
```

| STK. NO. | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 22223/22223 | T1328 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | 18:00 20OCT04 | | 0.00 | CASH | 15DEC2004 |

| R.O. OPENED | READY | OPTIONS: STK:B32711 ENG:CUMMINS TRN:350D |
|---|---|---|
| 13:18 07OCT04 | 11:51 15DEC04 | AXL:0416208240884018000870 |

```
LINE OPCODE TECH TYPE HOURS                              LIST       NET       TOTAL
A MUDFLAP NOT REPLACED ON LAST INS. CLAIM, TO BE DONE THIS TRIP (WRONG
       FLAP CAME IN)
    MISC NOTE FOR FILE
        9992   IB5   0.00                                                     (N/C)
PARTS:   0.00   LABOR:     0.00   OTHER:    0.00   TOTAL LINE A:               0.00

         *********************************************************
B CUST.NEED ESTIMATE FOR TINT OF PASS.AND DRIVER'S SIDE WINDOWS, AND
       W/SHIELD SUNSHADE
    MISC NOTE FOR FILE
        9992   CPH   0.00                                          0.00       0.00
PARTS:   0.00   LABOR:     0.00   OTHER:    0.00   TOTAL LINE B:               0.00

         *********************************************************
C LUBE, OIL AND FILTER
    MISC SEE STORY
        2734   CPT   1.50                                        148.50     148.50
      1 LF9009 OIL FILTER,CUMMINS                       47.01     47.01      47.01
     22 EX15W40 EXXON 15W40 XD3                          2.89      2.89      63.58
      1 255164 GREASE                                    2.26      2.26       2.26
PARTS: 112.85   LABOR:   148.50   OTHER:    0.00   TOTAL LINE C:             261.35

22223 PER RO 1.5 TECH 2734 R&R OIL AND FILTER LUBE CHASSIS
         *********************************************************
D GENSET OIL AND FILTER
    MISC SEE STORY
        6259   CPT   0.00                                          0.00       0.00
      3 25716 ENGINE OIL 15W40, QT                       3.52      3.52      10.56
      1 84228 FILTER,OIL 7.5 QD                         14.82     14.82      14.82
PARTS:  25.38   LABOR:     0.00   OTHER:    0.00   TOTAL LINE D:              25.38

22223 CUST REQUEST MONACO TECHS 6259 PERFORM LOF ON GEN SET ADD 3
QUARTS OIL START CHECK LEVEL OK TEST OK
         *********************************************************
```

FEB 10 2005

| REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY | DESCRIPTION | |
|---|---|---|
| LIMITED WARRANTY: The only warranties applying to the parts installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS. | LABOR AMOUNT | |
| | PARTS AMOUNT | |
| | GAS, OIL, LUBE | |
| | SUBLET AMOUNT | |
| Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that work has not been adequately performed. | MISC. CHARGES | |
| | TOTAL CHARGES | |
| | LESS INSURANCE | |
| | SALES TAX | |
| CUSTOMER SIGNATURE | PLEASE PAY THIS AMOUNT | |
| REPAIR COMPLETION DATE     NOTIFIED OF COMPLETION     DATE RELEASED | | |

CUSTOMER COPY                                                        A00194

```
        147250                    4 7 2 3 4      LAZY DAYS R.V. SUPERCENTER
DOUGLAS HOLLOWAY                   *INVOICE*         SEFFNER, FLORIDA 33584
DOUGLAS HOLLOWAY                                     6130 LAZY DAYS BLVD.
2121 PLEASANT VALLEY ROAD                                 (813) 246-4555
NEWARK, DE 19702                    PAGE 2
HOME: 302-738-0864 BUS: 302-521-5019                Motor Vehicle Repair Registration # MV-10691
                                    SERVICE ADVISOR:  1803 CHARLES KURTZ
```

| STK NO. | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| BRANDY | 04 | BEAVER MONTEREY | 1RFC2564541029131 | 147250 | 22223/22223 | T1328 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 10FEB2004 | | | 18:00 20OCT04 | | 0.00 | CASH | 15DEC2004 |

| R.O. OPENED | READY | OPTIONS: STK:B32711 ENG:CUMMINS TRN:350D |
|---|---|---|
| 13:18 07OCT04 | 11:51 15DEC04 | AXL:04162082408840180087O |

```
LINE OPCODE  TECH  TYPE  HOURS                           LIST        NET       TOTAL
E GIVE CUST. MISSING COTTER KEY FOR LADDER FOOT
     S181 HILINE BOX1
          9992 IHD7  0.00                                                       (N/C)
PARTS:    0.00   LABOR:       0.00   OTHER:    0.00   TOTAL LINE E:              0.00

