A 00190

# The Custom Coach Company
## 8332 Pulaski Hwy.
## Baltimore, MD 21237
### Tele: 410-687-7200     Fax: 410-685-1486
### e-mail: rvrepair@comcast.net

_Providing parts & service to Maryland's recreation vehicle community since 1946_

May 12, 2005

Mr. Douglas Holloway
2131 Pleasant Valley Rd.
Newark, DE 19702

Dear Mr. Holloway:

We will not be able to perform the warranty work on your 2004 Monterey motor home, because Monaco has declined to authorize us the labor time we expect to expend to complete the repairs. We had previously received approval for 6 hours labor to fix the Aqua-Hot system. We have spent six hours already, and we called the Monaco warranty department to request an additional sixteen hours. This is a very complex system, which has not been properly engineered and installed. It will require rearranging the supply lines to make the system function properly, and this work will entail accessing system components in the coach that are either in cramped quarters or will require us to move other items out of the way. We cannot repair the system correctly without an adequate time allowance. You will need to contact your Monaco customer service representative to schedule an appointment with one of their factory repair facilities. We apologize for the inconvenience, but, since we are not a Monaco sales outlet, we can only do warranty repairs with their prior approval.

Sincerely,

Larry Harrow
Service Administrator

A 00200

## 21.  Repair Invoice Dated:
## 7-5-05



**PENN DIESEL SERVICE CO.**
INTERSTATE 81 EXT. 77
337 N. FAIRVIEW AVE.
HARRISBURG, PA 17112 9771
717 545-4207 • 800 535 2913
FAX 717 545 0115
DNR 25 0365879

**DIESEL POWER SYSTEMS**
415 PETERS ROAD
GORDONVILLE, PA 17529
717-354-4801 • 877 354-4808
FAX 717 354-4404
www.penndiesel.com



**DIESEL SPECIALISTS**

```
***  C. O. D.  ***              JULY 05, 2005          INVOICE #:P75622

    BILL TO: 092301                      SHIP TO:
    DOUGLAS HALLOWAY
    2131 PLEASANT VALLEY RD              * SAME *
    NEWARK, DE 19702

PH#: 302 738-0864                                    SLM 105 TERR
===================================================================
    PART #.........    SERIAL # ......   MODEL #........   UNIT #.........
    90915C            700990           DBW2010
    VIN # .........   YR-MAKE........   VEH MODEL......   ENGINE      MILES/HOURS
                      04  MONACO
-------------------------------------------------------------------

    PROVIDE ROUTINE SERVICE ON CUSTOMERS HEATER IN VEHICLE.
ALL HEATERS ARE TIME AND MATERIALS. CHARGE MIN OF 1 HOUR           334.60
FOR ESTIMATES.

    INITIALL INSPECTION OF HEATER SHOWED BURNER HOUSING BROKEN.
    DISASSEMBLED UNIT AS NEEDED IN VEHICLE TO REPLACE BURNER HOUSING.
    FOUND INTERNALL COMPONENTS OF BURNER MELTED/DAMAGED FROM UNIT
    NOT BEING PROPERLY SEATED W/ EXCHANGER. PROVIDED RECONDITIONED
    BURNER ASSEMBLY. REASSEMBLED HEATER, ACHIEVED START UP,
    COMBUSTION AND COOL DOWN CYCLE. HEATER SHUT DOWN, WHEN RESTARTED
    GENERATOR WOULD SHUT DOWN. SPECULATE PROBLEM W/ AQUA HOT WIRING.
    CUSTOMER TAKING REPAIRED HEATER IN COACH TO VEHICLE SYSTEMS TO
    HAVE WIRING CHECKED.
    CAUSE OF INTERNALL BURNER HOUSING DAMAGE DUE TO EXPOSURE TO OPEN
    FLAME.

PART              PARTS                            UNIT      TOTAL
NUMBER            DESCRIPTION       QUANTITY       PRICE     AMOUNT
905834AR          RECON.12V BURNER HEAD    1       800.00    800.00
===================================================================
              * * * * * *  J O B   S U M M A R Y  * * * * * *
                        LABOR ................... 334.60
                        PART SALES .............. 800.00
                        SHOP SUPPLIES ...........   6.69
                        HAZARD WASTE ............  10.04
                        SALES TAX AT .. 6.000 %   69.08
                                                -----------
                 I N V O I C E   T O T A L ...$1,220.41
                              PAYMENT             $1,220.41
     PAID BY CREDIT CARD: AM.EX.
                              NET AMOUNT DUE ....
```

APPR. #544389
DX

ALL PAST DUE ACCOUNTS SUBJECT TO 1½% SERVICE CHARGE. APR 18%, PURCHASER AGREES TO PAY ALL SERVICE CHARGES. ATTORNEY'S FEES, AND COLLECTION COSTS IN THE EVENT THIS ACCOUNT IS NOT PAID IN ACCORDANCE WITH AGREED UPON TERMS.

