# 25. Aggravation and Inconvenience

A00224

①

## Rainbow Kennels

Douglas & Rita
Holloway

(302) 738-0864
Fax (302) 737 5256

To whom on Dec 10th 2004

Since we have purchased (exchange coach.)
we have had numerous problems

① multiple times (aproximate 5) it has been taken
back to Lazy Days for fuel leakage, which has
now been handed over to Monoco service, they
have had this coach since late September.

② the coach can not be filled with fuel
either (Dual fuel recievers) side with out back lashing
over everything. (it takes fuel at the slowest possible rate
and when nearing the top it still back lashes)

③ coach has leaked from the roof since having
posession it has been taken to Lazy Days (aproximate 5)
to be repaired, again it has been handed over to
Monoco, it has been in service since late September

④ storage bays when raining while driving and standing
still will fill aproximately 1inch of water and soaks
every thing in the storage area, again this has been
taken for repair (aproximate 5) to Lazy days, again they
handed over to monoco, they have had it since late
september.

We have had other problems which come with
having anything new which can be repaired momentarily these
problems that have been stated stop us from using the

2131 Pleasant Valley Road • Newark, Delaware 19702

A00225

②

———— Rainbow Kennels ————

Douglas & Rita
Holloway

(302) 738-0884
Fax (302) 737-5256

coach.

also the air ride is a concern it dose not ride smoothly.

We have been in service with Lazy Days Aproximately
5 to 7 weeks working with them giving the service
ample time to work on the problems. (and I do mean
working with them)

When the fuel leakage and the roof leaking
and storage compartments became such a matter that
Lazy Days the couldn't repair, I called monaco (Ken Carpenter)
and talked in detail in return he recomended that
I get the coach in as soon as possible and in return
he would respond back to me letting me know that
service in Monaco would be waiting for the coach
(never called me back) the coach was brought to Lazy Days
at the end of september, Ken Carpenter was informed
by Lazy Days the coach was ready for monaco, since
that time we tried calling Ken Carpenter and monaco
service to see the progress they were having with the
coach. (the had refused any comunication with
chuck Kurtz Lazy Days service agent assigned to us)
it wasn't until you (mr Curtin) sent a Letter or A00226
E mail to monaco that we had a response. and since
then it has been one thing after another why the coach
has not been finished we are at the end of the road

12/14/04     Cindy Edgett   teh # 800 450 6336 ex 8185
                            Fax # 511 681 8030

──────── Rainbow Kennels ────────

Douglas & Pitt                          (302) 738-0884
Holloway                                Fax (302) 737-5256

to Cindy Edgett.

I hope in good faith (mine) that trying to work with Monaco at this time is more rewarding than in the past.

Having a coach of this value and Monaco not having the pride to putting useable product on the road. makes it a unbusalbe chore and task for the customer to use it, not mentioning the. Service people that the customer has to deal with, it becomes so frustrating knowing that you are going to get a run around. and be lied to that you wonder if it is worth having a coach of your making a loan payment for the pain that your company inflicks.

v— L x Holloway—

PS

Mrs. Edgett

I like my coach & I am very hopefull that it is repaired. correctly and on the other hand I am very worried that it is not, Monaco makes their customers very insecure, that they have brewed idea what to expect.

──────── 2131 Pleasant Valley Road • Newark, Delaware 19702 ────────

A00227

Fax 541 681 8030

—————— Rainbow Kennels ——————

Douglas & Kim
Holloway

(302) 738-0894
Fax (302) 737-6256

To Cindy Edgett

The receipts of items to Follow today hopefully.

① Document from monaco at your expense to be tested for mold. with in the next 6 months (major concern) ?

② 4 months of loan payments.

③ 4 months of RV insurance payments.

④ In House (coach) warranty to start January 1st 2005 as new coach.

⑤ Airline Tickets refund. Flying to Tampa

⑥ 4 months of Direct TV

⑦ what ever bill to come from Lazy Days to be a wash. and that everything on the list that was given to Chuck Kurtz. Was "Done Correctly" and completed at this time ?

⑧ The Service at the Crown Club to be activated from January 1st 2005 as a new Coach.

⑨ The repairs that are being done. at this time by Monaco must be done correctly (major concern.) ?

⑩ Coach Delivered safely and in 1 piece (last time monaco delivered they had an accident) ?

⑪ ? hopefully there is Know # 11.

I would like a document from monaco stating these Terms.

————— 2131 Pleasant Valley Road • Newark, Delaware 19702 —————

A00228

Rainbow Kennels

Douglas & Rita
Holloway

(302) 738-0864
Fax (302) 737-5256

To Whom.

Rita and myself would like to refunded the price of the airline tickets that we have had to purchase to take the coach back and fourth forth. for servicing, also we would like to have in writing that menco will pay for a mold detection test aproximately 4 monthe. (if the mold test is positive we will take action)

2131 Pleasant Valley Road • Newark, Delaware 19702

A00229

| Report Date: 09/27/2005 | Agency: TROOP 2 STATE POLICE | | Complaint: 02-05-107019 |
|---|---|---|---|
| Date and Time 09/27/2005 0811 | Initial Crime Report | | Occurred: FRI 09/23/2005 1500 thru TUE 09/27/2005 0800 |

N Old Baltimore PIKE B&G Autobody    Newark, DE 19702

**M.O. and Incident Overview:**
Unknown suspect(s) entered V1's lot and removed a television from V1's vehicle.

| Cnc 064-332 | Sector 23 | County New Castle | Domestic Related ☐Yes ☒No | 4-F-14 Sent? ☐Yes ☒No | | Gen Broadcast Sent? ☐Yes ☒No | |
|---|---|---|---|---|---|---|---|

## Victim Information

| Victim Number 002 | Name HOLLOWAY, DOUGLAS R J | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Type Individual | Sex Male | Race White | | | Ethnic Origin Non-Hispanic | Age 52 | D.O.B. 09/28/1952 | |
| Address 2131 Pleasant Valley RD Newark, DE 15702 | | | Resident Status Full Time | Home Telephone (302) 738-0864 | Employer/School | | | Work Telephone |
| Reporting Person? ☐Yes ☒No | Victim Injured? ☐Yes ☒No | Victim Deceased? ☐Yes ☒No | | | | | | |

## Suspect/Defendant Information

| Sequence 001 | Type No Suspect | SBI Number | Name | | | | | Nick Name | |
|---|---|---|---|---|---|---|---|---|---|
| Sex | Race | Ethnic Origin | Age | D.O.B. | Height | Weight | Skin Tone | | Eye Color |
| Hair Color | Hair Length | Hair Style | Facial Hair | Voice Speech | Teeth | | Build | | Glasses |
| Disguise | | Disguise Color(s) | Resident Status Unknown | Unusual Characteristics | | Armed With: | | |
| Address | | | Home Telephone | Employer/School | | | | Work Telephone |

## Crimes and Associated Information

| Victim Number 002 | Crime Seq 002 | Statute DE:11:0811:00A1:M: | Crime Description Criminal Mischief Under $1000 Damage Property | | | | |
|---|---|---|---|---|---|---|---|
| Location Of Offense Parking Lot/Parking Garage | | Status Pending-Inactive | | | Involvement ☐Alcohol ☐Drugs ☐Computer | General Offense | |
| Suspected Hate/Bias ☐Yes ☒No - N/A | Crime Code 2902 - Damage/Private Property | | | | | | |
| Removed Property | Property Category Vehicle Parts/Accessories | | Value 200.00 | | | | |
| | Extended Description FRONT RIGHT SIDE WINDOW | | | | | | |

| Victim Number 002 | Crime Seq 003 | Statute DE:11:0841:000A:F:G | Crime Description Theft $1000 or Greater (Deprive Person) | | | | |
|---|---|---|---|---|---|---|---|
| Location Of Offense Parking Lot/Parking Garage | | Status Pending-Inactive | | | Involvement ☐Alcohol ☐Drugs ☐Computer | General Offense | |
| Suspected Hate/Bias ☐Yes ☒No - N/A | Crime Code 23056D - Larceny/From Vehicle/Not Attached | | | | | | |
| Stolen Property | Property Category Radios/TVs/VCRs | | Quantity 2 | Unit Price 1000 | Stolen Value 2000.00 | Recovered Value Recovery Date | |
| | Item Type | | | Serial Number | | Brand | |
| | Model | | | Item Style | | | |
| | Extended Description 1 24" FLAT SCREEN TV AND 1 DVD PLAYER | | | | | | |

| | Property Category Recording/Audio/Visual | | Quantity 20 | Unit Price 15.00 | Stolen Value 300.00 | Recovered Value Recovery Date | |
|---|---|---|---|---|---|---|---|
| | Item Type | | | Serial Number | | Brand | |
| | Model | | | Item Style | | | |
| | Extended Description VARIOUS DVDS | | | | | | |

| | Property Category Other | | Quantity 2 | Unit Price 30.00 | Stolen Value 60.00 | Recovered Value Recovery Date | |
|---|---|---|---|---|---|---|---|
| | Item Type | | | Serial Number | | Brand | |
| | Model | | | Item Style | | | |
| | Extended Description 2 FLOOD LIGHTS | | | | | | |

| Reporting Officer TPR THOMPSON - 19478 2 | Pending Supervisory Review: |
|---|---|

