| | | | | |
|---|---|---|---|---|
| PUBLISHED INTERNAL CODE)<br>**Repair Started:** 10/26/04<br>**Repair Completed:** 12/17/04 | galley drawers open in transit, travel locks will not hold, Cause: latches not holding when coach bounces, Correction: add wood shims to back of all galley drawers, install southco latches, remove stove to access for top drawer, install brackets and southco latch, reinstall stove, perform lp test, coach held 8" for 3 min., bubble test fitting | | | |

---

| **Job Op Code:** 08  28  02  59 | 80063321 18 80063321 | Tampa /<br>Lazy<br>Days<br>Service<br>Ctr.(S06) | 22223 | $0.00 | $67.50 |
|---|---|---|---|---|---|

(HARDWARE / LATCH, CABINET DOOR (1-4) / REPLACE / IMPROPERLY INSTALLED / )
**Repair Started:** 10/26/04
**Repair Completed:** 12/17/04

HARDWARE / LATCH, CABINET DOOR (1-4) / REPLACE / IMPROPERLY INSTALLED / , Complaint: Customer states 2 galley drawers open in transit, travel locks will not hold, Cause: latches not holding when coach bounces, Correction: add wood shims to back of all galley drawers, install southco latches, remove stove to access for top drawer, install brackets and southco latch, reinstall stove, perform lp test, coach held 8" for 3 min., bubble test fitting

---

| **Job Op Code:** 21  67  02  43 | 80063321 19 80063321 | Tampa /<br>Lazy<br>Days<br>Service<br>Ctr.(S06) | 22223 | $0.00 | $40.00 |
|---|---|---|---|---|---|

(ACCESSORIES / COVER, S/O AWNING ALUMINUM / REPLACE / COMPONENT DEFECT / )
**Repair Started:** 10/26/04
**Repair Completed:** 12/17/04

ACCESSORIES / COVER, S/O AWNING ALUMINUM / REPLACE / COMPONENT DEFECT / , Complaint: Customer states cannot retrieve awning straps from slide awnings, Cause: awning cover interferes, Correction: replace awning covers w/ new style

---

| **Job Op Code:** 04  10  01  24 | 80063321 20 80063321 | Tampa /<br>Lazy<br>Days<br>Service<br>Ctr.(S06) | 22223 | $0.00 | $72.50 |
|---|---|---|---|---|---|

(EXTERIOR / DOOR, BAGG COMPARTMENT / REPAIR / MISALIGNED / )
**Repair Started:** 10/26/04
**Repair Completed:** 12/17/04

EXTERIOR / DOOR, BAGG COMPARTMENT / REPAIR / MISALIGNED / , Complaint: Customer states slide storage doors do not line up. all have gaps when closed, Cause: out of adjustment and front fender bracket loose, Correction: adjust all doors to have even gaps, resecure brace for fender, cannot move fender wells to even gaps the same as doors

---

| **Job Op Code:** 04  10  01  44 | 80063321 21 80063321 | Tampa /<br>Lazy<br>Days<br>Service<br>Ctr.(S06) | 22223 | $0.00 | $17.50 |
|---|---|---|---|---|---|

(EXTERIOR / DOOR, BAGG COMPARTMENT / REPAIR / DENTED / )
**Repair Started:** 10/26/04
**Repair Completed:** 12/17/04

EXTERIOR / DOOR, BAGG COMPARTMENT / REPAIR / DENTED / , Complaint: Customer states small comp p/s behind rear tire has ripples in door under paint, Cause: bent, Correction: remove and replace door and adjust, send to paint

---

| **Job Op Code:** 04  C3  13  55  NP | 80063321 22 80063321 | Tampa /<br>Lazy<br>Days<br>Service<br>Ctr.(S06) | 22223 | $0.00 | $27.50 |
|---|---|---|---|---|---|

A00274

(EXTERIOR / DIAGNOSTIC, EXT.
COMPARTMENTS / NO REPAIR / NO
FAILURE / NON PUBLISHED INTERNAL
CODE)

**Repair Started:** 10/26/04

**Repair Completed:** 12/17/04

EXTERIOR / DIAGNOSTIC, EXT. COMPARTMENTS / NO REPAIR /
NO FAILURE / NON PUBLISHED INTERNAL CODE, Complaint:
Customer states p/s replaced storage doors don't line up, Cause: out of
adjustment, Correction: align doors as needed for gaps, no problem found w/
fit of doors

---

**Job Op Code: 23  00  01 56 NP**

| | | | | | | |
|---|---|---|---|---|---|---|
| 80063321 23 80063321 | Tampa / Lazy Days Service Ctr.(S06) | 22223 | | $0.00 | $0.00 |

(RO SYSTEM CUSTOMER PAY / MISC
NON T/A REPORTABLE REPAIR /
REPAIR / MISC. PROBLEM / NON
PUBLISHED INTERNAL CODE)

**Repair Started:** 10/26/04

**Repair Completed:** 12/17/04

RO SYSTEM CUSTOMER PAY / MISC NON T/A REPORTABLE
REPAIR / REPAIR / MISC. PROBLEM / NON PUBLISHED INTERNAL
CODE, Complaint: Customer states stripes on p/s 2 and 3 don't line up,
Correction: lazy days paint

---

**Job Op Code: 20  22  01 25**

| | | | | | | |
|---|---|---|---|---|---|---|
| 80063321 24 80063321 | Tampa / Lazy Days Service Ctr.(S06) | 22223 | | $0.00 | $12.50 |

(FIBERGLASS / DOOR, GENERATOR /
REPAIR / MISADJUSTED / )

**Repair Started:** 10/26/04

**Repair Completed:** 12/17/04

FIBERGLASS / DOOR, GENERATOR / REPAIR / MISADJUSTED /,
Complaint: Customer states genset door doesn't fit flush when closed, Cause:
out of adjustment, Correction: adj. geni door as needed to fit flush

---

**Job Op Code: 07  14  02 43 XX**

| | | | | | | |
|---|---|---|---|---|---|---|
| 80063321 25 80063321 | Tampa / Lazy Days Service Ctr.(S06) | 22223 | | $0.00 | $132.50 |

(HEATING/COOLING/VENTING SYS. /
AIR CONDITIONER, ROOF MOUNT /
REPLACE / COMPONENT DEFECT /
AUTH. REQ.-PART RTN)

**Repair Started:** 10/26/04

**Repair Completed:** 12/17/04

HEATING/COOLING/VENTING SYS. / AIR CONDITIONER, ROOF
MOUNT / REPLACE / COMPONENT DEFECT / AUTH. REQ.-PART
RTN, Complaint: Customer states front roof a/c does not keep front of coach
cool, customer request 15k. btu heat pump, Cause: cust. request ok per art
gregory, Correction: remove old a/c unit, remove drip caps, install on new,
install onto coach, set dip switches, test, ok, Comment: old 630515.321, ser
34733705 new 630516.321 ser 44630809

---

**Job Op Code: 05  A7  02 43 09**

| | | | | | | |
|---|---|---|---|---|---|---|
| 80063321 26 80063321 | Tampa / Lazy Days Service Ctr.(S06) | 22223 | | $0.00 | $35.00 |

(TRIM-MOULDING / COVER, EXT.
MOLD PER FT / REPLACE /
COMPONENT DEFECT / TIME PER
FOOT)

**Repair Started:** 10/26/04

**Repair Completed:** 12/17/04

TRIM-MOULDING / COVER, EXT. MOLD PER FT / REPLACE /
COMPONENT DEFECT / TIME PER FOOT, Complaint: Customer states
d/s belt molding loose behind main slide, Cause: screws broken, Correction:
remove belt molding, drill new holes, counter sink, install new screws, install
new belt molding send to paint

**Job Op Code: 01 85 02 11 AR**    80063321 27 80063321 Tampa / Lazy Days Service Ctr.(S06)    22223    $0.00    $395.00

(CHASSIS, 1 YEAR 24,000 MI WARR / MUD FLAP / REPLACE / BENT / AUTH.REQUIRED)

**Repair Started:** 10/26/04

**Repair Completed:** 12/17/04

CHASSIS, 1 YEAR 24,000 MI WARR / MUD FLAP / REPLACE / BENT / AUTH.REQUIRED, Complaint: Customer states mudflap bent, Cause: bent, Correction: remove and replace mudflap, test

---

**Job Op Code: 01 79 01 59**    80063321 28 80063321 Tampa / Lazy Days Service Ctr.(S06)    22223    $0.00    $105.00

(CHASSIS, 1 YEAR 24,000 MI WARR / EXHAUST SYSTEM / REPAIR / IMPROPERLY INSTALLED / )

**Repair Started:** 10/26/04

**Repair Completed:** 12/17/04

CHASSIS, 1 YEAR 24,000 MI WARR / EXHAUST SYSTEM / REPAIR / IMPROPERLY INSTALLED / , Complaint: Customer states exhaust too low, Cause: low, Correction: reroute exhaust through rear panel next to cap, cut old exhaust, weld and install new pieces, cut rear panel and install, test for exhaust leaks, none found

---

**Job Op Code: 00 B1 13 56 NP**    80063321 29 80063321 Tampa / Lazy Days Service Ctr.(S06)    22223    $0.00    $0.00    ‹

(INTERNAL CODES / WASH AND CLEAN / NO REPAIR / MISC. PROBLEM / NON PUBLISHED INTERNAL CODE)

**Repair Started:** 10/26/04

**Repair Completed:** 12/17/04

INTERNAL CODES / WASH AND CLEAN / NO REPAIR / MISC. PROBLEM / NON PUBLISHED INTERNAL CODE, Complaint: Customer states buff and wax per sonny, Cause: sublet, Correction: done by sundial

---

**Job Op Code: 07 C6 06 32**    70161299 1    47232    Lazydays Rv Center, Inc.(338)    4585    $1,667.09    $594.00    ‹

(HEATING/COOLING/VENTING SYS. / VENT, POWER ROOF STANDARD / RESEAL / LEAKS / )

**Repair Started:** 10/07/04

**Repair Completed:** 10/14/04

ROOF LEAKING WATER FRONT TO REAR. REMOVE REFER VENT COVER, FANTASTIC VENT, CLEAN OFF ALL ROOF SEALANT FROM BACK TO FRONT, RESEAL ROOF COMPLETE. CLEAN & REINSTALL PARTS & NEW CLEARANCE LIGHTS.
HEATING/COOLING/VENTING SYS. VENT, POWER ROOF STANDARD RESEAL LEAKS

---

**Job Op Code: 07 C6 06 32**    70161299 2    47232    Lazydays Rv Center, Inc.(338)    4585    $0.00    $0.00    ‹

(HEATING/COOLING/VENTING SYS. / VENT, POWER ROOF STANDARD / RESEAL / LEAKS / )

**Repair Started:** 10/07/04

**Repair Completed:** 10/14/04

CEILING FABRIC STAINED THRU OUT COACH. MONACO TECHS REPLACED ALL CEILING FABRIC.
LUMBER,PANELING,TABLES,CEILING FABRIC, CIELING REPLACE COMPONENT DEFECT

Vic. Correct op code.

