Mileage: 14493     Parts Amount: 0.00     Claim Processed: No
Contact Person: Ken C     Warranty Amount: 0.00     Out of Warranty: No

[Update]

Authorization #: 342676    Federal ID #: 1RFC2564541029131    Entered By: bpresson 11/11/2004
Unit #: 041620824088401    Production #: 800870    Updated By:

Location: 39
RFC #: 70161299
Dealer #: 1-338
Dealer RO #: 47232

Douglas Holloway
Purchase Date: 02/15/04
Mileage: 4585 War Start: 02/15/04
Out of Warranty Date: 02/14/05

Lazydays Rv Center, Inc.
6130 Lazy Days Boulevard
Seffner, FL  33584-2968
Labor Rate: 99.00

Authorized on: 11/11/2004
Expires on: 5/11/2005

Job Code

Hours: 15

Sublet?: No
Claim for parts only?: No
Auth for total claim?: Yes
Active?: No

Comments
Auth# 342676
ac/ad) passneger side compartment door #2 (side hinged) has broken hinge (worn) replace hinge and realign 2nd and 3rd compartment after hinge is replaced lines will not line up properly, sand,prep and paint doors as needed. 7.5
also filler panel rear of 3rd compartment door neds to be taken off and bracket fabricated to secure. 1.5

ae) drivers side belt molding was replaced by monaco tech. sand, prep,refinsih and paint as needed. 6.0

Mileage: 22223     Parts Amount: 0.00     Claim Processed: Yes
Contact Person: casey     Warranty Amount: 0.00     Out of Warranty: No

[Update]

Authorization #: 336917    Federal ID #: 1RFC2564541029131    Entered By: pjordan 10/12/2004
Unit #: 041620824088401    Production #: 800870    Updated By: pjordan 1/18/2005 11:22:13 AM

Location: 39
RFC #: 70161299
Dealer #: 1-338
Dealer RO #: 47232

Douglas Holloway
Purchase Date: 02/15/04
Mileage: 4585 War Start: 02/15/04
Out of Warranty Date: 02/14/05

Lazydays Rv Center, Inc.
6130 Lazy Days Boulevard
Seffner, FL  33584-2968
Labor Rate: 99.00

Authorized on: 10/12/2004
Expires on: 4/12/2005

Job Code

Hours: 31

Sublet?: No
Claim for parts only?: No
Auth for total claim?: Yes

Comments
Auth# 336917
1) adjust drivers side compartment doors to even gaps. 2.0

2) p/s next to last comp door has waves in metal. replace and paint to match. 4.0

3) gen door not fitting flush with front cap. adjust mounting brackets 2.0

4) bracket protruding at gen door. grins, glass, sand, prep, refinish and paint area as needed. 5.0

5) indentions in front cap on both sides of gen door. to fix, grind, glass, sand,prep,

A00299

Warranty Authorization Look-U                                              Page 5 of 12

Active?: No

Mileage: 3423             Parts Amount: 0.00            Claim Processed: Yes
Contact Person: CASEY     Warranty Amount: 0.00         Out of Warranty: No

**Update**

| | | |
|---|---|---|
| Authorization #: 336623 | Federal ID #: 1RFC2564541029131 | Entered By: dbarton 10/11/2004 |
| Unit #: 041620824088401 | Production #: 800870 | Updated By: |

Location: 39
RFC #: 70161299
Dealer #: 1-338
Dealer RO #: 47232

Douglas Holloway
Purchase Date: 02/15/04
Mileage: 4585 War Start: 02/15/04
Out of Warranty Date: 02/14/05

Lazydays Rv Center, Inc.
6130 Lazy Days Boulevard
Seffner, FL 33584-2968
Labor Rate: 99.00

Authorized on: 10/11/2004
Expires on: 4/11/2005

Job Code

Hours
0

Sublet?: Yes
Claim for parts only?: No
Auth for total claim?: Yes
Active?: No

Comments
Auth# 336623
drivers side livingroom sofa cushions slide onto floor when being used. no straps installed to keep cushions of sofa. sublet to wade to add straps to 3 bottom cushions on sofa. add straps and hooks to sofa frame to attatch cushion straps.
250.00

Mileage: 3423             Parts Amount: 0.00            Claim Processed: Yes
Contact Person: CASEY     Warranty Amount: 250.00       Out of Warranty: No

**Update**

Authorization #: 333756       Federal ID #: 1RFC2564541029131      Entered By: bpresson 9/27/2004
Unit #: 041620824088401       Production #: 800870                Updated By:

Location: 39
RFC #: 70146137
Dealer #: 1-338
Dealer RO #: 38623

Douglas Holloway
Purchase Date: 02/15/04
Mileage: 4585 War Start: 02/15/04
Out of Warranty Date: 02/14/05

Lazydays Rv Center, Inc.
6130 Lazy Days Boulevard
Seffner, FL 33584-2968
Labor Rate: 99.00

Authorized on: 9/27/2004
Expires on: 3/27/2005

Job Code
04    61    01    59

Hours
4.6

Sublet?: No
Claim for parts only?: No
Auth for total claim?: Yes
Active?: No

Comments
Auth# 333756
the mirror broke when adjusting beleives to be a defect in the mount where mirror sits so they replaced the head and its the driver side upper mirror

