IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOUGLAS HOLLOWAY and RITA HOLLOWAY, : : Plaintiffs, : : v. : : MONACO COACH CORPORATION, a corporation of the State of Delaware, : : Defendant. : | C.A. No.: 05-740 (JJF) |

### ORDER

AND NOW, this _____ day of _____, 2006, in consideration of the Motion for Summary Judgment filed by defendant, Monaco Coach Corporation, and any response thereto, it is hereby ORDERED that the motion is **GRANTED** and that plaintiffs, Douglas and Rita Holloway's Complaint is dismissed as a matter of law.

_____
Joseph J. Farnan, Jr., Judge