# EXHIBIT "B"

# BEAVER
# MOTORHOME LIMITED WARRANTY

**WHAT THE PERIOD OF COVERAGE IS:**

If you use your Beaver® motorhome only for recreational travel and family camping purposes, the Limited Warranty provided by Beaver ("Warrantor") covers your new motorhome when sold by an authorized dealer, for twelve (12) months from the original retail purchase date or the first 24,000 miles of use, whichever occurs first. However, the Limited Warranty provided by Warrantor covers the steel or aluminum frame structure of the sidewalls (excluding slide outs), roof, and rear and front walls for sixty (60) months from the original retail purchase date or the first 50,000 miles of use, whichever occurs first.

If you use your motorhome for any rental, commercial or business purposes whatsoever, the Limited Warranty provided by Warrantor covers your new motorhome when sold by an authorized dealer for ninety (90) days from the original retail purchase date or the first 24,000 miles of use, whichever occurs first. In addition, the Limited Warranty provided by Warrantor covers the steel or aluminum frame structure of the sidewalls (excluding slide outs), roof, and rear and front walls for twelve (12) months from the original retail purchase date or the first 24,000 miles of use, whichever occurs first. A conclusive presumption that your motorhome has been used for commercial and/or business purposes arises if you have filed a federal or state tax form claiming any business tax benefit related to your ownership of the motorhome.

The above Limited Warranty coverage applies to all owners, including subsequent owners, of the motorhome. However, a subsequent owner must submit a warranty transfer form by filing the form through an authorized Beaver dealer. A subsequent owner's warranty coverage period is the remaining balance of the warranty coverage period the prior owner was entitled to under this Limited Warranty. Warranty transfer forms can be obtained by contacting the Customer Relations Department. There is no charge for the transfer.

**LIMITATION OF IMPLIED WARRANTIES:**

**ANY IMPLIED WARRANTIES ARISING BY WAY OF STATE LAW, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY AND ANY IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE, ARE LIMITED IN DURATION TO THE TERM OF THIS LIMITED WARRANTY AND ARE LIMITED IN SCOPE OF COVERAGE TO THOSE PORTIONS OF THE MOTORHOME COVERED BY THIS LIMITED WARRANTY.** Warrantor disclaims all implied and express warranties, including the implied warranty of merchantability and the implied warranty of fitness for a particular purpose, on components and appliances excluded from coverage as set forth below. There is no warranty of any nature made by Warrantor beyond that contained in this Limited Warranty. No person has authority to enlarge, amend or modify this Limited Warranty. The dealer is not the Warrantor's agent but is an independent entity. Warrantor is not responsible for any undertaking, representation or warranty made by any dealer or other person beyond those expressly set forth in this Limited Warranty. Some states do not allow limitations on how long an implied warranty lasts, so the above limitation may not apply to you.

**WHAT THE WARRANTY COVERS:**

Warrantor's Limited Warranty covers defects in the manufacture of your motorhome and defects in materials used to manufacture your motorhome. Also see the section "What the Warranty Does Not Cover" set out below.

**WHAT WE WILL DO TO CORRECT PROBLEMS:**

Warrantor will repair and/or replace, at its option, any covered defect if: (1) you notify Warrantor or one of its authorized servicing dealers of the defect within the warranty coverage period and within five (5) days of discovering the defect; and (2) you deliver your Motorhome to Warrantor or Warrantor's authorized servicing dealer at your cost and expense. It is reasonable to expect some service items to occur during the warranty period. The performance of warranty repairs shall not extend the original warranty coverage period. Further, any performance of repairs after the warranty coverage period has expired or any performance of repairs to component parts and appliances excluded from coverage shall be considered "good will" repairs, which shall not alter the express terms of this limited warranty.

Warrantor may use new and/or remanufactured parts and/or components of substantially equal quality to complete any repair.

Defects and/or damage to interior and exterior surfaces, trim, upholstery and other appearance items may occur at the factory during manufacture, during delivery of the motorhome to the selling dealer or on the selling dealer's lot. Normally, any such defect or damage is detected and corrected at the factory or by the selling dealer during the inspection process performed by the Warrantor and the selling dealer. If, however, you discover any such defect or damage when you take delivery of the motorhome, you must notify your dealer or Warrantor within five days of the date of purchase to have repairs performed to the defect at no cost to you as provided by this Limited Warranty.

If either three or more unsuccessful repair attempts have been made to correct any covered defect that you believe substantially impairs the value, use or safety of your motorhome or repairs to any covered defect(s), which you believe substantially impairs the value, use or safety of your motorhome,, have taken 30 or more days to complete, you must, to the extent permitted by law, notify Warrantor directly in writing of the failure to successfully repair the defect(s) so that Warrantor can become directly involved in exercising a final repair attempt for the purpose of performing a successful repair to the identified defect(s).

