# EXHIBIT "C"



B32711
11 7 25

FEB 2 6 2004

# Motorized Warranty Registration Form

**IMPORTANT: The customer is required to read this document before signing it.**

In the interest of customer satisfaction, Monaco Coach Corporation requires that its dealers perform a pre-delivery inspection and a demonstration for which the dealers are paid a fee. We have listed several items which will help acquaint you with your new recreational vehicle. You, the purchaser, should not sign this form until (1) you have received and reviewed the Limited Warranty and owner's manual; (2) you have had the opportunity to inspect and operate the vehicle; (3) all items below have been demonstrated and/or explained to you; (4) the dealer has answered any questions you may have, and; (5) you find the vehicle in good condition. The dealer is not authorized to deliver this vehicle until this has been done and both you and the dealer have signed this form.

This is your Limited Warranty registration card, which must be received by Monaco Coach Corporation within fifteen (15) days from the retail delivery date to validate your warranty.

## Warranty Registration
Return of this information is required in order to comply with Federal Law.

| Serial Number | Order No. | Vehicle Identification Number | Model | |
|---|---|---|---|---|
| 1RFC2564541029131 | | 8240884018O0870 | | MPV / MHA (MH / AC) |

| Purchaser's Name | Permanent Address |
|---|---|
| Douglas & Rita Holloway | 2121 Pleasant Valley Road |

| City | State | Zip | Phone | Retail Delivery Date | Mileage |
|---|---|---|---|---|---|
| Newark | DE | 19702 | 302/738-0864 | 2/15/04 | 3423 |

### Owner / Dealer Inspection

1. Exterior and interior finish.
2. Observe the dealer conduct monometer test for gas leaks.
3. Operate all appliances (electric and gas)
   a. Furnace and thermostat (lighting and maintenance)
   b. Range and oven (lighting and maintenance)
   c. Water heater (lighting and maintenance)
   d. Refrigerator (operation and maintenance)
4. Review operation of manual or automatic L.P. gas regulator.
5. Operate plumbing facilities including water faucets, shower and toilet.
6. Operate all doors and windows including locks.
7. Observe or check to ssure that all wheel lugs are tight and tire pressure is correct.
8. Operate 110 volt generator (if so equipped).
9. Operate all air conditioners, radio, stereo, and television (if so equipped).
10. Complete review of owner's manual by dealer with owner.
11. Test drive.
12. Odometer reading as observed by customer is: 3423

FEB 2 3 2004

I have completed the above inspection on this recreational vehicle and have taken the test drive at the time of purchase. I noted: _____

I received and read a copy of the Monaco Coach Corporation Limited Warranty before I purchased this recreational vehicle and I understand that it is to be used only for family camping and travel on improved roads. I also understand that the selling dealer is not an agent for Monaco Coach Corporation but is an independent company with no authority to make any representation or promise for Monaco Coach Corporation.

I acknowledge that the chassis, component parts and appliances that are separately covered by another manufacturer's warranty are excluded from the Monaco Coach Corporation Limited Warranty.

| Purchaser's Signature | Date |
|---|---|
| [signature] | 2-11-04 |

The Purchaser has: inspected, or been given the opportunity to inspect the vehicle; taken the test drive; supplied the information about his/her name and address; been given the opportunity to make notations in the space provided; observed, or received satisfactory explanations about, all items listed above.

| Salesperson | Soc. Sec. #/Employee # | Selling Dealer | Date |
|---|---|---|---|
| K. Hanson | 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 | 555 | 2/15/04 |

Dealer is to assure that this form is properly completed and returned to Monaco Coach Corporation within fifteen (15) days after delivery.

Return this page to: Monaco Coach Corporation, Customer Service, 91320 Coburg Industrial Way, Coburg, Oregon 97408