Form **1040**  Department of the Treasury — Internal Revenue Service
**U.S. Individual Income Tax Return 2004**  (99)  IRS Use Only — Do not write or staple in this space.

For the year Jan 1 - Dec 31, 2004, or other tax year beginning , 2004, ending , 20

OMB No. 1545-0074

**Label** (See instructions.)

Your first name: DOUGLAS R  Last name: HOLLOWAY JR

Spouse's first name: RITA  Last name: HOLLOWAY

Home address: 2131 PLEASANT VALLEY ROAD

City: NEWARK, DE 19702

**Important!** You **must** enter your social security number(s) above.

**Presidential Election Campaign**: Note: Checking 'Yes' will not change your tax or reduce your refund. Do you, or your spouse if filing a joint return, want $3 to go to this fund?  You: [ ] Yes [X] No  Spouse: [ ] Yes [X] No

**Filing Status** (Check only one box.)
1. [ ] Single
2. [X] Married filing jointly (even if only one had income)
3. [ ] Married filing separately. Enter spouse's SSN above & full name here
4. [ ] Head of household (with qualifying person). If the qualifying person is a child but not your dependent, enter this child's name here
5. [ ] Qualifying widow(er) with dependent child (see instructions)

**Exemptions**
- 6a [X] Yourself. If someone can claim you as a dependent, **do not** check box 6a.
- 6b [X] Spouse
- Boxes checked on 6a and 6b: 2
- c Dependents: (none listed)
- d Total number of exemptions claimed: 2

**Income**
| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 38,394. |
| 8a | Taxable interest. Attach Schedule B if required | 2. |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | 677. |
| 9b | Qualfd divs (see instrs) | 677. |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 331. |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | -2,826. |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here | 2,807. |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions | |
| 15b | Taxable amount | |
| 16a | Pensions and annuities | |
| 16b | Taxable amount | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 99,044. |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits: 2,183. | |
| 20b | Taxable amount | 1,856. |
| 21 | Other income | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** | 140,285. |

**Adjusted Gross Income**
| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | IRA deduction | |
| 26 | Student loan interest deduction | |
| 27 | Tuition and fees deduction | |
| 28 | Health savings account deduction. Attach Form 8889 | |
| 29 | Moving expenses. Attach Form 3903 | |
| 30 | One-half of self-employment tax. Attach Schedule SE | |
| 31 | Self-employed health insurance deduction | 8,394. |
| 32 | Self-employed SEP, SIMPLE, and qualified plans | |
| 33 | Penalty on early withdrawal of savings | |
| 34a | Alimony paid  b Recipient's SSN | |
| 35 | Add lines 23 through 34a | 8,394. |
| 36 | Subtract line 35 from line 22. This is your **adjusted gross income** | 131,891. |

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.  FDIA0112L 11/10/04  Form 1040 (2004)

