| Form **4797** | **Sales of Business Property** | OMB No. 1545-0184 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | (Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2))<br>► Attach to your tax return.    ► See separate instructions. | **2004**<br>27 |

| Name(s) shown on return | Identifying number |
|---|---|
| DOUGLAS R JR AND RITA HOLLOWAY | |

1 Enter the gross proceeds from sales or exchanges reported to you for 2004 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20 (see instructions)........................ | **1** | |

**Part I**  Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft — Most Property Held More Than 1 Year (see instructions)

2

| (a) Description of property | (b) Date acquired (month, day, year) | (c) Date sold (month, day, year) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| FROM K-1 | | | | | | 2,807. |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | |
|---|---|---|
| 3 Gain, if any, from Form 4684, line 39........................................................ | **3** | |
| 4 Section 1231 gain from installment sales from Form 6252, line 26 or 37........................... | **4** | |
| 5 Section 1231 gain or (loss) from like-kind exchanges from Form 8824........................... | **5** | |
| 6 Gain, if any, from line 32, from other than casualty or theft.................................... | **6** | |
| 7 Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows......... | **7** | 2,807. |

**Partnerships (except electing large partnerships) and S corporations.** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below.

**All others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on Schedule D and skip lines 8, 9, 11, and 12 below.

| | | |
|---|---|---|
| 8 Nonrecaptured net section 1231 losses from prior years (see instructions).......................... | **8** | |
| 9 Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on Schedule D (see instructions)........................................ | **9** | |

**Part II**  Ordinary Gains and Losses

10 Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less):

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | |
|---|---|---|
| 11 Loss, if any, from line 7............................................................... | **11** | |
| 12 Gain, if any, from line 7 or amount from line 8, if applicable..................................... | **12** | |
| 13 Gain, if any, from line 31.............................................................. | **13** | |
| 14 Net gain or (loss) from Form 4684, lines 31 and 38a........................................ | **14** | |
| 15 Ordinary gain from installment sales from Form 6252, line 25 or 36............................. | **15** | |
| 16 Ordinary gain or (loss) from like-kind exchanges from Form 8824............................... | **16** | |
| 17 Combine lines 10 through 16........................................................... | **17** | |

18 For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below:

a If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the part of the loss from income-producing property on Schedule A (Form 1040), line 27, and the part of the loss from property used as an employee on Schedule A (Form 1040), line 22. Identify as from 'Form 4797, line 18a.' See instructions........................................................ | **18a** | |

b Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Form 1040, line 14............................................................................ | **18b** | |

BAA  For Paperwork Reduction Act Notice, see instructions.                                                                                  Form **4797** (2004)

FDIZ1001L  10/12/04

| Form **4562** | Depreciation and Amortization | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | (Including Information on Listed Property)<br>► See separate instructions.<br>► Attach to your tax return. | **2004**<br>67 |

Name(s) shown on return: DOUGLAS R JR AND RITA HOLLOWAY

Identifying number: [redacted]

Business or activity to which this form relates: PART I - SUMMARY

### Part I   Election To Expense Certain Property Under Section 179
Note: *If you have any listed property, complete Part V before you complete Part I.*

| | | |
|---|---|---|
| 1 | Maximum amount. See instructions for a higher limit for certain businesses. | **1** $102,000. |
| 2 | Total cost of section 179 property placed in service (see instructions). | **2** 5,980. |
| 3 | Threshold cost of section 179 property before reduction in limitation. | **3** $410,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0-. | **4** 0. |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions. | **5** 102,000. |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | FROM SCHEDULE K-1 | | 5,980. |

| | | |
|---|---|---|
| 7 | Listed property. Enter the amount from line 29. **7** | 0. |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7. | **8** 5,980. |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8. | **9** 5,980. |
| 10 | Carryover of disallowed deduction from line 13 of your 2003 Form 4562. | **10** 0. |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instrs). | **11** 102,000. |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11. | **12** 5,980. |
| 13 | Carryover of disallowed deduction to 2005. Add lines 9 and 10, less line 12. ► **13** | 0. |

Note: *Do not use Part II or Part III below for listed property. Instead, use Part V.*

### Part II   Special Depreciation Allowance and Other Depreciation (Do not include listed property.)

| | | |
|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions). | **14** |
| 15 | Property subject to section 168(f)(1) election (see instructions). | **15** |
| 16 | Other depreciation (including ACRS) (see instructions). | **16** |

