Douglas Holloway

1    practice groups he's with?

2          A     No, I do not.  My wife would know.

3          Q     All right.  The 2004 Monterey, is that

4    insured with State Farm?

5          A     No.

6          Q     Who are you insured with?

7          A     GMAC.

8          Q     That's for liability insurance?

9          A     (Witness nods head.)

10         Q     Is that a yes?

11         A     Yes.

12         Q     Have you ever filed a claim with GMAC?

13         A     Yes.

14         Q     For what purposes -- how many claims,

15   first of all?

16         A     Two.

17         Q     What were the two claims for?

18         A     Once my wife was forced off the road

19   because the vehicle was smoking and people were

20   trying to tell her it was on fire.

21               And the other time I took it over

22   to a body shop to have some minor painting done and

23   some door adjustments; and while it was there

24   overnight, it was broken into and it was stripped.

Corbett & Wilcox

Douglas Holloway

Page 18

1    Q    When you say your wife was forced off the

2    road, I'm still unclear as to what happened that you

3    needed to file an insurance claim.  Was there some

4    sort of damage sustained to the vehicle?

5    A    Yes.

6    Q    Or did you contact somebody else?

7    A    I believe it was the curb and the

8    guardrail.  You'd have to ask her particularly.  But

9    she was forced off the road by a trucker, I believe,

10    and up against the guardrails.

11    Q    Who put the claim in, you or her?

12    A    I think we both did.

13    Q    And what did you tell the insurance

14    company?  What type of damage did the vehicle

15    sustain?

16    A    Running board, doors.

17    Q    On the passenger side, I presume?

18    A    Passenger side.

19    Q    And you indicate that that came in

20    contact with the guardrail or the curb?

21    A    Yes.

22    Q    There was no other vehicle involved?

23    A    No.

24    Q    Now, the second claim was a burglary at a

Douglas Holloway

Page 19

1    body shop?

2         A    Yes.

3         Q    What body shop was that?

4         A    It changed names.  I believe it's called

5    Betts Body Shop now.  I'm not quite sure.  It used to

6    be MacKnett's.

7         Q    MacKnett's?

8         A    Used to be.  And I think at the time when

9    I was doing business with it, it changed over to

10   Betts.

11        Q    Where are they located at?

12        A    Old Baltimore Pike in Newark.

13        Q    And you indicated that you were going to

14   have some bodywork done?

15        A    Yes.

16        Q    Was this a warranty repair or something

17   that you were paying out of your own pocket?

18        A    Out of my own pocket.

19        Q    What type of bodywork needed to be done

20   to the --

21        A    Doors adjustment.  I had hit -- whether

22   it be some roots from a tree, going through, pulling

23   into a site -- just minor, minor damage.

24        Q    Well, you indicate that you hit some

Douglas Holloway

Page 20

1    roots pulling into a site.  What do you mean by a

2    site?

3              A    RV site.

4              Q    And that knocked the alignment off the

5    entry doors, I presume?

6              A    Yeah; came up on the bottom of the

7    running boards.

8              Q    All right.  And you also indicated that

9    you needed some bodywork done?

10             A    That was it.

11             Q    On the running boards?

12             A    (Witness nods head.)

13             Q    And that a yes?

14             A    And adjusting the doors, yes.

15             Q    What was done to the vehicle when it was

16   at MacKnett's with regard to the vandalism?

17             A    Window was broken; a rock was thrown up

18   against the side, I guess, trying to break the

19   window.  They missed.  They dented the side of the

20   RV.  TV was stolen.  The RV was -- I mean the VCR was

21   stolen.  The DVD was stolen.  The surround-sound

22   system was stolen.  Minor items like flashlights were

23   stolen.

24             Q    Was there a police report made?

Douglas Holloway

Page 21

1      A    Yes.

2      Q    Which police department investigated it?

3      A    I believe it was the state department,

4  state police.  I was not at home.  I was at a dog

5  show at the time.

6      Q    Do you have a copy of that police report?

7      A    We do at home.

8      Q    Can you provide that to your attorney?

9            And I'll follow up with a written

10  request.

11            MR. CURTIN:  That's one of the

12  things that I provided to you this morning.

13            MR. PISANO:  It's actually in

14  there?

15            MR. CURTIN:  Yes.

16            MR. PISANO:  All right.

17  BY MR. PISANO:

18      Q    Was anyone ever arrested or charged in

19  connection with the vandalism?

20      A    No.

21      Q    At the time that your vehicle was

22  vandalized, was this an enclosed yard?

