Douglas Holloway

Page 42

1          A    13,500, I believe.

2          Q    Do you know how many BTUs it should have

3    been?

4          A    Nope, but I do know that they put in a

5    15,000 BTU unit.

6          Q    And is that doing the job now?

7          A    Yes.

8          Q    Would you agree with me that the BTUs on

9    the air conditioner -- strike that.

10              The front air conditioner, the

11   front dash air conditioner, dashboard air

12   conditioner, when did that first become a problem?

13         A    When filling the fuel tank, it used to

14   blow diesel fumes into the coach.

15         Q    So that relates back to the diesel fuel

16   problem?

17         A    Yes.

18         Q    There was no problem with its cooling?

19         A    They did have to put a -- the compressor

20   was not working correctly.

21         Q    And that was taken care of by this Monaco

22   service in October 2004?

23         A    I don't know if Monaco took care of it or

24   Lazy Days.  I'm drawing a blank on who took care of

Douglas Holloway

Page 43

1   it.  But the diesel fumes were not taken care of up

2   until -- until this -- out here at the factory in

3   Indiana.

4           Q    And when was that repair?

5           A    I dropped the coach off in Indiana in, I

6   think, the latter part of September or beginning of

7   October.

8           Q    2005?

9           A    Correct.

10          Q    Was the diesel --

11          A    Might have been sooner.  I'm not sure.

12          Q    Was the diesel fuel leak ever fixed?  Or

13  the diesel fuel filling problem?

14          A    They have fixed it now.

15          Q    When was that fixed?

16          A    In the latter part of 2005.

17          Q    Was that part of the Indiana repair?

18          A    Yes.

19          Q    You indicated a new ceiling was put

20  inside the coach.  I presume that was as a result of

21  water leakage, that it was damaged?

22          A    Yes.

23          Q    Was that fixed in October of 2004?

24          A    It was, but not satisfactory.

Douglas Holloway

Page 44

1        Q    What was wrong with it?

2        A    It just looked like a bunch of waves in

3    the ceiling.

4        Q    Has that since been repaired?

5        A    They put a new ceiling in it when it went

6    back to Indiana in the latter part of 2005.

7        Q    Is it acceptable now?

8        A    Yes.

9        Q    The slide-out -- and let's start with the

10   bedroom driver's side slide-out.  You indicated there

11   was water leakage with that?

12       A    Yes.

13       Q    Was that fixed in October of 2004?

14       A    In that area, yes, I believe.  Might have

15   been fixed before that, by Lazy Days.

16       Q    All right.  Still a problem?

17       A    No.

18       Q    How about the passenger side, front?

19       A    It is now fixed.

20       Q    And was that fixed --

21       A    No.

22       Q    Well, let me finish my question.

23            Is it fixed?

24       A    Now.

Douglas Holloway

Page 45

1       Q    So the answer is yes?

2       A    Yes.

3       Q    My next question is, when was it fixed?

4       A    Last week.

5       Q    As part of the Indiana repair or --

6       A    When it went back to Indiana, yes.

7       Q    Where is the coach now?

8       A    In my driveway.

9       Q    How is it kept?  Just out in the

10    driveway?  Is it under cover?

11      A    Out in the driveway.

12      Q    Now, you indicated that the couches

13    weren't of quality.

14      A    Correct.

15      Q    And you had a problem with the cushions

16    staying on when you sat on them?

17      A    Correct.

18      Q    Was that fixed?

19      A    Yes.

20      Q    What was done?  New couches?  New

21    cushions?

22      A    I believe they brought in a person that

23    knew how to repair couches.

24      Q    Was that fixed in October of 2004?

Douglas Holloway

Page 46

1          A    2005.

2          Q    So a year after you had reported it, it

3    was finally fixed?

4          A    Yes.

5          Q    The window and door chattering, was that

6    fixed in October of 2004?

7          A    No.

8          Q    When was that fixed?

9          A    It's not.

10         Q    You indicated that the coach just came

11   back from Indiana a second time?

