Douglas Holloway

Page 67

1    Q    That was both the bedroom driver's side

2    and the passenger living room?

3    A    And also in the back passenger side.

4    Q    All right.  So you had three slides

5    fixed?

6    A    Yes.

7    Q    Were they fixed satisfactorily?

8    A    No.

9    Q    What was wrong?

10   A    The bedroom driver's side was fixed

11   satisfactorily -- actually, there was still a lot of

12   daylight in it.  But the leakage of the water was not

13   coming in through it.

14        The rattling of the passenger side

15   in the bedroom was still rattling, shaking.  The

16   passenger side front slide retracted in.  As you put

17   it out, it just kept coming in farther and farther.

18   That was not fixed at all.

19   Q    It wouldn't lock, in other words?

20   A    Correct.

21   Q    Was there any water coming in through it?

22   A    Yes, underneath.

23   Q    Leaking bottom compartment, you also

24   indicated.  Was that fixed in the Indiana

Douglas Holloway

Page 68

1    September 2005 repair?

2         A    Yes.

3         Q    Still a problem?

4         A    No, not that I know of.

5         Q    Door chatter, window chatter, you

6    indicated that's still a problem?

7         A    Correct.

8         Q    Now, you indicated that you might need

9    new shocks because of the air ride system causing a

10   decrease in the life of the shocks.

11                    Were your shocks replaced?

12        A    This trip, yes.

13        Q    Well, in September of 2005, were your

14   shocks inspected and replaced?

15        A    No.

16        Q    Do you have any type of mechanical

17   background for the opinion or the basis that your

18   shock life was decreased because of the air ride?

19        A    That's the reason why I asked them to

20   check it.  No.

21        Q    Did they check it, as far as you know?

22        A    I don't know.

23        Q    Did you ever ask or inquire if they

24   checked it?

Douglas Holloway

Page 69

1       A    I did.  I guess they were having employee

2    changeovers out there at that time.  So basically

3    most of the stuff out there in Indiana was not

4    completed when they had it for three months.

5       Q    My question was, did you ever follow up

6    or ask anyone if the shocks were inspected?

7       A    This last trip I took it back.

8       Q    September of 2005, when you presented the

9    coach and you indicated that there might be a problem

10   with the decrease in the shock life because of the

11   air ride suspension, did you ever follow up with an

12   employee of Monaco to see if the shocks were

13   inspected?

14      A    On the next trip out I did.

15      Q    So in September 2005, when you went to

16   pick up the coach in December, you never followed up

17   on that?

18      A    They brought the coach back to me.

19      Q    Did you ever follow up with that?

20      A    No.  I was upset because the coach was

21   unsatisfactory, and I sent it back to them.

22      Q    Was the ceiling fixed in September 2005?

23      A    Yes.

24      Q    Was that satisfactory?

Douglas Holloway

Page 70

1        A    Yes.

2        Q    All right.  Now, you indicate that you

3   got the coach back in December of 2005 and you sent

4   it back?

5        A    Correct.

6        Q    And now this is the second Indiana

7   repair?

8        A    Correct.

9        Q    How did it get out to Indiana this time?

10       A    The driver that brought it back took it

11  back.

12       Q    All right.  So you said right away, "Get

13  out of here"?

14       A    I wouldn't accept it.

15       Q    And what about it wouldn't you accept?

16       A    Hydro-Hot was not working.

17       Q    All right.  What else?

18       A    Put a small TV up front.

19       Q    What else?

20       A    And that was just -- that was enough to

21  send it back.  I didn't even go through the coach.

22       Q    How come you didn't go through the coach?

23       A    Because I was upset with the problems

24  that I had.  Those were the two biggest problems.

Douglas Holloway

Page 71

1    The insurance company had paid Monaco to put in the

2    regular TV that was in it.  They put in a lesser TV.

3                    And the Hydro-Hot was the main

4    problem that we went out there to start off with,

5    with the ceiling.  And the Hydro-Hot still wasn't

6    working.

