Douglas Holloway

Page 92

1   trouble.  But my quick glancing, everything was fine,

2   except for the --

3          Q     Well, quick glance and then you drove it

4   700 miles.  And then you parked it in your driveway.

5          A     Correct.

6          Q     Did you open up the slides when you got

7   home?

8          A     They're opened up right now.

9          Q     Have you used all of the electronic

10  components?

11         A     Yes.

12         Q     Did you try filling it with fuel at some

13  point?

14         A     Yes.

15         Q     How did that work out?

16         A     Seems to be fine.  I haven't turned on

17  the inside air conditioner, and that won't be until

18  you hit the hot weather.

19         Q     Gotcha.  That makes sense.

20               Your attorney -- we'll go ahead and

21  just mark this Holloway 1.

22               (Document marked Holloway Exhibit

23               1 for identification.)

24  BY MR. PISANO:

Douglas Holloway

Page 93

1        Q    Your attorney provided me with some

2  records today.  The first is a two-page document that

3  I've marked Holloway 1, for identification.  Ask you

4  to take a look at that for me, sir.

5                 Have you seen that document before?

6        A    I wrote it.  I wrote this part right

7  here, yes.

8        Q    Indicating the first page?

9        A    Yes.

10       Q    Take a look at the second page.  Have you

11  seen that document before?

12       A    This was the estimate that he faxed to

13  me.

14       Q    With regard to the last service?

15       A    Yeah.  This was the -- correct.  The

16  last -- yes.

17       Q    The last repair that you just picked up a

18  couple weeks ago?

19       A    Yes.

20       Q    Take a look at that second page for me,

21  that handwriting in the margins.

22       A    Here?

23       Q    Yeah.

24       A    That's mine.

Douglas Holloway

Page 94

1        Q      And up top on the left-hand side, also

2    yours?

3        A      Yes.

4        Q      And then if you take a look at the top

5    page, the cover page, where the exhibit sticker

6    actually is, that's all your handwriting?

7        A      This is, down here.  Not this part.

8        Q      Indicating everything that starts after

9    "Bob"?

10       A      See where it starts with a star and ends

11   down here?  That's my handwriting.

12       Q      So the star is yours and everything after

13   that --

14       A      Yes.

15       Q      Indicating that you still have the air

16   leak at the entrance door and that you didn't want to

17   pay for the batteries?

18       A      Correct.

19       Q      And the bedroom had been worked on last

20   time, so there should be no charge?

21       A      Correct.

22              (Document marked Holloway Exhibit

23              No. 2 for identification.)

24   BY MR. PISANO:

Douglas Holloway

Page 95

1          Q     I'm going to show you a document that

2     I've marked as Holloway 2 for identification.  It

3     purports to be an 11-page document that your attorney

4     provided to me today.  And I'll ask you to take a

5     look at that for me, sir.

6                 And after you've had a moment to

7     look at it, my question will be, have you seen that

8     document before?

9          A     Yes.

10         Q     I'm going to stand over your shoulder, if

11    you don't mind.

12                You have seen that document before?

13         A     Yes, I have.

14         Q     What does that document purport to be?

15         A     This is the document that Monaco filled

16    out when I dropped the coach off -- or it's the work

17    order.

18         Q     Okay.  With regards to the January 30th,

19    2006, service?

20         A     Yes.

21         Q     And that correlates to what we've marked

22    as Holloway 1, the repair estimate?

23         A     Yes.

24         Q     Okay.  Let me just thumb through this

Douglas Holloway

Page 96

1    real quick.

2              Do you know who numbered these

3    pages?

4         A    I did.

5         Q    And at Line 7, there's handwriting, "Had

6    to redo"?

7         A    Right.

8         Q    Whose handwriting is that?

9         A    That's mine.

10        Q    What are you referring to, "had to redo"?

11        A    When I picked it up when they told me it

12   was ready, when I was going over my checkout, they

13   had said it was fixed.

