Douglas Holloway

Page 117

1       A    No, I have not.

2       Q    Have you tried to sell it?

3       A    No, I have not.

4       Q    Have you done any investigation as to

5   what similar vehicles are selling for in the open

6   market?

7       A    Yes, I have.

8       Q    And what have you found?

9       A    The new models?

10      Q    Similar vehicles, meaning 2005 Beaver

11  Montereys with similar appointments and similar

12  mileage.

13      A    No, I have not.

14      Q    Have you ever taken it to any other

15  dealership for trade-in value?

16      A    No, I have not.

17      Q    So other than the repairs that have been

18  made to the ceiling and the television, as you sit

19  here today, that's what you're basing the impairment

20  of the value on?

21      A    Monaco told me that it was a cheaper

22  ceiling.  Monaco told me that it was a cheaper TV.

23      Q    But you haven't done anything to try to

24  sell the coach?

Douglas Holloway

Page 118

1        A    I have not.

2        Q    Do you have any intention on selling the

3   coach?

4        A    I have no idea as of right now.

5        Q    Is there any reason why you haven't sold

6   the coach or attempted to sell coach?

7        A    It's hard to sell it when it's in the

8   shop all the time.

9        Q    Now that it's back out of the shop, do

10  you have any intention of putting the coach up for

11  sale?

12       A    Not right offhand.

13       Q    Is there any reason you --

14       A    Because I have no idea which way this is

15  going.

16       Q    Is there anything that you think prevents

17  you from selling the coach?

18            MR. CURTIN:  Objection to the

19  extent that it calls for a legal conclusion.

20  BY MR. PISANO:

21       Q    I'm asking you your own knowledge.  Do

22  you have any type of knowledge to believe that you

23  can't sell the coach?

24       A    I don't know.

Douglas Holloway

Page 119

1        Q    You have no reason to believe that you
2  can or cannot sell the coach?

3        A    I have no idea on either question.

4        Q    Have you asked anyone about that --

5        A    No, I have not.

6        Q    -- whether or not you could sell the
7  coach?

8        A    I have not.

9        Q    Do you want to sell the coach?

10       A    I don't know.  Depending on the outcome
11  of this.

12       Q    What do you mean by "depending on the
13  outcome of this"?

14       A    Because we're in legality problems right
15  now.  So let's just --

16       Q    I'm sorry.  I'm still confused by what
17  you mean by that.  Do you not want the coach anymore?

18       A    We're going to find out what happens at
19  the end of this.

20       Q    Do you not want the coach anymore?
21  Sitting here today, do you want the coach?

22       A    We're going to find out what happens at
23  the end of this process.

24       Q    I don't understand the answer.  It's a

Douglas Holloway

Page 120

1    yes or no question:  Sitting here today, do you still

2    want the coach?

3            A    As of right now, I don't have a choice.

4            Q    And what are you basing that on?

5            A    Because I'm paying a mortgage on it, a

6    loan.

7            Q    Are you paying a mortgage on your house?

8            A    Yes, correct.

9            Q    Can you sell that?

10           A    Yes, I can.

11           Q    So why can't you sell your coach?

12           A    Depending on the outcome of this --

13           Q    Gotcha.

14                What do you want the outcome to be?

15           A    Right.

16           Q    What's your definition of "right?"

17           A    Monaco to stand behind their word.

18           Q    What do you mean by that?

19           A    To be treated fairly; how's that?

20           Q    You feel up to this point you haven't

21   been treated fairly by Monaco?

22           A    Correct.

23           Q    How so?

24           A    Been lied to.

Douglas Holloway

Page 121

1      Q    By whom?

2      A    By the gentleman called Art down in

3 Wildwood.

4      Q    Is he a Monaco employee?

5      A    Yes, he is.

6      Q    All right.  How did he lie to you?

7      A    Told me he did not have the coach, could

8 not find the coach, had no idea where the coach was.

9 Had to retain the services of my attorney, who then,

10 in return, called you or emailed you.  And in return,

11 I had an answer from Cindy Edget immediately

12 following, and they found my coach.  And it was in

13 Monaco possession the complete time.

14      Q    Do you plan on taking the coach for any

15 business or pleasure trips in the next three months?

16      A    Yes, I do.

17      Q    Where do you plan on going?

18      A    Let's see.  I'm going to meet my wife in

19 Carolinas.  She and I are going to take a few days,

20 go to Texas.  Also combined with dog shows.  I'm

21 going to take some time off, and she and I are going

22 to visit some friends in Missouri.  And just see --

23 stay in a resort or two.

24      Q    Is there any two-week period of time

Douglas Holloway

Page 122

1   between May and July that the coach will be available

2   in the state of Delaware?

