Douglas Holloway

Page 142

1    the 2001 Beaver Monterey?

2         A    Not right offhand.  But I'm sure it's in

3    here, is it not?  $165,000, is that what I --

4    170,000?  I guess $170,000, approximately.

5         Q    And if you look on the first page of the

6    retail installment contract, what percentage rate did

7    you -- strike that.

8                   Did you finance a portion of that

9    $170,000 purchase price?

10        A    Yes, I did.

11        Q    How much of the purchase price did you

12   finance?  Would you agree with me that the Holloway 4

13   purports to represent $154,901.52 as being the

14   financed amount?

15        A    Yes, I would.

16        Q    Does that comport with your recollection?

17        A    Yes, it would.

18        Q    Any reason to disagree with that?

19        A    Not at all.

20        Q    And would you agree with me that you

21   financed that at 9.5 percent?

22        A    Yes.

23        Q    And you would agree with me that your

24   monthly payments were $1,443.89?

Douglas Holloway

Page 143

1          A     Yes, I would.

2          Q     And that the amount of credit -- strike

3     that.

4                And that the dollar amount -- the

5     credit cost to you would have been $191.63 (sic) and

6     change, if you had taken the payment schedule to 240

7     payments?

8          A     191,000, you mean?

9          Q     Right.  $191,632 and some change.

10         A     Yes, it would have.

11         Q     Would you agree with that?

12         A     Yes, I would.

13         Q     Now, as a result of the settlement for

14    the 2001 coach, what happened to your payment plan

15    with the bank?

16         A     I'm purchasing the -- on the new vehicle.

17    We refinanced it through Lazy Days and received a

18    cheaper, a lesser payment monthly.

19                (Document marked Holloway Exhibit

20                5 for identification.)

21    BY MR. PISANO:

22         Q     I'm going to show you a document which

23    I've marked as Holloway 5.  This purports to be a

24    two-page document.

Corbett & Wilcox

Douglas Holloway

Page 144

1              Would you agree with me that it's

2    titled "Retail Installment Contract, Security

3    Agreement and Disclosure Statement"?  Would you agree

4    with that?

5         A    Yes.

6         Q    Would you agree that surrounds the

7    financing of a 2004 Beaver Monterey?

8         A    Correct.

9         Q    And if you look at that vehicle

10   identification number, would you agree that that

11   vehicle, that 2004 Beaver Monterey identified by that

12   vehicle identification number, is the motor coach at

13   issue in the subject litigation?

14        A    Yes.

15        Q    If I could draw your attention halfway

16   down the page, where it says, "Estimation of the

17   amount financed," it says, "Down payment equals net

18   trade in."

19              Do you see where I'm reading from?

20        A    I'm seeing it, yeah.

21        Q    $122,633.23?

22        A    All right.

23        Q    What did you trade in for your 2004

24   Beaver Monterey?

Douglas Holloway

Page 145

1          A     It was terms in the lawsuit that we

2     were -- that we were in over this coach.  The repairs

3     that I had foregone, the original lawsuit, the amount

4     of money that we came to terms with that I would

5     forego to -- in return that they would upgrade to

6     this coach.

7          Q     So Monaco issued you a credit of

8     $122,633.23 to be used towards the purchase of a new

9     2004 Beaver Monterey?

10                    MR. CURTIN:  Objection to the term

11    "used."

12                    THE WITNESS:  Yeah, I don't --

13                    MR. PISANO:  What's objectionable

14    about my terms?

15                    MR. CURTIN:  This was not a -- that

16    was a negotiated settlement of a lawsuit, and both

17    sides gave up consideration in order to reach the

18    agreement.

19                    The total value of the damages from

20    that lawsuit far exceeded 122,000.  They were over

21    300,000, as demonstrated earlier.

22                    In reaching that compromise, the

23    Holloways gave up claims, and so did Monaco.

24                    MR. PISANO:  So you object to the

Douglas Holloway

Page 146

1    form?

2                    MR. CURTIN:  Form of the question.

3    BY MR. PISANO:

4        Q    All right.  Did you understand my

5    question?  Would you like me to repeat it?

