

# MONACO COACH CORPORATION

| Unit Serial Number | 041620824088401 - 800870 | Location WA CONSUMER AFFAIRS/PTS & SVCE | |
|---|---|---|---|
| Unit VIN Number | 1RFC2564541029131 | Owner Douglas Holloway | |
| RO# | 80083873 | Repair End | 02/24/06 | Address 2121 Pleasant Valley Road | |
| | | Unit Out | | City Newark | |
| Unit In | 01/30/06 | Current Miles | 39713 | State DE | Zip 19702 |
| Repair Start | 01/30/06 | Purchase Date | 2/15/2004 | Phone 302-738-0864 | |
| Warr Start | 2/15/2004 | Warr End | 2/14/2005 | Lic. No. RV 8475 | State DE |
| 90 DAY / 4,000 MILE WARRANTY ON ALL PARTS AND LABOR UNLESS OTHERWISE SPECIFIED | | Original Owner ☑Yes ☐No | | Transient ☐Yes ☐No | |

### LINE 1

| Repair Item #1 | | Date Start | 2/6/2006 |
|---|---|---|---|
| Complaint LP SAFETY CHECK | | Date Complete | 2/6/2006 |
| Cause standard procedure | | | |
| Correction tested for leaks at range for 3 min. at 8" w.c.; no leaks noted at this time | | | |
| Comments | | | |

PARTS

| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| Parts Subtotal | | | | $0.00 |

LABOR

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| 00 C1 1355NP | | 0.5 | Service Policy | Service Policy |
| Labor Subtotal | | 0.5 | | $0.00 |

### LINE 2

| Repair Item #2 | | Date Start | 2/6/2006 |
|---|---|---|---|
| Complaint HAZARDOUS WASTE CHARGE | | Date Complete | 2/6/2006 |
| Cause | | | |
| Correction | | | |
| Comments | | | |

PARTS

| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| Parts Subtotal | | | | $0.00 |

LABOR

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| 00 E9 1355NP | | 0 | 0.00 | 10.00 |
| Labor Subtotal | | 0 | | $10.00 |

### LINE 3





| Repair Item #3 | Date Start | 2/3/2006 |
|---|---|---|
| Complaint Customer states hydro hot frt console fan inop and fan under heater operates poorly | Date Complete | 2/6/2006 |
| Cause bad ground on fan under refer, bad fan motor on heat exchanger under front console;bad snap disc on heater exchanger under sink | | |
| Correction rewired fan motor under refe to run on zone 2;replaced fan motor on heat exchanger under front console;rewired heat exchanger fan under sink to run without snap disc; | | |
| Comments 02/07/2006 cut hole in cabinet to allow better return air and cooling;ops checked operation of all heat exchangers | | |

### PARTS

| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| 07011358.53D | Register 2.25 x 10 in Adj Satin Nickel 73817-BSN | 1 - EA | Rework | Rework |
| BH70612 | FAN 12V DC LOW AMP 800H/900H SERIES (.36 Amp) | 1 - EA | Rework | Rework |
| Parts Subtotal | | | | $0.00 |

### LABOR

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| 07 H1 0243PR | | 5.6 | Rework | Rework |
| Labor Subtotal | | 5.6 | | $0.00 |

### LINE 4

| Repair Item #4 | Date Start | 2/6/2006 |
|---|---|---|
| Complaint Customer states hydro hot makes noise while running. fan/motor something in bay area | Date Complete | 2/6/2006 |
| Cause customer request | | |
| Correction ran hydro-hot for one or so;inspected hydro-hot for vibrations/rattles;none heard - no problem found | | |
| Comments | | |

### PARTS

| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| Parts Subtotal | | | | $0.00 |

### LABOR

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| 07 M4 1355NP | | 4 | Rework | Rework |
| Labor Subtotal | | 4 | | $0.00 |

