EXHIBIT 84
Holloway 4
3-14-06

1 of 3

| RETAIL INSTALLMENT CONTRACT AND SECURITY AGREEMENT | Seller  STOLTZFUS TRAILER SALES INC. | Buyer  DOUGLAS R HOLLOWAY  RITA HOLLOWAY |
|---|---|---|
| No. | Address  1335 WILMINGTON PIKE  WEST CHESTER, PA 19382 | Address  2131 PLEASANT VALLEY RD  NEWARK, DE 19702-2103 |
| Date  10/17/00 | Seller means the Seller above and anyone to whom the Seller transfers this Contract. | Buyer means each Buyer above. |

**SALE:** Buyer agrees to purchase the motor vehicle (Vehicle) and services described below from Seller. Buyer agrees to purchase the Vehicle from Seller on the terms of this contract and security agreement (Contract). Buyer understands that Seller is selling Buyer the Vehicle in its present condition.

| Description of Motor Vehicle Purchased | Year 2001  Make BEAVER MOTOR COACHES  Model MONTEREY SEACLIFF | VIN 4SLB1DP2511114401  Lic. No./Year  ☐ New ☐ Used | Other: |
|---|---|---|---|

Description of Trade-In

**PROMISE TO PAY AND PAYMENT TERMS:** Buyer promises to pay Seller the principal amount of $ ____154901.52____
Buyer agrees to pay finance charges on the unpaid balance at ____9.50____ % per year from today's date until maturity. Finance charges accumulate on a ____365____ day basis.

After maturity or after Buyer breaks any of the terms of this Contract or after a court judgment, Seller will earn interest on the unpaid balance at ____9.50____ % per year. Buyer agrees to make payments and to pay late charges as provided in the **TRUTH IN LENDING DISCLOSURES.** Buyer also agrees to pay any additional amounts according to this Contract's terms.

☐ **MINIMUM FINANCE CHARGE:** Buyer agrees to pay a minimum finance charge of $_____ if Buyer pays this Contract in full before Seller has earned that much in finance charges.

**DOWN PAYMENT:** Buyer agrees to pay or apply to the Cash Price, by the date of this Contract, any cash, rebate and net trade-in value described in the **ITEMIZATION OF AMOUNT FINANCED.** ☐ Buyer agrees to make payments over an extended period of time or at a future date as part of the cash down payment as shown in the payment schedule in the **TRUTH IN LENDING DISCLOSURES.**

### TRUTH IN LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE  The cost of Buyer's credit as a yearly rate. | FINANCE CHARGE  The dollar amount the credit will cost Buyer. | AMOUNT FINANCED  The amount of credit provided to Buyer or on Buyer's behalf | TOTAL OF PAYMENTS  The amount Buyer will have paid when Buyer has made all scheduled payments. | TOTAL SALE PRICE  The total cost of Buyer's purchase on credit, including Buyer's down payment of $ 15489.00 |
|---|---|---|---|---|
| 9.50 % | $ 191632.0 | $ 154901.5 | $ 346533.60 | $ 362022.60 |

Payment Schedule: Buyer's payment schedule is

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 240 | 1443.89 | MONTHLY BEGINNING 16 NOV 2000 UNTIL PAID IN FULL |

**Security:** Buyer is giving Seller a security interest in the Motor Vehicle purchased.
☐ **Late Charge:** If a payment is more than ____10____ days late, Seller will charge Buyer ____2% PER MONTH____ OF THE MONTHLY PAYMENT

**Prepayment:** If Buyer pays off this Contract early, Buyer ☐ may ☒ will not have to pay a Minimum Finance Charge.
**Contract Provisions:** Buyer can see the terms of this Contract for any additional information about nonpayment, breaking the terms of this Contract, any required repayment before the scheduled date, and prepayment refunds and penalties.

**BUYER RESTRICTIONS:** If Buyer does not meet this Contract's obligations, Buyer may lose the property that Buyer bought in this sale.

