Rita Holloway

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

—   —   —

DOUGLAS HOLLOWAY and RITA      :
HOLLOWAY,                      :
                              : Civil Action
        Plaintiffs,           : No. 05-740 (JJF)
                              :
           vs.                :
                              :
MONACO COACH CORPORATION,      :
                              :
        Defendant.            :

—   —   —

            Deposition of RITA HOLLOWAY, taken
pursuant to notice before Gail Inghram Verbano, CSR,
RMR, in the law offices of Tybout, Redfearn & Pell,
750 South Madison Street, Suite 400, Wilmington,
Delaware, on Tuesday, March 14, 2006, beginning at
approximately 12:15 p.m., there being present:

APPEARANCES:

        CHRISTOPHER J. CURTIN, ESQ.
        ERISMAN & CURTIN
        P.O. Box 250
        Wilmington, Delaware 19899-0250
         Attorney for Plaintiffs

—   —   —

        CORBETT & WILCOX
    Registered Professional Reporters
1400 French Street     Wilmington, DE 19801
        (302) 571-0510
    www.corbettreporting.com

```
 1      APPEARANCES (CONT'D.)

 2              MATTHEW T. PISANO, ESQ.
                SEGAL, MCCAMBRIDGE, SINGER & MALONEY
 3              United Plaza
                30 South 17th Street, Suite 1700
 4              Philadelphia, Pennsylvania 19103
                    Attorney for Defendant
 5

 6      ALSO PRESENT:

 7              DOUGLAS HOLLOWAY

 8                      -   -   -

 9              RITA HOLLOWAY, having first been

10      duly sworn according to law, was examined and

11      testified as follows:

12                      -   -   -

13                      EXAMINATION

14              RITA HOLLOWAY, having first been

15      duly sworn according to law, was examined and

16      testified as follows:

17                      -   -   -

18                      EXAMINATION

19      BY MR. PISANO:

20          Q   Mrs. Holloway, we met now, I guess, two

21      times.  And you sat through your husband's deposition

22      this time.  I think you sat through it last time.

23      But just for the sake of the record, I just want to

24      go over some brief instructions with you.
```

Rita Holloway

Page 3

1                    Make sure you keep all your answers

2        verbal.  Make sure you keep all your answers

3        truthful.

4                    If for any reason you don't

5        understand one of my questions, just let me know.

6        I'll be happy to repeat it or rephrase it.

7                    Let me finish my question before

8        you begin your answer; and likewise, I'll extend you

9        the same courtesy.

10                   Do you understand?

11        A    Yes.

12        Q    Okay.  Have you taken any medication or

13        substance which would prohibit you from understanding

14        my questions and answering them truthfully?

15        A    No.

16        Q    What's your date of birth, ma'am?

17        A    June 2nd, '39.

18        Q    So in 2004, you became 65 years old?

19        A    Yes.

20        Q    And you reside at 2131 Pleasant Valley

21        Road, Newark, Delaware, 19702?

22        A    Yes.

23        Q    You reside there with Douglas.  He's your

24        husband; correct?

Rita Holloway

Page 4

1    A    Yes.

2    Q    Now, you sat through two hours of

3    Douglas' testimony this morning?

4    A    Uh-huh.

5    Q    Is that a yes?

6    A    Yes.

7    Q    Were you paying attention?

8    A    Yes.

9    Q    Is there anything that Douglas said that

10   you would disagree with?

11   A    No.

12   Q    Is there anything that Douglas said that

13   you would like to explain further?

14   A    Yes.

15   Q    Okay.  Fire away.

16   A    When we first picked up the coach and we

17   were going through the coach, we noticed water stains

18   with Chuck.

19   Q    This was March 2004 --

20   A    Yes.

21   Q    -- when you first took possession?

22   A    Yes.

23   Q    All right.  And what happened?

24   A    We were there for a couple of days.  We

Rita Holloway

Page 5

1    went through the coach.  Doug had to leave.  He flew

2    back home because he had to go to work.

3                        I stayed down with the coach.

4    Chuck told me what they were going to do.  They were

5    going to try to wash the water stains that were on

6    there now.  They were going to check the roof.  And

7    then they started taking it in and doing the --

8    fixing the paint.  And --

9         Q    The exterior paint, you mean?

10        A    Yes.

11        Q    All right.  Go ahead.  I'm sorry.  I

12   didn't mean to cut you off.

13        A    I stayed there while they -- I was there,

14   I believe, maybe 10, maybe 14 days for them to do all

15   the work.  They tried to work it so that if the coach

16   was in the bay, that they put it in a bay that they

17   could plug in, give me electricity and water and

18   sewer and I could sleep in it.  But I had to be out

19   of it at -- by 8 o'clock in the morning.  And usually

20   I wasn't back in until about 5:00 in the afternoon.

21        Q    Okay.  At any point in time, did you ask

22   them for hotel accommodations?

