Rita Holloway

Page 21

1   A   Yeah. And Doug said, "Don't worry about
2   that." He said, "Are you okay?"
3             And I said, "Yes."
4             And he said, "What did they tell
5   you to do?"
6             And I told him.
7             And Chuck said, "I'm going to call
8   Monaco to see if there's somebody in that area that
9   can go up. Don't touch the coach" and everything."
10            And that's when the representative
11  from Monaco called.
12            Chuck Kurtz would be able to tell
13  you who he talked to.
14  Q   Okay. There was never a police report
15  filed?
16  A   No.
17  Q   Your husband testified that out of the
18  40,000 miles on the coach, 20,000 of it have been as
19  a result of your use of the coach; would you agree
20  with that?
21  A   Yeah -- yes.
22  Q   Out of those -- that's okay. "Yeah" and
23  "yes" are okay.
24  A   Okay.

Corbett & Wilcox

1    Q    "Uh-huhs" and "huh-uhs" are not okay.
2    A    Got it.
3    Q    The 20,000 miles that have been put on
4    the coach by you and Doug, how many of those miles
5    have you actually driven, if you can estimate?
6    A    Well, I drove it -- let's see -- twice
7    from Florida. And if we're on a trip, if he's tired,
8    I -- I'll drive on -- you know, on 95 or so.
9         I -- I can't tell you.
10   Q    You think you've driven half of those
11   20,000 miles?
12   A    No; maybe about 5-.
13   Q    Okay. About 5,000 of those miles?
14   A    Uh-huh.
15   Q    Of those 5,000 miles or so -- and it's an
16   estimate; we'll put that on the record.
17        Of those 5,000 or so miles that
18   you've driven the coach, have you experienced any
19   type of mechanical difficulties with the operation of
20   the coach?
21   A    No; just that time with the --
22   Q    That's it?
23   A    Yeah.
24   Q    Anything else? Steering? Have you

Page 23

1  experienced any of the water coming down the front?
2     A    I was in the coach when the water started
3  coming down the front.
4     Q    That's all right. Just as far as you
5  operating the coach.
6     A    No.
7     Q    Other than the incident with the smoking
8  of the coach somewhere in the Carolinas, we believe,
9  or Virginia, has that type of incident ever occurred
10 since that time?
11    A    No.
12    Q    You've never had a smoking problem with
13 the car?
14    A    No.
15    Q    And when you exited the vehicle and you
16 saw smoke, would you characterize it as an abnormal
17 amount of smoke?
18    A    A lot of smoke.
19    Q    Something that wasn't right?
20    A    Right.
21    Q    Okay. Any other problems that you've had
22 with the coach while you've been operating it?
23    A    No, except if you're driving and like and
24 its really hot, I don't appreciate putting on the

Rita Holloway

Page 24

1   front air, because of smelling diesel.
2       Q    All right. Okay. What position do you
3   hold with Rainbow Kennels, Incorporated?
4       A    I'm retired.
5       Q    You don't work for Rainbow Kennels
6   anymore?
7       A    No.
8       Q    Are you still on the corporate board?
9       A    Yes.
10      Q    What position do you hold on the
11  corporate board of Rainbow Kennels, Incorporated?
12      A    Co-owner.
13      Q    Are you president? Co-president --
14      A    Vice president.
15      Q    -- vice president?
16           Who is the president?
17      A    Doug.
18      Q    Any other board members?
19      A    No.
20      Q    Have you had your personal or your
21  corporate tax returns for 2005 prepared yet?
22      A    Yes, I believe so.
23      Q    And Dennis Snyder provided those?
24      A    Yes.

Corbett & Wilcox

```
1       Q    Have they --
2       A    Dennis Snyder takes care of everything.
3       Q    Have they already been filed?
4       A    Yes.
5       Q    Do you have a copy of them?
6       A    I believe so, yes.
7       Q    Do you know, on the corporate Rainbow
8  Kennel, Incorporated, tax returns, if there's been a
9  depreciation taken for the motor coach?
10      A    No, I don't.
11      Q    Is that something that was done last
12 year, in 2004?  If you know.
13      A    I don't remember.
14      Q    Do you ever remember asking Dennis Snyder
15 to depreciate the motor coach on your corporate tax
16 returns?
17      A    Basically, I've just asked Dennis Snyder
18 to take care of the books, and he does everything.
19      Q    When you have your taxes done, do you
20 actually go in and sit with him?
21      A    I do, yes.
22      Q    And does the subject of the motor coach
23 ever come up?
24      A    Sometimes.
```

```
 1        Q    When did you go to have your 2005 return
 2   done?
 3        A    When was it due?
 4        Q    Not due yet.  April 15th.
 5        A    Okay.  But it's all done.  So it was
 6   done -- I would say in January of -- yeah, January.
 7        Q    You had them done early.  Do you recall
 8   Dennis asking you how many miles you put on the coach
 9   this year?
10        A    No.
11        Q    Do you recall if Dennis asked you if you
12   used the coach for business purposes?
13        A    No.
14        Q    Who signs the corporate tax return?
15        A    We both do.
16        Q    When is the last time you were a paid
17   employee of Rainbow Kennels?
18        A    Two years, maybe.
19        Q    2004?
20        A    Uh-huh.
21        Q    Yes?
22        A    Yes.
23        Q    When is the last time Rainbow Kennels,
24   Incorporated, had a corporate board meeting?
```

```
 1        A    You mean Doug and I having a meeting
 2   together?
 3        Q    A corporate board meeting with Rainbow
 4   Kennels, Incorporated.
 5        A    We don't.
 6        Q    You don't have corporate board meetings?
 7        A    No.
 8        Q    Do you have corporate bylaws?
 9        A    I really don't know, to tell you the
10   truth.
11        Q    Do you have any recollection of ever
12   seeing corporate bylaws?
13        A    No.
14        Q    Do you have any knowledge if corporate
15   bylaws require you to have a meeting?
16        A    No.  I know I have a meeting -- I go to
17   meetings with Dennis.
18        Q    How often?
19        A    Whenever he calls and says he'd like to
20   see me in the office.
21        Q    Is Dennis a corporate board holder with
22   Rainbow Kennels, Incorporated?
23        A    No.
24        Q    Does Dennis have any type of affiliation
```

