IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOUGLAS HOLLOWAY and<br>RITA HOLLOWAY,<br><br>    Plaintiffs,<br><br>v.<br><br>MONACO COACH CORPORATION,<br>a corporation of the State of Delaware,<br><br>    Defendant. | :<br>:<br>:<br>:<br>:<br>: C. A. No. 05-740 (JJF)<br>:<br>:<br>:<br>:<br>: |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of :

<u>PAUL WOJCICKI, ESQUIRE</u>
<u>Segal, McCambridge, Singer & Mahoney</u>
<u>1 IBM Plaza 330 N. Wabash Avenue, Suite 200</u>
<u>Chicago, IL  60611</u>

to represent <u>Defendant, Monaco Coach Corporation</u> in this matter.

                Signed:  /s/  Danielle K. Yearick
                         DANIELLE K. YEARICK (ID # 3668)
                         TYBOUT, REDFEARN & PELL
                         750 S. Madison Street, Suite 400
                         P.O. Box 2092
                         Wilmington, DE  19899-2092
                         (302) 658-6901
                         *Local Counsel for the Defendant*

DATED: August 21, 2006

## CERTIFICATE OF SERVICE

I, Danielle K. YEarick, do hereby certify that, on this 21st day of August, 2006, copies of the foregoing Motion and Order for Admission *Pro Hac Vice* were served, via electronic and first class mail, upon the following individual:

Christopher J. Curtin, Esquire  
ERISMAN & CURTIN  
P.O. Box 250  
Wilmington, DE 19899-0250

/s/ Danielle K. Yearick  
Danielle K. Yearick, Esquire, ID #3668  
TYBOUT, REDFEARN & PELL  
750 S. Madison Street, Suite 400  
P.O. Box 2092  
Wilmington, DE 19899-2092