IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOUGLAS HOLLOWAY and<br>RITA HOLLOWAY,<br><br>    Plaintiffs,<br><br>        v.<br><br>MONACO COACH CORPORATION,<br>a corporation of the State of Delaware,<br><br>    Defendant. | :<br>:<br>:<br>:<br>:<br>: C. A. No. 05-740 (JJF)<br>:<br>:<br>:<br>:<br>: |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of <u>State of Illinois</u> and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Signed: _____
PAUL WOJCICKI
Segal, McCambridge, Singer & Mahoney
1 IBM Plaza 330 N. Wabash Avenue
Suite 200
Chicago, IL  60611



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838  (800) 252-8048
Fax (217) 522-2417

Paul E. Wojcicki
Segal McCambridge Singer & Mahoney, Ltd.
One IBM Plaza
330 N. Wabash Avenue, Suite 200
Chicago, IL 60611

Chicago
Thursday, February 09, 2006

In re: Paul E. Wojcicki
Admitted: 11/9/1989
Attorney No. 6202143

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Mary Robinson
Administrator

By: _____
Darryl R. Evans
Deputy Registrar

DRE