IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOUGLAS HOLLOWAY and <br> RITA HOLLOWAY, <br><br> Plaintiffs, <br><br> v. <br><br> MONACO COACH CORPORATION, <br> a corporation of the State of Delaware, <br><br> Defendant. | : <br> : <br> : <br> : <br> : <br> : C. A. No. 05-740 (JJF) <br> : <br> : <br> : <br> : <br> : |

### ORDER

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

DATE: _____                    _____
                                          United States District Judge