IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOUGLAS HOLLOWAY and RITA HOLLOWAY,<br><br>Plaintiffs,<br><br>v.<br><br>MONACO COACH CORPORATION, a corporation of the State of Delaware,<br><br>Defendant. | : C.A. No. 05-740 (JJF)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, to modify the Dispositive Motion Briefing Schedule as follows:

    Answering Briefs shall be filed no later than September 15, 2006.

    Reply Briefs shall be filed no later than September 22, 2006.

ERISMAN & CURTIN

/s/ Christopher Curtin, Esquire
_____
Christopher Curtin, Esquire (DE #226)
P.O. Box 250
Wilmington, DE 19899
(302) 478-5577
*Attorney for Plaintiffs*

TYBOUT REDFEARN & PELL

/s/ Danielle K. Yearick, Esquire
_____
Danielle K. Yearick, Esquire (DE #3668)
750 South Madison Street, Suite 400
P.O. Box 2092
Wilmington, DE 19899-2092
(302) 658-6901
*Local Counsel for Defendant*

Theodore Flowers, Esquire
Segal McCambridge Singer & Mahoney
30 South 17th Street, Suite 1700
Philadelphia, PA 19103-1815
(215) 972-8015
*Counsel for Defendant*

Dated: August 30, 2006

        SO ORDERED this ____ day of _____, 2006.

_____
United States District Court Judge