IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOUGLAS HOLLOWAY and RITA HOLLOWAY, | : : C.A. No. 05-740 (JJF) : |
| Plaintiffs, | : : |
| v. | : : |
| MONACO COACH CORPORATION, a corporation of the State of Delaware, | : : : |
| Defendant. | : : |

## STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, to modify the Dispositive Motion Briefing Schedule as follows:

Answering Briefs shall be filed no later than September 29, 2006.

Reply Briefs shall be filed no later than October 6, 2006.

| | |
|---|---|
| ERISMAN & CURTIN | TYBOUT REDFEARN & PELL |
| /s/ Christopher Curtin, Esquire | /s/ Danielle K. Yearick, Esquire |
| Christopher Curtin, Esquire (DE #226) P.O. Box 250 Wilmington, DE 19899 (302) 478-5577 *Attorney for Plaintiffs* | Danielle K. Yearick, Esquire (DE #3668) 750 South Madison Street, Suite 400 P.O. Box 2092 Wilmington, DE 19899-2092 (302) 658-6901 *Local Counsel for Defendant* |
| | Theodore Flowers, Esquire Segal McCambridge Singer & Mahoney 30 South 17th Street, Suite 1700 Philadelphia, PA 19103-1815 (215) 972-8015 *Counsel for Defendant* |
| Dated: September 13, 2006 | |

SO ORDERED this ____ day of _____, 2006.

_____
United States District Court Judge