IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOUGLAS HOLLOWAY<br>and RITA HOLLOWAY,<br><br>  Plaintiffs,<br><br>v.<br><br>MONACO COACH CORPORATION,<br>a corporation of the State of Delaware,<br><br>  Defendant. | :  C.A. No. 05-740 (JJF)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## STIPULATION OF DISMISSAL

IT IS STIPULATED and agreed, by and between the parties, through their undersigned counsel, that the above-captioned action is hereby dismissed, with prejudice.

ERISMAN & CURTIN

_____
Christopher Curtin, Bar I.D. No. 226
P.O. Box 250
Wilmington, DE 19899
Attorney for Plaintiffs

TYBOUT REDFEARN & PELL

_____
Danielle K. Yearick, Bar I.D. No. 3668
750 South Madison Street, Suite 400
P.O. Box 2092
Wilmington, DE 19899-2092
Local Counsel for Defendant

Theodore Flowers, Esquire
Segal McCambridge Singer & Mahoney
30 South 17th Street, Suite 1700
Philadelphia, PA 19103-1815
Attorney for Defendant

SO ORDERED this _____ day of _____, 2006.

_____
United States District Court Judge