IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOUGLAS HOLLOWAY and, <br> RITA HOLLOWAY <br>     Plaintiffs, <br><br> v. <br><br> MONACO COACH CORPORATION <br> a corporation of the State of <br> Delaware <br>     Defendant. | : <br> : <br> : <br> : <br> : Civil Action No. 05-740-JJF <br> : <br> : <br> : <br> : <br> : |

### ORDER

WHEREAS, Plaintiff filed a Motion For Partial Summary Judgment Concerning Recoverable Purchase Price And Elder Victims' Enhanced Penalty Act (D.I. 23);

WHEREAS, Defendant filed a Motion For Summary Judgment (D.I. 26);

WHEREAS, Defendant's Answering Brief to Plaintiff's Motion and Plaintiffs' Answering Brief to Defendant's Motion were due September 15, 2006;

WHEREAS, no reply briefs to these Motions have been submitted by either party;

IT IS HEREBY ORDERED that Defendant must file a reply brief to Plaintiffs' Motion For Partial Summary Judgment Concerning Recoverable Purchase Price And Elder Victims' Enhanced Penalty Act (D.I 23) and Plaintiffs must file a reply brief to Defendant's Motion For Summary Judgment (D.I. 26) **within 10 days of the date of this Order.**

October 31, 2006

                                                  /s/ Joseph J. Farnan
                                                  UNITED STATES DISTRICT JUDGE