          ***********************************************

F STRAIGHTEN TAILPIPE AS GOOD AS POSSIBLE
     S181 HILINE BOX1
          9992 CPH   0.00                                            0.00       0.00
PARTS:    0.00   LABOR:       0.00   OTHER:    0.00   TOTAL LINE F:              0.00

          ***********************************************

CUSTOMER PAY SHOP SUPPLIES FOR REPAIR ORDER                                     10.00
```

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 148.50 |
| PARTS AMOUNT | 138.23 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 10.00 |
| TOTAL CHARGES | 296.73 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 20.77 |
| PLEASE PAY THIS AMOUNT | 317.50 |

**REBUILT UNLESS SPECIFIED OTHERWISE ALL PARTS ARE NEW OR FACTORY**

LIMITED WARRANTY: The only warranties applying to the part(s) installed in accordance with this estimate are those that may be offered by the manufacturer. THE SELLER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS OR SERVICE SOLD UNDER THE TERMS OF THIS ESTIMATE. Parts and labor are guaranteed for 90 days or 4,000 miles, whichever comes first. Seller does not guarantee that the work performed in accordance with this estimate will correct any problem specified on the description of the complaint. IF I FAIL TO PAY ANY AMOUNT DUE TO YOU, AND COLLECTION EFFORTS ARE REQUIRED, I AGREE TO PAY YOUR ATTORNEYS' FEES AND COSTS.

Customer agrees that he or she will carefully inspect all repaired or newly installed components and will notify Lazy Days in writing, within 48 hours if any service work has not been performed or has been performed improperly. Failure to provide timely notice will waive any claim that service work has not been adequately performed.

CUSTOMER SIGNATURE

REPAIR COMPLETION DATE    NOTIFIED OF COMPLETION    DATE RELEASED

CUSTOMER COPY

A00195

```
        LAZY DAYS RV SUPER CTR
          6130 LAZY DAYS BLVD
           SEFFNER, FL 33584

TERMINAL I.D.            01166462

MERCHANT #:         069000023142004

AMEX
************6000 +
SALE
BATCH: 000044       INVOICE: 584011
DATE: FEB 10, 05       TIME:  14:36
RRN: 00000000       AUTH NO: 142656


TOTAL              $317.50



              CUSTOMER COPY
```

A00196

# 20. Repair Invoice Dated:
## 2-8-05

A00197

# The Custom Coach Company

410/687-7200 — 8322 Pulaski Hwy.
BALTIMORE, MARYLAND 21237
Complete Repairs and Parts for
Recreation Vehicles and Mobile Homes
M.H.I.C. # 12986
www.customcoachonline.com

CUSTOMER #: 3
ORDER #: 322042
DATE: 2-8-05
NUMBER: 40136

SERIAL #: 04162082408840 | 8008710
VEHICLE IDENT. NO. OR H.U.D. CERT. NO.: 1RF0256454102913 |
LIC. PLATE NO.: —
ODOMETER: 25,923
REPAIR TAG #: 10-228
APPROVED BY: April 15

NAME: DOUGLAS HOLLOWAY
ADDRESS: 231 PLEASANT VALLEY RD.
CITY: NEWARK  STATE: DE  ZIP: 19702
HOME PHONE: 302-738-1084  BUSINESS PHONE: —
MAKE: BEAVER  MODEL: MONTEREY  YEAR: 2004
( ) CUSTOMER PO  (✓) WARRANTY: MONACO
PURCHASE ORDER/VEHICLE #: —
CELL PHONE: 302-521-5019  KEYS: (✓)YES ( )NO  DATE OF PURCHASE: MR. 12.03
( ) APPLIANCES  ( ) GENERATOR  ( ) RANGE  ( ) REFRIGERATOR  ( ) FURNACE  ( ) WATER HEATER  ( ) AIR CONDITIONER
MANUFACTURER: —  MODEL: —  SERIAL NO.: 3.04

## SERVICE ORDER AND INSTRUCTIONS

1) Bedrm Aqua-Hot system only blows hot air in the bedroom; the bedrm only blows cold air.
2) The front Aqua-Hot - gets very little air flow, only blows warm air at the dash then shuts off.
3) Front curb side slide - goes out but then comes back in about 2" after rig air passage.
4) Check all battery fluid levels.

Repairs: 1) Replaced zone 1 pump
2) Replaced fan at dash vent
3) Slide operates properly
4) Checked batteries

TIRE SERIAL #: —

Lazy Days - Tampa 1-800-282-7800
Cupola King 813-393-9602

### CUSTOMER'S CLEAR RECEIPT

The above described property has been received and after having examined the work done, the material furnished, both the work and material has been found to be satisfactory.

BY X _____

TOTAL LABOR | 
TOTAL PARTS | 
FREIGHT | 
TAX | 
TOTAL INVOICE | 

A00198