ALL CORE IS TURNED MUST BE MAILED WITHIN 30 DAYS WITH COPY OF INVOICE. ALL RETURNS SUBJECT TO A HANDLING CHARGE

NO VISA & AMERICAN ACCEPTED
NO CASH REFUNDS

ITEMS NEEDING REMANUFACTURING is a form of Recycling. We remove & SUPPLY
Various engine components, saving you $$$ & the environment.
Please Remit to: 337 N. Fairville Ave., Harrisburg, PA 17112-9771

See reverse side for warranty

A00202

## 22.  Repair Invoice Dated:
## 1-30-06

A00203

Fax
574 862 7772

Monaco Coach Corporation
1028 E. Waterford
Wakarusa IN 46573
Plant 39 Service Center

Facsimile transmittal

To: Doug Holloway          Fax: (302) 737-5256

From: Bob McJinley          Date: 7/7/06

Re: Estimate          Pages: 2   (including cover sheet)

CC:

☐ Urgent   ☑ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

Look over if you have any questions
call me. if not sign + fax back
to (574) 862-7306. Thanks Bob

X Air leak at entrance door

BOB have no problem with estimate except
I do question Batteries they were fine when
dropped off, they were not serviced with vechicle
when asked to and I paid for service.
also Bob - Bedroom slide was worked on last time
                                    should be no charge.

CONFIDENTIAL

p.2

Feb 07 06 08:46a    DOUGLAS & RITA HOLLOWAY                                      p.3

## Repair Estimate

| QTY | PART NO. | DESCRIPTION | LAB HRS | PARTS | EXT LAB |
|---|---|---|---|---|---|
| 2 | | RESTRING DAY/NIGHT SHADES | | $18.00 | $89.00 |
| 1 | 1681-4034 | SECURE MIRROR ON REFER CABINET | 0.75 | $2.00 | $69.00 |
| 4 | | REPLACE BATTERIES | 1.00 | $384.55 | $92.00 |
| 1 | | ADJUST BEDROOM SO | 0.50 | | $46.00 |
| 1 | | REPAIR SQUEEK IN SO S | 0.50 | | $46.00 |
| 1 | | REPAIR ENTRANCE STEP IRRATIC OPERAT | 0.50 | | $46.00 |
| 8 | 180-5333 | REPLACE SHOCKS | 4.00 | $660.00 | $368.00 |
| 1 | | REPLACE GEN SWITCH ON DASH | 0.20 | $18.48 | $18.40 |
| 1 | | REPLACE VALVE STEM EXTENSIONS | 1.00 | $35.69 | $92.00 |
| 1 | | REPAIR AIR LEAK IXS COCKPIT WINDOW | 0.50 | | $46.00 |
| 1 | | SERVICE ENGINE | | | |
| 1 | | SERVICE GENERATOR (REMAIN OPEN) | | $375.00 | |

**Monaco Coach Corporation**
1028 E. Waterford Street
Wakarusa, IN 46573
Ph: 574-862-7304
Fax: 574-862-7306

Name:DOUGLAS HOLLOWAY
Address 2121 PLEASANT VALLEY RD
City:NEWARK    State:DE
Zip: 19702
Home Ph:302-738-0864
Work Ph:

LABOR CHARGES BASED ON
$92.00/HOUR RATE

There is a 90 day warranty on all parts and labor unless otherwise specified.

By initialing below I understand this is an estimate based on your initial inspection of my vehicle. Occasionally, after work has started, worn, broken or damaged parts are discovered which are not evident on first inspection. Quotations on parts and labor are current and subject to change.
X

Authorization for Repair - You are hereby authorized to make the above specified repairs to the vehicle described above.
X
Date: 2/2/06

R.O. No.: 800693/3
Customer No.:800870
Date: 02/01/06
Year/Make 04  BEAVER
Model: MONTEREY
Coach Serial No:0416208240834018008?0
Chassis Serial No:1RF23648541?2131
Current Odometer Reading:
Save Old Parts: ( )Yes  ( )No
(Core May Apply)

**ESTIMATED CHARGES:**

| | |
|---|---|
| Labor | $823.40 |
| Hazardous Waste Charge | $10.00 |
| Shop Supplies (5% Labor) | $41.67 |
| Parts | $1,493.13 |
| Tax (6% Parts & Shop Supplies) | $92.09 |
| Subtotal: | $2,460.29 |
| Sublet/Other | |
| Sealant | |
| ESTIMATE TOTAL: | $2,460.29 |

*This charge represents costs and profits to the motor vehicle repair facility for miscellaneous shop supplies.

Estimate Prepared By:

If the actual costs exceed 10% of the written estimate, Monaco Coach will obtain written permission from the customer to proceed with the repair before performing the same.