834-2620  ext 534

## 26.  Monaco's Monterey Hydro-Hot Recall Notice

A00231



www.nhtsa.dot.gov

people saving people

# Office of Defects Investigation

# Recalls - Search Results

Report Date : **August 11, 2005 at *10:11 AM***

SEARCH TYPE : **VEHICLE**

Make : **BEAVER**

Model : **MONTEREY**

Type : **RECREATIONAL VEHICLE**

**Make :** BEAVER          **Model :** MONTEREY          **Year :** 2004

**Manufacturer :** MONACO COACH CORPORATION

**NHTSA CAMPAIGN ID Number :** 05V223000          **Mfg's Report Date :** MAY 12, 2005

**Component:** EQUIPMENT:RECREATIONAL VEHICLE:LPG WATER HEATER

**Potential Number Of Units Affected :** 1606

**Summary:**
ON CERTAIN CLASS A MOTOR HOMES EQUIPPED WITH VEHICLE SYSTEMS' AQUA-HOT AND HYDRO-HOT WATER HEATERS, WHICH USE WEBASTO BURNER TUBES, THE BURNER TUBES DO NOT MEET SPECIFICATIONS AND COULD FAIL PREMATURELY.

**Consequence:**
THE SURFACE TEMPERATURE OF THE EXHAUST TUBE EXITING FROM THE HEATER CAN INCREASE AND COULD POTENTIALLY IGNITE COMBUSTIBLE MATERIALS IN OR AROUND THE VEHICLE.

**Remedy:**
DEALERS WILL INSPECT AND REPAIR THESE VEHICLES. THE RECALL IS EXPECTED TO BEGIN DURING JUNE 2005. OWNERS SHOULD CONTACT MONACO AT 1-800-685-6545.

**Notes:**
CUSTOMERS CAN ALSO CONTACT THE NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATIONS AUTO SAFETY HOTLINE AT 1-888-327-4236.

A00232

## 27.  Summary of Damages

A00233

**Holloway v. Monaco Coach**
**SUMMARY OF DAMAGES**
as of August 18, 2006

# I. ECONOMIC DAMAGES

## A. Purchase Price[1]

Purchase Price: Exhibits 4-5                                                     $267,730.00

Less "allowance for use"
3,423 miles (Ex.5) -3,436 miles (Ex. 13) =13 miles /100,000 miles x $267,730.00
=                                                                                   - 34.80
                                                                                $267,695.20

## B. Out-of-Pocket Expenses

Loan Interest Paid[2] (To September, 2006)                                        17,034.74

Out-of -Pocket Expenses:[3]

    4-6-04        Airfare                                       250.10

---

[1]"Repurchase" authorized by 6 *Del. C.* §5003(a) ( the "Lemon Law") includes "refund to the consumer the full purchase, including all credits and allowances for any trade-in vehicle." In addition the manufacturer must "reimburse the consumer for related purchase costs, including sales taxes, registration fees and dealer preparation fees." 6 *Del. C.* §5003 (c). "So much of the purchase price as has been paid," is recoverable under the U.C.C. 6 *Del. C.* §2-711(1). Figures are from Financing Agreement, Ex. 5.

[2]Finance charges are recoverable as part of the purchase price: : *Webco Indus., Inc., v. Thermatool Corp.*, 278 F.3d 1120 (10th Cir. 2002) (Plaintiff can recover finance charges as consequential damages, plus prejudgment interest on the finance charges.); *Williams v. Chrysler Corp.,* 530 So.2d 1214 (La. Ct. App. 1988); *Ford v. Burroughs Corp,* 361 F. Supp. 325 (ED Pa.1973); *Thompson Chrysler Plymouth, Inc. v. Myers,* 264 So. 2d 893 (Ala. App., 1973) (Total finance charges from date of sale are recoverable as part of the purchase price). *Cayle Chevrolet Co. v. Caurice,* 397 NE.2d 1283 (Ind. Ct. App., 1979) (consequential damages or purchase price). *McGinnis v. Wentworth Chevrolet,* 645 P. 2d 543 (Or. App., 1982) (Finance charges and insurance); *Devore v. Bostrom,* 632 P.2d 832 (Utah Supr., 1981) (Interest on purchase price.) Figures from Amortization Table, Ex. 27.

[3]Section. §2-715 of the U.C.C., permits a cancelling Plaintiff to recover "Buyer's Incidental and Consequential Damages." *Williams v. College Dodge, Inc.,* 11 U.C.C. Reps. 958 (Mich. Dist. Ct. 1972) (Cost of repairs, with interest, made before revocation of acceptance are recoverable incidental damages.) *Durfee v. Ron Baxter Imports, Inc.*, 262 N.W. 2d 349 (Minn. Supr. 1977) (Cost of car repair and maintenance which were incidental expenses reasonably incurred by buyer who revoked acceptance were recoverable.)

A00234

| 6-2-04 | LazyDays Repair | | 2,919.80 | |
| 6-18-04 | Airfare | | 89.10 | |
| 7-7-04 | Fuel leak accident damage | | 6,569.63 | |
| 8-6-04 | Airfare | | 157.60 | |
| 7-5-05 | Hydro-Hot rebuild | | 1,220.41 | |
| 2-24-06 | Shocks, Batteries etc. | | 2,799.95 | |
| | | Subtotal | | $14,006.59 |

## C. Loss of Use

Mileage traveling to repair facilities for warranty repairs:
Mileage to Indiana Repair facility, Round trip = 1,350 miles
1350 mile x 2 trips for coach + 1 trip for car = 4,050 miles
4,050 miles x $.36/mile =                                              1,458.00

Purchase payment = $827.47/Month
Out of Service Approx. 330 Days = 11 Months
11 x $827.47 =                                                           9,102.17
                                             Subtotal        $10,560.17

                                    Economic Damages    $309,296.70

## D. Prejudgment Interest:[4]

Economic Damages[5] x (.99% +5% = 5.99 %) = Annual Interest Rate
        $309,296.70 x 5.99% per annum = $18,526.87 Annual Interest
Annual Interest x Years Since Purchase = Prejudgment Interest
        $18,526.87  x 2.58 years (to September, 2006) =          47,799.33
                        Total Economic (Actual) Damages    $357,096.03

---

[4]Prejudgement interest at 5% above the Federal discount rate is authorized by 6 *Del. C.* §2301. Interest is calculated, and will continue to run from the date of purchase, January 10, 2004. A warranty is considered to have been breached on the date of sale. 6 *Del. C.* §6-725(2). The Federal discount rate was .99 % making the legal rate 5.99%. Rate obtained from www.federalreserve.gov/releases/h15.

[5]Prejudgment interest on finance charges is required. *Webco Indus., Inc., v. Thermatool Corp.*, 278 F.3d 1120 (10th Cir. 2002) holds that a Plaintiff should  recover financing charges as consequential damages *plus* prejudgment interest on the financing charges. It also discusses the difference between finance charges expended on a product as direct substantive damages, and prejudgment interest as additional compensatory damages for delay in payment of calculable damages.

A00235

## II. ELDER VICTIM ENHANCED DAMAGES

Treble Damages:
(pursuant to 6 *Del.C.* §2583)                                                  $1,071,288.00

## III. NON- ECONOMIC DAMAGES

### A. Aggravation and Inconvenience:[6]                                        15,000.00

## IV. ATTORNEY'S FEES and costs:[7]

(To be determined)

---

[6]Delaware courts allow a recovery for "aggravation and inconvenience" in Lemon Law cases as either incidental or consequential damages. In *Calbert v. Volkswagen of America, Inc.,* Del. Super., C.A. 87C-JN-106 (October 1, 1991, Balick, J.) affirmed, Del. Supr., Moore, J. (Nov. 10, 1993) (Order) the Court approved the jury award including $5,000.00 for aggravation and inconvenience to the purchaser, where the manufacturer would not accept return of a defective automobile. Aggravation is detailed in the Notice Letter, but includes in addition, three round trips to Indiana to the Monaco factory for warranty repairs, that ultimately took roughly 11 months.