A00276

| Job Op Code: TB 07 02 27 | 70161299 3 | 47232 | Lazydays Rv Center, Inc.(338) | 4585 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|

(TECHNICAL BULLETIN / SB 03-05-06 (ADD ANGLE TO S/O) / REPLACE / PART MISSING / )

**Repair Started:** 10/07/04

**Repair Completed:** 10/14/04

D/S SLIDE - BEDROOM BRINGS WATER IN WHEN CLOSING.   Corrected jo
MONACO TECHS GLUED SEALS ON BOTH CORNERS & INSTALLED code.
DRIP CUPS. EXTERIOR GASKET, BED S/O REPAIR IMPROPERLY
INSTALLED

---

| Job Op Code: 13 07 01 59 | 70161299 4 | 47232 | Lazydays Rv Center, Inc.(338) | 4585 | $0.00 | $250.00 |
|---|---|---|---|---|---|---|

(FURNISHING,WDW TREAT.,SOFT GDS / SOFA, OR "J" LOUNGE / REPAIR / IMPROPERLY INSTALLED / )

**Repair Started:** 10/07/04

**Repair Completed:** 10/14/04

D/S LIVING SOFA CUSHIONS SLIDE ONTO FLOOR WHEN SAT ON
SUBLET TO WADE TO INSTALL VELCRO TO CUSHIONS
FURNISHING,WDW TREAT.,SOFT GDS SOFA, OR "J" LOUNGE
REPAIR IMPROPERLY INSTALLED

---

| Job Op Code: 08 19 02 43 | 70161299 5 | 47232 | Lazydays Rv Center, Inc.(338) | 4585 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|

(HARDWARE / STOP, DRAWER / REPLACE / COMPONENT DEFECT / )

**Repair Started:** 10/07/04

**Repair Completed:** 10/14/04

GALLEY DRAWERS COME OPEN IN TRANSIT. MONACO REMOVED Corrected jo
DRAWERS, INSTALLED SIM & REPLACE LATCHES. HARDWARE code.
LATCH, CABINET DOOR (1-4) REPLACE COMPONENT DEFECT

---

| Job Op Code: 21 86 02 43 | 70161299 6 | 47232 | Lazydays Rv Center, Inc.(338) | 4585 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|

(ACCESSORIES / STRAP, AWNING HOLD DOWN / REPLACE / COMPONENT DEFECT / )

**Repair Started:** 10/07/04

**Repair Completed:** 10/14/04

PULL STARPS FOR SLIDE AWNINGS CANNOT BE REACHED TO
OPEN. MONACO TECHS INSTALLED LONGER PULL DOWN STRAPS
ACCESSORIES STRAP, AWNING HOLD DOWN REPLACE
COMPONENT DEFECT

---

| Job Op Code: 04 10 01 24 | 70161299 7 | 47232 | Lazydays Rv Center, Inc.(338) | 4585 | $0.00 | $39.60 |
|---|---|---|---|---|---|---|

(EXTERIOR / DOOR, BAGG COMPARTMENT / REPAIR / MISALIGNED / )

**Repair Started:** 10/07/04

**Repair Completed:** 10/14/04

D/S STORAGE DOORS NOT LINING UP. GAPS WHEN CLOSED, OUT
OF ADJUSTMNET & FENDER BRACKET LOOSE. RESECUSRE
BRACKET ON FRONT FENDER EXTERIOR DOOR, BAGG
COMPARTMENT REPAIR MISALIGNED

---

| Job Op Code: 04 10 02 43 XX | 70161299 8 | 47232 | Lazydays Rv | 4585 | $0.00 | $396.00 |
|---|---|---|---|---|---|---|

A00277

|  |  |  | Center, Inc.(338) |  |  |  |
|---|---|---|---|---|---|---|

(EXTERIOR / DOOR, BAGG COMPARTMENT / REPLACE / COMPONENT DEFECT / AUTH. REQ.- PART RTN)

SMALL COMP. DOOR ON P/S BEHIND REAR TIRE HAS RIPPLES IN DOOR UNDER PAINT. REMOVE DOOR, PAINT NEW TO MATCH & REINSTALL NEW DOOR EXTERIOR DOOR, BAGG COMPARTMENT REPLACE COMPONENT DEFECT AUTH. REQ.-PART RTN

Repair Started: 10/07/04

Repair Completed: 10/14/04

---

| Job Op Code: 04 10 01 24 | 70161299 9 | 47232 | Lazydays Rv Center, Inc.(338) | 4585 | $0.00 | $198.00 |
|---|---|---|---|---|---|---|

(EXTERIOR / DOOR, BAGG COMPARTMENT / REPAIR / MISALIGNED / )

GEN OOR NOT CLO SING FLUSE TO BODY WHEN CLOSED, ADJUST MOUNTING BRACKETS & DOOR EXTERIOR DOOR, BAGG COMPARTMENT REPAIR MISALIGNED

Repair Started: 10/07/04

Repair Completed: 10/14/04

---

| Job Op Code: 20 03 08 79 | 70161299 10 | 47232 | Lazydays Rv Center, Inc.(338) | 4585 | $0.00 | $1,782.00 | ⟨ |
|---|---|---|---|---|---|---|---|

(FIBERGLASS / CAP, FRONT MOTORIZED / PAINT / PAINT DEFECTIVE / )

FRONT CAP ON BOTH SIDES OF GEN SET HAVE INDENTATIONS & PAINT NOT MATCHING GEN SET DOOR. GRIND,REGLASS & FINISH. (3 M NEEDED REPLACED. FIBERGLASS CAP, FRONT MOTORIZED PAINT PAINT DEFECTIVE

Repair Started: 10/07/04

Repair Completed: 10/14/04

---

| Job Op Code: 20 03 08 79 | 70161299 11 | 47232 | Lazydays Rv Center, Inc.(338) | 4585 | $0.00 | $750.00 |
|---|---|---|---|---|---|---|

(FIBERGLASS / CAP, FRONT MOTORIZED / PAINT / PAINT DEFECTIVE / )

SUBLET TO NEW AGE TO REPLACE 3 M. ACCESSORIES SHIELD, 3- M MASK REPLACE COMPONENT DEFECT AUTH.REQUIRED

Corrected jo code.

Repair Started: 10/07/04

Repair Completed: 10/14/04

---

| Job Op Code: 07 14 02 43 XX | 70161299 12 | 47232 | Lazydays Rv Center, Inc.(338) | 4585 | $0.00 | $0.00 | ⟨ |
|---|---|---|---|---|---|---|---|

(HEATING/COOLING/VENTING SYS. / AIR CONDITIONER, ROOF MOUNT / REPLACE / COMPONENT DEFECT / AUTH. REQ.-PART RTN)

MONACO TECHS ORDERED & INSTALLED 15K. HEAT PUMP TO INSTALL IN UNIT DUE TO FRONT A/C DOES NOT KEEP FRONT OF COACH COOL -- NOTE: NO RETURN PART OR TAG DUE TO UNIT WAS RETURNED TO WILDWOOD FACLITY. HEATING/COOLING/VENTING SYS. AIR CONDITIONER, ROOF MOUNT REPLACE COMPONENT DEFECT AUTH. REQ.-PART RTN

*part here* Douglas Ho. Source-ND/ auth'd.

Repair Started: 10/07/04

Repair Completed: 10/14/04

---

| Job Op Code: 05 A7 02 43 09 | 70161299 13 | 47232 | Lazydays Rv Center, | 4585 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|

A00278

Inc.(338)

(TRIM-MOULDING / COVER, EXT. MOLD PER FT / REPLACE / COMPONENT DEFECT / TIME PER FOOT)

**Repair Started:** 10/07/04

**Repair Completed:** 10/14/04

BLET MO LDING COMING L OOSE. MONACO TECHS REINSTALLED & REPLACE MOLDING COVER WITH NEW. TRIM-MOULDING COVER, EXT. MOLD PER FT REPLACE COMPONENT DEFECT TIME PER FOOT

---

**Job Op Code:** 04  52  02  01

70161299 14   47232   Lazydays   4585            $0.00      $742.50            §
                              Rv
                              Center,
                              Inc.(338)

(EXTERIOR / HINGE, BAGG DOOR SCISSOR / REPLACE / BROKEN / )

**Repair Started:** 10/07/04

**Repair Completed:** 10/14/04

P/S COMP DOOR #2 HAS BROKEN HINGE, REP LACEHINGE & REALIGN # 2 & 3 DOORS AFTER HINGE REPLACIED, LINES NOT LINING UP. SAND, PREP & PAINT AS NEEDED. EXTERIOR DOOR, BAGG COMPARTMENT REPAIR COMPONENT DEFECT

Corrected jo code. No exi code...not su what kind of this is.