1/ driver side front fender shakes in transit installed screws at fender braket to stop it from shaking and sealpanels ( 04610159 / 1.0)
2/ coach will not level properly had to recalibrate the system and test ok ( 16250125 / 1.4)
3/ can feel frame thru cusion replace th foam sublet to wade to install new foam ( 13250243pr / $ 375.00 )
4/ driver side mirror broke replace with new and secure ( 04630259ar ? 1.8)
5/ all topper pull straps are not accessable make straps accesable and test ok

A00300

Mileage: 14493            Parts Amount: 0.00           Claim Processed: Yes
Contact Person: frank     Warranty Amount: 0.00        Out of Warranty: No

Update

Authorization #: 329690        Federal ID #: 1RFC2564541029131     Entered By: bpresson 9/1/2004
Unit #: 041620824088401        Production #: 800870                Updated By:

Location: 39
RFC #: 70146137           Douglas Holloway                  Lazydays Rv Center, Inc.
Dealer #: 1-338           Purchase Date: 02/15/04           6130 Lazy Days Boulevard
Dealer RO #: 38623        Mileage: 4585 War Start: 02/15/04 Seffner, FL  33584-2968
                          Out of Warranty Date: 02/14/05    Labor Rate: 99.00

Authorized on: 9/1/2004   Job Code                          Hours
Expires on: 3/1/2005      16   1G   02   43   PR            8

Sublet?: No
Claim for parts only?: No
Auth for total claim?: Yes
Active?: No

Comments
Auth# 329690
1/ OIL PRESURE SENDER INOP REPLACE WITH NEW AND TEST OK ( 161G0243PR / 0.8)
2/ bedroom ceiling near a/c leaks clean and reseal the areas around the leak water test ok ( 02010632 / 1.5)
3/ driver side living room window water leak and stained previous repaired sublet to sundial to clean ( 161g0243pr / $ 45.00)
4/ fold out sofa bladder leaks replace with new bladder and test ok ( 13660243xx / 1.0)
5/ front roof a/c inop found that the motor was bad replace with new and test operation ok reinstall all ( 16v00136 / 1.0)
6/ lights in shower area inop found that there was an open in wires trace down and locate and repair and reinstall and test ok ( 16v00136 / 1.0)

Mileage: 14493            Parts Amount: 0.00           Claim Processed: Yes
Contact Person: frank     Warranty Amount: 0.00        Out of Warranty: No

Update

Authorization #: 329611        Federal ID #: 1RFC2564541029131     Entered By: bpresson 9/1/2004
Unit #: 041620824088401        Production #: 800870                Updated By:

Location: 39
RFC #: 70146137           Douglas Holloway                  Lazydays Rv Center, Inc.
Dealer #: 1-338           Purchase Date: 02/15/04           6130 Lazy Days Boulevard
Dealer RO #: 38623        Mileage: 4585 War Start: 02/15/04 Seffner, FL  33584-2968
                          Out of Warranty Date: 02/14/05    Labor Rate: 99.00

Authorized on: 9/1/2004   Job Code                          Hours
Expires on: 3/1/2005      RC   E2   02   43   PR            18.8

Sublet?: No
Claim for parts only?: No

Comments
Auth# 329611
1/ bad fuel leak found fill pipes leaking at tank and fittings leaking and vent tube leaking had to drain tank to dro[p and replace hoses and fittings and reseal the connectors run new longer hose per monaco and also replace the rollover valve reinstall and refuel and test ok ( rce20243pr / 11.0 )
2/ pass side living room slide out has poor fit had to remove the brakets at slide

A00301

Auth for total claim?: Yes

Active?: No

Mileage: 14493          Parts Amount: 0.00          Claim Processed: Yes
Contact Person: frank   Warranty Amount: 0.00       Out of Warranty: No

[Update]

| | | |
|---|---|---|
| Authorization #: 314922 | Federal ID #: 1RFC2564541029131 | Entered By: bpresson 6/8/2004 |
| Unit #: 041620824088401 | Production #: 800870 | Updated By: |

Location: 39
RFC #: 70131470
Dealer #: 1-338
Dealer RO #: 32303

Douglas Holloway
Purchase Date: 02/15/04
Mileage: 4585 War Start: 02/15/04
Out of Warranty Date: 02/14/05

Lazydays Rv Center, Inc.
6130 Lazy Days Boulevard
Seffner, FL  33584-2968
Labor Rate: 99.00

Authorized on: 6/8/2004
Expires on: 12/8/2004

Job Code: 10   35   01   59          Hours: 8.6

Sublet?: No

Claim for parts only?: No

Auth for total claim?: Yes

Active?: No

Comments:
Auth# 314922
1/ water leaking between entry door and screen door from top had to remove the old seal and install new secure and test ok ( 10350159 / 0.7 )
2/ pass side slide out storage doors hit bottom of slide out and chiped paint ( taken care of paint work another job ) found slide mounted too low checked and found had to remove the ram from the slide out and relocate to raise the room secure adjust and test operation ok ( 04100159 / 4.2 )
3/ water leak into all pass side storage compartments found frames not sealed had to clean and reseal all the frames and water test ok ( 04100632 / 2.0 )
4/ patio awning is pulled loose from slide out remove the mount clean and reinstall with new sticky tape and secure in place ( 21610159 / 1.1 )
5/ there are ten bad halogen lights in coach replace with new and test for shorts all ok ( 16g4024310 / 0.6 )