**HOW TO GET SERVICE:**

The Warranty Registration form must be returned to Warrantor promptly upon purchase to assure proper part replacement and repair of your motorhome. Failure to return the warranty registration form will not affect your rights under the Limited Warranty long as you can furnish proof of purchase. For warranty service simply contact one of Warrantor's authorized service centers or an appointment, then deliver your motorhome (at your expense) to the service center. If you need assistance in locating an authorized warranty service facility, contact Warrantor's Warranty Department (1-877-466-6226). The mailing address is 91320 Coburg Industrial Way, Coburg, Oregon 97408.

In the event the motorhome is inoperative due to malfunction of a warranted part, Warrantor will pay the cost of having the motorhome towed to the nearest authorized repair facility provided you notify Warrantor prior to incurring the towing charges to receive directions to the nearest repair facility.

Because Warrantor does not control the scheduling of service work by its authorized servicing dealers, you may encounter some delay in scheduling and/or in the completion of the repairs.

**WHAT THE WARRANTY DOES NOT COVER:**

This Limited Warranty does not cover: any motorhome sold or registered outside of the United States or Canada; items which are added or changed after the motorhome leaves Warrantor's possession; items that are working as designed but which you are unhappy with because of the design; normal wear and usage, such as fading or discoloration of fabrics, or the effects of condensation inside the motorhome; defacing, scratching, dents and chips on any surface or fabric of the motorhome, not caused by Warrantor; routine maintenance, including by way of example wheel alignments; the automotive chassis and power train, including, by way of example the engine, drivetrain, steering and handling, braking, wheel balance, muffler, tires, tubes, batteries and gauges; appliances and components covered by their own manufacturer's warranty including, by way of example the microwave, refrigerator, ice maker, stove, oven, generator, roof air conditioners, hydraulic jacks, VCR, television(s), water heater, furnace, stereo, radio, compact disc player, washer, dryer, inverter and cellular phone; or flaking, peeling and chips or other defects or damage in or to the exterior or finish caused by rocks or other road hazards, the environment including airborne pollutants, salt, tree sap and hail.

**EVENTS DISCHARGING WARRANTOR FROM OBLIGATION UNDER WARRANTY:**

suse or neglect, accidents, unauthorized alteration, failure to provide reasonable and necessary maintenance (See Owner's anual), damage caused by off road use, collision, fire, theft, vandalism, explosions, overloading in excess of rated capacities, and odometer tampering shall discharge Warrantor from any express or implied warranty obligation to repair any resulting defect.

**DISCLAIMER OF CONSEQUENTIAL AND INCIDENTAL DAMAGES:**

**THE ORIGINAL PURCHASER OF THE MOTORHOME AND ANY PERSON TO WHOM THE MOTORHOME IS TRANSFERRED, AND ANY PERSON WHO IS AN INTENDED OR UNINTENDED USER OR BENEFICIARY OF THE MOTORHOME, SHALL NOT BE ENTITLED TO RECOVER FROM WARRANTOR ANY CONSEQUENTIAL OR INCIDENTAL DAMAGES RESULTING FROM ANY DEFECT IN THE MOTORHOME. THE EXCLUSION OF CONSEQUENTIAL AND INCIDENTAL DAMAGES SHALL BE DEEMED INDEPENDENT OF, AND SHALL SURVIVE, ANY FAILURE OF THE ESSENTIAL PURPOSE OF ANY LIMITED REMEDY.** Some states do not allow the exclusion or limitation of consequential or incidental damages, so the above exclusions may not apply to you.

**LEGAL REMEDIES:**

**THESE WARRANTIES ARE NOT INTENDED TO "EXTEND TO FUTURE PERFORMANCE" AND ANY ACTION TO ENFORCE THESE EXPRESS OR ANY IMPLIED WARRANTY SHALL NOT BE COMMENCED MORE THAN ONE (1) YEAR AFTER THE EXPIRATION OF THE RESPECTIVE WARRANTY COVERAGE PERIOD DESIGNATED ABOVE. THE PERFORMANCE OF REPAIRS SHALL NOT SUSPEND THIS ONE YEAR LIMITATIONS PERIOD FROM EXPIRING. THESE TERMS AND ALL EXPRESS AND IMPLIED WARRANTY DISPUTES BETWEEN WARRANTOR AND PURCHASER SHALL BE GOVERNED BY THE SUBSTANTIVE LAWS OF THE STATE OF INDIANA, WITHOUT REGARD TO CONFLICTS OF LAW RULES.** Some states do not allow the reduction in the statute of limitations or a choice of law provision, so the above reduction in the statute of limitations and/or choice of law provision may not apply to you.

THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS. YOU MAY ALSO HAVE OTHER RIGHTS, WHICH VARY FROM STATE TO STATE.

3/5/03