Form **1040** (2004)   DOUGLAS R JR AND RITA HOLLOWAY                                                        Page **2**

### Tax and Credits

| Line | Description | Amount |
|---|---|---|
| 37 | Amount from line 36 (adjusted gross income) | 131,891. |
| 38a | Check if: ☐ You were born before January 2, 1940, ☐ Blind.  ☒ Spouse was born before January 2, 1940, ☐ Blind. Total boxes checked ▶ 38a | 1 |
| 38b | If your spouse itemizes on a separate return, or you were a dual-status alien, see instructions and check here. ▶ 38b | ☐ |
| 39 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 13,159. |
| 40 | Subtract line 39 from line 37 | 118,732. |
| 41 | If line 37 is $107,025 or less, multiply $3,100 by the total number of exemptions claimed on line 6d. If line 37 is over $107,025, see the worksheet in the instructions | 6,200. |
| 42 | Taxable income. Subtract line 41 from line 40. If line 41 is more than line 40, enter -0- | 112,532. |
| 43 | Tax (see instrs). Check if any tax is from: a ☐ Form(s) 8814  b ☐ Form 4972 | 21,260. |
| 44 | Alternative minimum tax (see instructions). Attach Form 6251 | 0. |
| 45 | Add lines 43 and 44 | 21,260. |
| 46 | Foreign tax credit. Attach Form 1116 if required | |
| 47 | Credit for child and dependent care expenses. Attach Form 2441 | |
| 48 | Credit for the elderly or the disabled. Attach Schedule R | |
| 49 | Education credits. Attach Form 8863 | |
| 50 | Retirement savings contributions credit. Attach Form 8880 | |
| 51 | Child tax credit (see instructions) | |
| 52 | Adoption credit. Attach Form 8839 | |
| 53 | Credits from: a ☐ Form 8396  b ☐ Form 8859 | |
| 54 | Other credits. Check applicable box(es): a ☐ Form 3800  b ☐ Form 8801  c ☐ Specify | |
| 55 | Add lines 46 through 54. These are your total credits | |
| 56 | Subtract line 55 from line 45. If line 55 is more than line 45, enter -0- | 21,260. |

**Standard Deduction for —**
- People who checked any box on line 38a or 38b or who can be claimed as a dependent, see instructions.
- All others:

Single or Married filing separately, $4,850

Married filing jointly or Qualifying widow(er), $9,700

Head of household, $7,150

### Other Taxes

| Line | Description | Amount |
|---|---|---|
| 57 | Self-employment tax. Attach Schedule SE | |
| 58 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | |
| 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | |
| 60 | Advance earned income credit payments from Form(s) W-2 | |
| 61 | Household employment taxes. Attach Schedule H | |
| 62 | Add lines 56-61. This is your total tax | 21,260. |

### Payments

If you have a qualifying child, attach Schedule EIC.

| Line | Description | Amount |
|---|---|---|
| 63 | Federal income tax withheld from Forms W-2 and 1099 | 19,014. |
| 64 | 2004 estimated tax payments and amount applied from 2003 return | |
| 65a | Earned income credit (EIC) | |
| 65b | Nontaxable combat pay election ▶ 65b | |
| 66 | Excess social security and tier 1 RRTA tax withheld (see instructions) | |
| 67 | Additional child tax credit. Attach Form 8812 | |
| 68 | Amount paid with request for extension to file (see instructions) | |
| 69 | Other pmts from: a ☐ Form 2439  b ☐ Form 4136  c ☐ Form 8885 | |
| 70 | Add lines 63, 64, 65a, and 66 through 69. These are your total payments | 19,014. |

### Refund

Direct deposit? See instructions and fill in 72b, 72c, and 72d.

| Line | Description | Amount |
|---|---|---|
| 71 | If line 70 is more than line 62, subtract line 62 from line 70. This is the amount you overpaid | |
| 72a | Amount of line 71 you want refunded to you | |
| 72b | Routing number | |
| 72c | Type: ☐ Checking ☐ Savings | |
| 72d | Account number | |
| 73 | Amount of line 71 you want applied to your 2005 estimated tax | |

### Amount You Owe

| Line | Description | Amount |
|---|---|---|
| 74 | Amount you owe. Subtract line 70 from line 62. For details on how to pay, see instructions | 2,250. |
| 75 | Estimated tax penalty (see instructions) | 4. |

### Third Party Designee

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ Yes. Complete the following. ☐ No

Designee's name ▶ PREPARER   Phone no. ▶   Personal identification number (PIN) ▶

### Sign Here

Joint return? See instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature / Date / Your occupation: DOG HANDLER / Daytime phone number

Spouse's signature. If a joint return, both must sign. / Date / Spouse's occupation: HOUSEWIFE

### Paid Preparer's Use Only

| | |
|---|---|
| Preparer's signature | Date |
| Check if self-employed ☐ | Preparer's SSN or PTIN: P00175677 |
| Firm's name (or yours if self-employed), address, and ZIP code: SNYDER & COMPANY, PA, CPA'S  1405 SILVERSIDE ROAD  WILMINGTON, DE 19810 | EIN: 51-0370832  Phone no. (302) 475-1600 |

Form **1040** (2004)

Form 2210 (2004)   DOUGLAS R JR AND RITA HOLLOWAY                                                                Page 2

### Part III   Short Method

You may use the short method if:

- You made no estimated tax payments (or your only payments were withheld federal income tax) **or**
- You paid estimated tax in **equal** amounts on your due dates.