### Part III   MACRS Depreciation (Do not include listed property.) (See instructions)

**Section A**

| | | |
|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2004. | **17** |
| 18 | If you are electing under section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check here. ► ☐ | |

**Section B — Assets Placed in Service During 2004 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs | | S/L | |
| h Residential rental property | | | 27.5 yrs | MM | S/L | |
| | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real property | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

**Section C — Assets Placed in Service During 2004 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs | | S/L | |
| c 40-year | | | 40 yrs | MM | S/L | |

### Part IV   Summary (see instructions)

| | | |
|---|---|---|
| 21 | Listed property. Enter amount from line 28. | **21** |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions. | **22** |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs. **23** | |

BAA  For Paperwork Reduction Act Notice, see separate instructions.   FDIZ0812L 09/30/04   Form **4562** (2004)

| 2004 | FEDERAL STATEMENTS | PAGE 1 |
|---|---|---|
| | DOUGLAS R JR AND RITA HOLLOWAY | |

**STATEMENT 1**
**FORM 1040**
**WAGE SCHEDULE**

| TAXPAYER - EMPLOYER | WAGES | FEDERAL W/H | FICA | MEDI-CARE | STATE W/H | LOCAL W/H |
|---|---|---|---|---|---|---|
| RAINBOW KENNELS, INC. | 38,394. | 19,000. | 1,860. | 435. | 6,000. | |
| GRAND TOTAL | 38,394. | 19,000. | 1,860. | 435. | 6,000. | 0. |

**STATEMENT 2**
**SCHEDULE A, LINE 1**
**MEDICAL AND DENTAL EXPENSES**

| | | |
|---|---|---|
| INSURANCE PREMIUMS | $ | 200. |
| TOTAL | $ | 200. |

**STATEMENT 3**
**SCHEDULE A, LINE 11**
**HOME MORTGAGE INTEREST NOT REPORTED ON FORM 1098**

| | | |
|---|---|---|
| GANIS CREDIT CORPORATION | $ | 524. |
| 95-3737685 | | |
| P.O. BOX 57091 | | |
| IRVINE, CA 92619 | | |
| BANK OF AMERICA | | 1,521. |
| P.O. BOX 45224 | | |
| JACKSONVILLE, FL 32232-5224 | | |
| TOTAL | $ | 2,045. |

**STATEMENT 4**
**SCHEDULE A, LINE 15**
**CONTRIBUTIONS BY CASH OR CHECK**

| | | |
|---|---|---|
| CHARITABLE CONTRIBUTIONS FROM K-1 | $ | 57. |
| PARTNER IN HOPE | | 57. |
| TOTAL | $ | 114. |

**DELAWARE FORM 1027**

**TAX YEAR 2004**

DO NOT WRITE IN THIS BOX

(Rev Code 001)

## APPLICATION FOR AUTOMATIC EXTENSION OF TIME TO FILE A DELAWARE INDIVIDUAL INCOME TAX RETURN

NOTE: PREPARE THIS FORM IN DUPLICATE. FILE THE ORIGINAL WITH THE DIVISION OF REVENUE, STATE OF DELAWARE ON OR BEFORE THE DUE DATE AND PAY THE AMOUNT SHOWN ON LINE 6 BELOW. ATTACH THE DUPLICATE TO YOUR DELAWARE PERSONAL INCOME TAX RETURN.

PLEASE PRINT OR TYPE

NAME (IF JOINT RETURN, GIVE FIRST NAMES AND INITIALS OF BOTH): DOUGLAS R AND RITA
LAST NAME: HOLLOWAY
YOUR SOCIAL SECURITY NO.: [redacted]
PRESENT HOME ADDRESS: 2131 PLEASANT VALLEY ROAD
SPOUSE'S SSN: [redacted]
CITY, TOWN OR POST OFFICE: NEWARK
STATE: DE
ZIP CODE: 19702

AN AUTOMATIC EXTENSION OF TIME UNTIL AUGUST 15, 2005 IS HEREBY REQUESTED IN WHICH TO FILE DELAWARE PERSONAL INCOME TAX RETURN FOR THE CALENDAR YEAR 20 04 (OR IF A FISCAL YEAR RETURN UNTIL _____ , FOR THE TAXABLE YEAR BEGINNING _____ , 20 __ ).