23      A    Chained-in fence, yes.

24      Q    Were there any other vehicles besides

Douglas Holloway

Page 22

1    your motor home there?

2          A      Yes.

3          Q      Was any other vehicle vandalized?

4          A      No.

5          Q      Correct me if I'm wrong -- sometimes I

6    get my motor homes confused -- but you had a

7    vandalism also occur at Stoltzfus?

8          A      Yes.

9          Q      That was your coach; correct?

10         A      Yes.

11         Q      Same thing; right?   TV, DVD, VCR was

12   stolen?

13         A      Yes.

14         Q      And those were the only two insurance

15   claims that you put in with GMAC; is that correct?

16         A      Yes.

17         Q      How come you didn't insure with State

18   Farm again?

19         A      They do not have replacement insurance.

20         Q      All right.   You indicated that you took

21   possession of this coach in March of 2004; is that

22   correct?

23         A      Yes.

24         Q      And if memory serves me correctly, this

Douglas Holloway

Page 23

1    one was picked up down at Lazy Days in Florida?

2         A    Yes.

3         Q    Upon picking up the coach, did you do a

4    visual inspection?

5         A    Yes.

6         Q    All right.  And now, as part of a legal

7    settlement with regard to your 2001 coach, Monaco

8    promised to do certain things and to incorporate

9    certain appointments into your 2004 coach; is that

10   correct?

11        A    Yes.

12        Q    Were those appointments all taken care

13   of?

14        A    Yes.

15        Q    Did you notice anything wrong when you

16   made your visual inspection of the coach?

17        A    Yes.

18        Q    What was wrong?

19        A    A lot of body damage.

20        Q    Exterior?

21        A    Yes.

22        Q    What exactly do you mean by "body

23   damage"?  Dings and dents or --

24        A    Scrapes, dents, dings.

Douglas Holloway

Page 24

1          Q    Did you bring that to the attention of

2     anyone?

3          A    Yes.

4          Q    And who was that?  Were you working with

5     a specific salesperson down there?

6          A    Chuck Kurtz.

7          Q    And did you tell Mr. Kurtz that you were

8     unhappy with the condition of the motor coach?

9          A    Yes.

10         Q    What did he do for you?

11         A    Took it to the body shop.

12         Q    All right.  And how long was it in the

13    body shop, to the best of your recollection?

14         A    I don't know.

15         Q    Weeks? days? months?

16         A    Weeks.

17         Q.   When the coach came back, was it

18    satisfactory?

19         A    Yes.  Had some paint runs.  Minor --

20    minor nicks that they didn't find.

21         Q    Did you make Mr. Kurtz aware of that?

22         A    Yes.

23         Q    What did he do for you?

24         A    Instead of leaving the coach, I accepted

Douglas Holloway

Page 25

1    the coach.  They had the coach long enough.

2          Q     Did you make any type of arrangements to

3    bring the coach back at some point in the future to

4    have these --

5          A     Yes.

6          Q     Did you eventually do that?

7          A     Yes.

8          Q     When was that done?

9          A     It would be, I believe, sometime in the

10   summer of 2004.

11         Q     Now, the body damage that you just

12   testified about, you've had a 2001 coach; is that

13   correct?

14         A     Yes.

15         Q     Did you have any coaches before that?

16         A     Travel trailers.

17         Q     The body damage that you initially noted

18   on the 2004 coach, is that something that's

19   indicative of motor homes or something that you found

20   to be unusual?

21         A     Unusual.

22         Q     All right.  When you took possession of

23   the coach -- and you indicated that that was weeks

24   after the coach was initially presented to you --

Douglas Holloway

Page 26

1    what did you do with it?

2        A    Explain, please.

3        Q    Well, did you stay in Florida?  Did you

4    drive back home?  Did you go to a dog show in

5    Arizona?  What did you do after you took possession

6    of the coach?

7        A    I'm trying to remember.  I don't

8    remember, honestly.

9        Q    This was in March of 2004, or was this

10   now into April that the coach was finally repaired?

11       A    I believe it was in May when it was

12   finally repaired.

13       Q    All right.  And you --

14       A    I'm not -- because of --

15       Q    That's fine.

16       A    Because of time, I'm just --

17       Q    Like I told you, I'm not trying to give

18   you a memory test.  So if you're getting confused or

19   you don't know, that's fine.

20       A    I am.  I am.

21       Q    I have some records here, and I'm going

22   to try to work them in the best I can.  But I really

23   want to know what you recall.