12         A    Three times.

13         Q    When did you last take possession of the

14   coach?

15         A    Last week.

16         Q    How did it get from Indiana to Delaware?

17         A    I drove it.

18         Q    How many miles was it?

19         A    675.

20         Q    And you still had window and door

21   chattering?

22         A    Yes.

23         Q    Did you report that back to Monaco?

24         A    Yes.

Douglas Holloway

Page 47

1    Q    Who did you speak with?

2    A    Talked to a voice machine, Bob McKenley.

3    Q    Windows leaking, was that fixed in

4  October of 2004?

5    A    I believe so.  I think it was fixed

6  before that, but I -- it was fixed in 2004.

7    Q    Pull straps, you indicate you're still

8  having problems with pull straps?

9    A    Yes.

10    Q    What problems are you having?

11    A    I haven't tried them this trip.  I

12  haven't tried them since I picked it up from Indiana.

13  But as of January, I was still having trouble.

14    Q    But they could be fixed right now, for

15  all you know; you haven't tried them?

16    A    Yes.

17    Q    All right.  Now, you indicated that you

18  picked up this coach from the September/October 2004

19  repair, the later part of December 2004; is that

20  correct?

21    A    2004 I believe they delivered it.

22    Q    To where?

23    A    Rainbow Kennels, my home.

24    Q    From Wildwood, Florida, or from the

Douglas Holloway

Page 48

1   Wildwood --

2        A    Lazy Days, Wildwood.

3        Q    How was it brought up?  Was it driven or

4   trucked?

5        A    Driven.

6        Q    Was that at your request?

7        A    They said they would bring it up.  I

8   couldn't get down to pick it up.

9        Q    And when it was presented to you in late

10  December 2004, what problems did you have at that

11  point?

12       A    The Hydro-Hot was not working.

13       Q    What else?

14       A    Wind.  Diesel leakage.

15       Q    All right.

16       A    My main concern was the diesel, again,

17  and the Hydro-Hot.

18       Q    What else?

19       A    I'm trying to think exactly.  Smelling of

20  fumes through the air conditioner in the front

21  blower.  Still some leakage in one of the

22  compartments of water, the lower compartment.

23            The roof itself, the ceiling inside

24  was deplorable.  Just wasn't acceptable.  Glue on the

Douglas Holloway

Page 49

1   walls from where they had put the ceiling up.  Glue

2   on the bedspread where they never covered the

3   bedspread when they put the ceiling up.  And I'm not

4   recollecting.

5       Q    All right.  And did you advise somebody,

6   either Lazy Days or Monaco, about these existing

7   problems?

8       A    Yes.

9       Q    Who did you speak with?

10      A    Chuck Kurtz at Lazy Days.

11      Q    What did Chuck tell you?

12      A    If we were going to be in Florida --

13  because we were going down for vacation, slash, dog

14  shows also -- that we should get it in to him so they

15  could take a look at it.

16              We got it in to them.  We were

17  there for three days at the end of January, I

18  believe.  They worked on the Hydro-Hot, which is the

19  only thing they worked on.  They couldn't do anything

20  about the ceiling or the glue -- or my wife had taken

21  care of the glue problem.

22              When I had taken possession of the

23  Hydro-Hot, it worked pulling out of the driveway and

24  it shut down again.

Corbett & Wilcox

Douglas Holloway

Page 50

1          Q      So you're saying the coach was at Lazy

2     Days for three days at the end of January 2005?

3          A      Correct.

4          Q      And the only thing that was fixed at that

5     point was the Hydro-Hot; but you're indicating that

6     as soon as you took possession, the Hydro-Hot broke

7     again?

8          A      Correct.

9          Q      You indicated that your wife took care of

10    the glue.  What do you mean by that?

11         A      There was glue on the cabinets, on the

12    bedspread, on the counters.

13         Q      And she took care of all that?

14         A      She did.

15         Q      When was the next time you had the coach

16    repaired after January 2005?  Or took it in for

17    service?