7        Q    So you just testified the Hydro-Hot and

8    the small TV were the two biggest problems?

9        A    Those are the problems that I checked

10   when they drove it back in the driveway.  And I did

11   not go over the rest of the coach.  I just said, Take

12   it back.

13       Q    I think you just said that the Hydro-Hot

14   and the small TV were the two biggest problems.

15       A    Yes.  Or when -- my problems.  They were

16   my biggest problems when they drove back in my

17   driveway in December.  The two problems that I looked

18   at, the first one is you look at the TV when you walk

19   in; it's not the same quality of TV as when I bought

20   the coach.

21                    When I turned on the -- when I

22   walked in the coach, it was ice cold.  I asked the

23   gentleman, I says, "Where's the heat?"

24                    And he says, "We don't have any."

Douglas Holloway

Page 72

1          I turned on the Hydro-Hot.  And he

2    says, "It's not working."

3          Q    All right.

4          A    Called Bob McKenley in Indiana.  He led

5    me through an hour, crawling underneath, hitting

6    buttons, doing whatever.

7          Q    You did that or the technician that drove

8    it?

9          A    I did it.

10         Q    All right.

11         A    And I said, "Bob," and I told him, I

12   says, "I can't accept it, just on those two things."

13   I said, "I have no idea" -- the ceiling looked fine.

14   The ceiling looked fine.  But my biggest problem was

15   that I saw the -- those are two big enough problems

16   not to go over the rest of the coach.

17         Q    All right.  So you listed basically eight

18   things why it went out in September of 2005?

19         A    Correct.

20         Q    None of which I have written down as the

21   Hydro-Hot or the TV.

22         A    Well, I said I don't recollect.  I mean,

23   it's just --

24         Q    That's fine.  That's fine.

Douglas Holloway

Page 73

1                    So you never bothered to check

2     these other eight things?

3           A    The TV is on there, because I said they

4     went back to taking the DVD, the VCR, the TV --

5           Q    You're right.  That's nine things.

6                    Out of the nine things that you

7     listed for me, you checked one?

8           A    I checked two -- actually, I checked

9     three.

10          Q    The ceiling?

11          A    The ceiling, the TV, and the Hydro-Hot.

12          Q    That's one, two, three, four, five, six,

13    seven, eight, nine, ten, eleven complaints that you

14    just listed for me in September of 2005.  And you

15    checked three?

16          A    Uh-huh.

17          Q    You never bothered to check the diesel

18    fuel?  You never bothered to check --

19          A    I never got in the coach.  I wasn't

20    taking the coach for a ride.  I was not accepting the

21    coach.  There was no reason for me to accept the

22    coach when --

23          Q    Go ahead.

24          A    -- when the items that are -- when the

Douglas Holloway

Page 74

1  main item is that Hydro-Hot.  If I don't have

2  Hydro-Hot sitting in my driveway, lines freeze up.  I

3  could not accept the coach.

4          Q    If the Hydro-Hot had been fixed, would

5  you have accepted the coach?

6          A    I would have checked the coach, one end

7  from the other.

8          Q    Well, you didn't open up the slides to

9  check those?

10         A    Did not.

11         Q    So how do you know it was repaired?  How

12  do you know it wasn't repaired?

13         A    Because I picked the coach up in 10 days.

14  I flew out and picked the coach up and --

15         Q    All right.  So you had the Monaco driver

16  take it immediately back to Indiana --

17         A    Correct.

18         Q    -- because of the Hydro-Hot and the small

19  TV?

20         A    Large TV up front.  It was the front TV

21  that was not --

22         Q    And you indicated it was replaced with a

23  small TV.  So we'll call it the front TV, the plasma

24  TV?

Douglas Holloway

Page 75

1          A      Front TV.

2          Q      And do you recall when it went to Indiana

3     for repairs?  That was late December?

4          A      Beginning of December.

5          Q      Beginning of December 2005?

6          A      Uh-huh.

7          Q      And how long was it out in Indiana?

8          A      They probably had it within 10 days.  I

9     was -- I had a -- reservation at an RV resort after

10    Christmas.  And I said to them, "We're leaving the

11    day after Christmas to go vacationing."