14        Q    When you say "it," what are you referring

15   to?

16        A    The slide.

17        Q    Which slide?

18        A    The passenger side, front.

19        Q    That was the one that was creeping in?

20        A    Yes.

21        Q    They said it was fine and it wasn't?

22        A    Correct.

23        Q    Okay.  When did you make these

24   handwritten notations?

Douglas Holloway

Page 97

1          A      When I faxed them over to my attorney.

2          Q      Okay.  And then on Page 4, I also see

3    handwriting.  Is that yours as well?

4          A      Yes.

5          Q      And that was done at the same time --

6          A      Yes.

7          Q      -- when you faxed it over to your

8    attorney?

9                 And that indicates "caused by hard

10   ride."  Did I read that correctly?

11         A      Right.

12         Q      What is that referring to?

13         A      It's a mirror that's on the wall, had

14   just jimmied loose.

15         Q      What are you basing the fact that it was

16   caused by a hard ride?

17         A      Because it was a tremendously bad ride.

18         Q      Which time?

19         A      Well, basically since I had had the

20   coach.

21         Q      So for 40,000 miles the coach has been --

22         A      Well, until I got it in -- they put new

23   shocks on it this trip.  I had the air ride adjusted

24   in --

Douglas Holloway

Page 98

1      Q      July at Harrisburg?   July 2005?

2      A      Correct, I think.   Yeah.

3      Q      So up until July 2005, basically a year,

4      couple months?

5      A      And the mirrors -- literally they

6      adjusted -- and on the last trip it was there in

7      September, they had fixed the mirror on the opposite

8      side of the one, and they didn't repair the one on

9      the right side.

10     Q      Is this an interior mirror?

11     A      Yes.

12     Q      Used in the living quarters?

13     A      Yes.

14     Q      Take a look at Page 6 at Line 15.   It

15     looks like handwritten notes that say "still

16     squeaks."   Did I read that correctly?

17     A      Correct.

18     Q      What is that referring to?

19     A      I believe it's the door -- no, it's

20     the -- the slide-outs have a squeak in it, and I have

21     yet to figure it out, where it's coming from.   I

22     asked them to find out, and they couldn't -- they

23     didn't acknowledge it.

24             It squeaks.   As you're driving down

Douglas Holloway

Page 99

1    the road, it squeaks.

2         Q    Okay.  Page 7, there's handwriting at

3    Line 17.  Looks like it's "caused by bad air ride

4    adjustment."  Did I read that correctly?

5         A    Right.

6         Q    What's the purposes of the handwritten

7    Xs?

8         A    Because I feel that the air ride, when I

9    first purchased the coach --

10        Q    Listen to the question.  What's the

11   purpose of the Xs?

12        A    Oh, that's just stating where it's at.

13        Q    Okay.  So you're referring to Page -- I'm

14   sorry -- Line 17?

15        A    Yeah.

16        Q    And what does that relate to?

17        A    The shocks.

18        Q    Okay.  And they've been replaced?

19        A    Yes.

20        Q    Were you charged for those?

21        A    Yes.

22        Q    Do you know the normal life expectancy,

23   as far as mileage, with regard to shocks on the motor

24   coach?

Douglas Holloway

Page 100

```
 1          A    No, do not.

 2          Q    Have you made any attempt to do any

 3    independent research?

 4          A    No.

 5          Q    Showing you Page 8 at Line 20,

 6    handwritten notes which indicates, "Still leaks air

 7    badly."  Did I read that correctly?

 8          A    Correct.

 9          Q    What is that referring to?

10          A    The door and the window.

11          Q    On Page 11, there's handwritten notes

12    with regards to -- looks like "total amount due."

13          A    Paid in full.

14          Q    Paid-in-full amount was $2,799.95; is

15    that correct?

16          A    Correct.

17          Q    And the invoice amount indicates the

18    grand total of, looks like $3,029.95; is that

19    correct?

20          A    Correct.

21          Q    What accounts for the adjustment from the

22    grand total that's printed versus the handwritten?

23          A    I don't know what was this total --

24    because it was -- actually, when I picked it up, it
```

Corbett & Wilcox

Douglas Holloway

Page 101

1    was this total.