3         A    I imagine if it's not broken down again.

4         Q    Do you plan on being away during the

5   month of May through July where the coach will not be

6   continuously available for any two-week period of

7   time?  And the reason why I'm asking is, in the event

8   I need to get the coach inspected, do you foresee any

9   difficulty presenting the coach for a two-week block

10  of time?

11        A    No, I don't believe so.  Whether my

12  business takes me out of the area.

13        Q    Well, we'll do it at your convenience.  I

14  just want to --

15        A    I don't have a schedule in front of me,

16  so I have idea.

17        Q    Gotcha.

18             Have you ever written any letters

19  to any periodical, magazine, trade show with regards

20  to your dealings with Monaco Coach?

21        A    Not at all.

22        Q    Have you ever posted anything on the

23  Internet with regard to --

24        A    Not at all.

Douglas Holloway

Page 123

1       Q     -- with regard to your dealings with

2   Monaco Coach?

3       A     My personal problems are my personal

4   problems with Monaco.

5       Q     How about with regards to Lazy Days?

6       A     My personal problems with Lazy Days --

7   and actually, I -- I tout Lazy Days.  I send people

8   to buy coaches there.

9       Q     Have you ever discussed your problems

10  with Monaco with any prospective buyer of a motor

11  home coach?

12      A     No.  If I have, it has never deterred

13  anybody from buying a Monaco.  In fact, I've sent --

14  I've sent people to buy Monaco products.

15      Q     Since 2004?

16      A     Just this past January.

17      Q     Who did you send?

18      A     A gentleman called Andrew Green.

19      Q     Where does Mr. Green live?

20      A     He lives in -- well, he's just married

21  and he moved.  I have no idea where his new address

22  is.  But he used to live in Bowmansville,

23  Pennsylvania.

24      Q     Bowmansville?

Douglas Holloway

Page 124

```
1           A    Yep.

2           Q    How do you spell his last name, G-R-E-E-N

3      or --

4           A    Correct.

5           Q    -- with an E?

6                You don't happen to know a street

7      address?

8           A    No, I don't.

9           Q    How do you know Mr. Green?

10          A    Through affiliated -- he and his father

11     and I were in competition for most of my life.  And

12     then Andrew is also in this business now.

13          Q    He's in the dog show business?

14          A    Yes.

15          Q    What facility does he work out of?

16          A    Well, he just moved.  That's what I mean.

17     I don't have his address.

18          Q    Well, what was the name of his business?

19          A    Greenfield, I believe.  I'm not sure.

20          Q    Greenfield?

21          A    Yeah.

22          Q    What was his father's --

23          A    We don't have so much -- he does not have

24     a boarding kennel or a grooming shop.  So he's not
```

Douglas Holloway

Page 125

1    a -- they basically show dogs.  So they go --

2    basically go by their names.

3            Q    Freelance, huh?

4            A    It's not freelance, no.  By no means.

5            Q    What's the father's name?

6            A    Peter Green.

7            Q    Where does Peter Green live?

8            A    Bowmansville, Pennsylvania.  His son

9    worked for him.

10           Q    Do you happen to know which street?

11           A    No; just Bowmansville.

12           Q    Do you happen to know who Andrew married?

13           A    Amy -- I don't know Amy's last name.

14           Q    Do you know where she was from?

15           A    New Jersey.

16           Q    Whereabouts?

17           A    Up near Somerset.

18           Q    All right.

19           A    And Andrew won't be buying a Monaco,

20   because he's buying a Renegade.

21           Q    What did you tell him about Monaco?

22           A    Well, they were liking it.  Actually,

23   they were liking --

24           Q    Your coach?

Douglas Holloway

Page 126

1    A    Yeah.

2    Q    All right.  What did you tell him?

3    A    Not a thing.  Just that it was a good

4  vehicle.  The compartment and storage areas were

5  right.

6    Q    And you told him it was a good vehicle?

7    A    Amy would have been buying it for her --

8  for her -- I can't say that she's -- she has a -- she

9  has a coach now, and I forget what it -- I think it's

10  a Fleetwood product.  But she was upgrading.

11    Q    And you told Andrew or Amy that it was a

12  good vehicle?

13    A    Yeah.

14    Q    And that was in January 2006?

15    A    Actually, I told them in 2005.  They had

16  been looking at coaches.  They had looked at the

17  coach that I have.  They looked at -- we all talk,

18  and we all look and speculate.

19    Q    When you say "we all," who are you

20  referring to?