6        A    It wasn't a trade-in.

7        Q    I didn't ask if it was a trade-in.

8        A    Go ahead.  Ask it.

9        Q    Would you agree that Monaco issued you a

10   credit of $122,633.23 to be used as --

11       A    No, they did not.

12       Q    Where did that money come from?

13       A    It came through terms.

14       Q    Did you pay it?

15       A    I put $25,000.

16       Q    Did you pay any of the $122,633.23?

17       A    I'm just going to let that rely on my

18   attorney's --

19       Q    To your recollection, did you pay any of

20   the $122,633.23 out of your own pocket?

21       A    I don't know how to answer that, then.

22       Q    It's a yes or no.  Did you pay it out of

23   your pocket?

24       A    No, it's not a yes or no.  It's not a yes

Douglas Holloway

Page 147

1      or no.  And I really don't know how to answer it

2      because it came to terms on this lawsuit of over

3      $300,000, plus --

4              Q    Did you write a check --

5              A    -- plus my service for $20,000-plus.

6              Q    Did you write a check in the amount of

7      $122,633.23 to Lazy Days to finance the 2004?  Did

8      you write a check in that amount to finance a 2004

9      Beaver Monterey?

10             A    I'm not going to answer that, because I

11     don't know how to answer that correctly.

12             Q    That's a yes or no:  Did you write a

13     check or not?

14             A    I don't know how to answer that

15     correctly.

16                  MR. PISANO:  What I'm going to do

17     is make a request for Mr. Holloway's checkbook,

18     checkbook register and checking account records for

19     2004 to determine whether or not he wrote a check.

20     And I'll follow that up in writing.

21                  MR. CURTIN:  When you do so, we'll

22     respond.

23                  MR. PISANO:  That's fine.

24     BY MR. PISANO:

Douglas Holloway

Page 148

1    Q    Did you write a check for $25,500?

2    A    Yes.

3    Q    With regards to a cash down payment?

4    A    Yes.

5    Q    That part you remember?

6    A    Yes.

7    Q    All right.  But you can't remember if you
8    wrote a check for 122,000?

9    A    Correct.

10   Q    That's interesting.

11         MR. CURTIN:  Objection to the form,
12   because there are other ways of transferring
13   compensation.

14         MR. PISANO:  And that's fine.  And
15   I will explore the other ways.  My question was very
16   specific.  It was a yes or a no.  He can say no, and
17   then I can investigate the other ways of transferring
18   compensation.  But we're to the point now that --
19   that's fine.  I'll leave it.  All right.

20   BY MR. PISANO:

21        Q    Do you recall the amount financed on the
22   2004 Beaver Monterey?

23        A    Oh, I'm sure it's on here, is it not?
24   What is it?

Corbett & Wilcox

Douglas Holloway

Page 149

1    Q    Box 3 identifies $120,017.12.  Does that

2    comport with your recollection?

3    A    Yes, it does.

4    Q    And the dollar amount the credit would

5    cost you if you were to take the loan to its maturity

6    would be 78,575.68; would you agree with me?

7    A    Correct.

8    Q    If my math is correct, the difference

9    between your 2004 loan and your 2001 loan with regard

10   to the finance charges is $113,057.  Does that look

11   about right to you?

12   A    All right.

13   Q    Would you agree with me that the reason

14   why the finance charge difference is $113,000 in your

15   favor is because the percentage rate is 5 percent

16   cheaper?

17   A    Yes.

18   Q    And would you also agree with me that

19   your monthly payment has now been reduced $616.42?

20   A    Yes.

21   Q    And that over the life of the loan --

22   strike that.

23        MR. PISANO:  While I'm thinking of

24   it, I'm also going to request a copy of the 2004 and

Douglas Holloway

Page 150

1    2005 personal and corporate tax returns.

2                    MR. CURTIN:    Objection; irrelevant.

3    Make your request and we'll respond.

4                    MR. PISANO:    Certainly.    Which part

5    do you find irrelevant, the personal or the

6    corporate?