### LINE 5

| Repair Item #5 | Date Start | 2/7/2006 |
|---|---|---|
| Complaint Customer states d/side day/night shade broken in bedroom | Date Complete | 2/7/2006 |
| Cause blind strings bound up, fabric bad not folding as it should | | |
| Correction removed blinds and replaced with new | | |
| Comments 02/24/2006 repairs on blinds did not fix customers complaint;spoke with customer and he approved replacement of blinds | | |

### PARTS

(3)

| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| 13713635.170 | Shade pleated d/n 57 x 24 w/ black out alabaster | 1 - EA | 61.62 | 61.62 |
| 13713633.170 | Shade pleated d/n 49 x 32 w/ black out alabaster | 1 - EA | 64.08 | 64.08 |
| Parts Subtotal | | | | $125.70 |

**LABOR**

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| 23 00 0156NP | | 1.5 | 138.00 | 138.00 |
| Labor Subtotal | | 1.5 | | $138.00 |

LINE 6

| Repair Item #6 | | Date Start | 2/7/2006 |
|---|---|---|---|
| Complaint Customer states aladin system, recalibrate | | Date Complete | 2/7/2006 |
| Cause tank interface module bad | | | |
| Correction trouble shot system found bad tank module and bad tank sensor. replaced sensor and module. performed calabrations and system check ok | | | |
| Comments | | | |

**PARTS**

| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| 16618613 | Sensor C/R (USE 16621189)) Pressure hold tank #500-10050-00 | 1 - EA | Rework | Rework |
| Parts Subtotal | | | | $0.00 |

**LABOR**

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| 16 Z4 0243PR | | 3.2 | Rework | Rework |
| Labor Subtotal | | 3.2 | | $0.00 |

LINE 7

had to redue

| Repair Item #7 | | Date Start | 2/8/2006 |
|---|---|---|---|
| Complaint Customer states p/side s/o creeps in | | Date Complete | 2/8/2006 |
| Cause customer concern | | | |
| Correction ran s/o out and let sit overnight, measured box out and checked measurmint in morning no change noted. inspected hyd lines for leaks none noted. checked fluid resivor found to be 1 quart low, topped off | | | |
| Comments | | | |

**PARTS**

| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| 13713633.170 | Shade pleated d/n 49 x 32 w/ black out alabaster | 1 - EA | Rework | Rework |
| Parts Subtotal | | | | $0.00 |

**LABOR**

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| 04 B9 0143 | | 0.8 | Rework | Rework |
| Labor Subtotal | | 0.8 | | $0.00 |

(4)

X
caused
by
hard
ride

**LINE 8**

| Repair Item #8 Complaint Customer states mirror on refer cabinet is loose | Date Start | 2/7/2006 |
|---|---|---|
| | Date Complete | 2/7/2006 |
| Cause adhesive not holding | | |
| Correction removed mirror cleaned and removed old adhesive, installed mirror tape on mirror and reinstalled | | |
| Comments | | |

PARTS

| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| Parts Subtotal | | | | $0.00 |

LABOR

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| 23 00 0156NP | | 0.75 | 69.00 | 69.00 |
| Labor Subtotal | | 0.75 | | $69.00 |

**LINE 9**

| Repair Item #9 Complaint Customer states low battery auto gen start inop | Date Start | 2/6/2006 |
|---|---|---|
| | Date Complete | 2/6/2006 |
| Cause RC-7 panel settings incorrect | | |
| Correction reconfigured panel to correct settings and verified auto-gen start functioned properly | | |
| Comments | | |

PARTS

| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| Parts Subtotal | | | | $0.00 |

LABOR

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| 16 1W 0136 | | 1 | Rework | Rework |
| Labor Subtotal | | 1 | | $0.00 |

**LINE 10**

| Repair Item #10 Complaint Customer states check batteries for condition | Date Start | 2/6/2006 |
|---|---|---|
| | Date Complete | 2/6/2006 |
| Cause batteries are bad;failed load tests | | |
| Correction removed and replaced house batteries;cleaned connections and applied sealer;checked settings for charger;found to be set for gel cell batteries | | |
| Comments 02/07/2006 changed to liquid lead acid;verified charge going to battery;good | | |