**SECURITY:** Buyer gives Seller a security interest in the Vehicle. Buyer also gives Seller a security interest in all attachments, accessories, and equipment installed or placed in or on the Vehicle. Seller refers to the Vehicle and any items installed or placed in or on the Vehicle as Property. Buyer also gives Seller a security interest in the proceeds of the Property. Seller's interest will not extend to consumer goods unless Buyer acquires rights to the goods within 10 days after Seller enters into this Contract or the goods are installed in or affixed to the Vehicle. Buyer assigns and gives a security interest in proceeds and premium refunds of any insurance and service contracts purchased with this Contract.

**CREDIT INSURANCE:** Credit life insurance and credit | **ITEMIZATION OF AMOUNT FINANCED**

000019

**CREDIT INSURANCE:** Credit life insurance and credit disability insurance are not required to obtain credit. Buyer will not receive credit life insurance and credit disability insurance unless Buyer signs and agrees to pay the additional premium. If Buyer wants such insurance, Seller will obtain it for Buyer (if Buyer qualifies for coverage). Seller is quoting below ONLY the coverages Buyer has chosen to purchase. See Notice of Proposed Insurance on page 2.

Credit Life: Insured _____ _____
☐ Single ☐ Joint Premium $_____ Term____

Credit Disability: Insured _____
☐ Single ☐ Joint Premium $_____ Term____

Name of Insurance Company: _____
Buyer wants the credit insurance coverages indicated above.

Buyer _____ d/o/b  Buyer _____ d/o/b

**PROPERTY INSURANCE:** Buyer must insure the Property securing this Contract. Buyer may provide the insurance through existing policies. Buyer may also provide the insurance by purchasing it through any insurance company allowed by law to do business in Pennsylvania or in the state in which the Vehicle is registered and titled.

The deductible amount for the insurance may not exceed $_____. If Buyer gets insurance from or through Seller, Buyer will pay $_____ for _____ of coverage.

The property insurance premium is calculated as follows:
☐ Fire-Theft and Combined Additional Coverage $____
☐ $_____ Deductible, Collision Coverage $____
☐ $_____ Deductible, Comprehensive Cov. $____

The property insurance must protect against loss and physical damage. Buyer must name Seller as beneficiary on the insurance policy. Seller may require additional security before Seller allows Buyer to use insurance proceeds to repair or replace the Property. Buyer will pay all amounts that insurance does not cover.

If buyer fails to obtain or keep insurance or to name Seller as beneficiary, Seller may obtain insurance to protect Seller's interest in the Property. Seller will add the cost of insurance to the amount Buyer owes Seller. Any amount Seller pays for insurance is due immediately and will earn interest at the rate charged after maturity.

**TRANSFER:** Seller transfers this Contract to _____
_____
(Transferee) ☐ with legal liability ☐ without legal liability under the terms of the **TRANSFER BY SELLER** section.
Seller:
By _____ Date 10/17/00

| | | |
|---|---|---|
| Motor Vehicle Price (incl. sales tax of $ 4704.97 ) | $ | 165712.02 |
| Service Contract, to: _____ | $ | 4624.00 |
| Amount to Finance line e. (if e. is negative) | $ | |
| Cash Price | $ | 170336.02 |
| Manufacturer's Rebate | $ | 15488.00  N/A |
| Cash Down Payment | $ | |
| Extended Down Payment | $ | N/A |
| a. Total Cash/Rebate Down | $ | 15488.00 |
| Description of Trade-In _____ | | |
| b. Trade-In Allowance | $ | N/A |
| c. Less: Amount owing | $ | N/A |
| Paid to: _____ | | |
| d. Net Trade-In (b. minus c.) | $ | N/A |
| e. Net Cash/Trade-In (a. plus d.) | $ | |
| Down Payment (e.; disclose $0 if negative) | $ | 15488.00 |
| Unpaid Balance of Cash Price | $ | 154217.02 |
| Paid to Public Officials | $ | 25.50 |
| Insurance Premiums* | $ | N/A |
| Filing Fee | $ | N/A |
| To: DOC FEE | $ | 29.00 |
| To: _____ | $ | |
| To: _____ | $ | |
| To: _____ | $ | |
| To: _____ | $ | |
| To: _____ | $ | |
| Total Other Charges | $ | 54.50 |
| Less: Prepaid Finance Charges | $ | N/A |
| Amount Financed | $ | 154001.52 |

*We may retain or receive a portion of this amount.