23        A    They said that they would give me hotel

24   accommodations if, at any time, they couldn't put

Rita Holloway

Page 6

1    it -- or take it out of the bay so that I could sleep

2    in it.

3         Q    Was that acceptable to you or no?

4         A    Yes.

5         Q    At any point you didn't demand to be put

6    into a hotel the entire time?

7         A    No.

8         Q    Anything else that you would like expand

9    on with regard to Mr. Holloway's testimony?

10        A    No.

11        Q    Mr. Holloway testified that you were

12   involved in an incident with regard to diesel smoke?

13        A    Yes.

14        Q    When did that occur?

15        A    The second time that it was there, I

16   believe the second or third time it was there.

17   Again, we brought it down.  I waited for the coach.

18             It was one of the times when they

19   were expecting a hurricane, and they were trying to

20   get me out of there before the hurricane hit in that

21   area.

22             I was driving the coach up to meet

23   Doug, and then we were going to go home together.

24   And I was on -- I forget what route it was.  I forget

Rita Holloway

1    what the route was.

2                    But I was on the route, and we --

3    there were stop signs -- I mean red lights on this

4    route.  And I was at -- coming down the hill.  And

5    when I got to the stop sign -- the red light, the --

6    there was a van, and there was some people in that --

7    people in the van and people in the car.  And they

8    started yelling at me, "Get out of the coach.  Your

9    coach is on fire."

10                   And I was at this light.  And the

11   only thing I could think of was -- you know, getting

12   away from there, because I was -- I was on the --

13   there was two lanes, and then there was a turn lane.

14   And I was in the inside lane.

15                   And the only thing I could think of

16   was getting the coach out of that middle of the road.

17   So I just went -- when the light turned green, I went

18   across.  And I pulled off on the side of the road,

19   and there was like a curb.

20                   And apparently, with excitement and

21   scared, I -- when I went off, it scraped the side of

22   the coach.  And it also pushed in the step in the

23   door a little so that when I did stop the coach and

24   went to get the door, I couldn't open the door.

Rita Holloway

Page 8

1        I kept pounding on the door.  And I

2   finally got the door open and got out.  And when I

3   went around, there was a bunch of smoke coming out

4   the back, but I couldn't see any flames.  I couldn't

5   see anything.

6        So I had the door open.  I went

7   back in.  Immediately I called Doug.  He said, "Call

8   Chuck."

9        I called Chuck at Lazy Days.  Chuck

10  called Monaco.  There was a Monaco representative who

11  called me on my cell phone.  I don't remember his

12  name.

13       He tried to walk me through the

14  coach.  He said, "Have you seen any flames or

15  anything?"

16       And I said, "No."

17       And he said, "Did you check all the

18  instruments on the coach?"

19       And I said, "At that time all I did

20  was run out."

21       And he said, "Did you shut the

22  coach off?"

23       And I said, "Yes.  I shut the coach

24  and got out of it."

Rita Holloway

Page 9

1            And then he said, Would you be

2    willing to go back in, sit, and look at all -- look

3    at the dash to see whether or not anything -- you

4    know, anything was out of the ordinary.

5            And he also asked me if I had

6    the -- I keep forgetting the name of the brake.  Not

7    the regular brake.  It's the brake that you use to

8    slow you down going down the hill.

9        Q    The Jake Brake?

10        A    Yeah.  Well, they call it something else

11    too.

12        Q    Air brake?

13        A    And he asked me if I had that on.

14            And I said, "Yes," because my

15    husband told me that if you -- you know, and Chuck

16    told me that on this one here:  If you're going up

17    and down a hill, you should keep it on; it will help

18    you -- the exhaust brake -- it will help you slow

19    down if you start to roll too much.  And that's what

20    I did.

21            And he said, "Okay."  He said -- he

22    said, "Why don't we sit and wait."  He said, "Can you

23    sit and wait for about a half an hour or so?  And I'm

24    going to call you back."

Rita Holloway

1          And I said, "Okay."  I said, "To

2    tell you the truth, I'm afraid to drive it right

3    now."

4          And he said, "Just give me a half

5    hour, and I'm going to call you back.  And I'm going

6    to run you through different things to see if you can

7    start it, if you're going to have any problems."

8          I said, "Okay."

9          So he called me back and he said,

10   "Are you willing to try to start the coach?"

11         And I said, "Yes."

12         Because when this all happened, I

13   did not see the smoke coming out of the back.  I only

14   saw the smoke when I pulled off.  And apparently it

15   was coming out of the back.  But the way I was

16   explained, it also came up through -- when I pulled

17   off -- all the smoke that was there, I saw smoke

18   coming out the front, but it was when I stopped the

19   coach.