Page 28

1   with Rainbow Kennels whatsoever with the exception of
2   being their accountant?
3        A    No.
4        Q    When is the last time you showed a dog?
5             Did you show one in 2006, this
6   year?
7        A    No.
8        Q    Did you show one in 2005, last year?
9        A    Yep.
10       Q    Where did you do the show?  You
11  personally did it?
12       A    Yep.
13       Q    How were you paid for that?
14       A    I wasn't.
15       Q    Did you volunteer?
16       A    Yeah.
17       Q    Which dog did you show?  Who was the
18  owner of the dog?
19       A    Mr. Redmond.
20       Q    Who is Mr. Redmond?
21       A    He's the owner of the dog that I showed.
22       Q    Family friend?  A client?  A relative?
23       A    A client.
24       Q    And you didn't charge him anything for

```
 1   showing the dog?
 2       A    Huh-huh.
 3       Q    Is that a no?
 4       A    Yes.  I'm sorry.  Yes; that's a no.
 5       Q    That's all right.
 6            Have you ever submitted any
 7   articles to any publications or periodicals with
 8   regard to your dealings with Monaco Coach
 9   Corporation?
10       A    No.
11       Q    Have you ever submitted anything to any
12   website with regard to your dealings with Monaco
13   Coach Corporation?
14       A    No.
15       Q    Have you ever spoken to anyone about
16   prospective purchase of a Monaco Coach product?
17       A    You mean a buyer?
18       Q    Yes.
19       A    I guess I was with Doug when he talked to
20   Amy and Andrew.
21       Q    How about Harry?  Were you there when he
22   talked to Harry, or no?
23       A    Oh, yeah.  We talked a lot.  We were very
24   good friends.
```

Rita Holloway

Page 30

```
 1        Q    Anyone else that you can recall speaking
 2   to about Monaco products?
 3        A    No.
 4        Q    What was the substance of your
 5   conversation or your input with Andy and/or Amy with
 6   regard to a Monaco purchase?
 7        A    I thought the coach -- and I think the
 8   coach is a beautiful coach except for all the
 9   problems that you have with it.
10        Q    And did you tell Andrew and Amy that?
11        A    You don't have to tell them.  They know
12   when we don't have the coach that it's being
13   repaired.
14        Q    How do they know that?
15        A    If we don't have the coach, or we'll
16   say -- you know, "Are you going anywhere?"
17             "No.  The coach is in the garage."
18        Q    That's what you tell them?
19        A    Yeah.
20        Q    Do they know that you filed a lawsuit
21   over the coach?
22        A    I don't believe so.
23        Q    Do they know that you filed a previous
24   lawsuit as a result of your 2001 Monaco Coach?
```

Corbett & Wilcox

```
1       A    Yes, they did.
2       Q    How did they come to that knowledge?
3       A    We might have talked about it.
4       Q    You discussed the terms of your 2001
5   settlement with them?
6       A    No, we did not.
7       Q    All right.  Did you relay any opinions
8   one way or the other with regards to their purchase
9   of a Monaco product?
10      A    No, not really.
11      Q    Did you tell them, "Buy it; don't buy it;
12  be cautious"; anything like that?
13      A    Not really.
14      Q    What do you mean by "not really"?
15      A    And I think -- I don't think they were
16  just looking at Monacos.  They were also looking at
17  other different coaches.  And they were asking us,
18  you know, "How is this on this coach versus the other
19  coach."  You know, like -- the inside, the interior.
20           I mean, women talk about the
21  interior.
22      Q    And what did you tell Amy about the
23  interior?
24      A    I would like it to have a better quality
```