2/1/2006

Last Updated 6-09-05 kadams                                    Page 1 of 1

upon request
should box
no change

B03 -
Questions
Vlattonies
a/sc slide adiustment in bedroom
air leak at
entrance door
and rattle

A00205



# MONACO COACH CORPORATION

| Unit Serial Number | 041620824088401 - 800870 | Location WA CONSUMER AFFAIRS/PTS & SVCE | | |
|---|---|---|---|---|
| Unit VIN Number | 1RFC2564541029131 | Owner Douglas Holloway | | |
| RO# | 80083873 | Repair End | 02/24/06 | Address 2121 Pleasant Valley Road |
| | | Unit Out | | City Newark |
| Unit In | 01/30/06 | Current Miles | 39713 | State DE | Zip 19702 |
| Repair Start | 01/30/06 | Purchase Date | 2/15/2004 | Phone 302-738-0864 |
| Warr Start | 2/15/2004 | Warr End | 2/14/2005 | Lic. No. RV 8475 | State DE |
| 90 DAY / 4,000 MILE WARRANTY ON ALL PARTS AND LABOR UNLESS OTHERWISE SPECIFIED | | Original Owner ☑Yes ☐No | Transient ☐Yes ☐No | |

## LINE 1

| Repair Item #1 | Date Start | 2/6/2006 |
|---|---|---|
| Complaint LP SAFETY CHECK | Date Complete | 2/6/2006 |
| Cause standard procedure | | |
| Correction tested for leaks at range for 3 min. at 8" w.c.;no leaks noted at this time | | |
| Comments | | |

### PARTS

| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| Parts Subtotal | | | | $0.00 |

### LABOR

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| 00 C1 1355NP | | 0.5 | Service Policy | Service Policy |
| Labor Subtotal | | 0.5 | | $0.00 |

## LINE 2

| Repair Item #2 | Date Start | 2/6/2006 |
|---|---|---|
| Complaint HAZARDOUS WASTE CHARGE | Date Complete | 2/6/2006 |
| Cause | | |
| Correction | | |
| Comments | | |

### PARTS

| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| Parts Subtotal | | | | $0.00 |

### LABOR

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| 00 E9 1355NP | | 0 | 0.00 | 10.00 |
| Labor Subtotal | | 0 | | $10.00 |

## LINE 3



| Repair Item #3 | Date Start | 2/3/2006 |
|---|---|---|
| **Complaint** Customer states hydro hot frt console fan inop and fan under heater operates poorly | Date Complete | 2/6/2006 |

**Cause** bad ground on fan under refer, bad fan motor on heat exchanger under front console;bad snap disc on heater exchanger under sink

**Correction** rewired fan motor under refe to run on zone 2;replaced fan motor on heat exchanger under front console;rewired heat exchanger fan under sink to run without snap disc;

**Comments**
(02/07/2006 cut hole in cabinet to allow better return air and cooling;ops checked operation of all heat exchangers

**PARTS**

| Part No. | Part Name | Qty. | | Price | Actual Billed |
|---|---|---|---|---|---|
| 07011358.53D | Register 2.25 x 10 In Adj Satin Nickel 73817-BSN | 1 - EA | | Rework | Rework |
| BH70612 | FAN 12V DC LOW AMP 800H/900H SERIES (.36 Amp) | 1 - EA | | Rework | Rework |
| **Parts Subtotal** | | | | | $0.00 |

**LABOR**

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| 07 H1 0243PR | | 5.6 | Rework | Rework |
| **Labor Subtotal** | | 5.6 | | $0.00 |

**LINE 4**

| Repair Item #4 | Date Start | 2/6/2006 |
|---|---|---|
| **Complaint** Customer states hydro hot makes noise while running. fan/motor something in bay area | Date Complete | 2/6/2006 |

**Cause** customer request

**Correction** ran hydro-hot for one or so;inspected hydro-hot for vibrations/rattles;none heard - no problem found

**Comments**

**PARTS**

| Part No. | Part Name | Qty. | | Price | Actual Billed |
|---|---|---|---|---|---|
| **Parts Subtotal** | | | | | $0.00 |

**LABOR**

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| 07 M4 1355NP | | 4 | Rework | Rework |
| **Labor Subtotal** | | 4 | | $0.00 |

**LINE 5**

| Repair Item #5 | Date Start | 2/7/2006 |
|---|---|---|
| **Complaint** Customer states d/side day/night shade broken in bedroom | Date Complete | 2/7/2006 |

**Cause** blind strings bound up, fabric bad not folding as it should

**Correction** removed blinds and replaced with new

**Comments**
02/24/2006 repairs on blinds did not fix customers complaint;spoke with customer and he approved replacement of blinds

**PARTS**



| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| 13713635.170 | Shade pleated d/n 57 x 24 w/ black out alabaster | 1 - EA | 61.62 | 61.62 |
| 13713633.170 | Shade pleated d/n 49 x 32 w/ black out alabaster | 1 - EA | 64.08 | 64.08 |
| Parts Subtotal | | | | $125.70 |

**LABOR**

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| 23 00 0156NP | | 1.5 | 138.00 | 138.00 |
| Labor Subtotal | | 1.5 | | $138.00 |