[7]Attorneys fees are recoverable under the Magnuson Moss Warranty Act, 15 *U.S.C.* §2310(d) (2), as well as the Lemon Law. 6 *Del. C.* §5005. The Elder Victim's Act similarly permits recovery of the costs and attorneys fees for Chapter 25 violations. 6 *Del. C.* 2583 (a), Exhibit 27. The figure is from counsel's contemporaneously maintained time and billing software.

A00236

|  |  | Orig Balance $120,017 | Orig Rate 5.53% | Term (yrs) 20 | 1st PMT Feb-04 | Future Value $0 |  |  |  |
|---|---|---|---|---|---|---|---|---|---|
| Pmt # | Date | Yr Rate | P&I Payment | Principal | Interest | Extra Prin | New Balance | Cum. Interest | Yearly Total Int |
| - | Jan-04 |  |  |  | - |  | $120,017.00 |  |  |
| 1 | Feb-04 | 5.53% | $827.48 | $274.60 | $552.88 | $0.00 | $119,742.40 | $552.88 | $552.88 |
| 2 | Mar-04 | 5.53% | $827.48 | $275.87 | $551.61 | $0.00 | $119,466.53 | $1,104.49 | $1,104.49 |
| 3 | Apr-04 | 5.53% | $827.48 | $277.14 | $550.34 | $0.00 | $119,189.39 | $1,654.83 | $1,654.83 |
| 4 | May-04 | 5.53% | $827.48 | $278.41 | $549.07 | $0.00 | $118,910.98 | $2,203.90 | $2,203.90 |
| 5 | Jun-04 | 5.53% | $827.48 | $279.70 | $547.78 | $0.00 | $118,631.28 | $2,751.68 | $2,751.68 |
| 6 | Jul-04 | 5.53% | $827.48 | $280.99 | $546.49 | $0.00 | $118,350.29 | $3,298.17 | $3,298.17 |
| 7 | Aug-04 | 5.53% | $827.48 | $282.28 | $545.20 | $0.00 | $118,068.01 | $3,843.37 | $3,843.37 |
| 8 | Sep-04 | 5.53% | $827.48 | $283.58 | $543.90 | $0.00 | $117,784.43 | $4,387.27 | $4,387.27 |
| 9 | Oct-04 | 5.53% | $827.48 | $284.89 | $542.59 | $0.00 | $117,499.54 | $4,929.86 | $4,929.86 |
| 10 | Nov-04 | 5.53% | $827.48 | $286.20 | $541.28 | $0.00 | $117,213.34 | $5,471.14 | $5,471.14 |
| 11 | Dec-04 | 5.53% | $827.48 | $287.52 | $539.96 | $0.00 | $116,925.82 | $6,011.10 | $6,011.10 |
| 12 | Jan-05 | 5.53% | $827.48 | $288.84 | $538.64 | $0.00 | $116,636.98 | $6,549.74 | $538.64 |
| 13 | Feb-05 | 5.53% | $827.48 | $290.17 | $537.31 | $0.00 | $116,346.81 | $7,087.05 | $1,075.95 |
| 14 | Mar-05 | 5.53% | $827.48 | $291.51 | $535.97 | $0.00 | $116,055.30 | $7,623.02 | $1,611.92 |
| 15 | Apr-05 | 5.53% | $827.48 | $292.85 | $534.63 | $0.00 | $115,762.45 | $8,157.65 | $2,146.55 |
| 16 | May-05 | 5.53% | $827.48 | $294.20 | $533.28 | $0.00 | $115,468.25 | $8,690.93 | $2,679.83 |
| 17 | Jun-05 | 5.53% | $827.48 | $295.56 | $531.92 | $0.00 | $115,172.69 | $9,222.85 | $3,211.75 |
| 18 | Jul-05 | 5.53% | $827.48 | $296.92 | $530.56 | $0.00 | $114,875.77 | $9,753.41 | $3,742.31 |
| 19 | Aug-05 | 5.53% | $827.48 | $298.29 | $529.19 | $0.00 | $114,577.48 | $10,282.60 | $4,271.50 |
| 20 | Sep-05 | 5.53% | $827.48 | $299.66 | $527.82 | $0.00 | $114,277.82 | $10,810.42 | $4,799.32 |
| 21 | Oct-05 | 5.53% | $827.48 | $301.04 | $526.44 | $0.00 | $113,976.78 | $11,336.86 | $5,325.76 |
| 22 | Nov-05 | 5.53% | $827.48 | $302.43 | $525.05 | $0.00 | $113,674.35 | $11,861.91 | $5,850.81 |
| 23 | Dec-05 | 5.53% | $827.48 | $303.82 | $523.66 | $0.00 | $113,370.53 | $12,385.57 | $6,374.47 |
| 24 | Jan-06 | 5.53% | $827.48 | $305.22 | $522.26 | $0.00 | $113,065.31 | $12,907.83 | $522.26 |
| 25 | Feb-06 | 5.53% | $827.48 | $306.63 | $520.85 | $0.00 | $112,758.68 | $13,428.68 | $1,043.11 |
| 26 | Mar-06 | 5.53% | $827.48 | $308.04 | $519.44 | $0.00 | $112,450.64 | $13,948.12 | $1,562.55 |
| 27 | Apr-06 | 5.53% | $827.48 | $309.46 | $518.02 | $0.00 | $112,141.18 | $14,466.14 | $2,080.57 |
| 28 | May-06 | 5.53% | $827.48 | $310.88 | $516.60 | $0.00 | $111,830.30 | $14,982.74 | $2,597.17 |
| 29 | Jun-06 | 5.53% | $827.48 | $312.32 | $515.16 | $0.00 | $111,517.98 | $15,497.90 | $3,112.33 |
| 30 | Jul-06 | 5.53% | $827.48 | $313.75 | $513.73 | $0.00 | $111,204.23 | $16,011.63 | $3,626.06 |
| 31 | Aug-06 | 5.53% | $827.48 | $315.20 | $512.28 | $0.00 | $110,889.03 | $16,523.91 | $4,138.34 |
| 32 | Sep-06 | 5.53% | $827.48 | $316.65 | $510.83 | $0.00 | $110,572.38 | $17,034.74 | $4,649.17 |
| 33 | Oct-06 | 5.53% | $827.48 | $318.11 | $509.37 | $0.00 | $110,254.27 | $17,544.11 | $5,158.54 |
| 34 | Nov-06 | 5.53% | $827.48 | $319.58 | $507.90 | $0.00 | $109,934.69 | $18,052.01 | $5,666.44 |
| 35 | Dec-06 | 5.53% | $827.48 | $321.05 | $506.43 | $0.00 | $109,613.64 | $18,558.44 | $6,172.87 |
| 36 | Jan-07 | 5.53% | $827.48 | $322.53 | $504.95 | $0.00 | $109,291.11 | $19,063.39 | $504.95 |
| 37 | Feb-07 | 5.53% | $827.48 | $324.01 | $503.47 | $0.00 | $108,967.10 | $19,566.86 | $1,008.42 |
| 38 | Mar-07 | 5.53% | $827.48 | $325.50 | $501.98 | $0.00 | $108,641.60 | $20,068.84 | $1,510.40 |
| 39 | Apr-07 | 5.53% | $827.48 | $327.00 | $500.48 | $0.00 | $108,314.60 | $20,569.32 | $2,010.88 |
| 40 | May-07 | 5.53% | $827.48 | $328.51 | $498.97 | $0.00 | $107,986.09 | $21,068.29 | $2,509.85 |