---

**Job Op Code:** 04  10  01  43

70161299 15   47232   Lazydays   4585            $0.00      $148.50
                              Rv
                              Center,
                              Inc.(338)

(EXTERIOR / DOOR, BAGG COMPARTMENT / REPAIR / COMPONENT DEFECT / )

**Repair Started:** 10/07/04

**Repair Completed:** 10/14/04

FILLER PANEL REAR OF # 3 P/S DOOR NEEDS TO BE TAKEN OFF & BRACKET FABRICATED TO SECURE DOOR EXTERIOR DOOR, BAGG COMPARTMENT REPAIR COMPONENT DEFECT

---

**Job Op Code:** 05  A7  02  43  09

70161299 16   47232   Lazydays   4585            $0.00      $594.00
                              Rv
                              Center,
                              Inc.(338)

(TRIM-MOULDING / COVER, EXT. MOLD PER FT / REPLACE / COMPONENT DEFECT / TIME PER FOOT)

**Repair Started:** 10/07/04

**Repair Completed:** 10/14/04

MONACO TECHS REPLACED BELT MOLDING. TIME TO PAINT NEW MOLDING TRIM-MOULDING COVER, EXT. MOLD PER FT REPLACE COMPONENT DEFECT TIME PER FOOT

Vic

---

**Job Op Code:** 07  C6  06  32

70161299 17   47232   Lazydays   4585            $0.00      $990.00
                              Rv
                              Center,
                              Inc.(338)

(HEATING/COOLING/VENTING SYS. / VENT, POWER ROOF STANDARD / RESEAL / LEAKS / )

**Repair Started:** 10/07/04

**Repair Completed:** 10/14/04

MONACO TECHS REPLACED ALL CEILING FABRIC DUE TO WATER LEAK. CABINET SHOP CUT & STAINED ALL NEW TRIMS. APPROX 160 FEET OF CHERRY TRIM.
LUMBER,PANELING,TABLES,CEILING FABRIC, CIELING REPLACE COMPONENT DEFECT

Vic

---

**Job Op Code:** 01  85  02  59

70161299 18   47232   Lazydays   4585            $0.00      $0.00             §
                              Rv
                              Center,
                              Inc.(338)

A00279

| | | | | | | |
|---|---|---|---|---|---|---|

(CHASSIS, 1 YEAR 24,000 MI WARR / MUD FLAP / REPLACE / IMPROPERLY INSTALLED / )

**Repair Started:** 10/07/04

**Repair Completed:** 10/14/04

MUDFLAP DAMAGED. MONACO TECHS ORDERED & REPLACED MUDFLAP CHASSIS, 1 YEAR 24,000 MI WARR MUD FLAP REPLACE COMPONENT DEFECT PART RETURN

Source-Doe: state how da NDA frt aut parts log thi: MNC error. invoice 774; for correct p cost.

---

**Job Op Code: 07  C6  06  32**     70161299 19   47232   Lazydays   4585          $0.00      $19.80
                                                          Rv
                                                          Center,
                                                          Inc.(338)

(HEATING/COOLING/VENTING SYS. / VENT, POWER ROOF STANDARD / RESEAL / LEAKS / )

**Repair Started:** 10/07/04

**Repair Completed:** 10/14/04

SUBLET TO SUNDIAL TO CLEAN CARPETS DUE TO WATER LEAKS FLOOR COVERINGS CARPET, FLOOR CLEAN DISCOLORED

Corrected jo code.

---

**Job Op Code: rc  e2  02  43  pr**     70146137 1   38623   Lazydays   14493  **HELD**  $474.35   $1,089.00
                                                            Rv
                                                            Center,
                                                            Inc.(338)

(CHASSIS, 3 YEAR 36,000 MI WARR / SEND UNIT, FUEL GAUGE R&R TANK / REPLACE / COMPONENT DEFECT / PART RETURN)

**Repair Started:** 07/07/04

**Repair Completed:** 08/03/04

bad fuel leak. found fill pipes leaking at tank and fittings leaking and vent tub leaking. drain tank to drop. replace hoses and fittings and reseal the connectors. run new longer hose per monaco and replace rollover valve. reinstall and refuel CHASSIS, ROADMASTER SEND UNIT, FUEL GAUGE R&R TANK REPLACE COMPONENT DEFECT PART RETURN

---

**Job Op Code: 04  b9  01  25**     70146137 2   38623   Lazydays   14493          $0.00      $79.20
                                                          Rv
                                                          Center,
                                                          Inc.(338)

(EXTERIOR / ROOM, LIV (LIVING AREA) S/O / REPAIR / MISADJUSTED / )

**Repair Started:** 07/07/04

**Repair Completed:** 08/03/04

passanger side living room slide out has ppor fit. remvoe brackets at slide access for pass side and aligned room. test ok. EXTERIOR ROOM, LIV (LIVING AREA) S/O REPAIR MISADJUSTED

---

**Job Op Code: 04  49  02  59**     70146137 3   38623   Lazydays   14493          $0.00      $79.20
                                                          Rv
                                                          Center,
                                                          Inc.(338)

(EXTERIOR / WEATHERSTRIP, BAGG COMPARTMENT / REPLACE / IMPROPERLY INSTALLED / )

**Repair Started:** 07/07/04

**Repair Completed:** 08/03/04

passanger side narrow stroage compartment fills with water. installed new sealant and reset latches tto bring door flush EXTERIOR WEATHERSTRIP, BAGG COMPARTMENT REPAIR IMPROPERLY INSTALLED

coded wrong changed cod

---

**Job Op Code: 04  44  02  59**     70146137 4   38623   Lazydays   14493          $0.00      $148.50
                                                          Rv
                                                          Center,
                                                          Inc.(338)

(EXTERIOR / LINER, BAGG

carpet in stroage compartment water damaged from leak. remove clean and

coded wrong

A00280

Warranty Claim History

COMPARTMENT DOOR / REPLACE /
IMPROPERLY INSTALLED / )
**Repair Started:** 07/07/04
**Repair Completed:** 08/03/04

instyall new liner. secure in place. EXTERIOR LINER, BAGG
COMPARTMENT DOOR REPAIR IMPROPERLY INSTALLED

changed cod

---

| **Job Op Code: 07  49  02 43 pr** | 70146137 5 | 38623 | Lazydays 14493 Rv Center, Inc.(338) | | $0.00 | $435.60 | |

(HEATING/COOLING/VENTING SYS. /
VALVE, DASH HEAT-A/C WATER /
REPLACE / COMPONENT DEFECT /
PART RETURN)
**Repair Started:** 07/07/04
**Repair Completed:** 08/03/04

dash ac will not cool proeprly. found heater control valve bad. replace with
new and test ok. reinstall all. HEATING/COOLING/VENTING SYS.
VALVE, DASH HEAT-A/C WATER REPLACE COMPONENT DEFECT
PART RETURN

800870 10/6
70146137 la
heater valve
1033 $27.95
$435.60 $16

---

| **Job Op Code: 04  61  01 59** | 70146137 6 | 38623 | Lazydays 14493 Rv Center, Inc.(338) | | $0.00 | $99.00 | |

(EXTERIOR / FENDERSKIRT,
MOTORIZED / REPAIR / IMPROPERLY
INSTALLED / )
**Repair Started:** 07/07/04
**Repair Completed:** 08/03/04

driver side front fender shakes in transit. installed screws at fender bracket to
stop it from shaking and seal panels. EXTERIOR FENDERSKIRT,
MOTORIZED REPAIR IMPROPERLY INSTALLED

---

| **Job Op Code: 01  K1  01 25** | 70146137 7 | 38623 | Lazydays 14493 Rv Center, Inc.(338) | | $0.00 | $138.60 | |

(CHASSIS, 1 YEAR 24,000 MI WARR /
RIDE HEIGHT / REPAIR /
MISADJUSTED / )
**Repair Started:** 07/07/04
**Repair Completed:** 08/03/04

coach will not level properly. had to recalibrate system. test ok.
ELECTRICAL CONTROL PANEL, SYSTEMS MONITOR REPAIR
MISADJUSTED

coded wrong
changed cod

---

| **Job Op Code: 05  10  01 59** | 70146137 8 | 38623 | Lazydays 14493 Rv Center, Inc.(338) | | $0.00 | $19.80 | |

(TRIM-MOULDING / WOOD, INTERIOR /
REPAIR / IMPROPERLY INSTALLED / )
**Repair Started:** 07/07/04
**Repair Completed:** 08/03/04

molding in bedroom facia on passanger side loose. found loose molding. prep
and resecure molding. tes tok. TRIM-MOULDING WOOD, INTERIOR
REPAIR IMPROPERLY INSTALLED

---

| **Job Op Code: 13  25  02 43 pr** | 70146137 9 | 38623 | Lazydays 14493 **HELD** | | $0.00 | $375.00 | |

(FURNISHING,WDW TREAT.,SOFT GDS /
FOAM, UPHOLSTERY / REPLACE /
COMPONENT DEFECT / PART RETURN)

can f feel frame t5hrough cushion. replace foam. sublet to wade enterprise to
replace foam FURNISHING,WDW TREAT.,SOFT GDS FOAM,
UPHOLSTERY REPLACE COMPONENT DEFECT PART RETURN

800870 10/6
70146137 la
seat foam n/
get part

A00281

Warranty Claim History

**Repair Started:** 07/07/04
**Repair Completed:** 08/03/04

---

| **Job Op Code:** 04  63  02 43 XX | 70146137 10 | 38623 | Lazydays<br>Rv<br>Center,<br>Inc.(338) | 14493 | | $0.00 | $178.20 | $ |

(EXTERIOR / MIRROR, D/S HEAT &
REMOTE / REPLACE / COMPONENT
DEFECT / AUTH. REQ.-PART RTN)
**Repair Started:** 07/07/04
**Repair Completed:** 08/03/04

driver side mirror broke. replace with new and secure EXTERIOR MIRROR, coded wrong
D/S HEAT & REMOTE REPLACE IMPROPERLY INSTALLED                     changed cod
AUTH.REQUIRED                                                      800870 10/6
                                                                  70146137 la
                                                                  mirror s216(
                                                                  3362 $228.9
                                                                  $0.00 $0.00

---

| **Job Op Code:** 21  86  01 59 | 70146137 11 | 38623 | Lazydays<br>Rv<br>Center,<br>Inc.(338) | 14493 | | $0.00 | $39.60 |

(ACCESSORIES / STRAP, AWNING
HOLD DOWN / REPAIR / IMPROPERLY
INSTALLED / )
**Repair Started:** 07/07/04
**Repair Completed:** 08/03/04

all otpper pull straps are not accessable. make straps accessable. tes tok.
ACCESSORIES STRAP, AWNING HOLD DOWN REPAIR
IMPROPERLY INSTALLED