Mileage: 8553           Parts Amount: 0.00          Claim Processed: Yes
Contact Person: frank   Warranty Amount: 0.00       Out of Warranty: No

[Update]

Authorization #: 314920         Federal ID #: 1RFC2564541029131      Entered By: bpresson 6/8/2004
Unit #: 041620824088401         Production #: 800870                 Updated By:

Location: 39
RFC #: 70131470
Dealer #: 1-338
Dealer RO #: 32303

Douglas Holloway
Purchase Date: 02/15/04
Mileage: 4585 War Start: 02/15/04
Out of Warranty Date: 02/14/05

Lazydays Rv Center, Inc.
6130 Lazy Days Boulevard
Seffner, FL  33584-2968
Labor Rate: 99.00

Authorized on: 6/8/2004
Expires on: 12/8/2004

Job Code: rc   14   01   59          Hours: 9.3

Comments:

A00302

Sublet?: No
Claim for parts only?: No
Auth for total claim?: Yes
Active?: No

Auth# 314920
1/ coach hits extremely hard on bumps tshoot check ride heights and all out of spec had to set up corrected ride heights and test drove coach test ok ( rc140159 / 4.0)
2/ driver side front slide out creeps outward after being pulled in fully replace the valve block and test operation found still creeps out replace with another still creeps out called monaco said to reverse the lines a & b and to turn the switch 180 degrees and retest system ok ( 04a40159 / 3.6)
3/ coach dosent level properly had to recalibrate the jacks to level properly and test ok ( rcr90143 / 0.5)
4/ water temp gauge light inop tshoot and found there was a loose ground nut secure and test operation ok ( 16v00136 / 0.5)
5/ 2 sets of cabinet door struts never installed install 2 cabinet struts and secure in place and test ok ( 08330227 / 0.7)

Mileage: 8553
Contact Person: frank

Parts Amount: 0.00
Warranty Amount: 0.00

Claim Processed: Yes
Out of Warranty: No

Update

---

Authorization #: 311226
Unit #: 041620824088401

Federal ID #: 1RFC2564541029131
Production #: 800870

Entered By: pjordan 5/17/2004
Updated By:

Location: 12
RFC #: 70131470
Dealer #: 1-338
Dealer RO #: 32303
Authorized on: 5/17/2004
Expires on: 11/17/2004

Douglas Holloway
Purchase Date: 02/15/04
Mileage: 4585 War Start: 02/15/04
Out of Warranty Date: 02/14/05

Lazydays Rv Center, Inc.
6130 Lazy Days Boulevard
Seffner, FL 33584-2968
Labor Rate: 99.00

Job Code: 20  02  08  79
Hours: 3

Sublet?: No
Claim for parts only?: No
Auth for total claim?: Yes
Active?: No

Comments
Auth# 311226
paul same customer need to get them stated looked ok used my best judgement

1/ driver side above 2nd and 3rd compt door paint chipped off from doors hitting sand prep refinish and paint two colors

Mileage: 8553
Contact Person: frank

Parts Amount: 0.00
Warranty Amount: 0.00

Claim Processed: Yes
Out of Warranty: No

Update

---

Authorization #: 311224
Unit #: 041620824088401

Federal ID #: 1RFC2564541029131
Production #: 800870

Entered By: pjordan 5/17/2004
Updated By:

Location: 12
RFC #: 70131470
Dealer #: 1-338
Dealer RO #: 32303
Authorized on: 5/17/2004
Expires on: 11/17/2004

Douglas Holloway
Purchase Date: 02/15/04
Mileage: 4585 War Start: 02/15/04
Out of Warranty Date: 02/14/05

Lazydays Rv Center, Inc.
6130 Lazy Days Boulevard
Seffner, FL 33584-2968
Labor Rate: 99.00

Job Code: 20  03  08  80
Hours: 7.5

Sublet?: No   Comments

A00303

| | |
|---|---|
| Claim for parts only?: No | Auth# 311224<br>paul gave body shop ok to start job for 7.5 hrs i think the last one might not be a warranty issue the customer was gettig antsy wanted and answer |
| Auth for total claim?: Yes | 1/ front gen door rubbing at top edge grind top of door and top inside of opening sand prep refinish and paint ( 20030880 / 4.5) |
| Active?: No | 2/ paint peeling at top of 3rd compt door pass side sand prep refinish and paint ( 20010879 / 3.0) |

Mileage: 8553          Parts Amount: 0.00         Claim Processed: Yes
Contact Person: frank  Warranty Amount: 0.00      Out of Warranty: No

[Update]

---

Authorization #: 309964         Federal ID #: 1RFC2564541029131      Entered By: pjordan 5/7/2004
Unit #: 041620824088401         Production #: 800870                  Updated By:

Location: 12
RFC #: 70131470                  Douglas Holloway                     Lazydays Rv Center, Inc.
Dealer #: 1-338                  Purchase Date: 02/15/04              6130 Lazy Days Boulevard
Dealer RO #: 32303               Mileage: 4585 War Start: 02/15/04    Seffner, FL  33584-2968
                                 Out of Warranty Date: 02/14/05       Labor Rate: 99.00

Authorized on: 5/7/2004    Job Code                                    Hours
Expires on: 11/7/2004       20    02    08    80                        7

| | |
|---|---|
| Sublet?: No | Comments<br>Auth# 309964<br>made changes |
| Claim for parts only?: No | 2/ foward edge of 2nd compt door pass side has exess paint wet sand and buff out ( 20010877 / 0.5) |
| Auth for total claim?: Yes | 3/ pass side bottom edge of front slide paint flakeing sand prep paint and blend ( 20010880 / 3.5) |
| Active?: No | 4/ front cap lower edge on both sides of gen door holes in fiberglass was painted over sand fill prep refinish and paint and blend ( 20030877 / 3.0 ) |

Mileage: 8553          Parts Amount: 0.00         Claim Processed: Yes
Contact Person: frank  Warranty Amount: 0.00      Out of Warranty: No

[Update]

---

Authorization #: 308313         Federal ID #: 1RFC2564541029131      Entered By: bpresson 4/29/2004
Unit #: 041620824088401         Production #: 800870                  Updated By:

Location: 39
RFC #: 70126239                  Douglas Holloway                     Lazydays Rv Center, Inc.
Dealer #: 1-338                  Purchase Date: 02/15/04              6130 Lazy Days Boulevard
Dealer RO #: 28093               Mileage: 4585 War Start: 02/15/04    Seffner, FL  33584-2968
                                 Out of Warranty Date: 02/14/05       Labor Rate: 99.00

Authorized on: 4/29/2004    Job Code                                   Hours
Expires on: 10/29/2004       03    07    02    59                       19

Comments
Auth# 308313

A00304

| | |
|---|---|
| Sublet?: No | sending photos |
| Claim for parts only?: No | 1/ driver side bottom fender 3m peeling sublet to wade to repair the 3m ( 03070259 / $ 25.00 )<br>2/ runs in paint at generator door edge snad and brush touch area ( 20030877 / 3.0)<br>3/ ripples in fiberglass at center of entry door wet sand and buff area ( 20010877 / 0.5) |
| Auth for total claim?: Yes | 4/ lite scratch and flake in paint below entry door window sand and refinish and paint area and blend ( 20020880 / 3.0)<br>5/ repair rough paint in black stripe to the left of pass side fuel door wet sand and buff out area ( 20020879 / 0.5)<br>6/ paint peeling paint at the bottom of the pass side slide opening visible with room out sand prep paint and blend area ( 20010879 / 2.0)<br>7/ repair rough edges on paint of pass side belt molding also flakeing sand prep refinish and blend area ( 20010879 / 3.0)<br>8/ repair peeling clear at pass side slide below the belt molding sand prep paint and blend area ( 20010879 / 2.0) |
| Active?: No | 9/ rough edges of stripes on 1 , 2 , 3 pass side storage doors sand prep paint and blend area (20010879 / 2.0)<br>10/ scratch in pass side slide out belt molding at rear of the coach filler panel wet sand and buff out areas that could be and sand prep and paint and blend areas that wouldnt buff out ( 20010879 / 3.0) |

Mileage: 3436            Parts Amount: 0.00            Claim Processed: Yes
Contact Person: frank    Warranty Amount: 0.00         Out of Warranty: No

[Update]

---

Authorization #: 308312        Federal ID #: 1RFC2564541029131       Entered By: bpresson 4/29/2004
Unit #: 041620824088401        Production #: 800870                 Updated By:

Location: 39
RFC #: 70126239
Dealer #: 1-338
Dealer RO #: 28093

Douglas Holloway
Purchase Date: 02/15/04
Mileage: 4585 War Start: 02/15/04
Out of Warranty Date: 02/14/05

Lazydays Rv Center, Inc.
6130 Lazy Days Boulevard
Seffner, FL  33584-2968
Labor Rate: 99.00

Authorized on: 4/29/2004
Expires on: 10/29/2004

Job Code
| 20 | 02 | 08 | 79 |

Hours
| 15.5 |

| | |
|---|---|
| Sublet?: No | Auth# 308312<br>sending photos |
| Claim for parts only?: No | 1/ peeling clear at belt molding above # 5 compt door on driver side peeling paint sand prep and refinish area ( 20020879 / 2.5)<br>2/ very rough stripe edges on # 3 driver side storage door at bottom wet sand and buff area ( 20020877 / 1.0)<br>3/ peeling paint at hinge above driver side # 3 storage door sand prep paint and blend area ( 20020877 / 2.0) |
| Auth for total claim?: Yes | 4/ scratch at # 2 driver side storage door wet sand and buff out area ( 20020880 / 0.5)<br>5/ repair bulge in fiberglass of the side wall over # 2 storage door shape of a v grind sand and prep refinish and paint 2 colors and blend ( 20020143 / 6.0 )<br>6/ repair outward bulg in front driver side sidewall pannel above above the lp door sand and prep refinish and paint and blend area ( 20020143 / 1.0) |