You must use the regular method (Part IV) instead of the short method if:

- You made any estimated tax payments late,
- You checked box **C** or **D** in Part II, **or**
- You are filing Form 1040NR or 1040NR-EZ and you did not receive wages as an employee subject to U.S. income tax withholding.

**Note:** *If any payment was made earlier than the due date, you may use the short method, but using it may cause you to pay a larger penalty than the regular method. If the payment was only a few days early, the difference is likely to be small.*

| | | | |
|---|---|---:|---:|
| 10 | Enter the amount from line 9, Form 2210 | 10 | 19,134. |
| 11 | Enter the amount, if any, from line 6, Form 2210 .......... 11   19,014. | | |
| 12 | Enter the total amount, if any, of estimated tax payments you made ........ 12 | | |
| 13 | Add lines 11 and 12 | 13 | 19,014. |
| 14 | **Total underpayment for year.** Subtract line 13 from line 10. If zero or less, stop here; you do not owe the penalty. **Do not file Form 2210 unless you checked box E on page 1** | 14 | 120. |
| 15 | Multiply line 14 by .03184 | 15 | 4. |
| 16 | • If the amount on line 14 was paid **on or after** 4/15/05, enter -0-. <br> • If the amount on line 14 was paid **before** 4/15/05, make the following computation to find the amount to enter on line 16. <br>   Amount on line 14   x   Number of days paid before 4/15/05   x   .00014 | 16 | 0. |
| 17 | **Penalty.** Subtract line 16 from line 15. Enter the result here and on Form 1040, line 75; Form 1040A, line 48; Form 1040NR, line 73; Form 1040NR-EZ, line 26; or Form 1041, line 26, **but do not file Form 2210 unless you checked a box in Part II on page 1** ▶ | 17 | 4. |

Form **2210** (2004)

| SCHEDULE A<br>(Form 1040)<br>Department of the Treasury<br>Internal Revenue Service (99) | Itemized Deductions<br>► Attach to Form 1040.<br>► See Instructions for Schedule A (Form 1040). | OMB No. 1545-0074<br>**2004**<br>07 |
|---|---|---|

Name(s) shown on Form 1040: DOUGLAS R JR AND RITA HOLLOWAY

Your social security number: [redacted]