1. TOTAL INCOME TAX LIABILITY YOU EXPECT TO OWE FOR 20 04 ........................ 6,330.
2. DELAWARE INCOME TAX WITHHELD .................................... 6,000.
3. TAX YEAR 20 04 ESTIMATED TAX PAYMENTS (INCLUDE PRIOR YEARS OVERPAYMENT ALLOWED AS CREDIT) ..................................
4. OTHER PAYMENTS AND CREDITS ........................................ 330.
5. TOTAL (ADD LINES 2, 3, AND 4) ........................................ 6,330.
6. BALANCE DUE (SUBTRACT LINE 5 FROM LINE 1). PAY IN FULL WITH THIS APPLICATION .... BALANCE DUE ▶

**SIGNATURE AND VERIFICATION**

IF PREPARED BY TAXPAYER: UNDER PENALTY OF PERJURY, I DECLARE THAT TO THE BEST OF MY KNOWLEDGE AND BELIEF, THE STATEMENTS MADE HEREIN ARE TRUE AND CORRECT.

YOUR SIGNATURE | DATE | DAYTIME PHONE NO.

SPOUSE'S SIGNATURE (IF FILING JOINTLY, BOTH MUST SIGN EVEN IF ONLY ONE HAD INCOME) | DATE | DAYTIME PHONE NO.

IF PREPARED BY SOMEONE OTHER THAN TAXPAYER: UNDER PENALTIES OF PERJURY, I DECLARE THAT TO THE BEST OF MY KNOWLEDGE AND BELIEF, THE STATEMENTS MADE HEREIN ARE TRUE AND CORRECT, THAT I AM AUTHORIZED BY THE TAXPAYER TO PREPARE THIS APPLICATION, AND THAT I AM:

- [ ] A MEMBER IN GOOD STANDING OF THE BAR OF THE HIGHEST COURT OF (SPECIFY JURISDICTION) .....
- [X] A CERTIFIED PUBLIC ACCOUNTANT DULY QUALIFIED TO PRACTICE IN (SPECIFY JURISDICTION) ....... DELAWARE
- [ ] A PERSON ENROLLED TO PRACTICE BEFORE THE INTERNAL REVENUE SERVICE
- [ ] A DULY AUTHORIZED AGENT HOLDING A POWER OF ATTORNEY WITH RESPECT TO FILING AN EXTENSION OF TIME. (THE POWER OF ATTORNEY NEED NOT BE SUBMITTED UNLESS REQUESTED)
- [ ] A PERSON STANDING IN CLOSE PERSONAL OR BUSINESS RELATIONSHIP TO THE TAXPAYER, WHO IS UNABLE TO SIGN THIS APPLICATION BECAUSE OF ILLNESS, ABSENCE, OR OTHER GOOD CAUSE. MY RELATIONSHIP TO THE TAXPAYER AND THE REASON WHY THE TAXPAYER IS UNABLE TO SIGN THIS APPLICATION ARE:

YOUR SIGNATURE | DATE | DAYTIME PHONE NO. (302) 475-1600

DEIA0101L 12/28/04          See Instructions          (1030) REVISED 10/15/2001

# 2004 R DELAWARE INDIVIDUAL RESIDENT INCOME TAX RETURN FORM 200-01

DO NOT WRITE OR STAPLE IN THIS AREA

or Fiscal year beginning _____ and ending _____

Your Social Security No.: [redacted]
Spouse's Social Security No.: [redacted]

(Attach Label Here) **DO NOT COVER SOCIAL SECURITY NUMBERS**

| Your Last Name | First Name and Middle Initial | Jr, Sr, III, etc |
|---|---|---|
| HOLLOWAY | DOUGLAS R | JR |
| Spouse's Last Name | Spouse's First Name | Jr, Sr, III, etc |
| HOLLOWAY | RITA | |

Present Home Address (Number and Street): 2131 PLEASANT VALLEY ROAD  Apt No.: 
City: NEWARK  State: DE  Zip Code: 19702

**FILING STATUS (MUST CHECK ONE)**
1. ☐ Single, Divorced, Widow(er)
2. ☐ Joint
3. ☐ Married and Filing Separate Forms
4. ☒ Married & Filing Combined Separate on this form
5. ☐ Head of Household

Form DE2210 Attached ☐

If you were a part-year resident in 2004, give the dates you resided in Delaware. From _____ 2004 To _____ 2004

Column A is for Spouse information, filing status 4 only. All other filing statuses use Column B.