24       A    Yeah.  I'm just drawing -- I'm drawing a

Douglas Holloway

Page 27

1    blank on it.  I thought we picked it up in March,

2    stayed for a few days, picked it up -- I really don't

3    recollect.  I'm drawing a blank.

4         Q    Well, when you eventually took possession

5    of the coach after the bodywork, did you notice any

6    problems?

7         A    With the coach itself?

8         Q    Yes.

9         A    Diesel leakage.

10        Q    Anything else?

11        A    Water leakage.

12        Q    Anything else?

13        A    Water leakage and the diesel leakage and

14   the filling of the diesel was really priority on my

15   part.

16             No, I'm not recollecting right

17   offhand.

18        Q    What was the problem with the diesel

19   fuel?

20        A    Diesel fuel was leaking down on top of

21   the generator on the whole underneath of the

22   carriage, running back to the engine, causing smoke

23   to appear; couldn't fill the diesel without it

24   backlashing all over.

Douglas Holloway

Page 28

1      Q   Explain to me how you would fill the

2  coach with diesel.

3      A   With a pump.

4      Q   All right.  How would you go about doing

5  it?  Pretend like I'm a five-year-old and try to

6  explain to me.

7      A   That's good.  Pull up to the gas pumps,

8  diesel tank pumps; open up the fill spout; proceed to

9  fill the diesel.  When I had told Lazy Days that we

10  were having trouble with it spouting out, they kept

11  telling me to unlock the other side.  And I would,

12  and it still didn't make any difference.  Diesel was

13  still coming out and backlashing.

14      Q   When you say "backlashing," do you mean

15  it was squirting out --

16      A   Yes.

17      Q   -- it was drizzling out, a combination of

18  both?

19      A   Backlashing.  I mean, it was just

20  spraying right out.

21      Q   Now, the pumps that you've used to fill

22  this vehicle with diesel, do they come with an

23  automatic shutoff when the tank is full?

24      A   Yes.

Douglas Holloway

Page 29

1          Q      In other words, the pump shuts off once

2     the tank is full?

3          A      Yes.

4          Q      Have you ever had occasion to utilize the

5     automatic shutoff?

6          A      Yes.

7          Q      What happens at that point?

8          A      Backlashes.

9          Q      Automatically?

10         A      Automatically.

11         Q      Before you even take the fill out?

12         A      Before I even take -- it starts spouting

13    out.

14         Q      Have you ever had an occasion where the

15    diesel fuel pump shuts off indicating that the tank

16    is full and then you attempt to top off the fuel?

17         A      I have, but not on many occasions.

18         Q      How many occasions?

19         A      I have no idea.

20         Q      More than five?

21         A      I really don't know.

22         Q      Do you have any idea how many times

23    you've actually put fuel in this vehicle?

24         A      Not any.  I have no idea.  I do have to

Douglas Holloway

Page 30

1.  say that I only -- it was a very, very limited amount

2   of trying to top off, because of that.

3        Q    What's a limited amount?

4        A    It could have been three, could have been

5   seven.  I -- I have no idea.

6        Q    Could it have been more than seven?

7        A    No.

8        Q    You also indicated that you had a water

9   leak.  What exactly was leaking, and where was it

10  leaking?

11       A    The whole length of the coach and the

12  roof, dashboard, coming down through the -- on the

13  windows and the front and side, coming down on the

14  dash.  The storage compartments and the bays would

15  fill up with water tremendous -- excuse me -- would

16  fill up with a tremendous amount of water in the

17  bays.

18       Q    Now, when you say "the storage

19  compartments," you're referring to the exterior

20  compartments underneath the coach --

21       A    Yes.

22       Q    -- underneath the chassis?

23       A    Yes.

24       Q    And were you ever told where that water

Douglas Holloway

Page 31

1    was coming in from or what the cause of the storage

2    compartment leak was?

3          A    They said it was coming in from the roof

4    on some -- some area.

5          Q    And --

6          A    And I would ask how it got into the bays.

7    And the way they explained it was that the bays, the

8    coach is made with channelling, metal channelling.

9    And the water was going down through the channelling,

10   into the bays.

11         Q    And this occurred, I think you said, in

12   May 2004 that you reported this problem?

13         A    It occurred for -- it occurred probably

14   for seven months, a good seven months.

15         Q    Beginning in March or May?

16         A    March.

17         Q    All right.  So that brings us to October

18   of 2004?

19         A    Correct.

20         Q    And then did it stop in October of 2004?

21         A    On many times it was brought back to the

22   shop to try to repair that, and I believe at some

23   time -- it was either October or late September --

24   that they finally -- I believe they fixed the issue.