18         A      I'm trying to think.

19                    I really am not recollecting.

20                    Talked to -- I talked to, I believe

21    it was, Lazy Days.  Asked them if I could take it

22    back up to a place in Harrisburg called Penn Diesel,

23    I believe it is called, if they could take a look at

24    the Hydro-Hot.

Douglas Holloway

Page 51

1      Q    My records actually indicate that you

2    went through a Custom Coach Company in Baltimore,

3    Maryland, in February of 2004?

4      A    I completely forgot about Custom Coach.

5    I'm sorry.

6      Q    How do you know Custom Coach?

7      A    Monaco recommended them to me.

8      Q    And the records indicate that the

9    Aqua-Hot system --

10     A    Hydro-Hot?

11     Q    They indicate Aqua-Hot.

12     A    Okay.

13     Q    -- and the slide-out were repaired.  Does

14    that comport with your recollection?

15     A    They might have reported that it was

16    repaired, but it was not.  I had to return the coach

17    back down to them.

18     Q    Back to Custom Coach?

19     A    Correct.

20     Q    When was the second time?

21     A    Within a month.  Might have been three

22    weeks.

23     Q    Did you have to pay anything out of

24    pocket for the Custom Coach repairs?

Douglas Holloway

Page 52

1       A       A few hundred dollars, I believe.

2       Q       Was that reimbursed to you?

3       A       No.

4       Q       Do you have a receipt for that?

5       A       Yes.

6       Q       How did you pay?  Cash? credit? check?

7       A       Credit card, I believe.

8       Q       Did you provide that to your attorney?

9       A       Yes.

10              MR. PISANO:  I'll follow up with a

11      written request.

12              THE WITNESS:  I believe he has it.

13      BY MR. PISANO:

14          Q   Because the invoice isn't showing that

15      anything was paid.  That's why I was a little

16      confused.

17              All right.  And then you indicated

18      that you took it back to them a couple weeks later?

19          A   Correct.

20          Q   And what did they do for you at that

21      time?

22          A   Did not complete the work order.

23          Q   Why was that?

24          A   They had it about a month, maybe a few

Douglas Holloway

Page 53

1    weeks.  Monaco would not okay the hours that they

2    needed to put in on the coach itself.  And at that

3    time my TV had broken.

4              And that's another thing.  The air

5    ride I had been complaining about for a tremendous

6    amount of time also.  I forgot completely.  That just

7    came back into my mind.

8              The TV in the bedroom, whether it

9    stopped working because of the shaking of the air

10   ride or the wetness that had come down through the

11   coach, I have no idea.

12             They said they could not find a TV

13   to replace, to fit in the cabinetry.

14        Q    Let me back up one minute.  This is

15   Custom Coach telling you this?

16        A    Yes, it is.

17        Q    They couldn't find a TV --

18        A    -- that would fit in the cabinet.

19        Q    All right.

20        A    Monaco would not okay them to work on the

21   Hydro-Hot.

22        Q    Okay.

23        A    Said it was too many hours to be put in

24   on it.  They said they tried to fix the slide, could

Douglas Holloway

Page 54

1    not fix it.

2                   I brought it home.  Sometime in the

3    spring or latter spring or early summer, I believe, I

4    went to Penn Diesel to have them work on the

5    Hydro-Hot also.

6         Q    Custom Coach Company, is that a sales,

7    service or a combination?

8         A    I believe it's just a service.

9         Q    Do you know if they're an authorized

10   Monaco repair facility?

11        A    Well, Monaco sent me to them, so I have

12   no idea.

13        Q    See any other Monaco coaches being worked

14   on?

15        A    To be honest with you, I didn't look.

16        Q    All right.

17        A    They were all in, inside a fenced area.

18        Q    Did Monaco send you there, or did you ask

19   Monaco if you could go there?

20        A    I asked Monaco if they could find me a

21   facility locally that could work on the coach.

22        Q    And that's the facility that they

23   referred you to?