12         Q      Okay.  So you flew out to Indiana?

13         A      Correct.

14         Q      When did you arrive in Indiana?

15         A      New Year's Eve -- New Year's -- Friday

16    of -- day before Christmas, I believe it was.  When

17    was Christmas?  They were leaving, and they were

18    closing shop for --

19         Q      Christmas Eve they were closing?

20         A      Yes.

21         Q      And you got there the day before

22    Christmas Eve?

23         A      That Friday.  Whether it would have been

24    the 24th or the 23rd, I'm not sure.

Douglas Holloway

Page 76

1        Q    Okay.

2        A    Went through the coach.

3        Q    I think it was the 23rd.

4        A    Went through the coach with Bob McKenley.

5        Q    Okay.  You went through the coach with

6    Bob McKenley.  You didn't go through the coach with

7    the driver?

8        A    The driver did not know anything, and he

9    refused to indicate that he knew anything about the

10    coach.

11        Q    Just a driver.  All right.

12                And what did you talk with Bob

13    McKenley -- first of all, when you sent it back with

14    the driver, did you call Monaco?

15        A    Immediately.

16        Q    And what did you tell them?

17        A    It's unacceptable.

18        Q    Because of the Hydro-Hot and the small

19    TV?

20        A    Correct.

21        Q    All right.  When you flew back out and

22    got there the day or two before Christmas, you went

23    through a walk-through with the coach with Bob?

24                Yes?

Douglas Holloway

Page 77

1         A     Yes.

2         Q     Was the TV replaced?

3         A     TV was replaced with the same type that I
4    had.

5         Q     So that was acceptable?

6         A     That was acceptable.

7         Q     How about the Hydro-Hot?

8         A     Hydro-Hot was not working.  That was not
9    acceptable.

10        Q     Did Bob tell you why the Hydro-Hot wasn't
11   working?

12        A     He thought it was and realized it wasn't.

13        Q     What else?  Was that it?  Did you just
14   stop looking at that point or did you go --

15        A     No.  We went through -- went through the
16   awning straps, the -- at that time they worked.  The
17   slide was still coming in.

18        Q     That's the passenger side, front slide?

19        A     Correct.

20        Q     All right.  What else?

21        A     The glue -- whoever did the work on the
22   coach putting the ceiling up literally had left glue
23   over the top cabinetries.  Basically had made a lot
24   of mess.  And Bob had -- I said to him, I says, I

Douglas Holloway

Page 78

1    don't know who does your clean-up afterwards, but he

2    did not do anything.  He apologized for that.

3        Q    But you took possession of the coach in

4    Delaware.  You said the ceiling was fine?

5        A    Yes.

6        Q    You didn't notice any glue at that time?

7        A    No.  Clear glue.  I did not go rubbing my

8    hands on counters and anywhere else.  Like I said, I

9    just looked at the three items that were standing out

10   in front of me.

11       Q    When you got to Indiana, did you rub your

12   hands on everything?

13       A    Actually, when I got -- it was after I

14   took possession -- what I did was I did a main -- a

15   quick walk-through.  It was -- it was a holiday

16   weekend.  I wanted to get home.  Bob wanted to get

17   out of there.

18            The things that were -- the

19   Hydro-Hot system that was working was half working;

20   it was enough to keep the bays and the water tanks

21   warm.  They just weren't warming the inside of the

22   coach, which is my main concern.

23            I mean, because I was going to warm

24   weather, I wouldn't need the Hydro-Hot.  I told them

Douglas Holloway

Page 79

1    I would bring it back up to them immediately

2    following -- back in January.

3                    I got down there --

4    Q    Hang on.  Let's back up a minute.

5                    What, other than the glue -- you

6    just gave me a list:  the Hydro-Hot, the awning

7    strap, the slide-out, the glue.  Any other problems

8    that you noticed when you were in Indiana?