2          Q    All right.  Indicating 2,891.95?  So

3    would you agree with me that Monaco reduced --

4          A    This right here, I think -- was this

5    Xantrex?

6          Q    Indicating Line 24?

7          A    I believe I had already -- this they had

8    worked on prior.

9          Q    Indicating Line 24, which is the

10   batteries?

11         A    No; Xantrex.  This is a --

12         Q    X-A-N-T-R-E-X?

13         A    Yeah.  It's an inverter/generator/starter

14   all combined into one.  They had worked on that

15   prior, and they were re-charging me for it.

16         Q    All right.  That accounts for $92 --

17         A    I have no idea what the other is.

18         Q    If we look through this, maybe we can --

19         A    Actually, I do.  Hold on.

20               $46 adjustment.  That was done

21   before I got there.  Keep going.

22         Q    $46 adjustment was done by Monaco before

23   you got there, something that they saw --

24         A    On the door.

Douglas Holloway

Page 102

1      Q      -- with regard to Line 20 --

2      A      Right there.

3      Q      -- which is the driver side cockpit area?

4      A      And the door.

5      Q      All right.  And that was done

6   unilaterally by Monaco, not at your --

7      A      Not at -- yeah; not by me.

8             (Document marked Holloway Exhibit

9             3 for identification.)

10  BY MR. PISANO:

11     Q      All right.  Next I want to show you a

12  two-page document that was marked as Holloway 3 for

13  identification, and I'll ask if you've seen that

14  document before.

15     A      Correct.

16     Q      Again, I apologize.  I'm going to stand

17  over your shoulder.

18             Would you agree with me that the

19  document is dated March 3rd, 2006, as the time when

20  the unit was in and the repair was started?

21     A      Correct.

22     Q      And what is this repair dealing with?

23     A      My slide.  Passenger slide, front.

24     Q      And that -- that's what you testified to

Douglas Holloway

Page 103

1    earlier, that when you picked up the coach, the slide

2    still wasn't fixed?

3        A    Correct.

4        Q    And there's handwritten notes on both of

5    the two pages?

6        A    Right.

7        Q    And it indicates, "Made to wait while

8    redoing slide, four and a half hours."  Did I read

9    that correctly?

10       A    Correct.

11       Q    And what exactly does that mean?

12       A    That means I was called 10 days prior to

13   that telling me that the coach was ready to be picked

14   up.  And when I got there, it wasn't ready.

15       Q    And after the conclusion of the four and

16   a half hours, did the slide work?

17       A    Correct.

18            MR. PISANO:  All right.  I think I

19   want to take a break right now.  This is a good place

20   to stop.  You all right with that, a five-minute

21   break?  And then we'll start back up in a couple

22   minutes.  I don't have too much longer for you.

23            (Brief recess.)

24   BY MR. PISANO:

Douglas Holloway

Page 104

1      Q    Okay.  Mr. Holloway, just a little bit

2  more.

3            Did you review anything today in

4  preparation for your deposition?

5      A    I was told to tell the truth.  Just

6  summary glances.  Nothing in detail.

7      Q    What did you glance at?

8      A    Some of the receipts that I had mailed

9  over to him and that was about all.

10     Q    What receipts?

11     A    Ones that you have in your possession,

12  the ones we just looked at, and some of the ones in

13  the book.

14     Q    What book?  Is that actually what you

15  looked at?

16     A    Yeah, just glanced.

17     Q    All right.  Indicating the exhibit book

18  prepared by your attorney?

19     A    Yes.

20     Q    Other than speaking with your attorney

21  and your wife, did you talk to anyone in preparation

22  for your deposition today?