21    A    Dog show people.

22    Q    Are you a member of any type of --

23    A    I am not.

24    Q    -- rally groups?

Douglas Holloway

Page 127

1    A    I think on the purchase of this coach, we

2  automatically belong to Beaver's rally.  And through

3  Lazy Days, I think it automatically is a -- I think

4  we're already a member.  But we don't -- I've never

5  participated in one, ever gone to one.

6        Q    Never been to a rally with this coach?

7        A    Never.

8        Q    Any other people that you've talked to

9  with regard to your Monaco product, the 2004 Monaco

10  product?

11        A    Harry Miller has one, exactly the same

12  thing.

13        Q    Was that -- he purchased that on your

14  recommendation?

15        A    We both were looking at them at the same

16  time.

17        Q    All right.

18        A    And I think he probably received his

19  prior to myself.

20        Q    Where does Harry Miller live?

21        A    Mechanicsville, Maryland.

22        Q    You don't happen to know the street

23  address, do you?

24        A    I do not.

Douglas Holloway

Page 128

1      Q      Have you ever talked to Mr. Miller about

2    your coach?

3      A      Yes.  We have both communicated back and

4    forth about our coaches.

5      Q      What have you said?

6      A      He had to go back out to the factory to

7    get his repaired also.

8      Q      How have you communicated with

9    Mr. Miller?

10     A      Just on a friendship basis.  He and I

11   have --

12     Q      Letters? telephone? carrier pigeon?

13   email?

14     A      Just vocal.

15     Q      Any emails?

16     A      No, just vocal.  He and I have been

17   friends for -- I can't remember how long.

18     Q      Anyone else that you've spoken to about

19   your Monaco product, your 2004 Monaco product?

20     A      Not the troubles of it, no.  I mean, we

21   could say we have trouble, but I never talk anything

22   about detail.

23     Q      Who have you told that you've had

24   troubles?

Douglas Holloway

Page 129

1      A      Don't recollect right offhand.

2      Q      Well, how many people do you think you've

3   spoken to about your troubles with Monaco?

4      A      Not many.

5      Q      More than five?

6      A      Oh, could be.

7      Q      More than ten?

8      A      Maybe not.  I don't know.

9      Q      So between five and ten?

10     A      Could be.  But not -- not to the point

11  where they know we're in legality problems.  Just

12  say -- because they always ask where my coach is or

13  if they see me, how are they doing and so on.

14     Q      What have you specifically told them?  We

15  know what you specifically haven't told them.  What I

16  want to know is, what have you specifically told

17  them?

18     A      Well, it was in the shop getting

19  repaired.

20     Q      Have you ever commented on the quality of

21  the product?  And I'll qualify that:  Have you ever

22  commented on the negative quality of the product?

23     A      Well, I said negative things, but I've

24  also said good things.  So it's -- it's not something

Douglas Holloway

Page 130

1    that I'm going to keep and -- and remember by detail.

2         Q    You don't recall who you've said negative

3    things to?

4         A    No, I do not.

5         Q    You don't recall the substance of those

6    negative things?

7         A    Do not.

8         Q    You just know that it was generically

9    negative?

10        A    It's not to a point where -- I've never

11   said anything to anybody that wouldn't stop them from

12   buying a Monaco product.

13        Q    That was my next question.  Do you know

14   if you ever persuaded someone not to buy a Monaco

15   product?

16        A    Never.

17        Q    No one has ever come to you and said,

18   "Hey, Doug, thanks.  Because of you, I didn't buy a

19   Monaco"?

20        A    Never.

21        Q    And, in fact, it's your testimony that

22   you believe you actually persuaded people to buy

23   Monaco?

24        A    I've -- yeah.  I've had people look into

Douglas Holloway

Page 131

1   Monaco products and --

2       Q    All right.  Now, have you had your 2005

3   income taxes prepared?

4       A    I don't know.

5       Q    Do you normally just send documents to

6   Dennis Snyder and he efiles, or does he send

7   paperwork back to you?

8       A    You and I have discussed this before.  My

9   wife, she takes care of that.

10      Q    All right.  That was Mr. Flowers that you

11  probably discussed it with.  The last deposition is a

12  blur to me; it was so long ago.

13           So you don't handle anything with

14  regards to the income taxes?

15      A    She does all the paperwork.

16      Q    All right.  Have you seen your 2004

17  income tax return?

18      A    I'm sure I've seen it, and just keep on

19  trying to make a living.

20      Q    Do you take any type of depreciation for

21  the motor home?

22      A    That I do not know.  I mean, that's --

23  that I'm just drawing a blank in.  I do know that I

24  write off my truck, because I believe that I just

Douglas Holloway

Page 132

1    strictly use that for dog show purposes.