7                    MR. CURTIN:    Both.    The nature of

8    the use has nothing to do with whether it's covered

9    by warranty or Lemon Law.

10                   (Document marked Holloway Exhibit

11                   6 for identification.)

12   BY MR. PISANO:

13        Q    Okay.    Draw your attention to Holloway 6.

14                   Have you ever seen that document

15   before?

16        A    If I have, I don't recollect.

17        Q    Would you agree with me that it's a

18   two-page document entitled "Beaver Motorhome Limited

19   Warranty"?

20        A    Yes, it is.

21        Q    Do you have any problem reading English?

22        A    No, I do not.

23        Q    Can you read the second paragraph into

24   the record for me, please, beginning with "if you

Douglas Holloway

Page 151

1    use."

2         A    "If you use a motor home for any rental,

3    commercial or business purposes whatever in the

4    limited warranty provided, warrantor covers your new

5    motorhome when sold by authorized dealer for 90 days

6    from the original retail purchase date or the first

7    24,000 miles of use, whichever occurs first.  In

8    addition, the limited warranty provided by warrantor

9    covers the steel or aluminum frame, structure of the

10   sidewalls, excluding slide-outs, roof and rear front

11   walls for 12 months from the original retail purchase

12   date or the first 24,000 miles of use, whichever

13   occurs first.  A conclusive presumption that your

14   motor home has been used for commercial and/or

15   business purposes arises if you have filed a federal

16   state tax form claiming any business tax benefits

17   related to your ownership of the motorhome."

18             MR. PISANO:  I renew my request for

19   a corporate tax return.

20             MR. CURTIN:  Make your request

21   afterwards, and we'll respond.

22             MR. PISANO:  Thank you.  So, in

23   other words, you're going to need a written request?

24             MR. CURTIN:  Well, you said you'll

Douglas Holloway

Page 152

1    be doing a written request for all of them anyway.

2                    MR. PISANO:  Not for all of them.

3    I said I'd follow up with a written request.

4                    MR. CURTIN:  But when you do, we'll

5    respond.

6                    MR. PISANO:  I appreciate it.

7    BY MR. PISANO:

8         Q    Have you ever missed a loan on the 2004

9    motor home?

10        A    No.

11        Q    Have you ever been late with a loan --

12   with a loan payment?

13        A    No.

14        Q    I should qualify that.

15             Do you know if you put any money

16   down on the 2004 coach -- personal moneys, other than

17   the $25,500 check?

18        A    I believe -- I forget if I gave them $100

19   to hold the coach or not.  I mean, I just don't

20   recollect.

21        Q    All right.  Well, there was nothing on

22   the retail installment contract.

23        A    Then I probably didn't.

24        Q    All right.

Douglas Holloway

Page 153

1      A    I just don't remember.

2      Q    Understood.  Understood.

3                Now, you testified earlier that

4    you've never read your limited warranty with regards

5    to the 2004 coach?

6      A    Not in completion, no.

7      Q    Which parts of it did you read?

8      A    Just glancing through it.

9      Q    Is there anything about the warranty that

10   sticks out in your head?

11     A    The only thing I can say is, because when

12   I was reading the -- I believe it was the 12th

13   month -- in the last warranty, that's the reason why

14   I asked for the extended warranty service on this.

15     Q    And to your understanding, did you

16   receive an extended warranty?

17     A    Hopefully I did.  I have never ever

18   received documented knowledge that I have.

19     Q    Did you ever ask anyone for that?

20     A    Yes, I did.

21     Q    How did you ask somebody?  By writing?

22   Through your attorney?

23     A    I called -- in fact, actually I called

24   Cindy Edget.  And that's who I called and left a

Douglas Holloway

Page 154

1    message on hers when the Hydro-Hot itself was being

2    worked on.

3                    And I'd had a flat tire, actually.

4    So that's when I asked.  But I've still not yet ever

5    received documentation that I have an extended

6    warranty for seven years.

7         Q    Do you know if you, your wife or your

8    attorney has ever made a written request for the

9    terms of the extended warranty?