PARTS

| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| Parts Subtotal | | | | $0.00 |

LABOR

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 16 V8 0243AR | 1.3 | Rework | Rework |
| Labor Subtotal | 1.3 | | $0.00 |

### LINE 11

| Repair Item #11 | Date Start | 2/8/2006 |
|---|---|---|
| Complaint Customer states bedroom p/side s/o vibrates while traveling | Date Complete | 2/8/2006 |
| Cause facia loose | | |
| Correction removed all wood facia from bedroom p/side s/o, reinstalled with additional screws to hold more securely road tested no abnormal noise noted from s/o while traveling | | |
| Comments | | |

**PARTS**

| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| Parts Subtotal | | | | $0.00 |

**LABOR**

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| 05 31 0126 | | 2.2 | Rework | Rework |
| Labor Subtotal | | 2.2 | | $0.00 |

### LINE 12

| Repair Item #12 | Date Start | 1/2/2006 |
|---|---|---|
| Complaint Customer states bedroom tv inop on sat. poor reception on antenna | Date Complete | 1/3/2006 |
| Cause receiver bad, not enough coax wires to run sat/antenna 1 wire with splitter | | |
| Correction ran new sat. wire from multiplex switcdh to rear TV;replaced receiver, chcked ok;sat. can be on 2 different channels now;TV reception improved | | |
| Comments | | |

**PARTS**

| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| 16611389 | JACK-TV w/12V RECP WHT | 1 - EA | Rework | Rework |
| 16621593 | Receiver, DSS, Direct TV (VP#D-10) | 1 - EA | Rework | Rework |
| Parts Subtotal | | | | $0.00 |

**LABOR**

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| 16 R6 0243XX | | 14.6 | Rework | Rework |
| Labor Subtotal | | 14.6 | | $0.00 |

### LINE 13

| Repair Item #13 | Date Start | 2/6/2006 |
|---|---|---|
| Complaint Customer states air leak at entry door and screen door clips broken | Date Complete | 2/6/2006 |
| Cause broken screen door clips;gap in j-seal on door frame | | |
| Correction replaced clips;added j-seal to door frame to fill gap;road tested unit and found no abnormal wind noises | | |
| Comments | | |

**PARTS**

(6)

| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| Parts Subtotal | | | | $0.00 |

**LABOR**

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| 10 01 0633 | | 2 | Rework | Rework |
| Labor Subtotal | | 2 | | $0.00 |

**LINE 14**

| Repair Item #14 | Date Start | 2/6/2006 |
|---|---|---|
| Complaint Customer states check all awning straps for the proper length | Date Complete | 2/6/2006 |
| Cause customer request | | |
| Correction inspectd all awning straps;replaced center strap on drivers side rear SO;replaced missing rear strap on ps rear SO; | | |
| Comments | | |

**PARTS**

| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| Parts Subtotal | | | | $0.00 |

**LABOR**

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| 21 86 0227 | | 1.5 | Rework | Rework |
| Labor Subtotal | | 1.5 | | $0.00 |

**LINE 15**

| Repair Item #15 | Date Start | 2/9/2006 |
|---|---|---|
| Complaint Customer states squeek in s/o's while traveling | Date Complete | 2/9/2006 |
| Cause customer concern | | |
| Correction reoad tested unit for squeaks in s/o's no abnormal noise noted during road test | | |
| Comments | | |

*still squeaks*

**PARTS**

| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| Parts Subtotal | | | | $0.00 |

**LABOR**

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| 04 C2 1355NP | | 0.5 | 46.00 | 46.00 |
| Labor Subtotal | | 0.5 | | $46.00 |

**LINE 16**

| Repair Item #16 | Date Start | 2/7/2006 |
|---|---|---|
| Complaint Customer states entry steps irratic operation | Date Complete | 2/7/2006 |
| Cause corroded butt connectors on step mag. switch | | |
| Correction replaced with shrink type connectors checked ops. tested good | | |
| Comments | | |