**NOTICE TO BUYER**
**DO NOT SIGN THIS CONTRACT IN BLANK. BUYER IS ENTITLED TO AN EXACT COPY OF THE CONTRACT BUYER SIGNS. KEEP IT TO PROTECT BUYER'S LEGAL RIGHTS.**

Buyer:
_____ 10/17/00
Signature                   Date

_____ 10/17/00
Signature                   Date

Seller:
By _____

**BY SIGNING BELOW BUYER AGREES TO THE TERMS ON PAGES 1 AND 2 OF THIS CONTRACT AND ACKNOWLEDGES RECEIVING A COPY OF THIS CONTRACT.**

Buyer:
_____ 10/17/00

B00020

Seller pays for insurance is due immediately and will earn interest at the rate charged after maturity.

Signature _____ 10/17/00  3 of 3
Date

Seller:

By _____

**TRANSFER:** Seller transfers this Contract to _____
_____
(Transferee) ☐ with legal liability ☐ without legal liability under the terms of the **TRANSFER BY SELLER** section.
Seller:
By _____ Date 10/17/00

**BY SIGNING BELOW BUYER AGREES TO THE TERMS ON PAGES 1 AND 2 OF THIS CONTRACT AND ACKNOWLEDGES RECEIVING A COPY OF THIS CONTRACT.**

Buyer:
Signature _____ 10/17/00
Date

Signature _____ 10/17/00
Date

PENNSYLVANIA RETAIL INSTALLMENT CONTRACT AND SECURITY AGREEMENT
© 1995, 1996 Bankers Systems, Inc., St. Cloud, MN Form RS-SI-MV-PA 8/7/98

MOTOR VEHICLE - NOT FOR MANUFACTURED HOMES (page 1 of 2)

---

above or greater than Seller's interest in the Property.
L. Any of Buyer's other creditors make the entire debt owed due immediately.
M. A court order for a money judgment or a money judgment against Buyer becomes final.
N. Buyer fails to keep any promise made in connection with this sale.

If Buyer breaks any of the terms of this Contract, Buyer agrees to pay court costs Seller spends to collect amounts Buyer owes. In addition, Buyer agrees to pay reasonable attorneys' fees if Seller refers this Contract to an attorney for collection.

If there is more than one Buyer and any one of the Buyers breaks any agreement made in this Contract, Seller may exercise Seller's rights against each Buyer or all Buyers.

**SELLER'S RIGHTS:** If Buyer breaks any of the terms of this Contract, Seller may exercise any or all of Seller's rights under law and this Contract:

A. Seller may pay taxes, fees, expenses, or charges on the Property or make repairs to the Property if Buyer has not done so. Seller is not required to do so. Seller will add any amount Seller pays to the amount Buyer owes Seller. This amount is due immediately. This amount will earn interest from the date Seller paid it at the rate that applies after maturity.

B. Seller may require Buyer to make the Property available to Seller at a place Seller designates that is reasonably convenient to Buyer and Seller.

C. Seller may immediately take back the Property by lawful means. In taking the Property, Seller may not unlawfully enter onto Buyer's premises or cause a public disturbance. Seller may sell the Property. Seller may apply amounts Seller receives as provided by law to Seller's reasonable expenses and then to Buyer's obligations.

D. Except when prohibited by law, Seller may sue Buyer for additional amounts if the proceeds of a sale do not pay all amounts Buyer owes Seller.