20         And what they said -- anyways, he

21   said, "Would you please go into the coach.  Try

22   starting the coach and tell me what happens."

23         I said, "Okay."  So I started the

24   coach.

Corbett & Wilcox

Rita Holloway

1                    He said, "How does it look?"

2                    I said, "Everything looks fine."

3                    And he said, "Okay."  He said,

4     "Does it look like it's heating up?"

5                    And I said, "No.

6                    He said, "Shut the exhaust brake

7     off."

8                    I said, "Okay."  I did that.

9                    He said, "I want you to let it run

10    for a bit and see if it starts smoking.  Leave your

11    door open."

12                   I said, "Okay."

13                   So I did.  And nothing happened.

14                   And he said, "Okay.  Are you

15    willing to try to drive it?"

16                   And I said, "Yeah."

17                   He said, "Go very slow so that --

18    so that -- are you in an area now where you could

19    pull off very easy?"

20                   And I said, "Yes."

21                   He said, "Okay.  Are you willing to

22    try it?"

23                   And I said, "Yes."

24                   So I did.  And I said, "You know,

Rita Holloway

1    it seems to be running okay."

2                 So he said, "What I think is one of

3    two things."  He said, "Talking with Chuck, Chuck

4    said you had a problem with diesel coming on the

5    generator, or a smell from the diesel.  We thought we

6    fixed it."  He said, "It could be a combination of

7    that, or it could have been a combination of your

8    exhaust brake sticking."

9                 I said, "Okay."

10                He said, "Try not using the exhaust

11   brake."

12                I said, "Okay."  And I just drove

13   it at a normal speed.  I drove it to Doug, and I -- I

14   didn't have any more problems.

15        Q    All right.  You were leaving Lazy Days,

16   and you were going to meet Doug?

17        A    Yes.

18        Q    Where was Doug at?

19        A    In Ohio.

20        Q    What he was doing in Ohio?

21        A    He was working.

22        Q    So you were going to drive from Florida

23   to Ohio?

24        A    Uh-huh.

Rita Holloway

Page 13

1        Q      Then you were going to go to Delaware?

2        A      Yeah; then go home together.

3        Q      How far were you from the Lazy Days

4    dealership, be it in mileage or time, when this

5    incident occurred?

6        A      Well, I left Lazy Days, I would say --

7    the night before, I had left Lazy Days, about

8    6 o'clock.  And I drove until about 11:00.  Pulled

9    over on a rest area.

10              The following morning I left maybe

11    about between 6:00 and 7:00 in the morning.  And this

12    occurred about, I would say, 1:30 in the afternoon.

13        Q      So that's basically 11 hours of driving?

14        A      Uh-huh.

15        Q      Without an incident?

16        A      Uh-huh.

17        Q      Is that a yes?

18        A      Yes.  I'm sorry.

19        Q      That's okay.

20              At any point during those 11 hours,

21    did you notice any smoke coming out of the coach?

22        A      No.

23        Q      Any abnormal smoke coming out of the

24    coach?

Rita Holloway

Page 14

1       A    No.

2       Q    And I presume that during the course of

3  that 11 hours, there were occasions when you had to

4  stop for traffic-related reasons?

5       A    Right -- yes.

6       Q    Correct?

7       A    Yes.

8       Q    At any point in time that you stopped,

9  did you see smoke billowing out of the front or from

10 any other place that was unusual?

11      A    No.

12      Q    When was the last time the vehicle was

13 fueled before you left Lazy Days?  Did you leave Lazy

14 Days with a full tank of gas?

15      A    Yes, I did.

16      Q    At any point in time between the time you

17 left and the incident occurred, did you stop to get

18 more diesel fuel?

19      A    No.

20      Q    Where were you when this incident

21 occurred?  What state; do you recall?

22      A    Carolinas, I think.

23      Q    Do you remember which one?

24      A    I don't remember.

Corbett & Wilcox

Rita Holloway

1          Q      Okay.

2          A      No.   I think you -- I think you go out of

3    Carolina into Virginia.   And you go -- and there's a

4    road that I was on that you cut across to go through

5    the mountains.

6          Q      202?

7          A      No.

8          Q      66?

9          A      I don't remember.   You can ask Doug.   He

10   would know.

11         Q      I'll get a map, and I'll probably figure

12   it out.

13                My question is, you indicated there

14   were two different vehicles that told you to pull

15   over?

16         A      Yes.

17         Q      The first vehicle was a van?

18         A      Yes.

19         Q      Who was in the van?

20         A      There were some kids in the van, and then

21   there were some people -- a car in the back of them

22   with some people in it.