Page 32

| | | |
|---|---|---|
| 1 | | interior in this coach. |
| 2 | Q | You told Amy that? |
| 3 | A | Uh-huh. |
| 4 | Q | Is that a yes? |
| 5 | A | Yes. |
| 6 | Q | What did you find inferior about the interior of the coach? |
| 8 | A | I guess when you go to look at all the different coaches -- I will say the woodwork in the Beaver coaches are absolutely beautiful. |

11         Colors, you know, you'd like to
12   have -- I'd like to have -- I've said I'd like to
13   talk to the person who does the interior decorating,
14   because their color scheme is not that great.  But
15   that's in all your coaches, if you look in.  It all
16   depends on what people like.
17        Q    Gotcha.
18             Did you make any recommendations to
19   Amy one way or the other about purchasing a Monaco
20   product?
21        A    No.  I -- you know, I told her that --
22   you know, to look at all the other coaches and she
23   shouldn't have anybody making up her mind; she should
24   buy what she likes.

Rita Holloway

Page 33

1   Q   But you didn't specifically tell her to
2   buy or not buy a Monaco product?
3   A   Right.
4   Q   Do you know where Andrew and Amy live
5   currently?
6   A   They're -- I was just told that they -- I
7   haven't spoken to Amy since January. And I know in
8   time -- in between times that we've spoken, they have
9   bought new property.
10  Q   You don't know where that's at?
11  A   It's in Jersey, the same state where they
12  live now; but whereabouts it is, I do not know.
13  Q   And do you happen to know Peter Green's
14  home address?
15  A   I know he lives in Bowmansville. I know
16  how to drive there. I never really --
17  Q   Gotcha. Gotcha.
18      How old is Andrew Green?
19  A   I'd say in his early 40s.
20  Q   Other than these three people -- Andy or
21  Amy Green and Harry Miller -- anyone else you've ever
22  spoken to about Monaco products?
23  A   Huh-uh.
24  Q   Is that a no?

Corbett & Wilcox

1  A That's a no.

2  Q All right. Do you know how many gallons
3 the diesel tank on that coach holds?

4  A I think it's 90.

5  Q 90 gallons of diesel fuel?

6  A I think so.

7  Q How many tanks, one or two tanks?

8  A You can fill up either side.

9  Q You can fill off either side, but it all
10 goes to the same tank?

11  A I believe so.

12  Q Have you ever filled the coach?

13  A Yes.

14  Q Have you ever experienced problems
15 filling the coach with diesel fuel?

16  A Fuel come out and I just -- we have a
17 bottle of water and just put water -- yes, I have.

18  Q When did you have problems filling the
19 coach?

20  A The first time when I was driving it
21 home.

22  Q What exactly happened? Fuel shot back
23 out at you?

24  A Yep. It dripped --

```
1        Q    Did it get on you?
2        A    Yes.  It got on my shirt.
3        Q    Any other problems other than that?
4        A    No.
5        Q    How many times has that happened to you?
6        A    Just that once, only because now I'm very
7   cautious.
8        Q    Have you seen it backlash at times other
9   than the time it got you?
10       A    No, because Doug has been taking care of
11  that.
12       Q    Have you ever seen Doug fill it and a
13  backlash come out?
14       A    I know he stands to the side.
15       Q    Have you ever seen it happen?
16       A    No.
17       Q    When is the last time you were -- either
18  filled it up yourself or around Doug when he filled
19  it up?
20       A    When is the last time?
21       Q    Yeah.
22       A    The last time for me was the first time
23  that I had a spill on me.  And usually if Doug is
24  outside filling the motor coach, I'm sitting inside.
```

Page 36

1     Q    Gotcha.

2          MR. PISANO: All right. I believe

3 that's all the questions I have for you,

4 Mrs. Holloway. I appreciate your coming out today.

5          MR. CURTIN: No questions. We'll

6 waive.

7          (Deposition concluded at 12:45 p.m.)

8

9                    I N D E X

10 WITNESS:                                      PAGE

11 RITA HOLLOWAY

12    Mr. Pisano                                  2

13    Mr. Pisano:                                 2

Rita Holloway

Page 37

1               C E R T I F I C A T E

2   State of Delaware   :

3   New Castle County   :

4

5            I, Gail Inghram Verbano, the officer before whom the foregoing proceedings were
6   taken, do hereby certify that the witness whose testimony appears in the foregoing deposition was
7   duly sworn by me before the commencement of the deposition; that the testimony of said witness was
8   taken by me, in Wilmington, Delaware, on March 14, 2006, to the best of my ability and thereafter
9   reduced to writing under my direction; and that I am neither counsel for, related to, nor employed by any
10  of the parties of the above-titled action; and further that I am not a relative or employee of any
11  attorney or counsel employed by the parties thereto, nor financially or otherwise interested in the
12  outcome of the action.

13

14           WITNESS my hand and official seal this 19th day of March A.D. 2006.

15

16

17

18

19

20           *Gail Inghram Verbano*
             Gail Inghram Verbano, RPR-RMR
21           CSR No. 8635
             Certification No.: 220
22           (Expires 1-31-2008)

23

24

Corbett & Wilcox