LINE 6

| Repair Item #6 | Date Start | 2/7/2006 |
|---|---|---|
| Complaint Customer states aladin system, recalibrate | Date Complete | 2/7/2006 |
| Cause tank interface module bad | | |
| Correction trouble shot system found bad tank module and bad tank sensor. replaced sensor and module. performed calabrations and system check ok | | |
| Comments | | |

**PARTS**

| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| 16618813 | Sensor C/R (USE 16621189)) Pressure hold tank #500-10050-00 | 1 - EA | Rework | Rework |
| Parts Subtotal | | | | $0.00 |

**LABOR**

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| 18 Z4 0243PR | | 3.2 | Rework | Rework |
| Labor Subtotal | | 3.2 | | $0.00 |

LINE 7

| Repair Item #7 | Date Start | 2/8/2006 |
|---|---|---|
| Complaint Customer states p/side s/o creeps in | Date Complete | 2/8/2006 |
| Cause customer concern | | |
| Correction ran s/o out and let sit overnight, measured box out and checked measumint in morning no change noted. inspected hyd lines for leaks none noted. checked fluid resivor found to be 1 quart low, topped off | | |
| Comments | | |

**PARTS**

| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| 13713633.170 | Shade pleated d/n 49 x 32 w/ black out alabaster | 1 - EA | Rework | Rework |
| Parts Subtotal | | | | $0.00 |

**LABOR**

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| 04 B9 0143 | | 0.8 | Rework | Rework |
| Labor Subtotal | | 0.8 | | $0.00 |

had to redue

A00208

Mar 09 06 05:24p    DOUGLAS & RITA  HOLLOWAY

*(4)*

## LINE 8

| Repair Item #8 | | | Date Start | 2/7/2006 |
|---|---|---|---|---|
| Complaint Customer states mirror on refer cabinet is loose | | | Date Complete | 2/7/2006 |
| Cause adhesive not holding | | | | |
| Correction removed mirror cleaned and removed old adhesive, installed mirror tape on mirror and reinstalled | | | | |
| Comments | | | | |

X
caused
by
hard
ride

### PARTS

| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| Parts Subtotal | | | | $0.00 |

### LABOR

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| 23 00 0156NP | | 0.75 | 69.00 | 69.00 |
| Labor Subtotal | | 0.75 | | $69.00 |

## LINE 9

| Repair Item #9 | | | Date Start | 2/6/2006 |
|---|---|---|---|---|
| Complaint Customer states low battery auto gen start inop | | | Date Complete | 2/6/2006 |
| Cause RC-7 panel settings incorrect | | | | |
| Correction reconfigured panel to correct settings and verified auto-gen start functioned properly | | | | |
| Comments | | | | |

### PARTS

| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| Parts Subtotal | | | | $0.00 |

### LABOR

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| 16 1W 0136 | | 1 | Rework | Rework |
| Labor Subtotal | | 1 | | $0.00 |

## LINE 10

| Repair Item #10 | | | Date Start | 2/6/2006 |
|---|---|---|---|---|
| Complaint Customer states check batteries for condition | | | Date Complete | 2/6/2006 |
| Cause batteries are bad;failed load tests | | | | |
| Correction removed and replaced house batteries;cleaned connections and applied sealer;checked settings for charger;found to be set for gel cell batteries | | | | |
| Comments 02/07/2006 changed to liquid lead acid;verified charge going to battery;good | | | | |

### PARTS

| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| Parts Subtotal | | | | $0.00 |

### LABOR

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| | | | | |

A00209



| | | | 1.3 | Rework | Rework |
|---|---|---|---|---|---|
| 16 V8 0243AR | | | | | |
| Labor Subtotal | | | 1.3 | | $0.00 |

## LINE 11

| Repair Item #11 | Date Start | 2/8/2006 |
|---|---|---|
| Complaint Customer states bedroom p/side s/o vibrates while traveling | Date Complete | 2/8/2006 |
| Cause facia loose | | |
| Correction removed all wood facia from bedroom p/side s/o, reinstalled with additional screws to hold more securely road tested no abnormal noise noted from s/o while traveling | | |
| Comments | | |

### PARTS

| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| Parts Subtotal | | | | $0.00 |

### LABOR

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| 05 31 0126 | | 2.2 | Rework | Rework |
| Labor Subtotal | | 2.2 | | $0.00 |

## LINE 12

| Repair Item #12 | Date Start | 1/2/2006 |
|---|---|---|
| Complaint Customer states bedroom tv inop on sat. poor reception on antenna | Date Complete | 1/3/2006 |
| Cause receiver bad, not enough coax wires to run sat/antenna.1 wire with splitter | | |
| Correction ran new sat. wire from multiplex switcdh to rear TV;replaced receiver, chcked ok;sat. can be on 2 different channels now;TV reception improved | | |
| Comments | | |

### PARTS

| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| 16611389 | JACK-TV w/12V RECP WHT | 1 - EA | Rework | Rework |
| 16621593 | Receiver, DSS, Direct TV (VP#D-10) | 1 - EA | Rework | Rework |
| Parts Subtotal | | | | $0.00 |