A00237

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 41 | -07 | 5.53% | $827.48 | $330.02 | $497.46 | $0.00 | $107,656.07 | $3,007.31 |
| 42 | Jul-07 | 5.53% | $827.48 | $331.54 | $495.94 | $0.00 | $107,324.53 | $3,503.25 |
| 43 | Aug-07 | 5.53% | $827.48 | $333.07 | $494.41 | $0.00 | $106,991.46 | $3,997.66 |
| 44 | Sep-07 | 5.53% | $827.48 | $334.61 | $492.87 | $0.00 | $106,656.85 | $4,490.53 |
| 45 | Oct-07 | 5.53% | $827.48 | $336.15 | $491.33 | $0.00 | $106,320.70 | $4,981.86 |
| 46 | Nov-07 | 5.53% | $827.48 | $337.70 | $489.78 | $0.00 | $105,983.00 | $5,471.64 |
| 47 | Dec-07 | 5.53% | $827.48 | $339.25 | $488.23 | $0.00 | $105,643.75 | $5,959.87 |
| 48 | Jan-08 | 5.53% | $827.48 | $340.81 | $486.67 | $0.00 | $105,302.94 | $486.67 |
| 49 | Feb-08 | 5.53% | $827.48 | $342.38 | $485.10 | $0.00 | $104,960.56 | $971.77 |
| 50 | Mar-08 | 5.53% | $827.48 | $343.96 | $483.52 | $0.00 | $104,616.60 | $1,455.29 |
| 51 | Apr-08 | 5.53% | $827.48 | $345.55 | $481.93 | $0.00 | $104,271.05 | $1,937.22 |
| 52 | May-08 | 5.53% | $827.48 | $347.14 | $480.34 | $0.00 | $103,923.91 | $2,417.56 |
| 53 | Jun-08 | 5.53% | $827.48 | $348.74 | $478.74 | $0.00 | $103,575.17 | $2,896.30 |
| 54 | Jul-08 | 5.53% | $827.48 | $350.34 | $477.14 | $0.00 | $103,224.83 | $3,373.44 |
| 55 | Aug-08 | 5.53% | $827.48 | $351.96 | $475.52 | $0.00 | $102,872.87 | $3,848.96 |
| 56 | Sep-08 | 5.53% | $827.48 | $353.58 | $473.90 | $0.00 | $102,519.29 | $4,322.86 |
| 57 | Oct-08 | 5.53% | $827.48 | $355.21 | $472.27 | $0.00 | $102,164.08 | $4,795.13 |
| 58 | Nov-08 | 5.53% | $827.48 | $356.84 | $470.64 | $0.00 | $101,807.24 | $5,265.77 |
| 59 | Dec-08 | 5.53% | $827.48 | $358.49 | $468.99 | $0.00 | $101,448.75 | $5,734.76 |
| 60 | Jan-09 | 5.53% | $827.48 | $360.14 | $467.34 | $0.00 | $101,088.61 | $467.34 |
| 61 | Feb-09 | 5.53% | $827.48 | $361.80 | $465.68 | $0.00 | $100,726.81 | $933.02 |
| 62 | Mar-09 | 5.53% | $827.48 | $363.47 | $464.01 | $0.00 | $100,363.34 | $1,397.03 |
| 63 | Apr-09 | 5.53% | $827.48 | $365.14 | $462.34 | $0.00 | $99,998.20 | $1,859.37 |
| 64 | May-09 | 5.53% | $827.48 | $366.82 | $460.66 | $0.00 | $99,631.38 | $2,320.03 |
| 65 | Jun-09 | 5.53% | $827.48 | $368.51 | $458.97 | $0.00 | $99,262.87 | $2,779.00 |
| 66 | Jul-09 | 5.53% | $827.48 | $370.21 | $457.27 | $0.00 | $98,892.66 | $3,236.27 |
| 67 | Aug-09 | 5.53% | $827.48 | $371.91 | $455.57 | $0.00 | $98,520.75 | $3,691.84 |
| 68 | Sep-09 | 5.53% | $827.48 | $373.63 | $453.85 | $0.00 | $98,147.12 | $4,145.69 |
| 69 | Oct-09 | 5.53% | $827.48 | $375.35 | $452.13 | $0.00 | $97,771.77 | $4,597.82 |
| 70 | Nov-09 | 5.53% | $827.48 | $377.08 | $450.40 | $0.00 | $97,394.69 | $5,048.22 |
| 71 | Dec-09 | 5.53% | $827.48 | $378.82 | $448.66 | $0.00 | $97,015.87 | $5,496.88 |
| 72 | Jan-10 | 5.53% | $827.48 | $380.56 | $446.92 | $0.00 | $96,635.31 | $446.92 |
| 73 | Feb-10 | 5.53% | $827.48 | $382.31 | $445.17 | $0.00 | $96,253.00 | $892.09 |
| 74 | Mar-10 | 5.53% | $827.48 | $384.07 | $443.41 | $0.00 | $95,868.93 | $1,335.50 |
| 75 | Apr-10 | 5.53% | $827.48 | $385.84 | $441.64 | $0.00 | $95,483.09 | $1,777.14 |
| 76 | May-10 | 5.53% | $827.48 | $387.62 | $439.86 | $0.00 | $95,095.47 | $2,217.00 |
| 77 | Jun-10 | 5.53% | $827.48 | $389.41 | $438.07 | $0.00 | $94,706.06 | $2,655.07 |
| 78 | Jul-10 | 5.53% | $827.48 | $391.20 | $436.28 | $0.00 | $94,314.86 | $3,091.35 |
| 79 | Aug-10 | 5.53% | $827.48 | $393.00 | $434.48 | $0.00 | $93,921.86 | $3,525.83 |
| 80 | Sep-10 | 5.53% | $827.48 | $394.81 | $432.67 | $0.00 | $93,527.05 | $3,958.50 |
| 81 | Oct-10 | 5.53% | $827.48 | $396.63 | $430.85 | $0.00 | $93,130.42 | $4,389.35 |
| 82 | Nov-10 | 5.53% | $827.48 | $398.46 | $429.02 | $0.00 | $92,731.96 | $4,818.37 |
| 83 | Dec-10 | 5.53% | $827.48 | $400.29 | $427.19 | $0.00 | $92,331.67 | $5,245.56 |
| 84 | Jan-11 | 5.53% | $827.48 | $402.14 | $425.34 | $0.00 | $91,929.53 | $425.34 |
| 85 | Feb-11 | 5.53% | $827.48 | $403.99 | $423.49 | $0.00 | $91,525.54 | $848.83 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 86 | Mar-11 | 5.53% | $827.48 | $405.85 | $421.63 | $0.00 | $91,119.69 | $42,265.97 | $1,270.46 |
| 87 | Apr-11 | 5.53% | $827.48 | $407.72 | $419.76 | $0.00 | $90,711.97 | $42,685.73 | $1,690.22 |
| 88 | May-11 | 5.53% | $827.48 | $409.60 | $417.88 | $0.00 | $90,302.37 | $43,103.61 | $2,108.10 |
| 89 | Jun-11 | 5.53% | $827.48 | $411.49 | $415.99 | $0.00 | $89,890.88 | $43,519.60 | $2,524.09 |
| 90 | Jul-11 | 5.53% | $827.48 | $413.38 | $414.10 | $0.00 | $89,477.50 | $43,933.70 | $2,938.19 |
| 91 | Aug-11 | 5.53% | $827.48 | $415.29 | $412.19 | $0.00 | $89,062.21 | $44,345.89 | $3,350.38 |
| 92 | Sep-11 | 5.53% | $827.48 | $417.20 | $410.28 | $0.00 | $88,645.01 | $44,756.17 | $3,760.66 |
| 93 | Oct-11 | 5.53% | $827.48 | $419.12 | $408.36 | $0.00 | $88,225.89 | $45,164.53 | $4,169.02 |
| 94 | Nov-11 | 5.53% | $827.48 | $421.05 | $406.43 | $0.00 | $87,804.84 | $45,570.96 | $4,575.45 |
| 95 | Dec-11 | 5.53% | $827.48 | $422.99 | $404.49 | $0.00 | $87,381.85 | $45,975.45 | $4,979.94 |
| 96 | Jan-12 | 5.53% | $827.48 | $424.94 | $402.54 | $0.00 | $86,956.91 | $46,377.99 | $402.54 |
| 97 | Feb-12 | 5.53% | $827.48 | $426.90 | $400.58 | $0.00 | $86,530.01 | $46,778.57 | $803.12 |
| 98 | Mar-12 | 5.53% | $827.48 | $428.87 | $398.61 | $0.00 | $86,101.14 | $47,177.18 | $1,201.73 |
| 99 | Apr-12 | 5.53% | $827.48 | $430.84 | $396.64 | $0.00 | $85,670.30 | $47,573.82 | $1,598.37 |
| 100 | May-12 | 5.53% | $827.48 | $432.83 | $394.65 | $0.00 | $85,237.47 | $47,968.47 | $1,993.02 |
| 101 | Jun-12 | 5.53% | $827.48 | $434.82 | $392.66 | $0.00 | $84,802.65 | $48,361.13 | $2,385.68 |
| 102 | Jul-12 | 5.53% | $827.48 | $436.82 | $390.66 | $0.00 | $84,365.83 | $48,751.79 | $2,776.34 |
| 103 | Aug-12 | 5.53% | $827.48 | $438.83 | $388.65 | $0.00 | $83,927.00 | $49,140.44 | $3,164.99 |
| 104 | Sep-12 | 5.53% | $827.48 | $440.86 | $386.62 | $0.00 | $83,486.14 | $49,527.06 | $3,551.61 |
| 105 | Oct-12 | 5.53% | $827.48 | $442.89 | $384.59 | $0.00 | $83,043.25 | $49,911.65 | $3,936.20 |
| 106 | Nov-12 | 5.53% | $827.48 | $444.93 | $382.55 | $0.00 | $82,598.32 | $50,294.20 | $4,318.75 |
| 107 | Dec-12 | 5.53% | $827.48 | $446.98 | $380.50 | $0.00 | $82,151.34 | $50,674.70 | $4,699.25 |
| 108 | Jan-13 | 5.53% | $827.48 | $449.04 | $378.44 | $0.00 | $81,702.30 | $51,053.14 | $378.44 |
| 109 | Feb-13 | 5.53% | $827.48 | $451.10 | $376.38 | $0.00 | $81,251.20 | $51,429.52 | $754.82 |
| 110 | Mar-13 | 5.53% | $827.48 | $453.18 | $374.30 | $0.00 | $80,798.02 | $51,803.82 | $1,129.12 |
| 111 | Apr-13 | 5.53% | $827.48 | $455.27 | $372.21 | $0.00 | $80,342.75 | $52,176.03 | $1,501.33 |
| 112 | May-13 | 5.53% | $827.48 | $457.37 | $370.11 | $0.00 | $79,885.38 | $52,546.14 | $1,871.44 |
| 113 | Jun-13 | 5.53% | $827.48 | $459.47 | $368.01 | $0.00 | $79,425.91 | $52,914.15 | $2,239.45 |
| 114 | Jul-13 | 5.53% | $827.48 | $461.59 | $365.89 | $0.00 | $78,964.32 | $53,280.04 | $2,605.34 |
| 115 | Aug-13 | 5.53% | $827.48 | $463.72 | $363.76 | $0.00 | $78,500.60 | $53,643.80 | $2,969.10 |
| 116 | Sep-13 | 5.53% | $827.48 | $465.85 | $361.63 | $0.00 | $78,034.75 | $54,005.43 | $3,330.73 |
| 117 | Oct-13 | 5.53% | $827.48 | $468.00 | $359.48 | $0.00 | $77,566.75 | $54,364.91 | $3,690.21 |
| 118 | Nov-13 | 5.53% | $827.48 | $470.16 | $357.32 | $0.00 | $77,096.59 | $54,722.23 | $4,047.53 |
| 119 | Dec-13 | 5.53% | $827.48 | $472.32 | $355.16 | $0.00 | $76,624.27 | $55,077.39 | $4,402.69 |
| 120 | Jan-14 | 5.53% | $827.48 | $474.50 | $352.98 | $0.00 | $76,149.77 | $55,430.37 | $352.98 |
| 121 | Feb-14 | 5.53% | $827.48 | $476.68 | $350.80 | $0.00 | $75,673.09 | $55,781.17 | $703.78 |
| 122 | Mar-14 | 5.53% | $827.48 | $478.88 | $348.60 | $0.00 | $75,194.21 | $56,129.77 | $1,052.38 |
| 123 | Apr-14 | 5.53% | $827.48 | $481.09 | $346.39 | $0.00 | $74,713.12 | $56,476.16 | $1,398.77 |
| 124 | May-14 | 5.53% | $827.48 | $483.30 | $344.18 | $0.00 | $74,229.82 | $56,820.34 | $1,742.95 |
| 125 | Jun-14 | 5.53% | $827.48 | $485.53 | $341.95 | $0.00 | $73,744.29 | $57,162.29 | $2,084.90 |
| 126 | Jul-14 | 5.53% | $827.48 | $487.76 | $339.72 | $0.00 | $73,256.53 | $57,502.01 | $2,424.62 |
| 127 | Aug-14 | 5.53% | $827.48 | $490.01 | $337.47 | $0.00 | $72,766.52 | $57,839.48 | $2,762.09 |
| 128 | Sep-14 | 5.53% | $827.48 | $492.27 | $335.21 | $0.00 | $72,274.25 | $58,174.69 | $3,097.30 |
| 129 | Oct-14 | 5.53% | $827.48 | $494.54 | $332.94 | $0.00 | $71,779.71 | $58,507.63 | $3,430.24 |
| 130 | Nov-14 | 5.53% | $827.48 | $496.81 | $330.67 | $0.00 | $71,282.90 | $58,838.30 | $3,760.91 |