---

| **Job Op Code:** 16  1g  02 43 pr | 70146137 12 | 38623 | Lazydays<br>Rv<br>Center,<br>Inc.(338) | 14493 | **HELD** | $0.00 | $79.20 |

(ELECTRICAL / SENDING UNIT, ENGINE
OIL PRESS / REPLACE / COMPONENT
DEFECT / PART RETURN)
**Repair Started:** 07/07/04
**Repair Completed:** 08/03/04

oil pressure sender inop. replace with new and test ok. ELECTRICAL
SENDING UNIT, ENGINE OIL PRESS REPLACE COMPONENT
DEFECT PART RETURN

800870 10/6
70146137 la
oil pressure
16617200 di
get part

---

| **Job Op Code:** 02  01  06 32 | 70146137 13 | 38623 | Lazydays<br>Rv<br>Center,<br>Inc.(338) | 14493 | | $0.00 | $148.50 |

(ROOF / SEAL, ROOF SEAMS /
RESEAL / LEAKS / )
**Repair Started:** 07/07/04
**Repair Completed:** 08/03/04

bedroom celing noear ac leaks. clean and reseal the areas around the leak.
water test ok. ROOF SEAL, ROOF SEAMS RESEAL LEAKS

---

| **Job Op Code:** 09  02  06 32 | 70146137 14 | 38623 | Lazydays<br>Rv<br>Center,<br>Inc.(338) | 14493 | | $0.00 | $45.00 |

(WINDOWS-WINDSHIELDS-WIPER
SYS. / WINDOW, LIVING AREA
SLIDING / RESEAL / LEAKS / )
**Repair Started:** 07/07/04
**Repair Completed:** 08/03/04

driver slide living room window water leak and stained. previous repaired.     coded wrong
sublet to sundial to clean ELECTRICAL SENDING UNIT, ENGINE OIL           changed cod
PRESS REPLACE COMPONENT DEFECT PART RETURN

A00282

| Job Op Code: 13  95  02  43  xx | 70146137 15 | 38623 | Lazydays Rv Center, Inc.(338) | 14493 | $0.00 | $99.00 | |
|---|---|---|---|---|---|---|---|

(FURNISHING,WDW TREAT.,SOFT GDS / MATTRESS, AIR / REPLACE / COMPONENT DEFECT / AUTH. REQ.-PART RTN)

fold out sofa bladder leaks. replace with new bladder. tes tok. FURNISHING,WDW TREAT.,SOFT GDS MATTRESS, CLASS "C" BUNK REPLACE COMPONENT DEFECT AUTH. REQ.-PART RTN

coded wrong changed cod 800870 10/6 70146137 la air bladder f mattress n/a $90.00 $99.( $0.00

**Repair Started:** 07/07/04

**Repair Completed:** 08/03/04

---

| Job Op Code: 07  20  02  43  pr | 70146137 16 | 38623 | Lazydays Rv Center, Inc.(338) | 14493 | $0.00 | $99.00 | |
|---|---|---|---|---|---|---|---|

(HEATING/COOLING/VENTING SYS. / MOTOR, ROOF A/C FAN / REPLACE / COMPONENT DEFECT / PART RETURN)

front roof ac inop. found motor wad bad. replace with new and test operation. test5 oi. reinstall all. HEATING/COOLING/VENTING SYS. MOTOR, ROOF A/C FAN REPLACE COMPONENT DEFECT PART RETURN

**Repair Started:** 07/07/04

**Repair Completed:** 08/03/04

---

| Job Op Code: 16  57  01  36 | 70146137 17 | 38623 | Lazydays Rv Center, Inc.(338) | 14493 | $0.00 | $99.00 | |
|---|---|---|---|---|---|---|---|

(ELECTRICAL / LIGHT FIXTURE, INTERIOR / REPAIR / ELEC SHORT OR OPEN / )

lights in shower area inop. found there was an open in wires. trace down and locate and repair. reinstall. tes tok. ELECTRICAL HARNESS, 12V ELECTRICAL REPAIR ELEC SHORT OR OPEN

coded wrong changed cod

**Repair Started:** 07/07/04

**Repair Completed:** 08/03/04

---

| Job Op Code: 04  61  01  59 | 70131470 1 | 32303 | Lazydays Rv Center, Inc.(338) | 8553 | $147.48 | $49.50 | |
|---|---|---|---|---|---|---|---|

(EXTERIOR / FENDERSKIRT, MOTORIZED / REPAIR / IMPROPERLY INSTALLED / )

driver side front fender moves back and forth loose took the bracket loose and drilled new holes in the bracket and moved foward and resecure properly EXTERIOR FENDERSKIRT, MOTORIZED REPAIR IMPROPERLY INSTALLED

**Repair Started:** 05/04/04

**Repair Completed:** 05/05/04

---

| Job Op Code: 10  35  01  59 | 70131470 2 | 32303 | Lazydays Rv Center, Inc.(338) | 8553 | $0.00 | $69.30 | |
|---|---|---|---|---|---|---|---|

(DOORS (ALL DOORS) / WEATHERSTRIP, ENTRY DOOR / REPAIR / IMPROPERLY INSTALLED / )

water leaking between entry door and screen door from top bad seal remove clean and install new seal and secure in place and water test ok DOORS (ALL DOORS) WEATHERSTRIP, ENTRY DOOR REPAIR IMPROPERLY INSTALLED

**Repair Started:** 05/04/04

**Repair Completed:** 05/05/04

A00283

---

**Job Op Code: 04  97  01  59**        70131470 3    32303    Lazydays    8553        $0.00        $79.20
                                                                Rv
                                                                Center,
                                                                Inc.(338)

(EXTERIOR / GASKET, BED S/O /          driver side bedroom slide out leaks onto carpet at side of bed and bath wall        chg code
REPAIR / IMPROPERLY INSTALLED / )      with slide out found that the slide seal was loose had to clean resecure and
**Repair Started:** 05/04/04           sealed the seal and water test ok EXTERIOR GASKET, BED S/O REPAIR
**Repair Completed:** 05/05/04         COMPONENT DEFECT

---

**Job Op Code: 04  10  01  59**        70131470 4    32303    Lazydays    8553        $0.00        $415.80
                                                                Rv
                                                                Center,
                                                                Inc.(338)

(EXTERIOR / DOOR, BAGG                  pass side slide out storage doors hit bottom of slide had to remove the rams
COMPARTMENT / REPAIR /                  and drilled hols to secure up out of the way and secure adjust and test
IMPROPERLY INSTALLED / )               operation all ok EXTERIOR DOOR, BAGG COMPARTMENT REPAIR
**Repair Started:** 05/04/04           IMPROPERLY INSTALLED
**Repair Completed:** 05/05/04

---

**Job Op Code: 04  10  06  32**        70131470 5    32303    Lazydays    8553        $0.00        $198.00
                                                                Rv
                                                                Center,
                                                                Inc.(338)

(EXTERIOR / DOOR, BAGG                  bad water leak into pass side storage compartments found that the frames
COMPARTMENT / RESEAL / LEAKS / )       were not sealed had to clean and reseal all the frames and water test ok
**Repair Started:** 05/04/04           EXTERIOR DOOR, BAGG COMPARTMENT RESEAL LEAKS
**Repair Completed:** 05/05/04

---

**Job Op Code: 04  10  01  24**        70131470 6    32303    Lazydays    8553        $0.00        $99.00
                                                                Rv
                                                                Center,
                                                                Inc.(338)

(EXTERIOR / DOOR, BAGG                  pass side 4th storage door sticks out at the bottom when shut stricker        chg code
COMPARTMENT / REPAIR /                  positioned wrong had to realign the door to close flush and also shim latch to
MISALIGNED / )                         catch the door secure test operation test ok EXTERIOR DOOR, BAGG
**Repair Started:** 05/04/04           COMPARTMENT REPAIR IMPROPERLY INSTALLED
**Repair Completed:** 05/05/04

---

**Job Op Code: 21  61  01  59**        70131470 7    32303    Lazydays    8553        $0.00        $108.90
                                                                Rv
                                                                Center,
                                                                Inc.(338)

(ACCESSORIES / HARDWARE, DOOR          patio awning is pulled loose from the slide out had to remount and secure and
AWNING / REPAIR / IMPROPERLY           add new sticky tape and secure in place and test operation ok
INSTALLED / )                          ACCESSORIES HARDWARE, DOOR AWNING REPAIR IMPROPERLY
**Repair Started:** 05/04/04           INSTALLED
**Repair Completed:** 05/05/04

---

**Job Op Code: 20  01  08  77**        70131470 8    32303    Lazydays    8553        $0.00        $297.00
                                                                Rv
                                                                Center,

A 00284

Inc.(338)

(FIBERGLASS / SIDEWALL, PASSENGER   paint peeling from rail on patio awning sand prep paint and blend area   chg code
SIDE / PAINT / DEFECTIVE PAINT       FIBERGLASS SIDEWALL, PASSENGER SIDE PAINT PAINT
APPLICATION / )                      DEFECTIVE

**Repair Started:** 05/04/04

**Repair Completed:** 05/05/04

---

| **Job Op Code:** 20  02  08  77 | 70131470 9 | 32303 | Lazydays Rv Center, Inc.(338) | 8553 | $0.00 | $297.00 |

(FIBERGLASS / SIDEWALL, DRIVER   paint on driver side slide out bottom rail is chipped from storage doors hitting   chg code
SIDE / PAINT / DEFECTIVE PAINT    slide sand prep paint and blend areas FIBERGLASS SIDEWALL, DRIVER
APPLICATION / )                   SIDE PAINT PAINT DEFECTIVE

**Repair Started:** 05/04/04

**Repair Completed:** 05/05/04

---

| **Job Op Code:** 20  01  08  77 | 70131470 10 | 32303 | Lazydays Rv Center, Inc.(338) | 8553 | $0.00 | $49.50 |