A00305

**Active?:** No

**Mileage:** 3436  
**Contact Person:** frank  
**Parts Amount:** 0.00  
**Warranty Amount:** 0.00  
**Claim Processed:** Yes  
**Out of Warranty:** No

---

**Authorization #:** 307926  
**Unit #:** 041620824088401  
**Federal ID #:** 1RFC2564541029131  
**Production #:** 800870  
**Entered By:** pjordan 4/27/2004  
**Updated By:**

**Location:** 12  
**RFC #:** 70126239  
**Dealer #:** 1-338  
**Dealer RO #:** 28093  

Douglas Holloway  
Purchase Date: 02/15/04  
Mileage: 4585 War Start: 02/15/04  
Out of Warranty Date: 02/14/05  

Lazydays Rv Center, Inc.  
6130 Lazy Days Boulevard  
Seffner, FL 33584-2968  
Labor Rate: 99.00

**Authorized on:** 4/27/2004  
**Expires on:** 10/27/2004  
**Job Code:** 20  01  08  79  
**Hours:** 7

**Sublet?:** No  
**Claim for parts only?:** No  
**Auth for total claim?:** Yes  
**Active?:** No

**Comments**
Auth# 307926
made changes

2/ rough stripe edges on thin pannel between 3, 4th pass side storage doors sand prep paint and blend ( 20010879 / 0.5)
4/ paint imperfections on pass side belt molding near middle sand prep paint to match ( 20010880 / 1.0)
5/ rough stripe edges on pass side black stripe above rear wheel wet sand and buff out area ( 20010877 / 0.5)
6/ repair rough stripe edges on pass side bedroom slide at front wet sand and buff out area ( 20010877 / 0.5)
7/ imperfection in paint at # 6 storage door at top under belt wet sand and buff out the area ( 20020880 / 1.5)
8/ peeling paint at driver side belt molding above the elec. storage door had to sand prep refinish and paint area ( 20020877 / 3.0)

**Mileage:** 3436  
**Contact Person:** frank  
**Parts Amount:** 0.00  
**Warranty Amount:** 0.00  
**Claim Processed:** Yes  
**Out of Warranty:** No

---

**Authorization #:** 307622  
**Unit #:** 041620824088401  
**Federal ID #:** 1RFC2564541029131  
**Production #:** 800870  
**Entered By:** bpresson 4/26/2004  
**Updated By:**

**Location:** 39  
**RFC #:** 70126239  
**Dealer #:** 1-338  
**Dealer RO #:** 28093  

Douglas Holloway  
Purchase Date: 02/15/04  
Mileage: 4585 War Start: 02/15/04  
Out of Warranty Date: 02/14/05  

Lazydays Rv Center, Inc.  
6130 Lazy Days Boulevard  
Seffner, FL 33584-2968  
Labor Rate: 99.00

**Authorized on:** 4/26/2004  
**Expires on:** 10/26/2004  
**Job Code:** 04  64  01  59  
**Hours:** 5.5

**Comments**

A305.1

## 34. Report of Wayne Degen, General Manger, Media Camping Center

A00306



215-295-9025 ▪ 877-GO-CAMPING
FAX: 215-295-9074

July 29, 2006

Christopher J. Curtin
Erisman & Curtin
P.O. Box 250
Wilmington, De. 19803

      Re: Holloway v Monaco Coach Corp.

Dear Counsel,

    At your request I have examined and reviewed the documents provided regarding the subject 2004 Beaver Monterey #1RFC2564541029131. Additionally, I personally inspected the subject vehicle and met with Mr. Holloway on July 27, 2006.

    You have requested this opinion as to whether the defects or conditions that Monaco attempted to repair under warranty, would substantially impair the use or value of the Holloway's coach, if not repaired.

    I have been employed by Media Camping Center from 1973 to present. I began my career as a salesperson. In 1989 when Media Camping Center opened our third dealership I became General Manager of our Fairless Hills location. Since that time our Fairless Hills location has been the recipient of numerous awards for outstanding sales and service performance. I am currently a member of the Winnebago Industries Dealer Advisory Council, having served in that capacity since 1999. I also serve as a member of the Political Action Committee of the Pennsylvania Recreational Vehicle and Camping Association. I am a 1970 graduate of Bensalem High School. I have attended many sales and managerial training courses as well as manufacturers sponsored training programs.

    After my review, the following opinions were able to be formed. The defects or conditions, as outlined in the repair orders reviewed, would have a substantial adverse impact on the use, safety, or value of the subject vehicle.

327 Tyburn Road ▪ Fairless Hills, PA 19030

A 00307

1. Fuel blow back from the fuel tanks;

   Fuel leakage in any motor vehicle is a safety issue. The fact that fuel would blow back from both tank fills during refueling, as well as being able to run over the fuel tank onto hot generator exhaust parts could be a recipe for catastrophe.