| | | | | | |
|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution. Do not include expenses reimbursed or paid by others. | | | |
| | 1 | Medical and dental expenses (see instructions).......... STATEMENT 2 | 1 | 200. | |
| | 2 | Enter amount from Form 1040, line 37...... | 2 | 131,891. | |
| | 3 | Multiply line 2 by 7.5% (.075)............................ | 3 | 9,892. | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0-............. | | 4 | 0. |
| **Taxes You Paid**<br>(See instructions.) | 5 | State and local (check only one box):<br>a [X] Income taxes, or<br>b [ ] General sales taxes (see instructions) | 5 | 11,000. | |
| | 6 | Real estate taxes (see instructions)....................... | 6 | | |
| | 7 | Personal property taxes................................... | 7 | | |
| | 8 | Other taxes. List type and amount ► _____ | 8 | | |
| | 9 | Add lines 5 through 8..................................... | | 9 | 11,000. |
| **Interest You Paid**<br>(See instructions.)<br>**Note.**<br>Personal interest is not deductible. | 10 | Home mtg interest and points reported to you on Form 1098............... | 10 | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying number, and address ►<br>SEE STATEMENT 3 | 11 | 2,045. | |
| | 12 | Points not reported to you on Form 1098. See instrs for spcl rules........... | 12 | | |
| | 13 | Investment interest. Attach Form 4952 if required. (See instrs.)............. | 13 | | |
| | 14 | Add lines 10 through 13................................... | | 14 | 2,045. |
| **Gifts to Charity**<br>If you made a gift and got a benefit for it, see instructions. | 15 | Gifts by cash or check. If you made any gift of $250 or more, see instructions............ SEE STATEMENT 4 | 15 | 114. | |
| | 16 | Other than by cash or check. If any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500............. | 16 | | |
| | 17 | Carryover from prior year................................. | 17 | | |
| | 18 | Add lines 15 through 17................................... | | 18 | 114. |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See instructions.)............. | | 19 | 0. |
| **Job Expenses and Most Other Miscellaneous Deductions**<br>(See instructions.) | 20 | Unreimbursed employee expenses — job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ► _____ | 20 | | |
| | 21 | Tax preparation fees..................................... | 21 | | |
| | 22 | Other expenses — investment, safe deposit box, etc. List type and amount ► _____ | 22 | | |
| | 23 | Add lines 20 through 22................................... | 23 | | |
| | 24 | Enter amount from Form 1040, line 37...... | 24 | | |
| | 25 | Multiply line 24 by 2% (.02)................................ | 25 | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0-........ | | 26 | 0. |
| **Other Miscellaneous Deductions** | 27 | Other — from list in the instructions. List type and amount ► _____ | | 27 | 0. |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 37, over $142,700 (over $71,350 if MFS)?<br>[X] **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 39.<br>[ ] **Yes.** Your deduction may be limited. See instructions for the amount to enter. | | 28 | 13,159. |

BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.    FDIA0301L 11/02/04    Schedule A (Form 1040) 2004

| SCHEDULE C (Form 1040) | Profit or Loss From Business (Sole Proprietorship) | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.<br>▶ Attach to Form 1040 or 1041.    ▶ See Instructions for Schedule C (Form 1040). | **2004**<br>09 |

Name of proprietor: **DOUGLAS R HOLLOWAY JR**

Social security number (SSN): [redacted]

**A** Principal business or profession, including product or service (see instructions): RENTAL OF PERSONAL PROPERTY

**B** Enter code from instructions: ▶ 532100

**C** Business name. If no separate business name, leave blank.

**D** Employer ID number (EIN), if any

**E** Business address (including suite or room no.) ▶ _____
City, town or post office, state, and ZIP code _____

**F** Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ▶ _____

**G** Did you 'materially participate' in the operation of this business during 2004? If 'No,' see instructions for limit on losses .... [X] Yes [ ] No

**H** If you started or acquired this business during 2004, check here ................................. ▶ [ ]

### Part I — Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. Caution. If this income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, see the instructions and check here ▶ [ ] | 1 | 18,000. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 18,000. |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 18,000. |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund | 6 | |
| 7 | Gross income. Add lines 5 and 6 ▶ | 7 | 18,000. |

### Part II — Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 19 Pension and profit-sharing plans | 19 | |
| 9 | Car and truck expenses (see instructions) | 9 | | 20 Rent or lease (see instructions): | | |
| 10 | Commissions and fees | 10 | | a Vehicles, machinery, and equipment | 20a | |
| 11 | Contract labor (see instructions) | 11 | | b Other business property | 20b | |
| 12 | Depletion | 12 | | 21 Repairs and maintenance | 21 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | 14,722. | 22 Supplies (not included in Part III) | 22 | |
| | | | | 23 Taxes and licenses | 23 | |
| | | | | 24 Travel, meals, and entertainment: | | |
| | | | | a Travel | 24a | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | b Meals and entertainment | | |
| 15 | Insurance (other than health) | 15 | | c Enter nondeductible amount included on line 24b (see instrs) | | |
| 16 | Interest: | | | | | |
| | a Mortgage (paid to banks, etc.) | 16a | | d Subtract line 24c from line 24b | 24d | |
| | b Other | 16b | 6,104. | 25 Utilities | 25 | |
| 17 | Legal & professional services | 17 | | 26 Wages (less employment credits) | 26 | |
| 18 | Office expense | 18 | | 27 Other expenses (from line 48 on page 2) ▶ | 27 | |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 in columns ▶ | | | | 28 | 20,826. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | | | | 29 | -2,826. |
| 30 | Expenses for business use of your home. Attach Form 8829 | | | | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. | | | | 31 | -2,826. |