| Line | Description | | Column A | Column B |
|---|---|---|---|---|
| 1 | DELAWARE ADJUSTED GROSS INCOME. Enter amount from page 2, Line 39 | 1 | 17,787. | 111,578. |
| 2a | If you elect the DELAWARE STANDARD DEDUCTION check here ☒ | | | |
| | Filing Statuses 1, 3 and 5 Enter $3250 in Column B   Filing Status 4 Enter $3250 in Column A and in Column B | | | |
| | Filing Status 2 Enter $6500 in Column B | | | |
| 2b | If you elect the DELAWARE ITEMIZED DEDUCTIONS check here ☐ | | | |
| | Filing Statuses 1, 2, 3 and 5, enter Itemized Deductions from page 2, Line 45 in Column B | | | |
| | Filing status 4 enter Itemized Deductions from page 2, Line 45 in Columns A and B | 2 | 3,250. | 3,250. |
| 3 | ADDITIONAL STANDARD DEDUCTIONS (Not Allowed with Itemized Deductions — see instructions) CHECK BOX(ES)   Column A — if SPOUSE was   Column B — if YOU were   65 or over ☒  Blind ☐   65 or over ☐  Blind ☐ | 3 | 2,500. | |
| 4 | TOTAL DEDUCTIONS — Add Lines 2 and 3 and enter here | 4 | 5,750. | 3,250. |
| 5 | TAXABLE INCOME — Subtract Line 4 from Line 1, and Compute Tax on this Amount | 5 | 12,037. | 108,328. |
| 6 | Tax Liability from Tax Rate Table/Schedule   Column A: 358.   Column B: 5,819. | 6 | | |
| 7 | Tax on Lump Sum Distribution (Form 329) | 7 | | |
| 8 | TOTAL TAX — Add Lines 6 and 7 and enter here | 8 | 358. | 5,819. |
| | PERSONAL CREDITS (See instructions). If you use Filing Status 4, enter the total for each appropriate column. All others enter total in Column B. | | | |
| 9a | Enter number of exemptions claimed on Federal return  2 x $110   On Line 9a, enter number of exemptions for: Column A [1]  Column B [1] | 9a | 110. | 110. |
| 9b | CHECK BOX(ES)   Spouse 60 or over (Column A) ☒   Self 60 or over (Column B) ☐   Enter number of boxes checked on Line 9b  1 x $110 | 9b | 110. | |
| 10 | Tax imposed by State of _____ (Must attach a signed copy of return) | 10 | | |
| 11 | Volunteer Firefighter Company # _____ /Other Non-Refundable Credits (See Instrs) | 11 | | |
| 12 | Child Care Credit. Must attach Form 2441; Schedule 2, 1040A (Enter 50% of Federal credit) | 12 | | |
| 13 | Total Non-Refundable Credits. Add Lines 9a, 9b, 10, 11 and 12 and enter here | 13 | 220. | 110. |
| 14 | BALANCE. Subtract Line 13 from Line 8. If Line 13 is greater than Line 8, enter '0' (Zero) | 14 | 138. | 5,709. |
| 15 | Delaware Tax Withheld (W2s/1099 Required)  6,000. | 15 | | |
| 16 | 2004 Estimated Tax Paid & Payments w/Extensions | 16 | | |
| 17 | S Corporation Payments Form 1100S/A-1 Reqd | 17 | | |
| 18 | TOTAL Refundable Credits. Add Lines 15, 16 and 17 and enter here | 18 | | 6,000. |
| 19 | BALANCE DUE. If Line 14 is greater than Line 18, subtract 18 from 14 and enter here | 19 | 138. | |
| 20 | OVERPAYMENT. If Line 18 is greater than Line 14, subtract 14 from 18 and enter here | 20 | | 291. |

21. CONTRIBUTIONS TO SPECIAL FUNDS
A Non-Game Wildlife  
B U.S. Olympics  
C Emergency Housing  
D Children's Trust  
E Breast Cancer Education  
F Organ Donations  
G Diabetes Education  
H Veteran's Home  
I DE National Guard  
TOTAL ► 21

22. AMOUNT OF LINE 20 TO BE APPLIED TO 2005 ESTIMATED TAX ACCOUNT ENTER ► 22
23. PENALTIES AND INTEREST DUE. If Line 19 is greater than $400, see estimated tax instructions ENTER ► 23
24. NET BALANCE DUE (For Filing Status 4, see instructions) PAY IN FULL ► 24
    For all other filing statuses, enter Line 19 plus Lines 21 and 23
25. NET REFUND (For Filing Status 4, see instructions) ZERO DUE/TO BE REFUNDED ► 25  153.
    For all other filing statuses, subtract Lines 21, 22 and 23 from Line 20

DEIA0212L 11/29/04   (1030)

2004 DELAWARE RESIDENT FORM 200-01, PAGE 2

DOUGLAS R JR AND RITA HOLLOWAY

**COLUMNS:** Column A is reserved for the spouse of those couples choosing filing status 4. (Reconcile your Federal totals to the appropriate individual.) Taxpayers using filing statuses 1, 2, 3, or 5 are to complete Column B only.