Douglas Holloway

Page 32

1    Q    So that's September/October of 2004,

2    approximately six or seven months after you took

3    possession of the coach --

4    A    Correct, I believe.

5    Q    -- the roof leak was fixed.

6         And did that also take care of the

7    leaks in the storage compartment and the bays?

8    A    No, not all of them.

9    Q    Well, when you say that it was fixed in

10   September or October of 2004 --

11   A    That was fixed --

12   Q    -- what are you referring to?  What was

13   fixed?

14   A    The leakage inside the compartment.

15   Q    Which compartment?  The housing

16   compartment?  The living facilities?

17   A    Living facilities.

18   Q    In other words -- well, I shouldn't say

19   "in other words."

20        Were you still having water come

21   down the dashboard and the windshield after the

22   September/October 2004 repair?

23   A    I do not believe we had water coming

24   inside the coach after October.  The bays, on the

Douglas Holloway

Page 33

1    other hand, still had water coming into them --

2         Q    Okay.

3         A    -- I believe.

4         Q    Now, do you know how many times the coach

5    was in for roof leak repair between March and October

6    of 2004?  I'm talking just the roof leak.

7         A    Approximately two to three times.

8         Q    Every time that you would have a repair

9    between October and March -- or March and

10   October 2004, where were the repairs conducted at?

11        A    Lazy Days.  And the last time, I believe,

12   would have been the fourth time, fourth or fifth

13   time; I don't recollect right offhand.

14        Q    What do you mean, the fourth or fifth

15   time?

16        A    The last time it was down to Lazy Days

17   and Monaco in Florida, when they finally stopped the

18   leak; that's when they finally fixed it.  The last

19   time it was down was either in September or beginning

20   of October.

21        Q    Of what year?

22        A    2004.

23        Q    That's the repair we were just talking

24   about?

Douglas Holloway

Page 34

1        A    Right.  That would have been the last

2    time.

3        Q    That was the last time it was at Lazy

4    Days?

5        A    They took it from Lazy Days and took it

6    up to a Monaco facility.

7        Q    All right.  My question is, did the roof

8    leaks stop after that October 2004 repair?

9        A    I believe so, yes.

10       Q    And you indicated that that was subject

11   to a repair two or three times, to the best of your

12   recollection?

13       A    Right.  That would have been the fourth

14   or fifth time, the last time it was down there.

15       Q    You have me confused.

16       A    Yeah, so am I, because it was down there

17   so many times.  I'm drawing a complete --

18       Q    To the best of your recollection, how

19   many times was the roof leak repaired, two or three

20   times or something different?

21       A    You asked if Lazy Days repaired the leak.

22   Lazy Days repaired the leak at least three times.

23       Q    I think my question was -- and the record

24   will speak for itself -- how many times between March

Douglas Holloway

Page 35

1    and October of 2004 did the coach go to Lazy Days?

2         A    Approximately four times.

3         Q    And out of those approximately four

4    times, how many times did you complain about or was

5    the roof leak addressed?

6         A    Four times.

7         Q    So it's not two or three times; it's four

8    times?

9         A    Well, there's -- when it went to Lazy

10   Days, on the last time, the fourth or the fifth time,

11   Monaco took possession of the coach.

12        Q    I understand that.

13        A    It's not Lazy Days; it's Monaco.

14        Q    I understand that.

15        A    That's what I'm trying to say to you.

16   That's who fixed it.

17        Q    But my question regards Lazy Days at this

18   point.

19        A    Okay.

20        Q    I'm prefacing all my questions on the

21   Lazy Days service.

22        A    Okay.

23        Q    Now, you would agree with me that between

24   March 2004, when you took possession of the coach,

Douglas Holloway

Page 36

1    until October 2004, when you just told me the roof

2    leak was fixed, Lazy Days was the only facility that

3    repaired your coach?

4        A    Correct.

5        Q    All right.

6        A    They did not fix the leak.

7        Q    Understood.  You told me that it was

8    fixed in October of 2004?

9        A    Yeah.

10       Q    So your testimony now is that it wasn't

11   the Lazy Days repair in October that fixed it; it was

12   somebody else that fixed it?

13       A    When I had taken it to Monaco on the

14   fourth or fifth time -- or taken it to Lazy Days, I

15   had dropped the coach off at Lazy Days.  Monaco then

16   came and took possession of the coach.

17       Q    Okay.  And that was in September or

18   October 2004?

19       A    Correct.  I still had dropped it off at

20   Lazy Days.

21       Q    Where did you pick it up?

22       A    Lazy Days.

23       Q    How do you know Monaco took possession of

24   the coach?