24        A    Yes.

Douglas Holloway

Page 55

1          Q      Had you ever had dealings with Custom

2    Coach before this?

3          A      Never.

4          Q      Now, you indicated you went to Penn

5    Diesel out in Harrisburg?

6          A      Correct.

7          Q      How did you come to find Penn Diesel?

8          A      They had done a tune-up on the Hydro-Hot

9    for my prior coach.

10         Q      So Penn Diesel you found?

11         A      No.  Monaco recommended them also to me.

12         Q      You asked for another repair facility,

13   and they referred you to Penn Diesel?

14         A      I asked them if I could go to -- I called

15   down to Lazy Days, asked them if I could take it up

16   to Chuck -- talked to Chuck Kurtz -- I believe it was

17   Chuck -- and asked them if I could take it up to Penn

18   Diesel, seeing as they had -- Monaco had already

19   recommended for me to go up there.  They told me to

20   go right ahead, get whatever receipts it was to

21   repair.

22         Q      So Monaco tells you you can go to Penn

23   Diesel, but yet you called down to Chuck Kurtz at

24   Lazy Days to ask his permission?

Douglas Holloway

Page 56

1          A      Monaco had told me to go to Penn Diesel

2     on my prior coach, my Hydro-Hot.

3          Q      Okay.  I misunderstood you.  On this

4     particular coach, Monaco never told you to go to Penn

5     Diesel?

6          A      No.  I called Lazy Days.  They just said,

7     Get a receipt, and whatever kind of work.

8          Q      All right.  I misunderstood you.  I

9     apologize.

10                So my records show that you went

11    there on July 5th, 2005.  And you went there for a

12    Hydro-Hot repair?

13         A      Correct.

14         Q      And did they fix the Hydro-Hot system?

15         A      No.

16         Q      Did they charge you anything out of

17    pocket?

18         A      Yes.

19         Q      What did they charge you?

20         A      Over a thousand dollars.

21         Q      Were you ever reimbursed for that?

22         A      No.

23         Q      Did you ever submit reimbursement for

24    that?

Douglas Holloway

Page 57

1          A     I handed it to my attorney.

2          Q     You never gave it to Monaco or Lazy Days?

3          A     No -- actually, I did.  I believe I faxed

4     it to Cindy Edget.

5          Q     Do you recall when you faxed it to Cindy?

6     Was it before or after you gave it to your attorney?

7          A     No.  I believe it would have been before.

8          Q     Okay.  After July 2005, did you have any

9     other repairs?  What was the next repair after

10    July 2005?

11         A     Would have been Indiana.

12         Q     And when was that?

13         A     Latter summer, early fall 2005.

14         Q     All right.  How did the coach --

15         A     Actually, no, I take it back.  I went to

16    Harrisburg.  There's a facility in Harrisburg I

17    called up.  I was having trouble with the air ride

18    suspension.  It was just unbelievably bad.

19               Called up this facility and asked

20    them if they could take a peak at the generator.

21    Seemed like it was running rough, not giving out as

22    much voltage as it should and if they could take a

23    look at the air ride.

24         Q     Do you recall the name of that facility?

Douglas Holloway

Page 58

1      A    It's simple, very simple.  I'm drawing a

2  blank.  Work --

3      Q    Do you have a copy of a receipt or how

4  did you pay?  Credit card again?

5      A    Credit card.

6      Q    All right.  So do you have a copy of that

7  bill that you provided to your attorney?

8      A    Yes, I do.

9      Q    All right.  Were they able to fix the air

10 ride or the generator for you?

11     A    Yes, the air ride.  Generator seemed to

12 be running fine to them.  They hooked it up to

13 diagnose, seemed to be fine.

14     Q    So they said the generator was running

15 okay?

16     A    Yes.

17     Q    Do you have any type of educational

18 background with regard to generator maintenance or

19 service?

20     A    No.

21     Q    What are you basing that the generator

22 was running rough or not putting out enough voltage?