9    A    Didn't notice any problems until I got in

10   the motor home and started moving down the road,

11   because of the door, the wind, and the wind at the

12   windows and the wind at the door.

13                   The -- when I was in a position to

14   really -- really go over the coach, the back TV did

15   not work, any reception.  The DIRECTV satellite

16   receiver was not hooked up correctly; antennae wasn't

17   hooked up correctly.  The slide kept coming in.  The

18   back passenger side bedroom slide was rattling,

19   wasn't done correctly.

20                   The coach was not -- was not

21   detailed or cleaned in any aspect.  The remnants from

22   putting the ceiling in and the glue and just walking

23   over the rug was basically -- looked like it had been

24   worked in.

Douglas Holloway

Page 80

1          I'm trying to think what else.

2          They had replaced the shocks -- oh,

3    the batteries, they had not -- one of the big things.

4    That when it came back from Indiana in the latter

5    part of the fall, I had asked for a -- paid for a

6    service on the coach.  The service was sort of -- I

7    don't know if it was done the right way or if it was

8    done.  I have no idea.

9          Batteries were burnt up.  They

10   never checked the batteries.  Never had a lube job,

11   never had -- just -- they just did a -- if they did a

12   service, they did a very minor servicing.

13        Q    All right.

14        A    This other time that I just had a service

15   done out there, they checked everything.  Shocks,

16   they replaced the shocks; they needed shocks.

17        Q    Let me back up a minute.  You just

18   indicated that they replaced the shocks in December?

19        A    No; this trip, January and March.

20        Q    All right.

21        A    February and March.

22        Q    You had me confused, so let's take a step

23   back.

24        Initially, you told me the

Corbett & Wilcox

Douglas Holloway

Page 81

1    Hydro-Hot wasn't working.

2         A    Correct.

3         Q    And then you qualified that that it was

4    half working.

5         A    When I picked it up in December; correct.

6         Q    Right.  Initially you told me it wasn't

7    working at all, and Bob thought it was working?

8         A    Correct.

9         Q    And then you tell me that it's half

10   working?

11        A    Half working in the bays.  Not working up

12   in the compartment, up in the living quarters.

13        Q    You also indicated that you wanted to get

14   out of there -- it was the holidays -- and Bob wanted

15   to get out of there?

16        A    Correct.

17        Q    What are you basing the fact that Bob

18   wanted to get out of there?  What are you basing that

19   on?

20        A    Nothing.  I just thought it was the

21   holidays; he was closing at 3 o'clock.

22        Q    Bob tell you, "Hey, 3 o'clock, I'm out of

23   here.  It's the holidays"?

24        A    No, he did not.  No, he did not.

Douglas Holloway

Page 82

1       Q     You indicated the back TV didn't work.

2  This was your replacement television at this point;

3  correct?

4       A     The one that I had purchased; correct.

5       Q     That is your Best Buy TV.

6             What was the cause of the TV, the

7  DIRECTV and the --

8       A     The wiring was not done correctly.

9       Q     Why was the back television wiring

10  touched?

11      A     They had to put in new cabinetry and fix

12  it so it looked like it was part of the coach.  When

13  I had bought the TV, I just put it in the cabinet.

14  And it looked like a TV that was just stuck in a

15  cabinet.

16             They had to refinish the cabinet,

17  make it look like it was part of the facility.  And

18  the wiring, I guess they just didn't do correctly.

19      Q     I'm confused.  Why did they have to

20  change the cabinet?

21      A     The TV that was broken and Custom Coach

22  had taken out, that cabinet was built to go around

23  it.  Looked like it was part of the equation.

24      Q     Got it.

Douglas Holloway

Page 83

1          A       The TV that I had bought at Circuit City

2    was just a TV to fit in the cabinet.  And it was -- I

3    just literally had it put in it, and it did not look

4    part of the --

5          Q       Was it smaller than the original

6    television?

7          A       By about -- yeah, yeah.

8          Q       By about what?

9          A       I wanted to say it was probably about an

10   inch to two inches narrower.  And it was -- I haven't

11   the slightest idea how much space it was higher.