23     A    Not at all.

24     Q    How often do you get the oil changed in

Douglas Holloway

Page 105

1    your coach?

2         A    Quite often, actually.

3         Q    Do you know what the owner's manual calls

4    for?

5         A    No, I do not.

6         Q    How often do you get it changed?  By

7    months, by mileage or a combination?

8         A    Usually by mileage and by months.

9              The last service change, it was

10   less than -- less than 3,000 miles.  Time before that

11   was probably less than 3,000 miles.

12        Q    Has it ever been greater than

13   3,000 miles?

14        A    It could have been, yes.

15        Q    Has it ever been greater than 5,000?

16        A    I don't believe so.

17        Q    So between 3- and 5,000 miles every time?

18        A    Yes.

19        Q    Now, there are various other component

20   systems in your motor coach; is that correct?

21        A    Yes.

22        Q    And I assume that the batteries need to

23   be serviced?

24        A    Yes.

Douglas Holloway

Page 106

1        Q    Do you know what the owner's manual calls

2    for with regards to battery service intervals?

3        A    No, I do not.  I service those -- I

4    service those every two weeks to -- to monthly,

5    depending on how much use there is.

6        Q    Have you ever gone longer than a month

7    servicing?

8        A    Never.

9        Q    Who performs your oil change?

10       A    Delaware Diesel.  They haven't had to in

11   a long time because it's been in the garage.  And

12   when it's been in the garage -- I mean, in either at

13   Lazy Days or Monaco, I've had those facilities doing

14   the servicing.

15       Q    How often or how many times do you think

16   Delaware Diesel has performed an oil change?

17       A    I don't recollect right offhand.

18       Q    More than five?

19       A    I can't tell you.

20       Q    All right.  How about the generators?  Is

21   that the same as the battery?  No, it's not; right?

22       A    No.

23       Q    Do you know what the owner's manual calls

24   for with regards to generator service intervals?

Douglas Holloway

Page 107

1        A     No, I do not.

2        Q     Have you ever read your owner's manual?

3        A     Ages back, yes.  When I first -- when I

4   first -- it was the same generator in my last coach,

5   and that's when I purchased it -- when I read it.

6        Q     The owner's manual that you read, was

7   that your 2001 coach or your 2004?

8        A     2001, same generator.  Same kind of

9   generator, some voltage.

10       Q     What about the owner's manual for the

11  actual coach?  Have you ever read the 2004 owner's

12  manual?

13       A     You mean for maintenance on the vehicle?

14       Q     For any purpose.

15       A     Yes, I have.

16       Q     What sections have you read?

17       A     Not right offhand, can't tell you.  I'll

18  sit there at the kitchen table, just reading.

19       Q     All right.  Your owner's manual purports

20  to be a 400-page document.

21       A     Uh-huh.

22       Q     How many of those 400 pages do you think

23  you have read?

24       A     I have no idea.  I know I have not read

Douglas Holloway

Page 108

1    all of them.

2         Q    More than half?

3         A    I can't even say if it's half.

4         Q    Have you ever read the chapters with

5    regards to your warranty?

6         A    No, I have not.

7         Q    Now, the battery and the generator you

8    service yourself or --

9         A    The batteries I service myself and keep

10   them up, keep them cleaned, water checked on a

11   regular basis.  And I mean within -- I used to work

12   on a golf course, so, I mean, that was a daily thing.

13   But these I check every -- it doesn't go past three

14   weeks or a month.

15        Q    What kind of water do you use?

16        A    Distilled.

17        Q    Who services your generator?

18        A    Monaco has for the past two times.

19   Delaware Diesel did the time before that.  Lazy Days

20   did the time before that.  It's done on a regular

21   basis.

22        Q    What do you mean by "a regular basis"?

23        A    It's been in the shop so much that when

24   it's in there, I just have them do a service job.