2         Q    All right.  I cannot find it easily, but

3    I seem to recall your testimony with regard to your

4    last coach, that you were taking depreciation for

5    that --

6         A    Okay.  If that's --

7         Q    -- with Rainbow Kennels?

8         A    If that's so, then that's correct.

9         Q    My question is, do you believe that

10   that's still the case for the current coach?

11        A    I believe so.  If it is -- if it was on

12   the last coach, then it's going to be on this coach

13   also.

14        Q    All right.  At Page 118 of your last

15   deposition, the question was, "Okay.  So on your

16   corporate taxes, do you account for the motor home --

17              "Answer:  Yep.

18              "Question:  -- in terms of

19         depreciation?

20              "Answer:  Yes, I do."

21        A    Okay.

22        Q    Do you recall giving that testimony?

23        A    All right.  I don't.  But, I mean, it's

24   just --

Douglas Holloway

Page 133

1    Q    Sitting here today, do you have any

2    reason to disagree with that?

3    A    No, I don't.

4    Q    In other words, after the deposition, did

5    you go back and say, "Hey, I was wrong"?

6    A    No.

7    Q    And it's your testimony that you believe

8    that's still the case?

9    A    Yes.

10    Q    You stayed consistent?

11    A    I state the truth.  Right.

12        And when I leave here today, I'm

13    going to remember things that you asked me, and I'm

14    going to say, "Oops."

15    Q    Well, I'll tell you this:  Until we're

16    done today, in the event you remember something from

17    one of my questions or something that you forgot to

18    tell me, you can feel free to supplement.  And we'll

19    make a note of it.

20        And in the event there's an answer

21    that you've given me that you believe wasn't

22    completely true or was not completely accurate or

23    something along those lines, that's fine.  You can

24    feel free to change it.

Douglas Holloway

Page 134

1          And I think Mr. Curtin -- I don't

2    know what goes on down here.  You guys waive the

3    right to sign; is that correct?

4          MR. CURTIN:  We can, yeah.

5          MR. PISANO:  All right.  So there

6    you go.  You have that option as well.

7    BY MR. PISANO:

8          Q    Your attorney provided me with a copy of

9    correspondence on December 30th, 2005, regarding the

10   three-month repair opportunity at the factory.  And

11   I'm assuming that this is the September to

12   December 2005 repair?

13         A    Correct.

14         Q    He indicates, "The following items seemed

15   to be satisfactory:  The coach was properly

16   repaired."

17              You agree with that?

18         A    Correct.

19         Q    The ceiling appears to have been done

20   properly?

21         A    Correct.

22         Q    He indicates, "Monaco employees

23   apologized for the poor workmanship during the first

24   replacement"?

Douglas Holloway

Page 135

1    A    Correct.

2    Q    What Monaco employees apologized to you?

3    A    The ones where I was at the factory in

4    Plant 39, I think it is.

5    Q    Are these factory workers or supervisors?

6    Or do you have any way --

7    A    Bob McKenley.

8    Q    Bob McKenley apologized to you?

9    A    Yes, he did, for being -- the way the

10   workmanship was done.

11   Q    Those are the specific words that he

12   used?

13   A    I don't recall the specific words that

14   were used, but he did apologize.  And as he said, he

15   never would lie to me.  I remember him saying that he

16   would never be lied to, and he would try to make

17   due -- make due -- right that was done wrong.  I

18   forget the exact wording.

19   Q    Anyone else that you recall having a

20   discussion with a Monaco employee with regard to an

21   apology or any type of --

22   A    No.

23   Q    -- indication that workmanship wasn't

24   performed or that the quality of the workmanship --

Douglas Holloway

Page 136

1    A    Oh, Joe Cucumber -- I call him Cucumber

2    because I don't know how to pronounce his name.

3    Q    Call him Joe Cucumber; that's fine.

4    We'll figure out who he is.

5    A    He's probably going to slap me upside the

6    head.

7    Q    I'm afraid I'm going to get him mixed up

8    with Johnny Celery.

9    A    But he did -- he came in when he looked

10   at the workmanship of the vehicle.  And he said that

11   when he put the -- when the new ceiling was going in,

12   it would be correct.

13   Q    All right.  Mr. Curtin also represents

14   that the new television that replaced the vandalized

15   television is of acceptable size and quality?

16   A    Same thing as it was when we purchased

17   the coach.

18   Q    That was the front TV, the LCD?

19   A    Correct.

20   Q    We've already talked about the Hydro-Hot

21   system.  What I'm concerned about here is the front

22   fan does not work at all.  Do you know that to be --

23   A    It does now.

24   Q    What fan was that?

Corbett & Wilcox

Douglas Holloway

Page 137

1    A    It's a blower off -- in the dashboard.

2    Q    Okay.  And the soda and refrigerator fans

3    blow very weakly?