10        A    I do not know.

11        Q    Do you know what the time frame -- strike

12   that.

13                   Do you know what the extended

14   warranty period is -- mileage? months?

15        A    I believe it's seven years, 70,000 miles.

16        Q    Do you know what that covers?

17        A    Anything to do with the drivetrain,

18   chassis, drivable components, I believe.

19        Q    So not a bumper-to-bumper warranty?

20        A    I don't believe it covers the TVs or

21   anything inside of luxury.

22        Q    So the living quarters wouldn't be

23   covered; just the drivetrain?

24        A    I believe the roof and ceiling would be.

Douglas Holloway

Page 155

1    Leakage, windows, doors.

2         Q    Do you know what the service intervals

3    are for the roof of that coach?  Have you ever looked

4    at that in the owner's manual?

5         A    No, I never have.

6         Q    Never had any independent knowledge with

7    regard to the service on the roof?

8         A    I don't think I really have had to worry

9    about that opportunity, seeing that it's been in the

10   shop every time and they've had to look at it.

11        Q    So you don't know one way or the other if

12   you've neglected --

13        A    I haven't had time to neglect it.

14        Q    Let me finish my question.

15             You don't know one way or the other

16   whether or not you've neglected to conform with the

17   roof inspection and recaulking requirements of the

18   owner's manual.

19        A    I have not have had the time to worry

20   about if I have neglected it, because it's been in

21   the shop so many times that it's never gone over

22   three or four months where it has to be being taken

23   care of.

24        Q    But you don't know what the time period

Douglas Holloway

Page 156

1    is for --

2         A    If it's daily, I'm over it.

3         Q    Okay.

4         A    And I don't believe it's daily.

5         Q    What are you basing that on?

6         A    I don't buy a car to have my roof checked

7    daily.

8         Q    What do you buy a car for?

9         A    Transportation.

10        Q    What did you buy the motor home for?

11        A    Relaxation, transportation.

12             MR. PISANO:  That's it, sir.

13             THE WITNESS:  Thank you.

14             MR. PISANO:  Thank you.  Appreciate

15   your coming.

16             MR. CURTIN:  I do have a few

17   questions.  We'll start in reverse order.

18                  EXAMINATION

19   BY MR. CURTIN:

20        Q    You were asked some questions about the

21   savings that were gained by refinancing at a lower

22   interest rate.

23             Did Monaco do the refinancing?

24        A    No.

Douglas Holloway

Page 157

1              MR. PISANO:  Objection to the form.

2              MR. CURTIN:  What's the objection

3     to the form?

4              MR. PISANO:  If he can answer it,

5     he can answer.  I don't need to answer your question.

6     I'm putting my objection on the record.

7     BY MR. CURTIN:

8         Q    Mr. Pisano asked you to read some of the

9     warranty.  I think it was --

10             MR. PISANO:  6.

11    BY MR. CURTIN:

12        Q    -- Plaintiff's Exhibit 6.  Do you

13    remember reading anything that says that their

14    warranty preempts either state law or federal law?

15             MR. PISANO:  Objection to the form.

16    No. 1, you called it Plaintiff's Exhibit, and it's

17    Holloway 6.  And I object to the form of the

18    question.

19    BY MR. CURTIN:

20        Q    With that correction, do you recall

21    reading anything --

22        A    No.

23        Q    -- that their warranty preempts state or

24    federal law?

Douglas Holloway

Page 158

1       A    No.

2       Q    On the purchase -- or the retail

3  installment sales contract, Holloway Exhibit No. 5,

4  what is the description of the vehicle that was

5  purchased?

6       A    It's a Monterey Beaver Laguna.

7       Q    And what is the year?

8       A    2004.

9       Q    And the odometer had how many miles when

10  you -- at the date of the purchase?

11       A    Over 3,000, approximately.  Exactly

12  3,423.

13       Q    And who was the purchaser?

14       A    Douglas and Rita Holloway.

15       Q    Who signed the retail installment sales

16  contract?

17       A    Douglas and Rita Holloway.

18       Q    Is Douglas and Rita Holloway the name of

19  your business?