*(7)*

### PARTS

| Part No. | Part Name | | Qty. | Price | Actual Billed |
|---|---|---|---|---|---|
| Parts Subtotal | | | | | $0.00 |

### LABOR

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| 23 11 0156NP | | 0.5 | 46.00 | 46.00 |
| Labor Subtotal | | 0.5 | | $46.00 |

**LINE 17**

| Repair Item #17 | Date Start | 2/20/2006 |
|---|---|---|
| Complaint Customer states check all shocks for condition | Date Complete | 2/20/2006 |
| Cause worn shocks | | |
| Correction removed and replaced front and rear shocks total of 8 | | |
| Comments | | |

*handwritten left margin: X Caused by bad Air ride Adjustment*

### PARTS

| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| 01805532 | Shock rear Bilstein AK1275 | 8 - EA | 82.50 | 660.00 |
| Parts Subtotal | | | | $660.00 |

### LABOR

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| 23 02 0156NP | | 3.2 | 294.40 | 294.40 |
| Labor Subtotal | | 3.2 | | $294.40 |

*handwritten: X*

**LINE 18**

| Repair Item #18 | Date Start | 2/7/2006 |
|---|---|---|
| Complaint Customer states geni switch on dash light inop | Date Complete | 2/7/2006 |
| Cause bad light on switch | | |
| Correction replaced dash gen switch, ops checked good | | |
| Comments | | |

### PARTS

| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| 16619402 | Switch SPDT Gen Start Carling Pat 2004 | 1 - EA | 12.54 | 12.54 |
| Parts Subtotal | | | | $12.54 |

### LABOR

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| 23 11 0156NP | | 0.5 | 46.00 | 46.00 |
| Labor Subtotal | | 0.5 | | $46.00 |

**LINE 19**

| Repair Item #19 | Date Start | 2/9/2006 |
|---|---|---|
| Complaint Customer states rear wheels need valve extensions | Date Complete | 2/9/2006 |
| Cause customer request | | |

**⑧**

| Correction added valve stem extensions to rear wheels on coach |
| Comments |

**PARTS**

| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| 01803430 | Kit stainless wheel Air Masters 8000M | 1 - KT | 51.04 | 51.04 |
| Parts Subtotal | | | | $51.04 |

**LABOR**

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| 23 20 0156NP | | 1 | 92.00 | 92.00 |
| Labor Subtotal | | 1 | | $92.00 |

**LINE 20**   ✗  *Still leaks Air badly*

| Repair Item #20 | Date Start | 2/9/2006 |
|---|---|---|
| Complaint Customer states air from d/side cockpit window area | Date Complete | 2/9/2006 |
| Cause customer concern | | |
| Correction resealed around d/side cockpit window | | |
| Comments | | |

**PARTS**

| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| Parts Subtotal | | | | $0.00 |

**LABOR**

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| ✗ 23 16 0156NP | | .52 | 184.00 | 184.00  46.00 |
| Labor Subtotal | | 2 | | $184.00 |

**LINE 21**

| Repair Item #21 | Date Start | 2/6/2006 |
|---|---|---|
| Complaint Customer states adjust bay doors - see Bob- | Date Complete | 2/6/2006 |
| Cause bay doors out of adjustment | | |
| Correction adjusted bar door to be flush with others on PS last door and bay door on DS side | | |
| Comments | | |

**PARTS**

| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| Parts Subtotal | | | | $0.00 |

**LABOR**

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| 04 10 0124 | | 1 | Rework | Rework |
| Labor Subtotal | | 1 | | $0.00 |

**LINE 22**

| Repair Item #22 | Date Start | 2/23/2006 |
|---|---|---|

(9)

| Complaint Customer states service engine/ check all fluids - see Bob- | Date Complete 2/23/2006 |
|---|---|
| Cause took to Marv's | |
| Correction They changed oil, filters and serviced;checked all fluid levels, lubed chassis,ckd hubs for leaks and oil level-OK;ckd king pins-OK;air filter-OK;transmissions and diff. fluid level OK; | |
| Comments | |

PARTS

| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| Parts Subtotal | | | | $0.00 |