E. If Seller extends new credit or renews this Contract, it will not affect Buyer's responsibility to pay this Contract.

**WARRANTY:** Warranty information is provided to Buyer separately.

**NOTICE OF PROPOSED INSURANCE:** If so indicated on the front of this Contract, credit life insurance coverage and/or credit accident and health insurance coverage will apply to this Contract. The insurance company named on the front of this Contract will write the insurance.

The insurance covers only the person(s) signing the request for insurance. The charge for each type of credit insurance to be purchased is as indicated on the front of this Contract. The term of insurance will begin as of the date of this Contract and will end on the original due date of this Contract.

Subject to acceptance by the insurance company and within 30 days, a certificate of insurance will be given to the insured. If this Contract is prepaid before it is due, a refund of insurance charges will be made when due.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

IF BUYER IS BUYING A USED VEHICLE, THE INFORMATION BUYER SEES ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.

B 00021



# RETAIL INSTALLMENT CONTRACT, SECURITY AGREEMENT, AND DISCLOSURE STATEMENT
(Simple Interest)

01/10/2004

LAZYDAYS RV. CENTER
6130 LAZY DAYS BLVD.
SEFFNER    STATE FLA   ZIP 33584
1847

BUYER MONTH OF BIRTH: SEP
BUYER'S NAME: DOUGLAS HOLLOWAY
BUYER'S NAME: RITA HOLLOWAY
ADDRESS: 2131 PLEASANT VALLEY ROAD
CITY: NEWARK   STATE DE   ZIP 19702

TO BUYERS OF USED VEHICLES (AS DEFINED IN THE FTC USED MOTOR VEHICLE TRADE REGULATION RULE): The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.

| New or Used | Year | Class | Make and Model | Vehicle Identification No. | Odometer Miles |
|---|---|---|---|---|---|
| NEW | 2004 | | BEAVER MONTEREY | 1RFC2564541029131 | 3423 |
| Other - Description (Length, Width, AC, etc.) | | | | | |

☐ Purchase order attached as exhibit and incorporated herein

"I", "me," and "my" refer to each person who signs as Buyer. The words "you" and "your" refer to the Seller or holder of this contract. If more than one person signs below, each person is jointly and severally liable for the promises made in this contract.

| ANNUAL PERCENTAGE RATE. The cost of my credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost me. | Amount Financed The amount of credit provided to me or on my behalf. | Total of Payments The amount I will have paid after I have made all payments as scheduled. | Total Sale Price The total cost of my purchase on credit, including my downpayment of $ 148133.23 |
|---|---|---|---|---|
| 5.50 % | $ 78575.68 | $ 120017.12 | $ 198592.80 | $ 346726.03 |

My payment schedule will be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 240 | $ 827.47 | 02/24/2004 |
| | $ | Monthly Starting |

Security: I am giving a security interest in the property being purchased.
Late Charge: At 10 days or more past due, I will be charged 5% of the full amount of the scheduled payment.
Prepayment: If I pay off early, I may have to pay a penalty.
See the contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, prepayment refunds and penalties, and security interests.