23                And the man that was on the

24   passenger side was yelling to me, "Get out of your

Rita Holloway

Page 16

1    vehicle.  Pull over.  Get out of your vehicle.  It's

2    on fire."

3        Q    How old were these people that were

4    telling you that?

5        A    The man that was -- that was talking to

6    me, I would say maybe in his 40s.

7        Q    Did anybody stop to help you?

8        A    He -- they pulled over.  I got out.  And

9    I said, "I don't see any flames."  And --

10       Q    Did you see any smoke when you got out?

11       A    When I got out, I saw the smoke come up

12   from the -- the front, you know, coming through the

13   front of the vehicle --

14       Q    All right.

15       A    -- and out the back.  But I looked

16   underneath; I could not see any flames whatsoever.

17       Q    Any smoke come inside the passenger

18   compartment at any point?

19       A    It smelled of smoke in the front where I

20   was driving.

21       Q    When did that occur, once you stopped?

22       A    When I stopped.

23       Q    When you stopped at the red light --

24       A    No, it did not.

Rita Holloway

Page 17

1       Q      Let finish my question.

2              When you stopped at the red light

3       before these cars told you to get out of the car, did

4       you see any smoke?

5       A      None.

6       Q      How long were you stopped at the red

7       light?

8       A      Just pulled and stopped.  And then they

9       were stopped on the side of me and told me -- and it

10      turned green.  And I just got out of the way and

11      pulled off the side of the road.  It was like a --

12      like a little town type.

13      Q      Gotcha.  Gotcha.

14             And you said that this gentleman

15      pulled over behind you?

16      A      Yeah.  He said, "Are you okay?"  Because

17      I was having a hard time getting out of the coach at

18      first.

19      Q      You exited the coach through the living

20      quarter door?

21      A      Yeah, the front door, by where the driver

22      and the passenger sits.

23      Q      Okay.  All right.  So there's a driver's

24      side door; there's a passenger side door?

Corbett & Wilcox

Rita Holloway

Page 18

1        A    No.  There's only one door, passenger

2   door.

3        Q    Okay.  And that goes into the living

4   quarters?

5        A    It's -- no.  In the front of the coach,

6   there's a driver's seat, there's a passenger seat,

7   and there's the door.

8        Q    And that's the only door to get in and

9   out of the coach?

10       A    Yes.

11       Q    There's no door on the driver's side?

12       A    No.

13       Q    Gotcha.

14             Did he assist you in getting out of

15   the coach?

16       A    No.  I got out myself, because I -- I was

17   panicking and I really pushed.

18       Q    Okay.  Did he tell you he saw flames?

19       A    He said he saw smoke.

20       Q    Did you get his name or contact

21   information?

22       A    No, I did not.

23       Q    Did the police respond?

24       A    No, they did not.  I didn't call them,

Rita Holloway

Page 19

1    because I couldn't see any smoke.  I couldn't -- I

2    mean, I didn't see any flames.  And I -- basically I

3    just panicked.  I was afraid.  I called Doug.  I was

4    hysterical.  I was crying.

5                I called Chuck.  Chuck called me

6    back.  He was -- he said, "Calm down."

7                And I said, "They're telling me my

8    coach is on fire."

9                And I said, "I couldn't see any

10   flames."  But I said, "When I did stop and pull over

11   the coach, I saw smoke from the front coming out the

12   back, and there was some in the cab."  That's why I

13   got out and stayed out.

14        Q    And the first person you called was Doug

15   or Chuck?

16        A    I believe it was Doug.  Doug told me to

17   call Lazy Days immediately; call Monaco immediately,

18   and don't go in the coach.

19        Q    Did anybody think to call the fire

20   department?

21        A    I couldn't see any -- I couldn't see any

22   flames.  I mean, I got down on my hands and knees and

23   looked underneath the coach.  I could not see any

24   flames.

Rita Holloway

Page 20

1        Q    Do you know if the gentleman that stopped

2 to help you, if he had a cell phone?

3        A    I had my own cell phone.

4        Q    Do you know if he had a cell phone?

5        A    I don't know.

6        Q    And the police never responded because

7 nobody called them?

8        A    I never called them.

9        Q    And the fire department never responded?

10       A    No.

11       Q    And you sat there for close to an hour?

12       A    Yeah.  But it wasn't smoking when I

13 stopped.

14       Q    Did you know during the course of that

15 hour that you hit the curb and the guardrail and you

16 did some damage to your coach?

17       A   Yeah.  Yeah.  I saw the scratch on the

18 side.  I started to cry -- in fact, when I called

19 Doug -- I think I called Chuck first.  Because when I

20 called Doug, I said, "They told me to get off the

21 road."  I said, "I didn't even look."

22                It was a small curb.  I scraped the

23 side of the bottom part -- what do you call it?

24       Q    The running board?