### LABOR

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| 16 R6 0243XX | | 14.6 | Rework | Rework |
| Labor Subtotal | | 14.6 | | $0.00 |

## LINE 13

| Repair Item #13 | Date Start | 2/6/2006 |
|---|---|---|
| Complaint Customer states air leak at entry door and screen door clips broken | Date Complete | 2/6/2006 |
| Cause broken screen door clips;gap in j-seal on door frame | | |
| Correction replaced clips;added j-seal to door frame to fill gap;road tested unit and fcund no abnormal wind noises | | |
| Comments | | |

### PARTS

A00210

Mar 09 06 05:24p    DOUGLAS & RITA  HOLLOWAY                                    p.8

| Part No. | Part Name | Qty. | | Price | Actual Billed |
|----------|-----------|------|---|-------|---------------|
| Parts Subtotal | | | | | $0.00 |

**LABOR**

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|-------------|--------|-------|-------|---------------|
| 10 01 0633 | | 2 | Rework | Rework |
| Labor Subtotal | | 2 | | $0.00 |

**LINE 14**

| Repair Item #14 | | Date Start | 2/6/2006 |
|---|---|---|---|
| Complaint Customer states check all awning straps for the proper length | | Date Complete | 2/6/2006 |
| Cause customer request | | | |
| Correction inspectd all awning straps;replaced center strap on drivers side rear SO;replaced missing rear strap on ps rear SO; | | | |
| Comments | | | |

**PARTS**

| Part No. | Part Name | Qty. | | Price | Actual Billed |
|----------|-----------|------|---|-------|---------------|
| Parts Subtotal | | | | | $0.00 |

**LABOR**

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|-------------|--------|-------|-------|---------------|
| 21 86 0227 | | 1.5 | Rework | Rework |
| Labor Subtotal | | 1.5 | | $0.00 |

**LINE 15**

| Repair Item #15 | | Date Start | 2/9/2006 |
|---|---|---|---|
| Complaint Customer states squeek in s/o's while traveling | | Date Complete | 2/9/2006 |
| Cause customer concern | | | |
| Correction reoad tested unit for squeaks in s/o's no abnormal noise noted during road test | | | |
| Comments | | | |

still
Squeak

**PARTS**

| Part No. | Part Name | Qty. | | Price | Actual Billed |
|----------|-----------|------|---|-------|---------------|
| Parts Subtotal | | | | | $0.00 |

**LABOR**

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|-------------|--------|-------|-------|---------------|
| 04 C2 1355NP | | 0.5 | 46.00 | 46.00 |
| Labor Subtotal | | 0.5 | | $46.00 |

**LINE 16**

| Repair Item #16 | | Date Start | 2/7/2006 |
|---|---|---|---|
| Complaint Customer states entry steps irratic operation | | Date Complete | 2/7/2006 |
| Cause corroded butt connectors on step mag. switch | | | |
| Correction replaced with shrink type connectors checked ops. tested good | | | |
| Comments | | | |

A00211



**PARTS**

| Part No. | Part Name | Qty. | Price | Actual Billed |
|----------|-----------|------|-------|---------------|
| Parts Subtotal | | | | $0.00 |

**LABOR**

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|-------------|--------|-------|-------|---------------|
| 23 11 0156NP | | 0.5 | 46.00 | 46.00 |
| Labor Subtotal | | 0.5 | | $46.00 |

**LINE 17**

X Caused by bad Rin role Adjust ment.

| Repair Item #17 | Date Start | 2/20/2006 |
|-----------------|------------|-----------|
| Complaint Customer states check all shocks for condition | Date Complete | 2/20/2006 |
| Cause worn shocks | | |
| Correction removed and replaced front and rear shocks total of 8 | | |
| Comments | | |

**PARTS**

| Part No. | Part Name | Qty. | Price | Actual Billed |
|----------|-----------|------|-------|---------------|
| 01805532 | Shock rear Bilstein AK1275 | 8 - EA | 82.50 | 660.00 |
| Parts Subtotal | | | | $660.00 |

**LABOR**

X

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|-------------|--------|-------|-------|---------------|
| 23 02 0156NP | | 3.2 | 294.40 | 294.40 |
| Labor Subtotal | | 3.2 | | $294.40 |

**LINE 18**

| Repair Item #18 | Date Start | 2/7/2006 |
|-----------------|------------|-----------|
| Complaint Customer states geni switch on dash light inop | Date Complete | 2/7/2006 |
| Cause bad light on switch | | |
| Correction replaced dash gen switch, ops checked good | | |
| Comments | | |

**PARTS**

| Part No. | Part Name | Qty. | Price | Actual Billed |
|----------|-----------|------|-------|---------------|
| 16619402 | Switch SPDT Gen Start Carling Pat 2004 | 1 - EA | 12.54 | 12.54 |
| Parts Subtotal | | | | $12.54 |