A00239

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 131 | -14 | 5.53% | $827.48 | $499.10 | $328.38 | $0.00 | $70,783.80 | $59,166.68 | $4,089.29 |
| 132 | Jan-15 | 5.53% | $827.48 | $501.40 | $326.08 | $0.00 | $70,282.40 | $59,492.76 | $326.08 |
| 133 | Feb-15 | 5.53% | $827.48 | $503.71 | $323.77 | $0.00 | $69,778.69 | $59,816.53 | $649.85 |
| 134 | Mar-15 | 5.53% | $827.48 | $506.03 | $321.45 | $0.00 | $69,272.66 | $60,137.98 | $971.30 |
| 135 | Apr-15 | 5.53% | $827.48 | $508.36 | $319.12 | $0.00 | $68,764.30 | $60,457.10 | $1,290.42 |
| 136 | May-15 | 5.53% | $827.48 | $510.71 | $316.77 | $0.00 | $68,253.59 | $60,773.87 | $1,607.19 |
| 137 | Jun-15 | 5.53% | $827.48 | $513.06 | $314.42 | $0.00 | $67,740.53 | $61,088.29 | $1,921.61 |
| 138 | Jul-15 | 5.53% | $827.48 | $515.42 | $312.06 | $0.00 | $67,225.11 | $61,400.35 | $2,233.67 |
| 139 | Aug-15 | 5.53% | $827.48 | $517.80 | $309.68 | $0.00 | $66,707.31 | $61,710.03 | $2,543.35 |
| 140 | Sep-15 | 5.53% | $827.48 | $520.18 | $307.30 | $0.00 | $66,187.13 | $62,017.33 | $2,850.65 |
| 141 | Oct-15 | 5.53% | $827.48 | $522.58 | $304.90 | $0.00 | $65,664.55 | $62,322.23 | $3,155.55 |
| 142 | Nov-15 | 5.53% | $827.48 | $524.99 | $302.49 | $0.00 | $65,139.56 | $62,624.72 | $3,458.04 |
| 143 | Dec-15 | 5.53% | $827.48 | $527.40 | $300.08 | $0.00 | $64,612.16 | $62,924.80 | $3,758.12 |
| 144 | Jan-16 | 5.53% | $827.48 | $529.83 | $297.65 | $0.00 | $64,082.33 | $63,222.45 | $297.65 |
| 145 | Feb-16 | 5.53% | $827.48 | $532.27 | $295.21 | $0.00 | $63,550.06 | $63,517.66 | $592.86 |
| 146 | Mar-16 | 5.53% | $827.48 | $534.73 | $292.75 | $0.00 | $63,015.33 | $63,810.41 | $885.61 |
| 147 | Apr-16 | 5.53% | $827.48 | $537.19 | $290.29 | $0.00 | $62,478.14 | $64,100.70 | $1,175.90 |
| 148 | May-16 | 5.53% | $827.48 | $539.66 | $287.82 | $0.00 | $61,938.48 | $64,388.52 | $1,463.72 |
| 149 | Jun-16 | 5.53% | $827.48 | $542.15 | $285.33 | $0.00 | $61,396.33 | $64,673.85 | $1,749.05 |
| 150 | Jul-16 | 5.53% | $827.48 | $544.65 | $282.83 | $0.00 | $60,851.68 | $64,956.68 | $2,031.88 |
| 151 | Aug-16 | 5.53% | $827.48 | $547.16 | $280.32 | $0.00 | $60,304.52 | $65,237.00 | $2,312.20 |
| 152 | Sep-16 | 5.53% | $827.48 | $549.68 | $277.80 | $0.00 | $59,754.84 | $65,514.80 | $2,590.00 |
| 153 | Oct-16 | 5.53% | $827.48 | $552.21 | $275.27 | $0.00 | $59,202.63 | $65,790.07 | $2,865.27 |
| 154 | Nov-16 | 5.53% | $827.48 | $554.75 | $272.73 | $0.00 | $58,647.88 | $66,062.80 | $3,138.00 |
| 155 | Dec-16 | 5.53% | $827.48 | $557.31 | $270.17 | $0.00 | $58,090.57 | $66,332.97 | $3,408.17 |
| 156 | Jan-17 | 5.53% | $827.48 | $559.88 | $267.60 | $0.00 | $57,530.69 | $66,600.57 | $267.60 |
| 157 | Feb-17 | 5.53% | $827.48 | $562.46 | $265.02 | $0.00 | $56,968.23 | $66,865.59 | $532.62 |
| 158 | Mar-17 | 5.53% | $827.48 | $565.05 | $262.43 | $0.00 | $56,403.18 | $67,128.02 | $795.05 |
| 159 | Apr-17 | 5.53% | $827.48 | $567.65 | $259.83 | $0.00 | $55,835.53 | $67,387.85 | $1,054.88 |
| 160 | May-17 | 5.53% | $827.48 | $570.26 | $257.22 | $0.00 | $55,265.27 | $67,645.07 | $1,312.10 |
| 161 | Jun-17 | 5.53% | $827.48 | $572.89 | $254.59 | $0.00 | $54,692.38 | $67,899.66 | $1,566.69 |
| 162 | Jul-17 | 5.53% | $827.48 | $575.53 | $251.95 | $0.00 | $54,116.85 | $68,151.61 | $1,818.64 |
| 163 | Aug-17 | 5.53% | $827.48 | $578.18 | $249.30 | $0.00 | $53,538.67 | $68,400.91 | $2,067.94 |
| 164 | Sep-17 | 5.53% | $827.48 | $580.85 | $246.63 | $0.00 | $52,957.82 | $68,647.54 | $2,314.57 |
| 165 | Oct-17 | 5.53% | $827.48 | $583.52 | $243.96 | $0.00 | $52,374.30 | $68,891.50 | $2,558.53 |
| 166 | Nov-17 | 5.53% | $827.48 | $586.21 | $241.27 | $0.00 | $51,788.09 | $69,132.77 | $2,799.80 |
| 167 | Dec-17 | 5.53% | $827.48 | $588.91 | $238.57 | $0.00 | $51,199.18 | $69,371.34 | $3,038.37 |
| 168 | Jan-18 | 5.53% | $827.48 | $591.62 | $235.86 | $0.00 | $50,607.56 | $69,607.20 | $235.86 |
| 169 | Feb-18 | 5.53% | $827.48 | $594.35 | $233.13 | $0.00 | $50,013.21 | $69,840.33 | $468.99 |
| 170 | Mar-18 | 5.53% | $827.48 | $597.09 | $230.39 | $0.00 | $49,416.12 | $70,070.72 | $699.38 |
| 171 | Apr-18 | 5.53% | $827.48 | $599.84 | $227.64 | $0.00 | $48,816.28 | $70,298.36 | $927.02 |
| 172 | May-18 | 5.53% | $827.48 | $602.60 | $224.88 | $0.00 | $48,213.68 | $70,523.24 | $1,151.90 |
| 173 | Jun-18 | 5.53% | $827.48 | $605.38 | $222.10 | $0.00 | $47,608.30 | $70,745.34 | $1,374.00 |
| 174 | Jul-18 | 5.53% | $827.48 | $608.16 | $219.32 | $0.00 | $47,000.14 | $70,964.66 | $1,593.32 |
| 175 | Aug-18 | 5.53% | $827.48 | $610.97 | $216.51 | $0.00 | $46,389.17 | $71,181.17 | $1,809.83 |