(FIBERGLASS / SIDEWALL, PASSENGER   paint bubbled on leading edge of pass side # 2 storage door sand and brush
SIDE / PAINT / DEFECTIVE PAINT       touch area and blend FIBERGLASS SIDEWALL, PASSENGER SIDE
APPLICATION / )                      PAINT DEFECTIVE PAINT APPLICATION

**Repair Started:** 05/04/04

**Repair Completed:** 05/05/04

---

| **Job Op Code:** 16  g4  02  43  10 | 70131470 11 | 32303 | Lazydays Rv Center, Inc.(338) | 8553 | $0.00 | $59.40 |

(ELECTRICAL / BULB, DOMESTIC          several halogen lights in living room inop found ten bad bulbs and check all
LIGHTS (1 - 5) / REPLACE /            wiring all ok ELECTRICAL BULB, DOMESTIC LIGHTS (1 - 5)
COMPONENT DEFECT / 1ST 90 DAYS        REPLACE COMPONENT DEFECT 1ST 90 DAYS ONLY
ONLY)

**Repair Started:** 05/04/04

**Repair Completed:** 05/05/04

---

| **Job Op Code:** 07  14  01  26 | 70131470 12 | 32303 | Lazydays Rv Center, Inc.(338) | 8553 | $0.00 | $19.80 |

(HEATING/COOLING/VENTING SYS. /      water leaking on both pass and driver side sides of living room slides found
AIR CONDITIONER, ROOF MOUNT /         that the roof a/c loose resecure the roof a/c and leak test ok
REPAIR / LOOSE / )                    HEATING/COOLING/VENTING SYS. AIR CONDITIONER, ROOF
                                      MOUNT REPAIR LOOSE
**Repair Started:** 05/04/04

**Repair Completed:** 05/05/04

---

| **Job Op Code:** rc  14  01  59 | 70131470 13 | 32303 | Lazydays Rv Center, Inc.(338) | 8553 | $0.00 | $396.00 |

A00285

(CHASSIS, 3 YEAR 36,000 MI WARR /
VALVE, RIDE HEIGHT / REPAIR /
IMPROPERLY INSTALLED / )
**Repair Started:** 05/04/04
**Repair Completed:** 05/05/04

coach rolls back and forth after hit a bump had to reset the ride heights to
proper setting and test drive ok CHASSIS, ROADMASTER VALVE, RIDE
HEIGHT REPAIR IMPROPERLY INSTALLED

---

| **Job Op Code:** 04  99  02 43 pr | 70131470 14 | 32303 | Lazydays<br>Rv<br>Center,<br>Inc.(338) | 8553 | $0.00 | $356.40 |  |

(EXTERIOR / SOLENOID, HYD S/O
VALVE / REPLACE / COMPONENT
DEFECT / PART RETURN)
**Repair Started:** 05/04/04
**Repair Completed:** 05/05/04

driver side front slide crreps out replaced the valve block for slide still inop       manifold va
replace with another slide valve lock and called monaco and was instructed         block-2 186
to reverse the a & b lines and turn the wall switch 180 degrees and test              4027 $60.00
operation ok EXTERIOR, HYD S/O VALVE REPLACE                                        $8.50
COMPONENT DEFECT PART RETURN

---

| **Job Op Code:** 01  g2  01 59 | 70131470 15 | 32303 | Lazydays<br>Rv<br>Center,<br>Inc.(338) | 8553 | $0.00 | $49.50 |

(CHASSIS, 1 YEAR 24,000 MI WARR /
SOLENOID, HYD JACK / REPAIR /
IMPROPERLY INSTALLED / )
**Repair Started:** 05/04/04
**Repair Completed:** 05/05/04

coach does not level properly had to recalibrate the leveling system and set
and test ok CHASSIS, 1 YEAR 24,000 MI WARR SOLENOID, HYD JACK
REPAIR IMPROPERLY INSTALLED

---

| **Job Op Code:** 16  01  01 36 | 70131470 16 | 32303 | Lazydays<br>Rv<br>Center,<br>Inc.(338) | 8553 | $0.00 | $49.50 |

(ELECTRICAL / HARNESS, DASH
WIRING / REPAIR / ELEC SHORT OR
OPEN / )
**Repair Started:** 05/04/04
**Repair Completed:** 05/05/04

water temp gauge light inop tshoot and found that the ground nut was loose       chg code
repair reinstall and test ok ELECTRICAL HARNESS, 12V ELECTRICAL
REPAIR ELEC SHORT OR OPEN

---

| **Job Op Code:** 16  u0  02 43 | 70131470 17 | 32303 | Lazydays<br>Rv<br>Center,<br>Inc.(338) | 8553 | $0.00 | $49.50 |

(ELECTRICAL / SWITCH, OTHER
ROCKER / REPLACE / COMPONENT
DEFECT / )
**Repair Started:** 05/04/04
**Repair Completed:** 05/05/04

coord reel inop tshoot and found that the light switch was bad replace with       indicator lig
new and test ok ELECTRICAL SWITCH, OTHER ROCKER REPLACE            16611573 3!
COMPONENT DEFECT                                                                   $1.04 $20.0(

---

| **Job Op Code:** 19  54  02 43 pr | 70131470 18 | 32303 | Lazydays<br>Rv .<br>Center,<br>Inc.(338) | 8553 | $0.00 | $49.50 |

(PLUMBING (WATER SYSTEMS) /
SPRAYER, TOILET HAND / REPLACE /
COMPONENT DEFECT / PART RETURN)

the sprayer head will not allow presure replace with new sprayer head and        scrapped
test ok PLUMBING (WATER SYSTEMS) SPRAYER, TOILET HAND                      A
REPLACE COMPONENT DEFECT PART RETURN                                        00286

Warranty Claim History

**Repair Started:** 05/04/04
**Repair Completed:** 05/05/04

---

| **Job Op Code: 04  77  01  36** | 70131470 19 | 32303 | Lazydays Rv Center, Inc.(338) | 8553 | $0.00 | $99.00 |

(EXTERIOR / CONTROL, BED S/O / REPAIR / ELEC SHORT OR OPEN / )
**Repair Started:** 05/04/04
**Repair Completed:** 05/05/04

wires hanging down from under slide out facia on pass side bedroom at       chg code-clc
bottom took the facia off and reroute and secure wires and reinstall facia and
secure in place ELECTRICAL HARNESS, 12V ELECTRICAL REPAIR
IMPROPERLY INSTALLED

---

| **Job Op Code: 08  33  02  27** | 70131470 20 | 32303 | Lazydays Rv Center, Inc.(338) | 8553 | $0.00 | $69.30 |

(HARDWARE / STRUT, CABINET DOOR / REPLACE / PART MISSING / )
**Repair Started:** 05/04/04
**Repair Completed:** 05/05/04

cabinet doors X 2 missing struts install 2 cabinet struts to assist cabinets       missing
HARDWARE STRUT, CABINET DOOR REPLACE PART MISSING

---

| **Job Op Code: 20  03  08  77** | 70131470 21 | 32303 | Lazydays Rv Center, Inc.(338) | 8553 | $0.00 | $297.00 |

(FIBERGLASS / CAP, FRONT MOTORIZED / PAINT / DEFECTIVE PAINT APPLICATION / )
**Repair Started:** 05/04/04
**Repair Completed:** 05/05/04

two holes in front of coach and was painted over grind fill sand prep refinish
paint and blend area FIBERGLASS CAP, FRONT MOTORIZED PAINT
DEFECTIVE PAINT APPLICATION

---

| **Job Op Code: 20  22  08  21** | 70131470 22 | 32303 | Lazydays Rv Center, Inc.(338) | 8553 | $0.00 | $445.50 |

(FIBERGLASS / DOOR, GENERATOR / PAINT / PAINT-PEELING OR FLAKING / )
**Repair Started:** 05/04/04
**Repair Completed:** 05/05/04

paint ppeling at top of generator door grind fill sand prep paint and blend       chg code
area FIBERGLASS CAP, FRONT MOTORIZED PAINT PAINT
DAMAGED

---

| **Job Op Code: 20  01  08  21** | 70131470 23 | 32303 | Lazydays Rv Center, Inc.(338) | 8553 | $0.00 | $346.50 |

(FIBERGLASS / SIDEWALL, PASSENGER SIDE / PAINT / PAINT-PEELING OR FLAKING / )
**Repair Started:** 05/04/04
**Repair Completed:** 05/05/04

pass side bottom edge of front slide paint flaking sand prep paint and blend       chg code
FIBERGLASS SIDEWALL, PASSENGER SIDE PAINT PAINT
DAMAGED

---

Warranty Claim History

**Job Op Code: 04  64  01  59**    70126239 1    28093    Lazydays   3436      $267.85     $99.00
Rv
Center,
Inc.(338)

(EXTERIOR / MIRROR, P/S HEAT &     pass side and driver side mirrors loose reinstall and secure both mirrors and
REMOTE / REPAIR / IMPROPERLY     adjust and test ok EXTERIOR MIRROR, P/S HEAT & REMOTE REPAIR
INSTALLED / )                 IMPROPERLY INSTALLED
**Repair Started:** 03/29/04
**Repair Completed:** 04/01/04

---

**Job Op Code: 08  44  02  59**    70126239 2    28093    Lazydays   3436      $0.00      $99.00
Rv
Center,
Inc.(338)

(HARDWARE / HARDWARE, ENGINE    bedroom engine compt latch broke replace with new and had to adjust the    chg code-tra
ACCESS HOOD / REPLACE /          others to work properly and test operation all ok HARDWARE
IMPROPERLY INSTALLED / )        HARDWARE, ENGINE ACCESS HOOD REPLACE COMPONENT
**Repair Started:** 03/29/04          DEFECT PART RETURN
**Repair Completed:** 04/01/04

---

**Job Op Code: 04  97  01  59**    70126239 3    28093    Lazydays   3436      $0.00      $79.20
Rv
Center,
Inc.(338)

(EXTERIOR / GASKET, BED S/O /     bedroom slide has gaps that light comes thru had to install additional seal to
REPAIR / IMPROPERLY INSTALLED / )   close up the gaps EXTERIOR GASKET, BED S/O REPAIR IMPROPERLY
**Repair Started:** 03/29/04          INSTALLED
**Repair Completed:** 04/01/04