2. Water leakage from the roof to windshield;

   This condition would impair the use and safety of the vehicle. Water collecting in the roof cavity and then discharging into the driver's compartment at the windshield, could cause an unsuspecting driver to be startled and react to the sudden and unexpected discharge of water. This reaction could cause a loss of vehicle control.

3. Water leakage into headliner staining ceiling;

   Water leakage and stains have a major impact on the value of a vehicle of this type. Any indication of water stains, or evidence of prior leakage, causes doubt to a potential buyer. Even when cleaned and repaired, any evidence of repaired water damage will raise a red flag in the face of a potential buyer.

4. Diesel fuel leak onto exhaust system;
   See opinion at # 1

5. Diesel smell in the coach;

   The odor of diesel fuel inside a vehicle impairs the use and value of the vehicle, due in part to the immediate reaction upon entering the vehicle and observing the odor. This condition can also open the door to questions of the underlying cause of the odor.

6. Suspension maladjustment causing coach to ride hard;

   A vehicle operated with the suspension maladjusted could impact the safety and value of the vehicle. A vehicle riding too hard would be subject to unnecessary road shock. This condition could cause damage to the vehicles structure, as well as to various other components, such as cabinetry, appliances as well as items carried in the vehicle. This condition could also affect the safety of the vehicles operation, as the constant hard ride and poor handling would cause driver fatigue, as well as premature wear and tear on suspension parts.

A00308

7. 29 Paint runs, blisters, etc., upon delivery of the coach;

   Paint defects in the exterior finish of a vehicle of this caliber have a very important impact on the value of the vehicle. The retail public's estimation of this brand of vehicle is one of a high degree of quality. As such, any paint or body rework could cause a potential buyer to doubt the degree of quality.

8. Over 30 days out of service in the first 90 days of ownership;

   By review of the supplied documents it appears that the manufacturer or it's agents had the subject vehicle for over 30 days of the first 90 days of ownership to perform required repairs. This condition would adversely affect the use of the vehicle.

9. Over 200 days out of service during first year after delivery;

   By review of the supplied documents it appears that the manufacturer or it's agents had the subject vehicle out of service for warranty repairs for over 200 days out of the first year of ownership. This condition would adversely affect the use of the vehicle.

My personal inspection of the vehicle on July 27, 2006 revealed that the vehicle is in excellent condition. However it was obvious to the naked eye that the interior ceiling material had been replaced, indicated by the installation of wood trim molding around the interior perimeter of the vehicle. There are also areas in the ceiling material which had been previously cleaned or treated. These areas now appear different in texture from the remainder of the ceiling material. Also noted was a musty odor while passing through the bathroom into the bedroom, as well as discoloring of the rear dinette bench fabric on the drivers side and also on the sofa behind the passenger seat.

The inferences and opinions presented are based on 34 years of sales and service experience in the recreational vehicle industry, and a degree of professional certainty.

Sincerely,

*Wayne A Degen*

Wayne A. Degen
General Manager

## 35. Affidavit of Douglas Holloway

A00310

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOUGLAS HOLLOWAY, and <br> RITA HOLLOWAY, <br><br> Plaintiffs, <br><br> v. <br><br> MONACO COACH CORPORATION, <br> a corporation of the State of Delaware, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No.: 05-740 JJF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

AFFIDAVIT OF DOUGLAS R. HOLLOWAY, JR.

**DOUGLAS R. HOLLOWAY, JR.**, being first duly sworn, deposes and says:

1. I, Douglas R. Holloway, Jr., reside at Pleasant Valley Road, Newark, DE. I am married to Rita Holloway. We are the Plaintiffs in the above captioned litigation.

2. We own and operate Rainbow Kennels, a pet grooming and boarding kennel at the same address.

3. In addition to the kennel business, I was a professional dog show handler. I travel to approximately 130 dog shows each year, and present dogs for my clients.

4. On October 16, 2000 Rita and I purchased from Stolzfus Trailer Sales, Inc, a 2001 Beaver, Monterey Seacliff Motor Coach.

5. We purchased both coaches in our names instead of the corporate name, and use each for our personal use, not for resale, but we drove each to the cities where I was to present a dog at a dog show. We stayed in each coach instead of a hotel. We often combine such trips with additional days of vacation. We also used each coach on vacations without any connection to working at dog shows.

6. The 2001 coach we purchased had a very serious brake problem apparently because of the brake components. This caused the brakes to overheat to the point of turning red, and seizing, and sometimes igniting brake fluid. Sometimes the brakes locked on one side, pulling the coach in that direction. The problem was so serious that the National Highway Traffic Safety Administration issued a recall for the problem. We sued in State court and Monaco removed the case to the U.S. District Court, as noted in *Holloway v. Monaco Coach Corp.*, WL 21146720 (D.Del. May 14, 2003).

7. We agreed to settle the case concerning the 2001 coach by accepting an upgraded

A00311

replacement coach, a 2004 Beaver Monterey Laguna and returned the old coach. Ex. 2. The 2004 was longer and had more slideouts. As part of the settlement, we gave up a number of valuable damage claims as detailed in Ex. 2-3, agreed to cooperate in Monaco's action against the brake manufacturer, and accepted the new 2004 coach which is the subject of the current litigation.