- If a profit, enter on **Form 1040, line 12**, and also on **Schedule SE, line 2** (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.
- If a loss, you **must** go to line 32.

**32** If you have a loss, check the box that describes your investment in this activity (see instructions).

- If you checked 32a, enter the loss on **Form 1040, line 12**, and **also on Schedule SE, line 2** (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.

32 a [X] All investment is at risk.

- If you checked 32b, you **must** attach **Form 6198**.

32 b [ ] Some investment is not at risk.

BAA   For Paperwork Reduction Act Notice, see Form 1040 instructions.   Schedule **C** (Form 1040) 2004

FDIZ0112L  05/06/04

| SCHEDULE D | | Capital Gains and Losses | | OMB No. 1545-0074 |
|---|---|---|---|---|
| (Form 1040) | | ► Attach to Form 1040.  ► See Instructions for Schedule D (Form 1040). | | **2004** |
| Department of the Treasury Internal Revenue Service (99) | | ► Use Schedule D-1 to list additional transactions for lines 1 and 8. | | 12 |

Name(s) shown on Form 1040: DOUGLAS R JR AND RITA HOLLOWAY

Your social security number: [redacted]

### Part I — Short-Term Capital Gains and Losses — Assets Held One Year or Less

| | (a) Description of property (Example: 100 shares XYZ Co) | (b) Date acquired (Mo, day, yr) | (c) Date sold (Mo, day, yr) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss) Subtract (e) from (d) |
|---|---|---|---|---|---|---|
| 1 | | | | | | |

| | | | |
|---|---|---|---|
| 2 | Enter your short-term totals, if any, from Schedule D-1, line 2... | 2 | |
| 3 | **Total short-term sales price amounts.** Add lines 1 and 2 in column (d)................................................. | 3 | |
| 4 | Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824............. | 4 | |
| 5 | Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1.... | 5 | |
| 6 | Short-term capital loss carryover. Enter the amount, if any, from line 8 of your **Capital Loss Carryover Worksheet** in the instructions................................................. | 6 | |
| 7 | **Net short-term capital gain or (loss).** Combine lines 1 through 6 in column (f)............................... | 7 | |

### Part II — Long-Term Capital Gains and Losses — Assets Held More Than One Year

| | (a) Description of property (Example: 100 shares XYZ Co) | (b) Date acquired (Mo, day, yr) | (c) Date sold (Mo, day, yr) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss) Subtract (e) from (d) |
|---|---|---|---|---|---|---|
| 8 | | | | | | |

| | | | |
|---|---|---|---|
| 9 | Enter your long-term totals, if any, from Schedule D-1, line 9.... | 9 | |
| 10 | **Total long-term sales price amounts.** Add lines 8 and 9 in column (d)................................................. | 10 | |
| 11 | Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824................................................. | 11 | 2,807. |
| 12 | Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1...... | 12 | |
| 13 | Capital gain distributions. See instrs................................................. | 13 | |
| 14 | Long-term capital loss carryover. Enter the amount, if any, from line 13 of your **Capital Loss Carryover Worksheet** in the instructions................................................. | 14 | |
| 15 | **Net long-term capital gain or (loss).** Combine lines 8 through 14 in column (f). Then go to Part III on page 2.................................................. | 15 | 2,807. |

BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.    Schedule **D** (Form 1040) 2004

FDIA0612L 11/02/04

Schedule **D** (Form 1040) 2004    DOUGLAS R JR AND RITA HOLLOWAY    Page **2**

**Part III** Summary

16  Combine lines 7 and 15 and enter the result. If line 16 is a loss, skip lines 17 through 20, and go to line 21. If a gain, enter the gain on Form 1040, line 13, and then go to line 17 below ............................ **16**  2,807.