## MODIFICATIONS TO FEDERAL ADJUSTED GROSS INCOME

| | | Filing Status 4 ONLY Spouse Information COLUMN A | All other filing statuses You or You plus Spouse COLUMN B |
|---|---|---|---|

### SECTION A — ADDITIONS (+)

| | | | |
|---|---|---|---|
| 26 Enter Federal AGI amount from Federal 1040, Line 36; 1040A, Line 21; or 1040EZ, Line 4 ........ 26 | | 19,982. | 111,909. |
| 27 Interest on State and Local obligations other than Delaware........ 27 | | | |
| 28 Fiduciary adjustment, oil depletion........ 28 | | | |
| 29 TOTAL — Add Lines 27 and 28........ 29 | | | |
| 30 Subtotal. Add Lines 26 and 29 ........ | 19,982.  111,909. | 30 | |

### SECTION B — SUBTRACTIONS (-)

| | | | |
|---|---|---|---|
| 31 Interest received on U.S. Obligations........ 31 | | | |
| 32 Pension/Retirement Exclusions (See instructions)........ 32 | | 339. | |
| 33 Delaware State tax refund, Delaware lottery, fiduciary adjustment, work opportunity tax credit, Travelink Program, Delaware NOL Carry forward ........ 33 | | | 331. |
| 34 Taxable Social Security/RR Retirement Benefits/Higher Education Exclusion/Certain Lump Sum Distributions (See instructions)........ 34 | | 1,856. | |
| 35 SUBTOTAL. Add Lines 31, 32, 33, and 34 and enter here ........ 35 | | 2,195. | 331. |
| 36 Subtotal. Subtract Line 35 from Line 30 .... | 17,787.  111,578. | 36 | |
| 37 Exclusion for certain persons 60 and over or disabled (See instructions) ........ 37 | | | |
| 38 Total — Add Lines 35 and 37........ 38 | | 2,195. | 331. |
| 39 DELAWARE ADJUSTED GROSS INCOME. Subtract Line 38 from Line 30. Enter here and on page 1, Line 1....... 39 | | 17,787. | 111,578. |

### SECTION C — ITEMIZED DEDUCTIONS (MUST ATTACH FEDERAL SCHEDULE A)
If Columns A and B are used and you are unable to specifically allocate deductions between spouses, you must prorate in accordance with income.

| | | | |
|---|---|---|---|
| 40 Enter total Itemized Deductions from Schedule A, Federal Form 1040, Line 28.......... 40 | | | |
| 41 Enter Foreign Taxes Paid (See instructions)........ 41 | | | |
| 42 Enter Charitable Mileage Deduction (See instructions)........ 42 | | | |
| 43 SUBTOTAL. Add Lines 40, 41, and 42 and enter here........ 43 | | | |
| 44a Enter State Income Tax included in Line 40 above (See instructions)........ 44a | | | |
| 44b Enter Form 700 Tax Credit Adjustment (See instructions)........ 44b | | | |
| 45 TOTAL. Subtract Line 44a and 44b from Line 43. Enter here and on page 1, Line 2 (See instructions)........ 45 | | | |

**SECTION D — DIRECT DEPOSIT INFORMATION** If you would like your refund deposited directly to your checking or savings account, complete boxes a, b and c below. See instructions for details.

a Routing Number  
b Type: ☐ Checking  ☐ Savings  
c Account Number

| DATE OF DEATH | |
|---|---|
| SPOUSE | TAXPAYER |
| Month  Day  Year | Month  Day  Year |

## BE SURE TO SIGN YOUR RETURN BELOW AND KEEP A COPY FOR YOUR RECORDS

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and believe it is true, correct and complete.