Douglas Holloway

Page 37

1           A    I had to get a legal -- my attorney to

2      find out where my coach was.

3           Q    And what did you find out?

4           A    That Monaco had possession of my coach.

5           Q    Do you know where they had possession of

6      the coach at?

7           A    I believe it was a facility called

8      Wildwood.

9           Q    Do you know where that's located?

10          A    No, I do not.

11          Q    Do you know how the coach got from Lazy

12     Days to Wildwood?

13          A    Monaco came and picked it up.

14          Q    Did you authorize Monaco to take it to

15     Wildwood?

16          A    Yes, I had.

17          Q    So how did you not know that it went to

18     Wildwood if you authorized them to take it there?

19          A    When I had called Wildwood -- I mean when

20     I had called Chuck Kurtz, he had given me the

21     information that Monaco had picked up the coach; in

22     return, had given me a number and a name of a

23     gentleman to call to find out how the coach was being

24     taken care of.

Douglas Holloway

Page 38

1     Q    See, I'm confused; because you just told

2   me you called Chuck Kurtz and he told you Monaco took

3   possession of the coach.

4     A    Right.

5     Q    I thought you said that you authorized

6   Monaco to take possession.

7     A    I did.  I talked to a gentleman called

8   Ken Carpenter.

9     Q    Was this before or after Monaco took

10   possession?

11     A    Before.

12     Q    Did you call Ken or Ken call you?

13     A    I called Ken.

14     Q    And how do you know Ken?

15     A    Through the previous coach.

16     Q    Did Ken tell you where they were taking

17   the coach?

18     A    No.

19     Q    You just gave him carte blanche:  Take it

20   wherever; just get it fixed?

21     A    Correct.

22     Q    And approximately do you know when the

23   coach was taken by Monaco?  You said September or

24   October 2004?

Douglas Holloway

Page 39

1          A    It was a few days after we had dropped it

2    off at Lazy Days.

3          Q    When was that?

4          A    Sometime in September or October.

5          Q    2004.  And how long did Monaco, slash,

6    Lazy Days have possession of the coach?

7          A    Until December, late December.

8          Q    Of 2004?

9          A    Correct.

10          Q    Other than the roof leak, what other

11    complaints did you have?

12          A    The air conditioner wasn't quite correct.

13          Q    Now, let's take them one at a time.

14               When you say "the air conditioner,"

15    I assume that there's more than one air conditioning

16    unit?

17          A    Yes, there is.

18          Q    Which air conditioning unit are you

19    referring to?

20          A    Front.

21          Q    Front living quarters or dashboard?

22          A    Front living quarters.

23          Q    Okay.  What else was a problem?

24          A    Also the front dashboard air conditioner.

Douglas Holloway

Page 40

1    I'm glad you brought that up.

2         Q    Like I said, I'm not playing hide the

3    ball with you.  It's all in the records.

4         A    No.  I'm just -- you know, it's just --

5    I'm thinking.  And it's just -- I'm not recollecting

6    on some things and some things I am.

7         Q    All right.

8         A    Air conditioner.  Roof.  Had to put a new

9    ceiling inside the coach.  Slides, water leakage

10   through the slides.

11                    The couches were not of quality.

12   Their cushions never stayed on on the couch as you

13   were sitting in them.

14                    Wind through the -- wind and door

15   chattering on the entrance door.  Windows leaking.

16                    That's about all I can recollect

17   right now.

18        Q    How about the pull straps for the awning?

19        A    Until this day, I still have trouble with

20   the pull straps.

21        Q    How many slide-outs does that coach have?

22        A    Four.

23        Q    How many slide-outs were a problem?

24        A    Two.

Douglas Holloway

Page 41

1          Q     Which two?

2          A     Bedroom, driver's side; passenger side,

3     front.

4          Q     Bedroom, driver's side; and what was the

5     other one?

6          A     Passenger side, front.

7          Q     That's the living room?

8          A     Yes.

9          Q     You gave me a long list there.  Let me go

10    through them one at a time.

11                    The air conditioner for the front

12    living quarters, when did that first become a

13    problem?

14         A     It always had been a problem.  It just --

15    it never could -- it was overworking itself.  It

16    wasn't -- it wasn't a big enough unit.

17         Q     What are you basing that on?

18         A     It just continuously ran all the time.

19         Q     Do you have any type of educational

20    background with regard to HVAC or heating and

21    cooling?

22         A     No, I do not.

23         Q     Do you know how many BTUs that front air

24    conditioner was?