23     A    Shutting down.

24     Q    What do you mean, "shutting down"?

Douglas Holloway

Page 59

1      A    It wasn't putting out enough power, and

2  it was shutting down on the circuits.

3      Q    How many occasions did that occur?  More

4  than once?

5      A    That was the first time.

6      Q    All right.  After this Harrisburg --

7  second Harrisburg service from this unknown company,

8  when was the next time you had service?

9      A    Indiana, I believe.

10     Q    When was that?

11     A    Latter summer/early fall.  It was like

12  end of September, something like that.

13     Q    End of September 2005?

14     A    I believe so, in that area.

15     Q    Fair enough.

16               What were your complaints -- strike

17  that.

18               How did the coach get to Indiana?

19     A    I drove it.

20     Q    Did you meet with somebody there?

21     A    I met with a gentleman called Joe -- I

22  called him Joe Cucumber.  That's not his name.  But

23  Joe Cucum (phonetic).  He came out, went over the

24  vehicle with me completely -- I mean the diesel

Douglas Holloway

Page 60

1  spill, diesel smells, air conditioning, slide.  The,

2  the vehicle was stripped at that time, had no TV, had

3  no VCR.  Went through that with him.  Showed him the

4  shades in the back that were not working.

5              The leakage in the bottom

6  compartment, that still was happening.  Door wind and

7  window wind.  I asked him, because the -- for them to

8  check the -- if it needed new shocks, to see if

9  they -- if the air ride, because it had been so low,

10 had taken away the life expectancy of the shocks.

11             That was about it.  And a new

12 ceiling, I think.  There's probably more, but I'm not

13 recollecting.

14      Q    All right.  Let's back up a minute.

15             When did the vandalism occur down

16 in Delaware with regard to the TV?

17      A    That would have had to have been in

18 September.  So it was --

19      Q    Of 2005?

20      A    Yes.

21      Q    At the time that you brought the coach to

22 Monaco, out in Indiana, had you already put in the

23 insurance claim?

24      A    Yes.

Corbett & Wilcox

Douglas Holloway

Page 61

1      Q     What did the insurance company do for

2   you?

3      A     Paid Monaco and sent us a check.

4      Q     What did they pay Monaco for?

5      A     TV, VCR, DVD, surround sound, and

6   installation.

7      Q     And what did they send you a check for?

8   Body damage?

9      A     Well, Monaco took care of the body

10  damage, so they also sent for body damage out there.

11             Did not pay Monaco the complete

12  bill.  They had sent us a check for the DVDs and the

13  flashlights that were stolen, and that -- that money

14  went to Monaco.

15     Q     They sent you a check for DVDs and

16  incidentals and personal items that were stolen?

17     A     Correct.

18     Q     And that money went to Monaco?

19     A     Yeah.  They short -- they itemized it as

20  a -- they didn't estimate it at what the bill would

21  be.  They estimated at the wrong price, sent Monaco a

22  check, and they still owe me for my DVDs.

23     Q     The insurance company does?

24     A     Yes.

Douglas Holloway

Page 62

1        Q    Have you pursued that?

2        A    Called them twice; haven't heard from

3  them.

4        Q    Now, you indicated previously that this

5  facility in Baltimore, Maryland, Custom Coach, you

6  asked them about a TV?

7        A    Yes.

8        Q    And when was that?

9        A    Well, it had to be in March -- had to be

10  in the spring of 2005.  I ended up buying my own TV

11  and putting it in.

12        Q    I'm confused, because you told me the

13  vandalism occurred in September of 2005.

14        A    I'm sorry.  The TV that was in the

15  bedroom failed to work, whether it be because of the

16  shaking and the rattling and because the air ride was

17  not of quality, or the dampness that was coming in

18  through the roof.  I have no idea what made the TV in

19  the bedroom stop.

20              Custom Coach took the TV out, never

21  re -- never putting it back in, even after it worked.