12         Q       So they built down the cabinet?

13         A       Correct.

14         Q       So now you have the original television

15   that won't fit in there?

16         A       Correct.  And they asked if they could do

17   that.  And I gave them permission, because they

18   couldn't find a TV to fit and neither could I, so --

19         Q       And when you took possession of the coach

20   Christmas Eve time, 2005, you indicated you were

21   going to warm weather?

22         A       Yep; Florida.

23         Q       Heading down to Florida.  Was that for

24   vacation, dog show or combination?

Douglas Holloway

Page 84

1     A     Combination.  Mostly vacation.

2     Q     How many days were you in Florida?

3     A     Month of January.  Not quite the month of

4  January.  Came back the latter part.

5     Q     Three weeks?

6     A     Three weeks.

7     Q     How long was the dog show?

8     A     Dog show runs for the whole month down

9  there, but I only went to -- say three -- I went to

10  about 10 of them, I guess, or 11.

11     Q     Over the course of how many days?

12     A     11 days.  I mean, it just -- we came

13  home, I think I got the coach back out to him

14  immediately driving back home.  I turned right around

15  and went back out to Indiana.

16     Q     So 21 days in Florida in January; 11

17  you --

18     A     Well, I left the day after Christmas.

19  So, I mean, day after Christmas, I left for Florida,

20  stayed at a resort.  Came home.  I think it was like

21  January 27th, in that time.

22     Q     So 30 days, basically.  So 11 out of 30

23  days you were showing dogs?

24     A     Yeah.

Douglas Holloway

Page 85

1       Q       How did you do?

2       A       Terrible.

3       Q       Didn't win anything?

4       A       No -- yeah, I won on ribbon.

5       Q       For what?

6       A       Points.  Points towards championship.

7    Terrible.

8       Q       Points towards championship?

9       A       Yeah.

10      Q       Is that some sort of cumulative, like

11   NASCAR type of thing where you get points for every

12   race?

13      A    Yeah.  The first time your dog -- how do

14   I explain it?  When you're -- the first time your dog

15   walks in the ring, he is what they call a class

16   animal.  And you accumulate a set of 15 points and

17   including two majors, and that makes a champion.

18      Q       So in order to become a champion or to be

19   victorious at a dog show, you're required to go to

20   more than one dog show?

21      A       Yes.

22      Q       When you left Florida on January 27th,

23   thereabouts, 2006 now, where did you go?  Did you

24   come back to Delaware?

Douglas Holloway

Page 86

1          A      Yes.

2          Q      And then you said you immediately took

3    the coach back to Indiana?

4          A      Unloaded the refrigerator and the freezer

5    and clothes and just unloaded the coach, and I drove

6    it immediately back to --

7          Q      When did you get to Indiana?

8          A      When did I get to Indiana?

9          Q      Beginning of February?  Did you drive

10   straight through?  Did you stop off at the Grand

11   Canyon?  What did you do?

12         A      Drove straight through.  Got there at --

13   hit a snowstorm on the way, nasty.  Ice and snow.  I

14   left that night about 5 o'clock, planning on driving

15   straight through.

16               Arrived at their facility, I

17   believe it was 9 o'clock when -- I guess it was about

18   9 o'clock, I think, something like that.

19         Q      How many days after you left?  Two, three

20   days?

21         A      Next day.

22         Q      So you got there at 9:00 a.m.?

23         A      Yes.

24         Q      Were they expecting you?

Douglas Holloway

Page 87

1      A    Yes.

2      Q    All right.

3      A    9:00 a.m. or 10:00 a.m., whenever.

4      Q    Gotcha.  And how long did they have the

5  coach?

6      A    Until last week.

7      Q    So approximately a month?

8      A    Yes.

9      Q    And when you presented it a month ago,

10  what were your complaints?

11     A    Slide was not working.

12     Q    And which --

13     A    Passenger slide and front.

14     Q    Passenger slide, front.  All right.

15          What else?

16     A    Slight rattle and shake in the back

17  slide, passenger side in the bedroom.