Douglas Holloway

Page 109

1    Check the oil regularly, antifreeze.

2        Q    How often do you check the oil?

3        A    Oh, probably every two weeks.  And I have

4    to say that for the simple reason that sometimes I

5    don't use the generator at all, and then other times

6    I'll use it for a whole weekend.  So I'm just giving

7    you an approximate --

8        Q    Gotcha.

9             We've talked about the diesel fuel

10   and the dashboard air conditioner.  Is there any

11   other portion of your motor coach that has given you

12   a problem that is not related to the living quarters?

13       A    The Hydro-Hot is connected to the engine.

14   It works the -- that works the heating components in

15   it.

16       Q    Does that work the heating components for

17   the living quarters or for the cab?

18       A    Both, I believe.  It runs off diesel, and

19   it runs right up through the radiator and the -- I

20   believe it goes right on through the engine.

21       Q    So when your Hydro-Hot is not working,

22   you don't have --

23       A    I have motor heat --

24       Q    Let me finish my question.

Douglas Holloway

Page 110

1            When the Hydro-Hot isn't working,

2       do you have cab heat?

3            A    Yes.

4            Q    And you believe that that's coming from

5       the engine?

6            A    Yes.

7            Q    And in a passenger car -- you own a

8       passenger car, your Honda Element?

9            A    Yes, I do.

10           Q    Where does that heat come from?

11           A    The engine itself.

12           Q    Anything else that is wrong with your

13      coach now or at any time since you took possession in

14      March of 2004 which relates to any system other than

15      the living facilities, except for the Hydro-Hot, the

16      diesel fuel and the front air conditioner, or the

17      dashboard air conditioner that we've spoken about?

18           A    Just the water leakage.  Is that

19      considered that, or no?

20           Q    Well, you tell me.

21           A    I believe it is, yes.

22           Q    Water leakage where?

23           A    In through the whole coach, front

24      dashboard, the whole roof.

Douglas Holloway

Page 111

1    Q    Anything else?

2    A    From the bedroom to the dashboard.

3    Q    Anything else?

4    A    Probably be the fuel leakage and the

5    filling of the fuel.  The water leakage and that, and

6    that's -- yeah.

7    Q    If we had to quantify the problems that

8    you've had with this coach, what percentage would you

9    attribute to the living facility problems versus

10   mechanical?  And by "mechanical," I mean engine

11   block, cab.

12                Would you say that the majority of

13   complaints have been living quarter-related?

14   A    No.

15   Q    Why wouldn't you say that?  What do you

16   base that on?

17   A    Well, the water leakage through the roof,

18   through the dash, the fuel spillage, the fuel

19   filling, leaking diesel, and the Hydro-Hot, to me is

20   all part of the drivetrain.

21   Q    And if you were to quantify living

22   quarter problems versus nonliving quarter problems,

23   could you attribute a percentage to it?

24   A    No.  I wouldn't even attempt to.

Douglas Holloway

Page 112

1    Q    All right.  Would you say the majority of
2    your problems have been living quarter problems or
3    nonliving quarter problems?

4    A    Nonliving quarter problems.

5    Q    Indicating the diesel fuel, the water
6    leakage, and the Hydro-Hot?  Anything else that I
7    forgot there?

8    A    Air ride suspension, I guess -- yeah,
9    suspension.  I'm not even going to -- I just can't
10   even begin to put a percentage on which direction to
11   go.

12   Q    All right.  Is there anything about your
13   coach that substantially impaired its use?

14   A    Not as of right now, no.

15   Q    How about in the last two years, since
16   you've taken possession?

17   A    Well, I can't really answer that.

18   Q    Do you not understand the question?

19   A    No, I understood it.  It's just that the
20   diesel fuel was leaking so bad, and I drove it to get
21   repaired.  But I wouldn't have continued to drive it
22   until they kept starting to work on it.