4    A    Right.  Underneath the refrigerator.

5    Q    Was that corrected?

6    A    As of right now, yes.

7    Q    The Aladdin System.  I assume that's the

8    water-retention tank?

9    A    Yeah.  Gives you -- it gives you a

10   readout of all -- itinerary of the coach, whether it

11   be the water tanks, fecal, gray water.  Gives you oil

12   pressure.  Gives you --

13   Q    The nerve center of the coach, if you

14   will?

15   A    Correct.

16   Q    Mr. Curtin represents that the Aladdin

17   System was reporting an anomaly with the water tank.

18              Has that been corrected?

19   A    Not correctly.

20   Q    What do you mean?

21   A    Well, it has a 100-gallon tank in there,

22   and it's still reading that I have 148 gallons.

23   Q    Well as of December 30th, it was

24   indicating 300 gallons.

Douglas Holloway

Page 138

1        A    Correct.

2        Q    We're going in the right direction?

3        A    Yeah.

4        Q    All right.  The main generator control

5    switch --

6        A    Yes.  Corrected.

7        Q    -- was that repaired?

8             Front passenger slide-out, you've

9    already talked about that.  It was the

10    four-and-a-half-hour wait.

11             The television display problems

12    with the front and the back, has that been repaired?

13        A    Correct.

14        Q    And then you indicated that you paid

15    $2,500 for a service package, and the coach batteries

16    were not serviced, potentially damaging them.

17             Have you had to replace those

18    batteries?

19        A    They replaced them.

20        Q    At no charge?

21        A    Yes.

22        Q    And the glue was removed from the

23    countertops and the --

24        A    My wife removed that.

Douglas Holloway

Page 139

1       Q    Carpeting was steam cleaned and taken

2   care?

3       A    No.  My wife has done all of that.

4       Q    And while I'm thinking of it -- I'm not

5   going to mark it as an exhibit.  But what I would

6   like to show you is, you indicated earlier today that

7   you reviewed the exhibit package provided by your

8   attorney in preparation for your deposition today.

9       A    Yeah, yeah.

10      Q    At Tab No. 9, it purports to be a copy of

11  the 2004 owner's manual and warranty.

12           Did you happen to have an

13  opportunity to review that this morning?

14      A    I just glanced.  I didn't read that in

15  detail.  I just really glanced through this whole --

16      Q    Well, there are several pages which

17  purport to have highlighting on them.  And I'm going

18  to show you, for the record, Page 1 of the warranty.

19           And I ask, if you look at that

20  first paragraph, do you see remnants of highlighting

21  from a photocopier?

22      A    Yes, I do.

23      Q    All right.  And I think if you want to

24  flip through those pages, I think you could see it on

Douglas Holloway

Page 140

1       Page 2 --

2                A      Uh-huh.

3                Q      -- and several other pages.

4                A      Correct.  Okay.

5                Q      My question is, do you know who put the

6       highlighting on that warranty?

7                A      I probably would imagine my attorney.

8                Q      You didn't do it, though?

9                A      Correct.

10               Q      Your wife didn't do it, as far as you

11      know?

12               A      Not as far as I know.

13                      (Document marked Holloway Exhibit

14                      4 for identification.)

15      BY MR. PISANO:

16               Q      I'm going to show you a document which

17      I've marked as Holloway 4 for purposes of

18      identification, which purports to be a three-page

19      document, and ask you to take a look at that for me,

20      please.

21                      MR. PISANO:  Chris, I do have a

22      copy for you.

23      BY MR. PISANO:

24               Q      Have you seen that document before, sir?

Douglas Holloway

Page 141

1        A     That was many years ago; yes.

2        Q     If you look at Page 3, is your signature

3    on that page?

4        A     Yes, it is.

5        Q     And would you agree with me that this

6    purports to be the retail installment contract and

7    security agreement regarding the 2001 Beaver Monterey

8    Seaclip?

9        A     Yes, it is.

10       Q     Would you agree with me that that coach

11   was subject to a prior lawsuit?

12       A     Yes, it was.

13       Q     And as a result of the settlement of that

14   lawsuit, you were given the current 2004 Beaver

15   Monterey; is that correct?

16             MR. CURTIN:   Object to the word

17   "given."

18             THE WITNESS:   I was going to --

19   yeah, it was not given.

20   BY MR. PISANO:

21       Q     Okay.

22       A     We came to terms.

23       Q     Understood.

24             Do you recall the purchase price of