20       A    No.

21       Q    What is the name of your business?

22       A    Rainbow Kennels, Inc.

23       Q    The sales contract that was for the

24  purchase of this automobile under Tab 4 of the book

Corbett & Wilcox

Douglas Holloway

Page 159

1    of documents that we've previously referred to, what

2    is that document?

3         A    It's a buyer's order for Douglas Holloway

4    or Rita Holloway.

5         Q    And who signed it?

6         A    Douglas Holloway and Rita Holloway.

7         Q    Was this vehicle purchased in the name of

8    your business?

9         A    No, it was not.

10        Q    You testified that occasionally you used

11   this vehicle for business.  And you also testified

12   that you bought it for relaxation and transportation.

13        A    Yes.

14        Q    How do you use it for business?

15             MR. PISANO:  Objection to the form.

16   BY MR. CURTIN:

17        Q    You can answer.

18        A    I'll go to a facility or I'll go to an

19   area, and we try to enjoy the area while we're there,

20   while I go to work.

21        Q    And is that any different from when

22   you're using it on vacation?

23        A    Basically not, no.

24        Q    How long after you purchased the vehicle

Corbett & Wilcox

Douglas Holloway

Page 160

1    was it before you had complaints about the water

2    leakage?

3            A      Immediately.   The exact time I don't

4    know, but it was within a month.   It was very -- it

5    was a very short time before the water leak started

6    coming and appearing.

7            Q      Now, you were asked some questions about

8    the $122,000 someplace in here, in one of these that

9    purportedly Monaco settled.

10                  Did you ever see a check from

11   Monaco go to Lazy Days for the purpose of purchasing

12   this new automobile?

13           A      I did not.

14                  MR. PISANO:   Objection to the form.

15                  THE WITNESS:   I did not.

16   BY MR. CURTIN:

17           Q      And did you give up claims in settlement

18   of the lawsuit that were part of the consideration

19   for the purchase price of the 2004 coach?

20           A      Yes.

21                  MR. PISANO:   Objection to the form.

22                  THE WITNESS:   Yes.

23   BY MR. CURTIN:

24           Q      And are some of those claims summarized

Douglas Holloway

Page 161

1    under Tab 3 of the document book that Mr. Pisano

2    referred to as well --

3          A    Yes.

4          Q    -- as some of the claims of damages for

5    that old lawsuit?

6          A    Yes.

7                MR. PISANO:  Objection to the form.

8    Objection to the use of Tab No. 3, the documents

9    contained at Tab 3.

10                THE WITNESS:  Yes.

11   BY MR. CURTIN:

12          Q    What economic damages are summarized

13   there under Tab 3 for that old lawsuit?

14                MR. PISANO:  Objection to the form.

15                THE WITNESS:  You mean the price of

16   it or --

17                MR. PISANO:  Renew my objection to

18   the use of the documents contained in Tab 3.

19   BY MR. CURTIN:

20          Q    The economic damages.

21          A    It was $329,318.19.

22          Q    And was giving up those claims part of

23   the consideration for purchasing the 2004 Beaver

24   Monterey?

Douglas Holloway

Page 162

1              MR. PISANO:  Objection to the form.

2              THE WITNESS:  Yes.

3   BY MR. CURTIN:

4        Q    Was this 2004 coach purchased for the

5   business or for personal, household or family use?

6              MR. PISANO:  Objection to the form.

7              THE WITNESS:  Family use.

8   BY MR. CURTIN:

9        Q    On occasion, when you tow a vehicle, do

10  you occasionally put a vehicle on a flatbed to tow

11  it?

12       A    Yes, I do.

13       Q    What vehicle do you tow on the flatbed?

14       A    My wife's personal car or my station

15  wagon, my Honda Element, which I flat tow also.

16       Q    Is the coach set up for towing?

17       A    Yes, it is.

18       Q    Has anyone ever suggested to you at a

19  repair facility that there's been anything improper

20  about towing with this vehicle?