LABOR

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| 23 00 0156NP | X | 0 | 0.00 | 193.20 |
| Labor Subtotal | | 0 | | $193.20 |

LINE 23

| Repair Item #23 | Date Start 2/21/2006 |
|---|---|
| Complaint Customer states service geni/ hard starting when cold and won't start easy after running | Date Complete 2/21/2006 |
| Cause customer concern | |
| Correction took coach to Onan for service and repair. they found that the air filter was plugged and replaced air filter element and serviced | |
| Comments | |

PARTS

| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| Parts Subtotal | | | | $0.00 |

LABOR

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| 23 00 0156NP | X | 1 | 92.00 | 348.53 |
| Labor Subtotal | | 1 | | $348.53 |

LINE 24

| Repair Item #24 | Date Start 2/6/2006 |
|---|---|
| Complaint Customer states check for errors in xantrex | Date Complete 2/6/2006 |
| Cause inverter panel settingsa incorrect;set for gel cell batterys | |
| Correction corrected inverter panel settings | |
| Comments | |

PARTS

| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| Parts Subtotal | | | | $0.00 |

LABOR

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| 23 11 0156NP | | 1 | 92.00 | 92.00 |
| Labor Subtotal | | 1 | | $92.00 |

(10)

**LINE 25**

| Repair Item #25 Complaint Customer states p/side awning needs painted | Date Start | 1/30/2006 |
|---|---|---|
| Cause paint chipping off | Date Complete | 1/30/2006 |
| Correction papers, sanded, primed, painted and cleared to match | | |
| Comments | | |

PARTS

| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| NPBUY | paint and material 52006 | 1 - EA | 28.94 | 28.94 |
| NPBUY | paint and material 52011 | 1 - EA | 43.12 | 43.12 |
| Parts Subtotal | | | | $72.06 |

LABOR

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| 21 42 0125 | | 3.1 | 285.20 | 285.20 |
| Labor Subtotal | | 3.1 | | $285.20 |

**LINE 26**

| Repair Item #26 Complaint Customer states adjust main awning to close properly | Date Start | 2/8/2006 |
|---|---|---|
| Cause awning out of adjustment | Date Complete | 2/9/2006 |
| Correction carefree service tech came out and adjusted awning to close properly | | |
| Comments | | |

PARTS

| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| Parts Subtotal | | | | $0.00 |

LABOR

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| 23 16 0156NP | | 1 | 92.00 | 92.00 |
| Labor Subtotal | | 1 | | $92.00 |

**LINE 27**

| Repair Item #27 Complaint Customer states check 30 amp service | Date Start | 2/2/2006 |
|---|---|---|
| Cause customer request | Date Complete | 2/2/2006 |
| Correction plugged coach into 30 amp service;checked incoming voltage at transfer switch;ckd boltage at various outlets;voltage will drop when items are powered up;all 30 amp operations OK | | |
| Comments | | |

PARTS

| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| Parts Subtotal | | | | $0.00 |

LABOR

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|

Mar 09 06 05:23p        DOUGLAS & RITA  HOLLOWAY                                           p.3

(11)

| | | | | | |
|---|---|---|---|---|---|
| 16 3T 1355NP | | | 1 | 92.00 | 92.00 |
| Labor Subtotal | | | 1 | | $92.00 |

I HAVE INSPECTED MY VEHICLE AND REPAIRS PERFORMED ARE SATISFACTORY.
X _____
CUSTOMER'S SIGNATURE                                DATE
I HEREBY CERTIFY THAT I HAVE PERFORMED THE WORK IN ACCORDANCE WITH THE TERMS OF
THIS WARRANTY AND HEREBY APPLY FOR CREDIT ON THE INFORMATION SHOWN.
X  *Kathy Wong*                              3/7/06
SIGNATURE                                   DATE REPAIRS COMPLETED

| | |
|---|---|
| Total Parts | $921.34 |
| Supplies | $25.00 |
| Sales Tax (6%) | $55.28 |
| Total Labor | ~~$2,028.33~~ |
| Total Hours | 17.05 |
| Grand Total | ~~$3,029.95~~ |