ITEMIZATION OF THE AMOUNT FINANCED

Cash Price (including any accessories, services, and taxes) .......... $ 267730.00 (1)
Total Downpayment = Net Trade-in $ 122633.23 + Cash Downpayment $ 25500.00
My Trade-In is a (Year) 2001  (Make)      (Model)          .......... $ 148133.23 (2)
Unpaid Balance of Cash Price (1 minus 2) .......... $ 119596.77 (3)
Other Charges Including Amounts Paid to Others on My Behalf:
A Cost of Physical Damage Insurance Purchased through You and Paid to the Insurance Company Named Below   *$ N/A
  Amount of Insurance $ N/A   Term: N/A months
  Insurance proceeds payable to you as interest may appear.
B Cost of Personal Liability and Property Damage Liability Insurance Purchased through You and Paid to the Insurance Company Named Below   *$ N/A
C Cost of Service Contract Paid to Provider Named Below   *$ N/A
*Some part of these charges may be paid to or retained by the Seller.
D Cost of Optional Credit Insurance Paid to the Insurance Company or Companies Named Below
  Credit Life $ N/A (covering scheduled unpaid balance through maximum term of ___ months
  from contract date but not to exceed $ 198592.80 )
  Credit Disability $ N/A (covering monthly payments through maximum term of N.A. months
  from contract date but not to exceed $ 198592.80 )
  Insurance proceeds payable to you as interest may appear.   *$ N/A
  DOC STAMPS $ 420.35
E Official Fees Paid to Public Officials (Itemize)   $ N/A
F Taxes Not Included in Cash Price Paid to Public Officials   $ N/A
G Government License, Title or Registration Fees Paid to Public Officials (Itemize)   $ N/A
H Other Charges (identify who will receive payment and describe purpose)   N/A

rvice Contract Paid to Provider Named Below
*$ _____N/A_____   *Some part of these charges may be paid to or retained by the Seller.

tional Credit Insurance Paid to the Insurance Company or Companies Named Below
____N/A__ (covering scheduled unpaid balance through maximum term of _____ months
but not to exceed $ __198592.88__ )
____N/A__ (covering monthly payments through maximum term of __N.A.__ months
nd date but not to exceed $ __198592.88__ )
proceeds payable to you as interest may appear.                          *$ _____N/A_____
s Paid to Public Officials (Itemize)                DOC STAMPS    $ ___428.35___
included in Cash Price Paid to Public Officials                    $ _____N/A_____
nt License, Title or Registration Fees Paid to Public Officials (Itemize)   $ _____N/A_____
rges (identify who will receive payment and describe purpose) _____ for _____  *$ _____N/A_____
bt Cancellation Coverage Paid to Provider Named Below
                                                                  *$ _____N/A_____
r Charges and Amounts Paid to Others on My Behalf                  $ ___428.35___ (4)
iced—Unpaid Balance (3 + 4)                                        $ __120017.12__ (5)

**IYSICAL DAMAGE INSURANCE:** Physical damage insurance is required but I may buy it from anyone I want who is acceptable to you.
uy the insurance checked below through you and I agree to pay the additional cost which is shown in either 4A or 4B of the itemization above. This cost is included
unt Financed. I understand that I must read the insurance policy for exact coverages and exclusions.

_____ months.   Insurance Company: _____   Premium

sical damage insurance ( ☐ including personal effects coverage)          $ _____
_____   Deductible Collision                                          $ _____
_____   Deductible Comprehensive including Fire, Theft and Combined Additional Coverage  $ _____
_____   Deductible Personal Liability and Property Damage Liability Coverage   $ _____
al Required Physical Damage Insurance                                   $ _____
f desired -   ☐ Towing and Labor Costs   ☐ Rental Reimbursement   ☐ CB Radio Equipment   $ _____

ight, or will buy, required coverages through: (Insurance Company or Agent) _____
ANCE, IF ANY, REFERRED TO IN THIS CONTRACT DOES NOT INCLUDE COVERAGE FOR BODILY INJURY LIABILITY,
BILITY, AND PROPERTY DAMAGE LIABILITY, UNLESS ITEMIZED IN ITEM 4B ABOVE.

ct is not required. This is an option which costs the amount indicated below. The Service Contract is more fully described in the contract or certificate describing
documents before signing this contract. If you elect this option by signing below, its cost is included in the Amount Financed under this Agreement.
de _____ Deductible   Term: _____ mos.   Cost: $ _____
           NATIONAL WARRANTY
ram = Service Contract.