**LABOR**

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|-------------|--------|-------|-------|---------------|
| 23 11 0156NP | | 0.5 | 46.00 | 46.00 |
| Labor Subtotal | | 0.5 | | $46.00 |

**LINE 19**

| Repair Item #19 | Date Start | 2/9/2006 |
|-----------------|------------|-----------|
| Complaint Customer states rear wheels need valve extensions | Date Complete | 2/9/2006 |
| Cause customer request | | |

A00212

Correction added valve stem extensions to rear wheels on coach

Comments

**PARTS**

| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| 01803430 | Kit stainless wheel Air Masters 8000M | 1 - KT | 51.04 | 51.04 |
| Parts Subtotal | | | | $51.04 |

**LABOR**

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| 23 20 0156NP | | 1 | 92.00 | 92.00 |
| Labor Subtotal | | 1 | | $92.00 |

**LINE 20**

| Repair Item #20 | Date Start | 2/9/2006 |
|---|---|---|
| Complaint Customer states air from d/side cockpit window area | Date Complete | 2/9/2006 |
| Cause customer concern | | |
| Correction resealed around d/side cockpit window | | |
| Comments | | |

*Still Leakes Air badly*

**PARTS**

| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| Parts Subtotal | | | | $0.00 |

**LABOR**

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| 23 16 0156NP | | .52 | 184.00 | 184.00 |
| Labor Subtotal | | 2 | | $184.00 |

*46.00*

**LINE 21**

| Repair Item #21 | Date Start | 2/6/2006 |
|---|---|---|
| Complaint Customer states adjust bay doors - see Bob- | Date Complete | 2/6/2006 |
| Cause bay doors out of adjustment | | |
| Correction adjusted bar door to be flush with others on PS last door and bay door on DS side | | |
| Comments | | |

**PARTS**

| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| Parts Subtotal | | | | $0.00 |

**LABOR**

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| 04 10 0124 | | 1 | Rework | Rework |
| Labor Subtotal | | 1 | | $0.00 |

**LINE 22**

| Repair Item #22 | Date Start | 2/23/2006 |
|---|---|---|

A00213

Mar 09 06 05:23p      DOUGLAS & RITA  HOLLOWAY                              p.5

| Complaint Customer states service engine/ check all fluids - see Bob- | Date Complete  2/23/2006 |
|---|---|
| Cause took to Marv's | |
| Correction They changed oil, filters and serviced;checked all fluid levels, lubed chassis,ckd hubs for leaks and oil level-OK;ckd king pins-OK;air filter-OK;transmissions and diff. fluid level OK; | |
| Comments | |

**PARTS**

| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| Parts Subtotal | | | | $0.00 |

**LABOR**

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| 23 00 0156NP | X | 0 | 0.00 | 193.20 |
| Labor Subtotal | | 0 | | $193.20 |

**LINE 23**

| Repair Item #23 | Date Start | 2/21/2006 |
|---|---|---|
| Complaint Customer states service geni/ hard starting when cold and won't start easy after running | Date Complete | 2/21/2006 |
| Cause customer concern | | |
| Correction took coach to Onan for service and repair. they found that the air filter was plugged and replaced air filter element and serviced | | |
| Comments | | |

**PARTS**

| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| Parts Subtotal | | | | $0.00 |

**LABOR**

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| 23 00 0156NP | X | 1 | 92.00 | 348.53 |
| Labor Subtotal | | 1 | | $348.53 |

**LINE 24**

| Repair Item #24 | Date Start | 2/6/2006 |
|---|---|---|
| Complaint Customer states check for errors in xantrex | Date Complete | 2/6/2006 |
| Cause inverter panel settingsa incorrect;set for gel cell batterys | | |
| Correction corrected inverter panel settings | | |
| Comments | | |

**PARTS**

| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| Parts Subtotal | | | | $0.00 |

**LABOR**

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| 23 11 0156NP | | 1 | 92.00 | 92.00 |
| Labor Subtotal | | 1 | | $92.00 |

A 00214




## LINE 25

| Repair Item #25 | Date Start | 1/30/2006 |
|---|---|---|
| Complaint Customer states p/side awning needs painted | Date Complete | 1/30/2006 |
| Cause paint chipping off | | |
| Correction papers, sanded, primed, painted and cleared to match | | |
| Comments | | |

### PARTS

| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| NPBUY | paint and material 52006 | 1 - EA | 28.94 | 28.94 |
| NPBUY | paint and material 52011 | 1 - EA | 43.12 | 43.12 |
| Parts Subtotal | | | | $72.06 |

### LABOR

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| 21 42 0125 | | 3.1 | 285.20 | 285.20 |
| Labor Subtotal | | 3.1 | | $285.20 |

## LINE 26

| Repair Item #26 | Date Start | 2/8/2006 |
|---|---|---|
| Complaint Customer states adjust main awning to close properly | Date Complete | 2/9/2006 |
| Cause awning out of adjustment | | |
| Correction carefree service tech came out and adjusted awning to close properly | | |
| Comments | | |