A00240

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 176 | -18 | 5.53% | $827.48 | $613.78 | $213.70 | $0.00 | $45,775.39 | $71,394.87 | $2,023.53 |
| 177 | Oct-18 | 5.53% | $827.48 | $616.61 | $210.87 | $0.00 | $45,158.78 | $71,605.74 | $2,234.40 |
| 178 | Nov-18 | 5.53% | $827.48 | $619.45 | $208.03 | $0.00 | $44,539.33 | $71,813.77 | $2,442.43 |
| 179 | Dec-18 | 5.53% | $827.48 | $622.30 | $205.18 | $0.00 | $43,917.03 | $72,018.95 | $2,647.61 |
| 180 | Jan-19 | 5.53% | $827.48 | $625.17 | $202.31 | $0.00 | $43,291.86 | $72,221.26 | $202.31 |
| 181 | Feb-19 | 5.53% | $827.48 | $628.05 | $199.43 | $0.00 | $42,663.81 | $72,420.69 | $401.74 |
| 182 | Mar-19 | 5.53% | $827.48 | $630.94 | $196.54 | $0.00 | $42,032.87 | $72,617.23 | $598.28 |
| 183 | Apr-19 | 5.53% | $827.48 | $633.85 | $193.63 | $0.00 | $41,399.02 | $72,810.86 | $791.91 |
| 184 | May-19 | 5.53% | $827.48 | $636.77 | $190.71 | $0.00 | $40,762.25 | $73,001.57 | $982.62 |
| 185 | Jun-19 | 5.53% | $827.48 | $639.70 | $187.78 | $0.00 | $40,122.55 | $73,189.35 | $1,170.40 |
| 186 | Jul-19 | 5.53% | $827.48 | $642.65 | $184.83 | $0.00 | $39,479.90 | $73,374.18 | $1,355.23 |
| 187 | Aug-19 | 5.53% | $827.48 | $645.61 | $181.87 | $0.00 | $38,834.29 | $73,556.05 | $1,537.10 |
| 188 | Sep-19 | 5.53% | $827.48 | $648.58 | $178.90 | $0.00 | $38,185.71 | $73,734.95 | $1,716.00 |
| 189 | Oct-19 | 5.53% | $827.48 | $651.57 | $175.91 | $0.00 | $37,534.14 | $73,910.86 | $1,891.91 |
| 190 | Nov-19 | 5.53% | $827.48 | $654.57 | $172.91 | $0.00 | $36,879.57 | $74,083.77 | $2,064.82 |
| 191 | Dec-19 | 5.53% | $827.48 | $657.59 | $169.89 | $0.00 | $36,221.98 | $74,253.66 | $2,234.71 |
| 192 | Jan-20 | 5.53% | $827.48 | $660.62 | $166.86 | $0.00 | $35,561.36 | $74,420.52 | $166.86 |
| 193 | Feb-20 | 5.53% | $827.48 | $663.66 | $163.82 | $0.00 | $34,897.70 | $74,584.34 | $330.68 |
| 194 | Mar-20 | 5.53% | $827.48 | $666.72 | $160.76 | $0.00 | $34,230.98 | $74,745.10 | $491.44 |
| 195 | Apr-20 | 5.53% | $827.48 | $669.79 | $157.69 | $0.00 | $33,561.19 | $74,902.79 | $649.13 |
| 196 | May-20 | 5.53% | $827.48 | $672.87 | $154.61 | $0.00 | $32,888.32 | $75,057.40 | $803.74 |
| 197 | Jun-20 | 5.53% | $827.48 | $675.97 | $151.51 | $0.00 | $32,212.35 | $75,208.91 | $955.25 |
| 198 | Jul-20 | 5.53% | $827.48 | $679.09 | $148.39 | $0.00 | $31,533.26 | $75,357.30 | $1,103.64 |
| 199 | Aug-20 | 5.53% | $827.48 | $682.22 | $145.26 | $0.00 | $30,851.04 | $75,502.56 | $1,248.90 |
| 200 | Sep-20 | 5.53% | $827.48 | $685.36 | $142.12 | $0.00 | $30,165.68 | $75,644.68 | $1,391.02 |
| 201 | Oct-20 | 5.53% | $827.48 | $688.52 | $138.96 | $0.00 | $29,477.16 | $75,783.64 | $1,529.98 |
| 202 | Nov-20 | 5.53% | $827.48 | $691.69 | $135.79 | $0.00 | $28,785.47 | $75,919.43 | $1,665.77 |
| 203 | Dec-20 | 5.53% | $827.48 | $694.87 | $132.61 | $0.00 | $28,090.60 | $76,052.04 | $1,798.38 |
| 204 | Jan-21 | 5.53% | $827.48 | $698.08 | $129.40 | $0.00 | $27,392.52 | $76,181.44 | $129.40 |
| 205 | Feb-21 | 5.53% | $827.48 | $701.29 | $126.19 | $0.00 | $26,691.23 | $76,307.63 | $255.59 |
| 206 | Mar-21 | 5.53% | $827.48 | $704.52 | $122.96 | $0.00 | $25,986.71 | $76,430.59 | $378.55 |
| 207 | Apr-21 | 5.53% | $827.48 | $707.77 | $119.71 | $0.00 | $25,278.94 | $76,550.30 | $498.26 |
| 208 | May-21 | 5.53% | $827.48 | $711.03 | $116.45 | $0.00 | $24,567.91 | $76,666.75 | $614.71 |
| 209 | Jun-21 | 5.53% | $827.48 | $714.30 | $113.18 | $0.00 | $23,853.61 | $76,779.93 | $727.89 |
| 210 | Jul-21 | 5.53% | $827.48 | $717.59 | $109.89 | $0.00 | $23,136.02 | $76,889.82 | $837.78 |
| 211 | Aug-21 | 5.53% | $827.48 | $720.90 | $106.58 | $0.00 | $22,415.12 | $76,996.40 | $944.36 |
| 212 | Sep-21 | 5.53% | $827.48 | $724.22 | $103.26 | $0.00 | $21,690.90 | $77,099.66 | $1,047.62 |
| 213 | Oct-21 | 5.53% | $827.48 | $727.56 | $99.92 | $0.00 | $20,963.34 | $77,199.58 | $1,147.54 |
| 214 | Nov-21 | 5.53% | $827.48 | $730.91 | $96.57 | $0.00 | $20,232.43 | $77,296.15 | $1,244.11 |
| 215 | Dec-21 | 5.53% | $827.48 | $734.28 | $93.20 | $0.00 | $19,498.15 | $77,389.35 | $1,337.31 |
| 216 | Jan-22 | 5.53% | $827.48 | $737.66 | $89.82 | $0.00 | $18,760.49 | $77,479.17 | $89.82 |
| 217 | Feb-22 | 5.53% | $827.48 | $741.06 | $86.42 | $0.00 | $18,019.43 | $77,565.59 | $176.24 |
| 218 | Mar-22 | 5.53% | $827.48 | $744.47 | $83.01 | $0.00 | $17,274.96 | $77,648.60 | $259.25 |
| 219 | Apr-22 | 5.53% | $827.48 | $747.90 | $79.58 | $0.00 | $16,527.06 | $77,728.18 | $338.83 |
| 220 | May-22 | 5.53% | $827.48 | $751.35 | $76.13 | $0.00 | $15,775.71 | $77,804.31 | $414.96 |