---

**Job Op Code: 08  28  01  59**    70126239 4    28093    Lazydays   3436      $0.00      $39.60
Rv
Center,
Inc.(338)

(HARDWARE / LATCH, CABINET DOOR   pantry cabinet door not latching mounted to far out remove and remount in    chg code
(1-4) / REPAIR / IMPROPERLY        proper position secure and fill old holes and test operation ok HARDWARE
INSTALLED / )                 BRACKETS, ALL REPAIR IMPROPERLY INSTALLED
**Repair Started:** 03/29/04
**Repair Completed:** 04/01/04

---

**Job Op Code: 21  58  01  25**    70126239 5    28093    Lazydays   3436      $0.00      $49.50
Rv
Center,
Inc.(338)

(ACCESSORIES / SPRING, DOOR     patio awning not closing all the way had to adjust the tension to open and    vcb
AWNING TORSION / REPAIR /       close properly and test ACCESSORIES SPRING, DOOR AWNING      carefree~SO
MISADJUSTED / )            TORSION REPAIR MISADJUSTED                  NO DATA (
**Repair Started:** 03/29/04                                                            INFO
**Repair Completed:** 04/01/04                                                       AVAILABL
                                                                             VENDOR
                                                                             RECOURSI

---

**Job Op Code: 03  07  02  59**    70126239 6    28093    Lazydays   3436      $0.00      $25.00
Rv
Center,

Inc.(338)

(GRAPHICS & DECALS / STRIPE, FRONT    driver side bottom fender 3m peeling sublet to new age to repair GRAPHICS
PER FT / REPLACE / IMPROPERLY          & DECALS STRIPE, FRONT PER FT REPLACE IMPROPERLY
INSTALLED / )                          INSTALLED
**Repair Started:** 03/29/04
**Repair Completed:** 04/01/04

---

| **Job Op Code:** 07 36 02 59 | 70126239 7 | 28093 | Lazydays Rv Center, Inc.(338) | 3436 | $0.00 | $39.60 |
|---|---|---|---|---|---|---|

(HEATING/COOLING/VENTING SYS. /      there are 2 cracked defrost vents overtightened replace with new and secure
VENT, DEFROST / REPLACE /            HEATING/COOLING/VENTING SYS. VENT, DEFROST REPLACE
IMFROPERLY INSTALLED / )             IMPROPERLY INSTALLED
**Repair Started:** 03/29/04
**Repair Completed:** 04/01/04

---

| **Job Op Code:** 20 22 08 77 | 70126239 8 | 28093 | Lazydays Rv Center, Inc.(338) | 3436 | $0.00 | $297.00 |
|---|---|---|---|---|---|---|

(FIBERGLASS / DOOR, GENERATOR /      repair runs in paint at generator door sand prep refinish and paint and blend    chg code
PAINT / DEFECTIVE PAINT              area FIBERGLASS CAP, FRONT MOTORIZED PAINT DEFECTIVE
APPLICATION / )                      PAINT APPLICATION
**Repair Started:** 03/29/04
**Repair Completed:** 04/01/04

---

| **Job Op Code:** 20 01 08 77 | 70126239 9 | 28093 | Lazydays Rv Center, Inc.(338) | 3436 | $0.00 | $49.50 |
|---|---|---|---|---|---|---|

(FIBERGLASS / SIDEWALL, PASSENGER    repair ripples in fiberglass at center of the entry door wet sand and buff out
SIDE / PAINT / DEFECTIVE PAINT       area FIBERGLASS SIDEWALL, PASSENGER SIDE PAINT DEFECTIVE
APPLICATION / )                      PAINT APPLICATION
**Repair Started:** 03/29/04
**Repair Completed:** 04/01/04

---

| **Job Op Code:** 20 02 08 80 | 70126239 10 | 28093 | Lazydays Rv Center, Inc.(338) | 3436 | $0.00 | $297.00 |
|---|---|---|---|---|---|---|

(FIBERGLASS / SIDEWALL, DRIVER       lite scratches and flake in paint below entry door window sand prep paint and
SIDE / PAINT / PAINT DAMAGED / )     blend area FIBERGLASS SIDEWALL, DRIVER SIDE PAINT PAINT
**Repair Started:** 03/29/04          DAMAGED
**Repair Completed:** 04/01/04

---

| **Job Op Code:** 20 02 08 79 | 70126239 11 | 28093 | Lazydays Rv Center, Inc.(338) | 3436 | $0.00 | $49.50 |
|---|---|---|---|---|---|---|

(FIBERGLASS / SIDEWALL, DRIVER       repair rough paint in black stripe to the left of pass side fuel door wet sand
SIDE / PAINT / PAINT DEFECTIVE / )   and buff out area FIBERGLASS SIDEWALL, DRIVER SIDE PAINT

A 00289

**Repair Started:** 03/29/04                    PAINT DEFECTIVE
**Repair Completed:** 04/01/04

---

**Job Op Code:** 20  01  08  79        70126239 12    28093    Lazydays    3436        $0.00        $198.00
                                                                Rv
                                                                Center,
                                                                Inc.(338)

(FIBERGLASS / SIDEWALL, PASSENGER  paint peeling at bottom of pass side slide opening sand prep refinish and
SIDE / PAINT / PAINT DEFECTIVE / )  paint area FIBERGLASS SIDEWALL, PASSENGER SIDE PAINT PAINT
**Repair Started:** 03/29/04          DEFECTIVE
**Repair Completed:** 04/01/04

---

**Job Op Code:** 20  01  08  79        70126239 13    28093    Lazydays    3436        $0.00        $297.00
                                                                Rv
                                                                Center,
                                                                Inc.(338)

(FIBERGLASS / SIDEWALL, PASSENGER  repair rough edges on paint of pass side belt molding sand prep paint and
SIDE / PAINT / PAINT DEFECTIVE / )  blend area FIBERGLASS SIDEWALL, PASSENGER SIDE PAINT PAINT
**Repair Started:** 03/29/04          DEFECTIVE
**Repair Completed:** 04/01/04

---

**Job Op Code:** 20  01  08  79        70126239 14    28093    Lazydays    3436        $0.00        $198.00
                                                                Rv
                                                                Center,
                                                                Inc.(338)

(FIBERGLASS / SIDEWALL, PASSENGER  repair peeling clear at pass side slide below the belt sand prep refinished and
SIDE / PAINT / PAINT DEFECTIVE / )  blend FIBERGLASS SIDEWALL, PASSENGER SIDE PAINT PAINT
**Repair Started:** 03/29/04          DEFECTIVE
**Repair Completed:** 04/01/04

---

**Job Op Code:** 20  01  08  79        70126239 15    28093    Lazydays    3436        $0.00        $198.00
                                                                Rv
                                                                Center,
                                                                Inc.(338)

(FIBERGLASS / SIDEWALL, PASSENGER  repair rough edges of stripes on 1 & 2 and 3 pass side storage doors wet sand
SIDE / PAINT / PAINT DEFECTIVE / )  and buff out all three doors FIBERGLASS SIDEWALL, PASSENGER
**Repair Started:** 03/29/04          SIDE PAINT PAINT DEFECTIVE
**Repair Completed:** 04/01/04

---

**Job Op Code:** 20  01  08  79        70126239 16    28093    Lazydays    3436        $0.00        $297.00
                                                                Rv
                                                                Center,
                                                                Inc.(338)

(FIBERGLASS / SIDEWALL, PASSENGER  scratch in pass side slide out belt molding at rear of the coach filler pannel
SIDE / PAINT / PAINT DEFECTIVE / )  buff out areas that could be and sand prep refinish and paint other areas
**Repair Started:** 03/29/04          FIBERGLASS SIDEWALL, PASSENGER SIDE PAINT PAINT
**Repair Completed:** 04/01/04       DEFECTIVE

---

**Job Op Code:** 20  01  08  79        70126239 17    28093    Lazydays    3436        $0.00        $49.50
                                                                Rv

A 00290

Center,
Inc.(338)

(FIBERGLASS / SIDEWALL, PASSENGER  repair rough stripe edges on thin pannel between 3 & 4 passenger side
SIDE / PAINT / PAINT DEFECTIVE / )  storage doors sand prep paint and blend areas FIBERGLASS SIDEWALL,
**Repair Started:** 03/29/04          PASSENGER SIDE PAINT PAINT DEFECTIVE
**Repair Completed:** 04/01/04

---

**Job Op Code:** 20  01  08  80        70126239 18    28093    Lazydays    3436    $0.00    $99.00
                                                               Rv
                                                               Center,
                                                               Inc.(338)

(FIBERGLASS / SIDEWALL, PASSENGER  repair paint imperfection on pass side belt molding behind front slide sand
SIDE / PAINT / PAINT DAMAGED / )   prep refinish and paint and refinish FIBERGLASS SIDEWALL,
**Repair Started:** 03/29/04          PASSENGER SIDE PAINT PAINT DAMAGED
**Repair Completed:** 04/01/04

---

**Job Op Code:** 20  01  08  77        70126239 19    28093    Lazydays    3436    $0.00    $49.50
                                                               Rv
                                                               Center,
                                                               Inc.(338)

(FIBERGLASS / SIDEWALL, PASSENGER  repair rough stripe edges on pass side black stripe above rear wheel wet sand
SIDE / PAINT / DEFECTIVE PAINT     and buff out area FIBERGLASS SIDEWALL, PASSENGER SIDE PAINT
APPLICATION / )                    DEFECTIVE PAINT APPLICATION
**Repair Started:** 03/29/04
**Repair Completed:** 04/01/04

---

**Job Op Code:** 20  01  08  77        70126239 20    28093    Lazydays    3436    $0.00    $49.50
                                                               Rv
                                                               Center,
                                                               Inc.(338)

(FIBERGLASS / SIDEWALL, PASSENGER  repair rough stripe edges on pass side bedroom slide at front had to wet sand
SIDE / PAINT / DEFECTIVE PAINT     and buff out area FIBERGLASS SIDEWALL, PASSENGER SIDE PAINT
APPLICATION / )                    DEFECTIVE PAINT APPLICATION
**Repair Started:** 03/29/04
**Repair Completed:** 04/01/04