8. We signed the settlement agreement and returned the 2001 coach to Monaco on January 11, 2004. We had paid the Dealer and Monaco in full for the 2001 coach, by paying the proceeds of a purchase loan for that coach, and paying a third party lender payments over time. As a result of the cancellation of the 2001 sale, Monaco did *not* pay off the lien on the 2001 coach, since the new coach was substituted as collateral for the old coach on our loan, under the Settlement Agreement, Ex. 2, ¶2.1 (h), before we refinanced to take advantage of declining interest rates, with a different third-party lender.

9. The "Purchase Price" of the 2004 Coach is listed in the Settlement Documents. The purchase of the 2004 Coach is documented, not by a record from Monaco, but by the Buyer's Order from Monaco's authorized dealer, Lazy Days R.V. Center, in Florida, where the sale was consummated. The "Buyer's Order," Ex. 4, states that the "Price of the Unit" was "$267,730.00." We returned the 2001 coach, and paid the additional consideration for the 2004 Coach of $25,500; and financed the remaining unpaid balance of $119,596.77. It was just like a regular trade-in. As additional consideration for the Settlement Agreement, Ex. 2, we promised to assist Monaco and cooperate in Monaco's legal claims against the brake manufacturer. Ex. 2, ¶2.1(n). This and other agreements are listed as "consideration" for the settlement.

10. In addition, the Settlement Agreement, as "further consideration" required us to give up a number of highly valuable claims which are detailed at Ex. 3, including: recovery of financing costs of $46,415.42; recovery of out-of-pocket expenses of $23,418.00 we incurred and paid because of defect related repairs; and prejudgment interest of nearly $90,000.

11. Overall, as a result of the negotiated settlement we agreed to cooperate with Monaco's action against the brake manufacturer and give up damages claims realistically valued at over $329,000.00, as explained at Ex. 3. The legal basis of each of those claims is also included at Ex. 3. Monaco compromised by agreeing to supply the more expensive 2004 coach, in exchange for what we compromised.

12. Both the Dealer's and Monaco's paperwork for the replacement, 2004 coach, states that the purchase price of the 2004 Coach was $267,730.00. Ex. 2 at "Ex. A," and Ex. 4. The same price is given in the financing contract, Ex. 5, and the tax affidavit, Ex. 6, both of which where prepared by Monaco's authorized dealer, and agent for the transaction. Monaco listed the purchase price in its own paperwork as $267,264.00. However, even, the report of Monaco's expert, Ex. 31, p. 10, lists and relies upon the "cost" of the 2004 Coach as "$267,730.00."

13. Both the dealer and Monaco knew that the 2004 coach would be registered in Delaware

A 00312

and thus subject to the Delaware Lemon Law. The Buyers Order and tax affidavit were both prepared by Monaco's authorized dealer, Lazy Days R.V. Center, Inc., ( hereinafter "Lazy Days") in Seffner, FL, near Tampa, with our home address, as shown in Ex. 4-6.

14. The Coach was transferred to us in Florida, during the duration of the manufacturer' express written warranty. We were the persons entitled by the terms of the warranty Exhibit 9, to enforce the obligations of the warranty.

15. The down payment checks were drawn against our Delaware bank, Wilmington Trust Company. Ex. 6. We presented our Delaware Drivers licenses as identification. Ex. 6. We obtained automobile insurance in Delaware, under a Delaware form of policy.

16. Lazy Days prepared the "Retail Installment Contract, Security Agreement and disclosure Statement," Ex. 5, again showing my correct home address in Newark, Delaware. All payments under this contract are paid by my wife and I from our home address in Delaware.

17. The Coach was registered and titled in Delaware, and some paperwork to do so was prepared and provided to the State of Delaware by Lazy Days. The tax affidavit shows that no Florida sales tax was paid because the Coach was sold to Delawareans, and the sales price was $267,730.00.

18. Lazy Days assigned the Retail Installment Sales Contract to our current lender. In order to do so Lazy Days necessarily signed the Assignment by Seller at the end of Ex. 5 in which Lazy Days warranted: "4) that this contract accurately and correctly reflects a genuine, bona fide sale and the price and terms thereof, and is valid and in compliance any installment sales law or other applicable state or federal law or administrative regulation;...8) that the down payment is correctly stated in the contract...."

19. The 2004 Coach turned out to be a Lemon, too. From the date of transfer and during the first year, the Coach was subject to repair 270+ days for many problems, including, dangerous fuel tank overflow; generator fuel dripping on the exhaust system; copious water leaks down the windshield after rain; interior damage from roof and other rain water leaks; ride height and suspension maladjustments; and at least 29 paint and body defects. Exs. 11-23.

20. In fact, in the first ninety days, all of these issues were reported to the factory authorized dealer, and the Coach was out of service 44 days, much more than the Lemon Law's statutory 30 day period, as detailed in Exs. 11, 30.

21. Fuel leaking onto the exhaust resulted in Rita having to make at least one emergency maneuver that cased damage to the coach . Smoke billowed so thickly from the Coach that passing motorists honked to call it to her attention. She was driving alone and was forced to pull over immediately, in a panic to attend to the immanent risk of a fuel fire.