17  Are lines 15 and 16 **both** gains?

  [X] **Yes.** Go to line 18.

  [ ] **No.** Skip lines 18 through 21, and go to line 22.

18  Enter the amount, if any, from line 7 of the **28% Rate Gain Worksheet** in the instructions ................. ▶ **18**  0.

19  Enter the amount, if any, from line 18 of the **Unrecaptured Section 1250 Gain Worksheet** in the instructions ................................................................................ ▶ **19**

20  Are lines 18 and 19 **both** zero or blank?

  [X] **Yes.** Complete Form 1040 through line 42, and then complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions for Form 1040. **Do not** complete lines 21 and 22 below.

  [ ] **No.** Complete Form 1040 through line 42, and then complete the **Schedule D Tax Worksheet** in the instructions. **Do not** complete lines 21 and 22 below.

21  If line 16 is a loss, enter here and on Form 1040, line 13, the **smaller** of:

  • The loss on line 16 or
  • ($3,000), or if married filing separately, ($1,500)

  ................................................... **21**

  **Note.** When figuring which amount is smaller, treat both amounts as positive numbers.

22  Do you have qualified dividends on Form 1040, line 9b?

  [ ] **Yes.** Complete Form 1040 through line 42, and then complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the Instructions for Form 1040.

  [ ] **No.** Complete the rest of Form 1040.

Schedule **D** (Form 1040) 2004

FDIA0612L  11/02/04

| SCHEDULE E (Form 1040) | Supplemental Income and Loss | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | (From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc) ► Attach to Form 1040 or Form 1041. ► See Instructions for Schedule E (Form 1040). | **2004** 13 |

Name(s) shown on return: DOUGLAS R JR AND RITA HOLLOWAY

Your social security number: ███████

### Part I — Income or Loss From Rental Real Estate and Royalties

Note. If you are in the business of renting personal property, use Schedule C or C-EZ (see instructions). Report farm rental income or loss from Form 4835 on page 2, line 40.

**1** List the type and location of each rental real estate property:
- A: KENNELS, 2132 PLEASANT VALLEY RD, NEWARK, DE
- B:
- C:

**2** For each rental real estate property listed on line 1, did you or your family use it during the tax year for personal purposes for more than the greater of:
- 14 days, or
- 10% of the total days rented at fair rental value?
(See instructions.)

| | Yes | No |
|---|---|---|
| A | | X |
| B | | |
| C | | |

| | | | Properties A | Properties B | Properties C | | Totals (Add columns A, B, and C.) |
|---|---|---|---|---|---|---|---|
| **Income:** | | | | | | | |
| 3 | Rents received | 3 | 50,668. | | | 3 | 50,668. |
| 4 | Royalties received | 4 | | | | 4 | |
| **Expenses:** | | | | | | | |
| 5 | Advertising | 5 | | | | | |
| 6 | Auto and travel (see instructions) | 6 | | | | | |
| 7 | Cleaning and maintenance | 7 | | | | | |
| 8 | Commissions | 8 | | | | | |
| 9 | Insurance | 9 | | | | | |
| 10 | Legal and other professional fees | 10 | | | | | |
| 11 | Management fees | 11 | | | | | |
| 12 | Mortgage interest paid to banks, etc (see instructions) | 12 | 9,717. | | | 12 | 9,717. |
| 13 | Other interest | 13 | | | | | |
| 14 | Repairs | 14 | | | | | |
| 15 | Supplies | 15 | | | | | |
| 16 | Taxes | 16 | 2,668. | | | | |
| 17 | Utilities | 17 | | | | | |
| 18 | Other (list) ► | 18 | | | | | |
| 19 | Add lines 5 through 18 | 19 | 12,385. | | | 19 | 12,385. |
| 20 | Depreciation expense or depletion (see instructions) | 20 | 2,709. | | | 20 | 2,709. |
| 21 | Total expenses. Add lines 19 and 20 | 21 | 15,094. | | | | |
| 22 | Income or (loss) from rental real estate or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see instructions to find out if you must file Form 6198 | 22 | 35,574. | | | | |
| 23 | Deductible rental real estate loss. Caution. Your rental real estate loss on line 22 may be limited. See instructions to find out if you must file Form 8582. Real estate professionals must complete line 43 on page 2 | 23 | | | | | |
| 24 | Income. Add positive amounts shown on line 22. Do not include any losses | | | | | 24 | 35,574. |
| 25 | Losses. Add royalty losses from line 22 and rental real estate losses from line 23. Enter total losses here | | | | | 25 | |
| 26 | Total rental real estate and royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Form 1040, line 17. Otherwise, include this amount in the total on line 41 on page 2 | | | | | 26 | 35,574. |

BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.   Schedule E (Form 1040) 2004

FDIZ2301L  05/12/04

Schedule **E** (Form 1040) 2004      **13**      Page **2**

Name(s) shown on return. Do not enter name and social security number if shown on Page 1.
DOUGLAS R JR AND RITA HOLLOWAY

Your social security number

**Caution:** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

## Part II — Income or Loss From Partnerships and S Corporations

**Note.** If you report a loss from an at-risk activity for which **any** amount is **not** at risk, you **must** check column **(e)** on line 28 and attach **Form 6198.** See instructions.

27. Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses?.....  ☐ Yes  ☒ No
    If you answered 'Yes,' see instructions before completing this section.

| 28 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if any amount is not at risk |
|---|---|---|---|---|---|
| A | RAINBOW KENNELS, INC. | S | | 51-0390324 | |
| B | | | | | |
| C | | | | | |
| D | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (f) Passive loss allowed (attach **Form 8582** if required) | (g) Passive income from **Schedule K-1** | (h) Nonpassive loss from **Schedule K-1** | (i) Section 179 expense deduction from **Form 4562** | (j) Nonpassive income from **Schedule K-1** |
| A | | | | 5,980. | 69,450. |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| 29a Totals | | | | | 69,450. |
| b Totals | | | | 5,980. | |

30. Add columns (g) and (j) of line 29a ........................................................ **30**   69,450.
31. Add columns (f), (h), and (i) of line 29b ..................................................... **31**   -5,980.
32. **Total partnership and S corporation income or (loss).** Combine lines 30 and 31. Enter the result here and include in the total on line 41 below .............................. **32**   63,470.

## Part III — Income or Loss From Estates and Trusts

| 33 | (a) Name | (b) Employer ID no. |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach **Form 8582** if required) | (d) Passive income from **Schedule K-1** | (e) Deduction or loss from **Schedule K-1** | (f) Other income from **Schedule K-1** |
| A | | | | |
| B | | | | |
| 34a Totals | | | | |
| b Totals | | | | |

35. Add columns (d) and (f) of line 34a ......................................................... **35**
36. Add columns (c) and (e) of line 34b ........................................................ **36**
37. **Total estate and trust income or (loss).** Combine lines 35 and 36. Enter the result here and include in the total on line 41 below ........................................... **37**

## Part IV — Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) — Residual Holder

| 38 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

39. Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below ............... **39**

## Part V — Summary

40. Net farm rental income or (loss) from **Form 4835.** Also, complete line 42 below ............................. **40**
41. **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Form 1040, line 17 ................................................................. ▶ **41**   99,044.
42. **Reconciliation of farming and fishing income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120S), box 17, code N; and Schedule K-1 (Form 1041), line 14 (see instructions) ........................................ **42**
43. **Reconciliation for real estate professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040 from all rental real estate activities in which you materially participated under the passive activity loss rules ................... **43**

BAA      FDIZ2302L 05/12/04      Schedule **E** (Form 1040) 2004