Your Signature   Date

Spouse's Signature (If filing joint or combined return)   Date

Signature of Paid Preparer   Date

Address — ZIP Code  
SNYDER & COMPANY, PA, CPA'S  
1405 SILVERSIDE ROAD  
WILMINGTON, DE 19810

Home Phone  
302-738-0864

Business Phone

Business Phone  
(302) 475-1600

EIN, SSN OR PTIN  
51-0370832

E-Mail Address

E-Mail Address  
DENNIS@SNYDERCPA.COM

If a 2D barcode (black and white box) appears in the upper right hand corner of page 1 of this form, send the return to one of the following addresses:  
MAKE CHECKS PAYABLE AND MAIL TO:   DELAWARE DIVISION OF REVENUE, P.O. BOX 8753, WILMINGTON, DELAWARE 19899-8753  
MAIL REFUND DUE RETURNS TO:   DELAWARE DIVISION OF REVENUE, P.O. BOX 8710, WILMINGTON, DELAWARE 19899-8710  
MAIL ZERO DUE RETURNS TO:   DELAWARE DIVISION OF REVENUE, P.O. BOX 8711, WILMINGTON, DELAWARE 19899-8711  
If a 2D barcode (black and white box) DOES NOT appear in the upper right hand corner of page 1 of this form, send the return to one of the following addresses:  
MAKE CHECKS PAYABLE AND MAIL TO:   DELAWARE DIVISION OF REVENUE, P.O. BOX 508, WILMINGTON, DELAWARE 19899-0508  
MAIL REFUND DUE RETURNS TO:   DELAWARE DIVISION OF REVENUE, P.O. BOX 8765, WILMINGTON, DELAWARE 19899-8765  
MAIL ZERO DUE RETURNS TO:   DELAWARE DIVISION OF REVENUE, P.O. BOX 8711, WILMINGTON, DELAWARE 19899-8711  

MAKE CHECK PAYABLE TO: DELAWARE DIVISION OF REVENUE  
REMEMBER TO ATTACH APPROPRIATE SUPPORTING SCHEDULES WHEN FILING YOUR RETURN  
AND KEEP A COPY OF THE RETURN FOR YOUR RECORDS

DEIA0212L  11/29/04

(1030) (Rev 11/15/04)

IRS DECLARATION CONTROL NUMBER (DCN)
00 — 510503 — 02218 — 5

**DE-8453**

**DELAWARE INDIVIDUAL INCOME TAX DECLARATION FOR ELECTRONIC FILING**
FOR THE YEAR JANUARY 1 - DECEMBER 31, 2004

**2004**

USE DELAWARE LABEL (OTHERWISE PRINT)    DO NOT MAIL

YOUR SOCIAL SECURITY NUMBER

SPOUSE'S SOCIAL SECURITY NUMBER

FIRST NAME(S) AND INITIAL(S)
DOUGLAS R AND RITA

LAST NAME
HOLLOWAY

HOME ADDRESS (NUMBER AND STREET INCLUDING RURAL ROUTE)
2131 PLEASANT VALLEY ROAD

CITY, TOWN OR POST OFFICE    STATE   ZIP CODE
NEWARK, DE 19702

DAYTIME TELEPHONE NUMBER

STATE OF DELAWARE

### PART 1    TAX RETURN INFORMATION (WHOLE DOLLARS ONLY)

| # | Description | | Amount |
|---|---|---|---|
| 1 | TOTAL DELAWARE ADJUSTED GROSS INCOME (FORM 200-01, LINE 1; FORM 200-02, LINE 37; FORM 200-03 EZ, LINE 3) | 1 | 129,365. |
| 2 | TOTAL DELAWARE TAX (FORM 200-01, LINE 8; FORM 200-02, LINE 42; FORM 200-03 EZ, LINE 8) | 2 | 6,177. |
| 3 | DELAWARE INCOME TAX WITHHELD (FORM 200-01, LINE 15; FORM 200-02, LINE 48; FORM 200-03 EZ, LINE 13) | 3 | 6,000. |
| 4 | NET REFUND (FORM 200-01, LINE 25; FORM 200-02, LINE 58; FORM 200-03 EZ, LINE 22) | 4 | 153. |
| 5 | NET BALANCE DUE (FORM 200-01, LINE 24; FORM 200-02, LINE 57; FORM 200-03 EZ, LINE 21) | 5 | |

### PART 2    DIRECT DEPOSIT OF REFUND (Optional — See Instructions)

6  Routing number............
7  Account number............
8  Type of Account............ ☐ Checking   ☐ Savings

### PART 3    DECLARATION OF TAXPAYER

9  ☐ I consent that my refund be directly deposited as designated in Part 2, and declare that the information shown on lines 6 through 8 is correct. If I have filed a joint return, this is an irrevocable appointment of the other spouse as an agent to receive the refund.
   ☒ I do not want direct deposit of my refund or am not receiving a refund.
   ☐ I authorize the Division of Revenue and its designated financial agent to initiate an electronic funds withdrawal (direct payment) entry to the financial institution account indicated in the tax preparation software for payment of my state taxes owed on this return.