22  Gave me a shell of a cabinet without -- when they

23  returned the coach to me, stating that they couldn't

24  find a TV that would fit the cabinetry.  They didn't

Douglas Holloway

Page 63

1    know what to do.  Monaco didn't have one that they

2    could send them; that the TV company itself had

3    stopped making that size.

4               So I went to Best Buy; put a TV in.

5    Actually, a very cheap model, because that's the only

6    one that fit in the cabinet; and had it in there

7    until it went to Indiana.  And prior to going to

8    Indiana, I took it to the body shop to have the

9    running board and the doors adjusted and repaired.

10              While it was at the body shop,

11   vandals broke in, taking the TV that was in the front

12   living room, which was a plasma TV, or LCD I believe

13   they call it.  Took my VCR, DVD, surround sound,

14   et cetera.

15        Q    Did they take the TV -- the TV that you

16   replaced, that was the bedroom TV?

17        A    Yes.

18        Q    Did they take that TV as well?

19        A    No.

20        Q    Now, you indicated that Custom Coach was

21   able to fix the original television?

22        A    Custom Coach didn't -- oh, just -- Custom

23   Coach called me last week, a year later, saying that

24   they had the TV that was in my coach when I had it

Douglas Holloway

Page 64

1    down there last March.  I have that now sitting at my

2    house.  I went down and picked it up yesterday.

3          Q    Does the TV work?

4          A    Yes.

5          Q    Did they tell you what was wrong with it?

6          A    No.  Didn't even charge me for it.

7          Q    But do you know if they did anything to

8    repair it?

9          A    I have no idea.

10         Q    As far as you know, you have the original

11   TV back that's in working condition?

12         A    Sitting right there.  And then Indiana

13   called me and asked me, because they told me they

14   couldn't find a TV to fit in the cabinetry.  And they

15   asked if they could use the cheap TV that I had

16   purchased.  And I said, "Go right ahead."

17         Q    So your insurance claim was for the

18   living room television, which was a plasma?

19         A    Right.

20         Q    Okay.  Now, the coach goes to Indiana at

21   the end of September 2005?

22         A    Correct.

23         Q    You complained of the diesel filling

24   problem?

Douglas Holloway

Page 65

1       A    Correct.

2       Q    Was that fixed --

3       A    Yes.

4       Q    -- on that occasion?

5       A    Yes.  Now --

6       Q    Well, hang on.  Let's stop one second.

7            How long was it in Indiana?

8       A    Until the beginning of December.

9       Q    So you said the diesel fill problem was

10  fixed, and I cut you off.  You said "now," and I

11  didn't mean to cut you off.  So go ahead and

12  continue.

13      A    Now when I open it up, even if it's on

14  a -- even if it's low on diesel, you open it up, you

15  get back, because it just -- the air pressure that

16  comes out of there is tremendous.

17      Q    Has any diesel fuel squirted out?

18      A    Just fumes and moisture.

19           You do not step in front of the

20  tank when you're opening it.

21      Q    Is that something that you normally do

22  when you open up a tank; you usually stand in front

23  of it?

24      A    Yeah.  I just unlock the cap and fill it

Douglas Holloway

Page 66

1    up.  I mean, I just -- I'm not used to ducking.

2          Q    Do you physically duck when you open

3    up --

4          A    I stand aside now.

5          Q    Now, what's wrong with the -- you

6    indicated that you had diesel fume problems.  I

7    assume that that was also fixed with regard to the

8    spill, or no?

9          A    The spilling of the diesel and the

10   backlashing of the diesel was fixed in Indiana,

11   everything.

12         Q    Did that also take care of the diesel

13   fumes?

14         A    I do get a little bit of diesel fumes

15   coming in through the air conditioner inside, but not

16   as bad as they were.

17         Q    Is that something that you think is out

18   of the ordinary?

19         A    Yes.

20         Q    What are you basing that on?

21         A    I have no idea.

22         Q    Now, you indicated that you also had the

23   slide-outs fixed in September of 2005 out in Indiana?

24         A    Correct.