18     Q    All right.  I think we can agree the

19  Hydro-Hot?

20     A    Hydro-Hot.

21     Q    What else?

22     A    Door.  My driver's side window.

23     Q    The door chattering, the window

24  chattering, is that what you're referring to?

Douglas Holloway

Page 88

1          A     Window leaking air and the door

2     chattering and leaking air.

3          Q     All right.

4          A     Back bedroom TV to work.  Hydro-Hot.

5     Shocks.  I asked them to check the shocks, please.

6     Had them do a reservice on the motor.  Check the

7     batteries.

8          Q     All right.  What else?

9          A     Awning straps.

10          Q     All right.  You said a full lube also?

11          A     Yeah.

12          Q     Is that part of the service?

13          A     A complete service.

14          Q     All right.  Anything else?

15          A     Paint.  They had to do some painting on

16     my awning.  The paint had just chipped away.

17          Q     That was through use or some defect?

18          A     I guess weather, riding down the road.

19          Q     Wear and tear?

20          A     Yeah, wear and tear.

21          Q     All right.

22          A     I think that's about it.

23          Q     Were you charged anything for the

24     service?

Douglas Holloway

Page 89

1          A    $2,700, I believe it was.

2          Q    And what did that $2,700 --

3          A    Painting on my awning, the shocks, the

4     curtains in my bedroom, servicing.

5          Q    Anything else that you recall?

6          A    It was about a thousand dollars for my

7     shocks, a couple hundred for my -- I'm sure there's

8     more.  I'm just not recollecting right now.

9               MR. PISANO:  And these are the

10    bills that you provided me with today?

11              MR. CURTIN:  Yes.

12              MR. PISANO:  I'll take a look

13    through them in a minute.

14    BY MR. PISANO:

15         Q    The entire time you were in Florida for

16    that month, was the DIRECTV not working or did you

17    repair that?

18         A    In front it was.  In the bedroom it was

19    not.  I could pick up the same channel as the front

20    TV on the back bedroom TV.  I just could not

21    change -- when the front TV changed, the bedroom

22    changed.

23         Q    If your wife was watching TV in the

24    front, you couldn't watch something different in the

Douglas Holloway

Page 90

1    back?  All right.

2              Now, when did you take possession

3    of this coach?  Last week, you said?

4         A    I believe it was last week I went out.

5         Q    You actually went out and drove it back?

6         A    Yes.

7         Q    How is the passenger side front

8    slide-out?

9         A    Now it works.  It did not work when I got

10   there.  They had called and told me it was ready.

11   And when I got there and I was doing my inspection,

12   the slide was not working.  It kept creeping in.

13        Q    The back slide?

14        A    Seems to be fine.

15        Q    The Hydro-Hot?

16        A    Right now it seems to be fine.

17        Q    The door chatter?

18        A    Still there.

19        Q    Window --

20        A    Still there.

21        Q    -- leakage?

22              Did you report that back to Monaco?

23        A    I did, the day I got back.

24        Q    Back TV?

Corbett & Wilcox

Douglas Holloway

Page 91

1       A    Seems to be working perfect.

2       Q    Shocks replaced?

3       A    Shocks replaced.

4       Q    The full service, was that completed, the

5   best you could tell?

6       A    Yes.

7       Q    Batteries are okay?  Were they replaced?

8       A    They had to be replaced.

9       Q    Was there a charge for that?

10      A    No.  There was, and I had a discrepancy

11  with them.

12      Q    And they didn't charge you for it?

13      A    Correct.

14      Q    The awning straps?

15      A    I haven't pulled them out.  But right now

16  they're hanging, so I could see them, yes.

17      Q    Okay.  And the painting on the awning?

18      A    It's done.

19      Q    Anything else that's still bothering you

20  with the coach other than those items you just told

21  me about?

22      A    I haven't taken it out to use it.  So

23  it's like anything:  When you use it, you find out

24  exactly what's going to be -- what's going to be the