23   Q    Is there anything that has impaired the
24   safety of the vehicle in the last two years?

Douglas Holloway

Page 113

1          A     Yes.

2          Q     What's that?

3          A     The diesel fuel leakage, diesel spills.

4          Q     All right.  And how so?

5          A     And the Hydro-Hot.

6          Q     How has the diesel fuel created a safety

7     problem?

8          A     Well, the fuel is covering the whole

9     underneath of the coach.  It was coming down on top

10    of the generator when it was running, landing on its

11    exhaust pipe.  The whole underneath of the coach had

12    a diesel film all over it, landing on the motor's

13    exhaust pipe and coming up from underneath the

14    Hydro-Hot itself.

15         Q     Let's take a step back.  What about the

16    diesel fuel created a safety problem?

17         A     Well, at some time or another it's going

18    to get hot enough so it can catch fire.

19         Q     Has it happened?

20         A     It was a smoke stream coming out when my

21    wife was driving.

22         Q     Were you in the coach as well?

23         A     I was not.

24         Q     All right.  Other than your wife, did

Douglas Holloway

Page 114

1    anyone else witness that incident?

2         A    Just the gentleman that forced her off

3    the road.

4         Q    Do you know who that gentleman was?

5         A    No, I do not.

6         Q    Do you know if the authorities were

7    called as a result of that?

8         A    No, I do not.  I do not.

9         Q    Okay.  What about the Hydro-Hot that has

10   impaired the safety of the vehicle?

11        A    The Hydro-Hot itself caught on fire.

12        Q    When did that occur?

13        A    Exactly, I do not know.  When the

14   gentleman at Penn Diesel was taking it apart, he

15   showed me the components, basically just said I was

16   one lucky person.

17        Q    What gentleman was that?

18        A    The gentleman that was working on it.

19        Q    Do you know his name?

20        A    No.

21        Q    He is with Penn Diesel?

22        A    Penn Diesel.

23        Q    What exactly did he tell you?  Did he

24   tell you that the unit actually caught on fire?

Douglas Holloway

Page 115

1          A     Yes, he did.  He showed me the

2     components, showed me where it was burned, and it was

3     burned.

4          Q     And where are those components now?

5          A     In my possession.

6          Q     Do you have them at your house?

7          A     Yes.

8          Q     Can you provide them to your attorney?

9          A     Yes, I can.

10         Q     Anything else that's impaired the safety

11    of the vehicle?

12         A     No; just water leakage.  Came down and

13    covered the front windshield as I was driving down

14    the road.  When I hit my brake, it just literally

15    came down in front of me.

16         Q     The Hydro-Hot service that took place at

17    Penn Diesel, that was in the summer of 2005?

18         A     Yes.

19         Q     So you're not exactly sure when the

20    Hydro-Hot supposedly burnt up?

21         A     I have no idea.  It just was not working,

22    and it was summertime so we didn't need it.  I just

23    shut it down.

24         Q     You didn't do any visual inspection of

Douglas Holloway

Page 116

1    it?

2         A    You can't visually inspect it.  The

3    casing was off.  The cover was off coming back from

4    Custom Coach, is it, from Baltimore?  The casing was

5    still off the front cover.  You could look at it.

6    And it just was no -- you can't tell anything until

7    you take it all apart.

8         Q    Custom Coach couldn't make a diagnostic

9    read on whether or not it had caught on fire?

10        A    No.  They did not work on the component

11   itself to do a tune-up or find out why it wasn't

12   working.

13        Q    So looking at the Hydro-Hot with your

14   naked eye, you can't tell that there was a fire?

15        A    Cannot.

16        Q    It's all internal?

17        A    Yes.

18        Q    Is there anything that has impaired the

19   value of the coach?

20        A    The ceiling, replacing the ceiling, put a

21   cheaper ceiling in it.  The TV that I bought for the

22   bedroom is a cheaper TV.  Right offhand, that's as

23   much as I can think.

24        Q    Have you had the vehicle appraised?