21       A    Not at all.

22       Q    The automobile damage that you were asked

23  about resulting from the -- let's start with the

24  smoking fuel cloud incident, when the car was taken

Douglas Holloway

Page 163

1     off the highway and hit curb and guardrail.

2                      What became of that damage?

3                      MR. PISANO:  Objection to the form.

4                      THE WITNESS:  I put a claim in to

5     the insurance company, and Lazy Days repaired it.

6     BY MR. CURTIN:

7          Q    And it was paid for by your insurance?

8          A    Yes, it was.

9          Q    Was it repaired satisfactorily?

10         A    Yes.  They had a couple of areas that

11    paint had run and eventually repaired it.  There's

12    still a couple of spots on it that the paint has run

13    and the -- but it's acceptable.

14         Q    And the vandalism repair, was that paid

15    for by your insurance?

16         A    Yes, it was.

17         Q    And has the coach suffered any loss in

18    value because of the repairs that were made and paid

19    for by your insurance?

20                     MR. PISANO:  Objection to the form

21    of that question.

22                     THE WITNESS:  Not now, no.

23    BY MR. CURTIN:

24         Q    How soon after you purchased the 2004

Douglas Holloway

Page 164

1    coach did water leakage from the roof start?

2                    MR. PISANO:  Objection to the form.

3                    THE WITNESS:  Immediately.

4    BY MR. CURTIN:

5         Q    And in what time frame after your

6    purchase did you observe water stains?

7         A    Shortly after the purchase.

8         Q    And where were the water stains?

9         A    In the ceiling of the living room on the

10   driver's side and the passenger sides.  Bedroom

11   spot -- and the back, coming down through the front

12   dash, coming through the front ceiling.

13        Q    Now, have you had any conversations with

14   anybody from Monaco about the effect of the latest

15   replacement of the ceiling on the value of the coach?

16        A    Just the -- just the factory itself

17   stating that it would be of a lesser quality.

18        Q    And does that have an effect on the value

19   of the coach?

20                   MR. PISANO:  Objection to the form.

21                   THE WITNESS:  That would be up to

22   Monaco or the person that's getting the coach.  I

23   believe it does.

24   BY MR. CURTIN:

Douglas Holloway

Page 165

1          Q     Now, without showing you any repair

2     documentation from Monaco, Mr. Pisano asked you a

3     number of questions about a number of repairs.  And I

4     would just like to ask you a couple of questions that

5     are similarly general.

6                    Did most of the repairs result in

7     Monaco's service technicians finding a problem that

8     was covered by the warranty?

9                    MR. PISANO:  Objection to the form.

10                   THE WITNESS:  I believe so.  I

11    would think -- I didn't pay any money out for them

12    to -- for them to repair it, so I guess that's the

13    answer.

14    BY MR. CURTIN:

15         Q     Do you know whether they found any

16    problem with the roof that was causing it to leak?

17         A     Many occasions.

18         Q     What problem did they find, to your

19    knowledge?

20         A     Where the awning was connected, where the

21    seam was coming down the side.  Up on top where the

22    air conditioners are connected on the roof, the seams

23    on the roof.  They found many -- many areas that were

24    in need of repair.

Corbett & Wilcox

Douglas Holloway

Page 166

1       Q    And were these problems caused by lack of

2   maintenance?

3       A    No.

4             MR. PISANO:  Objection to the form.

5   BY MR. CURTIN:

6       Q    And how do you know that?

7       A    If it was lack of maintenance, then it

8   was on their part, because it started leaking the

9   minute I -- immediately when I purchased the vehicle.

10  I just -- I mean, I didn't have the vehicle no time

11  at all, and I can't remember the exact amount of time

12  that I had the vehicle.  But the stains and the water

13  leakage were appearing immediately.

14      Q    Do you know what they did to repair the

15  roof?

16      A    As far as I know, they got the -- they

17  attempted to caulk it.

18      Q    And eventually did that repair the roof?

19      A    No.

20      Q    Does the roof still leak?

21      A    Not as of this moment.

22      Q    Do you know what they did to stop it from

23  leaking?

24      A    I think they had to take off all the old