*1798.33*
*1890.33*

*2894.95*
*2799.95*

*Paid in full*
*3/7/06*
*mastercard*

Mar 09 06 05:23p        DOUGLAS & RITA  HOLLOWAY                                    p.2

① *Made to wait while redoing slide 4½ hrs*

# MONACO COACH CORPORATION

| Unit Serial Number | 041620824088401 - 800870 | Location WA CONSUMER AFFAIRS/PTS & SVCE | |
|---|---|---|---|
| Unit VIN Number | 1RFC2564541029131 | Owner Douglas Holloway | |
| RO# | 80085998 | Repair End | 03/07/06 | Address 2121 Pleasant Valley Road |
| | | Unit Out | 03/07/06 | City Newark |
| Unit In | 03/07/06 | Current Miles | 39713 | State DE | Zip 19702 |
| Repair Start | 03/07/06 | Purchase Date | 2/15/2004 | Phone 302-738-0864 | |
| Warr Start | 2/15/2004 | Warr End | 2/14/2005 | Lic. No. | State - |
| 90 DAY / 4,000 MILE WARRANTY ON ALL PARTS AND LABOR UNLESS OTHERWISE SPECIFIED | | Original Owner ☑ Yes ☐ No | Transient ☐ Yes ☑ No |

### LINE 1

| Repair Item #1 | Date Start | 3/7/2006 |
|---|---|---|
| Complaint LP SAFETY CHECK | Date Complete | 3/7/2006 |
| Cause no action taken | | |
| Correction no action taken | | |
| Comments | | |

PARTS

| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| Parts Subtotal | | | | $0.00 |

LABOR

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| Labor Subtotal | | 0 | | $0.00 |

### LINE 2

| Repair Item #2 | Date Start | 3/7/2006 |
|---|---|---|
| Complaint HAZARDOUS WASTE CHARGE | Date Complete | 3/7/2006 |
| Cause | | |
| Correction | | |
| Comments | | |

PARTS

| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| Parts Subtotal | | | | $0.00 |

LABOR

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| 00 E9 1355NP | | 0 | Rework | Rework |
| Labor Subtotal | | 0 | | $0.00 |

### LINE 3

| Repair Item #3 | Date Start | 3/7/2006 |
|---|---|---|
| Complaint Customer states s/o creeps in | Date Complete | 3/7/2006 |



Mar 09 06 05:23p    DOUGLAS & RITA HOLLOWAY                                    p.1

② *Made to wait while reducing Slide 4½ hrs*

| Cause | bad manifold block |
|---|---|
| Correction | tested found bad manifold block, removed and replaced wtih new |
| Comments | |

### PARTS

| Part No. | Part Name | Qty. | Price | Actual Billed |
|---|---|---|---|---|
| 18621427 | Manifold Hydraulic Slideout (VP#HF17503) | 1 - EA | Rework | Rework |
| Parts Subtotal | | | | $0.00 |

### LABOR

| Job OP Code | Sublet | Hours | Price | Actual Billed |
|---|---|---|---|---|
| Labor Subtotal | | 0 | | $0.00 |

I HAVE INSPECTED MY VEHICLE AND REPAIRS PERFORMED ARE SATISFACTORY.
X
CUSTOMER'S SIGNATURE                               DATE
I HEREBY CERTIFY THAT I HAVE PERFORMED THE WORK IN ACCORDANCE WITH THE TERMS OF THIS WARRANTY AND HEREBY APPLY FOR CREDIT ON THE INFORMATION SHOWN.
X  *[signature]*        *3/7/06*
SIGNATURE                      DATE REPAIRS COMPLETED

| Total Parts | $0.00 |
|---|---|
| Supplies | $0.00 |
| Sales Tax (6%) | $0.00 |
| Total Labor | $0.00 |
| Total Hours | 0 |
| Grand Total | $0.00 |

No tangible personal property was attached to, or incorporated in, the property repaired.