**REDIT INSURANCE:** Credit life insurance and credit disability insurance are not required to obtain credit, and will not be provided unless I sign and agree to pay
cost, which will be included in the Amount Financed.

| | Premium | Term (Months) | Signature |
|---|---|---|---|
| ☐ Single Coverage $ N.A. | | | I want credit life insurance. _____ Signature |
| ☐ Joint Coverage $ N.A. | | | |
| ity | $ N.A. | | I want credit disability insurance. _____ Signature |

d that I have the option of assigning any other policy or policies I own or may procure for the purpose of covering the credit sale and no policy need be purchased
ler to obtain the extension of credit. You do not require any purchase of credit life insurance nor any assignment of any life insurance policy.
nderstand that credit life insurance coverage may be deferred if, at the time of application, I am unable to engage in employment or am unable to perform normal
erson (s) of like age and sex, if the proposed credit life insurance policy contains this restriction.
derstand that my benefits under the foregoing policy will not terminate when I reach a certain age and that my age is accurately represented on the application or

d understood the three above insurance notices.
_____ Date __01/10/2004__  o-buyer _____ Date __01/10/2004__

AND DISABILITY INSURANCE: If I elect credit insurance coverage and am accepted by the insurance company, the terms and conditions will be as _____
e NOTICE OF PROPOSED GROUP INSURANCE, or in the policies or certificates issued by the insurance company. The original amount of the decreasing term
ance will not exceed $ __N.A.__ . Credit disability insurance payments will equal the monthly payment amount but will not be
__N.A.__ .
pany: _____
ISABILITY INSURANCE MAY NOT COVER THE ENTIRE AMOUNT DUE UNDER THIS CONTRACT. I MUST SEE MY POLICY OR
E FOR EXACT COVERAGE.
ion (GAP) Coverage is not required. This is an option which costs the amount indicated below. The Debt Cancellation Coverage is more fully described in the
e describing it. If you elect this option by signing below, its cost is included in the Amount Financed under this Agreement.
overage: _____   Term: _____ mos.   Cost: $ __N.A.__
de _____ WAIVER _____
ran.  t Cancellation Coverage.

EREST: I grant you a purchase money security interest in the property described above in order to secure payment and performance of the terms of this contract.
ROPERTY AND PROMISE TO PAY: I agree that I have received the property described above, and have accepted delivery of it in good condition. I promise to pay
ss shown above the Amount Financed plus interest at the Annual Percentage Rate until paid in full in consecutive monthly installments as indicated above. Payments



EXHIBIT

# BEAVER
# MOTORHOME LIMITED WARRANTY

**WHAT THE PERIOD OF COVERAGE IS:**

If you use your Beaver® motorhome only for recreational travel and family camping purposes, the Limited Warranty provided by Beaver ("Warrantor") covers your new motorhome when sold by an authorized dealer, for twelve (12) months from the original retail purchase date or the first 24,000 miles of use, whichever occurs first. However, the Limited Warranty provided by Warrantor covers the steel or aluminum frame structure of the sidewalls (excluding slide outs), roof, and rear and front walls for sixty (60) months from the original retail purchase date or the first 50,000 miles of use, whichever occurs first.

If you use your motorhome for any rental, commercial or business purposes whatsoever, the Limited Warranty provided by Warrantor covers your new motorhome when sold by an authorized dealer for ninety (90) days from the original retail purchase date or the first 24,000 miles of use, whichever occurs first. In addition, the Limited Warranty provided by Warrantor covers the steel or aluminum frame structure of the sidewalls (excluding slide outs), roof, and rear and front walls for twelve (12) months from the original retail purchase date or the first 24,000 miles of use, whichever occurs first. A conclusive presumption that your motorhome has been used for commercial and/or business purposes arises if you have filed a federal or state tax form claiming any business tax benefit related to your ownership of the motorhome.

The above Limited Warranty coverage applies to all owners, including subsequent owners, of the motorhome. However, a subsequent owner must submit a warranty transfer form by filing the form through an authorized Beaver dealer. A subsequent owner's warranty coverage period is the remaining balance of the warranty coverage period the prior owner was entitled to under this Limited Warranty. Warranty transfer forms can be obtained by contacting the Customer Relations Department. There is no charge for the transfer.