### PARTS

| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| Parts Subtotal | | | | $0.00 |

### LABOR

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| 23 16 0156NP | | 1 | 92.00 | 92.00 |
| Labor Subtotal | | 1 | | $92.00 |

## LINE 27

| Repair Item #27 | Date Start | 2/2/2006 |
|---|---|---|
| Complaint Customer states check 30 amp service | Date Complete | 2/2/2006 |
| Cause customer request | | |
| Correction plugged coach into 30 amp service;checked incoming voltage at transfer switch;ckd boltage at various outlets;voltage will drop when items are powered up;all 30 amp operations OK | | |
| Comments | | |

### PARTS

| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| Parts Subtotal | | | | $0.00 |

### LABOR

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|

A00215

Mar 09 06 05:23p    DOUGLAS & RITA  HOLLOWAY                                    p.3

| 18 3T 1355NP | | | | 1 | 92.00 | 92.00 |
| Labor Subtotal | | | | 1 | | $92.00 |

| I HAVE INSPECTED MY VEHICLE AND REPAIRS PERFORMED ARE SATISFACTORY. | | |
|---|---|---|
| X _____ | Total Parts | $921.34 |
| CUSTOMER'S SIGNATURE                                    DATE | Supplies | $25.00 |
| I HEREBY CERTIFY THAT I HAVE PERFORMED THE WORK IN ACCORDANCE WITH THE TERMS OF | Sales Tax (6%) | $55.28 |
| THIS WARRANTY AND HEREBY APPLY FOR CREDIT ON THE INFORMATION SHOWN. | Total Labor | $2,028.85 |
| X _____            3/7/06 | Total Hours | 17.05 |
| SIGNATURE                          DATE REPAIRS COMPLETED | Grand Total | $3,029.05 |

*1798.33*

*1890.33*

*289295*

*1799.95*

*paid in full*
*3/7/06*

*mastercard*

A00216

## 23.  Repair Invoice Dated:
## 3-7-06

A00217

*Made to Wait while redoeing slide 4 1/2 hrs*

# MONACO COACH CORPORATION

| Unit Serial Number | | 041620824088401 - 800870 | | Location WA CONSUMER AFFAIRS/PTS & SVCE | |
|---|---|---|---|---|---|
| Unit VIN Number | | | 1RFC2564541029131 | Owner Douglas Holloway | |
| RO# | 80085998 | Repair End | 03/07/06 | Address 2121 Pleasant Valley Road | |
| | | Unit Out | 03/07/06 | City Newark | |
| Unit In | 03/07/06 | Current Miles | 39713 | State DE | Zip 19702 |
| Repair Start | 03/07/06 | Purchase Date | 2/15/2004 | Phone 302-738-0864 | |
| Warr Start | 2/15/2004 | Warr End | 2/14/2005 | Lic. No. | State - |
| 90 DAY / 4,000 MILE WARRANTY ON ALL PARTS AND LABOR UNLESS OTHERWISE SPECIFIED | | | | Original Owner ☑Yes ☐No | Transient ☐Yes ☑No |

## LINE 1

| Repair Item #1 | Date Start | 3/7/2006 |
|---|---|---|
| Complaint LP SAFETY CHECK | Date Complete | 3/7/2006 |
| Cause no action taken | | |
| Correction no action taken | | |
| Comments | | |

### PARTS

| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| Parts Subtotal | | | | $0.00 |

### LABOR

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| Labor Subtotal | | 0 | | $0.00 |

## LINE 2

| Repair Item #2 | Date Start | 3/7/2006 |
|---|---|---|
| Complaint HAZARDOUS WASTE CHARGE | Date Complete | 3/7/2006 |
| Cause | | |
| Correction | | |
| Comments | | |

### PARTS

| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| Parts Subtotal | | | | $0.00 |

### LABOR

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| 00 E9 1355NP | | 0 | Rework | Rework |
| Labor Subtotal | | 0 | | $0.00 |

## LINE 3

| Repair Item #3 | Date Start | 3/7/2006 |
|---|---|---|
| Complaint Customer states s/o creeps in | Date Complete | 3/7/2006 |
| | | |

A00218

*Made to Wait while reducing Slide 4 1/2 hrs*

**Cause** bad manifold block

**Correction** tested found bad manifold block, removed and replaced wtih new

**Comments**

## PARTS

| Part No. | Part Name | Qty. | Price | Actual Billed |
|----------|-----------|------|-------|---------------|
| 18621427 | Manifold Hydraulic Slideout (VP#HF17503) | 1 - EA | Rework | Rework |
| **Parts Subtotal** | | | | $0.00 |

## LABOR

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|-------------|--------|-------|-------|---------------|
| **Labor Subtotal** | | 0 | | $0.00 |

| | | |
|---|---|---|
| I HAVE INSPECTED MY VEHICLE AND REPAIRS PERFORMED ARE SATISFACTORY. | **Total Parts** | $0.00 |
| **X** | **Supplies** | $0.00 |
| CUSTOMER'S SIGNATURE                                          DATE | **Sales Tax (6%)** | $0.00 |
| I HEREBY CERTIFY THAT I HAVE PERFORMED THE WORK IN ACCORDANCE WITH THE TERMS OF THIS WARRANTY AND HEREBY APPLY FOR CREDIT ON THE INFORMATION SHOWN. | **Total Labor** | $0.00 |
| **X** | **Total Hours** | 0 |
| SIGNATURE                                    DATE REPAIRS COMPLETED | **Grand Total** | $0.00 |

No tangible personal property was attached to, or incorporated in, the property repaired.