A00241

| # | Date | Rate | Payment | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 221 | 22 | 5.53% | $827.48 | $754.81 | $72.67 | $0.00 | $15,020.90 | $77,876.98 | $487.63 |
| 222 | Jul-22 | 5.53% | $827.48 | $758.28 | $69.20 | $0.00 | $14,262.62 | $77,946.18 | $556.83 |
| 223 | Aug-22 | 5.53% | $827.48 | $761.78 | $65.70 | $0.00 | $13,500.84 | $78,011.88 | $622.53 |
| 224 | Sep-22 | 5.53% | $827.48 | $765.29 | $62.19 | $0.00 | $12,735.55 | $78,074.07 | $684.72 |
| 225 | Oct-22 | 5.53% | $827.48 | $768.81 | $58.67 | $0.00 | $11,966.74 | $78,132.74 | $743.39 |
| 226 | Nov-22 | 5.53% | $827.48 | $772.35 | $55.13 | $0.00 | $11,194.39 | $78,187.87 | $798.52 |
| 227 | Dec-22 | 5.53% | $827.48 | $775.91 | $51.57 | $0.00 | $10,418.48 | $78,239.44 | $850.09 |
| 228 | Jan-23 | 5.53% | $827.48 | $779.49 | $47.99 | $0.00 | $9,638.99 | $78,287.43 | $47.99 |
| 229 | Feb-23 | 5.53% | $827.48 | $783.08 | $44.40 | $0.00 | $8,855.91 | $78,331.83 | $92.39 |
| 230 | Mar-23 | 5.53% | $827.48 | $786.68 | $40.80 | $0.00 | $8,069.23 | $78,372.63 | $133.19 |
| 231 | Apr-23 | 5.53% | $827.48 | $790.31 | $37.17 | $0.00 | $7,278.92 | $78,409.80 | $170.36 |
| 232 | May-23 | 5.53% | $827.48 | $793.95 | $33.53 | $0.00 | $6,484.97 | $78,443.33 | $203.89 |
| 233 | Jun-23 | 5.53% | $827.48 | $797.61 | $29.87 | $0.00 | $5,687.36 | $78,473.20 | $233.76 |
| 234 | Jul-23 | 5.53% | $827.48 | $801.28 | $26.20 | $0.00 | $4,886.08 | $78,499.40 | $259.96 |
| 235 | Aug-23 | 5.53% | $827.48 | $804.97 | $22.51 | $0.00 | $4,081.11 | $78,521.91 | $282.47 |
| 236 | Sep-23 | 5.53% | $827.48 | $808.68 | $18.80 | $0.00 | $3,272.43 | $78,540.71 | $301.27 |
| 237 | Oct-23 | 5.53% | $827.48 | $812.41 | $15.07 | $0.00 | $2,460.02 | $78,555.78 | $316.34 |
| 238 | Nov-23 | 5.53% | $827.48 | $816.15 | $11.33 | $0.00 | $1,643.87 | $78,567.11 | $327.67 |
| 239 | Dec-23 | 5.53% | $827.48 | $819.91 | $7.57 | $0.00 | $823.96 | $78,574.68 | $335.24 |
| 240 | Jan-24 | 5.53% | $827.48 | $823.68 | $3.80 | $0.00 | $0.28 | $78,578.48 | $3.80 |

JGLAS HOLLOWAY JR
JNBOW KENNELS

Account Number
XXXX-XXXXX1-16000

Closing Date
05/05/04

Page 3 of 9

## New Activity Continued

| | | Amount $ |
|---|---|---|
| 04/04/04 | BONEFISH #7008    SARASOTA    FL<br>RESTAURANT FOOD AND BEV<br>FOOD/BEV                                    136.11<br>TIP                                            25.00 | 161.11 |
| 04/06/04 | AIRTRAN AIRWAYS COLLEGE PARK GA    098<br>From:              To:<br>TAMPA FL          PHILADELPHIA PA<br>Ticket Number: 36109800101005<br>Passenger Name: HOLLOWAY/DOUGLAS<br>Document Type: PASSENGER TICKET<br>Carrier:    Class:<br>FL          BF<br>Date of Departure: 04/07 | 250.10 |
| 04/06/04 | JACKS TVL PROFESSION OKLAHOMA CITY OK<br>TRAVEL AGENCY SERVICE FEE<br>Routing Details Not Available<br>Ticket Number: 89081417301170<br>Passenger Name: HOLLOWAY/D<br>Document Type: MISC CHARGE ORDER/PREPAID TICKET AUTHORITY | 30.00 |
| 04/06/04 | JACKS TVL PROFESSION OKLAHOMA CITY OK<br>TRAVEL AGENCY SERVICE FEE<br>Routing Details Not Available<br>Ticket Number: 89081417301181<br>Passenger Name: HOLLOWAY/D<br>Document Type: MISC CHARGE ORDER/PREPAID TICKET AUTHORITY | 5.00 |
| 04/06/04 | JACKS TVL PROFESSION OKLAHOMA CITY OK<br>TRAVEL AGENCY SERVICE FEE<br>Routing Details Not Available<br>Ticket Number: 89081417301192<br>Passenger Name: HOLLOWAY/D<br>Document Type: MISC CHARGE ORDER/PREPAID TICKET AUTHORITY | 5.00 |
| 04/06/04 | CAMPING WORLD #16    TAMPA    FL<br>SPORTING GOODS/APPAREL | 15.67 |
| 04/07/04 | AIRTRAN AIRWAYS COLLEGE PARK GA    099<br>From:              To:<br>TAMPA FL          PHILADELPHIA PA<br>Ticket Number: 36109900101006<br>Passenger Name: HOLLOWAY/DOUGLAS<br>Document Type: PASSENGER TICKET<br>Carrier:    Class:<br>FL          BF<br>Date of Departure: 04/07 | 35.00 |
| 04/08/04* | AIRFLIGHT INSURANCE PREMIUM<br>TKT NO. 36109800101006 | 14.99 |
| 04/08/04* | BAGGAGE INSURANCE PREMIUM<br>TKT NO. 36109800101006 | 6.50 |
| 04/08/04 | OUTBACK #0810    NEWARK    DE<br>RESTAURANT FOOD AND BEV<br>FOOD/BEV                                     45.06<br>TIP                                             5.00 | 50.06 |
| 04/09/04 | JACKS TVL PROFESSION OKLAHOMA CITY OK<br>TRAVEL AGENCY SERVICE FEE<br>Routing Details Not Available<br>Ticket Number: 89081417996546<br>Passenger Name: HOLLOWAY/D<br>Document Type: MISC CHARGE ORDER/PREPAID TICKET AUTHORITY | 5.00 |
| 04/09/04 | SUNOCO   0004865212 NEWARK    DE<br>0038704 010133515 | 29.30 |
| 04/10/04 | DE EXPRESS SHUTTLE NEWARK    DE<br>TRANSPORTATION,SHUTTLE | 42.75 |