---

**Job Op Code:** 20  02  08  80        70126239 21    28093    Lazydays    3436    $0.00    $148.50
                                                               Rv
                                                               Center,
                                                               Inc.(338)

(FIBERGLASS / SIDEWALL, DRIVER     imperfection in paint at # 6 storage door at top under belt had to wet sand and
SIDE / PAINT / PAINT DAMAGED / )   buff out area FIBERGLASS SIDEWALL, DRIVER SIDE PAINT PAINT
**Repair Started:** 03/29/04          DAMAGED
**Repair Completed:** 04/01/04

---

**Job Op Code:** 20  02  08  77        70126239 22    28093    Lazydays    3436    $0.00    $297.00
                                                               Rv
                                                               Center,
                                                               Inc.(338)

(FIBERGLASS / SIDEWALL, DRIVER     repair peeling paint at driver side belt molding above electric storage had to
SIDE / PAINT / DEFECTIVE PAINT     sand prep refinish and paint area FIBERGLASS SIDEWALL, DRIVER
APPLICATION / )                    SIDE PAINT DEFECTIVE PAINT APPLICATION

A00291

**Repair Started:** 03/29/04
**Repair Completed:** 04/01/04

---

**Job Op Code:** 20  02  08  79          70126239 23    28093    Lazydays    3436         $0.00        $247.50
                                                                  Rv
                                                                  Center,
                                                                  Inc.(338)

(FIBERGLASS / SIDEWALL, DRIVER          repair peeling clear at belt molding above # 5 storage door on driver side had
SIDE / PAINT / PAINT DEFECTIVE / )      to sand prep refinish and paint area and blend FIBERGLASS SIDEWALL,
**Repair Started:** 03/29/04            DRIVER SIDE PAINT PAINT DEFECTIVE
**Repair Completed:** 04/01/04

---

**Job Op Code:** 20  02  08  77          70126239 24    28093    Lazydays    3436         $0.00        $99.00
                                                                  Rv
                                                                  Center,
                                                                  Inc.(338)

(FIBERGLASS / SIDEWALL, DRIVER          repair very rough stripe edges on # 3 driver side storage door had to wet sand
SIDE / PAINT / DEFECTIVE PAINT          and buff out area FIBERGLASS SIDEWALL, DRIVER SIDE PAINT
APPLICATION / )                         DEFECTIVE PAINT APPLICATION
**Repair Started:** 03/29/04
**Repair Completed:** 04/01/04

---

**Job Op Code:** 20  02  08  77          70126239 25    28093    Lazydays    3436         $0.00        $198.00
                                                                  Rv
                                                                  Center,
                                                                  Inc.(338)

(FIBERGLASS / SIDEWALL, DRIVER          peeling paint at hinge above driver side # 3 storage door had to sand prep
SIDE / PAINT / DEFECTIVE PAINT          refinish and paint and blend area FIBERGLASS SIDEWALL, DRIVER
APPLICATION / )                         SIDE PAINT DEFECTIVE PAINT APPLICATION
**Repair Started:** 03/29/04
**Repair Completed:** 04/01/04

---

**Job Op Code:** 20  02  08  80          70126239 26    28093    Lazydays    3436         $0.00        $49.50
                                                                  Rv
                                                                  Center,
                                                                  Inc.(338)

(FIBERGLASS / SIDEWALL, DRIVER          repair lite scratch at # 2 door driver side wet sand and buff out area
SIDE / PAINT / PAINT DAMAGED / )        FIBERGLASS SIDEWALL, DRIVER SIDE PAINT PAINT DAMAGED
**Repair Started:** 03/29/04
**Repair Completed:** 04/01/04

---

**Job Op Code:** 20  02  01  59          70126239 27    28093    Lazydays    3436         $0.00        $594.00
                                                                  Rv
                                                                  Center,
                                                                  Inc.(338)

(FIBERGLASS / SIDEWALL, DRIVER          repair bulge in fiberglass of tthe side wall over # 2 storage door shape of a v    chg code
SIDE / REPAIR / IMPROPERLY              had to grind sand prep refinish and paint the area and blend FIBERGLASS
INSTALLED / )                           SIDEWALL, DRIVER SIDE REPAIR COMPONENT DEFECT
**Repair Started:** 03/29/04
**Repair Completed:** 04/01/04

**Job Op Code:** 20  02  01  59 | 70126239 28 | 28093 | Lazydays Rv Center, Inc.(338) | 3436 | $0.00 | $99.00

(FIBERGLASS / SIDEWALL, DRIVER SIDE / REPAIR / IMPROPERLY INSTALLED / )

repair outward bulge in front driver side sidewall pannel above the lp door had to wet sand and buff area FIBERGLASS SIDEWALL, DRIVER SIDE REPAIR COMPONENT DEFECT    chg code

**Repair Started:** 03/29/04

**Repair Completed:** 04/01/04

---

**Job Op Code:** 20  02  08  77 | 70126239 29 | 28093 | Lazydays Rv Center, Inc.(338) | 3436 | $0.00 | $198.00

(FIBERGLASS / SIDEWALL, DRIVER SIDE / PAINT / DEFECTIVE PAINT APPLICATION / )

scratch at driver side fuel door area sand prep paint and blend FIBERGLASS SIDEWALL, DRIVER SIDE PAINT DEFECTIVE PAINT APPLICATION

**Repair Started:** 03/29/04

**Repair Completed:** 04/01/04

---

**Job Op Code:** 20  02  08  79 | 70126239 30 | 28093 | Lazydays Rv Center, Inc.(338) | 3436 | $0.00 | $49.50

(FIBERGLASS / SIDEWALL, DRIVER SIDE / PAINT / PAINT DEFECTIVE / )

rough strip edges on driver side belt molding under fuel door wet sand and buffed out area FIBERGLASS SIDEWALL, DRIVER SIDE PAINT PAINT DEFECTIVE

**Repair Started:** 03/29/04

**Repair Completed:** 04/01/04

---

**Job Op Code:** 19  54  02  43  pr | 70126239 31 | 28093 | Lazydays Rv Center, Inc.(338) | 3436 | $0.00 | $49.50

(PLUMBING (WATER SYSTEMS) / SPRAYER, TOILET HAND / REPLACE / COMPONENT DEFECT / PART RETURN)

toilet sprayer inop replace with new and test operation ok PLUMBING (WATER SYSTEMS) SPRAYER, TOILET HAND REPLACE COMPONENT DEFECT PART RETURN    sprayer head 1700 16.85 5.5

**Repair Started:** 03/29/04

**Repair Completed:** 04/01/04

---

**Job Op Code:** RC  14  01  59 | 70119101 1 | 21384 | Lazydays Rv Center, Inc.(338) | 3435 | $0.25 | $39.60

(CHASSIS, 3 YEAR 36,000 MI WARR / VALVE, RIDE HEIGHT / REPAIR / IMPROPERLY INSTALLED / )

RIDE HEIGHT VERY SOFT. TEST DROVE AND ADJUSTED RIDE HEIGHT TEST DROVE DRIVES FINE AT THIS TIME CHASSIS, ROADMASTER VALVE, RIDE HEIGHT REPAIR IMPROPERLY INSTALLED

**Repair Started:** 02/04/04

**Repair Completed:** 02/18/04

---

**Job Op Code:** 16  25  01  25 | 70119101 2 | 21384 | Lazydays Rv Center, Inc.(338) | 3435 | $0.00 | $49.50

A00293

(ELECTRICAL / CONTROL PANEL,
SYSTEMS MONITOR / REPAIR /
MISADJUSTED / )

**Repair Started:** 02/04/04

**Repair Completed:** 02/18/04

MONITOR PANEL TANKS ARE OUT OF CALIBRATION.
RECALIBRATED TANKS ELECTRICAL CONTROL PANEL, SYSTEMS
MONITOR REPAIR MISADJUSTED

---

**Job Op Code: 09  16  01  24**        70119101 3     21384   Lazydays   3435         $0.00        $19.80
                                                                Rv
                                                                Center,
                                                                Inc.(338)

(WINDOWS-WINDSHIELDS-WIPER
SYS. / ARM, WINDSHIELD WIPER
IDLER / REPAIR / MISALIGNED / )

**Repair Started:** 02/04/04

**Repair Completed:** 02/18/04

WINDSHIELD WIPERS OUT OF ADJUSTMENT. ADJUSTED
WINDSHIELD WIPERS WINDOWS-WINDSHIELDS-WIPER SYS. ARM,
WINDSHIELD WIPER IDLER REPAIR MISALIGNED

---

**Job Op Code: 16  G4  02  43  10**        70119101 4     21384   Lazydays   3435         $0.00        $19.80
                                                                Rv
                                                                Center,
                                                                Inc.(338)

(ELECTRICAL / BULB, DOMESTIC
LIGHTS (1 - 5) / REPLACE /
COMPONENT DEFECT / 1ST 90 DAYS
ONLY)

**Repair Started:** 02/04/04

**Repair Completed:** 02/18/04

DRIVER SIDE BRAKE LIGHT INOP. BAD BULB RR AND TEST
ELECTRICAL BULB, LIGHT (1-5 1ST 90 DAYS) REPLACE
COMPONENT DEFECT 1ST 90 DAYS ONLY

---

**Job Op Code: 16  V0  01  36**        70119101 5     21384   Lazydays   3435         $0.00        $29.70
                                                                Rv
                                                                Center,
                                                                Inc.(338)

(ELECTRICAL / HARNESS, 12V
ELECTRICAL / REPAIR / ELEC SHORT
OR OPEN / )

**Repair Started:** 02/04/04

**Repair Completed:** 02/18/04

INV. BATTERY TEMP SENSOR LOOSE. REMOUNTED AND TESTED
ELECTRICAL HARNESS, 12V ELECTRICAL REPAIR ELEC SHORT
OR OPEN

---

**Job Op Code: 05  13  01  59**        70119101 6     21384   Lazydays   3435         $0.00        $29.70
                                                                Rv
                                                                Center,
                                                                Inc.(338)

(TRIM-MOULDING / "T", INTERIOR /
REPAIR / IMPROPERLY INSTALLED / )