22. The Coach was also subject to repair for extensive water leakage and resulting damage

A00313

from the roof and other leaks. Many times, roughly 2 quarts of water poured down the inside of the windshield on first use of the brakes after a rain, and damaged the headliner fabric on the ceiling causing large brown stains. The water spilled onto the dashboard, which is depicted at Ex. 8, p.6.

23. One early repair visit, from March 29, 2004 to April 29, 2004 lasted 32 days for correction of 29 factory paint and body defects under warranty. Ex. 13. As explained in detail in our letter to Mr. Pisano dated March 17, 2006, Ex. 30, paint defects in a new vehicle are considered Lemon Law issues. These impaired the value of the Coach to us. However, other problems with the 2004 Coach were much more serious.

24. After 32 days in the shop for the paint and body work, we finally took the Coach out for its first trip. We took it back right away, on May 4, 2004, Ex. 14, due to: fuel splashing out of the fuel tank at filling, (which took a year to correct); fuel dripping from the diesel fueled power generator onto the exhaust pipes, creating a cloud of diesel fuel; the roof was leaking so badly that after each rain two quarts of water ran down the inside of the windshield onto and into the dashboard full of electronics, and damaged the ceiling, the woodwork, the television, and collected in the chassis storage areas; the "air-bag suspension" was improperly set up, resulting in extremely rough ride and premature wear of the shock absorbers. Ex. 14. The ride height maladjustment was found even before the Coach was delivered to us, Ex. 32, and was subject of complaints repeatedly thereafter. Ex. 11.

25. From May 4, 2004 to June 8, 2004, the Coach was in the shop for 37 days for the fuel leaks and water leaking in the roof, among other things. Ex. 14.

26. From July 7, 2004 to September 30, 2004, the Coach was out of service for 86 days, for fuel leaks, water leaks and other body issues, Ex. 16.

27. From October 7, 2004 to December 17, 2004, the Coach was subject to repair by Monaco's own technicians for at least 70 days for water leak damage, and fuel leak repairs. Ex. 18.

28. Consequently, the presumption created by the Lemon Law that Monaco had a 30 day "reasonable opportunity to repair" the Coach, is satisfied by our experience with this Coach. These issues substantially impaired the use, value, or safety of the Coach to us.

29. In fact, the attempted repairs, and repairs, were paid for by Monaco, and performed not only in Florida, but also at the Monaco factory repair facility in Indiana. All these repairs were paid under the warranty.

30. We attempted to exercise our Lemon Law rights by notifying Monaco of the applicability of the Delaware Lemon Law, and demanded a replacement coach under the Lemon Law on December 16, 2004. Our attorney sent the Notice letter, Ex. 1, on August 16, 2005. Monaco refused our requests. The experience has caused my wife and I considerable aggravation and inconvenience, which we experience daily at our home in Delaware.

A00314

31. In addition, we have suffered economic damages, Ex. 27, which we experience daily at our home in Delaware.

32. I discovered after the return of the Coach, in December 2004, that my Coach is subject to a recall by the National Highway Traffic Safety Administration for a defective HydroHot hot water heating furnace, for condition similar to what I experienced. Ex. 26, 20-21. Our HydroHot unit burned through the metal housing risking a fire. Despite the recall, Monaco did not authorize repair of the problem, nor has Monaco reimbursed us the cost of repairs that we were forced to pay, in order to preserve the Coach. The Coach was in the shop 6 weeks for this repair.

33. Rita Holloway was born June 2, 1939, the date recorded on her Delaware driver's license. Ex. 6. On December 16, 2004 when we demanded a Lemon Law replacement coach, she was 65 years old. Monaco refused that request for a replacement coach.

**FURTHER, DEPONENT SAITH NOT.**

_____
DOUGLAS HOLLOWAY

**SWORN TO AND SUBSCRIBED** before me, this ___17___ day of

___August___, 2006.

NOTARY PUBLIC

_____

Jane A. Volk
Notary Public
#2002183416?
Commission expires 10/03/?

A00315

## CERTIFICATE OF SERVICE

I, Christopher J. Curtin, Esquire, hereby certify that on August 18, 2006, I electronically filed the foregoing **Plaintiffs' Motion for Partial Summary Judgment Concerning Recoverable Purchase Price and Elder Victims' Enhanced Penalty Act, Opening Brief and Appendix** in support thereof with the Clerk of the District Court using CM/ECF, which will send notification of such filing to the following:

Danielle K. Yearick, Esquire
Tybout, Redfearn & Pell
300 Delaware Avenue
11th Floor
Wilmington, DE  19899-2092

Matthew T. Pisano, Esquire
Segal McCambridge
United Plaza
30 S. 17thStreet
Suite1700
Philadelphia, PA  19103

                                                **ERISMAN & CURTIN**

                                                */s/ Christopher J. Curtin*
                                                Christopher J. Curtin
                                                DE Bar I.D. No.:  226
                                                629 Mount Lebanon Road
                                                Wilmington, Delaware 19803
                                                Phone: (302) 478-5577
                                                Facsimile: (302) 478-5494
                                                eMail: ccurtin659@aol.com
                                                 Attorney for Plaintiffs

DATED: August 18, 2006