If I have filed a balance due return, I understand that if the Delaware Division of Revenue does not receive full and timely payment of my tax liability, I will remain liable for the tax liability and all applicable interest and penalties. If I have filed a joint Federal and State tax return and there is an error on my state return, I understand my Delaware return will be rejected.

Under penalties of perjury, I declare that the information I have given my ERO and the amounts in Part 1 above agree with the amounts on the corresponding lines of the electronic portion of my 2004 Delaware income tax return. To the best of my knowledge and belief, my return is true, correct, and complete. I consent to my ERO sending my return, this declaration, and accompanying schedules and statements to the Delaware Division of Revenue. I also consent to the Delaware Division of Revenue sending my ERO and/or transmitter an acknowledgment of receipt of transmission and an indication of whether or not my return is accepted, and, if rejected, the Reason(s) for the rejection. If the processing of my return or refund is delayed, I authorize the IRS to disclose to my ERO and/or transmitter the reason(s) for the delay, or when the refund was sent.

SIGN HERE _____
SIGNATURE    DATE    SPOUSE'S SIGNATURE    DATE

### PART 4    DECLARATION OF ELECTRONIC RETURN ORIGINATOR (ERO) AND PAID PREPARER

I DECLARE THAT I HAVE REVIEWED THE ABOVE TAXPAYER'S RETURN AND THAT THE ENTRIES ON THIS FORM ARE COMPLETE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

I HAVE OBTAINED THE TAXPAYER'S SIGNATURE ON FORM DE-8453 BEFORE SUBMITTING THIS RETURN TO THE INTERNAL REVENUE SERVICE (IRS) AND THE DELAWARE DIVISION OF REVENUE (DDOR). I HAVE PROVIDED THE TAXPAYER WITH A COPY OF ALL FORMS AND INFORMATION TO BE FILED WITH THE IRS AND DDOR, AND HAVE FOLLOWED ALL OTHER REQUIREMENTS DESCRIBED IN PUBLICATION DE-1345, HANDBOOK FOR ELECTRONIC FILERS OF INDIVIDUAL INCOME TAX RETURNS (TAX YEAR 2004) AND ANY REQUIREMENTS SPECIFIED BY THE DELAWARE DIVISION OF REVENUE. IF I AM ALSO THE PAID PREPARER, UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE EXAMINED THE ABOVE TAXPAYER'S RETURN AND ACCOMPANYING SCHEDULES AND STATEMENTS, AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, THEY ARE TRUE, CORRECT AND COMPLETE. DECLARATION OF PREPARER IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

SIGN HERE    ERO'S SIGNATURE    DATE    51-0370832    EIN, SSN, OR PTIN
                                                            X
ERO    SNYDER & COMPANY, PA, CPA'S
       FIRM'S NAME (OR YOURS IF SELF-EMPLOYED)    CHECK IF ALSO PREPARER    CHECK IF SELF-EMPLOYED
       1405 SILVERSIDE ROAD WILMINGTON DE 19810    (302) 475-1600
       ADDRESS (STREET, CITY, STATE AND ZIP CODE)    BUSINESS PHONE NUMBER

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE EXAMINED THE ABOVE TAXPAYER'S RETURN AND ACCOMPANYING SCHEDULES AND STATEMENTS, AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, THEY ARE TRUE, CORRECT, AND COMPLETE. DECLARATION OF PREPARER IS BASED ON ALL INFORMATION OF WHICH THE PREPARER HAS ANY KNOWLEDGE.

SIGN HERE    PREPARER'S SIGNATURE    DATE    EIN, SSN, OR PTIN

PAID PRE-PARER    FIRM'S NAME (OR YOURS IF SELF-EMPLOYED)    CHECK IF SELF-EMPLOYED
                  ADDRESS (STREET, CITY, STATE AND ZIP CODE)

DEIA0701L  12/13/04                                                (1030)