**LIMITATION OF IMPLIED WARRANTIES:**

**ANY IMPLIED WARRANTIES ARISING BY WAY OF STATE LAW, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY AND ANY IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE, ARE LIMITED IN DURATION TO THE TERM OF THIS LIMITED WARRANTY AND ARE LIMITED IN SCOPE OF COVERAGE TO THOSE PORTIONS OF THE MOTORHOME COVERED BY THIS LIMITED WARRANTY.** Warrantor disclaims all implied and express warranties, including the implied warranty of merchantability and the implied warranty of fitness for a particular purpose, on components and appliances excluded from coverage as set forth below. There is no warranty of any nature made by Warrantor beyond that contained in this Limited Warranty. No person has authority to enlarge, amend or modify this Limited Warranty. The dealer is not the Warrantor's agent but is an independent entity. Warrantor is not responsible for any undertaking, representation or warranty made by any dealer or other person beyond those expressly set forth in this Limited Warranty. Some states do not allow limitations on how long an implied warranty lasts, so the above limitation may not apply to you.

**WHAT THE WARRANTY COVERS:**

Warrantor's Limited Warranty covers defects in the manufacture of your motorhome and defects in materials used to manufacture your motorhome. Also see the section "What the Warranty Does Not Cover" set out below.

**WHAT WE WILL DO TO CORRECT PROBLEMS:**

Warrantor will repair and/or replace, at its option, any covered defect if: (1) you notify Warrantor or one of its authorized servicing dealers of the defect within the warranty coverage period and within five (5) days of discovering the defect; and (2) you deliver your Motorhome to Warrantor or Warrantor's authorized servicing dealer at your cost and expense. It is reasonable to expect some service items to occur during the warranty period. The performance of warranty repairs shall not extend the original warranty coverage period. Further, any performance of repairs after the warranty coverage period has expired or any performance of repairs to component parts and appliances excluded from coverage shall be considered "good will" repairs, which shall not alter the express terms of this limited warranty.

Warrantor may use new and/or remanufactured parts and/or components of substantially equal quality to complete any repair.

Defects and/or damage to interior and exterior surfaces, trim, upholstery and other appearance items may occur at the factory during manufacture, during delivery of the motorhome to the selling dealer or on the selling dealer's lot. Normally, any such defect or damage is detected and corrected at the factory or by the selling dealer during the inspection process performed by the Warrantor and the selling dealer. If, however, you discover any such defect or damage when you take delivery of the motorhome, you must notify your dealer or Warrantor within five days of the date of purchase to have repairs performed to the ct at no cost to you as provided by this Limited Warranty.

If either three or more unsuccessful repair attempts have been made to correct any covered defect that you believe substantially impairs the value, use or safety of your motorhome or repairs to any covered defect(s), which you believe substantially impairs the value, use or safety of your motorhome,, have taken 30 or more days to complete, you must, to the extent permitted by law, notify Warrantor directly in writing of the failure to successfully repair the defect(s) so that Warrantor can become directly involved in exercising a final repair attempt for the purpose of performing a successful repair to the identified defect(s).

**HOW TO GET SERVICE:**

The Warranty Registration form must be returned to Warrantor promptly upon purchase to assure proper part replacement and repair of your motorhome. Failure to return the warranty registration form will not affect your rights under the Limited Warranty long as you can furnish proof of purchase. For warranty service simply contact one of Warrantor's authorized service centers for an appointment, then deliver your motorhome (at your expense) to the service center. If you need assistance in locating an authorized warranty service facility, contact Warrantor's Warranty Department (1-877-466-6226). The mailing address is 91320 Coburg Industrial Way, Coburg, Oregon 97408.

In the event the motorhome is inoperative due to malfunction of a warranted part, Warrantor will pay the cost of having the motorhome towed to the nearest authorized repair facility provided you notify Warrantor prior to incurring the towing charges to receive directions to the nearest repair facility.