A00219



| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| 13713635.170 | Shade pleated d/n 57 x 24 w/ black out alabaster | 1 - EA | 61.62 | 61.62 |
| 13713633.170 | Shade pleated d/n 49 x 32 w/ black out alabaster | 1 - EA | 64.08 | 64.08 |
| Parts Subtotal | | | | $125.70 |

**LABOR**

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| 23 00 0156NP | | 1.5 | 138.00 | 138.00 |
| Labor Subtotal | | 1.5 | | $138.00 |

**LINE 6**

| Repair Item #6 | | Date Start | 2/7/2006 |
|---|---|---|---|
| Complaint Customer states aladin system, recalibrate | | Date Complete | 2/7/2006 |
| Cause tank interface module bad | | | |
| Correction trouble shot system found bad tank module and bad tank sensor. replaced sensor and module. performed calabrations and system check ok | | | |
| Comments | | | |

**PARTS**

| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| | Sensor C/P (USE 16621189)) Pressure hold tank #500- | 1 - EA | Rework | Rework |

## 24.  Notice to and Correspondence from Monaco

12/16/2004

———————— Rainbow Kennels ————————

Douglas & Rita
Holloway

(302) 738-6864
Fax (302) 737-5256

To Whom it may Concern

Monaco Corporation Inc. & Lazy Days.

This letter is concerning the Monterey (Beaver) coach.
40' in length quad slide 2004 that belongs to
Douglas R Holloway & Rita Holloway that was
purchased from Lazy Days and recieved in
March 2004  Vin #1RFC2564541029131, Lic#RUB425.

The numerous times it has been for repair (water leaks,
fuel leaks, filling of fuel & water Damage) it has
never been finished up to par or qualifications for
a new vechicle.

In this matter the Holloways are requesting
a new coach- of equal or more value replacing
the vechicle stated in this letter

c/o
  Chris Curtin
  Danny Moore   Lazy Days
  Cindy Edgett  Monaco Corp.

——————— 2131 Pleasant Valley Road · Newark, Delaware 19702 ———————

A00222



**MONACO**
**COACH CORPORATION**

January 27, 2005

Mr. and Mrs. Douglas Holloway
2121 Pleasant Valley Road
Newark, DE 19702

RE:          Coach #800870
             2004 Monterey

Dear Mr. and Mrs. Holloway:

This letter is a follow-up to our telephone conversation on January 19, 2005 wherein I assured
you that Monaco shall honor its published limited warranty by working with you to address any
remaining warrantable concerns with your coach.

This letter shall also confirm that you have rejected Monaco Coach Corporation's offer to
repurchase your coach for the sum of ONE HUNDRED FORTY-ONE THOUSAND, FOUR
HUNDRED FORTY-ONE AND 70/100 DOLLARS ($141,441.70), which is the full purchase
price paid by you less a reasonable off-set for use.

Since Monaco provided your 2004 Monterey to you at no charge to resolve a prior lawsuit, the
refund amount above is based upon the purchase price of the 2001 Monterey motorhome, which
was ONE HUNDRED SIXTY FIVE THOUSAND, FOUR HUNDRED TWENTY EIGHT AND
88/100 DOLLARS ($165,428.88). We are confident that a court will give Monaco an off-set for
the reasonable use you have had of the current motorhome. Therefore, without conceding that
Delaware law applies, we used the Delaware lemon law formula to determine an off-set of
TWENTY THREE THOUSAND, NINE HUNDRED EIGHTY SEVEN AND 18/100 dollars
($23,987.18). If your only objection is with the off-set for use, Monaco would be willing to
arbitrate this issue or allow a court of law to determine what Monaco should receive for the use
you have had of the motorhome. If you object to the purchase price we identified, we would
welcome any information you have that discloses that you paid more than the purchase price we
identified above.

If you choose to accept our offer of repurchase, Monaco will require you to sign a settlement
agreement that discharges Monaco and its dealers and/or repair facilities of any and all liability
for claims arising out of your use, operation and purchase of the 2004 Monterey.

Sincerely yours,

*Cyndi Edgett*

Cyndi Edgett
Customer Service Supervisor

CE/sgp

Monaco • Holiday Rambler • Safari • Beaver • McKenzie • Royale Coach • Roadmaster
www.monaco online.com

A 00223