A00243

Continued on reverse

AMERICAN EXPRESS

Prepared for
DOUGLAS HOLLOWAY JR
RAINBOW KENNELS

Account Number
XXXX-XXXXX1-16000

Closing Date
07/06/04

Page 3 of 7

## New Activity Continued

| Date | Description | | Foreign Spending | Amount $ |
|---|---|---|---|---|
| 06/12/04 | DICK'S CLOTHING&SPORWATERTOWN APPAREL ACC | NY | | 109.32 |
| 06/12/04 | RITZ CAMERA CENTERS WATERTOWN PHOTO EQUIP & SUPPLIES | NY | | 91.15 |
| 06/15/04 | AT&T Wireless    Wilmington    DE INTERNET | | | 12.99 |
| 06/17/04 | SUNOCO   0368293701CARNEYS POIN 0039374 017010083 | NJ | | 130.50 |
| 06/18/04 | JACKS TVL PROFESSION OKLAHOMA CITYOK TRAVEL AGENCY SERVICE FEE Routing Details Not Available Ticket Number: 8901961540287 4 Passenger Name: HOLLOWAY/D Document Type: MISC CHARGE ORDER/PREPAID TICKET AUTHORITY | | | 30.00 |
| 06/18/04 | JACKS TVL PROFESSION OKLAHOMA CITYOK US AIRWAYS From:          To:          Carrier:   Class: TAMPA FL      PHILADELPHIA PA   US      TA Ticket Number: 0371160617941 1      Date of Departure: 07/07 Passenger Name: HOLLOWAY/D Document Type: PASSENGER TICKET | | | 89.10 |
| 06/18/04 | PETEDGE    800-638-5754   MA PET SUPPLIES | | | 55.86 |
| 06/19/04 | EZPASS DELAWARE   888-397-2773   DE RECURRING TOLL FEES | | | 45.00 |
| 06/20/04* | AIRFLIGHT INSURANCE PREMIUM TKT NO. 03711606179411 | | | 14.99 |
| 06/20/04* | BAGGAGE INSURANCE PREMIUM TKT NO. 03711606179411 | | | 6.50 |
| 06/21/04 | BLUE BEACON ELKTON MD CAR ACCESSORIES | | | 35.50 |
| 06/21/04 | BLUE BEACON ELKTON MD CAR ACCESSORIES | | | 16.00 |
| 06/21/04 | COASTAL  0381336700MIDDLETOWN COASTAL 0000151 017400557 | DE | | 38.93 |
| 06/21/04 | HONG KONG KING BUFFENEWARK RESTAURANT | DE | | 33.97 |
| 06/21/04 | FLYING J       NORTHEAST    MD GOODS/SERVICES | | | 156.41 |
| 06/24/04 | LONE STAR-WALD0001430WALDORF FOOD AND BEVERAGE    FOOD-BEV   92.91    TIP        14.00 | MI | | 106.91 |
| 06/25/04 | SUNOCO  0368300001E BRUNSWICK 0007218 017810067 | NJ | | 101.97 |
| 06/26/04 | FRESH CATCH      MANSFIELD   MA FOOD/BEVERAGE    FOOD/BEV   96.65    TIP        15.00 | | | 111.65 |
| 06/29/04 | EZPASS DELAWARE   888-397-2773   DE RECURRING TOLL FEES | | | 45.00 |
| 06/30/04 | HOFBRAUHAUS       W SPRINGFIELD  MA 5812/01 FOOD/BEVERAGE    FOOD/BEV   113.04    TIP        17.50 | | | 130.54 |

A 00244

Continued on reverse

...usiness Platinum Card®

**OPEN**

SMALL BUSINESS NETWORK℠

**394,612**
**Membership Rewards®**
**Points Available**
at 07/31/04, when charges due are paid in
full and all accounts are in good standing.

| | Account Number | Closing Date | |
|---|---|---|---|
| UGLAS HOLLOWAY JR<br>INBOW KENNELS | 3782-030241-16000 | 09/04/04 | Page 1 of 10 |

| Previous Balance $ | Payments/Credits $ | New Charges $ | New Balance $ |
|---|---|---|---|
| 10,104.45 | -10,169.09 | 7,757.97 | 7,693.33 |

**Please Pay By**
**09/09/04**
Please refer to page 2
for important information
regarding your account

Terms - Payable in full on receipt of Statement.

To manage your Account, visit us online at open.americanexpress.com or call Customer Service at
1-800-492-8468.

## Cardmember Snapshot

| Cardmember Name | Card Number | Total Payments/Credits $ | Total New Charges $ |
|---|---|---|---|
| DOUGLAS HOLLOWAY JR | 3782-030241-16000 | -10,162.05 | 5,924.63 |
| RITA HOLLOWAY | 3782-030241-14013 | -7.04 | 1,833.34 |
| Total | | -10,169.09 | 7,757.97 |

## Activity   * Indicates posting date

**New Activity for DOUGLAS HOLLOWAY JR**
Card XXXX-XXXXX1-16000

| | | Amount $ |
|---|---|---|
| 08/19/04* | PAYMENT RECEIVED - THANK YOU | -10,104.45 |
| 08/09/04* | SOUTHWEST AIRLINES DALLAS TX<br>TKT# 5262713479432 | -57.60 |
| 08/05/04 | THE HOME DEPOT #1603GLASGOW    DE<br>HARDWARE/HOME IMPROV | 69.49 |
| 08/06/04 | SOUTHWEST AIRLINES  DALLAS    TX | 157.60 |

From:        To:              Carrier:    Class:
MANCHESTER NH    TAMPA FL        WN          L
Ticket Number: 52627141939709        Date of Departure: 08/09
Passenger Name: HOLLOWAY/RITA
Document Type: PASSENGER TICKET



A00245

Continued on Page 3



**Business Platinum Card®**

**OPEN**
SMALL BUSINESS NETWORK™

**379,031**
**Membership Rewards®**
**Points Available**
at 05/31/04, when charges due are paid in full and all accounts are in good standing.

Prepared for
DOUGLAS HOLLOWAY JR
RAINBOW KENNELS

Account Number
3782-030241-16000

Closing Date
07/06/04

Page 1 of 7

| Previous Balance $ | Payments/Credits $ | New Charges $ | New Balance $ |
|---|---|---|---|
| 8,220.50 | -8,220.00 | 4,190.35 | 4,190.85 |

**Please Pay By**
**07/21/04**
Please refer to page 2 for important information regarding your account

Terms - Payable in full on receipt of Statement.

To manage your Account, visit us online at open.americanexpress.com or call Customer Service at 1-800-492-8468.

## Cardmember Snapshot

| Cardmember Name | Card Number | Total Payments/Credits $ | Total New Charges $ |
|---|---|---|---|
| DOUGLAS HOLLOWAY JR | 3782-030241-16000 | -8,220.00 | 2,124.07 |
| RITA HOLLOWAY | 3782-030241-14013 | 0.00 | 2,066.28 |
| Total | | -8,220.00 | 4,190.35 |

## Activity    *Indicates posting date

**New Activity for DOUGLAS HOLLOWAY JR**
Card XXXX-XXXXX-16000

| Date | Description | Foreign Spending | Amount $ |
|---|---|---|---|
| 07/01/04* | PAYMENT RECEIVED - THANK YOU | | -8,220.00 |
| 06/06/04 | BLUE BEACON ELKTON MD CAR ACCESSORIES | | 30.50 |
| 06/06/04 | FLYING J INC.    CARNEYS PT    NJ DIESEL, GAS & OIL | | 73.48 |
| 06/08/04 | FLYING J INC    NEW MILFORD    PA DIESEL, GAS & OIL | | 42.26 |
| 06/10/04 | EZPASS DELAWARE  888-397-2773    DE RECURRING TOLL FEES | | 45.00 |
| 06/10/04 | NICE N EASY GROCERY WATERTOWN    NY FL21F GAS/MISC 162002000134 | | 29.05 |
| 06/10/04 | SUNYS #57410 GANANAOGANANAOQUE    ON GOODS/SERVICES | 10.00 Canadian Dollars | 7.52 |

A00246

Prepared for
DOUGLAS HOLLOWAY JR
RAINBOW KENNELS

Account Number
XXXX-XXXXX1-16000

Page 6 of 10

**New Activity Continued**

Amount $

| 06/02/04 | LAZY DAYS RV SUPERCESEFFNER | FL | | 2,919.80 |
| | SALES/SERVICE/REPAIR | | | |

| **Total of New Activity for RITA HOLLOWAY** | | | New Charges | 3,560.09 |
| | | | Payments/Credits | 0.00 |

| **Total of New Activity** | | | **New Charges** | **8,225.50** |
| | | | **Payments/Credits** | **-4,516.83** |

A00247

## 28.  Delaware Lemon Law

A00248