**Repair Started:** 02/04/04

**Repair Completed:** 02/18/04

MOLDING OVER D/S LOOSE. INSERTS CAME OFF. REMOVED
CLEANED AND REINSTALLED. TRIM-MOULDING "T", INTERIOR
REPAIR IMPROPERLY INSTALLED

---

                                            **126 Repairs**    **Total Paid:**   $2,683.45 $21,692.70        $5,

## 33. Monaco Warranty Authorization Lookup

A00295

Warranty Authorization Look-U

---

**Authorization #: 370142**      **Federal ID #: 1RFC2564541029131**      **Entered By: dwinchell 4/21/2005**
**Unit #: 041620824088401**      **Production #: 800870**      **Updated By:**

**Location: 12**
**RFC #: 0**
**Dealer #: 1-9100**
**Dealer RO #: 40267**

| | |
|---|---|
| **Douglas Holloway** | **Misc.** |
| **Purchase Date: 02/15/04** | |
| **Mileage: 4585 War Start: 02/15/04** | , |
| **Out of Warranty Date: 02/14/05** | **Labor Rate:** |

**Authorized on: 4/21/2005**    ┌ **Job Code** ─────────────    ┌ **Hours** ─
**Expires on: 10/21/2005**                                              **5.5**

**Sublet?: No**    ┌ **Comments** ─────────────────────────────
**Claim for parts only?: No**    Auth# 370142
CUSTOM COACH COMPANT.
**Auth for total claim?: Yes**    1.) HYDRA HOT BLOWS WARM IN BATH COLD IN BED, MIS-PLUMBED
REF: 240936. AUTH: 5.0 HRS TO REPLUMB THE ZONE 2 SYSTEM.
**Active?: Yes**    2.) DOOR LOCK ARM INOP. AUTH0.5 HRS TO ADJUST BAR AND LUBE

**Mileage: 4585**      **Parts Amount: 0.00**      **Claim Processed: No**
**Contact Person:**      **Warranty Amount: 0.00**      **Out of Warranty: Yes**

[ Update ]

---

**Authorization #: 358238**      **Federal ID #: 1RFC2564541029131**      **Entered By: dwinchell 2/9/2005**
**Unit #: 041620824088401**      **Production #: 800870**      **Updated By: dwinchell 3/4/2005 9:34:49 AM**

**Location: 39**
**RFC #: 0**
**Dealer #: 1-**
**Dealer RO #:**

| | |
|---|---|
| **Douglas Holloway** | |
| **Purchase Date: 02/15/04** | |
| **Mileage: 4585 War Start: 02/15/04** | |
| **Out of Warranty Date: 02/14/05** | |

**Authorized on: 2/9/2005**    ┌ **Job Code** ─────────────    ┌ **Hours** ─
**Expires on: 8/9/2005**                                              **3**

**Sublet?: No**    ┌ **Comments** ─────────────────────────────
**Claim for parts only?: No**    Auth# 358238
SHIP
**Auth for total claim?: Yes**    1.)A HEATER CRAFT FAN FOR THE FRONT CONSOLE. P/N BH70612
2.) CIRCULATION PUMP HYDRA HOT PART NUMBER. PLX-21G-176
**Active?: Yes**    THE CUSTOM COACH CO. AUTH: 3.0 HRS TO REPLACE THE PARTS

**Mileage: 25923**      **Parts Amount: 0.00**      **Claim Processed: No**
**Contact Person:**      **Warranty Amount: 0.00**      **Out of Warranty: Yes**

[ Update ]

---

**Authorization #: 356268**      **Federal ID #: 1RFC2564541029131**      **Entered By: bpresson 1/31/2005**
**Unit #: 041620824088401**      **Production #: 800870**      **Updated By:**

**Location: 39**
**RFC #: 70162873**
**Dealer #: 1-338**
**Dealer RO #: 58792**

| | |
|---|---|
| **Douglas Holloway** | **Lazydays Rv Center, Inc.** |
| **Purchase Date: 02/15/04** | **6130 Lazy Days Boulevard** |
| **Mileage: 4585 War Start: 02/14/04** | **Seffner, FL  33584-2968** |
| **Out of Warranty Date: 02/14/05** | **Labor Rate: 99.00** |

**Authorized on: 1/31/2005**    ┌ **Job Code** ─────────────    ┌ **Hours** ─

A00296

Expires on: 7/31/2005    07    H5    02    43    PR    2

**Sublet?: No**
**Claim for parts only?: No**
**Auth for total claim?: Yes**
**Active?: No**

Comments
Auth# 356268
AQUAHOT FRONT ZONE ONLY HEATS FOR 30 SECONDS AND THE
BEDROOM HAS COLD AIR.TROUBLESHOT,REPLACED THE FAN IN THE
BEDROOM,REPLACED THE FRONT CIRCULATING PUMP,AND TESTED
SYSTEM.

| Mileage: 27114 | Parts Amount: 0.00 | Claim Processed: Yes |
| Contact Person: D.HENDERSON | Warranty Amount: 0.00 | Out of Warranty: No |

Update

| Authorization #: 353836 | Federal ID #: 1RFC2564541029131 | Entered By: bpresson 1/17/2005 |
| Unit #: 041620824088401 | Production #: 800870 | Updated By: |

| Location: 39 | Douglas Holloway | Lazydays Rv Center, Inc. |
| RFC #: 70161299 | Purchase Date: 02/15/04 | 6130 Lazy Days Boulevard |
| Dealer #: 1-338 | Mileage: 4585 War Start: 02/15/04 | Seffner, FL 33584-2968 |
| Dealer RO #: 47232 | Out of Warranty Date: 02/14/05 | Labor Rate: 99.00 |

Authorized on: 1/17/2005    Job Code    07    14    02    43    XX    Hours    10
Expires on: 7/17/2005

**Sublet?: No**

Comments
Auth# 353836
###ok per art#####

**Claim for parts only?: No**

job 1 per art gregory, monaco techs ordered & installed 15k btu heat pump due to
front a/c does not keep front of coach cool part 1164.15 frt 505.20

**Auth for total claim?: Yes**

mudflap damaged -- -monaco techs ordered & installed mudflap part 438.70 frt
412.50

**Active?: No**

monaco techs replaced all ceiling fabric due to water leak. cabinet shop cut &
stained all new trims -- approx 160 feet of cherry trim. 10.00

| Mileage: 22223 | Parts Amount: 0.00 | Claim Processed: Yes |
| Contact Person: R DREIER | Warranty Amount: 3,555.55 | Out of Warranty: No |

Update

| Authorization #: 350649 | Federal ID #: 1RFC2564541029131 | Entered By: bpresson 12/28/2004 |
| Unit #: 041620824088401 | Production #: 800870 | Updated By: |

| Location: 39 | Douglas Holloway | Lazydays Rv Center, Inc. |
| RFC #: 70161299 | Purchase Date: 02/15/04 | 6130 Lazy Days Boulevard |
| Dealer #: 1-338 | Mileage: 4585 War Start: 02/15/04 | Seffner, FL 33584-2968 |
| Dealer RO #: 47232 | Out of Warranty Date: 02/14/05 | Labor Rate: 99.00 |

Authorized on: 12/28/2004    Job Code    Hours    6
Expires on: 6/28/2005

**Sublet?: No**    Comments

A00297

Claim for parts only?: No

Auth# 350649
roof leaking water front to back, water stains and damage thruoghout. remove refer vent cover and fantastic cover and clean off all sealant and reseal front to back. 6.0

Auth for total claim?: Yes

replace all stained ceiling fabric from living room into bedroom. monaco techs did work.

Active?: No

Mileage: 22223           Parts Amount: 0.00         Claim Processed: Yes
Contact Person: casey     Warranty Amount: 0.00       Out of Warranty: No

[Update]

---

Authorization #: 343388      Federal ID #: 1RFC2564541029131     Entered By: kcarpenter 11/15/2004
Unit #: 041620824088401      Production #: 800870                Updated By:

Location: 12             Douglas Holloway                Misc. - Call Acctg To Use This
RFC #: 0                 Purchase Date: 02/15/04         Pre - Pay Account Only
Dealer #: 3-9100         Mileage: 4585 War Start: 02/15/04   Please Ship Parts Frt Collect!
                         Out of Warranty Date: 02/14/05    ,
Dealer RO #:                                              Labor Rate:

Authorized on: 11/15/2004  ┌ Job Code ─────────    ┌ Hours ─────────
Expires on: 5/15/2005                                        0

Sublet?: No              ┌ Comments ─────────────────────────
Claim for parts only?: No   Auth# 343388
Auth for total claim?: Yes  Auth shipment 25 yards of ceiling fabric Part # F1403514 to Wildwood Service
Active?: Yes             Center, Attn: Art, 4505 Monaco Way, Wildwood, FL 34785. Shipment due to
                         Service at Monaco Lazy Days prob w/ installation. Ship overnight

Mileage: 14493           Parts Amount: 0.00         Claim Processed: No
Contact Person: ken c     Warranty Amount: 0.00       Out of Warranty: No

[Update]

---

Authorization #: 342714      Federal ID #: 1RFC2564541029131     Entered By: kcarpenter 11/11/2004
Unit #: 041620824088401      Production #: 800870                Updated By:

Location: 12             Douglas Holloway                Misc. - Call Acctg To Use This
RFC #: 0                 Purchase Date: 02/15/04         Pre - Pay Account Only
Dealer #: 3-9100         Mileage: 4585 War Start: 02/15/04   Please Ship Parts Frt Collect!
                         Out of Warranty Date: 02/14/05    ,
Dealer RO #:                                              Labor Rate:

Authorized on: 11/11/2004  ┌ Job Code ─────────    ┌ Hours ─────────
Expires on: 5/11/2005                                        0

Sublet?: No              ┌ Comments ─────────────────────────
Claim for parts only?: No   Auth# 342714
Auth for total claim?: Yes  Auth overnight shipment to our service center in wildwood 2 rolls of replacement
Active?: Yes             ceiling fabric . Part # F1403514. Lori has in stock. Ship to Wildwood Service
                         Center, Attn: Art Gregory, 4505 Monaco Way, Wildwood, FL 34785

A00298