Because Warrantor does not control the scheduling of service work by its authorized servicing dealers, you may encounter some delay in scheduling and/or in the completion of the repairs.

**WHAT THE WARRANTY DOES NOT COVER:**

This Limited Warranty does not cover: any motorhome sold or registered outside of the United States or Canada; items which are added or changed after the motorhome leaves Warrantor's possession; items that are working as designed but which you are unhappy with because of the design; normal wear and usage, such as fading or discoloration of fabrics, or the effects of condensation inside the motorhome; defacing, scratching, dents and chips on any surface or fabric of the motorhome, not caused by Warrantor; routine maintenance, including by way of example wheel alignments; the automotive chassis and power train, including, by way of example the engine, drivetrain, steering and handling, braking, wheel balance, muffler, tires, tubes, batteries and gauges; appliances and components covered by their own manufacturer's warranty including, by way of example the microwave, refrigerator, ice maker, stove, oven, generator, roof air conditioners, hydraulic jacks, VCR, television(s), water heater, furnace, stereo, radio, compact disc player, washer, dryer, inverter and cellular phone; or flaking, peeling and chips or other defects or damage in or to the exterior or finish caused by rocks or other road hazards, the environment including airborne pollutants, salt, tree sap and hail.

**EVENTS DISCHARGING WARRANTOR FROM OBLIGATION UNDER WARRANTY:**

use or neglect, accidents, unauthorized alteration, failure to provide reasonable and necessary maintenance (See Owner's anual), damage caused by off road use, collision, fire, theft, vandalism, explosions, overloading in excess of rated capacities, and odometer tampering shall discharge Warrantor from any express or implied warranty obligation to repair any resulting defect.

**DISCLAIMER OF CONSEQUENTIAL AND INCIDENTAL DAMAGES:**

**THE ORIGINAL PURCHASER OF THE MOTORHOME AND ANY PERSON TO WHOM THE MOTORHOME IS TRANSFERRED, AND ANY PERSON WHO IS AN INTENDED OR UNINTENDED USER OR BENEFICIARY OF THE MOTORHOME, SHALL NOT BE ENTITLED TO RECOVER FROM WARRANTOR ANY CONSEQUENTIAL OR INCIDENTAL DAMAGES RESULTING FROM ANY DEFECT IN THE MOTORHOME. THE EXCLUSION OF CONSEQUENTIAL AND INCIDENTAL DAMAGES SHALL BE DEEMED INDEPENDENT OF, AND SHALL SURVIVE, ANY FAILURE OF THE ESSENTIAL PURPOSE OF ANY LIMITED REMEDY.** Some states do not allow the exclusion or limitation of consequential or incidental damages, so the above exclusions may not apply to you.

**LEGAL REMEDIES:**

**THESE WARRANTIES ARE NOT INTENDED TO "EXTEND TO FUTURE PERFORMANCE" AND ANY ACTION TO ENFORCE THESE EXPRESS OR ANY IMPLIED WARRANTY SHALL NOT BE COMMENCED MORE THAN ONE (1) YEAR AFTER THE EXPIRATION OF THE RESPECTIVE WARRANTY COVERAGE PERIOD DESIGNATED ABOVE. THE PERFORMANCE OF REPAIRS SHALL NOT SUSPEND THIS ONE YEAR LIMITATIONS PERIOD FROM EXPIRING. THESE TERMS AND ALL EXPRESS AND IMPLIED WARRANTY DISPUTES BETWEEN WARRANTOR AND PURCHASER SHALL BE GOVERNED BY THE SUBSTANTIVE LAWS OF THE STATE OF INDIANA, WITHOUT REGARD TO CONFLICTS OF LAW RULES.** Some states do not allow the reduction in the statute of limitations or a choice of law provision, so the above reduction in the statute of limitations and/or choice of law provision may not apply to you.

THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS. YOU MAY ALSO HAVE OTHER RIGHTS, WHICH VARY FROM STATE TO STATE.

3/5/03